UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 15  A 9: 06

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| JANICE C. AMARA, Ind. & o/b/o others similarly situated<br>   Plaintiff | : |
| v. | :    No. 3:01cv2361(DJS) |
| CIGNA CORP., ET AL<br>   Defendants | : |

## ORDER OF REFERENCE TO
## A UNITED STATES MAGISTRATE JUDGE

The following motion is hereby referred to <u>Honorable Donna F. Martinez</u>, United States Magistrate Judge: Motion to Enforce Order Compelling Production and Contest Assertions of Privilege (Doc. #68) and an in camera review of documents stated in the Order dated August 27, 2003 (Doc. #75).

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut this 9th day of October, 2003.

                                              /s/ Dominic J. Squatrito
                                              Dominic J. Squatrito
                                              United States District Judge