UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANICE C. AMARA, individually and on behalf of others similarly situated, | : : : : | 3:01 CV 2361 (DJS) |
| Plaintiff, | : : | |
| v. | : : | |
| CIGNA CORP. AND CIGNA PENSION PLAN, | : : : | |
| Defendants. | : | APRIL 6, 2004 |

**MOTION OF DEFENDANTS FOR LEAVE TO SUPPLEMENT THEIR
ANSWER TO ASSERT ADDITIONAL DEFENSES**

Defendants CIGNA Corp. and CIGNA Pension Plan (the "Plan") (collectively, the "Defendants"), hereby move pursuant to Fed. R. Civ. P. 15(d) to supplement their Answer to assert defenses based on (1) release and/or waiver and (2) the unavailability of retroactive relief on Plaintiff's claims. As grounds for their Motion, Defendants state that:

1. Plaintiff Janice Amara's claims are brought pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. § 1001 et seq. Specifically, Plaintiff alleges, in Counts I and III of the First Amended Complaint (the "Complaint") that the terms of the Plan, as drafted, violate various provisions of ERISA. In Count II, Plaintiff alleges that the summary plan description ("SPD") for the Plan was misleading and inaccurate.

2. On September 22, 2003, almost two years after first filing her original complaint, Amara volunteered to be laid off from CIGNA and signed an Agreement and Release ("Release") in which she agreed "that [she] will not file (or ask or let anyone file for [her]) any charge, complaint, claim or lawsuit of any kind in connection with any

claim released by this Agreement...." (Release, ¶ 5(a), attached as Exhibit 1). Plaintiff further agreed to "release and discharge" any "Claims," defined in the Release as "any and all claims, demands and causes of action of whatever kind, including any claims for attorney's fees, that you now have, or at any time had, against any Released Persons, but only to the extent they arise out of or relate in any way to your employment or termination of employment with the Company and its affiliates." (Release, ¶ 5(e)).

3. Despite the requirements of Fed. R. Civ. P. 26(a)(1)(C), Plaintiff failed to provide a computation of damages in her original Initial Disclosures. Defendants brought this deficiency to Plaintiff's attention and served Plaintiff with interrogatories seeking information on her damages claims. On March 8, 2004, Plaintiff supplemented her Initial Disclosures and answered Defendants' damages interrogatories. Specifically, Plaintiff indicated that she seeks retrospective relief, not just injunctive relief going forward, and that she seeks benefits beyond those to which she is entitled under the terms of the Plan. (Plaintiff's Answers To Second Set of Interrogatories and Document Requests, also designated as Plaintiff's Supplement to Initial Disclosures, attached as Exhibit 2).

4. Defendants seek leave to supplement paragraphs 6 and 17 of their Answer to reflect that Plaintiff's employment with CIGNA affiliated entities has been terminated.

5. In light of the Release executed by Plaintiff, Defendants seek to assert a defense based on release and/or waiver.

6. In light of Plaintiff's recent disclosure that she seeks broad retroactive relief, Defendants seek to clarify their existing defenses to include a defense based on the unavailability of retroactive relief.

7. A copy of Defendants' proposed Supplemental Answer and Affirmative Defenses is attached as Exhibit 3.

8. In support of their Motion, Defendants also rely on the attached Memorandum of Law.

WHEREFORE, Defendants respectfully request that their Motion for Leave to Supplement Their Answer to Assert Additional Defenses be granted.

> RESPECTFULLY SUBMITTED,
> DEFENDANTS
> CIGNA CORPORATION & CIGNA
> PENSION PLAN
>
> */s/ Erin O'B. Choquette*
>
> James A. Wade (ct00086)
> jwade@rc.com
> Erin O'Brien Choquette (ct 18585)
> echoquette@rc.com
> Robinson & Cole LLP
> 280 Trumbull Street
> Hartford, CT  06103-3597
> Tel. No.: (860) 275-8200
> Fax No.: (869) 275-8299
>
> Christopher A. Parlo (CT-04700)
> Morgan, Lewis & Bockius LLP
> 101 Park Avenue
> New York, New York  10178
> (212) 309-6062
> (212) 309-6273 (fax)
>
> Joseph J. Costello
> Jeremy P. Blumenfeld
> Morgan, Lewis & Bockius LLP
> 1701 Market Street
> Philadelphia, Pennsylvania  19103-2921
> (215) 963-5295/5258

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 6th day of April, 2004, via facsimile and first class mail, postage prepaid, upon the following:

Thomas G. Moukawsher
Moukawsher & Walsh, LLC
328 Mitchell Street
Groton, CT  06340

and upon:

Stephen R. Bruce
805 15th Street, NW
Suite 210
Washington, DC 20005

Erin O'Brien Choquette