UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**JANICE C. AMARA, Individually and
on behalf of others similarly situated**     :
    **Plaintiff**

    **v.**     :     CIVIL NO.: 3:01cv2361(DJS)

**CIGNA CORP., ET AL**     :
    **Defendants**

## ORDER

The Motion of Defendants for Leave to Supplement Their Answer to Assert Additional Defenses (Doc. #77) is hereby **GRANTED.** The Clerk shall docket Exhibit 3 to (Doc. #78). To the extent plaintiff's seek relief in their response thereto (Doc. #79) relief is **DENIED.**

    **IT IS SO ORDERED.**

Dated at Hartford, Connecticut this  3rd  day of May, 2004.

                                             /s/DJS
                                             Dominic J. Squatrito
                                             United States District Judge