UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANICE C. AMARA, individually and on behalf of others similarly situated, | : : : | |
| | : | 3:01 CV 2361 (DJS) |
| Plaintiff, | : | |
| v. | : : | |
| CIGNA CORP. AND CIGNA PENSION PLAN, | : : | |
| Defendants. | : | JUNE 7, 2004 |

FILED 2004 JUN -7 A 11: 03
U.S. DISTRICT COURT
HARTFORD, CT.

## MOTION OF DEFENDANTS TO DECERTIFY THE CLASS

Defendants CIGNA Corp. and CIGNA Pension Plan (the "Plan") (collectively, the "Defendants"), hereby move pursuant to Fed. R. Civ. P. 23 to decertify the class certified by this Court by Order dated December 20, 2002. In support of their Motion, Defendants rely on the attached Memorandum of Law.

WHEREFORE, Defendants respectfully request that their Motion be granted, that the class be decertified, and that this action proceed on behalf of the named Plaintiff only.

DEFENDANTS
CIGNA CORPORATION & CIGNA
PENSION PLAN

*/s/ Erin O'B Choquette*
James A. Wade (ct00086)
jwade@rc.com
Erin O'Brien Choquette (ct 18585)
echoquette@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
Tel. No.: (860) 275-8200
Fax No.: (869) 275-8299

Christopher A. Parlo (CT-04700)
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York  10178
(212) 309-6062
(212) 309-6273 (fax)

Joseph J. Costello
Jeremy P. Blumenfeld
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania  19103-2921
(215) 963-5295/5258

4

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served this 7th day of June, 2004, via telecopy and first class mail upon the following:

    Thomas G. Moukawsher
    Moukawsher & Walsh, LLC
    328 Mitchell Street
    Groton, CT  06340

    and upon:

    Stephen R. Bruce
    805 15th Street, NW
    Suite 210
    Washington, DC 20005

                                            Erin O'Brien Choquette