UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**JANICE C. AMARA, Individually and
on behalf of others similarly situated**     :
      **Plaintiff**

      **v.**     :   CIVIL NO.: 3:01cv2361(DJS)

**CIGNA CORP., ET AL**     :
      **Defendants**

## ORDER

The Plaintiff's Motion for Extension of Time to Respond to Motion to Decertify Class (Doc. #84) is hereby **GRANTED to and including July 12, 2004.**

    **IT IS SO ORDERED.**

Dated at Hartford, Connecticut this __29th__ day of June, 2004.

                              /s/DJS
                              Dominic J. Squatrito
                              United States District Judge