UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANICE C. AMARA, individually and on behalf of others similarly situated, | : : : | CIVIL ACTION NO. 3:01-CV-2361 (DJS) |
| Plaintiff, | : : | |
| v. | : : | |
| CIGNA CORP. AND CIGNA PENSION PLAN, | : : : | |
| Defendants. | : | JULY 9, 2004 |

**PLAINTIFF'S OBJECTION TO**
**MOTION TO DECERTIFY CLASS**

Plaintiff, Janice C. Amara ("Amara") hereby respectfully objects to defendants' motion to decertify the class this Court previously certified. As set forth more particularly in the memorandum of law accompanying this objection, Amara respectfully represents that she remains amply typical and adequate as a class representative despite defendants' assertion of a new but baseless defense against her.

THE PLAINTIFF

By   /s/ Thomas G. Moukawsher
   Thomas G. Moukawsher
   Fed. Bar. No.: ct08940
   Moukawsher & Walsh, LLC
   21 Oak Street, Suite 209
   Hartford, CT 06106
   (860) 278-7003

   Stephen R. Bruce (Proc Hac Vice)
   Suite 210
   805 15th St., NW
   Washington, DC 20005
   (202) 371-8013

**CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed on this date to the defendant at:

> Christopher A. Parlo
> Morgan, Lewis & Bockius
> 101 Park Avenue
> New York, NY 10178
>
> Joseph J. Costello
> Jeremy P. Blumenfeld
> Morgan, Lewis & Bockius
> 1701 Market Street
> Philadelphia, PA 19103-2921

Dated this 9th day of July, 2004.

                                                /s/ Thomas G. Moukawsher
                                                Thomas G. Moukawsher