UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANICE C. AMARA, individually and on behalf of others similarly situated, | : : : | CIVIL ACTION NO. 3:01-CV-2361 (DJS) |
| Plaintiff, | : : | |
| v. | : : | |
| CIGNA CORP. AND CIGNA PENSION PLAN, | : : : | |
| Defendants. | : | AUGUST 3, 2004 |

**PLAINTIFF'S MOTION FOR PERMISSION TO FILE SURREPLY BRIEF IN SUPPORT OF OBJECTION TO DEFENDANTS' MOTION TO DECERTIFY CLASS**

The plaintiff, Janice C. Amara ("Amara") in the above-captioned matter, hereby respectfully moves for permission to file a surreply brief in opposition to defendants' motion to decertify class now pending. In support hereof, Amara respectfully represents that a surreply brief would be helpful to the Court to address CIGNA's reply brief because CIGNA's brief propounds a different basis for distinguishing the exception in the Release than was offered in the initial memorandum.

THE PLAINTIFF

By  /s/ Thomas G. Moukawsher
 Thomas G. Moukawsher
 Fed. Bar. No.: ct08940
 Moukawsher & Walsh, LLC
 21 Oak Street, Suite 209
 Hartford, CT 06106
 (860) 278-7003

 Stephen R. Bruce (Proc Hac Vice)
 Suite 210, 805 15th St., NW
 Washington, DC 20005
 (202) 371-8013

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the defendant at:

>Christopher A. Parlo
>Morgan, Lewis & Bockius
>101 Park Avenue
>New York, NY 10178
>
>Joseph J. Costello
>Jeremy P. Blumenfeld
>Morgan, Lewis & Bockius
>1701 Market Street
>Philadelphia, PA 19103-2921

Dated this 3rd day of August, 2004.

                                        /s/ Thomas G. Moukawsher
                                       Thomas G. Moukawsher