UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2005 JAN -4  P 3: 33
U.S. DISTRICT COURT
HARTFORD, CT.

JANICE C. AMARA, Individually and
on behalf of others similarly situated    :
    Plaintiff

v.                                        : CIVIL NO.: 3:01cv2361(DJS)

CIGNA CORP., ET AL                        :
    Defendants

### ORDER

In the interest of justice, the above-captioned case is hereby transferred to the Honorable ___Mark R. Kravitz___, United States District Judge, who sits in ___New Haven___, Connecticut. All further pleadings or documents in this matter should be filed with the Clerk's Office in ___New Haven___ and bear the docket number **3:01cv2361(**MRK**)**. Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 3(a).

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut, this __4th__ day of January, 2005.

_____
Dominic J. Squatrito
United States District Judge