# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, individually and on behalf of others similarly situated, | : CIVIL ACTION NO.<br>: 3:01-CV-2361 (DJS) |
|         Plaintiff, | : |
| v. | : |
| CIGNA CORP. AND CIGNA PENSION PLAN, | : |
|         Defendants. | : |
| | : FEBRUARY 24, 2005 |

## JOINT MOTION TO EXTEND DEADLINE TO FILE STATUS REPORT

The parties in the above-captioned matter, hereby respectfully move for a seven (7) day extension of time in which to file their joint status report, through and including March 4, 2005. In support hereof, the parties respectfully represent as follows:

1. The Status Report is currently due on February 25, 2005;

2. The parties are negotiating in good faith to resolve disagreements on the items required in the joint report, but additional time is needed to complete the parties' work.

3. This is the first request to extend this deadline.

4. All parties authorize plaintiffs' counsel to sign for them.

WHEREFORE, the parties respectfully move for a seven (7) day extension of time in which to file their Joint Status Report, through and including March 4, 2005.

FOR THE PLAINTIFF (On behalf of all parties):

By: /s/ Thomas G. Moukawsher
Thomas G. Moukawsher ct08940
Ian O. Smith ct24135
Moukawsher & Walsh, LLC
21 Oak Street
Hartford, CT 06106
(860) 278-7000
tmoukawsher@mwlawgroup.com

Stephen R. Bruce (Proc Hac Vice)
Suite 210
805 15th St., NW
Washington, DC 20005
(202) 371-8013

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the defendant at:

>Christopher A. Parlo
>Morgan, Lewis & Bockius
>101 Park Avenue
>New York, NY 10178
>
>Joseph J. Costello
>Jeremy P. Blumenfeld
>Morgan, Lewis & Bockius
>1701 Market Street
>Philadelphia, PA 19103-2921

Dated this 24th day of February, 2005.

>/s/ Thomas G. Moukawsher
>Thomas G. Moukawsher