# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANICE C. AMARA, individually and on behalf of others similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Case No.  3:01CV2361(MRK) |
| | : | |
| CIGNA CORPORATION and CIGNA PENSION PLAN, | : | |
| | : | |
| Defendants. | : | |

## <u>SCHEDULING ORDER</u>

The parties having conferred by telephone conference on March 24, 2005, the Court orders that on or before **April 13, 2005**, the parties shall file simultaneous briefs of no longer than ten pages addressing their respective positions on the privilege and waiver issues mentioned in the Joint Status Report [doc. #99] at 1-6.  In addition, a hearing shall take place at **1:00 p.m. on April 20, 2005** in Courtroom #4, United States Courthouse, 141 Church St., New Haven, CT 06510, at which time the Court will hear argument from the parties and rule on exemplars that they have identified.

IT IS SO ORDERED.

/s/     <u>Mark R. Kravitz</u>
United States District Judge

**Dated at New Haven, Connecticut on <u>March 24, 2005</u>.**