Exhibit 2

Case 3:01-cv-02361-MRK   Document 105-3   Filed 04/13/2005   Page 1 of 4

# ROBINSON & COLE LLP

JAMES A. WADE

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
jwade@rc.com
Direct (860) 275-8270

October 3, 2003

The Honorable Dominic J. Squatrito
Unites States District Court Judge
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

Re:   Amara v. CIGNA Corp., Case Number: 3:01-CV-2361 (DJS)

Dear Judge Squatrito:

Pursuant to this Court's Order dated August 27, 2003, Defendants CIGNA Corporation and CIGNA Pension Plan enclose all documents identified on their privilege logs as well as copies of the three privilege logs[1] that were created in connection with this action. Although the documents identified on Defendants' Second Supplemental Privilege Log were not the subject of Plaintiff's motion to enforce this Court's February 19, 2003 Order, Defendants nevertheless provide these documents as they appear to be encompassed by the terms of the August 27, 2003 Order.

In addition, Defendants' Second Supplemental Privilege Log contains a series of documents identified as D1-D118. This document range represents the entire privilege log created by Defendants in connection with a separate lawsuit (*Depenbrock v. Cigna Corp.*, Case Number 01-6161), involving the CIGNA Pension Plan, which was brought by Plaintiffs' counsel in the United States District Court for the Eastern District of Pennsylvania. In *Depenbrock*, upon consideration of Plaintiff Depenbrock's motion to compel certain documents identified on CIGNA's privilege logs, Judge Robert F. Kelly ordered an *in camera* inspection of the documents. Because all of the documents reflected communications or advice requested by or given to CIGNA as a plan sponsor, Plaintiff's Motion was denied as Judge Kelly determined that the documents were appropriately categorized as privileged. A copy



Law Offices
BOSTON
HARTFORD
NEW LONDON
STAMFORD
GREENWICH
NEW YORK
www.rc.com

---

[1]   Defendants created and produced their original privilege log on August 22, 2002; their First Supplemental Privilege Log on May 27, 2003; and their Second Supplemental Privilege Log on July 29, 2003.

**ROBINSON & COLE** LLP

October 3, 2003
Page 2

of Judge Kelly's Order is attached hereto as Exhibit A.[2] Plaintiffs' counsel should not be permitted to circumvent Judge Kelly's Order by obtaining those documents in this case.

Finally, in light of the fact that the Court is the finder of fact on Plaintiffs' ERISA claims, Defendants have no objection to the documents being reviewed *in camera* by a Magistrate Judge.

Sincerely,

*James A. Wade/afe*

James A. Wade[*]

Enclosures

cc:    Thomas G. Moukawsher (w/o enclosures)

---

[2]    The document numbers identified on the attached Order correspond with the numbers with the "D" prefix on Defendants' Second Supplemental Privilege Log (*e.g.*, "2-6" relates to "D2-D6").

[*]    Reviewed by Attorney Wade, who authorized his secretary to sign in his absence.



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DEPENBROCK,<br><br>    Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION AND<br>CIGNA PENSION PLAN,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 01-6161 |

FILED DEC 13 2002

ENTERED
DEC 13 2002
CLERK OF COURT

### ORDER

AND NOW, this 13th day of December, 2002, upon consideration of Plaintiff's Motion to Compel (Dkt. No. 12) and after conducting an *in camera* review of document numbers 2-6, 8, 10-14, 17-18, 20-21, 23-26, 28-31, 35-36, 42, 48, 50, 52, 71, 79-89, 92-97, and 99-102, which were listed on Defendant's privilege log, it is hereby **ORDERED** that said Motion is **DENIED** as this Court finds that those documents requested by Plaintiff are privileged documents.

BY THE COURT:

*Robert F. Kelly*
Robert F. Kelly,    Sr. J.