Exhibit 5

COLLIER, JACOB & MILLS, P.C.
Corporate Park III
580 Howard Avenue
Somerset, New Jersey 08873
(732) 560-7100
Attorneys for Defendants AT&T and
 AT&T Management Pension Plan
CM9508

ORIGINAL FILED

OCT - 3 2001

WILLIAM T. WALSH, CLERK

| | |
|---|---|
| PHILLIP C. ENGERS, WARREN J. MCFALL and DONALD G. NOERR, and GERALD SMIT, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>AT&T and AT&T MANAGEMENT PENSION PLAN,<br><br>    Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. 98-CV-3660 (NHP)<br><br>**ORDER** |

This matter having been brought before the Court at a conference on September 5, 2001; and the Court having conducted *in camera* review of certain documents on defendants' privilege log, and good cause appearing therefore:

It is on this 3d day of Oct, 2001,

**ORDERED** that:

1.  The Court's rulings on defendants' claims of privilege for those documents reviewed *in camera* on September 5, 2001 are as follows:

| Cat. | Bates No. | Date | Author | Court's Ruling |
|---|---|---|---|---|
| A | ATTENG 016921 - 26 | 3/31/97 | Bullard, Morgan [Esq] | Fiduciary exception applies; document to be produced. |
| A,G | Unnumbered | 4/17/97 | Bullard | Not privileged; document to be produced. |
| A | Unnumbered | 8/3/98 | Morgan [Esq] | Attorney client privilege sustained. |
| B | ATTENG 000513 - 536 | 01/17/97 | Curley [Esq] | Not privileged; document to be produced. |
| B,C | ATTENG 002758 - 71 | 1/7/97 | Vine [Esq] | Attorney client privilege sustained. |
| B | ATTENG 000537 - 545 | 01/17/97 | Curley [Esq] | Not privileged; document to be produced. |
| C | ATTENG 004801 - 2 | 1/16/97 | Morgan [Esq] | Attorney client privilege sustained. |
| C | ATTENG 000508 - 510 | 01/07/97 | Macey [Esq] | Attorney client privilege sustained. |
| C | ATTENG 000448 | 02/19/97 | Kramer [Esq] | Attorney client privilege sustained. |
| C | ATTENG 000546 - 563 | 01/22/97 | Morgan [Esq] | Attorney client privilege sustained. |
| C | ATTENG 004727 - 41 | 4/1/97 | Macey [Esq] Morgan [Esq] | Attorney client privilege sustained. |
| C | ATTENG 014111 - 129 | 10/14/99 | Porter [Esq] | Plaintiffs do not contest privilege. |
| C | ATTENG 014106 - 08 | 12/2/99 | Basu Morgan [Esq] | Document does not contain advice; not privileged; document to be produced. |

| Cat. | Bates No. | Date | Author | Court's Ruling |
|---|---|---|---|---|
| C | ATTENG 014100 - 05 | 12/8/99 | Morgan [Esq] | Document does not contain advice; not privileged; document to be produced. |
| C | ATTENG 012571 - 575 | 12/19/96 | Kahn [Esq] | Attorney client privilege sustained. |
| C | ATTENG 009390 | 12/18/96 | O'Donnell [Esq] | Attorney client privilege sustained. |
| C | ATTENG 004803 - 7 [duplicate of 12571 - 575] | 12/19/96 | Kahn [Esq] | Attorney client privilege sustained. |
| C | ATTENG 005414 - 18 [duplicate of 12571 - 575] | 12/19/96 | Khan [Esq] | Attorney client privilege sustained. |
| C | ATTENG 004855 - 60 | 2/2/94 | O'Donnell [Esq] | Court defers ruling; defendants to submit affidavit explaining "peer review" and "review news." |
| C | ATTENG 004847 - 51 | 5/5/93 | Kramer [Esq], O'Donnell [Esq] | Attorney client privilege sustained. |
| C | ATTENG 004797 - 4800 | 1/16/97 | Morgan [Esq] | Attorney client privilege sustained. |
| C | ATTENG 004833 - 34 | 1/16/97 | Morgan [Esq] | Attorney client privilege sustained. |
| C | ATTENG 004829 - 32 [duplicate of 4797 - 4800] | 1/16/97 | Morgan [Esq] | Attorney client privilege sustained. |
| C | ATTENG 002741 - 45 [duplicate of 12571 - 575] | 12/19/96 | Khan [Esq] | Attorney client privilege sustained. |
| C | ATTENG 004766 - 67 | 3/19/97 | Morgan [Esq] | Attorney client privilege sustained. |

| Cat. | Bates No. | Date | Author | Court's Ruling |
|---|---|---|---|---|
| C | ATTENG 004810 - 28 | 1/22/97 | Morgan [Esq] | Attorney client privilege sustained as to memos; defendants to submit affidavit explaining charts. |
| C | ATTENG 002746 - 48 [duplicate of 4833 - 4834] | 1/16/97 | Morgan [Esq] | Attorney client privilege sustained. |
| C | ATTENG 001676 - 1677 | 05/28/97 | Schwartz [Esq], Morgan [Esq] | Document appears to be prepared for participants; fiduciary exception applies; document to be produced. |
| C | ATTENG 002749 - 53 [same as 4797 - 4800] | 1/16/97 | Morgan [Esq] | Attorney client privilege sustained. |
| C | ATTENG 002830 - 45 [same as 4727 - 41] | 4/1/97 | Macey [Esq] Morgan [Esq] | Attorney client privilege sustained. |
| C | ATTENG 004778 - 96 [same as 4810 - 28] | 1/22/97 | Morgan [Esq] | Attorney client privilege sustained as to memos; defendants to submit affidavit regarding charts. |
| C | ATTENG 004774 - 75 | 1/31/97 | Curley [Esq] | Attorney client privilege sustained. |
| C | ATTENG 004768 - 73 | 3/17/97 | Morgan [Esq] | Attorney client privilege sustained. |
| C | ATTENG 002772 - 2777 [same as 4810 - 14] | 1/22/97 | Morgan [Esq] | Attorney client privilege sustained as to memos; defendants to submit affidavit regarding charts |
| C | ATTENG 002816 - 19 | 3/17/97 | Morgan [Esq] | Attorney client privilege sustained. |
| C | ATTENG 002823 - 29 | 3/18/97 | Morgan [Esq] | Attorney client privilege sustained. |

| Cat. | Bates No. | Date | Author | Court's Ruling |
|---|---|---|---|---|
| C | ATTENG 002792 - 94 [same as 4774 - 75] | 1/31/97 | Curley [Esq] | Attorney client privilege sustained. |
| C | ATTENG 002780 - 91 | 1/30/97 | Morgan [Esq] | Attorney client privilege sustained. |
| C | ATTENG 002820 - 22 [same as 4766 - 67] | 3/19/97 | Morgan [Esq] | Attorney client privilege sustained. |
| D | ATTENG 001617 - 1640 | 05/22/97 | Morgan [Esq] | Attorney acting only as scrivener; document not privileged; document to be produced. |
| D | ATTENG 001703 - 1724 | 04/11/97 | Morgan [Esq] | Attorney acting only as scrivener; document not privileged; document to be produced. |
| D | ATTENG 001664 - 1675 | 11/03/97 | Morgan [Esq] | Attorney acting only as scrivener; document not privileged, document to be produced. |
| D | ATTENG 001791 - 1806 | 04/10/97 | Morgan [Esq] | Attorney acting only as scrivener; document not privileged; document to be produced. |
| D | ATTENG 001678 - 1702 | 04/15/97 | Morgan [Esq] | Attorney acting only as scrivener; document not privileged; document to be produced. |
| D | ATTENG 014271 - 294 | 5/22/97 | Morgan [Esq] | Attorney acting only as scrivener; document not privileged; document to be produced. |

| Cat. | Bates No. | Date | Author | Court's Ruling |
|---|---|---|---|---|
| D | ATTENG 001757 - 1772 | 04/03/97 | Morgan [Esq] | Attorney acting only as scrivener; document not privileged; document to be produced. |
| D | ATTENG 018312 - 335 | 4/14/97 | Morgan [Esq] | Attorney acting only as scrivener; document not privileged; document to be produced. |
| D | ATTENG 008140 - 61 | 4/16/97 | Morgan [Esq] | Attorney acting only as scrivener; document not privileged; document to be produced. |
| D | ATTENG 001773 - 1788 | 04/03/97 | Morgan [Esq] | Attorney acting only as scrivener; document not privileged; document to be produced. |
| D | ATTENG 001641- 1650 | 11/97 | Morgan [Esq] Byrnes | Court defers ruling pending submission of affidavit. |
| D | ATTENG 001651 - 1663 | 11/04/97 | Morgan [Esq] | Attorney acting only as scrivener; document not privileged; document to be produced. |
| D | ATTENG 001741 - 1756 | 04/08/97 | Morgan [Esq] | Attorney acting only as scrivener; document not privileged; document to be produced. |
| E,F | ATTENG 002938 | 1/97 | Morgan [Esq] | Defendants concede document not privileged. |
| E,F | ATTENG 002954 | 1/97 | Morgan [Esq] | Defendants concede document not privileged. |
| E,F | ATTENG 002945 | 1/97 | Morgan [Esq] | Defendants concede document not privileged. |

| Cat. | Bates No. | Date | Author | Court's Ruling |
|---|---|---|---|---|
| E,F | ATTENG 002942 | 1/97 | Morgan [Esq] | Document to be produced with answer to first question redacted. |
| E,F | ATTENG 002956 | 1/97 | Morgan [Esq] | Defendants concede document not privileged. |
| E,F | ATTENG 002937 | 1/97 | Morgan [Esq] | Defendants concede document not privileged. |
| E,F | ATTENG 002921 | 1/97 | Morgan [Esq] | Document to be produced with 1st substantive paragraph redacted. |
| E | ATTENG 001016 - 1022 | 01/22/97 | Morgan [Esq] | Defendants to submit explanatory affidavit. |
| E | ATTENG 000512 | n/a | Morgan [Esq] | Defendants to submit explanatory affidavit. |
| E,F | ATTENG 002930 | 1/97 | Morgan [Esq] | Document to be produced with 2nd paragraph redacted. |
| F | ATTENG 010769 - 79 | 10/27/97 | Kellman | Document to be produced with 1st paragraph on p. 10769 redacted. |
| F | ATTENG 001040 | 01/09/97 | Richmond | Document to be produced with 1st paragraph redacted. |
| F | ATTENG 001029 | 01/09/97 | Richmond | Document to be produced with 1st paragraph redacted. |
| F | ATTENG 010723 | 10/30/97 | Kellman | Not privileged; document to be produced. |
| F | ATTENG 010724 - 28 | 11/4/97 | Kellman | Not privileged; document to be produced. |
| F | ATTENG 004871 - 73 | 8/27/98 | Bone | Not privileged; document to be produced. |

| Cat. | Bates No. | Date | Author | Court's Ruling |
|---|---|---|---|---|
| F | ATTENG 008112 - 14 | 10/15/97 | Kellman | Not privileged; document to be produced. |
| F | ATTENG 005672 - 74 | 12/5/97 | Kellman | Document to be produced with 1st full paragraph on p. 5674 redacted. |

2. All affidavits described in paragraph one of this Order shall be filed with the Court and served on plaintiffs on or before September 26, 2001. A copy of each affidavit, along with the documents to which it relates, shall be forwarded to the Honorable Ronald J. Hedges at the time of filing.

3. Other than those described in paragraph 4 below, no documents are to be produced pursuant to this Order until ten days after the entry of the Court's last Order with respect to the disposition of defendants' privileged documents, following completion of the Court's *in camera* review.

4. Defendants shall produce those documents as to which they concede the privilege issue within ten days of entry of this Order.

5. The Court shall continue the *in camera* review of defendants' privileged documents at a conference on October ~~3~~ 29, 2001 at ~~9:30~~ 10 a.m.

6. No objection or appeal shall be taken as to any provision of this Order until the *in camera* review of defendants' documents has been completed and the Court's final Order relating to defendants' privileged documents has been entered.

8

7. The provisions of this Order requiring documents to be produced shall be stayed for any documents which are the subject of an objection by defendants pursuant to Fed. R. Civ. P. 72(a), or an appeal by defendants pursuant to Fed. R. App. P. 4(a), until such objection or appeal is decided.

_____
HONORABLE RONALD J. HEDGES, U.S.M.J.

Dated: _____

106

**COLLIER, JACOB & MILLS, P.C.**
Corporate Park III
580 Howard Avenue
Somerset, New Jersey 08873
(732) 560-7100
Attorneys for Defendants AT&T and
AT&T Management Pension Plan
CM9508

ENTERED ON THE DOCKET
DEC 0 4 2001
WILLIAM T. WALSH, CLERK
By _____ (Deputy Clerk)

FILED
DEC 3 2001
AT 8:30 _____ M
WILLIAM T. WALSH

| | |
|---|---|
| PHILLIP C. ENGERS, WARREN J. MCFALL and DONALD G. NOERR, and GERALD SMIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T and AT&T MANAGEMENT PENSION PLAN,<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. 98-CV-3660 (NHP)<br><br>**ORDER** |

This matter having been brought before the Court by way of defendants' Motion for Reconsideration pursuant to Local Rule 7.1(g); and the Court having conducted *in camera* review of certain documents on defendants' privilege log at a conference on September 5, 2001; and the Court having been asked to reconsidered its rulings on certain documents included in defendants' Category "D"; and ~~good cause appearing therefore~~ no basis for reconsideration having been shown,

It is on this ___ day of Nov, 2001,

ORDERED that:

*motion is denied.*

1. The ~~Court's rulings on defendants' claims of privilege for those documents reviewed in camera on September 5, 2001 are as follows:~~

R9/ed/05
USMJ

| Cat | Bates No | Date | Author | Court's Ruling |
|---|---|---|---|---|
| A | ATTENG 016921 - 26 | 3/31/97 | Bullard, Morgan [Esq] | Fiduciary exception applies; document to be produced. |
| A,G | Unnumbered | 4/17/97 | Bullard | Not privileged; document to be produced. |
| A | Unnumbered | 8/3/98 | Morgan [Esq] | Attorney client privilege sustained. |
| B | ATTENG 000513 - 536 | 01/17/97 | Curley [Esq] | Not privileged; document to be produced. |
| B,C | ATTENG 002758 - 71 | 1/7/97 | Vine [Esq] | Attorney client privilege sustained. |
| B | ATTENG 000537 - 545 | 01/17/97 | Curley [Esq] | Not privileged; document to be produced. |
| C | ATTENG 004801 - 2 | 1/16/97 | Morgan [Esq] | Attorney client privilege sustained. |
| C | ATTENG 000508 - 510 | 01/07/97 | Macey [Esq] | Attorney client privilege sustained. |
| C | ATTENG 000448 | 02/19/97 | Kramer [Esq] | Attorney client privilege sustained. |
| C | ATTENG 000546 - 563 | 01/22/97 | Morgan [Esq] | Attorney client privilege sustained. |
| C | ATTENG 004727 - 41 | 4/1/97 | Macey [Esq] Morgan [Esq] | Attorney client privilege sustained. |

2