# Exhibit 7

A

# Table of Contents

## 1. Case Specific Information/Instructions for Part B

## 2. Minimum Benefit

## 3. Floor Interest Rate Analysis

## 4. Cash Balance Training Material

## 5. Treasury Interest Rates



# Plan Document Part B (Only)

## CASE SPECIFIC INFORMATION/INSTRUCTIONS

**Owner**: Steve Comkowycz          **Date Prepared**:  May 12, 1998

**Contract No**: 4628

*Marie*
*Donna*
*Tina*

*FREE 30*

**Contractholder Name**: CIGNA

**Effective Dates**:
Plan Year: 1/1 through 12/31

ERISA Compliance

Effective 1/1/89, "New Formula Participants" receive a different benefit

Effective 1/1/98, Part A of the Plan Document describes plan provisions for participants who continue with formula in effect prior to 1/1/98.  Part B of the Plan Document describes plan provisions for participants who accrue benefits under the new "cash balance" formula.

**Services Provided**:
Payment Issuance Frequency:      Monthly
Payments issued as of 1st of the month
Benefit Quotations
Final Benefit Calculations
Quarterly Statements
Post-Retirement Recordkeeping
Pension Counseling
800 Number
Actuarial Consulting

**Related Contracts**:
Health & Welfare (here at CIGNA)
401(k) plan (called SIP by Human Resources) (here at CIGNA)
nonqualified plans
Section 125 cafeteria plan

**Periodic Events**:
Quarterly Statements for Part B (cash balance) participants
Information for annual Total Compensation Report

**Special Mailing Instructions**:

1

**Normal Retirement Date**:
First of month coinciding with or next following 65th birthday.

However, for someone who becomes a participant after age 60, NRD is first of the month coinciding with or next following the earlier of the 5th anniversary from DOP or 5 Vesting Credits

**Early Retirement Date**:
1st of any month following termination.

**Early Retirement Factors**:
Early retirement factors in the traditional sense are not used for the new Part B cash balance benefit.

However, <u>ERF's are used to calculate an Initial Account Balance</u> for anyone who is active on 1/1/98, i.e. has an Initial Account Balance on 1/1/98. The ERF will be a flat 5% reduction per year of service, interpolated for partial years using months.

<u>ERF's are also used in the calculation of annuities when comparing the cash balance annuities to the former plan's accrued benefit, a.k.a. the Minimum Benefit.</u> ERF's to be used are those in the two tables below depending on whether the participant was early retirement eligible (as defined by Plan provisions in effect on 12/31/97) when the participant terminated <u>for the final time</u>. Another way to say this is that service for determining which Tier 1 ERF to use should <u>not</u> be capped on 12/31/97 (per Jean Renshaw).

Per John Arko's 1/26/98 E-Mail, the second table below for participants terminating prior to meeting early retirement eligibility only applies to Tier 1 participants who termed prior to attaining early retirement eligibility who are rehired into the Part B Cash Balance Plan and who again term prior to meeting early retirement eligibility as defined by the Plan in effect on 12/31/97.

However, the same participant described in the preceding paragraph can accrue additional service credits (actually they are equal to Vesting Credits) during employment in the Cash Balance Plan for the purpose of early retirement eligibility requirements. If this participant again terminates after meeting the early retirement provisions as defined by the Plan in effect on 12/31/97, early retirement factors from the first table below should be used in Minimum Benefit calculations.

LTD's, STD's, and LOA's are treated the same as "active participants" for the purpose of determining which early retirement table to use.

ERF's for participants retiring under the Part B Cash Balance Plan prior to age 55 will be actuarial reduction based on GATT assumptions. This actuarial reduction will be from age 65

5

DO5108

back to age on Benefit Commencement Date.

### Early Retirement Reduction Factors In Effect on 12/31/97 For Former Tier 1 and Tier 2 Participants Early Retirement Eligible At Termination

| Age when benefits begin: | Former Tier 2 participant with 15 Vesting Credits | Former Tier 1 participant who went from active to retired and had at least 10 but less than 15 Vesting Credits at Benefit Start Date. Also, former Tier 1 participant who was active on 12/4/82 even without at least 10 Vesting Credits | Former Tier 1 participant who went from active to retired and had 15 or more Vesting Credits at Benefit Start Date |
|---|---|---|---|
| 65 | 100% | 100.0% | 100% |
| 64 | 95% | 97.6% | 100% |
| 63 | 90% | 95.2% | 100% |
| 62 | 85% | 92.8% | 100% |
| 61 | 80% | 90.4% | 97% |
| 60 | 75% | 88.0% | 94% |
| 59 | 70% | 85.6% | 91% |
| 58 | 65% | 83.2% | 88% |
| 57 | 60% | 80.8% | 85% |
| 56 | 55% | 78.4% | 82% |
| 55 | 50% | 76.0% | 79% |

### Early Retirement Reduction Factors In Effect on 12/31/97 For Former Tier 1 or Tier 2 Participants Not Early Retirement Eligible At Termination

| Age when benefits | If you were first employed by CIGNA before 1/1/85 and were between 45 and 55, inclusive, when you terminated and had between 10 and 15 Vesting Credits at termination | If you were first employed by CIGNA before 1/1/85 and were between 45 and 55, inclusive, when you terminated and had 15 or more Vesting Credits at termination | All other Tier 1 participants terminating prior to attaining early age | A Tier 2 participant with 15 Vesting |
|---|---|---|---|---|

6

| begin: | termination | termination | retirement eligibility | Credits |
|---|---|---|---|---|
| 65 | 100% | 100% | 100% | 100% |
| 64 | 97.6% | 100% | 91.8% | 95% |
| 63 | 95.2% | 100% | 84.6% | 90% |
| 62 | 92.8% | 100% | 78.1% | 85% |
| 61 | 90.4% | 97% | 72.3% | 80% |
| 60 | 88.0% | 94% | 67.0% | 75% |
| 59 | 85.6% | 91% | 62.3% | 70% |
| 58 | 83.2% | 88% | 58.1% | 65% |
| 57 | 80.8% | 85% | 54.2% | 60% |
| 56 | 78.4% | 82% | 50.7% | 55% |
| 55 | 76.0% | 79% | 47.5% | 50% |

**Benefit**:
Except where specifically noted, all age rounding will be to completed months, i.e. use the first of the month coinciding with or next following the date of occurrence.

Example: if Date of Birth = 4/1/68, round to 4/1/68
Example: if Date of Birth = 4/9/68, round to 5/1/68

### *Initial Retirement Account*

For eligible Part B Participants on 1/1/98 and the sum of age (completed years) and Credited Service (completed years) on 12/31/97 is > or = 55, the accrued benefit = the Part A accrued benefit in the form of a life annuity reduced by an early retirement factor based on early retirement factors in effect on 12/31/97. Next, an equivalent actuarial value of this accrued benefit is calculated on 1/1/98 assuming that the benefit will commence on the later of age 62 or the participant's age on 1/1/98, i.e. assuming a deferral to the greater of age 62 or the participant's age on 1/1/98. The assumptions defined in the next paragraph will be used to determine this equivalent actuarial value.

The lump sum is determined using the following assumptions:  Interest = the annual rate of interest on 5-Year Treasury Constant Maturities plus in effect for the second calendar month preceding the beginning the 1998 Plan Year plus 25 basis points minus 100 basis points. The resulting rate is 5.05%. The mortality table is the standard GATT mortality table: 1983 Group Annuity Table (1983 GAM) with a 50/50 blend of male and female rates.

7

The lump sum is the greater of:

> (1) the Retirement Account at BCD

> > or

> (2) the <u>largest</u> Minimum Benefit payable as a life annuity at NRD which is then valued as an immediate life annuity payable at BCD (BCD is equal to NRD here) using GATT assumptions.

> <u>(Note: There are actually two Minimum Benefits which need to be compared to each other; the Minimum Benefit attributable to the FAE benefit formula and the Minimum Benefit attributable to the $72 times years of Credited Service benefit.</u>

The life annuity is the greater of:

> (1) the lump sum based on the Retirement Account at BCD divided by a lump sum factor based on an immediate life annuity using GATT assumptions.

> > or

> (2) the <u>largest</u> Minimum Benefit payable as a life annuity at NRD. The Minimum Benefit is determined by subtracting the Social Security Offset (which we have nicknamed the "Back Half" from the FAE portion of the Minimum Benefit which we have nicknamed "Front Half". Logically, no plan ERF is applied. No leveling factor is applied.

> <u>(Note: There are actually two Minimum Benefits which need to be compared to each other; the Minimum Benefit attributable to the FAE benefit formula and the Minimum Benefit attributable to the $72 times years of Credited Service benefit. Logically, no ERF is applied.</u>

The greater of the life annuities determined in the preceding paragraph is converted to all other optional forms of annuity using 7% interest and GATT mortality.

*For participants with Benefit Commencement Dates after Normal Retirement Date*

The lump sum is the greater of:

> (1) the Retirement Account at BCD

> > or

20

(2) the largest Minimum Benefit payable as a life annuity at NRD which is then valued as an immediate life annuity payable at BCD using GATT assumptions. (Is the Minimum Benefit actuarially increased for payment beyond NRD? Section 1.32 of the Draft of the Part B Plan Document appears to say "No" and John Arko agrees. An example beyond NRD was not part of Gene Renshaw's 1/8/98 fax to John Arko and Andy Hodges and was not discussed in the 1/9/98 conference call.)

(Note: There are actually two Minimum Benefits which need to be compared to each other; the Minimum Benefit attributable to the FAE benefit formula and the Minimum Benefit attributable to the $72 times years of Credited Service benefit.

The life annuity is the greater of:

(1) the lump sum based on the Retirement Account at BCD divided by a lump sum factor based on an immediate life annuity using GATT assumptions.

or

(2) the largest Minimum Benefit payable as a life annuity at NRD. The Minimum Benefit is determined by subtracting the Social Security Offset (which we have nicknamed the "Back Half" from the FAE portion of the Minimum Benefit which we have nicknamed "Front Half". Logically, no plan ERF is applied. No leveling factor is applied.

(Note: There are actually two Minimum Benefits which need to be compared to each other; the Minimum Benefit attributable to the FAE benefit formula and the Minimum Benefit attributable to the $72 times years of Credited Service benefit. Logically, no plan ERF is applied.

The greater of the life annuities determined in the preceding paragraph is converted to all other optional forms of annuity using 7% interest and GATT mortality.

Example: (see 1/8/98 fax from Jean D. Renshaw to John Arko and Andy Hodges)

**Late Retirement:**
Continued accrual

No Table L increases

Note: The Minimum Benefits do not receive actuarial increases for retirement after age 65 per Section 1.32 of the Part B Cash Balance Plan document and per John Arko on 2/24/98.

**Return to Active Service After Retirement or Termination:**
The following is per John Arko's 11/14/97 phone conversation:

21

B

# CIGNA

# PENSION

# PLAN

# VOLUME 2 OF 2



EXHIBIT

DO3922

# MODULE 7

Version 33 - Last Created/Revised 7/7/98

# MODULE FOR THE COMPARISON OF RETIREMENT ACCOUNT AND SINGLE LIFE ANNUITY TO MINIMUM BENEFITS

The greater of the life annuities determined in the preceding paragraph is converted to all other optional forms of annuity using 7% interest and GATT mortality.

### *For participants with Benefit Commencement Dates after Normal Retirement Date*

The lump sum is the greater of:

(1) the Retirement Account at BCD

or

(2) the largest Minimum Benefit payable as a life annuity at NRD which is then valued as an immediate life annuity payable at BCD using GATT assumptions. (Is the Minimum Benefit actuarially increased for payment beyond NRD? Section 1.32 of the Draft of the Part B Plan Document appears to say "No" and John Arko agrees. An example beyond NRD was not part of Gene Renshaw's 1/8/98 fax to John Arko and Andy Hodges and was not discussed in the 1/9/98 conference call.)

(Note: There are actually two Minimum Benefits which need to be compared to each other; the Minimum Benefit attributable to the FAE benefit formula and the Minimum Benefit attributable to the $72 times years of Credited Service benefit.

The life annuity is the greater of:

(1) the lump sum based on the Retirement Account at BCD divided by a lump sum factor based on an immediate life annuity using GATT assumptions.

or

(2) the largest Minimum Benefit payable as a life annuity at NRD. The Minimum Benefit is determined by subtracting the Social Security Offset (which we have nicknamed the "Back Half" from the FAE portion of the Minimum Benefit which we have nicknamed "Front Half". Logically, no plan ERF is applied. No leveling factor is applied.

(Note: There are actually two Minimum Benefits which need to be compared to each other; the Minimum Benefit attributable to the FAE benefit formula and the Minimum Benefit attributable to the $72 times years of Credited Service benefit. Logically, no plan ERF is applied.

The greater of the life annuities determined in the preceding paragraph is converted to all other optional forms of annuity using 7% interest and GATT mortality.

Note: The Minimum Benefits do not receive actuarial increases for retirement after age 65 per

5

Section 1.32 of the Part B Cash Balance Plan document and per John Arko on 2/24/98.

### Early Retirement Factors

Early retirement factors in the traditional sense are not used for the new Part B cash balance benefit.

However, ERF's are used to calculate an Initial Account Balance for anyone who is active on 1/1/98, i.e. has an Initial Account Balance on 1/1/98. The ERF will be a flat 5% reduction per year of service, interpolated for partial years using months.

ERF's are also used in the calculation of annuities when comparing the cash balance annuities to the former plan's accrued benefit, a.k.a. the Minimum Benefit. ERF's to be used are those in the two tables below depending on whether the participant was early retirement eligible (as defined by Plan provisions in effect on 12/31/97) when the participant terminated for the final time. Another way to say this is that service for determining which Tier 1 ERF to use should not be capped on 12/31/97 (per Jean Renshaw).

Per John Arko's 1/26/98 E-Mail, the second table below for participants terminating prior to meeting early retirement eligibility only applies to Tier 1 participants who termed prior to attaining early retirement eligibility who are rehired into the Part B Cash Balance Plan and who again term prior to meeting early retirement eligibility as defined by the Plan in effect on 12/31/97.

However, the same participant described in the preceding paragraph can accrue additional service credits (actually they are equal to Vesting Credits) during employment in the Cash Balance Plan for the purpose of early retirement eligibility requirements. If this participant again terminates after meeting the early retirement provisions as defined by the Plan in effect on 12/31/97, early retirement factors from the first table below should be used in Minimum Benefit calculations.

LTD's, STD's, and LOA's are treated the same as "active participants" for the purpose of determining which early retirement table to use.

ERF's for participants retiring under the Part B Cash Balance Plan prior to age 55 will be actuarial reduction based on GATT assumptions. This actuarial reduction will be from age 65 back to age on Benefit Commencement Date.

| Early Retirement Reduction Factors In Effect on 12/31/97 For Former Tier 1 and Tier 2 Participants Early Retirement Eligible At Termination _ERF 1_ | | | |
|---|---|---|---|
| Age when benefits begin: | Former Tier 2 participant with 15 Vesting Credits | Former Tier 1 participant who went from active to retired and had at least 10 but less than 15 Vesting Credits at Benefit Start Date | Former Tier 1 participant who went from active to retired and had 15 or more Vesting Credits at Benefit Start Date |

_ERF 2_
6

| Age | | Also, former Tier 1 participant who was active on 12/1/82 even without at least 10 Vesting Credits | |
| --- | --- | --- | --- |
| 65 | 100% | 100.0% | 100% |
| 64 | 95% | 97.6% | 100% |
| 63 | 90% | 95.2% | 100% |
| 62 | 85% | 92.8% | 100% |
| 61 | 80% | 90.4% | 97% |
| 60 | 75% | 88.0% | 94% |
| 59 | 70% | 85.6% | 91% |
| 58 | 65% | 83.2% | 88% |
| 57 | 60% | 80.8% | 85% |
| 56 | 55% | 78.4% | 82% |
| 55 | 50% | 76.0% | 79% |

**Early Retirement Reduction Factors In Effect on 12/31/97 For Former Tier 1 or Tier 2 Participants Not Early Retirement Eligible At Termination**

| Age when benefits begin: | If you were first employed by CIGNA before 1/1/85 and were between 45 and 55, inclusive, when you terminated and had between 10 and 15 Vesting Credits at termination | If you were first employed by CIGNA before 1/1/85 and were between 45 and 55, inclusive, when you terminated and had 15 or more Vesting Credits at termination | All other Tier 1 participants terminating prior to attaining early retirement eligibility | A Tier 2 participant with 15 Vesting Credits |
| --- | --- | --- | --- | --- |
| 65 | 100% | 100% | 100% | 100% |
| 64 | 97.6% | 100% | 91.8% | 95% |
| 63 | 95.2% | 100% | 84.6% | 90% |
| 62 | 92.8% | 100% | 78.1% | 85% |
| 61 | 90.4% | 97% | 72.3% | 80% |

7

DO4090

| | | | |
|---|---|---|---|
| 60 | 88.0% | 94% | 67.0% | 75% |
| 59 | 85.6% | 91% | 62.3% | 70% |
| 58 | 83.2% | 88% | 58.1% | 65% |
| 57 | 80.8% | 85% | 54.2% | 60% |
| 56 | 78.4% | 82% | 50.7% | 55% |
| 55 | 76.0% | 79% | 47.5% | 50% |

Note: Optional annuity forms based on the Retirement Account Balance and based on the Minimum Benefit will be calculated as actuarial equivalents using the following assumptions: (1) *for conversion from a Retirement Account Balance to a Single Life Annuity and vice versa:* interest = the annual rate of interest on 30-Year Treasury Constant Maturities (a.k.a. the GATT interest rate) in effect for the second calendar month preceding the beginning of the Plan Year which includes the Benefit Commencement Date and the mortality table is the standard GATT mortality table, e.g. the 1983 Group Annuity Table (1983 GAM) with a 50/50 blend of male and female rates and (2) *for conversion from a Life Annuity to other optional forms of annuity:* 7% interest and the mortality table is the standard GATT mortality table, e.g. the 1983 Group Annuity Table (1983 GAM) with a 50/50 blend of male and female rates. Linear interpolation should be used to calculate factors for ages to nearest months for purposes of calculating optional forms of annuity.

**Input Data Fields Needed**

A.  **ANNUAL GROSS SINGLE NORMAL FORM OF ANNUITY PRIOR TO COMPARISON TO THE MINIMUM BENEFITS** from Module #6

B.  **ANNUAL QUALIFIED SINGLE NORMAL FORM OF ANNUITY PRIOR TO COMPARISON TO THE MINIMUM BENEFITS AND WITHOUT REDUCTION DUE TO 415 BENEFIT LIMITS** from Module #6

C.  **BENEFIT COMMENCEMENT DATE** from the database or Benefit Calculator input screens

D.  **DATE OF BIRTH** from the database

E.  **GATT INTEREST RATE** from a Benefit Calculator table

8

C

*Interoffice Memo*

a

**Date :**       October 11, 2002
**To :**         Dave Durham / John Arko

**From :**       Andy Hodges

**Telephone :**  2/2712
**Facsimile :**  2/3297

**Subject :**    CIGNA Pension Plan: Part A
                 CIGNA Supplemental Pension Plan: Part A
                 Benefit Alternatives

Hi Dave / John:

As discussed earlier this week, here are my initial thoughts / comments regarding the plan alternatives currently under consideration, i.e., plans A – H inclusive as outlined in DWD's 08.20.2002 email attachment. Unless advised to the contrary, I will assume for the balance of this memo, as well as for the work to be prepared over the next two weeks, that the effective date for all proposals will be 01.01.04. I will use the acronyms CPP and CSPP for the CIGNA Pension Plan and the CIGNA Supplemental Pension Plan respectively. Also, the integration level for cash balance accruals is 50% of the taxable wage base and that the CPP / CSPP Credited Service maximum (30 years) does not apply to proposed cash balance accruals.

**Plans A / B / C**                    Plans A, B and C are similar in structure, i.e., freeze CPP / CSPP Part A accruals effective 12.31.2003 and commence CPP / CSPP Part B accruals effective 01.01.04.

**Who:**
        No            Plan A      Birth Date <= 01.01.1939        Change:

                                  Other                 Change:          Yes

        No            Plan B      Birth Date <= 01.01.1939        Change:

                                  Other                 Change:          Yes

        No or         Plan C      Birth Date <= 01.01.1949        Change:

                                  Points >= 75:         Change:          No
                                  Other:                Change:          Yes

**Cash Balance**
**Benefit Structure**        Points      Plan A      Plan B      Plan C

                        >= 00 | < 35  06.0% / 07.5% 04.5% / 06.0% 04.0% / 05.5%
                        >= 35 | < 45  07.0% / 08.5% 06.0% / 07.5% 05.0% / 06.5%
                        >= 45 | < 55  08.0% / 09.5% 07.0% / 08.5% 06.5% / 08.0%
                        >= 55 | < 65  10.0% / 11.5% 09.0% / 10.5% 08.0% / 09.5%
                        >= 65 | < 85  12.0% / 13.5% 11.0% / 12.5% 10.0% / 11.5%
                        >= 85         12.5% / 14.0% 11.0% / 12.5% 10.0% / 11.5%

**N.B:**                     I have assumed that, where possible, it would be preferable to align point bands with those already present in the CPP / CSPP Part B. This is a slight modification to the DWD schedule.

**Current CPP / CSPP Part A**    Front Half       2% * AFC @ Termination  * CS @ Termination:
                         Max: 30
**Retirement Benefit Formula**
                         Back Half        50% * SS @ Termination * CS @ Termination:
                         Max: 30  + 35

                         Early Retirement:  ERA – 65        Front Half * ERF
                                            65 +            Front Half * ERF – Back Half

                         Normal Retirement:  65 +           Front Half  – Back Half

CIGNA Pension Plan: Part A
CIGNA Supplemental Pension Plan: Part A
Benefit Alternatives
October 11, 2002
Page 2

| | | | | |
|---|---|---|---|---|
| **Proposed CPP / CSPP Part A** Retirement Benefit | Front Half | 2% * AFC @ 12.31.03 * CS @ 12.31.03: Max: 30 | | |
| | Back Half | 50% * SS @ 12.31.03 * CS @ 12.31.03: Max: 30 | | |
| + 35 | | | | |
| | Early Retirement: | ERA – 65 65 + | Front Half * ERF Front Half * ERF – Back Half | |
| | Normal Retirement: | 65 + | Front Half – Back Half | |
| **Current CPP / CSPP Part A** Pre-Retirement Death Benefit OR Vesting Service <= 12.31.1984 Death < Termination | Age @ Death: | < 55: | Max | QPSA Payment Deferred -> Early CIGNA Free 30% Survivor Benefit Earnings/CS/SS Projected -> NRA Payment Immediate |
| | Age @ Death: | >= 55 \| < NRA: | Max | QPSA Payment Immediate OR CIGNA Free 30% Survivor Benefit Earnings/CS/SS Projected -> NRA Payment Immediate OR QJSA Payment Immediate OR Preserved Prior Plan Benefits |
| | Age @ Death: | >= NRA: | Max | QPSA Payment Immediate OR Preserved Prior Plan Benefits |
| **Proposed CPP / CSPP Part A** Pre-Retirement Death Benefit OR Vesting Service <= 12.31.1984 Death < Termination | Age @ Death: | < 55: | Max | QPSA Payment Deferred -> Early CIGNA Free 30% Survivor Benefit Earnings/CS/SS Frozen @ 12.31.03 Payment Immediate |
| | Age @ Death: | >= 55 \| < NRA: | Max | QPSA Payment Immediate OR CIGNA Free 30% Survivor Benefit Earnings/CS/SS Frozen @ 12.31.03 Payment Immediate OR QJSA Payment Immediate OR Preserved Prior Plan Benefits |
| | Age @ Death: | >= NRA: | Max | QPSA |

CIGNA Pension Plan: Part A
CIGNA Supplemental Pension Plan: Part A
Benefit Alternatives
October 11, 2002
Page 3

Payment Immediate OR
Preserved Prior Plan
Benefits

**Current CPP / CSPP Part A**
**Pre-Retirement Death Benefit**
Early OR
Vesting Service >= 01.01.1985
Death < Termination

| Age @ Death: | N/A | Max | QPSA | |
| Vesting Service @ Death | < 10: | | | Payment Deferred -> |

N/A

| Age @ Death: | < 55 | Max | QPSA | |
| Vesting Service @ Death | >= 10 | | | Payment Deferred -> |

Early OR

CIGNA Survivor Benefit
Earnings/CS/SS @ DOT
Payment Immediate

| Age @ Death: | >= 55 | Max | QPSA | |
| Vesting Service @ Death | >= 10 | | | Payment Immediate |

OR

CIGNA Survivor Benefit
Earnings/CS/SS @ DOT
Payment Immediate

**Proposed CPP / CSPP Part A**
**Pre-Retirement Death Benefit**
Early OR
Vesting Service >= 01.01.1985
Death < Termination

| Age @ Death: | N/A | Max | QPSA | |
| Vesting Service @ Death | < 10: | | | Payment Deferred -> |

N/A

| Age @ Death: | < 55 | Max | QPSA | |
| Vesting Service @ Death | >= 10 | | | Payment Deferred -> |

Early OR

CIGNA Survivor Benefit
Earnings/CS/SS @ 12.31.03
Payment Immediate

| Age @ Death: | >= 55 | Max | QPSA | |
| Vesting Service @ Death | >= 10 | | | Payment Immediate |

OR

CIGNA Survivor Benefit
Earnings/CS/SS @ 12.31.03
Payment Immediate

**Current CPP / CSPP Part A**
**Post - Retirement Death Benefit**
> NRA
Vesting Service <= 12.31.1984

Early Retirement Eligible @ Termination:   Yes   CIGNA Free
30% Survivor Benefit

Earnings/CS/SS Projected -

Early Retirement Eligible @ Termination:   No   N/A

**Proposed CPP / CSPP Part A**
**Post - Retirement Death Benefit**
12.31.03
Vesting Service <= 12.31.1984

Early Retirement Eligible @ Termination:   Yes   CIGNA Free
30% Survivor Benefit

Earnings/CS/SS Frozen @

Early Retirement Eligible @ Termination:   No   N/A

CIGNA Pension Plan: Part A
CIGNA Supplemental Pension Plan: Part A
Benefit Alternatives
October 11, 2002
Page 4


**Current CPP / CSPP Part A**          Early Retirement Eligible @ Termination:          Yes      CIGNA Free
                                       30% Survivor Benefit
**Post – Retirement Death Benefit**                                                    Earnings/CS/SS @ DOT
**Vesting Service >= 01.01.1985**
                                       Early Retirement Eligible @ Termination:          No      N/A


**Proposed CPP / CSPP Part A**         Early Retirement Eligible @ Termination:          Yes      CIGNA Free
                                       30% Survivor Benefit
**Post – Retirement Death Benefit**                                                    Earnings/CS/SS Frozen @
                                       12.31.03
**Vesting Service >= 01.01.1985**
                                       Early Retirement Eligible @ Termination:          No      N/A


**Comment #1:**          I will assume, as I am 99.99% certain that it is required under law
                         anyway, that Part A participants will be allowed to grow (age and / or
                         service) into various early retirement schedules in Part A.

**Comment #2:**          Inactive Participants v. Credited Service … I will assume that, as was
                         the case during the initial cash balance conversion that participants
                         currently in such status will cease the accrual of credited service
                         effective 06.30.2004.

**Plans D / E / F**      Plans D, E and F are similar in structure, i.e., cash balance
                         accruals are as defined in plans A, B and C respectively, but CPP / CSPP
                         Part A accruals (earnings and credited service) will continue until the
                         earlier of termination or 12.31.2006.  As a very technical matter, this
                         introduces participant level communication issues viz. the potential for
                         deferred "wearaway" and the complexity of measuring the relative value of
                         cash balance accruals v. final pay accruals >= 01.01.2004 to determine
                         benefit timing and form.

                         It is my understanding that if, as of a participant's proposed Annuity
                         Start Date, the value of cash balance accruals are greater than that of
                         final pay accruals >= 01.01.2004, then the cash balance accruals may be
                         distributed immediately, regardless of age and/or service, in the form of
                         either a lump sum or monthly payments. Conversely, if, as of a
                         participant's proposed Annuity Start Date, the value of final pay
                         accruals >= 01.01.2004 is greater than the value of cash balance
                         accruals, benefits may not be distributed until a participant has
                         satisfied the early retirement eligibility provisions of the CPP Part A
                         and a lump sum is not available.

                         I would assume that the methodology outlined in Jean Renshaw's well
                         circulated handwritten "minimum benefit logic" memo would be applied for
                         the measurement of value – modified to exclude the consideration of a
                         lump sum distribution attributable to final pay accruals.

**Example:**   **Participant:**          Name:                          Ima N. Arko
                                         Birth Date:                    01.01.57
                                         Termination Date:              12.31.06
                                         Cash Balance @ 01.01.07:              $10,000
                                         Cash Balance @ 01.01.08:              $10,500
                                         Final Pay Value @ 01.01.07:           $10,100
                                         Final Pay Value @ 01.01.08:           $10,400

CIGNA Pension Plan: Part A
CIGNA Supplemental Pension Plan: Part A
Benefit Alternatives
October 11, 2002
Page 5


Conclusion / Message @ 01.01.07:        Benefits attributable to post 12.31.03 CPP /
                                        CSPP accruals are not available.

Conclusion / Message @ 01.01.08:        Benefits attributable to post 12.31.03 CPP /
                                        CSPP accruals are available, but pre –
                                        01.01.04 accruals are not available until
                                        early retirement eligibility, i.e., a
                                        bifurcated delivery of benefit.

I would assume that pre – retirement death benefits would be subject to the same type of analysis;
                        i.e., comparison of relative
value at Proposed Annuity Start Date.

I appreciate that this concept can be confusing.  I will prepare some hypothetical examples that
                        may help to clarify this issue.
This phenomenon (timing and form of benefit) would not occur if CPP / CSPP accruals were either .
                        frozen @ 12.31.03
or cash balance accruals were deferred until 01.01.07.

**Plan G**
**Future Service Only**

Continue current DB accrual rate of 2% with the following changes.

- Current Average Final Compensation:        Last 36 months or highest 3 consecutive
        calendar years.

- Proposed Average Final Compensation:       Last 60 months or highest 5 consecutive
        calendar years.

- Current Social Security Offset Age:                65

- Proposed Social Security Offset Age:       62

- Current Pre-Retirement Death Benefits:     As outlined above.

- Proposed Pre-Retirement Death Benefits:    As outlined above –  substituting 12.31.06 for
        12.31.03.

- Current Post-Retirement Death Benefits:    As outlined above

- Proposed Post-Retirement Death Benefits:            As outlined above – substituting
        12.31.06 for 12.31.03.

- Current Early Retirement Schedule #1:

| Age | ERF | Age | ERF | Age | ERF |
|---|---|---|---|---|---|
| 55 | 79.0% | 59 | 91.0% | 63 | 100.0% |
| 56 | 82.0% | 60 | 94.0% | 64 | 100.0% |
| 57 | 85.0% | 61 | 97.0% | 65 | 100.0% |
| 58 | 88.0% | 62 | 100.0% | | |

  Vesting Service <= 12.31.1984
  Age @ Termination >= 45
  Vesting Service @ Termination >=15

  OR

  Vesting Service >= 01.01.1985
  Age @ Termination >= 55
  Vesting Service @ Termination >= 15

- Current Early Retirement Schedule #2:

| Age | ERF | Age | ERF | Age | ERF |
|---|---|---|---|---|---|
| 55 | 76.0% | 59 | 85.6% | 63 | 95.2% |
| 56 | 78.4% | 60 | 88.0% | 64 | 97.6% |
| 57 | 80.8% | 61 | 90.4% | 65 | 100.0% |

  Vesting Service <= 12.31.1984
  Age @ Termination >= 45
  Vesting Service @ Termination >=10

CIGNA Pension Plan: Part A
CIGNA Supplemental Pension Plan: Part A
Benefit Alternatives
October 11, 2002
Page 6

OR                                              58    83.2%  62     92.8%

Vesting Service >= 01.01.1985
Age @ Termination >= 55
Vesting Service @ Termination >= 10

- Current Early Retirement Schedule #3          **Age   ERF   Age   ERF   Age   ERF**
  Current Early Retirement Schedule #1: N/A
  Current Early Retirement Schedule #2: N/A     55    47.5%  59    62.3%  63    84.6%
                                          56    50.7%  60    67.0%  64    91.8%
                                          57    54.2%  61    72.3%  65   100.0%
                                          58    58.1%  62    78.1%

- Proposed Early Retirement Schedule:           **Age   ERF   Age   ERF   Age   ERF**

                                          55    56.0%  59    76.0%  63    94.0%
                                          56    61.0%  60    81.0%  64    97.0%
                                          57    66.0%  61    86.0%  65   100.0%
                                          58    71.0%  62    91.0%

Here's my understanding of how this option would operate.

1. Current CPP / CSPP Part A accruals would be frozen (earnings and credited service) as of 12.31.2003.
2. Participants currently at the credited service maximum, i.e., 30 years, would be not accrue additional pension benefits under either the CPP or the CSPP.
3. Participants with CPP / CSPP accruals <= 12.31.2003 and post >= 01.01.2004 that commence receipt of benefits prior to age 62 will have 3 layers of annuity, i.e., one layer from retirement age to age 62, one layer from age 62 to age 65 and one layer from age 65 +. I would suggest that the advantages associated with earlier application of the social security offset, might not justify the added complexity.
4. I will assume that the Proposed Early Retirement Schedule will apply to all accrual >= 01.01.2004 regardless of when vesting service commenced and regardless of age at termination.

**Plan G**
**All Service**

This option would superimpose the plan provisions outlined in this Plan G Future Service Only option for all years. This option would give rise to temporary suspension of benefit accrual attributable to an increase in the earnings averaging period and a decrease in early retirement factors.

**Plan H**
**Future Service Only**

This option is very similar to Plan G – Future Service Only. The only differences are in the earnings averaging period, i.e., last 120 months or highest 10 consecutive calendar years and the early retirement factors, i.e., 3% per year from NRA to age 55.

- Proposed Early Retirement Schedule:           **Age   ERF   Age   ERF   Age   ERF**
                                          55    70.0%  59    82.0%  63    94.0%
                                          56    73.0%  60    85.0%  64    97.0%
                                          57    76.0%  61    88.0%  65   100.0%
                                          58    79.0%  62    91.0%

**Plan H**
**All Service**

This option would superimpose the plan provisions outlined in this Plan H Future Service Only option for all years. This option would give rise to temporary suspension of benefit accrual

CIGNA Pension Plan: Part A
CIGNA Supplemental Pension Plan: Part A
Benefit Alternatives
October 11, 2002
Page 7

attributable to an increase in the earnings averaging period and a decrease in early retirement factors.

D

Arko
1/2002

**Example of "wear-away" due to subsidized early retirement benefits.**

| | Age 55 Annuity Benefit | Account Balance | Hypothetical Age 55 Unsubsidized ERF Benefit | Hypothetical Account Balance |
|---|---|---|---|---|
| Initial Term 8/95 | $2010/mo (to $1560 @ 65)<br><br>Equal to $1830 From 55 as "level income" | | $1210/mo (to $760 @ 65)<br><br>Equal to $920 From 55 as "level income" | |
| | Age 45 Svc 24<br><br>Meets "age 45" rule for 79% ERF's vs 47.5%. | | | |
| Rehire 9/98 | 1830/mo | Convert age 65 benefit to Opening Balance of $91,000 | 920/mo | Convert age 65 benefit to Opening Balance of $91,000 |
| | Age 48 Svc 24 | | | |
| Retire @ 55 4/2005 | Annuity value of Account Balance = $1340/mo.<br><br>But apply minimum of $1830. | Account Balance grows to $193,400 | Annuity value of Account Balance = $1340/mo.<br><br>Minimum does not apply. | Account Balance grows to $193,400 |
| | Age 55 Svc 30 | | | |