UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANICE C. AMARA, individually and on behalf of others similarly situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Case No. 3:01CV2361(MRK) |
| CIGNA CORPORATION and CIGNA PENSION PLAN, | : : : | |
| Defendants. | : : | |

## RULING AND ORDER

In accordance with the discovery plan adopted by the parties and the Court, the Court held a hearing on April 20, 2005 for purposes of ruling on Defendants' assertion of the attorney-client privilege and work product doctrine. The parties provided the Court with exemplars of documents falling into various categories, which the Court reviewed *in camera*, and after argument by the parties, the Court issued oral rulings on the record at the hearing sustaining or overruling Defendants' assertion of privilege. The parties and the Court agreed that the parties would then use the Court's rulings on exemplars as an indication of how the Court would rule on other similar documents falling into the various categories. In addition to the rulings and orders entered on the record in open court on April 20, 2005, the Court now enters the following additional rulings:

    1.    No later than **May 2, 2005,** Defendants shall produce to Plaintiffs copies of any exemplars for which the Court overruled the assertion of privilege, including any portions of exemplars that the Court ruled should be provided to Plaintiffs in redacted form.

2.      The parties will then confer regarding production of additional documents in accordance with the Court's rulings.  No later than **June 1, 2005**, the Court expects that Defendants will have produced to Plaintiffs any additional documents (or portions of documents) set forth on Defendants' privilege log that are similar to exemplars (or portions of exemplars) that the Court has already ordered produced.  Defendants' production of any such documents (or portions of documents) is pursuant to this Order and is not voluntary on Defendants' part.

3.      No later than **June 1, 2005**, the parties will submit a joint status report to the Court reporting on: (a) the progress of discovery, including the production of documents hereunder; (b) the status of any pending motions or anticipated motions; (c) any requested schedule changes; (d) proposed dates for trial; and (e) expected length of trial

IT IS SO ORDERED.

/s/    Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut on**: **April 21, 2005**.