UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, individually and on behalf of others similarly situated, : | 3:01 CV 2361 (MRK) |
| Plaintiff, : | |
| v. : | |
| CIGNA CORP. AND CIGNA PENSION PLAN, : | |
| Defendants. : | APRIL 22, 2005 |

## APPEARANCE

Please enter my appearance as counsel for the defendants, CIGNA CORP. and CIGNA PENSION PLAN, in the above-entitled action.

CIGNA CORP. AND
CIGNA PENSION PLAN

By /s/
Elizabeth A. Fowler (ct 23584)
efowler@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid on this 22nd day of April, 2005 to:

Thomas Moukawsher, Esq.
Moukawsher & Walsh, LLC
328 Mitchell St.
Groton, CT 06430

Stephen R. Bruce, Esq.
Suite 210
805 15th Street, NW
Washington, DC 20005

_____
Elizabeth A. Fowler