## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANICE C. AMARA, individually and on behalf of others similarly situated, | : : : | CIVIL ACTION NO. 3:01-CV-2361 (MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CIGNA CORP. AND CIGNA PENSION PLAN, | : : | |
| | : | |
| Defendants. | : | |
| | : | APRIL 29, 2005 |

## UNOPPOSED MOTION TO EXTEND
## SCHEDULING ORDER DATES

The plaintiff, Janice Amara, moves to extend the deadline in the Court's March 21, 2005 Scheduling Order for both parties to file several documents with the Court from the Order's current deadline of Monday, May 2, 2005 to Friday, May 6, 2005. The documents at issue are: (1) any motion for leave to amend the complaint and any motion to add additional named representatives, (2) any motion in limine about the relevance of direct testimony to "likely prejudice" under *Burke v. Kodak Ret. Inc. Plan*, 336 F.3d 103, 113-14 (2d Cir. 2003), (3) the parties' stipulation or their separate memoranda of law regarding the impact of the Third Circuit's recent decision in *Depenbrock v.* CIGNA, 389 F.3d 78 (3d Cir. 2004). In support of her motion, Amara represents:

1.      Amara's counsel have made substantial progress on the documents, but they have discovered the need for additional work that can't practically be completed by the deadline.

2.      Because a draft of a proposed stipulation was only recently completed, Amara's counsel need additional time to negotiate a potential stipulation concerning the impact of *Depenbrock*.

3.      During drafting, Amara's counsel came to believe that it would be useful for them to have the documents the Court ordered produced by May 2, 2005 prior to completing their work.

4.      This is Amara's first request to extend this deadline.

5.      Opposing counsel does not object.

WHEREFORE, Amara asks the Court to extend the deadline in the Court's March 21, 2005 Scheduling Order for both parties to file the following documents from the current deadline of Monday, May 2, 2005 to Friday, May 6, 2005: (1) any motion for leave to amend the complaint and any motion to add additional named representatives, (2) any motion in limine about the relevance of direct testimony to "likely prejudice" under *Burke v. Kodak Ret. Inc. Plan*, 336 F.3d 103, 113-14 (2d Cir. 2003), (3) the parties' stipulation or their separate memoranda of law regarding the impact of the Third Circuit's recent decision in *Depenbrock v. CIGNA*, 389 F.3d 78 (3d Cir. 2004).

THE PLAINTIFF: Janice Amara

By: /s/ Thomas G. Moukawsher
      Thomas G. Moukawsher ct08940
      Ian O. Smith ct24135
      Moukawsher & Walsh, LLC
      21 Oak Street
      Hartford, CT 06106
      (860) 278-7000
      tmoukawsher@mwlawgroup.com

      Stephen R. Bruce (Proc Hac Vice)
      Suite 210
      805 15th St., NW
      Washington, DC 20005
      (202) 371-8013

      HER ATTORNEYS

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the defendant at:

Joseph J. Costello           Christopher A. Parlo, Esq.
Jeremy P. Blumenfeld       Morgan, Lewis & Bockius LLP
Morgan, Lewis & Bockius    101 Park Avenue
1701 Market Street         New York, NY 10178-0060
Philadelphia, PA 19103-2921

Dated this 29th day of April, 2005.

        /s/ Thomas G. Moukawsher
        Thomas G. Moukawsher