UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Janice C. Amara, | : |
| individually and on behalf of | : |
| all others similarly situated, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : Civil. No. 3:01-CV-2361 (MRK) |
| | : |
| CIGNA Corp. and | : |
| CIGNA Pension Plan, | : |
| | : |
| Defendants. : | MAY 6, 2005 |

## **PLAINTIFF CLASS' MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiffs hereby move pursuant to Fed. R. Civ. P. 15(a) to amend their Complaint

to conform with discovery and assert Claims Four and Five based on Cigna's failure to

give notice of benefit reductions, its failure to protect previously accrued benefits, and its

failure to disclose the relative values of cash balance options with lesser value than the

previously-earned benefits. Plaintiffs also request leave to amend the Complaint to add

class member Ms. Gisela R. Broderick as a named plaintiff. In support hereof, Plaintiffs

respectfully represent as follows:

1.     The proposed Claims Four and Five present alternative legal theories that

conform the pleadings with discovery. The proposed Claim Two also clarifies that the

Summary Plan Description violations encompass all the undisclosed reductions.

2.     Defendants' counsel conceded during a February 8, 2005 conference call

that Cigna has known about these claims for a "couple of years."

3.      Defendants have also indicated they will not oppose the addition of Ms.

Broderick, who is already a member of the certified class.

4.      In support of their Motion, Plaintiffs rely on the accompanying

Memorandum of Law.

WHEREFORE, Plaintiffs respectfully request that their Motion for Leave to

Amend Complaint be granted. The Memorandum in Support and Proposed Second

Amended Complaint[1] accompany this Motion.

THE PLAINTIFFS

By: /s/ Thomas G. Moukawsher
Thomas G. Moukawsher ct 08940
Ian O. Smith ct24135
Moukawsher & Walsh, LLC
21 Oak Street
Hartford, CT 06106
(860) 278-7100
tmoukawsher@mwlawgroup.com

Stephen R. Bruce ct 23534
Suite 210
805 15th St., NW
Washington, DC 20005
(202) 371-8013
stephen.bruce@prodigy.net

Attorneys for Plaintiffs

---

[1] The original and First Amended Complaints included seven exhibits as attachments. The exhibits have been removed from the Second Amended Complaint for convenience and because they are unnecessary under FRCP 8.