# Exhibit 1

**Subject:** Depenbrock
**From:** jcostello@morganlewis.com
**Date:** Fri, 14 Jan 2005 11:30:12 -0500
**To:** stephen.bruce@prodigy.net

```
I have attached Mr. Depenbrock's pension estimates under the
qualified and
non-qualified plans. The Plan Administrator acknowledges that these
are the
benefits to which Mr. Depenbrock is entitled in light of the Third
Circuit's decision and Judge Kelly's Order on remand. Please let me
know if
you have any questions. Of course, Mr. Depenbrock is free to
communicate
directly with the Plan Administrator and his representatives.
----- Forwarded by Joseph J Costello/PH/MLBLaw on 01/14/05 11:26 AM
-----


(See attached file: Prudential Participant Benefit Summary
Sheet.pdf)
DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.
```

## Prudential Retirement
## Participant Benefit Summary Sheet
## Qualified Plan Accrued Benefit
## CIGNA Pension Plan - GR4628

| Participant Name: | John M. Depenbrock | Credited Service Date: | 01/10/1983 |
|---|---|---|---|
| | | Date of Termination: | 03/31/2004 |
| Date of Birth: | 02/27/1956 | Total Vesting Service: | 20.0000 |
| Vested Status: | Vested | Total Credited Service: | 20.0000 |
| Normal Retirement Date: | 03/01/2021 | Spouse/Domestic Partner Date of Birth: | 10/11/1955 |
| Earliest Retirement Date: | 03/01/2011 | Final Average Earnings: | $200,000.00 |

These benefits include an adjustment of 0.790 for Early Retirement, based on current Vesting Service.

Please verify the accuracy of the Participant data shown above. Any changes to this information will change the estimated benefit amounts shown below.

### Single Life Annuity Option:

Provides a monthly benefit for your lifetime with no further benefits payable upon your death. This is the form of annuity paid if you are not married or have not filed an affidavit of domestic partnership when you retire, or if your spouse/domestic partner waives the contingent annuitant option.

| | | Participant's Benefit | Spouse's Benefit |
|---|---|---|---|
| At Annuity Commencement Date: | 03/01/2011 | $5,266.67 | $0.00 |
| After Social Security Offset: | 03/01/2021 | $4,737.81 | $0.00 |

### Contingent Annuitant Option:

Provides a monthly benefit for your lifetime. It requires a reduced benefit during your lifetime in order to provide the survivor benefits to your named beneficiary should you die first. Upon your death, if eligible, your surviving spouse/domestic partner will receive the following his/her lifetime:

| | | Percent Continuation | Participant's Benefit | Contingent Annuitant's Benefit |
|---|---|---|---|---|
| At Annuity Commencement Date: | 03/01/2011 | 50.00% | $4,942.24 | $2,369.88 |
| After Social Security Offset: | 03/01/2021 | | $4,445.96 | $2,369.88 |
| At Annuity Commencement Date: | 03/01/2011 | 66.67% | $4,842.70 | $3,096.35 |
| After Social Security Offset: | 03/01/2021 | | $4,356.42 | $3,096.35 |
| At Annuity Commencement Date: | 03/01/2011 | 75.00% | $4,794.25 | $3,448.37 |
| After Social Security Offset: | 03/01/2021 | | $4,312.83 | $3,448.37 |
| At Annuity Commencement Date: | 03/01/2011 | 100.00% | $4,655.21 | $4,464.48 |
| After Social Security Offset: | 03/01/2021 | | $4,187.75 | $4,464.48 |

### Explanation of Plan Terms

| | |
|---|---|
| Free Surviving Spouse/Domestic Partner Benefit | This is the pension paid to an eligible surviving spouse or domestic partner. It equals up to approximately 30% of the pension the participant would have received, subject to benefit leveling. This is a "free" benefit, in that there is no reduction of the participant's pension to fund this benefit. Not all CIGNA Pension Plan participants are eligible for this benefit. |
| Eligible Spouse/Domestic Partner | For purposes of all estimates, your survivor is assumed to be your eligible spouse or domestic partner, the person to whom you have been legally married or for whom you have filed an affidavit of domestic partnership at least one year prior to retirement. |
| Social Security Offset | An adjustment in the retirement formula to reflect the portion of your retirement income from Social Security that was paid for by CIGNA. The offset is applied at the dates indicated above. |

November 30, 2004

Qualified Plan Accrued Benefit

CIGNA Pension Plan
GR-4628

| | |
|---|---|
| Name: | John M. Depenbrock |
| Birthdate: | 02/27/1956 |
| Employment Date: | 01/10/1983 |
| Credited Service Date: | 01/10/1983 |
| Credited Service End date: | 03/31/2004 |
| Termination Date: | 03/31/2004 |
| Termination Age: | 48.09 |
| Normal Retirement Date: | 03/01/2021 |

Vesting Service

Credited Service             20.000    Subject to a maximum of 30 years

Pension Eligible Earnings used in the calculation of Final Average Earnings:

Net Pension Eligible Earnings. Only Earnings up to the IRC Section 401(a)(17) compensation limit will be used.

| Pension Eligible Earnings for the twelve month period beginning: | Earnings | Annual Compensation Limit |
|---|---|---|
| 04/01/03 | $412,084.46 | $200,000.00 |
| 04/01/02 | $285,386.10 | $200,000.00 |
| 04/01/01 | $664,806.70 | $200,000.00 |
| Final Average Earnings | $200,000.00 | |

Social Security Offset

FICA earnings were used to estimate your retirement income from Social Security, referred to as your Primary Insurance Amount (PIA).

| | |
|---|---|
| Primary Insurance Amount | $22,212.00 |
| | x    0.50 |
| 50% of PIA | $11,106.00 |
| Credited Service Ratio | x  20.000 / 35.000 |
| Social Security Offset | $6,346.29 |
| Social Security Offset Date: | 03/01/2021 |

Retirement Benefits (unadjusted for early retirement)

| | |
|---|---|
| Final Average Earnings | $200,000.00 |
| Rate of Accrual | x      0.0200 |
| Credited Service | x    20.000 |
| | $80,000.00 |
| Annual Benefit Prior to Offset Date | $80,000.00 |
| Social Security Offset | $6,346.29 |
| Annual Benefit After Offset Date | $73,653.71 |

November 30, 2004

Total Accrued Benefit

CIGNA Pension Plan and Supplemental Plan
GR-4628

| | |
|---|---|
| Name: | John M. Depenbrock |
| Birthdate: | 02/27/1956 |
| Employment Date: | 01/10/1983 |
| Credited Service Date: | 01/10/1983 |
| Credited Service End date: | 03/31/2004 |
| Termination Date: | 03/31/2004 |
| Termination Age: | 48.09 |
| Normal Retirement Date: | 03/01/2021 |

Vesting Service                    20.000

Credited Service                   20.000    Subject to a maximum of 30 years.

Pension Eligible Earnings used in the calculation of Final Average Earnings:

Total Pension Eligible Earnings, without regard to the IRC Section 401(a)(17) compensation limits.

Pension Eligible Earnings for the Calendar
                         Year:           Earnings

                         2004     $242,326.21    Partial year 1/1 - 3/31/2004)
                         2003     $370,505.10
                         2002     $454,541.10
                         2001     $421,315.35    Partial year 4/1 - 12/31/2001)


         Final Average Earnings    $496,229.25

Social Security Offset

FICA earnings were used to estimate your retirement income from Social Security, referred to as your Primary Insurance Amount (PIA).

|  |  |
|---|---|
| Primary Insurance Amount | $22,212.00 |
|  | x      0.50 |
| 50% of PIA | $11,106.00 |
| Credited Service Ratio | x  20.000 / 35.000 |
| Social Security Offset | $6,346.29 |
|  |  |
| Social Security Offset Date: | 03/01/2021 |

Retirement Benefits (unadjusted for early retirement)

|  |  |
|---|---|
| Final Average Earnings | $496,229.25 |
| Rate of Accrual | x      0.0200 |
| Credited Service | x    20.000 |
|  | $198,491.70 |
|  |  |
| Annual Benefit Prior to Offset Date | $198,491.70 |
| Social Security Offset | $6,346.29 |
| Annual Benefit After Offset Date | $192,145.41 |

November 30, 2004

CIGNA  
GR 4628  
Qualified Plan Accrued Benefit  
Joint & Survivor Options  
Early Retirement Election

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME: | John M. Depenbrock | | | | | Months Early | | | |
| SSN#: | 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 | | | | | | | | |
| DOB: | 02/27/1956 | NRD: | 03/01/2021 | | NRD: | | 3 / | 1 / | 2021 |
| Benefit: | $80,000.00 | ACD: | 03/01/2011 | | ACD: | | 3 / | 1 / | 2011 |
| SS Offset: | $6,346.29 | CADOB: | 10/11/1955 | | | | 0 M | | 10 Y |
| Early: | 0.7900 | Continuation % | 50.00% | | | | | | |
| Vesting: | 100.00% | | | | | Ages at Early Retirement Date | | | |
| | | J & S Factor: | 0.9384 | | | | | | |
| Leveling: | 0.592 | | | | ACD: | | 3 / | 1 / | 2011 |
| Minimum: | $0.00 | | | | DOB: | | 2 / | 27 / | 1956 |
| Min. Early: | $0.00 | | | | | | 0 M | | 55 Y |
| | | | | | Part's Age: | | 55 Y | | |
| 415(b) Limit: | $90,240.00 | | | | | | | | |
| | | | | | ACD: | | 3 / | 1 / | 2011 |
| | SS Offset | | | | SDOB: | | 10 / | 11 / | 1955 |
| | | | | | | | 4 M | | 55 Y |
| | $6,346.29 | | | | Spouse's Age: | | 55 Y | | |
| X | 1.000 | | | | | | | | |
| | $6,346.29 | | | | | | | | |

**Life Annuity**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | $80,000.00 | | | | |
| ERF X | 0.7900 | | | | |
| | $63,200.00 | | | | |
| Minimum | $0.00 | | | | |
| Maximum | $90,240.00 | | | | |
| At ACD: | $63,200.00 | / 12 | | $5,266.67 | Monthly Benefit until age 65 |
| Formula-SS | $56,853.71 | | | | |
| Minimum | $0.00 | | | | |
| Maximum | $90,240.00 | | | | |
| After Offset: | $56,853.71 | / 12 | = | $4,737.81 | Monthly Benefit after age 65 |

**Joint & Survivor**

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | $63,200.00 | X | 0.9384 | = | $59,306.88 | / 12 = | $4,942.24 | Monthly Benefit until age 65 |
| | $56,853.71 | X | 0.9384 | = | $53,351.52 | / 12 = | $4,445.96 | Monthly Benefit after age 65 |
| | $6,346.29 | | | | | | | |
| X | 0.592 | | | | | | | |
| | $3,757.00 | | | | | | | |
| | $56,853.71 | | | | | | | |
| | $60,610.71 | Level Benefit for determining spouse amount | | | | | | |
| X | 0.9384 | J & S Factor | | | | | | |
| | $56,877.09 | X | 50.00% | = | $28,438.55 | / 12 = | $2,369.88 | Monthly Benefit to Spouse |

| | | | 03/01/2021 | | |
|---|---|---|---|---|---|
| Option | Factor | Pre Offset | Post Offset | Spouse | |
| Life Option | 1.0000 | $5,266.67 | $4,737.81 | $0.00 | |
| 50.00% | 0.9384 | $4,942.24 | $4,445.96 | $2,369.88 | |
| 66.67% | 0.9195 | $4,842.70 | $4,356.42 | $3,096.35 | |
| 75.00% | 0.9103 | $4,794.25 | $4,312.83 | $3,448.37 | |
| 100.00% | 0.8839 | $4,655.21 | $4,187.75 | $4,464.48 | |

Case 3:01-cv-02361-MRK    Document 113-2    Filed 05/06/2005    Page 6 of 11

11/30/2004

**CIGNA**
**GR 4828**

Qualified Plan Accrued Benefit
Joint & Survivor Options
Normal or Late Retirement Election

| | | | | | | Months Early | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME: | John M. Depenbrock | | | | | | | | |
| SSN#: | 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 | | | | | | | | |
| DOB: | 02/27/1956 | NRD: | 03/01/2021 | | NRD: | | 3 / | 1 / | 2021 |
| Benefit: | $80,000.00 | ACD: | 03/01/2021 | | ACD: | | 3 / | 1 / | 2021 |
| SS Offset: | $6,346.29 | CADOB: | 10/11/1955 | | | | 0 M | | 0 Y |
| Early: | 1.000 | Continuation % | 50.00% | | | | | | |
| Vesting: | 100.00% | | | | | Ages at Normal or Late Retirement Date | | | |
| | | J & S Factor: | 0.9117 | | | | | | |
| | | | | | ACD: | | 3 / | 1 / | 2021 |
| Minimum: | $0.00 | | | | DOB: | | 2 / | 27 / | 1956 |
| | | | | | | | 0 M | | 65 Y |
| 415(b) Limit | $165,000.00 | | | | Part's Age: | | 65 Y | | |
| | | | | | ACD: | | 3 / | 1 / | 2021 |
| | | | | | SDOB: | | 10 / | 11 / | 1955 |
| | | | | | | | 4 M | | 65 Y |
| | | | | | Spouse's Age: | | 65 Y | | |

**Normal Retirement Benefits Prior to Adjustment for Payment of NQ benefits at earlier date**

```
            Life Annuity
              $80,000.00
SS Offset -    $6,346.29
              $73,653.71
Minimum:          $0.00
Maximum:     $165,000.00
              $73,653.71    / 12    =    $6,137.81       Monthly Benefit at age 65

            Joint & Survivor
              $73,653.71
       X         0.9117
              $67,150.09    / 12    =    $5,595.84       Monthly Benefit at age 65
       X         0.500
              $33,575.05    / 12    =    $2,797.92       Monthly Benefit to Spouse
```

**Normal Retirement Benefits After Payment of NQ benefits at Earliest Distribution Date**

```
            Life Annuity
              $80,000.00    $63,200.00 / 0.790
SS Offset -    $6,346.29
              $73,653.71
Minimum:          $0.00
Maximum:     $165,000.00
              $73,653.71    / 12    =    $6,137.81       Monthly Benefit at age 65

            Joint & Survivor
              $73,653.71
       X         0.9117
              $67,150.09    / 12    =    $5,595.84       Monthly Benefit at age 65
       X         0.500
              $33,575.05    / 12    =    $2,797.92       Monthly Benefit to Spouse
```

| Option | Factor | Pre Offset | Post Offset | Spouse |
|---|---|---|---|---|
| Life Option | 1.0000 | N/A | $6,137.81 | $0.00 |
| 50.00% | 0.9117 | N/A | $5,595.84 | $2,797.92 |
| 66.67% | 0.8857 | N/A | $5,436.26 | $3,624.35 |
| 75.00% | 0.8732 | N/A | $5,359.54 | $4,019.66 |
| 100.00% | 0.8378 | N/A | $5,142.26 | $5,142.26 |

CIGNA Supplemental Plan - Estimate of Lump Sum Value at Annuity Commencement Date

| | | | | Age |
|---|---|---|---|---|
| Participant Name | John M. Depenbrock | Spouse DOB: | 10/11/1955 | 56.2500 |
| SSN | 218667874 | Qual ACD: | 03/01/2011 | 55.0000 |
| Participant Date of Birth | 02/27/1956 | DOT: | 03/31/2004 | 48.0833 |
| Date of Employment | 01/10/1983 | Non-Qual ACD: | 02/01/2012 | 55.9167 |
| Vesting Service | 20 | NRD: | 03/01/2021 | |

| | (Temporary) Monthly Benefit before Offset | (Deferred) Monthly Benefit after Offset | Monthly Spouse Benefit |
|---|---|---|---|
| CIGNA Gross Benefit | $13,067.37 | $12,538.51 | 0.00 |
| Less CIGNA Qualified Plan | $5,266.67 | $4,737.81 | 0.00 |
| Equals Supplemental Plan Only | $7,800.70 | $7,800.70 | 0.00 |
| Early Retirement Factor - Qualified Plan | 0.7900 | | |
| Early Retirement Factor - Supplemental Plan | 0.8180 | | |
| Adjustment for Early Retirement Factor | $8,077.18 | $8,077.18 | |

Interest Rate: 6.00%

| | Age | (A) Immediate Rate | (B) Deferred Rate | (A) - (B) Temporary Rate |
|---|---|---|---|---|
| Participant at Measurement Date | 55.9167 | 11.3180 | 4.6266 | 6.6914 |
| Note: Spouse rate from table by Part. Age/Spouse Age at Measurement Date | 56.2500 | 2.1895 | | |

| | Benefit | Annualized | Times Rate | Present Value |
|---|---|---|---|---|
| Participant Temporary Benefit * Temporary Rate | $8,077.18 | * 12 | 6.6914 | $648,571.71 |
| Plus Deferred Benefit * Deferred Rate | $8,077.18 | * 12 | 4.6266 | $448,438.57 |
| Plus Present Value of Spouse Benefit | $0.00 | * 12 | 2.1895 | $0.00 |
| Equals Total Lump Sum Value of Benefit | | | | $1,097,010.28 |

## Prudential Retirement
## Participant Benefit Summary Sheet
## CIGNA [Non-Qualified] Supplemental Pension Plan - GR4628

| Participant Name: | John M. Depenbrock | Credited Service Date: | 01/10/1983 |
|---|---|---|---|
|  |  | Date of Termination: | 03/31/2004 |
| Date of Birth: | 02/27/1956 | Total Vesting Service: | 20.0000 |
| Vested Status: | Vested | Total Credited Service: | 20.0000 |
| Normal Retirement Date: | 03/01/2021 | Spouse/Domestic Partner Date of Birth: | N/A |
| Earliest Payment Date: | 01/31/2012 | Final Average Earnings: | $496,229.25 |

Please verify the accuracy of the Participant data shown above. Any changes to this information will change the estimated benefit amounts shown below.

**Single Lump Sum Payment:**   Based on PBGC mortality and 6.00 percent interest. Interest rates are set by the PBGC in January of each calendar year.

The actuarial equivalent present value, determined as of the date of payment, of the Participant's Supplemental Pension Plan benefit. Benefits shall be paid to the Participant in the form of a Single Lump Sum

Date of Payment:            01/31/2012            $1,097,010.28

November 30, 2004

**Prudential Retirement**
**Participant Benefit Summary Sheet**
**CIGNA [Non-Qualified] Supplemental Pension Plan - GR4628**
Page 1 of 2

| Participant Name: | John M. Depenbrock | Credited Service Date: | 01/10/1983 |
|---|---|---|---|
| | | Date of Termination: | 03/31/2004 |
| Date of Birth: | 02/27/1956 | Total Vesting Service: | 20.000 |
| Vested Status: | Vested | Total Credited Service: | 20.000 |
| Normal Retirement Date: | 03/01/2021 | Spouse/Domestic Partner Date of Birth: | 10/11/1955 |
| Earliest Payment Date: | 01/31/2012 | Final Average Earnings | $496,229.25 |

Please verify the accuracy of the Participant data shown above. Any changes to this information will change the estimated benefit amounts shown below.

<u>Single Lump Sum Payment:</u>   Based on PBGC mortality and 6.00 percent interest. Interest rates are set by the PBGC in January of each calendar year.

This is the actuarial equivalent present value, determined as of the date of payment, of the Participant's Supplemental Pension Plan benefit.

**Election Scenario #1**
**Lump Sum - Normal Form of Payment**

Estimated Benefits

| January 31, 2012 | Benefit Options | Benefit Frequency | Participant | Beneficiary |
|---|---|---|---|---|
| Lump Sum Payment | Single Sum Payment | Once | $1,097,010.28 | N/A |

**Election Scenario #2**
**Lump Sum Percentage: 75%**

Estimated Benefits

| January 31, 2012 | Benefit Options | Benefit Frequency | Participant | Beneficiary |
|---|---|---|---|---|
| Lump Sum Payment of | Single Sum Payment | Once | $822,757.71 | N/A |
| plus a choice of one of these | Single Life Annuity | Monthly | $2,019.30 | N/A |
| Periodic Payments | or 50.00% Joint and Survivor Annuity | Monthly | $1,890.44 | $945.22 |
| | or 100.00% Joint and Survivor Annuity | Monthly | $1,777.17 | $1,777.17 |
| | or 5 Year Annual Installment Annuity | Annual | $62,511.98 | Remainder |
| | or 10 Year Annual Installment Annuity | Annual | $36,493.05 | Remainder |
| | or 15 Year Annual Installment Annuity | Annual | $28,141.46 | Remainder |

**Election Scenario #3**
**Lump Sum Percentage: 50%**

Estimated Benefits

| January 31, 2012 | Benefit Options | Benefit Frequency | Participant | Beneficiary |
|---|---|---|---|---|
| Lump Sum Payment of | Single Sum Payment | Once | $548,505.14 | N/A |
| plus a choice of one of these | Single Life Annuity | Monthly | $4,038.59 | N/A |
| Periodic Payments | or 50.00% Joint and Survivor Annuity | Monthly | $3,780.88 | $1,890.44 |
| | or 100.00% Joint and Survivor Annuity | Monthly | $3,554.34 | $3,554.34 |
| | or 5 Year Annual Installment Annuity | Annual | $125,023.97 | Remainder |
| | or 10 Year Annual Installment Annuity | Annual | $72,986.10 | Remainder |
| | or 15 Year Annual Installment Annuity | Annual | $56,282.91 | Remainder |

**Prudential Retirement**
**Participant Benefit Summary Sheet**
**CIGNA [Non-Qualified] Supplemental Pension Plan - GR4628**
Page 2 of 2

**Election Scenario #4**
**Lump Sum Percentage: 25%**

Estimated Benefits

| January 31, 2012 | Benefit Options | Benefit Frequency | Participant | Beneficiary |
|---|---|---|---|---|
| Lump Sum Payment of | Single Sum Payment | Once | $274,252.57 | N/A |
| plus a choice of one of these Periodic Payments | Single Life Annuity | Monthly | $6,057.89 | N/A |
| | or 50.00% Joint and Survivor Annuity | Monthly | $5,671.32 | $2,835.66 |
| | or 100.00% Joint and Survivor Annuity | Monthly | $5,331.52 | $5,331.52 |
| | or 5 Year Annual Installment Annuity | Annual | $187,535.95 | Remainder |
| | or 10 Year Annual Installment Annuity | Annual | $109,479.15 | Remainder |
| | or 15 Year Annual Installment Annuity | Annual | $84,424.37 | Remainder |

**Election Scenario #5**
**No Lump Sum Payment**

Estimated Benefits

| January 31, 2012 | Benefit Options | Benefit Frequency | Participant | Beneficiary |
|---|---|---|---|---|
| Periodic Payments | Single Life Annuity | Monthly | $8,077.18 | N/A |
| | or 50.00% Joint and Survivor Annuity | Monthly | $7,561.75 | $3,780.88 |
| | or 100.00% Joint and Survivor Annuity | Monthly | $7,108.69 | $7,108.69 |
| | or 5 Year Annual Installment Annuity | Annual | $250,047.93 | Remainder |
| | or 10 Year Annual Installment Annuity | Annual | $145,972.20 | Remainder |
| | or 15 Year Annual Installment Annuity | Annual | $112,565.83 | Remainder |

**Explanation of Plan Terms**

**Single Life Annuity**      Provides a monthly benefit for your lifetime. Upon your death, no further benefits are payable.

**Joint and Survivor Annuity**      Provides a monthly benefit for your lifetime. It requires a reduced pension during your lifetime in order to provide the survivor benefits to your named beneficiary should you die first. Upon your death, if eligible, your beneficiary will receive an amount shown above for his/her lifetime.

**Installment Annuity**      Provides annual installment payments for either 5, 10 or 15 years. In the event of your death prior to the completion of the annual installments, the remainder of the installment payments will continue to your named beneficiary.

**Non-Qualified Election Options**

The normal form of payment is a lump sum payment in the January following the later of your termination of employment or 55th birthday. However, you may make an irrevocable election to receive your benefit at a later date or in a different form of payment. You can elect an annuity, annual installments, or a mixture of lump sum payment and installments. You can elect to defer the benefits until as late as the January following your 65th birthday.

**FICA Taxes**

FICA taxes are payable at termination of employment. They are generally applied to the full lump sum value of your lifetime benefit regardless of which payment election you request. The tax is payable in the year of termination even though your actual payment(s) will be made later.