# Exhibit 2

**John Arko**
Plan Administrator



February 4, 2005

Mr. John T. Lamb
101 Ridge Street
Winsted, CT 06098

Routing TL17M
1601 Chestnut St.
Philadelphia, PA 19192
Telephone 215.761.2562
Facsimile 215.761.5524
john.arko@cigna.com

Dear Mr. Lamb;

As a result of a recent federal court decision, the pension benefits of certain CIGNA Pension Plan participants rehired by CIGNA between January 1, 1998 and December 21, 1998 will be recalculated under Part A of the CIGNA Pension Plan. You are in that category.

According to our records, you began participating in the CIGNA Pension Plan sometime before 1989, under what is now called the Part A portion of the Plan.

> The Part A pension formula is 2% of your final average eligible earnings for each year of credited service (up to 30 years) minus a Social Security offset.

You subsequently left CIGNA but were rehired in 1998. Upon your rehire, your Part A Plan benefit was converted into an account balance under the new CIGNA Pension Plan account balance formula (Part B) that CIGNA adopted effective as of January 1, 1998. Since you were rehired by CIGNA before December 21, 1998, CIGNA is reviewing how that decision affects your pension.

Prudential Retirement, which provides pension administration services for the Plan, will be recalculating your pension benefit and will determine what adjustment is required to your benefit. We expect the recalculation to result in a benefit increase for most affected people. Whatever the outcome of the recalculation, please be assured that we will not reduce your current pension benefit. If we make an adjustment, it will only be upward.

When the recalculation is complete, we will send you a revised statement of your CIGNA Pension Plan benefit earned through December 31, 2004.

In the meantime, you may contact us here at the office of the Plan Administrator if (1) you have any questions about the calculation of your benefits, (2) contrary to our records, you were not rehired by CIGNA between January 1, 1998 and December 21, 1998, or (3) you believe that you should be permitted to remain in Part B of the CIGNA Pension Plan. Other questions about your CIGNA Pension Plan benefit should be directed to Prudential Retirement at 1.800.253.2287.

Sincerely,

John Arko