# Exhibit 3

**Prudential Financial**

Denise R. Belanger
Prudential Retirement
280 Trumbull Street, Hartford, CT 06103
Tel 860 534-4652  Fax 860 534-2385
Denise.Belanger@prudential.com

March 24, 2005

Janice C. Amara
414 Briarwood Lane
Middletown, CT 06457

Re: CIGNA Pension Plan(s) Part A and Part B
    Group Annuity Contract GR-4628

Dear Ms. Amara:

As a result of a recent federal court decision, certain CIGNA Pension Plan participants who were rehired by CIGNA between January 1, 1998 and December 21, 1998 will have their pension benefits recalculated under the CIGNA Pension Plan Part A benefit formula.

Enclosed with this letter are final calculations as well as a retirement distribution package for your benefits from the CIGNA Pension Plan Part A and Part B. Based on the above mentioned federal court decision you have the opportunity to choose between receiving your benefit under Part A or Part B. The election should be made before May 1, 2005.

If you have any questions please call Prudential Retirement at 800-253-2287 during business hours of 8:00 a.m. to 9:00 p.m. Monday through Friday (Eastern Time).

Sincerely,

*Denise R. Belanger*
Denise R. Belanger

**Prudential Financial**

Denise R. Belanger
Prudential Retirement
CIGNA Accounts Team, H06A
280 Trumbull St., Hartford, CT 06103
Tel 860-534-4652  Fax 860 534-2385
Denise.Belanger@prudential.com

March 24, 2005

Ms. Janice C. Amara
414 Briarwood Lane
Middletown, CT 06457

Re:   CIGNA Pension Plan Part A
      Group Annuity Contract GR-4628

Dear Ms. Amara:

Enclosed are the final calculations of your benefits from the CIGNA Pension Plan Part A. We have included all benefits payable under the Plan with all optional forms of payment.

We have calculated benefits to begin at age 55 (your earliest possible pension start date).

Great care has been taken to calculate your pension benefit; however, in the event of an error, the plan provisions will govern the amount of your actual benefit.

If you have any questions please call Prudential Retirement at 800-253-2287 during our business hours of 8:00 a.m. to 9:00 p.m. Monday through Friday (Eastern Time).

Sincerely,

*Denise R. Belanger*
Denise R. Belanger

**Prudential Retirement**
**Participant Benefit Summary Sheet**
**Qualified Plan Accrued Benefit**
**CIGNA Pension Plan - GR4628**

| Participant Name: | Janice C. Amara | Credited Service Date: | 07/17/1972 |
|---|---|---|---|
| | | Date of Termination: | 10/17/2003 |
| Date of Birth: | 04/03/1950 | Total Vesting Service: | 29.0000 |
| Vested Status: | Vested | Total Credited Service: | 29.0000 |
| Normal Retirement Date: | 05/01/2015 | Spouse/Domestic Partner Date of Birth: | 01/04/1945 |
| Earliest Retirement Date: | 05/01/2005 | Final Average Earnings: | $112,673.61 |

These benefits include an adjustment of 0.790 for Early Retirement, based on current Vesting Service.

Please verify the accuracy of the Participant data shown above. Any changes to this information will change the estimated benefit amounts shown below.

<u>Single Life Annuity Option:</u>

Provides a monthly benefit for your lifetime with no further benefits payable upon your death. This is the form of annuity paid if you are not married or have not filed an affidavit of domestic partnership when you retire, or if your spouse/domestic partner waives the contingent annuitant option.

| | | Participant's Benefit | Spouse's Benefit |
|---|---|---|---|
| At Annuity Commencement Date: | 05/01/2005 | $4,302.25 | $0.00 |
| After Social Security Offset: | 05/01/2015 | $3,556.00 | $0.00 |

<u>Contingent Annuitant Option:</u>

Provides a monthly benefit for your lifetime. It requires a reduced benefit during your lifetime in order to provide the survivor benefits to your named beneficiary should you die first. Upon your death, if eligible, your surviving spouse/domestic partner will receive the following his/her lifetime:

| | | Percent Continuation | Participant's Benefit | Contingent Annuitant's Benefit |
|---|---|---|---|---|
| At Annuity Commencement Date: | 05/01/2005 | 50.00% | $4,096.18 | $1,903.15 |
| After Social Security Offset: | 05/01/2015 | | $3,385.67 | $1,903.15 |
| At Annuity Commencement Date: | 05/01/2005 | 66.67% | $4,031.64 | $2,497.67 |
| After Social Security Offset: | 05/01/2015 | | $3,332.33 | $2,497.67 |
| At Annuity Commencement Date: | 05/01/2005 | 75.00% | $4,000.24 | $2,787.85 |
| After Social Security Offset: | 05/01/2015 | | $3,306.37 | $2,787.85 |
| At Annuity Commencement Date: | 05/01/2005 | 100.00% | $3,908.60 | $3,631.99 |
| After Social Security Offset: | 05/01/2015 | | $3,230.63 | $3,631.99 |

<u>Explanation of Plan Terms</u>

| | |
|---|---|
| **Free Surviving Spouse/Domestic Partner Benefit** | This is the pension paid to an eligible surviving spouse or domestic partner. It equals up to approximately 30% of the pension the participant would have received, subject to benefit leveling. This is a "free" benefit, in that there is no reduction of the participant's pension to fund this benefit. Not all CIGNA Pension Plan participants are eligible for this benefit. |
| **Eligible Spouse/Domestic Partner** | For purposes of all estimates, your survivor is assumed to be your eligible spouse or domestic partner, the person to whom you have been legally married or for whom you have filed an affidavit of domestic partnership at least one year prior to retirement. |
| **Social Security Offset** | An adjustment in the retirement formula to reflect the portion of your retirement income from Social Security that was paid for by CIGNA. The offset is applied at the dates indicated above. |

March 24, 2005

Qualified Plan Accrued Benefit

CIGNA Pension Plan
GR-4628

| | |
|---|---|
| Name: | Janice C. Amara |
| Birthdate: | 04/03/1950 |
| Employment Date: | 07/17/1972 |
| Credited Service Date: | 07/17/1972 |
| Credited Service End date: | 10/17/2003 |
| Termination Date: | 10/17/2003 |
| Termination Age: | 53.54 |
| Normal Retirement Date: | 05/01/2015 |

Vesting Service                              29.000

Credited Service                             29.000    Subject to a maximum of 30 years

Pension Eligible Earnings used in the calculation of Final Average Earnings:

Net Pension Eligible Earnings. Only Earnings up to the IRC Section 401(a)(17) compensation limit will be used.

| Pension Eligible Earnings for the twelve month period beginning: | Earnings | Annual Compensation Limit |
|---|---|---|
| 11/01/02 | $119,609.25 | $200,000.00 |
| 11/01/01 | $110,723.10 | $200,000.00 |
| 11/01/00 | $107,688.47 | $200,000.00 |

Final Average Earnings         $112,673.61

Social Security Offset

FICA earnings were used to estimate your retirement income from Social Security, referred to as your Primary Insurance Amount (PIA).

| | |
|---|---|
| Primary Insurance Amount | $21,615.60 |
| | x    0.50 |
| 50% of PIA | $10,807.80 |
| Credited Service Ratio | x  29.000 / 35.000 |
| Social Security Offset | $8,955.03 |
| | |
| Social Security Offset Date: | 05/01/2015 |

Retirement Benefits (unadjusted for early retirement)

| | |
|---|---|
| Final Average Earnings | $112,673.61 |
| Rate of Accrual | x    0.0200 |
| Credited Service | x   29.000 |
| | $65,350.69 |
| | |
| Annual Benefit Prior to Offset Date | $65,350.69 |
| Social Security Offset | $8,955.03 |
| Annual Benefit After Offset Date | $56,395.66 |

March 24, 2005

Prudential Financial

MARCH 24, 2005

MS. JANICE C. AMARA
414 BRIARWOOD LANE
MIDDLETOWN, CT 06457

**RE: CIGNA PENSION PLAN**

DEAR MS. AMARA:

We are pleased to enclose information to help you initiate a benefit payment from the CIGNA Pension Plan. We have included a summary of the pension benefit options you are eligible to elect and the forms necessary to initiate payment.

Please review the enclosed materials carefully and complete the necessary forms as indicated.

• **Participant Benefit Summary Sheet** •

This is the final calculation of the benefit you are entitled to receive.

• **Joint and Survivor Table** •

If our records contained or if you provided your beneficiary's / domestic partner's birth date, we have reflected this information in your calculation. If we did not have this information, we were unable to calculate benefits under the Joint and Survivor forms of annuity specific to your situation. In addition, if applicable, we have enclosed a Joint and Survivor Table so that you may calculate an estimated Joint and Survivor benefit amounts based on actual information. If you are interested in the actual benefit amounts for these forms of annuity, please contact us.

• **Distribution Form** •

Please complete this form with your benefit option election, your signature and the date.

• **Waiver of Minimum Waiting Period** •

This notice at the bottom of the Distribution Form contains important information about the timing of your distribution. Please complete this form with your election, your signature and the date. Your signature is required at the bottom of this form, regardless of whether you waive the waiting period, in order to commence benefits.

• **Qualified Joint and Survivor Annuity - Waiver / Spouse Consent** •

Under the law, any benefits paid to you must be in the form of a Qualified Joint & Survivor annuity (QJSA) unless you elect not to receive this form of payment. If you are married, a QJSA is an annuity payable during your lifetime with a survivor annuity payable for the lifetime of your spouse following your death. The amount of the survivor annuity is generally 50% of your monthly benefit. If you are not currently married, the QJSA consists of an annuity payable for your life.

MS. JANICE C. AMARA / 04628 / MARCH 24, 2005

You, the participant, have the right to waive payment of your benefit in the form of a QJSA at any time within the 90-day period, which proceeds the first day of the first period for which an amount is received as an annuity. This day is called the annuity starting date. However, if you are married, you need to complete/submit the Election of Spousal Waiver / Consent form. You must include your spouse's signature and the Signature of a Notary Public or witnessed by a Plan Representative.

### • Form W-4P •
### (Monthly Payment Election Only)

Your benefit will be reported to the Internal Revenue Service (IRS) as ordinary income if you elect an annuity. Please complete the enclosed W-4P Form indicating the amount, if any, you would like withheld from your benefit payment for federal taxes. If you do not complete this form, we will withhold federal taxes based on a married status with three exemptions, in accordance with IRS guidelines. Please note that a State Income Tax Form is not enclosed. If you wish to have state income tax withheld from your payment, you will need to contact your local state tax agency for the proper form.

### • Direct Deposit Agreement •

With Direct Deposit, your payments will be deposited to the bank account of your choice on the first business day of each month giving you immediate access to your funds. We encourage you to take advantage of this valuable and free service by completing and returning the enclosed application.

### • Rollover Distribution Notice •

This notice contains important information you will need before you decide how to receive your benefits.

### • Election and Direct Rollover Form •
### (Lump Sum Election Only)

Please complete this form with your rollover and/or withholding election.

### • Deferred Qualified Benefit •

If you have not reached your Normal Retirement Date, you may defer the payment of your qualified benefit to the first day of any month between the Benefit Commencement Date shown on the enclosed Participant Benefit Summary Sheet and your Normal Retirement Date if your Retirement Account Balance is more than $5000. You will continue to earn Interest Credits on your account. The amount of benefit payments shown on the attached Participant Benefit Summary Sheet, have been calculated assuming immediate payment.

With a deferral election, the amount of these payments will be different at future dates as they are based on your age and your spouse/beneficiary age at that time. If you elect to defer the payment of this benefit, please make this election on the enclosed Distribution Form and return it to us at your earliest convenience. If we do not hear from you by the first month following the Benefit Commencement date shown on the enclosed Participant Benefit Summary Sheet, we will automatically defer the payment of your benefit. If your benefit is under $5000., you are entitled to an involuntary cash out of your entire accrued benefit. If we do not hear from you within 60 days, we will automatically issue a payment to you less applicable taxes.

• **Reemployment with CIGNA Corporation Information** •

Important rules you need to know should you be re-employed with a CIGNA Company.

Enclosed is a self-addressed envelope to return your completed forms to Prudential Retirement.

If you have any questions please call Prudential Retirement at 800-253-2287 during our business hours of 8:00 a.m. to 9:00 p.m. Monday through Friday (Eastern Time).

Sincerely,

*Denise R. Belanger*

Denise R. Belanger
Account Specialist
CIGNA Accounts Team

# PRUDENTIAL RETIREMENT

# CIGNA PENSION PLAN

## PARTICIPANT BENEFIT SUMMARY SHEET

## FINAL

## PAGE 1 OF 1

### Participant / Beneficiary or Domestic Partner Demographic Data

**Participant**

| | | | |
|---|---|---|---|
| Name | MS. JANICE C. AMARA | Benefit Commencement Date | 05/01/2005 |
| | | Age: Years / Months | 55 / 00 |
| Birth Date | 04/03/1950 | Credited Service | 29.0000 |
| Hire Date | 07/17/1972 | Vesting Service | 29.0000 |
| Participation Date | 07/17/1972 | Earnings | $100,400.00 |
| Termination Date | 10/17/2003 | Earnings Projection Scale | N/A |

**Beneficiary or Domestic Partner**

| | | | |
|---|---|---|---|
| Name | N/A | Birth Date | 01/04/1945 |
| Social Security Number | N/A | Age: Years / Months | 60 / 03 |

### Benefits

| Benefit Options | Benefit Payment Frequency | Benefit Commencement Date | Participant | Beneficiary or Domestic Partner |
|---|---|---|---|---|
| Single Sum Payment | Once | 05/01/2005 | $175,199.70 | N/A |
| Single Life Annuity | Monthly | 05/01/2005 | $1,831.38 | N/A |
| Single Life Annuity - Lump Sum Refund | Monthly | 05/01/2005 | $1,788.90 | Remainder |
| 50% Joint and Survivor Annuity | Monthly | 05/01/2005 | $1,767.65 | $883.82 |
| 100% Joint and Survivor Annuity | Monthly | 05/01/2005 | $1,708.32 | $1,708.32 |

### IMPORTANT INFORMATION ABOUT THIS PENSION CALCULATION

If the Benefit Commencement Date shown above is on or after February 1, 2006, your calculation assumes that your CIGNA Pension Plan account balance will increase at an annual rate of 5.50% for calendar years 2006 and later. The provisions of the CIGNA Pension Plan will ultimately determine your benefits under the plan.

If you are married on your Annuity Starting Date, Federal law requires that your CIGNA Pension Plan benefit automatically be paid in the form of a 50% Joint and Survivor Annuity with your spouse named as the beneficiary unless he/she waives his/her right to this benefit.

Should you choose an Annuity Starting Date other than the one above, the benefit amounts will need to be recalculated.

Prudential Retirement reserves the right to correct any discrepancies and to adjust your pension calculation in the event of inaccurate data or calculation error.

This calculation is based on the provisions of the CIGNA Pension Plan and the accuracy of the data provided by CIGNA.

If you have any questions about the provisions, please refer to your Summary Plan Description (booklet) or call 800-253-2287.

MS. JANICE C. AMARA / 04628 / MARCH 24, 2005

# CIGNA PENSION PLAN DISTRIBUTION FORM

PAGE 1 OF 2

Name: JANICE C. AMARA
Social Security Number: 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
Benefit Commencement Date: 05/01/2005

Please select one of the following Forms of Payment. Please mark your selection with an "X".

**Lump Sum**

My Retirement Account balance with interest. If I receive this lump sum benefit it will be in lieu of any other forms of payment.

| | |
|---|---|
| Participant: | $175,199.70 |
| Beneficiary: | N/A |

**Single Life Annuity - No Death Benefit**

Provides a monthly benefit for my lifetime with no further benefits payable upon my death.

| | |
|---|---|
| Participant: | $1,831.38 |
| Beneficiary: | N/A |

**Single Life Annuity / Lump Sum Refund**

Provides for a monthly benefit for my lifetime. If I die before receiving payments equal to the Equivalent Actuarial Value of my Accrued Benefit on my Benefit Commencement Date, the remainder of such payments will be payable to my beneficiary as a lump sum.

| | |
|---|---|
| Participant: | $1,788.90 |
| Beneficiary: | Remainder |

**50.00% Joint and Survivor Annuity**

Provides a monthly benefit for my lifetime. Upon my death, if my beneficiary or domestic partner survives me, payments will continue for his/her lifetime in the amount indicated.

| | |
|---|---|
| Participant: | $1,767.65 |
| Beneficiary: | $883.82 |

**100.00% Joint and Survivor Annuity**

Provides a monthly benefit for my lifetime. Upon my death, if my beneficiary or domestic partner survives me, payments will continue for his/her lifetime in the amount indicated.

| | |
|---|---|
| Participant: | $1,708.32 |
| Beneficiary: | $1,708.32 |

**Deferred Benefit**

I elect to keep my Retirement Account in the CIGNA Pension Plan until I notify you otherwise, but, not later than my age 65. I will receive interest in accordance with CIGNA Pension Plan provisions.

MS. JANICE C. AMARA / 04628 / MARCH 24, 2005

# CIGNA PENSION PLAN DISTRIBUTION FORM

## PAGE 2 OF 2

## IMPORTANT INFORMATION

Marital Status: _____ Single _____ Married

1. If you have elected a form of annuity, which requires spouse or beneficiary information, please complete the following to verify important information. Also, please enclose a birth certificate to verify ages and a proof of marriage (ie: marriage and/or birth certificate), if applicable:

   Beneficiary's or Domestic Partner's Name _____

   Beneficiary's or Domestic Partner's Birth Date: _____

   Beneficiary's or Domestic Partner's Social Security Number _____

   Spouse's Name _____

   Spouse's Birth Date: _____

   Spouse's Social Security Number _____

2. If you are married and have elected a form of annuity other than the Qualified Joint & Survivor annuity, you and your spouse must also complete the enclosed Qualified Joint & Survivor Annuity Waiver/Spousal Consent Form.

## IMPORTANT NOTICE - Waiver of Minimum Notice Period

You have the right to consider your elections for at least 30 days from the date you receive this distribution package. The plan cannot distribute to you before the end of that 30-day period unless you elect to waive that period. The law requires that the plan not make a distribution to you sooner than 7 days after you receive this notice, even if you elect to waive the 30-day period. You have the right to revoke your elections any time up until the later of your annuity commencement date or the end of the 7-day period following receipt of this notification. Please check the box below if you wish to waive the 30-day period.

_____ I wish to receive my distribution as soon as possible, even if that is before the end of this 30-day

Participant's Signature: _____ Date: _____

Printed Name of Participant: _____

Beneficiary's Signature: _____ Date: _____

Printed Name of Beneficiary: _____

MS. JANICE C. AMARA / 04628 / MARCH 24, 2005