UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Janice C. Amara, | : | |
| individually and on behalf of | : | |
| all others similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Civil. No. 3:01-CV-2361 (MRK) |
| | : | |
| CIGNA Corp. and | : | |
| CIGNA Pension Plan, | : | |
| | : | |
| Defendants. : | | MAY 6, 2005 |

## PLAINTIFF CLASS' MOTION IN LIMINE ON DIRECT TESTIMONY RELEVANT TO "LIKELY PREJUDICE" STANDARD IN *BURKE V. KODAK*

Plaintiffs hereby move *in limine* for a ruling about the relevance of direct

testimony to establish "likely prejudice" under *Burke v. Kodak Retirement Income Plan*,

336 F.3d 103 (2d Cir. 2003), cert denied, 540 U.S. 1105 (2004). In support hereof, the

Plaintiff Class respectfully represents as follows:

1. *Burke* establishes that "likely prejudice" is the basis for obtaining relief for

a deficient Summary Plan Description ("SPD").

2. Plaintiffs intend to demonstrate "likely prejudice" through Cigna's SPD, as

well as the expert reports and testimony of Actuary Claude Poulin and Professor James F.

Stratman, documentary evidence and testimony from the named Plaintiffs and other

members of the class, and documentary evidence and testimony from witnesses associated

with the adverse parties.

3. In support of their Motion, Plaintiffs rely on the accompanying

Memorandum of Law which includes the proposed *in limine* rulings.

WHEREFORE, the Plaintiff Class respectfully requests that the Court rule that

"likely prejudice" can be established as described in the Memorandum of Law attached

herewith.

THE PLAINTIFFS

By: /s/ Thomas G. Moukawsher
Thomas G. Moukawsher ct 08940
Ian O. Smith ct24135
Moukawsher & Walsh, LLC
21 Oak Street
Hartford, CT 06106
(860) 278-7100
tmoukawsher@mwlawgroup.com

Stephen R. Bruce ct 23534
Suite 210
805 15th St., NW
Washington, DC 20005
(202) 371-8013
stephen.bruce@prodigy.net

Attorneys for Plaintiffs