# Exhibit 2

# Interoffice Memo

Date: January 6, 1997

To: D.M. Levinson

From: G.T. Meyn

Telephone: (215) 761-2729
Facsimile: (215) 761-5513/5514

Subject: Savings and Retirement Benefits: Cash Balance Pension Recommendation

Our actuaries have helped us develop a cash balance pension plan with an ongoing cost very similar to the present Tier II (1.67%) plan. The plan would offer employees an account balance to which we credit an amount based on eligible earnings according to the service schedule below. We have maintained service as a key driver for several reasons, notably, to mirror competitive practice, and to support our retention goals.

| Service | Addition to Cash Balance Account |
|---|---|
| Under 3 years | 3.0% |
| 3 to 4 years | 4.0% |
| 5 to 7 years | 5.0% |
| 8 to 9 years | 6.0% |
| 10 to 14 years | 7.0% |
| 15 to 20 years | 8.0% |
| Over 20 years | 9.0% |

The employee does not direct the investments as in a defined contribution plan, but rather each account is credited annually at a declared interest rate. A cash balance approach allows us to provide the competitive benefit level of a defined contribution plan but reduce overall cost by earning more on our investments than we pay in the declared rate. We are suggesting 6% as the initial crediting rate. It is possible that future government regulations will require a crediting rate that moves with the bond market. At year end 1996, Treasury notes, the likely benchmark, were trading at 5.9% and 6.2% for the 1 and 5 year maturities respectively.

The schedule we propose represents an "average" plan, but CIGNA's combined savings and retirement benefits would still be below competition. An increased 401(k) match of 1%, or a variable contribution of similar amount, would place us squarely at the middle of our competitive target. Combining the recommended pension change with a variable SIP match would focus our message on linking improved compensation / benefits to company profitability and success.


EXHIBIT 51

D12287

Page 2

We have structured this plan to meet competitive requirements. The cost of this cash balance plan is estimated at $24 million per year, about the same cost as the Tier II plan. The cost of increasing the SIP match is $15 million per 1%.

We advocate application of this new plan to all Tier II employees, not just new hires. We expect that the perception of Tier II participants, especially at younger ages, will be that the cash balance plan has significant improved value over the DB plan. The Tier II plan, in force for eight years, has 80% of its population under age 45. Older employees will not attain as large a retirement fund value under the cash balance plan, but we expect than the features of portability and specific account balances will result in a favorable view toward the cash balance plan. We do not suggest offering this program to Tier I (2%) pension plan participants whose plan provides much higher pension benefits.

Unlike some companies, we won't save money moving to a competitive cash balance plan. Early retirement subsidies provide a major source of savings for most companies when they move to a cash balance plan. Our Tier II DB plan has only a modest early retirement subsidy, with the result that a competitive cash balance plan has about the same cost as our present plan.

This change has no impact on R & IS marketing efforts. They administer both defined benefit plans and a growing number of cash balance arrangements. They would be comfortable administering a CIGNA cash balance plan.

Attached are a list of advantages and disadvantages for your consideration, along with graphical comparisons of the Tier II DB plan and the proposed cash balance plan.

Our proposed next steps are to interview a cross section of employees about their knowledge, perception and opinions about pensions and savings plans. This will confirm or deny our premise about a strong reception for cash balance plans, as well as tell us about future communications requirements.

David Durham and I look forward to discussing this further with you.

Regards,

Jerry

cc:    DWD
gtm1218d.pen

D12288