Exhibit 3

**Stephen Bruce**

**From:** Meyn, Gerald T   TL17M
**Sent:** Tuesday, September 21, 1999 11:16 AM
**To:** Steele, Robert W   H20A
**Subject:** Cash Balance

Bob: I appreciate your having appropriate people look at this.  Regards, Jerry



cash balance facts for
board m...

1

# Cash Balance Pension Plans
## Background for September 1999 Board Meeting

### CIGNA's View on Cash Balance Plans
- A pension plan with obvious value is required as part of a competitive compensation package.
- Important for attraction of new employees who tend to be younger and more mobile than earlier generations.
- The elimination of incentives for early retirement helps retain capable staff.
- Provides an opportunity to redirect funding to compensation vehicles which pay for performance. CIGNA instituted a variable match for its 401(k) which is based on successful company performance.
- CIGNA's Cash Balance plan has been very well received by CIGNA employees (employee survey ratings up 15 percentage points) and has not generated notable controversy.

### Basic Facts About the CIGNA Pension Plan

#### CIGNA Pension Plan – as of 1/1/1999

| Pension Plan | No. of Participants | Avg. Age | Avg. Service | Pension Liability |
|---|---|---|---|---|
| Retired Employees | 12,200 | n/a | n/a | $1,110M |
| Terminated, Vested Employees | 22,500 | n/a | n/a | $435M |
| 'Old' Plan (Tier 1) | 7,200 | 47 | 18.8 | $1,050M |
| 'New' Plan (Cash Balance) | 31,300 | 37 | 5.3 | $210M |
| Total | 73,200 | n/a | n/a | $2,805M |

#### CIGNA Cash Balance Plan

| Points (Age plus Credited Service) | Benefit Credit (Percentage of Earnings) | |
|---|---|---|
| | For pay up to the Integration Level* | For pay above the Integration Level* |
| Less than 35 | 3.0% | 4.5% |
| 35 to 44 | 4.0% | 5.5% |
| 45 to 54 | 5.0% | 6.5% |
| 55 to 64 | 6.0% | 7.5% |
| More than 64 | 7.0% | 8.5% |

\* The Integration Level will be approximately equal to ½ of the Social Security Taxable Wage Base ($34,000 for 1998).

## Cash Balance Plan Controversies

| Cash Balance Plan Problems | CIGNA's Actions |
|---|---|
| • Older, long-service employees are disadvantaged, especially for early retirement. | • All long service CIGNA employees are grandfathered to continue in the final pay, traditional pension plan with its enhanced early retirement values.<br>• Shorter service employees are not disadvantaged because their previous traditional pension plan had only minimal early retirement subsidies. |
| • Opening cash balances are established below actual value, resulting in multiple years without additions to an individual's pension accrual. | • Market rates were used to establish all opening balances, and an enhanced (lower) discount rate was used to calculate opening balances for all employees with age plus service equal to 55 or higher. No employee will experience any period without standard additions to his pension account. |
| • A moratorium has been declared by the IRS on the approval of cash balance plans. | • The IRS now requires its district offices to seek technical advice on any cash balance plan reviewed.<br>• The IRS commissioner is expected to testify before Congress today (9/21) that it will temporarily halt approval of cash balance plans while it confirms that the plans do not violate ADEA or other EEOC regulations. The IRS is expected to resume issuance of qualifying letters for cash balance plans later this year. |
| • Cash Balance Plans violate ADEA | • This is a new challenge, related in part to opening balances established below actual value (see above), but also is a challenge to a flatter the schedule of accruals. This contention has not been proven in any challenge to date. CIGNA's age-progressive accrual schedule reduces, but does not eliminate vulnerability to this argument. |
| • Comparative disclosure of old-plan versus new-plan. | • One congressional initiative would require plan sponsors to provide comparative estimates for a large number of future ages and retirement dates. As presently stated, it would apply to plans established after 1998, so would not apply to CIGNA. Plan sponsors are strongly resisting because of the administrative burden and expense, and because of the irrelevance of the information. |