Exhibit 4

**Arko, John G          TL17B**

From: Durham, David W         OL53A
To: Hill, Denise         OLP; Meyn, Gerald T         OL53A
Cc: Arko, John G         TL17B
Subject: Focus Groups
Date: Tuesday, August 12, 1997 3:06PM

Here are some notes from my discussions with groups of managers (grades 52 - 55) about the Pension changes. By now, the copy machines must be hot..... .

<<File Attachment: CBFOC1>>

Page 1



EXHIBIT 68

D11934

Pension Redesign
Focus Groups - Managers

Attendees:

1. Group 1 :   2 - P & C Operations
              3 - International Operations

   Group 2:   3 - P & C ( Operations and HR)
              1 - HR & S HR

   Group 3:   3 - Managed Care Operations
              1- CHC National Accounts
              2 - Investments

2. General Reactions to Changes

   - Positive
   - Major Advantages
     - responsive to employee requests
     - excellent HR tool
     - maintaining Tier 1 seen as a bonus - and a good way to gain employee confidence in the overall deal
     - good approach to gaining better appreciation on the benefits we offer

   - Major Disadvantages
     - All changes are suspect - - we must define our motives and negative impacts to the audience
     - CEO discretion sounds okay but what are the measures he will use; managers want CEO or their division to clearly define the parameters and communicate them very early
     - CIGNA stock - sounds okay but that depends on price changes
     - Audience identification - managers don't know which plan applies to which employees ; need to help managers / HR identify the groups

   - Support Needed
     - early and frequent communications to educate managers about what to say, when and to whom
     - need a lot of lead time - - 5-7 days- - to prepare for questions
     - don't rely just on Q & As - - give them contact names to help answer questions early
     - identify key management who will help de-fuse problems with certain employees if they arise

**Pension Focus Groups - Managers**

- Timing
    - Most believe we should communicate about the likelihood of changes in the same time frame as Flex - - reaction to last year's retirement benefit changes
    - Clearly Corporate must notify employees NOT affected from the beginning as they will believe they have the most to lose
    - Tell the full story first with a clear guide as to what detailed information we will provide later ; offer timeframes (even far in the future) when employees can request further information if they plan to retire/leave in the near future

- Bad News
    - Publish case studies (positive and negative) and expect to be able to support employees who will be negatively impacted ASAP
    - Publish lump sum values employees can expect (frame the information compared to what they will get in the future)
    - Show illustrations that "prove" small lump sums will yield equivalent benefits in the future (a lot of disbelief among managers about the way we handle data)

- Communications Content and Timeframes
    - Generally okay as proposed
    - Need to have a well trained staff to answer questions quickly and avoid perception that we are not telling the entire story
    - Continue with Newsletter approach for general announcements ; special home mailing for special audiences
    - Publish a calendar of event and explain what each piece will provide and when, if at all, employees must actually do something
    - General reaction to HR support is bad - - too many examples of how poor the communications from HR have been in the past ; low degree of reliance on information from the division
    - BOTTOM LINE - - Spell out for employees just what they need to save now to be prepared for retirement; give better information on how they should invest their funds. (Some discussion on previous SIP communications. Concerns about preaching the advantages of savings with no guideposts for the average employee.)

cbfoc1
8/12/97

D11936