# Exhibit 5


PLAINTIFF'S
EXHIBIT
22
6-18-03

**Arko, John G       TL17B**

| | | |
|---|---|---|
| **From:** | Beltz, Stew M | TL17B |
| **To:** | Arko, John G | TL17B |
| **Cc:** | Pepper, Hildy R | TL17B |
| **Subject:** | FW: Retirement Communications | |
| **Date:** | Tuesday, September 16, 1997 1:26PM | |

John,
Thanks for sharing. I thought we had the SIP Prospectus going out 10/8 to 10/15 in advance of ALL communications? That was the information that I reported at the meeting on Friday and recorded in my notes. In addition, the calendar that Hildy just distributed shows the same thing. Will you confirm with Hildy and then follow up with DWD to amend his calendar?
Thanks, Stew

----------
From: Arko, John G       TL17B
To: Pepper, Hildy R       TL17B; Beltz, Stew M    TL17B
Subject: FW: Retirement Communications
Date: Tuesday, September 16, 1997 9:37AM

FYI-
JohnA.

----------
From: Durham, David W       OL53A
To: Brawley, Charles A    OL52A; Gontarek, Paul J      OLP
Cc: Czaklosz, Ania L      TL17B; Mazzoni, Jacqueline    TL17E; Wildfeuer, David M     TL17F; Barker, Betty B
    TL42B; Arko, John G        TL17B
Subject: Retirement Communications
Date: Saturday, September 13, 1997 1:38PM

[[ PENCOM5 : 3333 in PENCOM5. ]]Here is the first draft of a communications timeline based on our meeting with Mercer on Friday. The Target Dates are anticipated delivery dates to employees.

We continue to focus on NOT providing employees before and after samples of the Pension Plan changes. We will focus on their need to project retirement income needs (with our help), anticipate SS benefits (with our help) and ultimately in the Total Compensation Report we can offer advice on a reasonable level of savings they need to consider in addition to the Pension benefits CIGNA will provide (as shown in detail in the TCR).

We will need to resolve ASAP the counseling support internal to HR &S. We anticipate having Q & As prepared for Counselors in October and will need to consider E-mail capabilities to disseminate answers to actual questions employees are asking Counselors to ensure consistent messages are given to employees.

Thanks.



D11708

Vo = Penson Plan File

**Arko, John G     TL17B**

| | |
|---|---|
| From: | Beltz, Stew M     TL17B |
| Sent: | Tuesday, March 20, 2001 2:14 PM |
| To: | Parker, Donna D     H18B; Hodges, Andy B     H18B; Steele, Robert W    H20A |
| Cc: | Arko, John G     TL17B; Lau, Sandra H     TL17B; Meyn, Gerald T     TL17M; Durham, David W    TL17M; Gontarek, Paul J    TL48E |
| Subject: | Non-standard Pension Calculation Requests |

Donna, Andy, and Bob,

In follow-up to my call today, I want reinforce the process that John Arko has laid out for fulfilling any "non-standard" pension benefit calculation requested by pension plan participants.

Specifically, please do not conduct any calculation for pension benefits for a plan in which the employee, or any former employee, is not an eligible participant. Please adhere to all established, and reasonable assumptions for completing calculations for eligible pension plan participants. In the event of a prospective new-hire or the re-hire of a former employee with a vested or unvested benefit, only conduct a pension calculation for the specific plan they would be eligible for. Please do not perform any "hypothetical" or "what if" calculations for any pension benefit accruals for which the employee is not currently or could not in the future be an eligible plan participant. If a participant has a frozen pension benefit, please do not conduct any pension calculation that projects future growth in any frozen benefit.

Any attempt to request a "hypothetical", "what if" or any other non-standard pension calculation must be directed to John Arko or myself for prior approval, consistent with the process currently in place for all executive requests. Please instruct a participant to contact John Arko or myself in writing to appeal this policy. For additional documentation of the process I am describing, please refer to John Arko's, January 22, 1999 memorandum entitled, "CIGNA Supplemental Pension Plan & Special Pension Agreements - Workflow". For ongoing guidance, please continue to work directly with John Arko.

Please share this information with other members of the retirement benefits service team who may be involved in pension calculations and pension calculation requests. Thank you.

**Stew Beltz**
AVP, Plan Administrator
Employee Benefits
CIGNA Corporation, TL17B
PO Box 7716
Philadelphia, PA 19192-2371
215.761.4601 tel
215.761.5510 fax
Stew.Beltz@CIGNA.com



PLAINTIFF'S
EXHIBIT
23
6.18.03

1