Exhibit 6



**SPECIAL EDITION**
November 1997

# Introducing Your New Retirement Program

On January 1, 1998, CIGNA will introduce a new retirement program. The program includes the new *CIGNA Retirement Plan*, which replaces the current CIGNA Pension Plan for most employees, plus an enhanced version of Savings and Investment Plus (SIP), our 401(k) plan. Most CIGNA employees will participate in the new CIGNA Retirement Plan, although some long-service employees will remain in the current Pension Plan. All employees will have the opportunity to participate in the enhanced SIP Plan.

If you are one of the employees staying in the current Pension Plan, we have sent you a letter. If you are moving to the new Retirement Plan, you will continue to earn benefits under the Pension Plan through December 31, 1997, and then transfer to the CIGNA Retirement Plan beginning in 1998.

The new CIGNA Retirement Plan is similar to the current Pension Plan in providing you with a secure, company-funded retirement benefit. Like the Savings and Investment Plus (SIP) Plan, the new plan gives you an account balance that grows through ongoing company credits. When you retire or leave CIGNA, you can take your plan account balance with you. (See the following article for more details about the new plan.)

The improved SIP Plan works much like the current plan, but includes a new variable company matching contribution. This new match will be in addition to the current fixed 50% match and will vary with corporate performance. All employees who contribute to SIP will be eligible for the new match, regardless of whether they participate in the new Retirement Plan or the current Pension Plan. As announced recently, CIGNA is also adding three new funds to expand your SIP investment options.

The remainder of this newsletter provides a general overview of the retirement program changes. More detailed information on the plans will be coming to you in early December, when you will receive a comprehensive Retirement Program Information Kit. (See back page.) This kit should answer most of your questions about your retirement program, so keep an eye out for it. More information on SIP is also included in your SIP Summary Plan Description and Prospectus.

### A Message From CEO Bill Taylor



I am pleased to announce that, on January 1, 1998, CIGNA will significantly enhance its retirement program. The changes include a new, simplified retirement plan for most employees, plus a new variable SIP match that rewards employees when corporate performance is strong.

These enhancements will make our retirement program highly competitive with those offered by other companies in our industry, helping us to attract and retain the top talent we need going forward.

Just as important, the changes will strengthen the partnership between the company and employees. While the new Retirement Plan continues to provide a secure, company-funded benefit, the improved SIP plan gives employees an even greater opportunity to share in the company's success. Together, these plans help provide a solid foundation for your future.

The remainder of this newsletter provides more information on the coming changes. Please read it carefully. Your retirement benefits are an important part of your total compensation at CIGNA. The better you understand them, the more value you can gain from them.

*Bill*

---

*Note: "CIGNA" refers to CIGNA Corporation and/or any of its subsidiaries, which employ most CIGNA employees. The retirement program changes described in this newsletter do not apply to Healthsource employees.*

*Signature Benefits Newsletter* is produced by CIGNA Benefits Communications
Interoffice Mail: TL17A

Telephone: *Network 761.3130 or 215.761.3130*
Fax: *Network 761.5524 or 215.761.5524*