# Exhibit 8

# The CIGNA Pension

## Summary Plan Description

X-21

*Signature* BENEFITS

Generally, for calculating your **points**, you will not lose your accumulated **credited service** no matter how long your break in service, with one exception: if you participated in the CIGNA Pension Plan before 1998, but left **CIGNA** before becoming vested, you will lose your prior credited service if you lose credited service under the pre-1998 rules of the Plan.

## How Your Account Grows

An account is set up in your name to record the accumulation of ongoing benefit credits and interest credits. Each dollar's worth of credit is a dollar of retirement benefits payable to you after you are vested. Under the plan, your benefit will grow steadily throughout your career as credits are added to your account.

If you were an employee on December 31, 1997, or rehired after 1997, any benefit you earned under the Pension Plan through December 31, 1997 was converted to an opening account balance in this Pension Plan. The opening balance was equal to the lump sum value of the pension benefit you earned through December 31, 1997.

Your account balance grows in two ways — annual benefit credits and quarterly interest credits.

## Benefits Credits

For each year in which you earn a year of **credited service**, CIGNA will add benefit credits to your account equal to a percentage of your annual **eligible earnings**. The percentage will depend on your points, which are the sum of your age and credited service on January 1 of each year. Benefit credits are made according to the chart below.

The Pension Plan is designed to work together with Social Security. As the chart shows, the plan provides a greater benefit credit for the portion of your **eligible earnings** above the Social Security "integration level."

### YOUR BENEFIT CREDITS

| Your Points (your age plus credited service at the beginning of the year) | Credit (as a percentage of your eligible earnings) | |
|---|---|---|
| | For earnings below the integration level | For earnings above the integration level* |
| Under 35 | 3% | 4.5% |
| 35 to 44 | 4% | 5.5% |
| 45 to 54 | 5% | 6.5% |
| 55 to 64 | 6% | 7.5% |
| 65 or more | 7% | 8.5% |

*The integration level is $34,000 in 1998 and 50% of the Social Security taxable wage base thereafter.

The greater benefit credit for earnings above the integration level reflects the fact that there are no Social Security retirement benefits earned for income above the taxable wage base. Neither you nor **CIGNA** pays Social Security retirement taxes on your income above the Social Security taxable wage base, so **CIGNA** shares some of these tax savings with you through this increased credit.

## Interest Credits

Your account will also grow through interest credits.

The annual interest rate will equal the yield on 5-year Treasury Bonds as of November of the previous calendar year, plus 0.25 percentage points. The annual interest rate will not be less than 4.5% or greater than 9%. These interest rates are consistent with guidelines established by the IRS for account balance plans.

CIGNA will add interest credits to your account each quarter until the month before your benefit commencement date.

### EXAMPLES OF ANNUAL BENEFIT CREDITS

| | Annual Benefit Credits | | | | |
|---|---|---|---|---|---|
| Eligible Earnings | Less than 35 points* | 35 to 44 points* | 45 to 54 points* | 55 to 64 points* | 65+ points* |
| $30,000 | $900 | $1,200 | $1,500 | $1,800 | $2,100 |
| $50,000 | $1,740 | $2,240 | $2,740 | $3,240 | $3,740 |
| $70,000 | $2,640 | $3,340 | $4,040 | $4,740 | $5,440 |
| $100,000 | $3,990 | $4,990 | $5,990 | $6,990 | $7,990 |
| $150,000 | $6,240 | $7,740 | $9,240 | $10,740 | $12,240 |

*Assumes a plan integration level of $34,000.

## Keeping Track of your Account

To help you keep track of your account growth, **CIGNA** will send you account statements four times a year. Each statement will show benefit credits and interest credits added to your account and the value of your account at the end of each period.

Benefit and interest credits will be added to your account statement quarterly. Interest credits will be calculated on your account balance before benefit credits are added. The quarterly reporting of benefit credits (and related interest credits) is merely a projection for the current year until you actually earn another year of **credited service**.

You continue to earn quarterly interest credits until the month before your **benefit commencement date**, regardless of whether you are eligible for further benefit credits.

D00624

1-0-2