Exhibit 9



Prepared especially for: **GISELA R. BRODERICK**

## Your Current Compensation

**Regular Earnings**

CIGNA pays you a regular salary based on your performance and on competitive market practices.

Your annualized salary rate as of May 1, 2001 was: $98,000

**Short-Term Variable Earnings**

CIGNA also offers variable compensation based on your individual performance and divisional or corporate results.

You received a Management Incentive Plan award in 2001 of $2,000

**Your Total Cash Compensation:** $100,000

## Value from Your CIGNA Benefits

The amount that CIGNA contributes to the cost of your benefits and other services is a significant part of your total compensation.

|  | YOU PAY | CIGNA PAYS | TOTAL VALUE |
|---|---|---|---|
| Medical and Dental Plans | $2,317 | $6,254 | $8,571 |
| Disability Income Plans | $289 | $3,475 | $3,764 |
| Long-Term Care Plan | $0 | $0 | $0 |
| Life Insurance Plans | $2,296 | $240 | $2,536 |
| Pension Plan | $0 | $7,617 | $7,617 |
| 401(k) Plan* | $7,530 | $2,782 | $10,312 |
| Social Security and Medicare Tax | $6,434 | $6,434 | $12,868 |
| Educational Reimbursement | $0 | $0 | $0 |
| **TOTAL** | $18,866 | $26,802 | $45,668 |

**Your Total Compensation** $126,802

*includes variable match of $523.

004890

Your 2001 CIGNA Total Compensation Report

## YOUR CURRENT COMPENSATION

Prepared especially for: **GISELA R. BRODERICK**

**Regular Earnings**

*CIGNA pays you a regular salary based on your performance and on competitive market practices.*

Your annualized salary rate as of May 1, 2002 was: $98,000

**Short-Term Variable Earnings**

*CIGNA also offers variable compensation based on your individual performance and divisional or corporate results.*

You received a bonus under the Management Incentive Plan in 2002 in the amount of $16,050

**Your Long-Term Compensation**

**Variable Earnings**

*CIGNA also offers variable compensation which is tied to the long-term performance of CIGNA.*

You received stock options in 2002. One-third of the options become exercisable each year beginning with the first anniversary from the date of grant. The approximate value at the date of grant is shown. $11,000

**Your Total Cash and Long-Term Incentive Compensation:** $125,050

## VALUE FROM YOUR CIGNA BENEFITS

The amount that CIGNA contributes to the cost of your benefits and other services is a significant part of your total compensation.

| | YOU PAY | CIGNA PAYS | TOTAL VALUE |
|---|---|---|---|
| Medical and Dental Plans | $2,916 | $9,762 | $12,678 |
| Disability Income Plans | $448 | $3,810 | $4,258 |
| Long-Term Care Plan | $0 | $0 | $0 |
| Life Insurance Plans | $2,376 | $273 | $2,649 |
| Pension Plan | $0 | $16,757 | $16,757 |
| 401(k) Plan* | $10,706 | $3,920 | $14,626 |
| Social Security and Medicare Tax | $6,684 | $6,684 | $13,368 |
| Educational Reimbursement | $0 | $0 | $0 |
| **TOTAL** | **$23,130** | **$41,206** | **$64,336** |

### YOUR TOTAL COMPENSATION        $166,256

*Includes variable match of $499.

800212

*Your 2002 CIGNA Total Compensation Report*