Exhibit 11

AMARA DEP
Ex. 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JANICE C. AMARA, individually and :
on behalf of others similarly situated, :
                                                    :
      Plaintiff,                  :
                                                    :
v.                                          :      CIVIL NO. 3:01 CV 2361 (DJS)
                                         :
CIGNA CORP. and CIGNA PENSION :      MARCH 11, 2002
PLAN,                             :
                                         :
      Defendants.          :

### Declaration of Janice C. Amara

I, Janice C. Amara, declare and certify as follows based on personal knowledge:

1. After 23 years of employment, I left Cigna in August 1995. In the summer of 1998, I began interviewing about returning to Cigna. Through the interview process both Sherry Lombardi, VP (no longer with Cigna) and Kim Gabler, HR, told me that I would be participating in a cash balance pension plan.

1. I knew that I had already earned substantial pension benefits under the pension plan, which was now called the "Part A" Plan, based on my 23 years of employment. I knew that those benefits were vested and protected against reduction by ERISA. I understood that I would now receive contributions under the cash balance pension plan.

2. When I returned to work in September 1998, I did not receive a summary plan description ("SPD") from Cigna about the cash balance plan. As I recall, the SPD for the "Part B" Pension Plan did not exist at that time. Later, I saw the SPD online and looked through it. I noted the benefit credits I would get based on my years of service and age. Nothing suggested I would not receive these benefits.

3. Beginning in 1999, Cigna sent me individual statements showing the benefits

credited to me under the cash balance pension plan. The statements showed annual benefit credits of over $7,500 in each year except 1998 when I was only employed from September to the end of the year. The most recent statement, which is attached, shows a benefit credit of $8,591 for 2001.

4. I did not learn that I was not actually earning any additional benefits until I talked with a Cigna actuary named Mark Lynch at a farewell party for two other Cigna employees on September 14, 2000. Mark Lynch said, "Jan, you would be sick if you knew the wearaway factors they are using."

5. Frankly, I was sick when I heard this. I don't think I said much to Mark, but I began asking for a statement of my benefits and I went to Andy Hodges, another Cigna actuary, about what I thought were errors in my benefit statement. I also contacted my attorney in March of 2001.

6. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

7. Dated: March 10, 2002

8.

*Janice C. Amara* [signature]
Janice C. Amara

# CIGNA PENSION PLAN STATEMENT
## For Period Ending December 31, 2001

This is a statement of the benefits you earned under the Pension Plan through December 31, 2001. Please keep this document with your important benefit records.

```
**************AUTO**3-DIGIT 064
JANICE C AMARA
39 TOWN BEACH RD
OLD SAYBROOK CT 06475-2744
```

Your Date of Birth: 04/03/1950              Social Security #: 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

As of December 31, 2001:                Vesting Service: 27.00 years
                                Pension Credit Service: 27.00 years

You are fully vested in your Pension Benefit. The benefit is available after termination of employment.

|  | Pension Plan |
|---|---|
| 1. Opening Balance as of January 1, 2001 | $119,146.52 |
| 2. Benefit Credits | $8,591.06 |
| 3. Interest Credits | $7,290.80 |
| 4. Closing Balance as of December 31, 2001 | $135,028.38 |

**Understanding Your Statement:**

1. Your 2001 new Benefit Credits were allocated at the end of each quarter based on your age + Pension Credit Service as of January 1, 2001. Benefit Credits are earned once you have completed a Year of Service (generally 1,000 hours) in 2001.

2. Interest Credits in 2001 were based on a 5.95% annualized rate.

- CIGNA Retirement & Investment Services reserves the right to correct any discrepancies or errors in the employee information and the right to adjust your pension calculation in the event that information furnished was incorrect or a clerical error was made.

- If you have any questions about your Statement, please contact a CIGNA Plan Specialist at 1.800.253.2287.



421123

# The CIGNA Pension Plan

The CIGNA Pension Plan is an account balance plan. In many ways, the plan resembles a savings account, except CIGNA makes all the contributions. The plan grows with Benefit and Interest Credits as described below.

Once you are vested, with five years of vesting service, your account is yours to keep. When you terminate or retire, you can:

- Take a lump sum distribution of the entire account.
- Roll-over the account into another qualified retirement plan or an IRA.
- Receive an annuity.
- Leave your account with CIGNA where it will continue to grow with Interest Credits.

## *Benefit Credits*

Annual Benefit Credits range from 3% to 8.5% of your eligible annual earnings depending on your age, service and earnings as described in the chart below:

| Pension Points (Age + Credited Service) | Benefit Credit (Percentage of Earnings) ||
|---|---|---|
| | For pay up to the Integration Level* | For pay above the Integration Level* |
| Less than 35 | 3.0% | 4.5% |
| 35 to 44 | 4.0% | 5.5% |
| 45 to 54 | 5.0% | 6.5% |
| 55 to 64 | 6.0% | 7.5% |
| More than 64 | 7.0% | 8.5% |

\* The Integration Level is equal to ½ of the Social Security Taxable Wage Base ($40,200 for 2001).

## *Interest Credits*

- Interest Credits are added quarterly based on the interest rate of 5-year Treasury Bonds (as of November of the previous year), plus 0.25%. The interest credit rate will be no less than 4.5% and no greater than 9.0%.
- For 2002, the interest credit rate is 4.50%.
- Interest Credits are made quarterly to your account until you take a distribution.

*This document is only a summary. For more detailed information, see the CIGNA Pension Plan Summary Plan Description (on the web at CIGNA Central) or call the Retirement Service Center at 1.800.253.2287.*