# Exhibit   13

# *Interoffice Memo*



**CIGNA**

| | |
|---|---|
| **Date :** | March 13, 2000 |
| **To :** | Byron Oliver |
| | |
| **From :** | Gerald T. Meyn |
| | |
| **Telephone :** | 215.761.2729 |
| **Facsimile :** | 215.761.5524 |
| | |
| **Subject :** | John Deppenbrock |

### *DRAFT*

Attached is a draft of my letter to John Deppenbrock. Let me know if you have any comments.

After John receives my letter, you could soften the blow by delivering these talking points:
- CIGNA is considering a modification of our policy for rehires which would apply to John as well as others.
- Instead of establishing an opening balance based on normal retirement age (age 65), we would establish a provisional opening balance which would be adjusted at retirement based on actual retirement age.
- This action would make up some of the lost value John experienced we he resigned and later rehired.
  - John's projected pension value (present value at age 55) if he had continued in Part A earning 2% per year would have been $1.8 million.
  - The projected pension value at age 55 under present circumstances is $1.0 million.
  - The projected pension value with a modified opening balance is $1.3 million.

This change in policy is something we are considering for all Part A rehires. This need has occurred because of problems with rehiring those who would lose substantial amounts of early retirement subsidy. It isn't approved at this time, but will be presented to management later this spring.

Byron, your message to him would signal additional good faith efforts and would serve to defer his concern at least for a little while. Please give me a call to discuss.


GTM/nt

Attachment
cc: DML

GTM memo to Oliver on Deppenbrock

EXHIBIT
14
agw 6 9 02

**Donald M. Levinson**
Executive Vice President
Human Resources & Services

OLP-55
One Liberty Place
1650 Market Street
Philadelphia, PA 19192
Telephone 215.761.6190
Facsimile 215.761.5519

July 18, 2000

To: Members of the People Resources Committee

Re: Overview of the CIGNA Corporate Benefit Plans

This memorandum serves as my annual report for 1999 and 2000 as CIGNA's senior
Human Resources officer. I have provided general information on the competitive status
of the benefits program and an overview of some enhancements we will implement in
2001. These materials are provided for information only. No action is required.

## Plan Changes - 1999-2000

REDACTED

Corporate Benefit Plan Overview
Page 3

## Employee Survey Results

REDACTED

## Proposed Benefit Program Changes for 2001

- Rehires who previously participated in the pre-1989 pension plan (2% per year of service annuity) participate in the CIGNA's cash balance pension plan along with all new employees. As a recruiting incentive, these rehires will retain their previous frozen pension benefit with its significant early retirement subsidies. This frozen benefit will be paid out as an annuity and the resulting conservation of cash in the pension plan trust makes this change cost neutral.

## Summary of Plan Changes.

## General Information

D05537

*Interoffice Memo*



**CIGNA**

| | |
|---|---|
| **Date :** | December 20, 2001 |
| **To :** | H. Edward Hanway, Chief Executive Officer |
| **From :** | Donald M. Levinson, Executive Vice-President |
| **Telephone :** | 215-761-6190 |
| **Facsimile :** | |
| **Subject :** | CIGNA 401(k) and Pension Plan Amendments |

Attached for your signature are amendments to the CIGNA 401(k) Plan and to the CIGNA Pension Plan, both Parts A and B. You and other members of senior management have already approved the underlying changes. The amendments merely put the changes into formal plan language.

1.    All the amendments provide benefits parity between spouses and domestic partners of employees.

2.    The 401(k) plan amendment also documents the approval of the merger into the plan of three former Trilog plans, provides special service recognition for former UNUM Provident employees and makes other changes described in the attached summary.

3.    The Part B Pension Plan Amendment also provides that "old plan" participants who are rehired after 2000 (and who enter the new plan) keep their already-earned old plan benefit; it is not converted to a new plan opening account balance.

Please let me know if you have any questions.  Please indicate your approval of the Amendments by signing in the places indicated.

ATTACH

D05532