Exhibit 14

### Page 1

```
 1
 2   IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF CONNECTICUT
 3   ------------------------------x
     JANICE C. AMARA, individually and on
 4   behalf of others similarly situated,
 5              Plaintiff,
 6              Civil Action No.
                3:01-CV-2361(DJS)
 7
           -against-
 8
 9   CIGNA CORP. and CIGNA PENSION PLAN,
10              Defendants.
     ------------------------------x
11
12
13       DEPOSITION OF LAWRENCE J. SHER, taken by the
14   Plaintiff, on Thursday, July 24, 2003, at 10:10
15   a.m., pursuant to Notice, at the offices of Edwin
16   Pauk, Esq., 144 East 44th Street, New York, New
17   York, before Dorothy H. London, a Registered
18   Professional Reporter and Notary Public within and
19   for the State of New York.
```

### Page 2

```
 2   APPEARANCES:
 3
 4       STEPHEN R. BRUCE, ESQ.
           Attorneys for Plaintiff
 5         805 15th Street, NW
           Suite 210
 6         Washington, D.C. 20005
 7
 8       MOUKAWSHER & WALSH, L.L.C.
           Attorneys for Plaintiff
 9         328 Mitchell Street, Box 966
           Groton, Connecticut 06340
10       BY: THOMAS G. MOUKAWSHER, ESQ.
11
12
13
14       MORGAN LEWIS & BOCKIUS LLP
           Attorneys for Defendants
15         1701 Market Street
           Philadelphia, Pennsylvania 19103-2921
16
         BY: JEREMY P. BLUMENFELD, ESQ.
17
18   ALSO PRESENT:
19
         CLAUDE POULIN
```

### Page 3

```
 2              STIPULATIONS
 3
 4       IT IS HEREBY STIPULATED AND AGREED, by
 5   and between the attorneys for the respective parties
 6   hereto, that all objections, except as to form,
 7   be reserved to the time of trial.
 8       IT IS FURTHER STIPULATED AND AGREED, that
 9   the sealing and filing of the within deposition are
10   hereby waived.
11       IT IS FURTHER STIPULATED AND AGREED,
12   that the within deposition may be subscribed and
13   sworn to by the witness being examined before a
14   Notary Public other than the Notary Public before
15   whom this deposition was begun.
```

### Page 4

```
 2   L-A-W-R-E-N-C-E  S-H-E-R,
 3       stating a residence of 215 West 95th
 4       Street, Apartment 14F, New York, New York
 5       10025, having been duly sworn by the
 6       Notary Public, was examined and testified
 7       as follows:
 8   EXAMINATION
 9   BY MR. BRUCE:
10       Q.  Mr. Sher, I feel like I know the
11   answer to a lot of these questions because I
12   read your transcripts in the IBM case, but have
13   you ever been deposed before?
14       A.  Yes.
15       Q.  How many cases is that?
16       A.  Well, I can't say off the top of my
17   head how many. I've listed the most recent ones
18   in my report. One of them I know was the Cooper
19   v IBM case. Another one was a case involving
20   Xerox. Those are two of the more recent ones.
21       Q.  The case involving Xerox was called
22   Burger versus Nazamemetz?
23       A.  Yes, that's correct?
24       Q.  Were you ever deposed in the Lyons
25   versus Georgia Pacific case?
```

## Page 105

```
 1              L. Sher
 2   pages or not?
 3       Q.   No.
 4       A.   I can't count the pages and listen
 5   to your next question at the same time.
 6       Q.   Don't count the pages. Did you
 7   review Exhibit H of Mr. Poulin's report?
 8       A.   (Perusing.)
 9       Q.   The question is, did you review it?
10       A.   I realize there is a question
11   pending. Can I look at it before I answer it?
12       Q.   Yes.
13       A.   Let me answer it this way, I recall
14   seeing Exhibit H. I don't believe that I
15   specifically reviewed it, certainly not in
16   detail.
17       Q.   Okay, Mr. Poulin's report refers to
18   Exhibit H in the 38th paragraph on Page 14.
19       A.   Well, there are two Page 14s and
20   neither of them -- oh, you mean beginning on
21   Page 14. Yes, I see that.
22       Q.   What's the exhibit number on this?
23            MR. BRUCE: What's the exhibit
24       number on this?
25            MR. BLUMENFELD: Mr. Poulin's
```

## Page 106

```
 1              L. Sher
 2   report is 88.
 3       Q.   Did you express an opinion on the
 4   statements that Mr. Poulin made in Paragraphs 36
 5   through 38?
 6       A.   No.
 7       Q.   Why was that?
 8       A.   I wasn't asked to.
 9       Q.   Were you instructed not to?
10       A.   I don't know that the instruction
11   was in the form of don't do this or don't do
12   that. I think it was in terms of what I should
13   express an opinion on. Or what aspects of his
14   report in the claim, claims that I should focus
15   on.
16       Q.   So do you recall that someone told
17   you that you didn't need to address the
18   paragraph about the disclosure of relative
19   values of benefit options?
20       A.   My recollection is that
21   Mr. Blumenfeld and I had a discussion during
22   which I, you know, obviously needed to know what
23   aspects of the report or the claim that he
24   wanted me to address, and that was not one of
25   them.
```

## Page 107

```
 1              L. Sher
 2       Q.   Well, how was that communicated?
 3       A.   Orally.
 4       Q.   He just didn't identify it or he
 5   told you that you didn't need to address the
 6   paragraphs about the relative values of benefit
 7   options?
 8            MR. BLUMENFELD: Objection.
 9       A.   I don't recall. I mean, we had a
10   discussion, and I don't recall whether he
11   specifically said don't address those paragraphs
12   or I asked him whether I should; but the bottom
13   line was that he didn't want me to address them.
14       Q.   How about the parts of Mr. Poulin's
15   report about ERISA Section 204(h), did you
16   address those in your report?
17       A.   I do not believe I do and for the
18   same reasons as I didn't address 36 through 38.
19       Q.   You do address part of the 204(h)
20   claims in a lengthy footnote, don't you, on
21   Page 20 of your report?
22       A.   Are you referring to Footnote 12
23   or --
24       Q.   Yes.
25       A.   Twelve. Well, I don't see
```

## Page 108

```
 1              L. Sher
 2   Section 204(h) mentioned here.
 3       Q.   Well, Exhibit F was showing the
 4   reduction and the rate of accruals under the
 5   cash balance plan compared to the prior plan's
 6   rate of accruals.
 7            MR. BLUMENFELD: Objection.
 8       Q.   You mentioned earlier in your
 9   report that you found it curious that Mr. Poulin
10   used a salary increase assumption in those
11   exhibits when he used a constant salary in
12   Exhibit D, which is showing the decreasing rate
13   of accruals under the cash balance plan.
14            MR. BLUMENFELD: Objection.
15       A.   I guess part of this is that it
16   wasn't clear to me under Mr. Poulin's reports
17   since there was no section heading that
18   specifically dealt with Section 204(h). There
19   are some other section headings, but I don't
20   think there is one there, but I noticed that his
21   Exhibit F --
22       Q.   There is a section heading on
23   Page 4 that says, "The rate of benefit accrual
24   under Part B decreases with age and is lower
25   than the prior plan's rate of benefit accrual."
```