# Exhibit 2



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, individually and on behalf of others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>CIGNA CORP. AND CIGNA PENSION PLAN,<br>    Defendants. | CIVIL ACTION NO.<br>3:01-CV-2361 (DJS)<br><br><br><br><br>MAY 27, 2003 |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE THAT the plaintiff in the above-captioned matter, pursuant to Rule 30 (b)(6) of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of defendants, Cigna Corp. and Cigna Pension Plan, regarding the following matters:

1. The Cigna Pension Plan's compliance after December 31, 1997, with the rules in ERISA sections 204(b)(1)(B), 204(b)(1)(H), and 204(h), 29 U.S.C. 1054(b)(1)(B), 1054(b)(1)(H), and 1054(h), related to rates of benefits accruals, including but not limited to any computations or analyses of rates of benefit accrual for purposes of any of the statutory tests.

2. The Cigna Plan administrator's compliance after December 31, 1997, with the disclosure rules and notice requirements in ERISA sections 102 and 204(h), 29 U.S.C. 1022 and 1054(h).

3. The Cigna Plan administrator's compliance after December 31, 1997, with the rule on disclosing "the relative value of the optional forms of benefit available under the plan (e.g., the extent to which optional forms are subsidized relative to the normal form of benefit...)" in Treas. Reg. 1.401(a)-20, Q&A 36.

The deposition will take place at 10:00 a.m. on July 1, 2003, at the offices of Moukawsher & Walsh, LLC, 21 Oak Street, Suite 209, Hartford, Connecticut 06106 and shall be recorded by stenographic means by a qualified court reporter. You are invited to attend and participate in the examination if you so desire.

Pursuant to Rule 30(b)(6), Defendants shall designate persons to testify on these matters and set forth the matters on which each such person shall testify.

Pursuant to Rules 30(b)(5) and 34, Defendants shall produce all documents related to these matters that have not been heretofore produced on or before June 27, 2003.

THE PLAINTIFF: Janice C. Amara

BY: _____
Thomas G. Moukawsher (ct08940)
Moukawsher & Walsh, LLC
328 Mitchell Street, P.O. Box 966
Groton, CT 06340
(860) 445-1809

Stephen R. Bruce (Proc Hac Vice)
805 15th St., NW Suite 210
Washington, DC 20005
(202) 371-8013

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed by overnight delivery on this date to the following counsel of record:

> Christopher A. Parlo
> Morgan, Lewis & Bockius
> 101 Park Avenue
> New York, NY 10178
>
> Joseph J. Costello
> Jeremy P. Blumenfeld
> Morgan, Lewis & Bockius
> 1701 Market Street
> Philadelphia, PA 19103-2921

Date: May 27, 2003

_____
Thomas G. Moukawsher