UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------X
:
JANICE C. AMARA, individually, :
and on behalf of others similarly :
situated, :
:
Plaintiff, : 3:01 CV 2361 (MRK)
:
v. : May 31, 2005
:
CIGNA CORP. AND CIGNA :
PENSION PLAN, :
:
Defendants. :
:
------------------------------------------------------X

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants CIGNA Corporation and CIGNA Pension Plan ("Defendants"), by and through counsel, hereby move for two week extension of time, until June 14, 2005, to respond to Plaintiff Janice Amara's Motion in Limine on Direct Testimony Relevant To The "Likely Prejudice" Standard in <u>Burke v. Kodak</u> ("Plaintiff's Motion"). As grounds for this Motion, Defendants state that:

1. This extension is being sought to accommodate other professional obligations of counsel for Defendants, including but not limited to Defendants' Opposition to Plaintiff's Motion for Leave To Amend The Complaint in this case, which is being filed concurrently with this Motion, and an appellate brief due to the United States Court of Appeals for the Third Circuit.

2. This extension will not delay the pretrial or trial proceedings in this case.

3.     No prior extensions of time have been sought or received by counsel for Defendants for responding to Plaintiff's Motion.

4.     Counsel for Plaintiffs concur in the instant Motion.

WHEREFORE, Defendants respectfully request for an extension of time be granted and that their response to Plaintiff's Motion be due on June 14, 2005.

Dated: May 31, 2005               Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By:_____
   Christopher A. Parlo (CT-04700)
   101 Park Avenue
   New York, New York  10178
   (212) 309-6062
   (212) 309-6273 (fax)

   Joseph J. Costello
   Jeremy P. Blumenfeld
   1701 Market Street
   Philadelphia, Pennsylvania  19103-2921
   (215) 963-5295/5258

**ROBINSON & COLE**

   James A. Wade (CT # 00086)
   Elizabeth A. Fowler (CT #23584)
   280 Trumbull Street
   Hartford, Connecticut  06103
   (860) 275-8270
   (860) 275-8299 (fax)

   Attorneys for Defendants
   CIGNA Corporation and CIGNA Pension Plan

2

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing was served this 31st day of May, 2005, via telecopy and first-class mail upon the following:

>Thomas G. Moukawsher, Esq.
>Moukawsher & Walsh, LLC
>328 Mitchell Street
>Groton, CT  06340

     and upon:

>Stephen R. Bruce, Esq.
>805 15th Street, NW
>Suite 210
>Washington, DC 20005

_____
Elizabeth A. Fowler