UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, individually and on behalf of others similarly situated, : :  :  Plaintiff, : v. : CIGNA CORPORATION and CIGNA PENSION PLAN, : :  Defendants. | Case No. 3:01CV2361(MRK) |

## ORDER

The Court GRANTS Defendants' Unopposed Motion for Extension of Time [**doc. #118**].

Defendants shall file their response to Plaintiff's Motion in Limine on Direct Testimony Relevant to the "Likely Prejudice" Standard in <u>Burke v. Kodak</u> [doc. #114] on or before **June 14, 2005**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: **June 2, 2005**.