UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANICE C. AMARA, individually and on behalf of others similarly situated, | : : : : | |
| Plaintiff, | : : | 3:01 CV 2361 (MRK) |
| v. | : : | |
| CIGNA CORP. and CIGNA PENSION PLAN, | : : : | |
| Defendants. | : | |

## JOINT STATUS REPORT

Plaintiff Janice C. Amara ("Plaintiff") and Defendants CIGNA Corporation ("CIGNA") and CIGNA Pension Plan ("the Plan") (collectively the "Defendants"), by and through counsel, submit this Joint Status Report pursuant to the Court's Order of April 21, 2005.

    A.    **Progress of Discovery**

On May 2, 2005, Defendants produced the portions of the "exemplars" that the Court ordered to be produced at the hearing on April 20, 2005 on Defendants' assertions of attorney-client privilege and work product protection. Defendants produced other documents on their Privilege Logs consistent with the Court's rulings and April 21, 2005 Order on June 1, 2005.

Plaintiffs served a second set of document requests on May 13, 2005 and twenty interrogatories with a related document request on May 31, 2005.

Plaintiffs are noticing three individual depositions of Arthur Assantes, Stewart Beltz, and Denise Hill and two Rule 30(b)(6) depositions on CIGNA's compliance with ERISA §204(g) and the William Mercer company's consulting advice to CIGNA for June 2005.

Defendants are noticing the deposition of Gisela Broderick, the new named plaintiff for the same time period. Plaintiffs have agreed to produce Ms. Broderick's documents without a formal request at least one week before her deposition.

### B. Status of Pending Motions or Anticipated Motions

Both parties filed memoranda of law on the impact of *Depenbrock v. CIGNA*, 389 F.3d 78 (3d Cir. 2004), on May 6, 2005.

Plaintiffs served and filed their motion for leave to amend the Complaint on the same date, and Defendants served and filed an opposition to that motion on May 31, 2005. Plaintiffs' reply is due on or before June 14, 2005.

Plaintiffs served and filed their motion *in limine* for a ruling on the direct testimony relevant to the "likely prejudice" standard in *Burke v. Kodak*, 336 F.3d 103, 113-14 (2d Cir. 2003), on May 6, 2005. Defendants asked for, and Plaintiffs consented to, an extension to June 14, 2005, for Defendants to oppose that motion. Plaintiffs' reply will be due on or before June 28, 2005.

### C. Any Requested Schedule Changes

The parties anticipate that depositions are likely to run into early July, but do not believe that the schedule requires any other changes. Plaintiffs believe they can still serve and file their proposed findings of fact and law by August 5, 2005, as scheduled.

Defendants reserve the right to object or file a motion for protective order related to Plaintiffs' depositions and written discovery. Defendants also suggest that a conference call with the Court could be helpful to address: (1) how they should proceed with discovery pending a decision on Plaintiff's Motion for Leave to Amend; (2) the impact of the *Depenbrock v. CIGNA* decision on the Plaintiffs' claims.

    **D.**    **Proposed Dates for Trial**

December 5-9 or 12-16, 2005, January 16-20, 2006, January 30-February 3, 2006, February 6-10, 13-17, or 20-24, 2006.

Defendants' expert is currently unavailable on January 12-13 or 18-20, 2006. Accordingly, Defendants request that the trial be scheduled for one of the other proposed weeks if possible.

    **E.**    **Expected Length of Trial**

As stated at the April 20, 2005 hearing, the parties expect that the trial will last one week.

Dated: June 1, 2005

FOR THE PLAINTIFF (on behalf of all parties):


By: s/ Thomas G. Moukawsher
Thomas G. Moukawsher ct08940
Ian O. Smith ct24135
Moukawsher & Walsh, LLC
21 Oak Street
Hartford, CT 06106
(860) 278-7000
tmoukawsher@mwlawgroup.com

Stephen R. Bruce ct 23534 (pro hac vice)
Suite 210
805 15th St., NW
Washington, DC 20005
(202) 371-8013
stephen.bruce@prodigy.net

## **CERTIFICATE OF SERVICE**

This certifies that copies of the foregoing Joint Status Report were sent on this 1st day of June, 2005 by e-mail as a PDF and WordPerfect attachment addressed to:

    Elizabeth A. Fowler
    Robinson & Cole
    280 Trumbell St.
    Hartford, CT 06103-3597
    efowler@rc.com

    Joseph J. Costello
    Jeremy P. Blumenfeld
    Morgan Lewis & Bockius
    1701 Market St.
    Philadelphia, PA 19103-2921
    jcostello@morganlewis.com
    jblumenfeld@morganlewis.com

    Christopher A. Parlo
    Morgan Lewis & Bockius
    100 Park Ave.
    New York, NY 10178
    cparlo@morganlewis.com

                                  s/ Stephen R. Bruce
                                  Stephen R. Bruce