UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, individually and on behalf of others similarly situated, | : : : |
| Plaintiff, | : |
| v. | : Case No. 3:01CV2361(MRK) |
| | : |
| CIGNA CORPORATION and CIGNA PENSION PLAN, | : : |
| | : |
| Defendants. | : |

## RULING AND ORDER

The Court having conferred with the parties during a telephonic conference on **June 20, 2005**, enters the following orders for the reasons stated on the record during the telephonic conference:

1. Plaintiffs' Motion to for Leave to File Reply Brief in Excess of 10 Pages [**doc. #121**] is GRANTED. The Clerk is directed to docket Plaintiffs' reply brief which is attached to their motion.

2. Plaintiffs' Motion for Leave to Amend Complaint [**doc. #112**] is GRANTED IN PART. Plaintiffs' motion is granted with respect to their request to add alternative theories of liability against Defendants. However, the Court reserves ruling on Plaintiffs' request to substitute Gisela Broderick as a class representative until after Ms. Broderick has been deposed.

3. The parties shall jointly file, **on or before July 13, 2005**, a new proposed case management schedule that accounts for any additional discovery that either party desires to take as a result of Plaintiffs' amendment to the Complaint.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
     United States District Judge

**Dated at New Haven, Connecticut on**: **June 21, 2005**.