# EXHIBIT 6

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Jeremy P. Blumenfeld**
215.963.5258
jblumenfeld@morganlewis.com

May 31, 2005

**VIA TELECOPY (w/o encl.) & FEDERAL EXPRESS**

Stephen R. Bruce
805 15th Street, NW
Suite 210
Washington, DC 20005

Re:    Amara v. CIGNA Corp. and CIGNA Pension Plan; 3:01 CV 2361

Dear Stephen:

Enclosed please find documents that were on Defendants' Privilege Log that Defendants are producing pursuant to the Court's ruling as to the exemplars. If you have any questions or concerns about this production, please let me know.

Sincerely,

Jeremy P. Blumenfeld
JPB/sdm

Enclosures

c:    Joseph J. Costello, Esq. (w/o encls.)

CIGNA PENSION PLAN PART B                    1/20/98
                                             DB+

## IS "FREE-30" A PART OF MINIMUM BENEFIT?

(This chart assumes that the Participant has a qualifying surviving spouse on BCD)*

|  | SFS under Part B before ERD; BCD is before or after 55 | SFS under Part B after ERD; BCD after ERD |
|---|---|---|
| Tier 2 | NO | NO |
| Tier 1; opening balance on 1/1/98 | NO | YES |
| Tier 1; SFS before ERD; return to eligible employment after 1/1/98, before 65 and before BCD | NO | YES |
| Tier 1; SFS after ERD; return to eligible employment after 1/1/98, before 65 and before BCD | N/A | Yes |

Key
BCD = benefit commencement date
SFS = severance from service
ERD = early retirement date

* Also assumes that participant was hired before 1/1/85 (§7.2) or before 1/1/89 (§7.3), and has requisite service (10 years for §7.3 benefit)

SuppD0311

**Gontarek, Paul J Esq.     TL48E**

From:       Gontarek, Paul J Esq.     TL48E
Sent:       Friday, November 03, 2000 4:01 PM
To:         Arko, John G     TL17B; Durham, David W   TL17M; Lau, Sandra H   TL17B
Subject:    The Free 30 and Part A Rehires

Our afternoon panel discussion today is about post-2000 Part A rehires and the Free 30% benefits. I'm getting what I think are conflicting messages from David and Sandy. I need clarification or resolution or, at this point on Friday pm, a double Jack Daniels – neat.

First, in the SPD I've split the Free 30 into two pieces. I call the post-retirement free 30 the Free 30% Survivor Annuity. I call the pre-retirement free 30 the Free 30% Survivor Benefit.

David's mark-up says pre-1998 departees who are later rehired don't get the free 30% survivor Annuity when they re-terminate employment. David, do you really mean to limit this to those who left before 1998? Do you mean to say that those who leave after 1998 and return do get the Free 30 Annuity?

On the other hand, David says OK to language that post-2000 rehires (or their eligible survivors) will NOT qualify for EITHER the Free 30% Annuity OR the Free 30% Benefit.

Sandy, on the other hand, seems to be saying these people DO continue to qualify for BOTH the Free 30% Annuity AND Benefit – but NOT for any projection to age 65 baloney.

I thought the post-2000 rehire to-do was about lost ERFs. Was it about lost survivor subsidies, too?


Paul J. Gontarek
CIGNA Corporate Law
215.761.6228
paul.gontarek@cigna.com