UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANICE C. AMARA, individually and on behalf of others similarly situated, | : : : | CIVIL ACTION NO. 3:01-CV-2361 (MRK) |
| Plaintiff, | : : | |
| vs. | : : | |
| CIGNA CORP. AND CIGNA PENSION PLAN, | : : : | |
| Defendants. | : | JUNE 27, 2005 |

**PLAINTIFF'S UNOPPOSED MOTION FOR THREE DAY EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF HER MAY 6, 2005 MOTION IN LIMINE**

Plaintiff, Janice Amara ("Amara") hereby respectfully requests a three-day extension of time through and including July 1, 2005 in which to respond to defendants' objection to plaintiff's motion in limine dated May 6, 2005 in the above-captioned matter. In support hereof, Amara respectfully represents as follows:

1. Plaintiff's response is currently due on June 28, 2005;

2. Both of Amara's counsel have been occupied with briefs and discovery matters to meet preexisting deadlines in other courts, and the subject matter at issue in the motion is complicated;

3.   Because of their other commitments, counsel have been unable to complete the research and briefing necessary to respond to defendants' objection;

4.   This is Amara's first request to extend this deadline;

5.   Defense counsel consents to the granting of this motion.

WHEREFORE, Amara respectfully moves for a three-day extension of time through and including July 1, 2005 in which to respond to defendants' objection to plaintiff's May 6, 2005 motion in limine.

THE PLAINTIFF

By_____
   Thomas G. Moukawsher
   Fed. Bar. No.: ct08940
   Moukawsher & Walsh, LLC
   21 Oak Street, Suite 209
   Hartford, CT 06106
   (860) 278-7003

   Stephen R. Bruce (Proc Hac Vice)
   Suite 210
   805 15th St., NW
   Washington, DC 20005
   (202) 371-8013

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed on this date to the defendant at:

>Christopher A. Parlo
>Morgan, Lewis & Bockius
>101 Park Avenue
>New York, NY 10178
>
>Jeremy P. Blumenfeld
>Joseph J. Costello
>Morgan, Lewis & Bockius
>1701 Market Street
>Philadelphia, PA 19103-2921

Dated this 27th day of June, 2005.

_____
Thomas G. Moukawsher