UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Janice C. Amara, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiff, | : : | |
| vs. | : : | Civil. No. 3:01-CV-2361 (MRK) |
| CIGNA Corp. and CIGNA Pension Plan, | : : : | July 1, 2005 |
| Defendants. | : | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF 10 PAGES**

Plaintiff, Janice C. Amara, moves for leave to file a brief in reply to defendant's opposition to plaintiff's motion in limine on direct testimony relevant to the "likely prejudice" standard in *Burke v. Kodak*, in excess of the 10 page limit set by L. Civ. R. 7(d). The reply brief addresses several complex legal issues, discussed in defendants' memorandum in opposition, requiring extended explanation. Plaintiff's reply brief contains 16 pages, excluding its cover, table of contents and table of authorities. It is attached hereto as Exhibit A.

WHEREFORE, Amara respectfully requests leave to file the brief attached hereto as Exhibit A.

Dated: July 1, 2005

                                      Respectfully submitted,

<u>By: /s/ Thomas G. Moukawsher</u>
Thomas G. Moukawsher ct08940
Ian O. Smith ct24135
Moukawsher & Walsh, LLC
21 Oak Street
Hartford, CT 06106
(860) 278-7000
tmoukawsher@mwlawgroup.com

Stephen R. Bruce ct23534
(pro hac vice)
Suite 210
805 15th St., NW
Washington, DC 20005
(202) 371-8013
stephen.bruce@prodigy.net

## CERTIFICATION OF SERVICE

I certify that a copy of the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF 10 PAGES** has been mailed on this date by FedEx next-day delivery to counsel for the Defendants at:

>Joseph J. Costello
>Jeremy P. Blumenfeld
>Morgan, Lewis & Bockius
>1701 Market St.
>Philadelphia, PA 19103-2921
>
>Elizabeth A. Fowler
>Erin O'Brien Choquette
>Robinson & Cole, LLP
>280 Trumbull Street
>Hartford, CT 06103-3597
>(860) 275-8200

Dated this 1st day of July, 2005.

>                              /s/ Thomas G. Moukawsher
>                              Thomas G. Moukawsher