UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, individually and on behalf of others similarly situated, | : : : |
| Plaintiff, | : : |
| v. | : : |
| CIGNA CORP. AND CIGNA PENSION PLAN, | : : |
| Defendants. | : |

3:01 CV 2361 (MRK)

JULY 12, 2005

## APPEARANCE

Please enter my appearance as counsel for the defendants, CIGNA CORP. and CIGNA PENSION PLAN, in the above-entitled action.

CIGNA CORP. AND
CIGNA PENSION PLAN

By_____
Bradford S. Babbitt (ct 23584)
bbabbitt@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 12th day of July, 2005, via first-class mail upon the following:

Thomas G. Moukawsher, Esq.
Moukawsher & Walsh, LLC
328 Mitchell Street
Groton, CT 06340

and upon:

Stephen R. Bruce, Esq.
805 15th Street, NW
Suite 210
Washington, DC 20005

Bradford S. Babbitt