UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Janice C. Amara, Gisela R. Broderick, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CIGNA Corp. and CIGNA Pension Plan,<br><br>Defendants. | Civil No. 3:01-CV-2361 (MRK)<br><br><br>July 12, 2005 |

### DEFENDANTS' MOTION FOR LEAVE TO FILE SURREPLY MEMORANDUM OF LAW

Defendants CIGNA Corporation and CIGNA Pension Plan (collectively "Defendants"), by and through counsel, hereby move for leave to file a brief Surreply Memorandum of Law in Response to Plaintiff's Motion in Limine on direct testimony relevant to the likely prejudice standard in Burke v. Kodak. As grounds for this Motion, Defendants state that:

1. On July 1, 2005, Plaintiff filed a Motion for leave to file a 16 page Reply Brief in support of her Motion in Limine.

2. On July 5, 2005, this Court granted Plaintiff leave to file her proposed Reply Brief.

3. Defendants respectfully submit that there are four specific issues in Plaintiff's Reply Brief that warrant a further response from Defendants.

4. A copy of Defendants' proposed Surreply Memorandum of Law is attached as Exhibit A.

WHEREFORE, Defendants respectfully request that their Motion for leave to file a Surreply Memorandum of Law be granted.

Dated: July 12, 2005

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By:_____
   Christopher A. Parlo (CT-04700)

101 Park Avenue
New York, New York 10178
(212) 309-6062
(212) 309-6273 (fax)

Joseph J. Costello
Jeremy P. Blumenfeld
1701 Market Street
Philadelphia, Pennsylvania 19103-2921
(215) 963-5295/5258

**ROBINSON & COLE**

By: _____
James A. Wade (CT # 00086)
Elizabeth A. Fowler (CT # 23584)
Bradford S. Babbitt (CT # 13938)
280 Trumbull Street
Hartford, Connecticut 06103
(860) 275-8270
(860) 275-8299

Attorneys for Defendants
CIGNA Corporation and CIGNA Pension Plan

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 12TH day of July, 2005, via first-class mail upon the following:

>Thomas G. Moukawsher, Esq.
>Moukawsher & Walsh, LLC
>328 Mitchell Street
>Groton, CT 06340

and upon:

>Stephen R. Bruce, Esq.
>805 15th Street, NW
>Suite 210
>Washington, DC 20005

_____
Bradford S. Babbitt