UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

Jul 13  6 16 PM '05

| Janice C. Amara, Gisela R. Broderick, individually and on behalf of all others similarly situated, | |
|---|---|
| Plaintiffs, | Civil No. 3:01-CV-2361 (MRK) |
| vs. | |
| CIGNA Corp. and CIGNA Pension Plan, | |
| Defendants. | July 13, 2005 |

## DEFENDANTS' PROPOSED CASE MANAGEMENT SCHEDULE

Pursuant to the Court's Order of June 21, 2005, Defendants by and through counsel, hereby propose the following case management schedule in this matter:

1. Defendants shall produce documents responsive to Plaintiff's Second and Third Requests for the Production of Documents by September 15, 2005.

2. Defendants shall answer or otherwise respond to the Second Amended Complaint by October 12, 2005.

3. Discovery shall be completed by April 30, 2006

4. Defendants intend to seek discovery from individual class members as to their likely prejudice, actual prejudice, and other detrimental reliance or harm caused by allegedly inadequate disclosures. To that end:

    (a) Defendants shall provide Plaintiff's counsel with interrogatories and document requests by August 31, 2005.

    (b) Plaintiff's counsel and Defendants' counsel shall thereafter confer in any effort to resolve any objections that Plaintiff's counsel may have to the proposed interrogatories and document requests.

(c) Any disputes regarding Defendants' proposed interrogatories and document requests shall be presented to the Court for resolution via teleconference on or before September 30, 2005.

(d) Defendants shall thereafter serve the Court-approved interrogatories and document requests on those individual class members to whom discovery is directed.

(e) Individual class members shall have 60 days to respond to the interrogatories and document requests, and to produce responsive documents.

(f) Defendants also anticipate taking depositions of certain individual class members, depending on the written discovery responses received.

5. Plaintiff's Supplemental Expert Reports, if any, shall be due on or before September 30, 2005.

6. Supplemental depositions of Plaintiff's experts shall be completed by October 31, 2005.

7. Defendants' Supplemental Expert Reports, if any, shall be due on or before November 30, 2005.

8. Supplemental depositions of Defendants' experts shall be completed by January 15, 2006.

9. Dispositive motions, if any, shall be filed by May 16, 2006.

10. Motions in limine regarding expert testimony shall be filed by May 16, 2006.

11. Plaintiff's Proposed Findings of Fact and Conclusions of Law, Pretrial Memorandum, Exhibit List, and Witness List shall be due by June 1, 2006.

12. Defendants' Proposed Findings of Fact and Conclusions of Law, Pretrial Memorandum, Exhibit List, and Witness List shall be due by July 1, 2006.

13. Trial to be scheduled for a date and time to be determined by the Court.


Dated: July 13, 2005

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**


By:_____
Joseph J. Costello
Jeremy P. Blumenfeld
1701 Market Street
Philadelphia, Pennsylvania 19103-2921
(215) 963-5295/5258

**ROBINSON & COLE**

By:_____
Bradford S. Babbitt (CT # 13939)
Elizabeth A. Fowler (CT # 23584)
James A. Wade (CT # 00086)
280 Trumbull Street
Hartford, Connecticut 06103
(860) 275-8270
(860) 275-8299
Attorneys for Defendants
CIGNA Corporation and CIGNA Pension Plan

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 13th day of July, 2005, via first-class mail upon the following:

> Thomas G. Moukawsher, Esq.
> Moukawsher & Walsh, LLC
> 328 Mitchell Street
> Groton, CT  06340

and upon:

> Stephen R. Bruce, Esq.
> 805 15th Street, NW
> Suite 210
> Washington, DC 20005

Bradford S. Babbitt