| | | |
|---|---|---|
| 1 | Q | Did you ever fire anyone? |
| 2 | A | No. |
| 3 | Q | Did you ever hire anyone? |
| 4 | A | Yes. |
| 5 | Q | SREC, you said you began working with them in |
| 6 | | January of 2001, correct? |
| 7 | A | Yes. |
| 8 | Q | Did you at any time work for Doctor's |
| 9 | | Associates? |
| 10 | A | No. |
| 11 | Q | So, you were hired to work for SREC? |
| 12 | A | Yes. |
| 13 | Q | And you did SREC work -- |
| 14 | A | Yes. |
| 15 | Q | -- entirely? |
| 16 | A | Mm-hmm. |
| 17 | Q | SREC issued you paychecks, correct? |
| 18 | A | Yes. |
| 19 | Q | And you said you didn't have a W-2 from SREC? |
| 20 | A | No. |
| 21 | Q | Okay. Who did you work for in SREC? |
| 22 | A | Lisa Oake (phonetic) and John Devine. |
| 23 | Q | Did you interact with him daily? |
| 24 | A | Yes. |
| 25 | Q | Did you take your work instructions from him? |

```
1         A    Yes.
2         Q    And he also stated that he had nothing
3    personal to gain --
4         You didn't know what he had to gain personally in
5    terminating you?
6              MR. FRANGIE:  Objection to
7    form.  You can answer that if you can.
8         Q    Do you understand my question?
9         A    What did he have to gain, you asked?
10        Q    Yes.
11        A    He didn't have anything to gain.
12        Q    Did he have anything to gain, again, from
13   denying you benefits?
14        A    No.
15             MS. MASON:  Okay.  I have no
16   further questions.
17             MR. FRANGIE:  I have nothing.
18             Okay.  I have been presented with an
19   authorization for employment records for the
20   Holiday Inn.  There's nothing in there that --
21   My client will execute --
22             MS. MASON:  Can you do me a
23   favor and sign in blue pen?  I have one
24   here.  Okay.  You can use that one.
25             MR. FRANGIE:  I also have an
```

```
 1           A    Yes.
 2           Q    After your orientation meeting with John
 3    Devine on April 9th, 2001 --
 4           A    Yes.
 5           Q    -- your orientation was extended; is that
 6    correct?
 7           A    Yes.
 8           Q    Were you offered enrollment in the benefits
 9    plan?
10           A    Yes.
11           Q    Did you elect any benefits?
12           A    Yes.
13           Q    What benefits did you elect?
14           A    Medical and dental.
15           Q    Did you elect short-term disability?
16           A    I don't recall that.
17           Q    Would you recall if you elected long-term
18    disability?
19           A    No.  I did not.
20           Q    You don't recall?
21           A    No.
22           Q    Did you take advantage of the benefits plan to
23    go to the doctor or the dentist or whatever?
24           A    Yes.
25           Q    Did anyone express displeasure that you --
```