UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANICE C. AMARA, individually and on behalf of others similarly situated, | : : : | |
| Plaintiff, | : | |
| v. | : : | Case No.  3:01CV2361(MRK) |
| CIGNA CORPORATION and CIGNA PENSION PLAN, | : : : | |
| Defendants. | : | |

## ORDER

The parties recently filed separate proposed case management schedules.  *See* Plaintiff's Scheduling Proposal [doc. #133]; Defendants' Proposed Case Management Schedule [doc. #134]. In light of the great disparity between the parties' proposals, the Court desires further information before setting a schedule.  Accordingly, the parties shall have until **August 3, 2005** to file a written response to their opponents' proposal.  In their respective responses, the parties must identify the specific dates to which they object as well as the reason for each objection.  In addition, the Court will hold a telephonic conference with the parties to discuss their proposals and objections on **August 9, 2005** at **8:15 A.M.**  Plaintiff's counsel shall initiate the call.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: **July 18, 2005**.