UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, individually and on behalf of others similarly situated, : : : | 3:01 CV 2361 (MRK) |
| Plaintiff, : : | |
| v. : | |
| CIGNA CORP. AND CIGNA PENSION PLAN, : : : | |
| Defendants. : | AUGUST 30, 2005 |

### WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Elizabeth A. Fowler requests leave to withdraw her appearance for all defendants in this action. Attorneys James A. Wade, Erin O. Choquette and Bradford S. Babbitt will continue to serve as counsel for all defendants.

CIGNA CORP. AND
CIGNA PENSION PLAN

By_____
Elizabeth A. Fowler (ct 23584)
efowler@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid on this 30th day of August, 2005 to:

Thomas Moukawsher, Esq.
Moukawsher & Walsh, LLC
328 Mitchell St.
Groton, CT 06430

Stephen R. Bruce, Esq.
Suite 210
805 15th Street, NW
Washington, DC  20005

_____
Elizabeth A. Fowler