UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
:
JANICE C. AMARA, GISELA           :     3:01 CV 2361 (MRK)
R. BRODERICK individually,        :
and on behalf of others similarly situated, :
                                  :
                    Plaintiffs,   :
                                  :
        v.                        :
                                  :
CIGNA CORP. AND CIGNA             :
PENSION PLAN,                     :
                                  :
                    Defendants.   :
                                  :     October 27, 2005
---------------------------------------------------------X

## REQUEST FOR ELECTRONIC FILING DESIGNATION

Defendants CIGNA Corporation and CIGNA Pension Plan ("Defendants"), through the undersigned counsel, hereby respectfully request that the Court designate the above-captioned matter as electronically filed and permit electronic filing over the Internet. Defendants hereby represent and warrant that all counsel of record consent to this method of filing.

*[signature]*

James A. Wade (ct00086)
jwade@rc.com
Erin O'Brien Choquette (ct 18585)
echoquette@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (869) 275-8299

Christopher A. Parlo (CT-04700)
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Tel. No.: (212) 309-6062
Fax No.: (212) 309-6273

Joseph J. Costello
Jeremy P. Blumenfeld
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel. No.: (215) 963-5295
Fax. No.: (215) 963-5001

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 27th day of October, 2005, via first class U.S. mail, prepaid, upon the following:

Thomas G. Moukawsher
Moukawsher & Walsh, LLC
328 Mitchell Street
Groton, CT  06340

Stephen R. Bruce
805 15th Street, NW
Suite 210
Washington, DC 20005

*[signature]*
Erin O'Brien Choquette