UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, GISELA R. BRODERICK individually, and on behalf of others similarly situated, | : <br> : <br> : <br> : |
| Plaintiffs, | :    3:01 CV 2361 (MRK) |
| v. | : <br> : |
| CIGNA CORP. AND CIGNA PENSION PLAN, | : <br> : <br> : |
| Defendants. | : <br> :    OCTOBER 28, 2005 |

**MOTION FOR ADMISSION *PRO HAC VICE* OF
JAMIE M. KOHEN AS COUNSEL FOR DEFENDANTS**

Pursuant to Rule 83.1 of the Local Rules of the United States District Court for the District of Connecticut, the undersigned hereby moves for the admission *pro hac vice* of Jamie M. Kohen as counsel for Defendants CIGNA Corp. and CIGNA Pension Plan, in the above-captioned matter. In support thereof, attached please find the sworn affidavits of Jamie M. Kohen, James Wade and Erin O'Brien Choquette.

The granting of this motion will not require modification of a scheduling order entered pursuant to Federal Rule of Civil Procedure 16(b) or the deadlines established by the standing order on scheduling in civil cases. This motion is accompanied by payment to the Clerk of this Court of a fee of twenty-five dollars ($25.00) in connection with the motion for admission of Attorney Kohen.

**WHEREFORE**, the undersigned moves for the admission of Jamie M. Kohen *pro hac vice*.

*[Signature: E. O'B. Choquette]*

James A. Wade, Esq
jwade@rc.com
Erin O'Brien Choquette (ct 18585)
echoquette@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
Tel. No.: (860) 275-8200
Fax No.: (869) 275-8299