UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANICE C. AMARA, GISELA R. BRODERICK individually, and on behalf of others similarly situated, | : : : : : | |
| Plaintiffs, | : : | 3:01 CV 2361 (MRK) |
| v. | : : | |
| CIGNA CORP. AND CIGNA PENSION PLAN, | : : : : | |
| Defendants. | : : | OCTOBER 27, 2005 |

**AFFIDAVIT OF SPONSORING ATTORNEY ERIN O'BRIEN CHOQUETTE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF JAMIE M. KOHEN**

Erin O'Brien Choquette, having been duly sworn, says:

1. I submit this affidavit in support of the motion for admission of Jamie M. Kohen pro hac vice as counsel on behalf of Defendants CIGNA Corp. and CIGNA Pension Plan.

2. I was admitted to practice in this Court in Hartford, Connecticut on February 9, 1998.

3. I have known the applicant for admission, Jamie M. Kohen, for several months in her capacity as counsel for Defendants CIGNA Corp. and CIGNA Pension Plan, and she is an attorney of good character.

4. Jamie M. Kohen has associated with myself and James Wade of Robinson & Cole LLP (280 Trumbull Street, Hartford, CT 06103, Tel: (860) 275-8200), both members in good standing of the bar of the State of Connecticut and admitted before this Court, who are co-counsel for Defendants CIGNA Corp. and CIGNA Pension Plan.

5.  I know of no fact which would call into question the integrity or character of the applicant.

I declare under penalty of perjury that the foregoing is true and accurate.

*Erin O'Brien Choquette* (signature)

Erin O'Brien Choquette

Subscribed and sworn to before me this 27th day of October

*Linda C. Zizzamia* (signature)
Notary Public

**LINDA C. ZIZZAMIA**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JULY 31, 2010