UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANICE C. AMARA, GISELA R.
BRODERICK individually, and on behalf
of others similarly situated,

        Plaintiffs,

v.

CIGNA CORP. AND CIGNA
PENSION PLAN,

        Defendants.

3:01 CV 2361 (DJS)

**AFFIDAVIT OF JAMIE M. KOHEN IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

Jamie M. Kohen, having been duly sworn, says:

1. I submit this affidavit in support of the motion for admission *pro hac vice* as counsel on behalf of Defendants CIGNA Corp. and CIGNA Pension Plan.

2. I am an associate of the law firm of Morgan, Lewis & Bockius, LLP, with offices at 1701 Market Street, Philadelphia, PA 19102, and counsel for Defendants. My business telephone number is 215-963-5472, my business facsimile number is 215-963-5001 and my email address is jkohen@morganlewis.com.

3. I am a member in good standing of the Bar of the State of California, the State of New Jersey and the Commonwealth of Pennsylvania, as well as the Bars for the United States District Court for the Eastern District of Pennsylvania, the District of New Jersey, the Northern District of California, and the United States Court of Appeals for the Second Circuit.

4. I am not admitted *Pro Hac Vice* in the United States District Court for the District of Connecticut in any other cases.

5.  There are no disciplinary actions presently pending against me, nor have any disciplinary actions ever been initiated against me in this court or any state or federal court. I have not been denied admission to this court or any state or federal court. I am not disbarred nor have I ever been disbarred from practice in any state or federal court, nor have I been held in contempt or otherwise disciplined or sanctioned by any court.

6.  I am not now nor have I ever been the subject of any criminal proceedings.

7.  I have fully reviewed and am familiar with Title 28 U.S.C., the Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the District of Connecticut.

8.  I have associated with James Wade and Erin O'Brien of Robinson & Cole LLP (280 Trumbull Street, Hartford, CT 06103, Tel: (860) 275-8200), both members in good standing of the bar of the State of Connecticut and admitted before this Court, who are co-counsel for Defendants CIGNA Corp. and CIGNA Pension Plan.

In light of the foregoing, I respectfully request, on behalf of Defendants CIGNA Corp. and CIGNA Pension Plan, that I be admitted *pro hac vice* for the purpose of representing them in this matter in association with Connecticut co-counsel. I agree to be bound by the rules governing practice in the District of Connecticut, including the disciplinary rules.

I declare under penalty of perjury that the foregoing is true and accurate.

_____
Jamie M. Kohen

Subscribed and sworn to before me this 21 day of October, 2005

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Kathleen M. DiPlacido, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Feb. 8, 2009
Member, Pennsylvania Association of Notaries