## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, GISELA R. BRODERICK individually, and on behalf of others similarly situated, | |
| Plaintiffs, | 3:01 CV 2361 (MRK) |
| v. | |
| CIGNA CORP. AND CIGNA PENSION PLAN, | |
| Defendants. | OCTOBER 28, 2005 |

### AFFIDAVIT OF JAMES WADE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF JAMIE M. KOHEN

James Wade, having been duly sworn, says:

1. I submit this affidavit in support of the motion for admission of Jamie M. Kohen pro hac vice as counsel on behalf of Defendants CIGNA Corp. and CIGNA Pension Plan.

2. I was admitted to practice in this Court in September 1966.

3. I have known the applicant for admission, Jamie M. Kohen, for several months in her capacity as counsel for Defendants CIGNA Corp. and CIGNA Pension Plan, and she is an attorney of good character.

4. Jamie M. Kohen has associated with myself and Erin O'Brien Choquette of Robinson & Cole LLP (280 Trumbull Street, Hartford, CT 06103, Tel: (860) 275-8200), both members in good standing of the bar of the State of Connecticut and admitted before this Court, who are co-counsel for Defendants CIGNA Corp. and CIGNA Pension Plan.

I declare under penalty of perjury that the foregoing is true and accurate.

_____
James Wade

Subscribed and sworn to before me this 27th day of

_Catherine A. Gudauskas_
Notary Public
My commission
expires 7/31/2010

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion and the accompanying affidavits were served this 28th day of October 2005, via first class U.S. mail, postage prepaid, upon the following:

Thomas G. Moukawsher, Esq.
Moukawsher & Walsh, LLC
328 Mitchell Street
Groton, CT  06340

Stephen R. Bruce, Esq.
805 15th Street, NW
Suite 210
Washington, DC  20005

_____
James A. Wade