UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, individually and on behalf of others similarly situated, :  :  : Plaintiff, : v. : : CIGNA CORPORATION and CIGNA : PENSION PLAN, : : Defendants. : | Case No.  3:01CV2361(MRK) |

## ORDER

For the reasons stated in an on-the-record telephonic conference held on November 29, 2005, the Court DENIES without prejudice Plaintiff's Motion in Limine [doc. #11] as premature at this time. Plaintiff will be permitted to renew her motion at the time of trial.

IT IS SO ORDERED

/s/        Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: November 29, 2005.