UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANICE C. AMARA, GISELA R. BRODERICK, individually and on behalf of all others similarly situated, | : : : : : | |
| Plaintiffs, | : : | |
| vs. | : : | Civil. No. 3:01-CV-2361 (MRK) |
| CIGNA CORP. and CIGNA PENSION PLAN, | : : : | |
| Defendants. | : | January 9, 2006 |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT
TO ADD ADDITIONAL NAMED REPRESENTATIVE**

Plaintiffs hereby move pursuant to Fed. R. Civ. P. 15(a) to amend their Complaint to add class members Ms. Annette S. Glanz as an additional named Plaintiff. In support hereof, Plaintiffs respectfully represent as follows:

1.  This Court indicated in the June 20, 2005 conference call that Plaintiffs could add as many named representatives as necessary to address Defendants' "standing" arguments concerning the ERISA §204(h) claim.

2.  Ms. Glanz is already a member of the certified class. She was continuously employed by CIGNA through the cash balance conversion, whereas Ms. Amara was employed until August 1995 and then was rehired in September 1998 and Ms. Broderick was employed until December 31, 1997 and was rehired in June 2000.

3.  Defendants will not be unduly prejudiced by the addition of Ms. Glanz as a named plaintiff.

4. In support of their Motion, Plaintiffs rely on the accompanying Memorandum of Law.

WHEREFORE, Plaintiffs respectfully request that their Motion for Leave to Amend Complaint to Add Additional Named Representative be granted. The Proposed Third Amended Complaint accompanies this Motion.

THE PLAINTIFFS

BY: /s/ Thomas G. Moukawsher
Thomas G. Moukawsher Ct 08940
Ian O. Smith ct24135
Moukawsher & Walsh, LLC
21 Oak Street
Hartford, CT 06106
(860) 445-1809
tmoukawsher@mwlawgroup.com

Stephen R. Bruce Ct 23534
Suite 210
805 15th St., NW
Washington, DC 20005
(202) 371-8013
stephen.bruce@prodigy.net

Attorneys for Plaintiffs