UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Janice C. Amara, Gisela R. Broderick, individually and on behalf of others similarly situated, | : : : : |
| Plaintiffs, | : : |
| v. | : Civil No. 3:01-CV-2361 (MRK) |
| | : |
| CIGNA Corp. and CIGNA Pension Plan, | : January 9, 2006 |
| | : |
| Defendants. | : : |

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2006, a copy of the foregoing Plaintiff Class' Motion for Leave to Amend Complaint to Add Additional Named Representative, the Memorandum in Support thereof, and the Proposed Third Amended Class Action Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Stephen R. Bruce
Stephen R. Bruce Ct 23534
Suite 210
805 15th St., NW
Washington, DC 20005
(202) 371-8013
stephen.bruce@prodigy.net