# **CERTIFICATE OF SERVICE**

I certify that copies of the foregoing Plaintiff Class' Motion to Compel Responses to Discovery and for Sanctions, the Memorandum in Support, and Exhibits A - T, were filed electronically through the CM/ECF system on February 2, 2006. Notice of this filing will be sent by e-mail to all parties listed below by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. The parties may access this filing through the Court's CM/ECF system.

    Joseph J. Costello
    Jeremy P. Blumenfeld
    Jamie M. Kohen
    Morgan, Lewis & Bockius
    1701 Market St.
    Philadelphia, PA 19103-2921

    Christopher A. Parlo
    Morgan Lewis & Bockius
    101 Park Avenue
    New York, NY 10178-0600

    James A. Wade
    Erin O'Brien Choquette
    Robinson & Cole, LLP
    280 Trumbull Street
    Hartford, CT 06103-3597

    /s/ Thomas G. Moukawsher
    Thomas G. Moukawsher  ct08940
    21 Oak Street
    Hartford, CT 06106
    (860) 278-7000
    (860) 446-8161 (fax)
    tmoukawsher@mwlawgroup.com

    Attorney for the Plaintiffs