EXHIBIT B

Case 3:01-cv-02361-MRK    Document 158-5    Filed 02/02/2006    Page 1 of 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Janice C. Amara, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA Corp. and CIGNA Pension Plan,<br><br>Defendants. | Civil No. 3:01-CV-2361 (MRK) |

## DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFF'S THIRD REQUESTS FOR PRODUCTION OF DOCUMENTS

Defendants CIGNA Corporation ("CIGNA") and CIGNA Pension Plan (the "Plan") (collectively "Defendants"), by and through their counsel, hereby make the following objections and responses to Plaintiff's Third Requests for Production of Documents.

### GENERAL OBJECTIONS

1. Defendants object to the Requests to the extent they call for documents or information which is subject to one or more privileges, including, but not limited to, the attorney-client privilege, or any information which constitutes or reflects the work product of Defendants' attorneys.

2. Defendants object to the Instructions in the Requests to the extent that they seek to impose any obligation on Defendants that is inconsistent with, or in addition to, obligations imposed by the Federal Rules of Civil Procedure or other Rule or Order of the Court.

3. Defendants object generally to producing documents or providing

information which is confidential, proprietary or sensitive in nature to Defendants or the employees or customers of Defendants without execution of an appropriate Stipulation of Confidentiality and Protective Order.

4. Defendants object to Plaintiff's Requests to the extent they are not limited to the operation of Part B of the Plan and to the extent they seek documents that are particular to individual participants.

5. Defendants object to producing documents at the time and place sought by Plaintiff. Defendants will make available for inspection and copying responsive documents at a mutually convenient date, time and location.

6. Defendants incorporate these objections into each of their responses below.

## SPECIFIC OBJECTIONS AND RESPONSES

1. Any and all documents that relate to Defendants' Answers to Plaintiffs' Interrogatories, including but not limited to all documents identified or described in Defendants' Answers.

**Objections and Response**: Defendants hereby incorporate their General Objections. Defendants further incorporate their objections to each of Plaintiff's specific Interrogatories. Subject to these objections and without waiver thereof, Defendants will produce or make available for inspection and copying those documents that Defendants indicated in response to Plaintiff's First Set of Interrogatories that they would produce or make available.

**MORGAN, LEWIS & BOCKIUS LLP**

By: /s/ Joseph J. Costello
Joseph J. Costello
Jeremy P. Blumenfeld
1701 Market Street
Philadelphia, Pennsylvania 19103-2921
(215) 963-5295/5258

**ROBINSON & COLE**
James A. Wade (CT # 00086)
280 Trumbull Street
Hartford, Connecticut 06103
(860) 275-8270
(860) 275-8299

Attorneys for Defendants
CIGNA Corporation and CIGNA Pension Plan

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 8th day of July, 2005, via regular mail upon the following:

>Thomas G. Moukawsher
>Moukawsher & Walsh, LLC
>328 Mitchell Street
>Groton, CT 06340

and upon:

>Stephen R. Bruce
>805 15th Street, NW
>Suite 210
>Washington, DC 20005