EXHIBIT F

| | |
|---|---|
| From: | Arko, John G    TL17B |
| Sent: | Tuesday, January 07, 2003 8:58 PM |
| To: | Meyn, Gerald T    TL17M |
| Cc: | Beltz, Stew M    TL17B; Durham, David W    TL17M; Lau, Sandra H    TL17B; Morris, Lorraine M    H06X |
| Subject: | FW: UPDATES |

Jerry -

As you can see below - few calls are steadily coming into CR&IS. I don't think much volume yet - I'll check again Wed and ensure that they are trickling off. Representatives provide no more info than the dot-points.

FYI - About 24K employees were converted at 1/1/98 to "part B".

John Arko
CIGNA, Office of the Plan Administrator
215.761.2562
john.arko@cigna.com

CIGNA

Confidential, unpublished property of CIGNA.
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
© Copyright 2003 by CIGNA

-----Original Message-----

| | |
|---|---|
| From: | Morris, Lorraine M    H06X |
| Sent: | Tuesday, January 07, 2003 2:16 PM |
| To: | Arko, John G    TL17B |
| Cc: | Lau, Sandra H    TL17B |
| Subject: | UPDATES |

John we are beginning to get calls form participants regarding the class action suit (Amara vs. CIGNA). Below are some sample questions being asked.

- How do I find out more about the lawsuit and the details?
- Am I part of the class action suit? How do I find out if I am? Participants asking specifically for us to move them back into the old plan now.

How would you like us to address these...I'm thinking we could really use a Q &A that addresses these types of questions. Is this something your legal people would put together for us?

Also are you aware that lawsuit made Plan Sponsor?

On another note, I wanted to let you the HotWash file for Deferred Comp January payments was sent late yesterday but did not get loaded into production....I'm working on unraveling what went wrong and why. I also learned this morning that the file format (record length) was incorrect so had the file run all transactions would have kicked out so we would be in the

Lorraine M. Morris
Director
CIGNA Account Team
Client Services
Workplace Financial Solutions
CR&IS Hartford Service Center
Phone: 860.534.4685
Fax: 860.534.2385
Lorraine.Morris@CIGNA.com

1

D12391

**PLANSPONSOR.com**

**News**

### CIGNA Cash Balance Conversion Suit Certified as Class Action

January 6, 2003 (PLANSPONSOR.com) – A federal judge has certified as a class action a lawsuit against CIGNA Corp. over the conversion of its pension plan to a cash balance plan.

According to a Hartford Courant news report, the ruling from US District Judge Dominic Squatrito means that 10,000 current and former CIGNA workers could become part of the December 2001 lawsuit. The lead plaintiff is Janice C. Amara, who works in CIGNA's Retirement & Investment Services division in Hartford.

The suit centers on CIGNA's January 1998 cash balance conversion. Plaintiffs' attorneys say CIGNA's conversion discriminated against older employees in the rate at which future benefits are earned.

The plaintiff lawyers also charged that:

- CIGNA placed illegal conditions on workers' rights to earn future benefits
- the cash balance plan forced employees to give up previously earned early retirement benefits in order to receive future contributions
- CIGNA did not inform employees, as required by law, about the disadvantages posed by the pension plan.

CIGNA insists it did nothing wrong, the Courant said. Spokesman Wendell Potter told the newspaper: "We believe we acted properly and in the best interest of our employees, and we expect we will prevail."

In a traditional plan, benefits are based on formulas that multiply the number of years worked by a percentage of a worker's highest average salary - typically paid during the final years of employment. In cash balance plans, which have raised protests at many companies, the employer contributes a fixed percentage of a worker's annual pay to a cash-balance account.

*Fred Schneyer*
*editors@plansponsor.com*

Copyright © 1989-2003 Asset International, Inc. All rights reserved. No reproduction without prior authorization.

D12392

 

http://www.ctnow.com/business/hc-cignasuit0103.artjan03,0,6178901.story?coll=hc%2Dheadlines%2Dbusiness

# Suit Against CIGNA Can Be Class Action

From Staff Reports

January 3 2003

*people will want to know if impacted*

A lawsuit that accuses CIGNA Corp. of discriminating against older employees in the way it converted a pension plan has been approved to become a class action.

The certification by Judge Dominic J. Squatrito in U.S. District Court in Hartford could make more than 10,000 present and former CIGNA employees part of the class, said Thomas G. Moukawsher, co-counsel for the plaintiffs and a partner in the Hartford law firm Moukawsher & Walsh.

The lawsuit that was filed in December 2001 stems from CIGNA's Jan. 1, 1998 conversion from a traditional pension plan to a "cash balance" plan.

In a traditional plan, benefits are based on formulas that multiply the number of years worked by a percentage of a worker's highest average salary - typically paid during the final years of employment. In cash balance plans, which have raised protests at many companies, the employer contributes a fixed percentage of a worker's annual pay to a cash-balance account.

CIGNA spokesman Wendell Potter said Thursday, "We believe we acted properly and in the best interest of our employees, and we expect we will prevail."

But plaintiffs' attorneys say CIGNA's conversion discriminated against older employees in the rate at which future benefits are earned. The company, they say, placed illegal conditions on workers' rights to earn future benefits.

Also, the cash balance plan forced employees to give up previously earned early retirement benefits in order to receive future contributions, the lawyers say.

In addition, the lawsuit says CIGNA did not inform employees, as required by law, *(proposed?)* about the disadvantages posed by **?** the pension plan.

Potter noted that "the fact that the case was certified has nothing to do with the merits of the case."

The lead plaintiff is Janice C. Amara, who works in CIGNA's Retirement & Investment Services division in Hartford.

*Copyright 2003, Hartford Courant*

D12393