**Exhibits to Plaintiffs' Motion to Compel Responses to Discovery and for Sanctions (dkt #158; 01cv2361)**

| | |
|---|---|
| Exhibit A: | Defs. Suppl. Responses to Second Requests for Documents. |
| Exhibit B: | Defs. Responses to Third Requests for Documents. |
| Exhibit C: | Defs. Responses to First Set of Interrogatories. |
| Exhibit D: | Letter dated 11/23/2005 with Defs. Suppl. Responses to Interrog. Nos. 4 and 14. |
| Exhibit E: | Excerpts from 4/20/2005 Hearing Transcript. |
| Exhibit F: | Email produced in discovery on inquiries with January 3, 2003 *Hartford Courant* article and statement that "Representatives provide no more info than the dot-points." |
| Exhibit G: | *Wall Street Journal* and *Hartford Courant* articles on *Depenbrock* decision. |
| Exhibit H: | February 4, 2005 letter to 178 participants affected by *Depenbrock* decision. |
| Exhibit I: | 12/5/2005 email on "exemplars" that CIGNA contends are responsive to Request Nos. 13 and 18, with printouts of those exemplars. |
| Exhibit J: | William Mercer's benefit comparisons, with defined contribution ("SIP") benefit included in comparison. |
| Exhibit K: | 11/30/2005 email from John Arko to Jack Lamb about "questions" from Prudential about benefit calculations for rehires affected by the *Depenbrock* decision. |
| Exhibit L: | 1/29/2006 email from Jack Lamb to John Arko about "delay after delay" in his benefits being increased. |
| Exhibit M: | Defs' 7/21/03 Opp. to Motion to Enforce Order Compelling Production. |
| Exhibit N: | 10/12/05 email from CIGNA's counsel indicating that making "available a copy of the software" does not actually mean a copy of the software. |
| Exhibit O: | 1/23/2006 email with follow-up requests after systems inspection in Hartford. |
| Exhibit P: | 9/15/05 letter from CIGNA's counsel stating that "complete class list" will be produced. |
| Exhibit Q: | 1/11/2006 email about questions on the class list. |
| Exhibit R: | 9/29/2005 email that Defendants' production "does not have a privilege log." |
| Exhibit S: | 12/9/2005 privilege log with one item. |
| Exhibit T: | "HR Talking Points" (aka dot-points) document from G.T. Meyn dated 1/03/2003. |