EXHIBIT I

**Subject:** Re: Amara v. CIGNA: forensic review
**From:** jkohen@morganlewis.com
**Date:** Mon, 5 Dec 2005 11:08:01 -0500
**To:** stephen.bruce@prodigy.net
**CC:** jblumenfeld@morganlewis.com, jcostello@morganlewis.com, "Thomas G. Moukawsher"
<tmoukawsher@mwlawgroup.com>

Regarding your discovery concerns in the email below, we object insofar as
you suggest that Mr. Blumenfeld promised to provide additional information
on each of the points outlined.  Instead, Mr. Blumenfeld advised that we
would look into the issues you raised and get back to you with a response.
To that end, we provide the following clarifications in an effort to
continue the dialogue toward reaching mutual agreement as your discovery
requests.

1.  Given the scheduling difficulties necessitating that the forensic
review will be held no earlier than January 10, and in light of the holiday
vacation time, we will endeavor to provide you the Class List by January 3
or earlier.  We also are investigating what systems documentation exists.

2.  The "other communications" referenced in our responses to Document
Requests 8 and 9 were letters to participants and beneficiaries concerning
their benefits.

3.  The Bates numbers of exemplars telling employees about their minimum
benefits are SuppD408-10, and SuppD1090-91.

4.  The exemplars of commencement forms with disclosures of relative values
of benefit options are SuppD408, SuppD410, and SuppD10190.  We will
supplement our production should a new form be used in the future.  We have
already provided a redacted copy of the document Bates-numbered SuppD413,
as described in my November 22 letter to you.  This can be found at
SuppD1905.  We will provide under separate cover redacted versions to the
documents you list, namely SuppD438, 447 and 453.

5.  The answer to this question is yes, in accordance with the terms of the
Plan.

Thanks,

Jamie M. Kohen
Labor and Employment Associate
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel. 215.963.5472
Fax 215.963.5001
jkohen@morganlewis.com


| "Stephen R. Bruce" <stephen.bruce@prodigy.net> | | |
|---|---|---|
| | To | jkohen@morganlewis.com |
| 11/28/2005 03:18 PM | cc | jblumenfeld@morganlewis.com, jcostello@morganlewis.com, "Thomas G. Moukawsher" <tmoukawsher@mwlawgroup.com> |

<table>
<tr><td>Please respond to<br>stephen.bruce@pro<br>digy.net</td><td>Subject<br>Re: Amara v. CIGNA: forensic review</td></tr>
</table>

The December 6th date does not work for Ms. Taulman's inspection of CIGNA's computer systems in Hartford, CT. We currently have the following dates available: December 15, 16, 19, 20 or January 10, 11, 12, 13, 17, 18, 19, 20. Based on your letter dated November 23, 2005, we anticipate receiving the class list with as much of the information that we requested "as is retained in Cigna or Prudential's computer systems." This information should be provided at least 10 days before the inspection. In addition, Mr. Blumenfeld was to check on any systems documentation that is available. This documentation should also be provided at 10 days in advance so Ms. Taulman can review it prior to the on-site inspection.

Responding to your November 23, 2005 letter, we are not going to engage in further debate over the sufficiency of your responses but having fulfilled the conference requirement with Mr. Blumenfeld will file the motion to compel where the responses are insufficient. I want to point out, however, the requests which Tom Moukawsher and I discussed with Mr. Blumenfeld which are not covered in your letter so you can respond to them:

1. As mentioned, systems documentation, as well as the class list with all the requested information that CIGNA or Prudential has, was to be provided in response to Request No. 4.

2. CIGNA was to identify the "other communications" referenced in the responses to Request Nos. 8 and 9.

3. CIGNA was to provide the Bates #'s of any exemplars that tell employees about their minimum benefits in response to Request No. 13.

4. CIGNA was to check on whether there are exemplars of commencement forms with disclosures of relative values of benefit options in response to Request No. 18, and provide them if they can be found. In addition, the redactions on the following documents were to be removed: SuppD0413, SuppD0438, SuppD0447 and SuppD0453.

5. CIGNA was to provide a Yes or No answer with an explanation in response to Interrogatory No. 11 on whether lump sums provided before age 55 have been based on the minimum annuity benefit when this produces a higher value.


jkohen@morganlewis.com wrote:


     Currently, this is the only date we identified that is available for both
     Prudential's representatives and Cigna's counsel.  If this does not work,
     let me know and we can revisit scheduling.

     Jamie M. Kohen
     Labor and Employment Associate
     Morgan, Lewis & Bockius LLP
     1701 Market Street

Philadelphia, PA 19103-2921
Tel. 215.963.5472
Fax 215.963.5001
jkohen@morganlewis.com

|  |  |  |  |
|---|---|---|---|
| To | "Stephen R. Bruce" <stephen.bruce@prodigy.net> | | jkohen@morganlewis.com |
| cc | 11/22/2005 06:27 PM | | jblumenfeld@morganlewis.com, jcostello@morganlewis.com, G. Moukawsher" <tmoukawsher@mwlawgroup.com> |
| Subject | Please respond to stephen.bruce@prodigy.net | | Re: Amara v. CIGNA: forensic review |

The last time we talked with Jeremy, he was going to get more than one
date. Do you have more than one?

jkohen@morganlewis.com wrote:

> Mr. Bruce,
>
> I am writing to let you know that Prudential is available on December 6
>
> for
>
> the forensic review.  Please confirm that your expert can go forward on
> that date.
>
> Thanks,
>
> Jamie M. Kohen
> Labor and Employment Associate
> Morgan, Lewis & Bockius LLP
> 1701 Market Street
> Philadelphia, PA 19103-2921
> Tel. 215.963.5472
> Fax 215.963.5001

jkohen@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.

DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.

DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.

**Prudential** 🌀 **Financial**     MAR 1 7 2005     *Sngsm/pyaut*     *Swele fatto*

Contract # 04628 - CIGNA PENSION PLAN Distribution Election Form - Part B

**A.) Select One of the Following Distribution Options, if applicable (X):**     Benefit Commencement Date:02/01/2005

**Life Annuity:**     188561043

— Provides a monthly benefit for my lifetime with no further benefits payable upon my death.

Participant
$91.89

**Life Annuity & Lump Sum Refund:**

— Provides for a monthly benefit for my lifetime. If I die before receiving payments equal to the Equivalent Actuarial Value of my Accrued Benefit on my Benefit Commencement Date, the remainder of such payments will be payable to my beneficiary.

Participant
$91.18

**50% Joint and Survivor:**

— Provides a monthly benefit for my lifetime. Upon my death, if my spouse/domestic partner survives me, payments will continue for his/her lifetime in an amount equal to:

Participant          Spouse/Domestic Partner
$89.56               $44.78

**100% Joint and Survivor:**

— Provides a monthly benefit for my lifetime. Upon my death, if my spouse/domestic partner survives me, payments will continue for his/her lifetime in an amount equal to:

Participant          Spouse/Domestic Partner
$87.33               $87.33

**Lump Sum:**

☒ My Retirement account balance with interest. If I receive this lump sum benefit, it will be in lieu of any other forms of payment.

Participant
$18,844.88

(Continued on back)

DOB - 3/18/1961
Conv. age - 36
Conv. credited serv - 7

Robin R. Bridges-Johnson, Page 5 of 12

SuppD0408

D8017C - 20050125

**Deferred Benefit:** _____ I elect to keep my Retirement Account with the Plan until I notify you otherwise, but, not later than my age 65. I will receive interest in accordance with the Plan's provisions.

**IMPORTANT INFORMATION TO COMPLETE**

1. Marital Status:   ☐ Single   ☑ Married

2. If you have elected a form of annuity, which requires spouse/domestic partner or beneficiary information, please complete the following to verify important information. Also, please enclose a <u>birth certificate</u> for your spouse/domestic partner or beneficiary to verify ages and <u>proof of marriage</u>, if applicable.

Spouse/Domestic Partner Name: Gregory Johnson   Date of Birth: 10·22·1961 SSN: 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

Beneficiary Name: _____ Date of Birth: _____ SSN: _____

3. If you are married and have elected a form of annuity other than the Qualified Joint & Survivor annuity, you and your spouse/domestic partner must also complete the enclosed <u>Qualified Joint and Survivor Annuity Waiver/Spousal/Domestic Partner Consent</u> form.

4. U.S. Citizen ☑ Yes ☐ No

5. Please Sign and Date:

Participant Signature: Robin B. Johnson   Date: 3-9-05

Printed Name of Participant: Robin R. Bridges- Johnson

X Signature of Spouse/Domestic Partner/Beneficiary: _____ Date: _____

X Printed Name of Spouse/Domestic Partner/Beneficiary: _____

**IMPORTANT NOTICE**

**1. Waiver of Minimum Notice Period**

You have the right to consider your elections for at least 30 days from the date you receive this distribution package. The plan cannot distribute to you before the end of that 30-day period unless you elect to waive that period. The law requires that the plan not make a distribution to you sooner than 7 days after you receive this notice, even if you elect to waive the 30-day period. You have the right to revoke your elections any time up until the later of your annuity commencement date or the end of the 7-day period following receipt of this notification. Please check the box below if you wish to waive the 30-day period.

☑ I wish to receive my distribution as soon as possible, even if that is before the end of this 30-day period.

SuppD0409

OCT 1 3 2003

RTMNT



**Contract # 04628 - CIGNA PENSION PLAN Distribution Election Form - Part B**

Joseph W. Binkowski

Benefit Commencement Date (ACD): 10/01/2003

18J581828

A.) Select One of the Following Distribution Options, if applicable (X):

**Life Annuity:** — Provides a monthly benefit for my lifetime with no further benefits payable upon my death.

Participant
$461.47

**Life Annuity & Lump Sum Refund:** — Provides for a monthly benefit for my lifetime. If I die before receiving payments equal to the Equivalent Actuarial Value of my Accrued Benefit on my Benefit Commencement Date, the remainder of such payments will be payable to my beneficiary as a lump sum.

Participant
$461.77

**50% Joint and Survivor:** — Provides a monthly benefit for my lifetime. Upon my death, if my spouse/domestic partner survives me, payments will continue for his/her lifetime in an amount equal to:

Participant          Spouse/Domestic Partner
$445.08              $222.54

**100% Joint and Survivor:** X Provides a monthly benefit for my lifetime. Upon my death, if my spouse/domestic partner survives me, payments will continue for his/her lifetime in an amount equal to:

Participant          Spouse/Domestic Partner
$424.74              $424.74

**Lump Sum\Rollover:** — My Retirement account balance with interest. If I receive this lump sum benefit, it will be in lieu of any other forms of payment.

Participant
$41,515.83

**Deferred Benefit:** — I elect to keep my Retirement Account with the Plan until I notify you otherwise, but not later than my age 65. I will receive interest in accordance with the Plan's provisions. Please note this option is not available if your account balance is less than $5000.

**IMPORTANT INFORMATION TO COMPLETE**

1. Marital Status:  ☐ Single  ☑ Married

2. If you have elected a form of annuity, which requires spouse/domestic partner or beneficiary information, please complete the following to verify important information. Also, please enclose a birth certificate for your spouse/domestic partner or beneficiary to verify ages and proof of marriage, if applicable.

Spouse/Domestic Partner Name: _Maria Binkowski_  Date of Birth: _4/5/48_  SSN: _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_

Beneficiary Name: _____  Date of Birth: _____  SSN: _____

(Continued on back)

(rehire)

DOB - 4/13/1948

hire date - 5/23/1983

conv date - 5/26/1998

Joseph W. Binkowski Page 4 of 11

D361TO - 2003081X

SuppD0410

GR 46 28    CIGNA PENSION PLAN Distribution Form    (6) SEP 30 1998 

DOUGLAS A. GUIDOTTI    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

Benefit Commencement Date (ACD): 08/01/1999

A.) Select One of the Following Distribution Options, if applicable (X) :

**Lump Sum:**
My Retirement Account balance with interest. If I receive this lump sum benefit, it will be in lieu of any other forms of payment.

— Participant
$131,094.30

**Single Life - No Death Benefit:**
Provides a monthly benefit for my lifetime with no further benefits payable upon my death.

— Participant
$1,500.14

**Life Annuity & Lump Sum Refund:**
Provides for a monthly benefit for my lifetime. If I die before receiving payments equal to the Equivalent Actuarial Value of my Accrued Benefit on my Benefit Commencement Date, the remainder of such payments will be payable to my beneficiary.

— Participant
$1,460.08

**50% Joint & Survivor**
Provides a monthly benefit for my lifetime. Upon my death, if my Spouse survives me, payments will continue for his/her lifetime in an amount equal to:

— Participant    Spouse
$1,384.03    $692.01

**100% Joint & Survivor**
Provides a monthly benefit for my lifetime. Upon my death, if my Spouse survives me, payments will continue for his/her lifetime in an amount equal to:

X Participant    Spouse
$1,284.72    $1,284.72

**Deferred Benefit**
— I elect to keep my Retirement Account with the Plan until I notify you otherwise, but, not later than my age 65. I will receive interest in accordance with the Plan's provisions.

If you have elected a form of annuity which requires spouse or beneficiary information, please complete the following to verify important information. Also, please enclose a birth certificate to verify ages and a proof of marriage (i.e.: marriage and/or birth certificate), if applicable.

Beneficiary Name _____    Date of Birth: _____    SSN: _____

Spouse Name: THERESA    Date of Birth: 12/9/58    SSN: 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

(rehire)

DOB  7/16/1944

hire date  8/7/1972

conv date  10/5/1998

DB0170-19990922000029

SUPPD1090

CIGNA PENSION PLAN Distribution Form

DOUGLAS A. GUIDOTTI                                                          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

Benefit Commencement Date (ACD): 08/01/1999

IMPORTANT NOTICE - Waiver of Minimum Notice Period

You have the right to consider your elections for at least 30 days from the date you receive this distribution package. The plan cannot distribute to you before the end of that 30-day period unless you elect to waive that period. The law requires that the plan not make a distribution to you sooner than 7 days after you receive this notice, even if you elect to waive the 30-day period. You have the right to revoke your elections any time up until the later of your annuity commencement date or the end of the 7-day period following receipt of this notification. Please check the box below if you wish to waive the 30-day period.

___✓___ I wish to receive my distribution as soon as possible, even if that is before the end of this 30-day period.

Participant Signature: _Douglas A. Guidotti_____     Date: _9/29/99_

Printed Name of Participant: _DOUGLAS A. GUIDOTTI_____

Signature of Spouse/Beneficiary: _Theresa Guidotti_____     Date: _9/29/99_

Printed Name of Spouse/Beneficiary: _THERESA GUIDOTTI_____

DB0170-19990922000029

SUPPD1091