EXHIBIT L

**Subject:** Pension Status
**From:** "Jack Lamb" <jacklamb@charter.net>
**Date:** Sun, 29 Jan 2006 11:22:15 -0500
**To:** <John.arko@cigna.com>
**CC:** <denise.belanger@prudential.com>, <stephen.bruce@prodigy.net>

```
Mr. Arko...It has been nearly a year since the Courts decision was made in
this issue and as yet, all I have received is empty promises and delay after
delay. Will CIGNA ever step up and do what a Court has directed it to do?

Please take a moment and review the following emails...

On 7/24/05 you wrote:
I apologize for the length of time it has taken to respond to your
inquiries. Reviewing and completing these calculations is a complex project.
We hope to have them completed before the end of October. Current retirees
(which I believe you are) should be completed even sooner
On 11/16/05 you wrote:
I will obtain a firm timeframe as to when a calculation for you can be
completed but anticipate less than a week. I should know later today and
will send you note.
Later on the 16th you wrote:
Prudential feels confident your calculation can be done by end of this week.
So if all goes smoothly that should be the case.
On 11/30/05 you wrote:
Prudential has supplied information on your calculation to me but has posed
a few questions that need clarification by my attorney. This is a unique
situation to Prudential and myself and my attorney wants to be sure we do
this right. I hope to release a calculation to you before the end of the
week.

I do appreciate that you have taken the time to respond to me over these
past months. Prudential's Denise Bellanger, has not even done that. Not
once! At this point I have to ask...is this stonewalling intentional? Do I
need to give this situation more exposure to Prudential/CIGNA senior staff?

Please -  when will the calculations be complete, when will I see the
adjusted pension in my account and when will the retroactive difference
between the two be delivered?

Regards,

John Lamb
```

| winmail.dat | **Content-Type:** application/ms-tnef |
|---|---|
| | **Content-Encoding:** base64 |