EXHIBIT N

**Subject:** Amara v. CIGNA- software
**From:** jkohen@morganlewis.com
**Date:** Wed, 12 Oct 2005 12:18:27 -0400
**To:** stephen.bruce@prodigy.net
**CC:** jblumenfeld@morganlewis.com

With regard to our representations that we would make available the software used to calculate employees' benefits, we meant that the software would be available for you to review. We did not mean that we would be able to send to you a copy, which is not possible.

Concerning your request for an inspection of the benefit systems onsite, we are trying to arrange this, but require additional information from you. We need to understand what you expect the expert to inspect, what she will be analyzing, and how long you expect her to be there. The more information you can provide in this regard, the easier it will be for us to arrange the visit, particularly in light of the required involvement of Prudential employees.

We look forward to hearing from you so that we can get this visit scheduled. Please note that Jeremy and I will be out of the office until Friday in observance of Yom Kippur.

Thanks,

Jamie M. Kohen
Labor and Employment Associate
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel. 215.963.5472
Fax 215.963.5001
jkohen@morganlewis.com

----- Forwarded by Jamie M. Kohen/PH/MLBLaw on 10/12/2005 09:35 AM -----

| | | |
|---|---|---|
| "Stephen R. Bruce" <stephen.bruce@prodigy.net> | | To |
| | jblumenfeld@morganlewis.com, jkohen@morganlewis.com | |
| 09/29/2005 05:53 PM | | cc |
| | "Thomas G. Moukawsher" <tmoukawsher@mwlawgroup.com> | |
| | | Subject |
| Please respond to stephen.bruce@prodigy.net | Amara v. CIGNA | |

Two of CIGNA's responses to document requests state that Defendants have "made available a copy of the software used to calculate employees' benefits." Resp. to Req. No. 14; see also Resp. to Req. No. 4 (Defendants "have made available to Plaintiff the software used to administer the Plan").

Previously you stated that a copy of the software could not be made available, but that we could have someone inspect CIGNA's system. See Defs. Mem. at 7, filed July 21, 2003. In any case, we want to take you up on both. If "a copy of the software used to calculate employees' benefits" is "available," as stated in the recent Responses, please let me know how we can obtain a copy.

We would also like to have a systems expert inspect CIGNA's retirement benefit systems onsite. Her name is Sharon Taulman with LECG. Ms. Taulman currently has these dates available to be in Hartford: October 20, 21, 27 or 28 or November 2, 3 and 4. As these dates can fill up fast, please let me know as soon as possible which dates are available for one of CIGNA's systems persons and I will make the arrangements with Ms. Taulman.

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.