EXHIBIT P

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Jamie M Kohen**
215.963.5472
jkohen@morganlewis.com
eFax: 877.432.9652

September 15, 2005

**VIA TELECOPY & FEDERAL EXPRESS**

Stephen R. Bruce
805 15th Street, NW
Suite 210
Washington, DC 20005

Re:   Amara v. Cigna Corp. and Cigna Pension Plan; Civil Action No. 3:01 CV 2361

Dear Mr. Bruce:

Enclosed please find documents bates-numbered SuppD0408 - SuppD1098, which are responsive to Plaintiffs' document requests in the above-referenced matter. We are producing therein one Plaintiff's release, and will produce additional releases as we locate them. We also have enclosed a CD containing an Excel spreadsheet with exemplar Plaintiffs' account balance information. We will produce a complete class list as soon as such information is available.

Additionally, as you requested, please find clean legible copies of previously-produced documents D12357-12390 and MER 00777-00823.

Sincerely,

Jamie M Kohen

Enclosures (via fed ex only)