EXHIBIT Q

**Subject:** Amara class list
**From:** "Stephen R. Bruce" <stephen.bruce@prodigy.net>
**Date:** Wed, 11 Jan 2006 16:52:08 -0500
**To:** jkohen@morganlewis.com
**CC:** "Thomas G. Moukawsher" <tmoukawsher@mwlawgroup.com>
**BCC:** STaulman@lecg.com

Jamie:

We have several questions on the class list:

1. The class list is missing the following six fields: Termination Date 1 (where the employee was rehired, the first termination date is not listed); Final average eligible earnings before the cash balance conversion, Account balance @ commencement date, Forms of benefit offered, Form of benefit elected (the class list only indicates whether a lump sum or an annuity was distributed), and the Benefit amount elected.

Can you explain why these fields are not included?

2. The interest credit data does not seem to correspond with the records that we have for individual employees. For example, on her annual cash balance statements, the interest credits for Annette Glanz for the years from 1998 to 2004 are as follows: $654.87, $671.95, $1,120.07, $1,377.99, $1,300.74, $1,565.44, and $1,824.17 (Ms. Glanz's annual statements were attached as Exhibit 6 to the Supplemental Declaration of Claude Poulin, which was served on January 3, 2006).

In the class list, the interest credits for Ms. Glanz for the same years are $49.52, $44.38, $87.75, $93.18, $74.01, $73.74, and $54.42. Gisela Broderick's interest credits in the class list are also vastly different than the interest credits shown on her annual cash balance statements. Can you explain what the interest credit numbers in the class list represent?

3. Some individuals are missing from the class list, e.g., Audrey McCash (DOB 8/16/1949). Ms. McCash was on the previous class list and her benefit commencement package was included as Exhibit H to Mr. Poulin's first Declaration.

4. Some individuals are not recorded with benefit commencement dates who we know are retired and receiving benefits, e.g., Gisela Broderick (DOB 3/12/1944). Other individuals do not have a date of termination recorded who we know are terminated and who are listed in the class list as receiving benefits, e.g., John T. Lamb (4/26/1948 DOB).

Relatedly, were you ever able to obtain any systems documentation? As you may remember, this was to be checked on by January 3, 2006, in preparation for the forensic inspection.

Finally, for your information, please note that Sharon Taulman and I plan to be in Hartford both Tuesday and Wednesday in the event the inspection is not completed on Tuesday. I understood from your earlier email that Prudential was available both days.