EXHIBIT R

**Subject:** Re: Amara v. CIGNA
**From:** jkohen@morganlewis.com
**Date:** Thu, 29 Sep 2005 08:53:15 -0400
**To:** "stephen bruce" <stephen.bruce@prodigy.net>
**CC:** jblumenfeld@morganlewis.com

Defendants' production does not have a privilege log. We will provide the class list next week. Thanks.
-----------------
Sent from my BlackBerry Handheld.


----- Original Message -----
From: "Stephen R. Bruce" [stephen.bruce@prodigy.net]
Sent: 09/28/2005 01:52 PM
To: jblumenfeld@morganlewis.com; jkohen@morganlewis.com
Cc: "Thomas G. Moukawsher" <tmoukawsher@mwlawgroup.com>
Subject: Amara v. CIGNA

Your September 15, 2005 letter states that a "complete class list" will be produced "as soon as such information is available." Can you update me on when that is? Also, is there a privilege log that goes with the September 15, 2005 document production? Thank you.

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential.  If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.