EXHIBIT T

**HR Talking Points**
1/03/2003 Hartford Courant Article on Amara Lawsuit

- A lawsuit was filed in December 2001 in US District Court in Hartford, CT against the CIGNA Pension plan and CIGNA Corporation.

- The suit alleges that CIGNA's conversion to a cash balance pension formula "discriminated against older employees" and "placed illegal conditions on employees' rights to earn additional benefits."

- The plaintiff is an employee who had left CIGNA in the mid-1990s after earning a benefit in the traditional pension plan; was rehired after 1997; and at rehire had her pension benefit converted to an opening balance in the cash balance plan. The number of employees in the plaintiff's situation is very small.

- On December 20, 2002 Judge Dominic Squatrito "certified" (approved) the lawsuit to proceed as a class action.

- As stated in the article, and as stated by Judge Squatrito, the fact that a class was certified is NOT a decision on whether there is any merit to plaintiff's claims.

- Wendell Potter, CIGNA's spokesman, stated our position on the suit very clearly: "We believe we acted properly and in the best interests of our employees, and we expect we will prevail."

- CIGNA did not discriminate against anybody when it converted from a traditional pension plan to a cash balance plan in January 1998. In adopting a cash balance pension plan, and in converting old plan benefits to an account balance, CIGNA followed the applicable rules.

- The key legal theories being advanced by plaintiffs have been rejected by the courts in similar cases as well as by the IRS.

- If anyone has a question about his or her own pension benefits, they should call CIGNA Retirement and Investment Services at 800-253-2287.

**G.T. Meyn**
**1/03/2003**