EXHIBIT I

**Subject:** Re: Amara v. CIGNA: forensic review
**From:** jkohen@morganlewis.com
**Date:** Mon, 5 Dec 2005 11:08:01 -0500
**To:** stephen.bruce@prodigy.net
**CC:** jblumenfeld@morganlewis.com, jcostello@morganlewis.com, "Thomas G. Moukawsher" <tmoukawsher@mwlawgroup.com>

Regarding your discovery concerns in the email below, we object insofar as you suggest that Mr. Blumenfeld promised to provide additional information on each of the points outlined. Instead, Mr. Blumenfeld advised that we would look into the issues you raised and get back to you with a response. To that end, we provide the following clarifications in an effort to continue the dialogue toward reaching mutual agreement as your discovery requests.

1. Given the scheduling difficulties necessitating that the forensic review will be held no earlier than January 10, and in light of the holiday vacation time, we will endeavor to provide you the Class List by January 3 or earlier. We also are investigating what systems documentation exists.

2. The "other communications" referenced in our responses to Document Requests 8 and 9 were letters to participants and beneficiaries concerning their benefits.

3. The Bates numbers of exemplars telling employees about their minimum benefits are SuppD408-10, and SuppD1090-91.

4. The exemplars of commencement forms with disclosures of relative values of benefit options are SuppD408, SuppD410, and SuppD10190. We will supplement our production should a new form be used in the future. We have already provided a redacted copy of the document Bates-numbered SuppD413, as described in my November 22 letter to you. This can be found at SuppD1905. We will provide under separate cover redacted versions to the documents you list, namely SuppD438, 447 and 453.

5. The answer to this question is yes, in accordance with the terms of the Plan.

Thanks,

Jamie M. Kohen
Labor and Employment Associate
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel. 215.963.5472
Fax 215.963.5001
jkohen@morganlewis.com

| | | |
|---|---|---|
| "Stephen R. Bruce" <stephen.bruce@prodigy.net> | jkohen@morganlewis.com | To |
| 11/28/2005 03:18 PM | jblumenfeld@morganlewis.com, jcostello@morganlewis.com, "Thomas G. Moukawsher" <tmoukawsher@mwlawgroup.com> | cc |

|  |  |
|---|---|
| Please respond to stephen.bruce@prodigy.net | Subject Re: Amara v. CIGNA: forensic review |

The December 6th date does not work for Ms. Taulman's inspection of CIGNA's computer systems in Hartford, CT. We currently have the following dates available: December 15, 16, 19, 20 or January 10, 11, 12, 13, 17, 18, 19, 20. Based on your letter dated November 23, 2005, we anticipate receiving the class list with as much of the information that we requested "as is retained in Cigna or Prudential's computer systems." This information should be provided at least 10 days before the inspection. In addition, Mr. Blumenfeld was to check on any systems documentation that is available. This documentation should also be provided at 10 days in advance so Ms. Taulman can review it prior to the on-site inspection.

Responding to your November 23, 2005 letter, we are not going to engage in further debate over the sufficiency of your responses but having fulfilled the conference requirement with Mr. Blumenfeld will file the motion to compel where the responses are insufficient. I want to point out, however, the requests which Tom Moukawsher and I discussed with Mr. Blumenfeld which are not covered in your letter so you can respond to them:

1. As mentioned, systems documentation, as well as the class list with all the requested information that CIGNA or Prudential has, was to be provided in response to Request No. 4.

2. CIGNA was to identify the "other communications" referenced in the responses to Request Nos. 8 and 9.

3. CIGNA was to provide the Bates #'s of any exemplars that tell employees about their minimum benefits in response to Request No. 13.

4. CIGNA was to check on whether there are exemplars of commencement forms with disclosures of relative values of benefit options in response to Request No. 18, and provide them if they can be found. In addition, the redactions on the following documents were to be removed: SuppD0413, SuppD0438, SuppD0447 and SuppD0453.

5. CIGNA was to provide a Yes or No answer with an explanation in response to Interrogatory No. 11 on whether lump sums provided before age 55 have been based on the minimum annuity benefit when this produces a higher value.

jkohen@morganlewis.com wrote:

> Currently, this is the only date we identified that is available for
> both
> Prudential's representatives and Cigna's counsel.  If this does not
> work,
> let me know and we can revisit scheduling.
>
> Jamie M. Kohen
> Labor and Employment Associate
> Morgan, Lewis & Bockius LLP
> 1701 Market Street

```
Philadelphia, PA 19103-2921
Tel. 215.963.5472
Fax 215.963.5001
jkohen@morganlewis.com
```

|  | "Stephen R. Bruce" <stephen.bruce@prodigy.net> |  |
|---|---|---|
| To |  | jkohen@morganlewis.com |
| cc |  | jblumenfeld@morganlewis.com, |
|  | 11/22/2005 06:27 PM | jcostello@morganlewis.com, |
|  |  | "Thomas G. Moukawsher" <tmoukawsher@mwlawgroup.com> |
| Subject | Please respond to stephen.bruce@prodigy.net | Re: Amara v. CIGNA: forensic review |

The last time we talked with Jeremy, he was going to get more than one
date. Do you have more than one?

jkohen@morganlewis.com wrote:

> Mr. Bruce,
>
> I am writing to let you know that Prudential is available on December 6
> for
> the forensic review. Please confirm that your expert can go forward on
> that date.
>
> Thanks,
>
> Jamie M. Kohen
> Labor and Employment Associate
> Morgan, Lewis & Bockius LLP
> 1701 Market Street
> Philadelphia, PA 19103-2921
> Tel. 215.963.5472
> Fax 215.963.5001

jkohen@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**Prudential Financial**

MAR 17 2005    sngsm/pyaut    swele fdtay

Contract # 04628 - CIGNA PENSION PLAN Distribution Election Form - Part B

Benefit Commencement Date: 02/01/2005

168561043

A.) Select One of the Following Distribution Options, if applicable (X):

**Life Annuity:**
— Provides a monthly benefit for my lifetime with no further benefits payable upon my death.

Participant
$91.89

**Life Annuity & Lump Sum Refund:**
— Provides for a monthly benefit for my lifetime. If I die before receiving payments equal to the Equivalent Actuarial Value of my Accrued Benefit on my Benefit Commencement Date, the remainder of such payments will be payable to my beneficiary.

Participant
$91.18

**50% Joint and Survivor:**
— Provides a monthly benefit for my lifetime. Upon my death, if my spouse/domestic partner survives me, payments will continue for his/her lifetime in an amount equal to:

Participant        Spouse/Domestic Partner
$89.58             $44.78

**100% Joint and Survivor:**
— Provides a monthly benefit for my lifetime. Upon my death, if my spouse/domestic partner survives me, payments will continue for his/her lifetime in an amount equal to:

Participant        Spouse/Domestic Partner
$87.33             $87.33

**Lump Sum:**
[X] My Retirement account balance with interest. If I receive this lump sum benefit, it will be in lieu of any other forms of payment.

Participant
$16,844.68

(Continued on back)

---

DOB - 3/18/1961
Conv. age - 36
Conv. credited serv - 7

---

**Deferred Benefit:** _____ I elect to keep my Retirement Account with the Plan until I notify you otherwise, but, not later than my age 65. I will receive interest in accordance with the Plan's provisions.

## IMPORTANT INFORMATION TO COMPLETE

1. Marital Status:  ☐ Single   ☑ Married

2. If you have elected a form of annuity, which requires spouse/domestic partner or beneficiary information, please complete the following to verify important information. Also, please enclose a birth certificate for your spouse/domestic partner or beneficiary to verify ages and proof of marriage, if applicable.

   Spouse/Domestic Partner Name: **Gregory Johnson**  Date of Birth: **10-22-1961**  SSN: **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**

   Beneficiary Name: _____ Date of Birth: _____ SSN: _____

3. If you are married and have elected a form of annuity other than the Qualified Joint & Survivor annuity, you and your spouse/domestic partner must also complete the enclosed Qualified Joint and Survivor Annuity Waiver/Spousal/Domestic Partner Consent form.

4. U.S. Citizen ☑ Yes ☐ No

5. Please Sign and Date:

   Participant Signature: **Robin B. Johnson**   Date: **3-9-05**

   Printed Name of Participant: **Robin R. Bridges-Johnson**

   X Signature of Spouse/Domestic Partner/Beneficiary: _____ Date: _____

   X Printed Name of Spouse/Domestic Partner/Beneficiary: _____

## IMPORTANT NOTICE

**1. Waiver of Minimum Notice Period**

You have the right to consider your elections for at least 30 days from the date you receive this distribution package. The plan cannot distribute to you before the end of that 30-day period unless you elect to waive that period. The law requires that the plan not make a distribution to you sooner than 7 days after you receive this notice, even if you elect to waive the 30-day period. You have the right to revoke your elections any time up until the later of your annuity commencement date or the end of the 7-day period following receipt of this notification. Please check the box below if you wish to waive the 30-day period.

   ☑ I wish to receive my distribution as soon as possible, even if that is before the end of this 30-day period.

OCT 1 3 2003

RTMNT



**Contract # 04628 - CIGNA PENSION PLAN Distribution Election Form - Part B**

Joseph W. Binkowski

Benefit Commencement Date (ACD): 10/01/2003

156381925

A.) Select One of the Following Distribution Options, if applicable (X):

**Life Annuity:** ___ Provides a monthly benefit for my lifetime with no further benefits payable upon my death.
Participant
$467.47

**Life Annuity & Lump Sum Refund:** ___ Provides for a monthly benefit for my lifetime. If I die before receiving payments equal to the Equivalent Actuarial Value of my Accrued Benefit on my Benefit Commencement Date, the remainder of such payments will be payable to my beneficiary as a lump sum.
Participant
$456.17

**50% Joint and Survivor:** ___ Provides a monthly benefit for my lifetime. Upon my death, if my spouse/domestic partner survives me, payments will continue for his/her lifetime in an amount equal to:
Participant    Spouse/Domestic Partner
$445.04        $222.54

**100% Joint and Survivor:** _X_ Provides a monthly benefit for my lifetime. Upon my death, if my spouse/domestic partner survives me, payments will continue for his/her lifetime in an amount equal to:
Participant    Spouse/Domestic Partner
$424.74        $424.74

**Lump Sum\Rollover:** ___ My Retirement account balance with interest. If I receive this lump sum benefit, it will be in lieu of any other forms of payment.
Participant
$81,513.83

**Deferred Benefit:** ___ I elect to keep my Retirement Account with the Plan until I notify you otherwise, but not later than my age 65. I will receive interest in accordance with the Plan's provisions. Please note this option is not available if your account balance is less than $5000.

**IMPORTANT INFORMATION TO COMPLETE**

1. Marital Status: ☐ Single  ☒ Married

2. If you have elected a form of annuity, which requires spouse/domestic partner or beneficiary information, please complete the following to verify important information. Also, please enclose a birth certificate for your spouse/domestic partner or beneficiary to verify ages and proof of marriage, if applicable.

Spouse/Domestic Partner Name: Maria Binkowski   Date of Birth: 1/5/48   SSN: 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

Beneficiary Name: ~~[redacted]~~   Date of Birth: ~~[redacted]~~   SSN: ~~[redacted]~~

(Continued on back)

(rehire)
DOB - 4/13/1948
hire date - 5/23/1983
conv date - 5/26/1998

Joseph W. Binkowski Page 4 of 11

DP6170-20030438

SuppD0410

GR4628     CIGNA PENSION PLAN Distribution Form     ⑥ SEP 30 1999

DOUGLAS A. GUIDOTTI                        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

Benefit Commencement Date (ACD): 08/01/1999

A.) Select One of the Following Distribution Options, if applicable (X):

**Lump Sum:**     My Retirement Account balance with interest. If I receive this lump sum benefit, it will be in lieu of any other forms of payment.

       ___     Participant
                $131,094.30

**Single Life – No Death Benefit:**     Provides a monthly benefit for my lifetime with no further benefits payable upon my death.

       ___     Participant
                $1,500.14

**Life Annuity & Lump Sum Refund:**     Provides for a monthly benefit for my lifetime. If I die before receiving payments equal to the Equivalent Actuarial Value of my Accrued Benefit on my Benefit Commencement Date, the remainder of such payments will be payable to my beneficiary.

       ___     Participant
                $1,460.08

**50% Joint & Survivor**     Provides a monthly benefit for my lifetime. Upon my death, if my Spouse survives me, payments will continue for his/her lifetime in an amount equal to:

       ___     Participant       Spouse
                $1,384.03          $692.01

**100% Joint & Survivor**     Provides a monthly benefit for my lifetime. Upon my death, if my Spouse survives me, payments will continue for his/her lifetime in an amount equal to:

       **X**     Participant       Spouse
                $1,284.72         $1,284.72

**Deferred Benefit**     ___     I elect to keep my Retirement Account with the Plan until I notify you otherwise, but, not later than my age 65. I will receive interest in accordance with the Plan's provisions.

If you have elected a form of annuity which requires spouse or beneficiary information, please complete the following to verify important information. Also, please enclose a birth certificate to verify ages and a proof of marriage (i.e.: marriage and/or birth certificate), if applicable.

Beneficiary Name _____ Date of Birth: _____ SSN: _____
Spouse Name: *THERESA* _____ Date of Birth: *12/9/58* SSN: *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*

(rehire)

DOB: 7/16/1944

hiredate: 8/7/1972

conv date: 10/5/1998

DB017C-19990922000029

SUPPD1090

CIGNA PENSION PLAN Distribution Form

DOUGLAS A. GUIDOTTI                                                              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

Benefit Commencement Date (ACD): 08/01/1999

IMPORTANT NOTICE - Waiver of Minimum Notice Period

You have the right to consider your elections for at least 30 days from the date you receive this distribution package. The plan cannot distribute to you before the end of that 30-day period unless you elect to waive that period. The law requires that the plan not make a distribution to you sooner than 7 days after you receive this notice, even if you elect to waive the 30-day period. You have the right to revoke your elections any time up until the later of your annuity commencement date or the end of the 7-day period following receipt of this notification. Please check the box below if you wish to waive the 30-day period.

✓  I wish to receive my distribution as soon as possible, even if that is before the end of this 30-day period.

Participant Signature: _Douglas A. Guidotti_____ Date: 9/29/99
Printed Name of Participant: _DOUGLAS A. GUIDOTTI_____
Signature of Spouse/Beneficiary: _Theresa Guidotti_____ Date: 9/29/99
Printed Name of Spouse/Beneficiary: _THERESA GUIDOTTI_____

2

DB017G-19990922000029

SUPPD1091