EXHIBIT J

# CIGNA

## Cash Balance Retirement Program

### Integrated Cash Balance Plan
### (Including Transition)

July 1997
**William M. Mercer, Incorporated**
1717 Arch Street, 27th Floor
Philadelphia, PA 19103
①800.8.MERCER

MER 00777

## CIGNA - Tier #2 Employees

## Integrated CB Plan (Transition C) plus 4% SIP Savings Plan
## Comparison vs. Current Program
## (DB Benefit Value)

| Employee Profile | | | Comparison at Age: | | | | | Counts | % |
|---|---|---|---|---|---|---|---|---|---|
| Age | Service | Pay | 55 | 60 | 62 | 65 | +5 Yrs | | |
| 0 - 29 | 0 - 4 | $0 - $24K | 101% | 82% | 83% | 87% | 661% | 4,535 | 18.6% |
| | | $25K - $39K | 102% | 82% | 83% | 87% | | 1,611 | 6.6% |
| | | $40K - $59K | 102% | 81% | 82% | 85% | | 412 | 1.7% |
| | | $60K + | 100% | 80% | 80% | 82% | 617% | 124 | 0.5% |
| | 5+ | $0 - $24K | 95% | 89% | | | | 527 | 2.2% |
| | | $25K - $39K | 96% | 89% | 89% | | | 882 | 3.6% |
| | | $40K - $59K | 95% | 88% | 88% | | 370% | 245 | 1.0% |
| | | $60K + | 93% | 86% | 86% | 88% | 360% | 53 | 0.2% |
| 30 - 39 | 0 - 4 | $0 - $24K | 104% | 85% | 80% | | 393% | 2,413 | 9.9% |
| | | $25K - $39K | 105% | 85% | 81% | | | 1,343 | 5.5% |
| | | $40K - $59K | 104% | 85% | 81% | | | 761 | 3.1% |
| | | $60K + | 104% | 83% | | | | 567 | 2.3% |
| | 5 - 9 | $0 - $24K | 89% | | | | 245% | 643 | 2.6% |
| | | $25K - $39K | 89% | | | | 237% | 1,210 | 5.0% |
| | | $40K - $59K | 90% | | | | 233% | 610 | 2.5% |
| | | $60K + | 89% | | | | 225% | 376 | 1.5% |
| | 10+ | $0 - $24K | 83% | | | | 219% | 92 | 0.4% |
| | | $25K - $39K | 83% | | | | 210% | 96 | 0.4% |
| | | $40K - $59K | 84% | | | | 209% | 54 | 0.2% |
| | | $60K + | 83% | | | | 200% | 43 | 0.2% |
| 40 - 49 | 0 - 4 | $0 - $24K | 170% | 87% | 83% | 81% | 226% | 1,554 | 5.0% |
| | | $25K - $39K | 164% | 86% | 82% | 80% | 219% | 743 | 3.0% |
| | | $40K - $59K | 158% | 86% | 82% | | 211% | 477 | 2.0% |
| | | $60K + | 151% | 84% | 80% | | 202% | 492 | 2.0% |
| | 5 - 9 | $0 - $24K | 85% | | | | 159% | 440 | 1.8% |
| | | $25K - $39K | 85% | | | | 156% | 662 | 2.7% |
| | | $40K - $59K | 86% | | | | 152% | 371 | 1.5% |
| | | $60K + | 85% | | | | 148% | 354 | 1.5% |
| | 10 - 14 | $0 - $24K | 96% | 80% | | | 196% | 95 | 0.4% |
| | | $25K - $39K | 96% | 80% | | | 192% | 89 | 0.4% |
| | | $40K - $59K | 96% | | | | 186% | 75 | 0.3% |
| | | $60K - $89K | 96% | | | | 180% | 67 | 0.3% |
| | | $90K + | 95% | | | | 175% | 53 | 0.2% |
| | 15+ | $0 - $24K | 92% | | | 83% | 193% | 24 | 0.1% |
| | | $25K - $39K | 92% | | | 83% | 189% | 33 | 0.1% |
| | | $40K - $59K | 93% | | | 82% | 182% | 17 | 0.1% |
| | | $60K - $89K | 93% | | | 80% | 177% | 7 | 0.0% |
| | | $90K + | 93% | | | | 173% | 12 | 0.0% |
| 50+ | 0 - 4 | $0 - $24K | 100% | 121% | 105% | 80% | 121% | 593 | 2.4% |
| | | $25K - $39K | 100% | 116% | 101% | | 116% | 269 | 1.1% |
| | | $40K - $59K | 100% | 110% | 97% | | 110% | 187 | 0.8% |
| | | $60K + | 100% | 104% | 92% | | 104% | 147 | 0.6% |
| | 5 - 9 | $0 - $24K | 178% | 130% | 110% | 83% | 130% | 294 | 1.2% |
| | | $25K - $39K | 176% | 127% | 107% | 81% | 127% | 308 | 1.3% |
| | | $40K - $59K | 172% | 123% | 106% | 81% | 123% | 137 | 0.6% |
| | | $60K + | 170% | 119% | 102% | | 119% | 124 | 0.5% |
| | 10 - 14 | $0 - $24K | 188% | 93% | 89% | 86% | 93% | 90 | 0.4% |
| | | $25K - $39K | 185% | 93% | 88% | 85% | 93% | 47 | 0.2% |
| | | $40K - $59K | 180% | 93% | 89% | 85% | 93% | 51 | 0.2% |
| | | $60K - $89K | 177% | 93% | 88% | 83% | 93% | 41 | 0.2% |
| | | $90K + | 174% | 93% | 87% | 82% | 93% | 29 | 0.1% |
| | 15+ | $0 - $24K | 114% | 93% | 89% | 86% | 93% | 47 | 0.2% |
| | | $25K - $39K | 116% | 93% | 88% | 85% | 93% | 15 | 0.1% |
| | | $40K - $59K | 118% | 93% | 89% | 85% | 93% | 13 | 0.1% |
| | | $60K - $89K | 120% | 94% | 89% | 84% | 94% | 12 | 0.0% |
| | | $90K + | 121% | 94% | 88% | 84% | 94% | 6 | 0.0% |
| | | | | | | | | 24,378 | 100.0% |

| | Defined Benefit | Defined Contrib | Legend: |
|---|---|---|---|
| Proposed Plan | Integrated CB Plan | 4% SIP | |
| Low Pct | 3.0% / 4.5% | N/A | 80% to 90% Replacement of Current Plan Value |
| High Pct | 7.0% / 8.5% | N/A | More Than 90% Replacement of Current Plan Value |
| Transition Eligibility | Profiles in Red | N/A | |

MER 00792

William M. Mercer                                                                7/23/97