EXHIBIT K

-----Original Message-----
**From:** Arko, John TL17M [mailto:John.Arko@CIGNA.COM]
**Sent:** Wednesday, November 30, 2005 1:22 AM
**To:** Jack Lamb
**Subject:** RE: Pension Adjustment

Hello -

Prudential has supplied information on your calculation to me but has posed a few questions that need clarification by my attorney. This is a unique situation to Prudential and myself and my attorney wants to be sure we do this right. I hope to release a calculation to you before the end of the week.

Sincerely,
John Arko
*CIGNA, Benefits Strategy Director*
*215.761.2562*
*fax 215.761.5524*
*john.arko@cigna.com*



Confidential, unpublished property of CIGNA.
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
© Copyright 2005 by CIGNA

-----Original Message-----
**From:** Jack Lamb [mailto:jacklamb@charter.net]
**Sent:** Monday, November 28, 2005 10:26 AM
**To:** Arko, John TL17M
**Cc:** stephen.bruce@prodigy.net
**Subject:** RE: Pension Adjustment

Mr. Arko, twelve days have passed and I have yet to hear from Prudential or CIGNA. I cannot help but feel that I am being stonewalled again. Would you please provide me with a contact at Prudential so that I can pursue this situation with them?

If I cannot resolve this by December 1st, I do intend to escalate through several different channels.

John Lamb

>-----Original Message-----
>From: Arko, John TL17M [mailto:John.Arko@CIGNA.COM]
>Sent: Wednesday, November 16, 2005 2:48 PM
>To: Jack Lamb
>Subject: RE: Pension Adjustment

Prudential feels confident your calculation can be done by end of this week. So if all goes smoothly that should be the case.

take care,
John Arko
*CIGNA, Benefits Strategy Director*
*215.761.2562*
*fax 215.761.5524*
*john.arko@cigna.com*



Confidential, unpublished property of CIGNA.
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
© Copyright 2005 by CIGNA

>-----Original Message-----
>From: Jack Lamb [mailto:jacklamb@charter.net]
>Sent: Wednesday, November 16, 2005 10:29 AM
>To: Arko, John TL17M
>Subject: RE: Pension Adjustment

Thank you very much for your response and I look forward to hearing back from you next week.

Regards,

John Lamb

>-----Original Message-----
>From: Arko, John TL17M [mailto:John.Arko@CIGNA.COM]
>Sent: Wednesday, November 16, 2005 8:01 AM
>To: Jack Lamb
>Subject: RE: Pension Adjustment

Mr. Lamb -

I can understand your frustration regarding the recalculation of your pension benefit, my apologies. It's lead me to review the method by which we are completing these calculations. My records indicate you are currently receiving pension benefits, and I am instructing Prudential to make people such as yourself - already receiving benefits - a priority.

I will obtain a firm timeframe as to when a calculation for you can be completed but anticipate less than a week. I should know later today and will send you note.

Regards,
John Arko
*CIGNA, Benefits Strategy Director*
*215.761.2562*
*fax 215.761.5524*

*john.arko@cigna.com*



Confidential, unpublished property of CIGNA.
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
© Copyright 2005 by CIGNA

---

CONFIDENTIALITY NOTICE: If you have received this email in error, please immediately notify the sender by e-mail at the address shown. This email transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete it from your files if you are not the intended recipient. Thank you for your compliance. Copyright 2005 CIGNA

---

CONFIDENTIALITY NOTICE: If you have received this email in error, please immediately notify the sender by e-mail at the address shown. This email transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete it from your files if you are not the intended recipient. Thank you for your compliance. Copyright 2005 CIGNA

---

CONFIDENTIALITY NOTICE: If you have received this email in error, please immediately notify the sender by e-mail at the address shown. This email transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete it from your files if you are not the intended recipient. Thank you for your compliance. Copyright 2005 CIGNA