EXHIBIT O

**Subject:** Amara: Follow-up items from systems inspection
**From:** "Stephen R. Bruce" <stephen.bruce@prodigy.net>
**Date:** Mon, 23 Jan 2006 17:48:51 -0500
**To:** jkohen@morganlewis.com
**CC:** STaulman@lecg.com, "Thomas G. Moukawsher" <tmoukawsher@mwlawgroup.com>
**BCC:** claude@cpoulin.com

Jamie:

As you requested, attached is our list of follow-up items from the systems inspection in Hartford on 1/17/2006.

Please contact me if you have any questions.

Stephen Bruce

| amarasysinspectionfollowup.wpd | **Content-Type:** application/x-unknown-content-type-wpwin6.1file |
| | **Content-Encoding:** base64 |

**Amara v. CIGNA Forensic Inspection (1/17/2006):**

This is in response to Jamie Kohen's request for a follow-up list of items from the 1/17/2006 forensic inspection:

1. The update and supplementation of the class list for the requested fields and for related fields reviewed in the inspection needs to be completed:

    a. Two of the requested fields that have not been provided to date are in the "DBRK" system, i.e., Termination Date 1 (where the employee was rehired); and the Account balance @ commencement date.

    b. "Final average earnings" before the cash balance conversion should be in the full Access database associated with "Pension Express," in an archive of DBRK, or in another system maintained by CIGNA Corporate.

    c. The "BAS" system contains the Form of Benefit elected (e.g., "12" for j&50%s) and the Benefit Amount elected.

    d. The inspection revealed that in the class list previously provided the amounts for "GRS Ann." and "GRS OAB" may combine qualified and non-qualified benefits, e.g., for Peter Andruszkiewicz. The fields produced in the revised class list should be the qualified amounts.

    e. In the inspection, we reviewed several records with zero dollar entries in the GRS Ann and GRS OAB fields, e.g., Linn McGlade. Our queries of the Excel databases show that 9,412 class members have such entries, including 2,841 of the rehires and 5,930 of the Tier 2 participants with less than 55 points at the conversion. The data for these fields needs to be supplied, or explanations and documentation furnished concerning the reasons why so many class members are missing this data.

    f. Based on the inspection, we are also requesting that the revised class list include the fields for EE code, the Early/Late Factor, and Total Vesting Service.

2. The documentation in the two types of manuals previously produced should be brought up to date, i.e., for the administrative "CIGNA Pension Plan Documentation" (D027360-28140) and the Systems/Operations Manual, Vol. 1 (DO5103-5530) and Vol. 2 (DO3922-4271).

3. In addition, system documentation should be produced for DBRK, BAS, and PRIDE. System documentation includes: data file layouts and descriptions of data elements; a description of the files and fields in the system and how they are utilized and updated; diagrams of processing flows and source systems; reports; and changes to fields and processing over time.

1

4. CIGNA/Prudential should disclose the platforms for DBRK, BAS, and PRIDE, and either furnish copies of those systems, or explain why copying is not feasible.

5. A copy of "CFE" (Common Front End) system should be provided. As we understand it, CFE contains images relating to each participant, including their benefit and tax election forms; in some instances, copies of other information provided to participants, such as benefit estimates; and other related information, such as logs of contacts and requests from participants.

6. "Pension Express" is a Microsoft Access database that can obviously be copied, along with any systems documentation of what is in it (see DO 27686 and 27691). During the inspection, Donna LeClair indicated that CIGNA Corporate has to date been denying Prudential access to the complete data.

7. Any Excel or similar spreadsheets that have been used to perform different parts of benefit calculations should be produced, including but not limited to spreadsheets used to calculate old Plan benefits (see May 25, 2005 calculations for Bruce Charette included under Ex. 6 to the Supplemental Poulin Declaration), compute OAB's for rehired participants (see DO27531), calculate minimum benefits (see DO28020-26), compute cash balance accruals (see DO5271-73), project future account balances in lump sum and annuity form (see D020857), and perform the "Depenbrock" Part A recalculations.

8. As agreed, CIGNA/Prudential should provide printouts from DBRK, BAS, CFE and Pension Express, as was done during the inspection, for the following individuals:

> Theodora Abronze (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),
> Steve J. Bailey (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),
> Michele Bergman (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),
> Naomi Biggs (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),
> Anne Marie Bilka (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),
> David S. Carlson (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),
> Deborah Carson (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),
> Bruce Charette (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),
> Steven D. Curlee (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),
> Cindy DiBerardino (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),
> Ray Dokas (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),
> Sally Dube (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),
> Rosemarie Fitzpatrick (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),
> Annette Glanz (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),
> Barbara Hogan (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),
> Steven Hook (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),
> Nora Klein (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),
> Steven Law (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),
> Lisa Leenders (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),

    David MacHenry (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),
    Wendy Maiese (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),
    Suellen Narducci (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),
    Anne D. O'Brien (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),
    Charles Perkins (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),
    Penny Rowley (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),
    Peter Savage (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),
    Robert Upton (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),
    Doug Vreeland (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),
    Janice Weidenborner (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),
    Joyce Younes (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),
    Audrey McCash (Intracorp service, not currently in the class list),
    Christine A. Neagle (Intracorp service, not currently in the class list),
    Elynor Pohar (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) (Intracorp service).

9. Any more of the 178 "Depenbrock" recalculations that have been performed to date should be provided, including but not limited to recalculations for the following individuals:

    Joseph W. Binkowski (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),
    Colby Bridges (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),
    Janet Dickson (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),
    Douglas Guidotti (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),
    John Lamb (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),
    Michael A. McCormack (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),
    Lynn Mitchell (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),
    Virginia Nelson (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),
    John Nystrom (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),
    Karen Puglise (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),
    Sandra Savitt (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),
    Robert F. Scanlan (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),
    Susanne Thistle (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),
    Dino Vlahos (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).

10. Copies of the print-outs of Janice Amara's system records which were made before they were "expunged" from Part B should be provided.

11. For the forensic inspection, Donna LeClair, a non-supervisory benefits person since 2002, was offered as the sole source of information. Although Ms. LeClair was cooperative, CIGNA's and Prudential's counsel would not allow her to call anyone else to obtain information or even to bring her administrative binder in for inspection and Ms. LeClair lacked information about a large number of topics. She:

    a. Did not know if any of the systems (DBRK, BAS or PRIDE) are Windows-based.

b. Did not know anything about AnswerNet or Retirement Planner.

c. Did not know about the free 30% survivor's annuity or how it is preserved for any Part B cash balance participants since there are no fields in the system for it.

d. Did not know how the data in DBRK for "minimum" benefits in single life annuity or lump sum form were calculated, from what source the data was loaded, or whether any part of that data is based system computations or on manual entries.

e. Did not know if the Early/Late Factors shown on reports produced from DBRK are system-determined or are entered manually.

f. Did not know whether any corrections had been made to the minimum benefit and related data in DBRK, such as for a "bug" in the "ERF's" identified in February 1999 (see DO5299-5300), a "flaw" in the population of Janice Amara's old plan data uncovered in April 2001 (see P1012-13), or the "understatement" of the annuity and OAB data for Patricia Flannery which Ms. LeClair said was detected in January 2006.

g. Could not explain how the record for Peter Andruszkiewicz could have a "minimum" annuity at age 47 when no annuity is available at that age, or explain how that annuity was calculated.

h. Did not know what the field for "Calc Rel Val" is in DBRK. As earlier print-outs of the form with this field show, this is a new field (compare DO5249, 5256, 5261). Ms. LeClair was also unaware of whether there have been any recent changes in the benefit notice forms to disclose relative values in conformity with Treasury Department regulations.

i. In addition, Ms. LeClair was unable to provide information for the following fields, e.g., data field definitions and how the fields are utilized in the DBRK system:

    EE code
    Key EE
    ProAdmin Calc
    BEC Code
    1993 YE Crd Service
    Override Vst %

The information in items "a" through "i" should be supplied or another inspection set up to provide it.

4