EXHIBIT S

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com



Morgan Lewis
COUNSELORS AT LAW

Jamie M Kohen
215.963.5472
jkohen@morganlewis.com
eFax: 877.432.9652

December 9, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Stephen R. Bruce
805 15th Street, NW
Suite 210
Washington, DC 20005

Re:   Amara v. Cigna Corp. and Cigna Pension Plan; Civil Action No. 3:01 CV 2361

Dear Mr. Bruce:

Enclosed please find a privilege log for our supplemental production of documents dated November 22, 2005.

Should you have any questions or concerns, please call me.

Sincerely,

Jamie M Kohen

Enclosures

c:    Thomas G. Moukawsher, Esquire (w/encl.)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------X
                                              :
JANICE C. AMARA, GISELA                       :   3:01 CV 2361 (MRK)
R. BRODERICK individually,                    :
and on behalf of others similarly situated,   :
                                              :
                    Plaintiffs,               :
                                              :
        v.                                    :
                                              :
CIGNA CORP. AND CIGNA                         :
PENSION PLAN,                                 :
                                              :
                    Defendants.               :
                                              :   December 9, 2005
------------------------------------------------------X

**DEFENDANTS' THIRD SUPPLEMENTAL PRIVILEGE LOG**

| 315 | 1/03/2003 | Draft memorandum entitled HR Talking Points describing Amara litigation by Gerald Meyn (1 page) | Attorney-Client / Work Product |

_____
Joseph J. Costello
Jeremy P. Blumenfeld
Jamie M. Kohen
*admitted pro hac vice*
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel. No.: (215) 963-5295/5258/5472
Fax. No.: (215) 963-5001

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Jamie M. Kohen, hereby certify that a true and correct copy of DEFENDANTS' THIRD SUPPLEMENTAL PRIVILEGE LOG, was served this 9th day of December, 2005, via facsimile and first class mail, prepaid, upon each of the following:

> Thomas G. Moukawsher
> Moukawsher & Walsh, LLC
> 328 Mitchell Street
> Groton, CT  06340
>
> Stephen R. Bruce
> 805 15th Street, NW
> Suite 210
> Washington, DC  20005

Jamie M. Kohen