## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JANICE C. AMARA, GISELA R.          :
BRODERICK, ANNETTE S. GLANZ,    :
individually and on behalf                   :
of all others similarly situated,         :

                           Plaintiff,    :

                                    :
    vs.                          :     Civil. No. 3:01-CV-2361 (MRK)

                                    :
CIGNA Corp. and                :     May 25, 2006
CIGNA Pension Plan,          :

                                  :
                      Defendants.  :
_____:

## STIPULATION AND JOINT MOTION TO AMEND
## TRIAL SCHEDULING ORDER

Plaintiffs and Defendants, by and through counsel, hereby stipulate to, and

jointly move the Court to approve, the following amendments to the case management

schedule set forth in this Court's March 28, 2006 Trial Scheduling Order (dkt. #170):

1.     Under Paragraph 2 of the current case management schedule, Plaintiffs'

trial memorandum, including proposed findings of fact and conclusions of law, trial

exhibits, and trial brief, is presently due on Tuesday, May 30, 2006. The parties agree

that, in light of ongoing document production by Prudential and CIGNA, as well as the

intervening Memorial Day weekend, Plaintiffs shall file their trial memorandum,

including their proposed findings of fact and conclusions of law, trial exhibits, and trial

brief, no later than Tuesday, June 6, 2006.

2.     The parties further agree that Defendants' trial memorandum, including

proposed findings of fact and conclusions of law, trial brief, and trial exhibits, which is presently due on Tuesday, June 20, 2006, shall be filed no later than Tuesday, June 27, 2006. Plaintiffs' reply trial brief, which is presently due on Tuesday, July 18, 2006, shall be filed no later than Tuesday, July 25, 2006.

      3.      The parties anticipate that the new schedule will not interfere with the September 11, 2006 trial date.

      WHEREFORE, the parties request that their Stipulation and Joint Motion be approved by the Court.

Dated: May 25, 2006                 Respectfully submitted,

By: _____        By: _____ SRB w/auth.
Stephen R. Bruce (CT #23534)       James A. Wade (CT #00086)
805 15th Street, NW               280 Trumbull Street
Washington, DC 20005           ROBINSON & COLE
(202) 371-8013                  Hartford, CT 06103
(202) 371-0121 (fax)            (860) 275-8270
                                   (860) 275-8299 (fax)

Thomas G. Moukawsher (CT #08940)    Christopher A. Parlo (CT #04700)
MOUKASHER & WALSH, LLC        MORGAN, LEWIS & BOCKIUS LLP
328 Mitchell Street               101 Park Avenue
Groton, CT 06340              New York, NY 10178
(860) 445-1809                  (212) 309-6062
(860) 446-8161 (fax)            (212) 309-6273 (fax)

                                   Joseph J. Costello
                                   Jeremy P. Blumenfeld
                                   Jamie M. Kohen
                                   MORGAN, LEWIS & BOCKIUS LLP
                                   1701 Market Street
                                   Philadelphia, PA 19103-2921
                                   (215) 963-5295/5258

Attorneys for Plaintiffs           Attorneys for Defendants