UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, GISELA R. BRODERICK, ANNETTE S. GLANZ, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>vs.<br><br>CIGNA Corp. and CIGNA Pension Plan,<br><br>               Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil. No. 3:01-CV-2361 (MRK)<br>:<br>: May 25, 2006<br>:<br>:<br>:<br>: |

## STIPULATION AND JOINT MOTION TO AMEND TRIAL SCHEDULING ORDER

Plaintiffs and Defendants, by and through counsel, hereby stipulate to, and jointly move the Court to approve, the following amendments to the case management schedule set forth in this Court's March 28, 2006 Trial Scheduling Order (dkt. #170):

1.    Under Paragraph 2 of the current case management schedule, Plaintiffs' trial memorandum, including proposed findings of fact and conclusions of law, trial exhibits, and trial brief, is presently due on Tuesday, May 30, 2006. The parties agree that, in light of ongoing document production by Prudential and CIGNA, as well as the intervening Memorial Day weekend, Plaintiffs shall file their trial memorandum, including their proposed findings of fact and conclusions of law, trial exhibits, and trial brief, no later than Tuesday, June 6, 2006.

2.    The parties further agree that Defendants' trial memorandum, including

proposed findings of fact and conclusions of law, trial brief, and trial exhibits, which is presently due on Tuesday, June 20, 2006, shall be filed no later than Tuesday, June 27, 2006. Plaintiffs' reply trial brief, which is presently due on Tuesday, July 18, 2006, shall be filed no later than Tuesday, July 25, 2006.

3. The parties anticipate that the new schedule will not interfere with the September 11, 2006 trial date.

WHEREFORE, the parties request that their Stipulation and Joint Motion be approved by the Court.

Dated: May 25, 2006

By: /s/ Stephen R. Bruce
Stephen R. Bruce (CT #23534)
805 15th Street, NW
Washington, DC 20005
(202) 371-8013
(202) 371-0121 (fax)

Thomas G. Moukawsher (CT #08940)
MOUKASHER & WALSH, LLC
328 Mitchell Street
Groton, CT 06340
(860) 445-1809
(860) 446-8161 (fax)

Attorneys for Plaintiffs

Respectfully submitted,

By: /s/ Joseph J. Costello  SRB w/auth.
James A. Wade (CT #00086)
280 Trumbull Street
ROBINSON & COLE
Hartford, CT 06103
(860) 275-8270
(860) 275-8299 (fax)

Christopher A. Parlo (CT #04700)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6062
(212) 309-6273 (fax)

Joseph J. Costello
Jeremy P. Blumenfeld
Jamie M. Kohen
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5295/5258

Attorneys for Defendants