UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, GISELA R. BRODERICK, ANNETTE S. GLANZ, individually and on behalf of all others similarly situated, : : : : : | |
| Plaintiffs, : | |
| vs. : | Civil. No. 3:01-CV-2361 (MRK) |
| CIGNA Corp. and CIGNA Pension Plan, : : | |
| Defendants. : | |

**NOTICE OF MANUAL FILING OF**
**PLAINTIFFS' TRIAL EXHIBITS 1 THROUGH 199**

Please take notice that Plaintiffs' Trial Exhibits 1 through 199, which are attachments to Plaintiffs' Trial Memorandum, were manually filed with the Clerk of the Court on this date in paper form as Binders I - V. Plaintiffs' Trial Exhibits have not been filed electronically because the electronic file size exceeds 1.5 megabytes. The Exhibits have been served on all parties. An Index of the Exhibits is attached to the Plaintiffs' Trial Memorandum.

Respectfully submitted,

/s/ Thomas G. Moukawsher
Thomas G. Moukawsher  ct08940
21 Oak Street
Hartford, CT 06106
(860) 278-7000
(860) 446-8161 (fax)
tmoukawsher@mwlawgroup.com

Attorney for the Plaintiffs

Dated: June 6, 2006