## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, GISELA R. | : |
| BRODERICK, ANNETTE S. GLANZ, | : |
| individually and on behalf | : |
| of all others similarly situated, | : |
| | : |
| Plaintiffs, | : |
| | : |
| vs. | :    Civil. No. 3:01-CV-2361 (MRK) |
| | : |
| CIGNA Corp. and | : |
| CIGNA Pension Plan, | : |
| | : |
| Defendants. | : |
| | : |

### CERTIFICATE OF SERVICE

I certify that copies of the foregoing Plaintiff Class' Trial Memorandum, Proposed

Findings of Fact, Proposed Conclusions of Law, Trial Brief, Notice of Manual Filing of

Plaintiffs' Trial Exhibits 1 through 199, and this Certificate of Service, were filed electronically

through the CM/ECF system on June 6, 2006. Plaintiffs' Trial Exhibits 1 through 199 were filed

separately with the Clerk in paper format on the same date. Notice of this filing will be sent by

e-mail to all parties listed below by operation of the Court's electronic filing system:

> Joseph J. Costello
> Jeremy P. Blumenfeld
> Jamie M. Kohen
> Morgan, Lewis & Bockius
> 1701 Market St.
> Philadelphia, PA 19103-2921
>
> Christopher A. Parlo
> Morgan Lewis & Bockius
> 101 Park Avenue
> New York, NY 10178-0600

James A. Wade
Erin O'Brien Choquette
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

/s/ Thomas G. Moukawsher
Thomas G. Moukawsher  ct08940
21 Oak Street
Hartford, CT 06106
(860) 278-7000
(860) 446-8161 (fax)
tmoukawsher@mwlawgroup.com

Attorney for the Plaintiffs

2