## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JANICE C. AMARA, GISELA R.       :
BRODERICK, ANNETTE S. GLANZ,   :
individually and on behalf           :
of all others similarly situated,     :
                                 :
                Plaintiffs,   :
                                 :
vs.                          :     Civil. No. 3:01-CV-2361 (MRK)
                                 :
CIGNA Corp. and               :
CIGNA Pension Plan,        :
                                 :
                Defendants.  :
_____ :

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing Plaintiff Class' Trial Memorandum, Proposed

Findings of Fact, Proposed Conclusions of Law, Trial Brief, Notice of Manual Filing of

Plaintiffs' Trial Exhibits 1 through 199, and this Certificate of Service, were filed electronically

through the CM/ECF system on June 6, 2006. Plaintiffs' Trial Exhibits 1 through 199 were filed

separately with the Clerk in paper format on the same date. Notice of this filing will be sent by

e-mail to all parties listed below by operation of the Court's electronic filing system:

        Joseph J. Costello
        Jeremy P. Blumenfeld
        Jamie M. Kohen
        Morgan, Lewis & Bockius
        1701 Market St.
        Philadelphia, PA 19103-2921

        Christopher A. Parlo
        Morgan Lewis & Bockius
        101 Park Avenue
        New York, NY 10178-0600

James A. Wade
Erin O'Brien Choquette
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

/s/ Thomas G. Moukawsher
Thomas G. Moukawsher  ct08940
21 Oak Street
Hartford, CT 06106
(860) 278-7000
(860) 446-8161 (fax)
tmoukawsher@mwlawgroup.com

Attorney for the Plaintiffs