UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, GISELA R. BRODERICK, individually, and on behalf of others similarly situated, | CIVIL NO. 3:01 CV 2361 (MRK) |
| Plaintiff, | |
| V. | |
| CIGNA CORP. AND CIGNA PENSION PLAN | JUNE 7, 2006 |
| Defendant. | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rule of Civil Procedure, the undersigned, Attorney Erin O'Brien Choquette, respectfully moves to withdraw her appearance as counsel for Defendant, CIGNA Corporation and CIGNA Pension Plan, in the above-captioned action.

The undersigned moves to withdraw her appearance because she is leaving the law firm of Robinson & Cole LLP and private legal practice to accept a position with the State of Connecticut. The interests of CIGNA Corporation and CIGNA Pension Plan will be well represented by the following Robinson & Cole lawyer, who also has an appearance in this case: James A. Wade.

HART1-1334386-1

CIGNA CORPORATION AND CIGNA
PENSION PLAN

  /s/  Erin O'Brien Choquette
Erin O'Brien Choquette (ct 18585)
echoquette@rc.com
James A. Wade (ct 00086)
jwade@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
Tel. No.: (860) 275-8200
Fax No.: (869) 275-8299

Christopher A. Parlo (ct 04700)
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178-0600
Tel. No.: (212) 309-6062
Fax No.: (212) 309-6273

Joseph J. Costello
Jeremy P. Blumenfeld
Jamie M. Kohen
*admitted pro hac vice*
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103-2921
Tel. No.: (215) 963-5295/5258/5472
Fax. No.: (215) 963-5001

*Attorneys for Defendants*

**CERTIFICATION**

I hereby certify that on June 7, 2006, a copy of the foregoing Motion to Withdraw

Appearance was filed electronically.  Notice of this filing will be sent by e-mail to all parties by

operation of the Court's electronic filing system.  Parties may access this filing through the

Court's system.  A copy of the foregoing was  also sent via first class U.S. mail, postage prepaid,

on this 7th day of June, 2006 to the following:


Thomas G. Moukawsher
Moukawsher & Walsh, LLC
328 Mitchell Street
Groton, CT  06340

Stephen R. Bruce
805 15th Street, NW
Suite 210
Washington, DC 20005


_____/s/_____
Erin O'Brien Choquette
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: echoquette@rc.com
Federal Bar #:  ct18585