# Exhibit B

# Expert Report on CIGNA Cash Balance Pension Plan Summary Documents and Precursor Documents in <u>Amara et. al. v. CIGNA Corporation and CIGNA Pension Plan</u>, C.A. 01-2361

Prepared by:

James F. Stratman, Associate Professor

University of Colorado at Denver
Technical Communication Program
Plaza Building, Suite 102-F
Denver, Colorado 80217-3364
Phone: 303-556-2884
FAX: 303-556-6018
Email: jstratma@carbon.cudenver.edu

April 25, 2003

I. Introduction

I have been asked by Stephen R. Bruce Law Offices to address the following question in connection with *Amara et al. v. CIGNA Corporation and CIGNA Pension Plan, C.A. 01-2361*:

**In my expert opinion, do CIGNA's 1998 and 1999 Summary Plan Documents (SPDs) and their precursor documents disclose to the average plan participant the potential reductions of benefits associated with the change?**

**A. Summary of My Opinion.** Upon inspecting these documents carefully, my conclusion is that the SPDs and precursor documents fail to disclose to the average plan participant the potential reductions in benefits from the new cash balance plan relative to the old plan. On the contrary, the language in these documents suggests that the benefits plan participants had earned prior to January 1, 1998 would not be reduced by the change to the new plan and that benefits would grow steadily. Further, the documents suggest that plan participants would continue to earn benefits under the new plan that are equal to or better than those obtainable in future years under the old plan. There is simply no language in these documents making explicit the circumstances under which the move to the new plan could result in significant benefit reductions relative to the old plan or indicating that benefit reductions would be reduced based on age.

**B. Professional Qualifications.** I am a tenured Associate Professor of Communication at the University of Colorado at Denver, where for the last seven years I have been the Director of the Communication Department's graduate and undergraduate programs in Technical Communication. I received a Ph.D. in Rhetoric from Carnegie Mellon University (Pittsburgh, PA) in 1988, with a focus on scientific methods for testing the usability and understandability of written communication in legal, business, and technical fields. I am currently an active, funded researcher publishing empirical studies of both legally trained and ordinary readers' comprehension of legal documents and legal argumentation (see attached Vita). With respect to ERISA related research, in 1988 I published an empirical study of readers' understanding of contract disclaimer language contained in a Summary Plan Document, in connection with <u>Bower v. Bunker Hill</u>, 725 F.2d 1221 (9th Cir. 1984).[1] However, I have not testified as an expert witness previously. I have from time to time privately consulted for attorneys on issues of language clarity and reader understanding in various types of insurance contract litigation. In the present case I am working as a paid consultant and receive $170 per

---

[1] Stratman, J. (1988). Contract Disclaimers In ERISA Summary Plans: A Deceptive Practice?" *Industrial Relations Law Journal 10*, No. 3, 350 - 380.

1