UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------X
:
JANICE C. AMARA, GISELA            :       3:01 CV 2361 (MRK)
R. BRODERICK, ANNETTE S. GLANZ     :
individually, and on behalf of others :     Trial Date: 09/11/06
similarly situated,                :
                                   :
                    Plaintiffs,    :
    v.                             :
                                   :
CIGNA CORP. AND CIGNA              :
PENSION PLAN,                      :
                                   :
                    Defendants.    :
                                   :
-----------------------------------------------------X

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE
THE EXPERT TESTIMONY OF PROFESSOR STRATMAN**

Defendants CIGNA Corporation and CIGNA Pension Plan (together, "Defendants"), by and through counsel, hereby move in limine to exclude from the trial of this matter any testimony or other evidence of Professor James Stratman because his Expert Report and testimony relate exclusively to legal conclusions for which expert testimony is inadmissible. In support of their Motion, Defendants rely on the accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request that the Court grant their Motion in Limine and bar Plaintiffs from introducing at trial any testimony or other evidence from Professor James Stratman.

1

Dated: June 27, 2006

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By: /s/ Joseph J. Costello
Joseph J. Costello
Jeremy P. Blumenfeld
Jamie M. Kohen
*Admitted pro hac vice*
1701 Market Street
Philadelphia, Pennsylvania  19103-2921
(215) 963-5295/5258/5472
(215) 963-5001 (fax)

**ROBINSON & COLE**
James A. Wade (CT # 00086)
280 Trumbull Street
Hartford, Connecticut  06103
(860) 275-8270
(860) 275-8299 (fax)

*Attorneys for Defendants*
*CIGNA Corporation and CIGNA Pension Plan*