UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------X
:
JANICE C. AMARA, GISELA          :     3:01 CV 2361 (MRK)
R. BRODERICK, ANNETTE S. GLANZ   :
individually, and on behalf of others :  Trial Date: 09/11/06
similarly situated,              :
                                 :
                   Plaintiffs,   :
       v.                        :
                                 :
CIGNA CORP. AND CIGNA            :
PENSION PLAN,                    :
                                 :
                   Defendants.   :
                                 :
------------------------------------------------------X

## ORDER

And now this _____ day of _____, 2006, upon consideration of Defendants' Motion in Limine and Plaintiffs' Response thereto, if any, it is hereby ORDERED that Defendants' Motion is GRANTED.

Plaintiffs are hereby precluded from introducing at trial any testimony or other evidence of Professor James Stratman.

_____
**Kravitz, U.S.D.J.**