# Exhibit A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

------------------------------------------------------X
               :

JANICE C. AMARA, GISELA        :        3:01 CV 2361 (MRK)
R. BRODERICK, ANNETTE S. GLANZ  :
individually, and on behalf of others    :        Trial Date: 09/11/06
similarly situated,              :
              :
          Plaintiffs,    :
      v.            :
              :
CIGNA CORP. AND CIGNA      :
PENSION PLAN,           :
              :
         Defendants.   :
              :
------------------------------------------------------X

## DEFENDANTS' PROPOSED TRIAL EXHIBITS

| Ex. No. | Description | Bates Range |
|---------|-------------|-------------|
| 501 | CIGNA Pension Plan Part A Amended and Restated Effective January 1, 1998 | D10336-10443 |
| 502 | Amendment No. 1 to the CIGNA Pension Plan Part A as Amended and Restated January 1, 1998 | D10531-10541 |
| 503 | Amendment No. 1 to the CIGNA Pension Plan Part B as Amended and Restated January 1, 1998 | D10237-10542 |
| 504 | Amendment No. 2 to the CIGNA Pension Plan Part B as Amended and Restated January 1, 1998, signed October 12, 2000 | SuppD0473-483 |
| 505 | October 1998 Summary Plan Description for the CIGNA Pension Plan - Part B | D00824-844 |
| 506 | September 1999 Summary Plan Description for the CIGNA Pension Plan - Part B | D00619-634 |

| Ex. No. | Description | Bates Range |
|---|---|---|
| 507 | Plan Administrator Appointments | SuppD1092, 1098, 1099 |
| 508 | December 1997 Retirement Information Kit - Part B | D00716-766 |
| 509 | Signature Benefits Binder 2001 | SuppD25073-25419 |
| 510 | Signature Benefits Binder 2000 | SuppD24756-25072 |
| 511 | Signature Benefits Binder 1999 | SuppD24485-24755 |
| 512 | Signature Benefits Binder 1998 | SuppD24058-24484 |
| 513 | October 30, 1997 Letter to Employees regarding Notification of Pension Plan Change | D00582 |
| 514 | November 3, 1997 Memorandum attaching November 1997 Signature Benefits Newsletter | D00583-585; D00586-591 |
| 515 | November 4, 1997 Memorandum with attachments | D01081-1088 |
| 516 | November 1997 Signature Benefits Newsletter | D00607-612 |
| 517 | November 17, 1997 E-mail from D. Hill regarding distribution of retirement information | D00578-579 |
| 518 | November 28, 1997 Memorandum regarding Retirement Program Change Effective January 1, 1998 | A-0234-237 |
| 519 | Cigna Pension Plan Statement for Period Ending June 30, 1998 for Annette Glanz | P1280 |
| 520 | Cigna Pension Plan Statements for Periods Ending December 31, 1998 through December 31, 2004 through for Annette Glanz | P1281-1287 |
| 521 | CIGNA Internet Website Printout | SuppD022682 |
| 522 | Prudential Internet Website Printout | SuppD022683-22684 |

| Ex. No. | Description | Bates Range |
|---------|-------------|-------------|
| 523 | "CIGNA and You" and "Your CIGNA Life" Intranet Printouts | SuppD022685-22700 |
| 524 | CIGNA Laptop with Intranet Electronic File | Available for Inspection Upon Request |
| 525 | Janice Amara Agreement and Release | |
| 526 | Gisela Broderick Agreement and Release | |
| 527 | Annette Glanz Agreement and Release | P1288-1294 |
| 528 | Steven Law Agreement and Release | Pending Production from Plaintiffs |
| 529 | Plaintiffs' Proposed Order with letter submitted December 17, 2004 in Depenbrock v. CIGNA | |
| 530 | Defendants' Memorandum in Opposition to Plaintiffs' Proposed Order Submitted on December 17, 2004 in Depenbrock v. CIGNA | |
| 531 | Pension Benefit Guaranty Corp., Pension Insurance Data Book (2005), at http://www.pbc.gov/docs/2004databook.pdf (last visited February 2, 2006) | |
| 532 | Testimony of Stuart Brown before the Senate Committee on Health, Education, Labor and Pensions, 1999 TNT 183-11 (Sept. 21, 1999) | |
| 533 | United States General Accounting Office, Report to Congressional Requestors, Private Pensions, Implications of Conversions to Cash Balance Plans, September 2000 | |
| 534 | Prudential Financial Defined Benefit Report for the Period April 1, 2004 through December 31, 2004 | SuppD022531-22610 |
| 535 | Prudential Financial Defined Benefit Report for the Period January 1, 2005 through December 31, 2005 | SuppD022611-22667 |

| Ex. No. | Description | Bates Range |
|---------|-------------|-------------|
| 536 | Distribution Election Forms - Part B | SuppD0408-409, SuppD0410; SuppD2111-2115 |
| 537 | Jones Distribution Election Form - Part B | SuppD2267-2268 |
| 538 | Sample Letter to Participant regarding initiating a benefit payment, dated May 10, 2004 and June 13, 2005 | SuppD0411-435; SuppD1903-1927; SuppD0436-445 |
| 539 | Letters from Plan Administrator notifying Depenbrock class members, dated February 4, 2005 | SuppD0484-679 |
| 540 | Notification to Plaintiff Amara regarding Depenbrock recalculation, dated March 24, 2006 | SuppD0680-700 |
| 541 | E-mail Regarding Depenbrock Recalculation Letters | SuppD022373-22390 |
| 542 | Chart Showing Class Member Appeals to Plan Administrator | SuppD22391-22394 |
| 543 | Flannery Appeal File | SuppD0894-901 |
| 544 | Deposition Transcript of Claude Poulin with Accompanying Exhibits Taken June 17, 2003 | |
| 545 | Deposition Transcript of Claude Poulin with Accompanying Exhibits Taken January 30, 2006 | |
| 546 | Deposition Transcript of James Stratman with Accompanying Exhibits Taken June 19, 2003 | |
| 547 | Deposition Transcript of Lawrence Sher with Accompanying Exhibits Taken October 18, 2002 | |
| 548 | Deposition Transcript of Lawrence Sher with Accompanying Exhibits Taken June 24, 2003 | |
| 549 | Deposition Transcript of Lawrence Sher with Accompanying Exhibits Taken November 30, 2005 | |

| Ex. No. | Description | Bates Range |
|---|---|---|
| 550 | Deposition Transcript of Janice Amara with Accompanying Exhibits Taken November 22, 2002 | |
| 551 | Deposition Transcript of Gisela Broderick with Accompanying Exhibits Taken April 24, 2006 | |
| 552 | Deposition Transcript of Bruce Charrette with Accompanying Exhibits Taken April 28, 2006 | |
| 553 | Deposition Transcript of Stephen Curlee with Accompanying Exhibits Taken May 9, 2006 | |
| 554 | Deposition Transcript of Annette Glanz with Accompanying Exhibits Taken May 4, 2006 | |
| 555 | Deposition of Transcript of Mitchell Haber with Accompanying Exhibits Taken May 12, 2006 | |
| 556 | Deposition Transcript of Barbara Hogan with Accompanying Exhibits Taken April 26, 2006 | |
| 557 | Deposition Transcript of Steven Law with Accompanying Exhibits Taken May 11, 2006 | |
| 558 | Deposition Transcript of Robert Upton with Accompanying Exhibits Taken May 10, 2006 | |
| 559 | Documents Produced by Plaintiff Janice Amara | |
| 560 | Documents Produced by Plaintiff Gisela Broderick | |
| 561 | Documents Produced by Plaintiff Bruce Charrette | |

| Ex. No. | Description | Bates Range |
|---------|-------------|-------------|
| 562 | Documents Produced by Plaintiff Stephen Curlee | |
| 563 | Documents Produced by Plaintiff Patricia Flannery | |
| 564 | Documents Produced by Plaintiff Annette Glanz | |
| 565 | Documents Produced by Plaintiff Mitchell Haber | |
| 566 | Documents Produced by Plaintiff Barbara Hogan | |
| 567 | Documents Produced by Plaintiff Lillian Jones | |
| 568 | Documents Produced by Plaintiff Steven Law | |
| 569 | Documents Produced by Plaintiff Robert Upton | |
| 570 | Agreements and Releases of Class Members | |