**TABLE OF AUTHORITIES**

**CASES**

Adams v. Tetley USA, Inc., 363 F. Supp. 2d 94 (D. Conn. 2005) ...................................55

Alessi v. Raybestos-Manhattan, Inc., 451 U.S. 504 (1981)..............................................32

Allen v. WestPoint-Pepperell, Inc., 11 F. Supp. 2d 277 (S.D.N.Y. 1997) ........................53

Am. Express Co. Sec. Litig., 02 Civ. 5533  2004 U.S. Dist. LEXIS, at 23
    (S.D.N.Y. March 31, 2004)..........................................................................................78

Amara v. CIGNA Corp., No. 3:01CV2361 (DJS), 2004 WL 2381733 (D. Conn.
    Oct. 13, 2004) ..............................................................................................................81

Ariz. Governing Comm. for Tax Deferred Annuity & Deferred Comp. Plans v.
    Norris, 463 U.S. 1073 (U.S. 1983) ..............................................................................78

Auer v. Robbins, 519 U.S. 452 (1997) ..............................................................................24

Barnhart v. Sigmon Coal Co., Inc., 534 U.S. 438 (2002) .................................................17

Estate of Becker v. Eastman Kodak Co., 120 F.3d 5 (2d Cir. 1997) ................................53

Berger v. Xerox Corp. Ret. Income Guarantee Plan, 338 F.3d 755 (7th Cir. 2003) .........36

Bonovich v. Knights of Columbus, 963 F. Supp. 143 (D. Conn. 1997),
    aff'd, 146 F.3d 57 (2d Cir. 1998) .................................................................................35

Borowski v. Dun & Bradstreet, No. 3:03CV431, 2004 WL 2743569 (D. Conn.
    Nov. 30, 2004) .............................................................................................................51

Brody v. Enhance Reinsurance Co. Pension Plan, No. 00 Civ. 9660 (LAP), 2003
    WL 1213084 (S.D.N.Y. Mar. 17, 2003) ......................................................................37

Burke v. Kodak Ret. Income Plan, 336 F.3d 103 (2d Cir. 2003) ............................. passim

Campanella v. Mason Tenders District Council Pension Plan, 299 F. Supp. 2d
    274 (S.D.N.Y. 2004).....................................................................................................80

Campbell v. BankBoston, 327 F.3d 1 (1st Cir. 2003) .........................................................2

Cement and Concrete Workers Dist. Council Welfare Fund v. Lollo,
    148 F.3d 194 (2d Cir. 1998)..........................................................................................55

Cent. Laborers' Pension Fund v. Heinz, 541 U.S. 739 (2004)....................................40, 41

**TABLE OF AUTHORITIES**

Chapman v. ChoiceCare Long Island Term Disability Plan, 288 F.3d 506
 (2d Cir. 2002) ................................................................................................. 46, 48

Chen v. U.S. Dep't of Justice, 434 F.3d 144 (2d Cir. 2006) ............................................. 20

City of Los Angeles, Dep't of Water & Power v. Manhart, 435 U.S. 702 (1978) ............. 78

Coomer v. Bethesda Hosp., Inc., 370 F.3d 499 (6th Cir. 2004) ....................................... 46

Cooper v. IBM Pers. Pension Plan, 274 F. Supp. 2d 1010 (S.D. Ill. 2003) ................... 3, 15

Curtiss-Wright Corp. v. Schoonejongen, 514 U.S. 73 (1995) .................................... 49, 68

De Pace v. Matsushita Elec. Corp. of Am., 257 F. Supp. 2d 543 (E.D.N.Y. 2003) .......... 80

Depenbrock v. CIGNA Corp., 278 F. Supp. 2d 461 (E.D. Pa. 2003), reversed on
 other grounds, 389 F.3d 78 (3d Cir. 2004) ............................................................ passim

Dickerson v. Feldman, 04 Civ. 7935, 2006 U.S. Dist. LEXIS 14230
 (S.D.N.Y. Mar. 30, 2006) ................................................................................... 82

Duncan v. Walker, 533 U.S. 167 (2001) ................................................................... 22, 23

Eaton v. Onan, Corp., 117 F. Supp. 2d 812 (S.D. Ind. 2000) ................................... passim

Engers v. AT&T Corp., No. 98-3660, 2001 U.S. Dist. LEXIS 25889
 (D.N.J. June 6, 2001) ......................................................................................... passim

Esden v. Bank of Boston, 229 F.3d 154 (2d Cir. 2000) ............................................. passim

Exarhakis v. Visiting Nurse Service of New York, No. 02-CV-5562 (ILG),
 2006 WL 335420 (E.D.N.Y. Feb. 13, 2006 ) ............................................................ 59

Fitch v. Chase Manhattan Bank, N.A., 64 F. Supp. 2d 212 (W.D.N.Y. 1999) ................. 45

Florida v. Long, 487 U.S. 223 (1988) ............................................................................. 78

Francia v. Wonderoast, Inc. Profit Sharing Plan, No. 92-CV-790S,
 1995 WL 625705 (W.D.N.Y. Oct. 19, 1995) ............................................................ 33

Frommert v. Conkright, 433 F.3d 254 (2d Cir. 2006) ............................................... passim

Gomes v. Avco Corp., 964 F.2d 1330 (2d Cir. 1992) ...................................................... 78

Goss v. Revlon, Inc., 548 F.2d 405 (2d Cir.1976) ........................................................... 78

**TABLE OF AUTHORITIES**

Gramm v. Bell Atlantic Mgmt., 983 F. Supp. 585 (D.N.J. 1997)..................................46

Gray v. Briggs, No. 97-6252, 1998 WL. 386177 (S.D.N.Y. July 7, 1998) .......................80

Great-West Life & Annuity Insurance Co. v. Knudson, 534 U.S. 204 (2002)..................78

Henderson v. Henderson Auto, No. CV980086823, 2002 WL 725503 (Conn. Super. Ct. Apr. 1, 2002)................................................................................77

Hughes Aircraft Co. v. Jacobson, 525 U.S. 432 (1999).......................................................68

Hurlic v. S. Cali. Gas Co., No. 05-5027 (C.D. Cal. Mar. 24, 2006).......................... passim

Jackson v. Suffolk County Homicide Bureau, 135 F.3d 254 (2d Cir. 1998).....................78

Jaskilka v. Carpenter Tech. Corp., 757 F. Supp. 175 (D. Conn. 1991) .............................77

Jones & Laughlin Steel Corp. v. Pfeifer, 462 U.S. 523 (1983) .........................................13

Kietlinski v. Gen. Elec. Co., 886 F. Supp. 994 (N.D.N.Y. 1995)......................................45

King v. Pension Trust Fund of the Pension, Hospitalization and Benefit Plan of the Elec. Industry, No. 01-CV-2604, 2003 WL 22071612 (E.D.N.Y. Sept. 5, 2003) ...............................................................................................................4, 41

Korody-Colyer Corp. v. Gen. Motors Corp., 828 F.2d 1572 (Fed. Cir. 1987).................78

Langman v. Laub, No. 97 Civ. 6063(MGC), 2002 WL 472033 (S.D.N.Y. Mar. 28, 2002), aff'd, 328 F.3d 68 (2d Cir. 2003) ................................4, 41

Layaou v. Xerox Corp., 330 F. Supp. 2d 297 (W.D.N.Y. 2004)................................53, 54

Lee v. Burkhart, 991 F.2d 1004 (2d Cir. 1993) ................................................................66

Lorenzen v. Employees Ret. Plan of Sperry & Hutchinson Co., 896 F.2d 228 (7th Cir.1990)......................................................................................................50

Lunn v. Montgomery Ward & Co., Inc. Ret. Sec. Plan, No. 97 C 3026, 1998 WL 102751 (N.D. Ill. Feb. 26, 1998)..........................................................................36

Malia v. Gen. Elec. Co., 23 F.3d 828 (3d Cir. 1994).........................................................66

Marcella v. Capital Dist. Physicians' Health Plan, Inc., 293 F.3d 42 (2d Cir. 2002) ........25

Mers v. Marriott Int'l Group Accidental Death, Dismemberment Plan,

**TABLE OF AUTHORITIES**

137 F.3d 510 (7th Cir. 1998) ....................................................................................... 50

Metz v. United Techs. Corp., 754 F.2d 63 (2d Cir. 1985) .................................................. 13

Nechis v. Oxford Health Plans, Inc., 421 F.3d 96 (2d Cir. 2005) ................................. 4, 65

Park v. Trs. of the 1199 SEIU Health Care Employees Pension Fund,
    418 F. Supp. 2d 343 (S.D.N.Y. 2005) ........................................................................ 45

Pastore v. Witco Corp., 388 F. Supp. 2d 212 (S.D.N.Y. 2005) ......................................... 63

Peterson v. Cont'l Cas. Co., 282 F.3d 112 (2d Cir. 2002) .......................................... 46, 48

Pulvers v. First Unum Life Ins. Co., 210 F.3d 89 ............................................................. 46

Register v. PNC Fin. Servs., Group, No. 04-6097, 2005 WL 3120268
    (E.D. Pa. Nov. 21, 2005) .................................................................................... passim

Richards v. FleetBoston Fin. Corp., 427 F. Supp. 2d 150 (D. Conn. 2006) .............. passim

Rodriguez v. McGraw-Hill Cos., Inc., 297 F. Supp. 2d 676 (S.D.N.Y. 2004) .................. 46

Rothwell v. Chenango County N.Y.S.A.R.C. Pension Plan, No. 3:03-CV-00637
    (GLS), 2005 WL 2276023 (N.D.N.Y. Sept. 19, 2005) ................................................ 63

Sandberg v. KPMG Peat Marwick, LLP, 111 F.3d 331 (2d Cir. 1997) ............................. 76

Sheehan v. Metropolitan Life Insurance Co., 368 F. Supp. 2d 228 (S.D.N.Y.
    2005) ...................................................................................................................... 59-60

Suozzo v. Bergreen, No. 00 Civ. 9649, 2003 WL 22387083 (S.D.N.Y. Oct. 20,
    2003) ............................................................................................................................ 45

Syed v. Hercules Inc., 214 F.3d 155 (3d Cir. 2000), cert. denied, 531 U.S. 1148
    (2001) ........................................................................................................................... 76

TRW Inc. v. Andrews, 534 U.S. 19 (2001) ................................................................. 22, 23

Thornburg v. Gingles, 478 U.S. 30 (1986) ........................................................................ 20

Tootle v. ARINC, Inc., 222 F.R.D. 88 (D. Md. 2004) ............................................... passim

In re Unisys Corp. Ret. Med. Ben. ERISA Litig., MDL No. 969, 2003 WL
    252106 (E.D. Pa. Feb. 4, 2003) .................................................................................. 65

United States v. Am.Trucking Ass'ns, 310 U.S. 534 (1940) .............................................. 21

## TABLE OF AUTHORITIES

United States v. Awadallah, 349 F.3d 42 (2d Cir. 2003)..................................................20

United States v. Gaggi, 811 F.2d 47 (2d Cir. 1987) .........................................................17

Visconti v. Pepper Partners Ltd. Partnership, No. X06CV990170072S, 2002 WL
    1293224 (Conn. Super. Ct. May 14, 2002)................................................................77

Walker v. Asea Brown Boveri, Inc., 214 F.R.D. 58 (D. Conn. 2003)...............................81

Walsche v. First Investors Corp., 793 F. Supp. 395 (D. Conn. 1992) ..............................78

Weinreb v. Hosp. for Joint Diseases Orthopaedic Inst., 404 F.3d 167 (2d Cir.
    2005) ................................................................................................................. passim

White v. Sundstrand Corp., 256 F.3d 580 (7th Cir. 2001)................................................33

Wilkins v. Mason Tenders District Council Pension Fund, 445 F.3d 572 (2d Cir.
    2006) ...........................................................................................................................58

Williams v. Caterpillar, Inc., 944 F.2d 658 (9th Cir. 1991)..............................................34

## REGULATIONS, CODE AND RULES

26 C.F.R. § 1.401(a)(4)-13................................................................................................37

26 C.F.R. § 1.411(b)-1(b)(2) et seq. .................................................................................38

26 C.F.R. § 1.410(b)-3(a)(2)(iii)(C)..................................................................................37

26 C.F.R. § 1.411(d)-3(a)(2)(ii).........................................................................................41

26 C.F.R. § 1.411(d)-3(a)(4)..............................................................................................43

26 C.F.R. § 1.411(d)-3(b)(3)(ii).........................................................................................41

26 C.F.R. § 1.411(d)-6T...............................................................................................74, 75

26 C.F.R. § 1.411(d)-6T (Q-9)......................................................................................73, 75

26 C.F.R. § 54.4980F-1 .....................................................................................................37

29 C.F.R. § 2520.102-1 through 102-5..................................................................50, 51, 52

29 U.S.C. § 1002(16) ........................................................................................................65

## TABLE OF AUTHORITIES

29 U.S.C. § 1002(23) ...................................................................................................... 17, 22

29 U.S.C. § 1002(34) ............................................................................................................ 30

29 U.S.C. § 1002(35) ............................................................................................................ 30

29 U.S.C. § 1022 ................................................................................................................ 1, 50

29 U.S.C. § 1024(b)(1) .......................................................................................................... 65

29 U.S.C. § 1053(a) ........................................................................................................... 1, 32

29 U.S.C. § 1054(b)(1)(A)-(C) ............................................................................................. 38

29 U.S.C. § 1054(b)(1)(B) ............................................................................................. passim

29 U.S.C. § 1054(b)(1)(B)(i) .......................................................................................... 38, 39

29 U.S.C. § 1054(b)(1)(B)(iii) .............................................................................................. 38

29 U.S.C. § 1054(b)(1)(H) .................................................................................................... 29

29 U.S.C. § 1054(b)(1)(H)(i) ............................................................................................ 1, 15

29 U.S.C. § 1054(b)(1)(H)(v) ............................................................................................... 22

29 U.S.C. § 1054(b)(2) ......................................................................................................... 29

29 U.S.C. § 1054(c)(2) .......................................................................................................... 21

29 U.S.C. § 1054(c)(3) .......................................................................................................... 22

29 U.S.C. § 1054(g) .................................................................................................... 2, 40, 41

29 U.S.C. § 1054(g)(1) .................................................................................................... 41, 45

29 U.S.C. § 1054(h) ....................................................................................................... passim

29 U.S.C. § 1132(a)(3) .......................................................................................................... 78

Fed. R. Civ. P. 15(c)(2) ......................................................................................................... 78

Fed. R. Civ. P. 23(c)(1)(B) ................................................................................................... 47

H.R. Conf. Rep. 99-1012, 1986 U.S.C.C.A.N. 3868, 4026 ............................................... 20

## TABLE OF AUTHORITIES

56 Fed. Reg. 47,524 (Sept. 19, 1991)(codified at 26 C.F.R. pt. 1) ..................................25

67 Fed. Reg. 76,123-01 (Dec. 11, 2002)(codified at 26 C.F.R. pt. 1) ..............................26

Treas. Reg. § 1.401(a)-20 ................................................................................................47

Treas. Reg. § 1.401(a)(4)-8(c)(3)(iii)(B) ..........................................................................25

## STATE STATUTES

Conn. Gen. Stat. Ann. § 14-150(g) ..................................................................................77

Conn. Gen. Stat. Ann. § 31-72 .........................................................................................77

Conn. Gen. Stat. Ann. § 52-577 .......................................................................................77

Conn. Gen. Stat. Ann. § 52-596 .......................................................................................77