# Exhibit A

LODGED

FILED
CLERK, U.S. DISTRICT COURT

MAR 23 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT

MAR 24 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DAVID HURLIC, SUSANNA H. SELESKY, individually and on behalf of a class of all other persons similarly situated,

        Plaintiffs,

v.

SOUTHERN CALIFORNIA GAS COMPANY, THE SOUTHERN CALIFORNIA GAS COMPANY PENSION PLAN,

        Defendants.

) CASE NO.: CV05-5027 R (MANx)
)
) [Proposed] ORDER GRANTING
) DEFENDANTS' MOTION TO
) DISMISS PLAINTIFFS'
) SECOND AMENDED
) COMPLAINT PURSUANT TO
) FED. R. CIV. P. 12(b)(6)
)
)
)
)
)
)
)

55

ORIGINAL

On October 17, 2005, the Court granted Defendants' Motion to Dismiss the Complaint, and dismissed without leave to amend Plaintiffs' First, Second and Fourth Claims for Relief for failure to state a claim. The Court also dismissed with leave to amend Plaintiffs' Third Claim for Relief for Failure to Provide Proper Notice Under Anti-Cutback Rules in violation of ERISA section 204(h)(1) ("Third Claim") for failure to state a claim.

On October 25, 2005, Plaintiffs filed their First Amended Complaint in which they realleged the Third Claim. Defendants filed their Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Motion to Dismiss the FAC") on November 21, 2005. On January 23, 2006, the Court granted Defendants' Motion to Dismiss the FAC, and dismissed with leave to amend Plaintiffs' Third Claim.

On February 2, 2006, Plaintiffs filed their Second Amended Complaint in which they realleged the Third Claim. Defendants filed their Motion to Dismiss Plaintiffs' Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Motion to Dismiss the SAC") on February 21, 2006, and that motion came on for hearing before the Court on March 20, 2006.

The Court, having fully considered the papers submitted by the parties in connection with the Motion to Dismiss the SAC, the argument of counsel, and all other papers filed with or submitted to the Court in connection with the proceedings in this action:

///

///

///

///

///

///

[PROPOSED] ORDER DISMISSING SECOND AMENDED COMPLAINT

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

Plaintiffs' Third Claim for Relief in the Second Amended Complaint for Failure to Provide Proper Notice Under Anti-Cutback Rules in violation of ERISA section 204(h)(1) is dismissed without leave to amend for failure to state a claim.

**IT IS SO ORDERED.**

Dated: **March 23, 2006**

_____
United States District Court Judge

Presented by:
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

By: _____
Michael C. Kelley (SBN 090062)
mkelley@sidley.com
Jeffrey R. Tone (admitted *pro hac vice*)
jtone@sidley.com
Attorneys for Defendants Southern California
Gas Company and The Southern California
Gas Company Pension Plan

[Proposed] ORDER DISMISSING SECOND AMENDED COMPLAINT

# PROOF OF SERVICE

STATE OF CALIFORNIA )
                          ) ss
COUNTY OF LOS ANGELES )

         I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

         On March 22, 2006, I served the foregoing document(s) described as **[Proposed] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** on all interested parties in this action as follows:

Jeffrey Lewis
Vincent Cheng
LEWIS, FEINBERG, RENAKER &
JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612

James M. Finberg
Steven M. Tindall
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111

         ☒    (VIA U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los Angeles, California. I am readily familiar with Sidley Austin LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

[PROPOSED] ORDER DISMISSING SECOND AMENDED COMPLAINT

1        I declare under penalty of perjury under the laws of the State of

2 California that the foregoing is true and correct. Executed on March 22, 2006, at Los

3 Angeles, California.

<br>

5                                      Deborah J. Kelly

4

[PROPOSED] ORDER DISMISSING SECOND AMENDED COMPLAINT