UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANICE C. AMARA, individually and on behalf of others similarly situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO.: 3:01 CV 2361 (MRK) |
| CIGNA CORP. AND CIGNA PENSION PLAN, | : : : | |
| Defendant. | : | JUNE 28, 2006 |

## APPEARANCE

Please enter my appearance as counsel for the defendants, CIGNA CORP. and CIGNA PENSION PLAN, in the above-entitled action.

CIGNA CORP. AND
CIGNA PENSION PLAN

By  /S/
Brett J. Boskiewicz (ct 25632)
bboskiewicz@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

## CERTIFICATION

I hereby certify that on June 28, 2006, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                               **/S/**
                                                        Brett J. Boskiewicz