**INDEX TO PLAINTIFFS' TRIAL EXHIBITS**
**(Exhibit Nos. 200-216)**
**<u>AMARA v. CIGNA (CIV. 01 - 2361)</u>**

| <u>Exh. No.</u> | | <u>Bates No.</u> |
|---|---|---|
| 200. | Lawrence Sher, *Tax Notes* (April 1991): "Cash Balance Plans Can Meet the Defined-Benefit Qualification Requirements, Says Kwasha Lipton" (with second copy). | (Pl. Dep. Ex. 86) |
| 201. | CIGNA 2004 Form 5500 Schedule of Active Participants. | Public record |
| 202. | 1986 House Conference Report 99 - 453 on OBRA, December 19, 1985. | Public record |
| 203. | CIGNA advertisements from June/July 2006 issues of the *Washington Business Journal*. | Periodical |
| 204. | September 15, 2006 letter from CIGNA's counsel producing March 1996 internal memorandum from Don Levinson appointing Stewart Beltz as plan administrator. | SUPPD1098 |
| 205. | CIGNA's Memorandum in Opposition of Plaintiff's Proposed Form of Order in <u>Depenbrock v. CIGNA</u>. | (C.A. 01-6161 E.D.Pa.) |
| 206. | 53 Fed. Reg. 31837, 31849 (Aug. 22, 1988). | |
| 207. | January 2006 DBRK print-outs of class members who selected lump sum distributions instead of more valuable annuity options. | SuppD1980, 2234, 2351, 2378 |
| 208. | December 4, 2001 letter from John Arko to Plaintiffs' counsel denying Ms. Amara's claims for benefits. | (Pl. Dep. Ex. 65) |
| 209. | Letters from CIGNA to Ms. Broderick refusing to return her to the Part A plan and denying her appeals. | P 1228 - 1232, 1236 - 1241, 1244 - 1245 |
| 210. | CIGNA's Reply Memorandum of Law in Support of Motion to Decertify the Class. | (Dkt. #88) |
| 211. | March 12, 2004 letter to CIGNA's counsel with supplemental document production from Janice Amara, including release. | Served but not numbered |

| | | |
|---|---|---|
| 212. | Cover letters for Agreement and Release of Janice Amara and Annette Glanz. | P 1137, P 2332 |
| 213. | CIGNA Severance Pay Plan 2002 Summary Plan Description. | P 2301 - 2331 |
| 214. | March 28, 2005 CIGNA Agreement and Release with revised exception for "claims for benefits." | SUPPD4284 - 4290 |
| 215. | May 9, 2000 transcript of hearing in *Engers v. AT&T*, granting Plaintiffs' motion for a preliminary injunction. | (C.A. 98-3660 D.N.J.) (dkt #56-57) |

**Additional Deposition Extract**

| | | |
|---|---|---|
| 216. | Deposition of John Arko on April 28, 2006. | Tr. at: 37-44, 129-140, 297-304, 325-26 |

**CERTIFICATE OF SERVICE**

I certify that the foregoing Index with Plaintiffs' Trial Exhibits 200 to 216 and this Certificate of Service were filed electronically through the CM/ECF system on July 25, 2006. Notice of the filing will be sent by e-mail to all parties listed below by operation of the Court's electronic filing system. The parties may access the filing through the Court's CM/ECF system.

> Joseph J. Costello
> Jeremy P. Blumenfeld
> Jamie M. Kohen
> Morgan, Lewis & Bockius
> 1701 Market St.
> Philadelphia, PA 19103-2921
>
> James A. Wade
> Brett J. Boskiewicz
> Robinson & Cole, LLP
> 280 Trumbull Street
> Hartford, CT 06103-3597
>
> Christopher A. Parlo
> Morgan Lewis & Bockius
> 101 Park Avenue
> New York, NY 10178-0600

/s/ Thomas G. Moukawsher
Thomas G. Moukawsher  ct08940
21 Oak Street
Hartford, CT 06106
(860) 278-7000
(860) 446-8161 (fax)
tmoukawsher@mwlawgroup.com

Attorney for the Plaintiffs