Amara v. CIGNA, Case No. 01-2361 (MRK)

# EXHIBIT 200

EXHIBIT
Sher 6
10/17/02

Copyright (c) 1991 Tax Analysts
Tax Notes Today

APRIL 18, 1991 THURSDAY

DEPARTMENT: Treasury Tax Correspondence (COR)

CITE: 91 TNT 85-27

LENGTH: 798 words

HEADLINE: 91 TNT 85-27 CASH BALANCE PLANS CAN MEET THE DEFINED-BENEFIT QUALIFICATION REQUIREMENTS, SAYS KWASHA LIPTON. (Section 401 -- Pension Plans) (Doc 91-2997)

CODE: Section 401 -- Pension Plans

SUMMARY:
    Lawrence J. Sher of Kwasha Lipton, Fort Lee, New Jersey, has written that his company has developed a comprehensive analysis of cash balance plan qualification issues. According to Sher, properly designed cash balance plans can meet all of the current defined-benefit qualification requirements without the need for statutory changes. He says that appropriate guidance to preclude any improper plan designs and to deal with the more general subject of indexing compensation and benefits could be provided in regulations.

    Kwasha Lipton has prepared a presentation, discussing the qualifications of a typical, relatively straightforward, cash balance plan. According to Sher, the presentation demonstrates that the benefit formula expressed in the form of a lump sum can be translated into a traditional defined-benefit structure (with indexation) expressed as an annuity.

AUTHOR: Sher, Lawrence J.
 Kwasha Lipton

GEOGRAPHIC:
 United States

INDEX: deferred pay plans, defined benefit
 deferred pay plans, nondiscrimination rules

REFERENCES:
 Subject Area:
    Pensions and Employee Plans

TEXT:
 Release date: 21 FEB 91

Pl's ___ 86
7-24-03

February 21, 1991

Richard C. Shea, Esq.
Associate, Benefits Tax Counsel
Department of the Treasury
1500 Pennsylvania Avenue N.W. (Room 4021)
Washington, DC 20220

Dear Richard:

I enjoyed being on the panel with you in Orlando and look forward to the sessions at the Enrolled Actuaries Meeting.

As we discussed, Kwasha Lipton has been developing a comprehensive analysis of cash balance plan qualification issues, both for our internal use and for purposes of presentation to the Treasury and IRS. It is now ready and we would like to schedule a meeting with the appropriate Treasury and IRS personnel t review it.

As you know, Kwasha Lipton has been involved with cash balance plans f the beginning. In designing these programs with many employers, we have devo good deal of time and thought in addressing compliance issues. We have alway believed that, when properly designed, these plans meet all of the defined benefit qualification requirements. Our presentation is intended to demonstr this. We continue to feel that no statutory changes are necessary -- appropr guidance to preclude any improper plan designs and to deal with the more gen subject of indexing compensation and benefits could be provided in regulatio other pronouncements.

The approach taken in the presentation is to look at a typical, relatively straightforward, cash balance plan. We show that the benefit formula expressed in the form of a lump sum can be translated into a traditional defined benefit structure (with indexation) expressed as an annuity. Then, the various features are examined vis-a-vis more traditional plans. Although not all of the variations seen in practice are discussed, we will be prepared to address them if the group wishes, either at the end of the meeting or at a follow-up meeting.

Since you are considering providing some guidance on cash balance plans in the final nondiscrimination regulation package, including the possibility of a safe harbor, a meeting in the very near future would seen to be timely. We believe you will find the presentation helpful both for that purpose and in formulating your positions on the other qualification issues.

The presentation should take no more than 3 hours including ample discussion time. The following dates over the next few weeks would fit our schedules: March 11, March 12, March 18, March 19 (a.m.), March 20 and March 22.

Please let me know whether any of these dates will fit your schedules. We will be pleased to send you copies of the presentation in advance of the meeting. In the meantime, the attached outline will give you an idea of the issues to be addressed.

Sincerely,

Lawrence J. Sher, P.S.A.
Partner
Kwasha Lipton
Fort Lee, New Jersey

OUTLINE OF KWASHA LIPTON PRESENTATION
TO IRS AND TREASURY ON CASH BALANCE PLANS

Introduction
Key plan provisions of illustrative cash balance plan
Cash balance accounts
Career average indexed pay -- examples and justification
Compliance with section 411(b)(1)(B) AND (H)
Compliance with section 401(a)(4) -- SAFE HARBOR
Compliance with section 401(a)(4) -- GENERAL TEST
Compliance with section 411(a)(11) AND section 417(e)
Reasonableness of assumptions used to cash out annuity benefits
Compliance with section 401(a)(11) AND section 417(c) -- QPSA
Compliance with section 401(a)(11) AND section 417(b) -- QJSA
Compliance with section 415
Compliance with section 401(a)(9)
Other issues:
    Social Security integration
    Protection of prior accrued benefits under converted plans
    Definitely determinable benefits
    Other

*** END OF DOCUMENT ***

3 of 3 DOCUMENTS

Copyright © 1991 Tax Analysts
Tax Notes Today

APRIL 18, 1991 THURSDAY

**DEPARTMENT:** Treasury Tax Correspondence (COR)

**CITE:** *91 TNT 85-27*

**LENGTH:** 798 words

**HEADLINE:** 91 TNT 85-27 CASH BALANCE PLANS CAN MEET THE DEFINED-BENEFIT QUALIFICATION REQUIREMENTS, SAYS KWASHA LIPTON. (Section 401 -- Pension Plans) (Doc 91-2997)

**CODE:** *Section 401 -- Pension Plans*

**SUMMARY:**   Lawrence J. Sher of Kwasha Lipton, Fort Lee, New Jersey, has written that his company has developed a comprehensive analysis of cash balance plan qualification issues. According to Sher, properly designed cash balance plans can meet all of the current defined- benefit qualification requirements without the need for statutory changes. He says that appropriate guidance to preclude any improper plan designs and to deal with the more general subject of indexing compensation and benefits could be provided in regulations.

   Kwasha Lipton has prepared a presentation, discussing the qualifications of a typical, relatively straightforward, cash balance plan. According to Sher, the presentation demonstrates that the benefit formula expressed in the form of a lump sum can be translated into a traditional defined-benefit structure (with indexation) expressed as an annuity.

**AUTHOR:** Sher, Lawrence J.
Kwasha Lipton

**GEOGRAPHIC:** United States

**INDEX:** deferred pay plans, defined benefit
deferred pay plans, nondiscrimination rules

**REFERENCES:** Subject Area:
 Pensions and Employee Plans

**TEXT:**

Release date: 21 FEB 91

February 21, 1991

Richard C. Shea, Esq.
Associate, Benefits Tax Counsel
Department of the Treasury
1500 Pennsylvania Avenue N.W. (Room 4021)
Washington, DC 20220

© 1991, Tax Analysts, Tax Notes Today, APRIL 18, 1991

Page 2

Dear Richard:

I enjoyed being on the panel with you in Orlando and look forward to the sessions at the Enrolled Actuaries Meeting.

As we discussed, Kwasha Lipton has been developing a comprehensive analysis of cash balance plan qualification issues, both for our internal use and for purposes of presentation to the Treasury and IRS. It is now ready and we would like to schedule a meeting with the appropriate Treasury and IRS personnel to review it.

As you know, Kwasha Lipton has been involved with cash balance plans from the beginning. In designing these programs with many employers, we have devoted a good deal of time and thought in addressing compliance issues. We have always believed that, when properly designed, these plans meet all of the defined benefit qualification requirements. Our presentation is intended to demonstrate this. We continue to feel that no statutory changes are necessary -- appropriate guidance to preclude any improper plan designs and to deal with the more general subject of indexing compensation and benefits could be provided in regulations or other pronouncements.

The approach taken in the presentation is to look at a typical, relatively straightforward, cash balance plan. We show that the benefit formula expressed in the form of a lump sum can be translated into a traditional defined benefit structure (with indexation) expressed as an annuity. Then, the various features are examined vis- a-vis more traditional plans. Although not all of the variations seen in practice are discussed, we will be prepared to address them if the group wishes, either at the end of the meeting or at a follow-up meeting.

Since you are considering providing some guidance on cash balance plans in the final nondiscrimination regulation package, including the possibility of a safe harbor, a meeting in the very near future would seen to be timely. We believe you will find the presentation helpful both for that purpose and in formulating your positions on the other qualification issues.

The presentation should take no more than 3 hours including ample discussion time. The following dates over the next few weeks would fit our schedules: March 11, March 12, March 18, March 19 (a.m.), March 20 and March 22.

Please let me know whether any of these dates will fit your schedules. We will be pleased to send you copies of the presentation in advance of the meeting. In the meantime, the attached outline will give you an idea of the issues to be addressed.

Sincerely,

Lawrence J. Sher, P.S.A.
Partner
Kwasha Lipton
Fort Lee, New Jersey

OUTLINE OF KWASHA LIPTON PRESENTATION
TO IRS AND TREASURY ON CASH BALANCE PLANS

Introduction
Key plan provisions of illustrative cash balance plan
Cash balance accounts
Career average indexed pay -- examples and justification
Compliance with *section 411(b)(1)(B)* AND (H)
Compliance with *section 401(a)(4)* -- SAFE HARBOR
Compliance with *section 401(a)(4)* -- GENERAL TEST
Compliance with *section 411(a)(11)* AND *section 417(e)*
Reasonableness of assumptions used to cash out annuity benefits
Compliance with *section 401(a)(11)* AND *section 417(c)* -- QPSA
Compliance with *section 401(a)(11)* AND *section 417(b)* -- QJSA
Compliance with *section 415*

© 1991, Tax Analysts, Tax Notes Today, APRIL 18, 1991

Page 3

Compliance with *section 401(a)(9)*
Other issues:
    Social Security integration
    Protection of prior accrued benefits under converted plans
    Definitely determinable benefits
    Other

*** END OF DOCUMENT ***