**Amara v. CIGNA**, Case No. 01-2361 (MRK)

# EXHIBIT 201

Schedule B line 8(c) - Schedule of Active Participant Data

| Attained Age | Under 1 No. | Under 1 Avg. Comp | 1 to 4 No. | 1 to 4 Avg. Comp | 5 to 9 No. | 5 to 9 Avg. Comp | 10 to 14 No. | 10 to 14 Avg. Comp | 15 to 19 No. | 15 to 19 Avg. Comp | 20 to 24 No. | 20 to 24 Avg. Comp | 25 to 29 No. | 25 to 29 Avg. Comp | 30 to 34 No. | 30 to 34 Avg. Comp | 35 to 39 No. | 35 to 39 Avg. Comp | 40 & up No. | 40 & up Avg. Comp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Under 25 | 397 | 23,098 | 1,529 | 30,027 | 86 | 32,438 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 to 29 | 400 | 29,373 | 2,907 | 36,619 | 955 | 45,725 | 28 | 43,583 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 to 34 | 306 | 32,171 | 2,737 | 46,093 | 1,689 | 51,976 | 565 | 53,459 | 83 | 44,878 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 35 to 39 | 194 | 35,044 | 2,080 | 54,586 | 1,484 | 57,852 | 962 | 60,720 | 423 | 66,547 | 31 | 65,737 | 0 | 0 | 0 | 0 | 1 | N/A | 0 | 0 |
| 40 to 44 | 168 | 39,583 | 1,639 | 58,014 | 1,388 | 59,928 | 843 | 63,353 | 517 | 73,506 | 257 | 80,230 | 44 | 62,843 | 0 | 0 | 0 | 0 | 0 | 0 |
| 45 to 49 | 153 | 37,667 | 1,261 | 56,559 | 1,056 | 60,242 | 703 | 66,970 | 440 | 73,496 | 325 | 88,031 | 154 | 82,124 | 33 | 71,861 | 0 | 0 | 0 | 0 |
| 50 to 54 | 106 | 37,028 | 935 | 53,318 | 756 | 58,232 | 559 | 62,736 | 312 | 73,500 | 282 | 81,184 | 144 | 82,334 | 138 | 82,288 | 25 | 63,473 | 0 | 0 |
| 55 to 59 | 87 | 37,670 | 533 | 51,507 | 447 | 54,896 | 370 | 59,508 | 201 | 65,943 | 114 | 74,932 | 70 | 81,650 | 68 | 85,047 | 28 | 61,546 | 3 | N/A |
| 60 to 64 | 25 | 33,826 | 190 | 49,718 | 177 | 49,737 | 141 | 54,328 | 82 | 58,108 | 49 | 68,425 | 29 | 50,707 | 18 | N/A | 13 | N/A | 7 | N/A |
| 65 to 69 | 16 | N/A | 32 | 39,739 | 33 | 46,934 | 30 | 48,842 | 18 | N/A | 9 | N/A | 6 | N/A | 0 | 0 | 0 | 0 | 0 | 0 |
| 70 & up | 3 | N/A | 10 | N/A | 9 | N/A | 11 | N/A | 7 | N/A | 3 | N/A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Active Life Count: 31,934

CIGNA Pension Plan
EIN/PN 06-1059331/001

| Attained Age | Under 1 No. | Under 1 Avg. CB | 1 to 4 No. | 1 to 4 Avg. CB | 5 to 9 No. | 5 to 9 Avg. CB | 10 to 14 No. | 10 to 14 Avg. CB | 15 to 19 No. | 15 to 19 Avg. CB | 20 to 24 No. | 20 to 24 Avg. CB | 25 to 29 No. | 25 to 29 Avg. CB | 30 to 34 No. | 30 to 34 Avg. CB | 35 to 39 No. | 35 to 39 Avg. CB | 40 & up No. | 40 & up Avg. CB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Under 25 | 397 | 0 | 1,529 | 1,721 | 86 | 4,526 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 to 29 | 400 | 0 | 2,907 | 2,650 | 955 | 7,143 | 28 | 9,496 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 to 34 | 306 | 0 | 2,737 | 3,669 | 1,689 | 9,762 | 565 | 15,422 | 83 | 17,313 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 35 to 39 | 194 | 0 | 2,080 | 5,549 | 1,484 | 12,964 | 962 | 21,057 | 391 | 30,868 | 6 | N/A | 0 | 0 | 0 | 0 | 1 | N/A | 0 | 0 |
| 40 to 44 | 168 | 0 | 1,639 | 6,358 | 1,387 | 15,945 | 840 | 26,969 | 231 | 34,290 | 33 | 34,842 | 4 | N/A | 0 | 0 | 0 | 0 | 0 | 0 |
| 45 to 49 | 153 | 0 | 1,261 | 7,124 | 1,056 | 17,982 | 690 | 33,730 | 210 | 44,894 | 75 | 66,195 | 17 | N/A | 0 | 0 | 0 | 0 | 0 | 0 |
| 50 to 54 | 106 | 0 | 935 | 6,832 | 754 | 19,770 | 555 | 39,709 | 172 | 67,830 | 99 | 69,047 | 21 | 68,793 | 8 | N/A | 0 | 0 | 0 | 0 |
| 55 to 59 | 87 | 0 | 533 | 7,636 | 446 | 21,713 | 367 | 49,030 | 100 | 70,307 | 41 | 110,358 | 9 | N/A | 1 | N/A | 1 | N/A | 0 | 0 |
| 60 to 64 | 25 | 0 | 190 | 8,512 | 177 | 21,984 | 141 | 54,842 | 45 | 80,377 | 20 | 160,026 | 2 | N/A | 1 | N/A | 0 | 0 | 0 | 0 |
| 65 to 69 | 16 | 0 | 32 | 6,108 | 33 | 25,138 | 29 | 60,244 | 13 | N/A | 6 | N/A | 2 | N/A | 0 | 0 | 0 | 0 | 0 | 0 |
| 70 & up | 3 | 0 | 10 | N/A | 9 | N/A | 11 | N/A | 6 | N/A | 1 | N/A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Cash Balance Avg Account

2004Schedule B
9.21.05