**Amara v. CIGNA, Case No. 01-2361 (MRK)**

# EXHIBIT 203

"CIGNA" or "CIGNA HealthCare" are registered service marks and refer to various operating subsidiaries of CIGNA Corporation. Products and services are provided by these operating subsidiaries and not by CIGNA Corporation. These operating subsidiaries include Connecticut General Life Insurance Company, Tel-Drug, Inc. and its affiliates, CIGNA Behavioral Health, Inc., Intracorp, and HMO or service company subsidiaries of CIGNA Health Corporation and CIGNA Dental Health, Inc. In California, HMO plans are offered by CIGNA HealthCare of California, Inc. All other medical plans in California are insured or administered by Connecticut General Life Insurance Company. 804206



"CIGNA" or "CIGNA HealthCare" are registered service marks and refer to various operating subsidiaries of CIGNA Corporation. Products and services are provided by these operating subsidiaries and not by CIGNA Corporation. These operating subsidiaries include Connecticut General Life Insurance Company, Tel-Drug, Inc. and its affiliates, CIGNA Behavioral Health, Inc., Intracorp, and HMO or service company subsidiaries of CIGNA Health Corporation and CIGNA Dental Health, Inc. In California, HMO plans are offered by CIGNA HealthCare of California, Inc. All other medical plans in California are insured or administered by Connecticut General Life Insurance Company. 804205
