Amara v. CIGNA, Case No. 01-2361 (MRK)

# EXHIBIT 204

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Jamie M Kohen**
215.963.5472
jkohen@morganlewis.com
eFax: 877.432.9652

September 15, 2005

**VIA TELECOPY & FEDERAL EXPRESS**

Stephen R. Bruce
805 15th Street, NW
Suite 210
Washington, DC 20005

Re:   Amara v. Cigna Corp. and Cigna Pension Plan; Civil Action No. 3:01 CV 2361

Dear Mr. Bruce:

Enclosed please find documents bates-numbered SuppD0408 - SuppD1098, which are responsive to Plaintiffs' document requests in the above-referenced matter. We are producing therein one Plaintiff's release, and will produce additional releases as we locate them. We also have enclosed a CD containing an Excel spreadsheet with exemplar Plaintiffs' account balance information. We will produce a complete class list as soon as such information is available.

Additionally, as you requested, please find clean legible copies of previously-produced documents D12357-12390 and MER 00777-00823.

Sincerely,

*[signature]*

Jamie M Kohen

Enclosures (via fed ex only)

Donald L. Levinson
Executive Vice President
Human Resources & Services


CIGNA

March 29, 1996

OLP-55
One Liberty Place
1650 Market Street
Philadelphia, PA 19192-1550
Telephone 215.761.6190
Facsimile 215.761.5519

Mr. Stewart M. Beltz
Assistant Vice President-Benefits
CIGNA Corporation

Dear Stew:

Within my authority from the Corporate Benefit Plan Committee, I hereby appoint you as the Plan Administrator effective immediately of the following benefit plans over which the Committee has jurisdiction:

- CIGNA Pension Plan
- CIGNA Savings & Investment Plus Plan
- Connecticut General Agents' Retirement Plan
- Connecticut General Agents' Deferred Compensation Plan
- CIGNA Supplemental Pension Plan
- CIGNA Supplemental Savings & Investment Plus Plan
- CIGNA Corporation HealthCare Plans
- CIGNA Corporation Life and Disability Benefit Plans
- CIGNA Corporation Vacation and Time-off Plans

Please proceed to assume those activities granted to the Plan Administrator by the Committee and under the governing documents of the underlying contracts including those required by ERISA or other legislative rules to which you must adhere.

Sincerely yours,

DML/rt

cc: Paul Gontarek, D. Durham, C. Smith, M. Paluba, D. Hill
smb.ps         S. Schwedtfeger, T. Richards, S. Coelho

SUPPD1098