**Amara v. CIGNA**, Case No. 01-2361 (MRK)

# EXHIBIT 207

*Snasm pyaut*

NOV 1 8 2003




Contract # 04628 - CIGNA PENSION PLAN Distribution Election Form - Part B

Dolores Feeney-Gallaghe        Benefit Commencement Date (ACD): 10/01/2003

A.) Select One of the Following Distribution Options, If applicable (X):

**Life Annuity:** ___ Provides a monthly benefit for my lifetime with no further benefits payable upon my c---
Participant
$1,508.93

**Life Annuity & Lump Sum Refund:** ___ Provides for a monthly benefit for my lifetime. If I die before receiving payments equal t---
the Equivalent Actuarial Value of my Accrued Benefit on my Benefit Commencement D---
the remainder of such payments will be payable to my beneficiary as a lump sum
Participant
$1,470.15

**(Lump Sum\Rollover:)** X My Retirement account balance with interest. If I receive this lump sum benefit, it will ---
in lieu of any other forms of payment.
Participant
$140,509.68

**Deferred Benefit:** ___ I elect to keep my Retirement Account with the Plan until I notify you otherwise, but n---
later than my age 65. I will receive interest in accordance with the Plan's provisions. Ple---
note this option is not available if your account balance is less than $5000.

**IMPORTANT INFORMATION TO COMPLETE**

1  Marital Status. ☐ Single ☒ Married

2  If you have elected a form of annuity, which requires spouse/domestic partner or beneficiary information, please complete the following to ---
ify important information. Also, please enclose a birth certificate for your spouse/domestic partner or beneficiary to verify ages and proo---
marriage, if applicable.

(N/A) Spouse/Domestic Partner Name: Cornelius J Gallagher   Date of Birth: _____ SSN: _____

Beneficiary Name: Cornelius J Gallagher   Date of Birth: _____ SSN: _____

3  If you are married and have elected a form of annuity other than the Qualified Joint & Survivor annuity, you and your spouse/domestic part---
must also complete the enclosed Qualified Joint and Survivor Annuity Waiver/Spousal/Domestic Partner Consent form.

4  U.S. Citizen ☒ Yes ☐ No

5  Please Sign and Date:
Participant Signature: _Dolores Feeney-Gallagher_   Date: 11/11/03
Printed Name of Participant: Dolores Feeney-Gallagher
Signature of Spouse/Domestic Partner/Beneficary: _Cornelius J Gallagher_   Date: 11/11/03
Printed Name of Spouse/Domestic Partner/Beneficiary: Cornelius J Gallagher

**IMPORTANT NOTICE**

Waiver of Minimum Notice Period

You have the right to consider your elections for at least 30 days from the date you receive this distribution package. The plan cannot distribute t---
before the end of that 30-day period unless you elect to waive that period. The law requires that the plan not make a distribution to you sooner th---
days after you receive this notice, even if you elect to waive the 30-day period. You have the right to revoke your elections any time up until the ---
of your annuity commencement date or the end of the 7-day period following receipt of this notification. Please check the box below if you wis---
waive the 30-day period.

√  I wish to receive my distribution as soon as possible, even if that is before the end of this 30-day period.

53

Dolores Feeney-Gallaghe, Page 4 of 31

DEC 13 2004

**CIGNA PENSION PLAN DISTRIBUTION FORM**

PAGE 1 OF 2   4628

sngsm/pyauf

Name: PETER ANDRUSZKIEWICZ
Social Security Number:
Benefit Commencement Date  12/01/2004

Please select one of the following Forms of Payment. Please mark your selection with an "X".

**Lump Sum**  [X]  My Retirement Account balance with interest. If I receive this lump sum benefit it will be in lieu of any other forms of payment.

Participant: $250,002.13
Beneficiary: N/A

**Single Life Annuity - No Death Benefit**  [ ]  Provides a monthly benefit for my lifetime with no further benefits payable upon my death.

Participant: $1,308.20
Beneficiary: N/A

**Single Life Annuity / Lump Sum Refund**  [ ]  Provides for a monthly benefit for my lifetime. If I die before receiving payments equal to the Equivalent Actuarial Value of my Accrued Benefit on my Benefit Commencement Date, the remainder of such payments will be payable to my beneficiary as a lump sum.

Participant: $1,294.07
Beneficiary: Remainder

**50.00% Joint and Survivor Annuity**  [ ]  Provides a monthly benefit for my lifetime. Upon my death, if my beneficiary or domestic partner survives me, payments will continue for his/her lifetime in the amount indicated.

Participant: $1,263.85
Beneficiary: $631.93

**100.00% Joint and Survivor Annuity**  [ ]  Provides a monthly benefit for my lifetime. Upon my death, if my beneficiary or domestic partner survives me, payments will continue for his/her lifetime in the amount indicated.

Participant: $1,222.38
Beneficiary: $1,222.38

**Deferred Benefit**  [ ]  I elect to keep my Retirement Account in the CIGNA Pension Plan until I notify you otherwise, but, not later than my age 65. I will receive interest in accordance with CIGNA Pension Plan provisions.

12/10/04

Please contact me asap if any questions or issues.
Thanks
[signature]
860 313 4463

MR. PETER ANDRUSZKIEWICZ / 04628 / NOVEMBER 22, 2004

307

Robert F. Scanlan

Benefit Commencement Date (BCD): __January 1, 1999__ ✓

A.) Select One of the Following Distribution Options, if applicable (X):

Lump Sum: My Retirement Account balance with interest. If I receive this lump sum benefit it will be in lieu of any other forms of payment.

~~Participant $28,051.89~~ ✓   update 4 interest  33621.07

Single Life - No Death Benefit: Provides a monthly benefit for my lifetime with no further benefits payable upon my death.

Participant $154.67

Life Annuity & Lump Sum Refund: Provides for a monthly benefit for my lifetime. If I die before receiving payments equal to the Equivalent Actuarial Value of my Accrued Benefit on my Benefit Commencement Date, the remainder of such payments will be payable to my beneficiary.

Participant $151.95

Deferred Benefit: ____ I elect to keep my Retirement Account with the Plan until I notify you otherwise, but, not later than my age 65. I will receive interest in accordance with the Plan's provisions.

Marital Status ✓ Single ____ Married

1. If you have elected a form of annuity, which requires spouse or beneficiary information, please complete the following to verify important information. Also, please enclose a birth certificate to verify ages and a proof of marriage (ie: marriage and/or birth certificate), if applicable:

Beneficiary Name: _____ Date of Birth: _____ SSN: _____

Spouse Name: _____ Date of Birth: _____ SSN: _____

2. If you are married and have elected a form of annuity other than the Qualified Joint & Survivor annuity, you and your spouse must also complete the enclosed **Qualified Joint & Survivor Annuity Waiver/Spousal Consent Form**.   Single.

**IMPORTANT NOTICE - Waiver of Minimum Notice Period**

You have the right to consider your elections for at least 30 days from the date you receive this distribution package. The plan cannot distribute to you before the end of that 30-day period unless you elect to waive that period. The law requires that the plan not make a distribution to you sooner than 7 days after you receive this notice, even if you elect to waive the 30-day period. You have the right to revoke your elections any time up until the later of your annuity commencement date or the end of the 7-day period following receipt of this notification. Please check the box below if you wish to waive the 30-day period.

✓ I wish to receive my distribution as soon as possible, even if that is before the end of this 30-day period.

Participant Signature: X _Robert F Scanlan_   Date: 2-27-99

Printed Name of Participant: _Robert F SCANLAN_

Signature of Spouse/Beneficiary: _____ Date: _____

Printed Name of Spouse/Beneficiary: _____

424

CONFIDENTIAL

SUPPD2351

SN8m    'JUN 2 2 2001 

9RU628    **CIGNA PENSION PLAN Distribution Form**

MICHAEL A. MCCORMACK

Benefit Commencement Date (ACD): 11/01/2000

**IMPORTANT NOTICE - Waiver of Minimum Notice Period**

You have the right to consider your elections for at least 30 days from the date you receive this distribution package. The plan cannot distribute to you before the end of that 30-day period unless you elect to waive that period. The law requires that the plan not make a distribution to you sooner than 7 days after you receive this notice, even if you elect to waive the 30-day period. You have the right to revoke your elections any time up until the later of your annuity commencement date or the end of the 7-day period following receipt of this notification. Please check the box below if you wish to waive the 30-day period.

[✓] I wish to receive my distribution as soon as possible, even if that is before the end of this 30-day period.

Participant Signature: _Michael McCormack_  Date: 6-20-01
Printed Name of Participant: _Michael McCormack_
Signature of Spouse/Beneficiary: _Gladys McCormack_  Date: 6-20-01
Printed Name of Spouse/Beneficiary: _Gladys McCormack_

2

DB017C-20001013000003    451

CONFIDENTIAL    SUPPD2378