**<u>Amara v. CIGNA</u>, Case No. 01-2361 (MRK)**

# EXHIBIT 211

## STEPHEN R. BRUCE LAW OFFICES
805 FIFTEENTH ST., NW, SUITE 210
WASHINGTON, D.C. 20005
202-371-8013
FAX: 202-371-0121

March 12, 2004

**BY PRIORITY U.S. MAIL**

Jeremy P. Blumenfeld
Morgan Lewis & Bockius
1701 Market St.
Philadelphia, PA 19103

**Re:**    ***Amara, et al. v. CIGNA Corp. and CIGNA Pension Plan 01CV2361 (DJS)***

Dear Mr. Blumenfeld:

Enclosed are documents numbered P1137-1171 in response to Defendants' Second Set of Requests for Production of Documents.

Sincerely,

Stephen R. Bruce

cc:    Thomas Moukawsher, Moukawsher & Walsh