<u>**Amara v. CIGNA**</u>, Case No. 01-2361 (MRK)

# EXHIBIT 212

**James Eckels**
Mgr, Relationship Mgmt



CIGNA Retirement &
Investment Services

September 19, 2003

Routing H20A
280 Trumbull Street
Hartford, CT 06010
Telephone 860.534.2508

Janice Amara
39 Town Beach Road
Old Saybrook, CT 06475

Dear Janice:

The purpose of this letter is to notify you that it has been determined that a staff reduction is necessary. As you volunteered for job elimination, I want to inform you that your job will be eliminated on October 17, 2003.

Because your job will be eliminated, you may be eligible for outplacement assistance and may be eligible for benefits under the company's Severance Pay Plan if you continue your employment through October 17, 2003 and sign the enclosed Agreement and Release which you do not revoke. You have forty-five (45) calendar days from tomorrow to review, consider and return the signed Agreement and Release and, thereafter, seven (7) days to revoke it.

By signing the Agreement and Release, you are waiving your rights to pursue any issues or claims related to your employment or termination of employment in any form, including the Employment Dispute Resolution Program (i.e., Speak Easy or Mediation/Arbitration Processes). You may wish to review your rights and the Agreement and Release with an attorney.

Benefits at termination information can be found in your Health, Life & Disability Summary Plan Description (SPD) under (Events Affecting Benefits). The SPD can be found on the CIGNA Central Intranet site.

Enclosed is the Agreement and Release. If you have any questions after reading this document, please do not hesitate to ask either Kate Sanderson – 860.534.9660 or me 860.534.2508.

I want you to know that all of us appreciate the contribution you have made to this organization and wish you well in future endeavors.

Sincerely,

*James M Eckels*

James Eckels
Mgr, Relationship Mgmt

Attachment

P 1137

CIGNA Retirement & Investment Services' products and services are provided exclusively by various operating subsidiaries of CIGNA Corporation, including Connecticut General Life Insurance Company. "CIGNA" is used to refer to these subsidiaries and is a registered service mark.

April 22, 2004

Ms. Annette S. Glanz
36 Ashford Road
Ashford, CT 06278

Dear Annette:

The purpose of this letter is to notify you that it has been determined that a staff reduction is necessary. As a result, I must regretfully inform you that your job will be eliminated on June 18, 2004.

Because your job will be eliminated, you may be eligible for outplacement assistance and may be eligible for benefits under the company's Severance Pay Plan if you continue your employment through June 18, 2004 and sign the enclosed Agreement and Release. You have ten (10) calendar days from tomorrow to review, consider and return the signed Agreement and Release.

Please review the attached Agreement and Release carefully. By signing this Agreement and Release, you will be waiving any rights you have (if any) to seek additional compensation or damages related to your employment or the termination of your employment with the Company. You will also be waiving your rights to pursue any remedies under CIGNA's Employment Dispute Resolution Program (i.e. Speak Easy or Arbitration/Mediation Processes).

Please note that the Agreement and Release is a legally binding document. As such, you may wish to review your rights and the Agreement and Release with an attorney.

Benefits at termination information can be found in your Health, Life & Disability Summary Plan Description (SPD) under (Events Affecting Benefits). The SPD can be found on the CIGNA Central Intranet site.

Enclosed is the Agreement and Release. If you have any questions after reading this document, please do not hesitate to ask either Michele Abel, AVP, Human Resources at 215-761-2543 or me at 215-761-6756.

I want you to know that all of us appreciate the contribution you have made to this organization and wish you well in future endeavors.

Sincerely,


George McNamara
Vice President, Systems Financial

Attachment

P 2332