**<u>Amara v. CIGNA</u>, Case No. 01-2361 (MRK)**

# EXHIBIT 213

# CIGNA Severance Pay Plan
## Summary Plan Description
### December 1, 2002

Rev. 3/03

**P 2301**

**Contents**

OVERVIEW ...................................................................................................4

Who Is Eligible ............................................................................................4

Cost of the Plan ...........................................................................................4

Amount of Your Severance Pay.....................................................................4

Severance Pay Is Taxable Compensation but not "Eligible Earnings" .................5

SCHEDULE I BENEFITS ..............................................................................5

Basic Severance Pay Benefits under Schedule I ..............................................5

    Schedule I: Basic Severance Pay ............................................................... 6

Supplemental Severance Pay Benefits under Schedule I ...................................6

    Bonus Severance Payment ...................................................................... 6

    Stock Plan Severance Payment ................................................................. 6

Agreement and Release .................................................................................7

How Schedule I Severance Benefits Are Paid ..................................................7

SCHEDULE II BENEFITS ..............................................................................8

Basic Severance Pay Benefits under Schedule II ..............................................8

    Schedule II: Basic Severance Pay .............................................................. 8

Supplemental Severance Pay Benefits under Schedule II ...................................8

How Schedule II Severance Benefits Are Paid ..................................................9

SCHEDULE III BENEFITS .............................................................................9

Agreement and Release .................................................................................9

Severance Pay Benefits under Schedule III.....................................................10

    Schedule III: Severance Pay .................................................................... 10

How Schedule III Severance Benefits Are Paid .................................................10

EVENTS AFFECTING BENEFITS ...................................................................10

If You Stop Being a Regular Employee.............................................................10

If You Transfer to or from a Non-Participating Company ....................................10

If You Take an Approved Leave of Absence......................................................11

If You Have a Covered Disability ....................................................................11

If You Are Rehired by a CIGNA Company after Receiving Severance Pay ...........11

If You Die after Becoming Eligible for Severance Pay ........................................11

If You Become Ineligible for Severance Pay after Benefit Payments Start ...........12

CLAIM AND APPEAL PROCESS......................................................................12

Claim for Severance Pay Benefits ...................................................................12

Appeal Procedure ........................................................................................12

OTHER IMPORTANT INFORMATION ...............................................................13

Funding and Administration ...........................................................................13

P 2302

Continuation of the Severance Pay Plan ........................................................... 14

Your Rights ..................................................................................................... 14

Plan Administration Information ...................................................................... 15

**DEFINITIONS** .................................................................................................. **16**

3

P 2303

## Overview

Subject to the terms of the CIGNA Severance Pay Plan, **CIGNA**[1] provides severance pay for certain employees terminated by the company. The Plan has three different severance pay schedules. Each schedule applies to a different type of termination of employment.

| | |
|---|---|
| **Schedule I** | Termination due to job elimination because of a reorganization, consolidation, department or office closing, or work-force reduction (pages 5-7) |
| **Schedule II** | Termination after a **change of control** of CIGNA Corporation (pages 8-9) |
| **Schedule III** | Termination for poor performance or because no **suitable position** is available within 30 days of return from certain leaves of absence (pages 9-10) |

### Who Is Eligible

Most **regular employees** of **CIGNA** are covered by the Plan. However, you are not covered by the Plan and not eligible for any Plan benefits if:

- You are covered by, or are party to, a written agreement covering the conditions of your employment (unless the agreement specifically says that you are covered by the CIGNA Severance Pay Plan) or

- You are in Salary Grade 70.

Unless one of the above exceptions applies to you, you are automatically covered under the Plan on your first day as a **regular employee**. You do not have to enroll in the plan.

### Cost of the Plan

**CIGNA** pays the entire cost of the Severance Pay Plan. You pay nothing.

### Amount of Your Severance Pay

The amount of severance pay you receive under the Plan depends on:

- Your **base salary** rate on your **termination of employment date**;
- The number of your completed years of **service**;
- Which severance pay schedule applies (if any); and
- Whether you are eligible for supplemental severance payments.

This SPD describes the severance pay benefits that apply to most employees. However, if you are employed in a position that makes you eligible for sales incentive compensation, your Division may have severance pay practices that differ from those described in this SPD.

---

[1] Definitions of terms in bold print are on pages 16-18.

4

P 2304

**Severance Pay Is Taxable Compensation but not "Eligible Earnings"**

Severance pay is taxable compensation and is subject to withholding of applicable federal, state and local income taxes. However, severance pay is not "eligible earnings" for any other benefit plans.


## Schedule I Benefits

You are eligible for severance pay under Schedule I only if:

- You have received a formal, written notice that your employment with **CIGNA** is being terminated because your job has been eliminated as a result of a reorganization, consolidation, department or office closing, or a work-force reduction program. The date you receive this notice is your **notification date**. Your **notification date** must be at least four weeks before your **termination of employment date**.
- You have signed an Agreement and Release (see page 7) and have not revoked it.
- None of the exceptions listed below applies to you.

You will *not* be eligible for any severance pay under Schedule I if:

- You resign, or your resignation is effective, before or during the **notification period**.
- You do not sign an Agreement and Release, or you revoke the Agreement and Release you signed.
- Your employment terminates for any reason other than job elimination, as described above.
- After your employment with **CIGNA** terminates, you become employed by a **successor employer** or by a **CIGNA company** that does not participate in the CIGNA Severance Pay Plan.
- You refuse an offer for an open job in a **suitable position** with any **CIGNA company** or **successor employer**.
- You decline an interview for an open job in a **suitable position** with a **CIGNA company** or **successor employer**.

There are two kinds of severance pay benefits available under Schedule I — basic and supplemental. Even if you qualify for basic severance pay, you must meet additional conditions to qualify for supplemental severance payments.


**Basic Severance Pay Benefits under Schedule I**

If you are eligible for severance pay under Schedule I, you will receive two weeks of severance pay at your **base salary** rate for each completed year of **service** as of your **termination of employment date**. The maximum basic benefit is equal to 52 weeks of **base salary**. The minimum basic benefit is 16 weeks of **base salary** for employees in grades 58-59, 12 weeks of **base salary** for employees in grades 54-57 and two weeks of **base salary** for all other employees.

P 2305

**Schedule I: Basic Severance Pay**

| Completed Years of Service | Number of Weeks of Severance Pay | Completed Years of Service | Number of Weeks of Severance Pay |
|---|---|---|---|
| Less than 1 | 2 | 14 | 28 |
| 1 | 4 | 15 | 30 |
| 2 | 4 | 16 | 32 |
| 3 | 6 | 17 | 34 |
| 4 | 8 | 18 | 36 |
| 5 | 10 | 19 | 38 |
| 6 | 12 | 20 | 40 |
| 7 | 14 | 21 | 42 |
| 8 | 16 | 22 | 44 |
| 9 | 18 | 23 | 46 |
| 10 | 20 | 24 | 48 |
| 11 | 22 | 25 | 50 |
| 12 | 24 | 26 | 52 |
| 13 | 26 | More than 26 | 52 |

## Supplemental Severance Pay Benefits under Schedule I

If you are eligible to receive severance pay under Schedule I, you will receive supplemental severance pay if you were participating in the CIGNA Management Incentive Plan (MIP) on your **termination of employment date**. There are two types of supplemental severance pay: bonus severance and stock plan severance.

### Bonus Severance Payment

If your **termination of employment date** is between January 1 and March 31:

> Any MIP bonuses paid to you *during* the two calendar years before the year of your termination will be added together and divided by two. The result will be reduced by any MIP bonus you receive in the year of your termination.

If your **termination of employment date** is between April 1 and December 31:

> Any MIP bonuses paid to you *for* the two calendar years before the year of your termination will be added together and divided by two. The result will be multiplied by a fraction. The numerator will be the number of months in the year of your termination up to and including the month of your termination. The denominator will be 12. (A bonus *for* a calendar year is usually received *during* the next calendar year.)

In this calculation if you received no bonus during or for a year, you are normally treated as having received a zero bonus for that year. However, if you have been employed by **CIGNA** in a MIP-eligible position for fewer than two years, **CIGNA** may, at the discretion of the Plan Administrator, calculate your bonus severance payment differently. The different calculation will be based on your particular circumstances (including your period of employment in a MIP-eligible position and whether you have received any MIP bonuses) and will be used only if it increases your bonus severance payment over that produced by the normal (no-bonus-means-zero-bonus) calculation.

### Stock Plan Severance Payment

If you received grants of restricted stock under a CIGNA Corporation stock plan and you forfeit any of those shares on your **termination of employment date**, you will be eligible for a lump-sum payment. The amount of the payment will be the number of forfeited shares multiplied by the fair market value (as determined under the stock plan) of each share on your **termination of employment date**.

6

P 2306

The Severance Pay Plan provides no payment of any kind to compensate you for any CIGNA Corporation stock options that, upon the termination of your employment, you might forfeit or that remain unexercised or that you cannot exercise.

## Agreement and Release

If you have received formal, written notice from your employer that your job has been eliminated, you will receive a written Agreement and Release. Both you any your employer must sign the Agreement and Release.

In addition to other provisions, the Agreement and Release will provide that:

- Your **CIGNA company** employment will terminate at the end of the **notification period**.
- The reason for your termination is that your job was eliminated.
- After your **termination of employment date** you will receive severance pay benefits under Schedule I (either bi-weekly or in a lump sum, as you choose, and the agreement will reflect your choice).
- If you choose bi-weekly payments, then during the **severance period**:
  - Your group Basic Life Insurance coverage will continue and
  - If you make an appropriate election, you will be eligible to continue your health care benefits, at the company-subsidized group rates.
- You will release **CIGNA companies**, and their officers, directors, employees and agents, from any liabilities arising out of, or related to, your employment and termination of employment (of course, your rights arising under other benefit plans on or after your **termination of employment date** will be preserved).
- You agree that for one year after your **termination of employment**, you will not solicit any **CIGNA company** customers or employees.
- You agree to resolve any disputes, including those arising under the Agreement and Release, by going through arbitration.
  *Note: If you sign the Agreement and Release, you will waive all rights to pursue issues under the CIGNA Employment Dispute Resolution Program (i.e. Speak Easy, Arbitration/Mediation).*

## How Schedule I Severance Benefits Are Paid

Basic severance pay under Schedule I is usually in the form of bi-weekly (once every two weeks) checks.

You may choose to receive a lump-sum payment instead, *but you must choose this method of payment within the first 14 days of your notification period.* Your choice of a lump-sum severance payment becomes void if you become disabled during the **notification period**. See the section called "If You Have a Covered Disability" on page 11 for more details.

If you elect to receive a lump-sum payment, you will not be eligible during your **severance period** for:

- **CIGNA**-subsidized rates for health care coverage (if you elect to continue coverage under COBRA); or
- Continuation of Basic Life Insurance coverage.

Supplemental severance pay benefits under Schedule I are paid only in a lump sum as soon as practicable after your **termination of employment date**.

7

P 2307

## Schedule II Benefits

If your employment is terminated within two years after a **change of control** of CIGNA Corporation (see page 16), you will receive at least four weeks advance notice (your **notification period**) and you will be eligible for severance pay benefits under Schedule II. Schedule II provides basic and supplemental severance benefits.

Your employment is "terminated within two years after a **change of control**" if:

- Your employment is involuntarily terminated by **CIGNA** or a successor company, except if the termination is "for cause" and
- The termination occurs during the two-year period that starts on the date there is a **change of control** of CIGNA Corporation.

A termination is "for cause" under the Severance Pay Plan if your employment is terminated because you have been convicted of a felony involving fraud or dishonesty against any **CIGNA company** or successor.

No **change of control** under the Severance Pay Plan occurs when any **CIGNA company** (other than CIGNA Corporation) is sold, merged, spun-off or affected by any other business transaction. If your **CIGNA** employment terminates because of such a transaction, you will not receive any benefits under Schedule II.

## Basic Severance Pay Benefits under Schedule II

Schedule II provides basic severance pay equal to four weeks of pay at your **base salary** rate for each completed year of **service** as of your **termination of employment date**. The minimum benefit is 13 weeks of pay and the maximum benefit is 104 weeks of pay.

### Schedule II: Basic Severance Pay

| Completed Years of Service | Number of Weeks of Severance Pay | Completed Years of Service | Number of Weeks of Severance Pay |
|---|---|---|---|
| Less than 1 | 13 | 14 | 56 |
| 1 | 13 | 15 | 60 |
| 2 | 13 | 16 | 64 |
| 3 | 13 | 17 | 68 |
| 4 | 16 | 18 | 72 |
| 5 | 20 | 19 | 76 |
| 6 | 24 | 20 | 80 |
| 7 | 28 | 21 | 84 |
| 8 | 32 | 22 | 88 |
| 9 | 36 | 23 | 92 |
| 10 | 40 | 24 | 96 |
| 11 | 44 | 25 | 100 |
| 12 | 48 | 26 | 104 |
| 13 | 52 | More than 26 | 104 |

## Supplemental Severance Pay Benefits under Schedule II

If you are eligible to receive severance pay under Schedule II, you will also be eligible for the same two types of supplemental severance payments (bonus and stock plan) that are available under Schedule I Benefits as explained on pages 6-7.

8

P 2308

**How Schedule II Severance Benefits Are Paid**

Basic severance pay under Schedule II is paid either in bi-weekly paychecks or a lump-sum payment, depending on your election during your **notification period**. The same election procedures and effect on benefits apply under Schedule II as under Schedule I (see page 7).

Supplemental severance payments under Schedule II are paid only in a lump sum.

## Schedule III Benefits

Schedule III provides basic severance pay benefits to you if your employment is terminated because you choose not to go through a period of probation because of your work performance or you are unable to locate a new position after you return from an approved leave of absence.

You will be eligible for severance pay benefits under Schedule III only if you sign an Agreement and Release and your termination of employment is because:

- You decide to leave **CIGNA** after you receive written notice of probation for poor performance; or
- Upon your return from an approved leave of absence, your former position is no longer available and you are unable to locate a new position within 30 days of your return. Schedule III applies only if you return from your leave within one year of your first day of absence.

You will not be eligible for benefits under Schedule III if:

- Your employment terminates for any reason (including your resignation) other than the two listed above;
- You refuse to sign an Agreement and Release provided by **CIGNA**; or
- You revoke an Agreement and Release that you do sign.

**Agreement and Release**

- If, under your employer's personnel policies and procedures, you are notified in writing that you have been placed on probation for poor performance, you may request an Agreement and Release and agree to the termination of your **CIGNA** employment. The reason for your termination will be that you and your employer agree that such termination is mutually beneficial.

    Your request must be made in writing and must be received by your manager no later than seven calendar days after you are notified that you are on probation for poor performance.

- If, 30 days after your return from a leave of absence of less than a year, no **suitable position** is available, you will receive an Agreement and Release.

In either case, the Agreement and Release will be in writing. You and your employer must sign it. It will contain the same provisions listed under "Agreement and Release" on page 7 except it will provide that:

- Your employment with **CIGNA** will terminate at the close of the pay period during which you submit your written request or 30 days after you return from your leave of absence.
- After your **termination of employment date** you will receive severance pay benefits in accordance with Schedule III.

9

P 2309

**Severance Pay Benefits under Schedule III**

Schedule III provides for a specified number of weeks of pay at your **base salary** rate for each year of **service** you have as of your **termination of employment date**. The minimum benefit is two weeks of pay and the maximum benefit is 52 weeks of pay.

Supplemental severance payments are not available under Schedule III.

**Schedule III: Severance Pay**

| Completed Years of Service on Your Termination of Employment Date | Number of Weeks of Severance Pay | Completed Years of Service on Your Termination of Employment Date | Number of Weeks of Severance Pay |
|---|---|---|---|
| Less than 1 | 2 | 16 | 22 |
| 1 | 4 | 17 | 24 |
| 2 | 4 | 18 | 26 |
| 3 | 4 | 19 | 28 |
| 4 | 4 | 20 | 30 |
| 5 | 5 | 21 | 32 |
| 6 | 6 | 22 | 34 |
| 7 | 7 | 23 | 36 |
| 8 | 8 | 24 | 38 |
| 9 | 9 | 25 | 40 |
| 10 | 10 | 26 | 42 |
| 11 | 12 | 27 | 44 |
| 12 | 14 | 28 | 46 |
| 13 | 16 | 29 | 48 |
| 14 | 18 | 30 | 50 |
| 15 | 20 | More than 30 | 52 |

**How Schedule III Severance Benefits Are Paid**

Severance pay under Schedule III will generally be paid in the form of bi-weekly paychecks. You may choose to receive a lump-sum payment instead, but you must choose this method of payment before your **termination of employment date**. If you do not choose a lump-sum payment before your **termination of employment date**, you will automatically receive bi-weekly payments.

The same effect on benefits applies under Schedule III as under Schedule I (see page 7).

## Events Affecting Benefits

**If You Stop Being a Regular Employee**

You will stop being covered by the Plan on the first day you stop being a **regular employee**. For example, you will stop being a **regular employee** if:

- You change to hourly status (because you are scheduled to work less than 24 hours each week); or
- You are not a U.S. citizen and you transfer to a work location outside the U.S. (because your temporary work assignment in the U.S. ends).

**If You Transfer to or from a Non-Participating Company**

Not all **CIGNA companies** participate in the CIGNA Severance Pay Plan. See page 16 for a list of participating companies.

10

P 2310

You will become covered by the Severance Pay Plan on the date you become a **regular employee** of a participating **CIGNA company**. You will stop being covered by the Plan after your last day of employment with a participating **CIGNA company**.

You will not be eligible for severance pay benefits simply because you transfer to a non-participating **CIGNA company**.

### If You Take an Approved Leave of Absence

You will continue to be covered by the Plan while you are on an approved leave, including paid or unpaid leave, military leave, family leave or disability leave.

If your job is eliminated while you are on leave, generally you will not receive a notice of job elimination and your employment will not be terminated until you return from leave. However, there may be situations in which your **CIGNA company** employment ends while you are on leave.

### If You Have a Covered Disability

Basic severance pay will be reduced by the amount of any benefits you may be eligible to receive under CIGNA's Short-Term Disability (STD) or Long-Term Disability (LTD) plans. In effect, you will receive the greater of severance pay or disability benefits, but not both, during any period for which you are eligible to receive both severance pay under this plan and disability benefits under the CIGNA STD or LTD Plans.

### If You Are Rehired by a CIGNA Company after Receiving Severance Pay

Bi-weekly severance payments stop on the date of your re-employment with any **CIGNA company**.

If you received basic severance pay benefits in a lump sum, and begin employment with any **CIGNA company** during your **severance period**, you must repay to **CIGNA** the part of your basic severance pay that you would not have received had you received severance pay in the form of bi-weekly paychecks. That is, you must repay the amount that would have been payable after you were rehired and returned to work for a **CIGNA company**.

If you are rehired by a **CIGNA company** after the end of your severance period, you will not have to repay any basic severance pay.

Depending on the circumstances surrounding your termination of employment and rehire, you may have to repay the amount of any bonus supplemental severance pay (see page 6). Otherwise, your eligibility for, or the amount of, a bonus following your rehire may be adversely affected.

If you are rehired as an hourly, temporary or casual employee to meet compelling **CIGNA** business needs, however, the Plan Administrator may decide to waive some or all of the provisions that stop, or require you to repay, severance pay.

### If You Die after Becoming Eligible for Severance Pay

Any severance payments that **CIGNA** owes you when you die will be made to your estate in a lump sum, unless the laws in the state in which you reside require otherwise.

11

**If You Become Ineligible for Severance Pay after Benefit Payments Start**

Any Plan payments will stop if you become ineligible for severance pay under the eligibility rules described in this SPD. For example, if you become employed by a **successor employer** during your **severance period**, your eligibility for severance pay will end on your hire date.

If you received severance pay in a lump sum, you will have to repay to CIGNA that part of the payment that represents the remaining part of the **severance period**.

## Claim and Appeal Process

### Claim for Severance Pay Benefits

If you become eligible for severance pay benefits, **CIGNA** will ordinarily make or begin payments automatically. You will not need to make a claim for benefits.

However, if you have a question about why severance pay benefit payments are not being made, or about the amount of payments, you should immediately contact your manager with your question.

If you are not satisfied with your manager's answer to your question, notify your Human Resources representative in writing and describe what Plan benefits you believe you have not received. That notice will be treated as a claim for benefits. You must make a claim for benefits *no later than 180 days after* your **termination of employment date**.

Your Human Resources representative will determine your eligibility for, and the amount of, any severance pay. He or she will respond in writing to your claim for benefits within 90 days after receipt of you written claim. However, if special circumstances require more time to make a decision on your claim, an extension of up to 90 more days may be needed to consider your claim. You will be notified in writing of any extension and the reason for it.

You will be notified in writing of the decision on your claim. If your claim is denied, this written notice will include:

- The specific reason for the denial;
- References to plan provision on which the denial is based;
- A description of any additional material or information needed to approve your claim and an explanation of the need for the additional material or information; and
- A description of the Plan's procedures for appealing the decision and a statement of your rights to bring a civil action under ERISA.

If you have not received a decision by the end of the 90-day period (or the end of the extended period, if you received notice about the extension), your claim has been denied.

### Appeal Procedure

If your claim for benefits is denied, entirely or in part, and you feel there has been an error or that your complaint has not been handled properly, you have the right to appeal to the Plan Administrator. Your appeal must be in writing and must be sent within 60 days from the date you receive your Human Resources representative's decision on your claim. You should address your appeal to:

P 2312

Severance Pay Plan Administrator
CIGNA
Two Liberty Place - TL17C
1601 Chestnut Street
Philadelphia, PA 19192

Your appeal letter should explain why you think your Human Resources representative's decision is wrong. Your appeal letter may be written by someone else if you clearly authorize that person in writing to represent you and a copy of that written authorization, signed by you, is included with the appeal letter.

If you make a written request, you are entitled to review or receive, free of charge, copies of documents and other information relevant to your claim. In considering your appeal, the Plan Administrator will review your written appeal letter, any relevant documents you provide, the relevant Plan provisions and other relevant information.

The Plan Administrator will normally make a decision on your appeal within 60 days after receiving your appeal letter. However, if special circumstances require more time, an extension of up to 60 more days may be needed to consider your claim. You will be notified in writing of any extension and the reason for it. If you must provide additional information to support your appeal, the 60-day period will be suspended until the Plan Administrator receives the additional information.

You will be notified in writing of the Plan Administrator's decision on your appeal, and that decision is final. If your appeal is denied, this written notice will include:

- The specific reason for the denial;
- References to plan provision on which the denial is based;
- A statement that you may request access to or copies, free of charge, of all documents, records and other information relevant to your claim; and
- A statement of your right to bring a civil action for Plan benefits under **ERISA** section 502(a).

If you have not received a decision by the end of the 60-day period (or the end of the extended period, if you received notice about the extension), you may treat your appeal as denied.

## Other Important Information

### Funding and Administration

The CIGNA Severance Pay Plan is "unfunded." That is, no trust fund, insurance contract, or special fund or pool of money has been set aside to pay severance pay. Each **CIGNA company** that participates in the Plan pays severance pay out of its general assets. Plan benefits are not insured or guaranteed.

The CIGNA Severance Pay Plan is administered by the corporate Vice President - Employee Relations, with assistance from the heads of the Human Resources Department for the organization in which you are employed, and any person or persons designated by him or her. Your manager has the sole discretion to determine the reason for your termination of employment. The Plan Administrator has the sole discretion to determine whether you are eligible for benefits under the plan and the amount of any benefit to which you might be entitled, as well as to interpret any of the plan's provisions, including ambiguous and disputed terms and to make any related factual determinations. The Plan Administrator's determinations and interpretations are final and binding on all parties.

13

P 2313

*No manager or Human Resources representative is authorized to waive requirements of benefit plans, to interpret their terms or to grant exceptions or to contract with employees to provide benefits beyond those described in this booklet.*

## Continuation of the Severance Pay Plan

**CIGNA** expects to continue this plan indefinitely, but reserves the right to modify, suspend or terminate the plan at any time. The Plan may be changed or terminated by CIGNA Corporation's Board of Directors, a committee of the Board of Directors, CIGNA Corporation's Chief Executive Officer, or any authorized officer of CIGNA Corporation. Your coverage or benefits under the plan may be modified, suspended or ended as a result of any such change. However, once a **change of control** occurs, Schedule II cannot be changed for two years following a **change of control**.

## Your Rights

Companies are not required by law to provide or to continue severance pay benefits. However, since **CIGNA** provides them, certain legal requirements must be met.

As a participant in the CIGNA Severance Pay Plan, you are entitled to certain rights and protections under **ERISA**. **ERISA** provides that all Plan participants shall be entitled to:

Receive Information About Your Plan and Benefits

- Examine, without charge, at the Office of the Plan Administrator in Philadelphia during normal working hours (and at other locations that the Plan Administrator may specify from time to time) all documents governing the Plan and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Pension and Welfare Benefit Administration.
- Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The Plan Administrator may make a reasonable charge for the copies.
- Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report. You may find the latest summary annual report on the CIGNA & You section of CIGNA Central, **CIGNA**'s intranet site.

Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants **ERISA** imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants. No one, including your employer, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a Plan benefit or exercising your rights under **ERISA**.

Enforce Your Rights

- If your claim for a severance pay benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

14

**P 2314**

- Under **ERISA**, there are steps you can take to enforce the above rights. For instance, if you request a copy of Plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees (for example, if it finds your claim is frivolous).

Assistance with Your Questions

If you have any questions about the Plan, you should contact your Human Resources representative or the Plan Administrator. If you have any questions about this statement or about your rights under **ERISA**, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under **ERISA** by calling the publications hotline of the Pension and Welfare Benefits Administration.

## Plan Administration Information

| | |
|---|---|
| Name of Plan | CIGNA Severance Pay Plan |
| Type of Plan | Welfare benefits for terminated employees |
| Plan Year | January 1 to December 31 |
| Type of Administration | Self-administration |
| Plan Sponsor | CIGNA Corporation |
| Named Fiduciary | Corporate Benefit Plan Committee<br>C/o Office of the Corporate Secretary<br>CIGNA Corporation<br>1650 Market Street, OL55F<br>Philadelphia, PA 19192 |
| Plan Administrator | Marjorie Stein<br>Vice President – Employee Relations<br>CIGNA Corporation<br>1601 Chestnut Street, TL17B<br>Philadelphia, PA 19192 |
| Agent for Legal Process* | Office of Corporate Secretary<br>CIGNA Corporation<br>1650 Market Street, OL55F<br>Philadelphia, PA 19192 |
| Plan Trustee | None |
| Plan Sponsor ID Number | Company 06-1059331 |
| Plan ID Number | 002 |

- Process may also be served on the Plan Trustee or Plan Administrator.

15

P 2315

## Definitions

**base salary** — Your basic salary rate stated as an annual amount.

**CIGNA** — The following **CIGNA companies**, which participate in the Signature Benefits program:

| Participating Companies in the CIGNA Severance Pay Plan as of October 1, 2002 | |
|---|---|
| Arizona Health Plan, Inc. | CIGNA HealthCare of Maine, Inc. |
| CIGNA Bank and Trust Company, FSB | CIGNA HealthCare of Massachusetts, Inc. |
| CIGNA Behavioral Health, Inc. | CIGNA HealthCare of New Hampshire, Inc. |
| CIGNA Behavioral Health of California, Inc. | CIGNA HealthCare of New Jersey, Inc. |
| CIGNA Community Choice, Inc. | CIGNA HealthCare of New York, Inc. |
| CIGNA Corporation | CIGNA HealthCare of North Carolina, Inc. |
| CIGNA Dental Health, Inc. | CIGNA HealthCare of Ohio, Inc. |
| CIGNA Dental Health of California, Inc. | CIGNA HealthCare of Pennsylvania, Inc. |
| CIGNA Dental Health of Colorado, Inc. | CIGNA HealthCare of South Carolina, Inc. |
| CIGNA Dental Health of Delaware, Inc. | CIGNA HealthCare of St. Louis, Inc. |
| CIGNA Dental Health of Florida, Inc. | CIGNA HealthCare of Tennessee, Inc. |
| CIGNA Dental Health of Kansas, Inc. | CIGNA HealthCare of Texas, Inc. |
| CIGNA Dental Health of Kentucky, Inc. | CIGNA HealthCare of Utah, Inc. |
| CIGNA Dental Health of Maryland, Inc. | CIGNA HealthCare of Virginia, Inc. |
| CIGNA Dental Health of New Jersey, Inc. | CIGNA HealthCare Preferred of New Hampshire, Inc. |
| CIGNA Dental Health of New Mexico, Inc. | CIGNA Holdings, Inc. |
| CIGNA Dental Health of Ohio, Inc. | CIGNA International Corporation |
| CIGNA Dental Health of Pennsylvania, Inc. | CIGNA International Investment Advisors, Ltd. |
| CIGNA Dental Health of Texas, Inc. | CIGNA International Services, Inc. |
| CIGNA Dental Health Plan of Arizona, Inc. | CIGNA Investment Management |
| CIGNA Direct Marketing Company, Inc. | CIGNA Investments, Inc. |
| CIGNA Health Corporation | CIGNA Life Insurance Company of New York |
| CIGNA HealthCare Mid-Atlantic, Inc. | CIGNA RE Corporation |
| CIGNA HealthCare of Arizona, Inc. | CIGNA Retirement Benefits Services, Inc. |
| CIGNA HealthCare of Arkansas, Inc. | Congen Properties, Inc. |
| CIGNA HealthCare of California, Inc. | Connecticut General Life Insurance Company |
| CIGNA HealthCare of Colorado, Inc. | Healthsource, Inc. |
| CIGNA HealthCare of Connecticut, Inc. | Healthsource Employer Services, Inc. |
| CIGNA HealthCare of Delaware, Inc. | Healthsource HMO of New York, Inc. |
| CIGNA HealthCare of Florida, Inc. | International Rehabilitation Associates, Inc. |
| CIGNA HealthCare of Georgia, Inc. | Life Insurance Company of North America |
| CIGNA HealthCare of Illinois, Inc. | Psychological Managed Care Consultants, P.C. |
| CIGNA HealthCare of Indiana, Inc. | Tel-Drug, Inc. |
| CIGNA HealthCare of Kentucky, Inc. | Tel-Drug of Pennsylvania, L.L.C. |
| CIGNA HealthCare of Louisiana, Inc. | TimesSquare Capital Management, Inc. |

**CIGNA company(-ies)** — CIGNA Corporation and/or any subsidiary or affiliate in which CIGNA Corporation owns directly or indirectly at least an 80-percent interest.

**change of control** — A change in the ownership of CIGNA Corporation, or in CIGNA Corporation's Board of Directors, that occurs in any of the following ways:

- A person, entity or group acquires beneficial ownership of enough common or preferred shares of CIGNA Corporation stock to possess either:
  - more than 50 percent of the voting power of the shares that voted to elect Directors at the immediately preceding CIGNA Corporation shareholders meeting; or

16

P 2316

- more than 25 percent of the voting power of all outstanding CIGNA Corporation Common shares.
- After a merger or consolidation involving CIGNA Corporation, either:
  - CIGNA Corporation is not the surviving company; or
  - CIGNA Corporation Directors immediately before the merger or consolidation are less than a majority of the Board of Directors after the merger or consolidation.
- During any consecutive 24-month period, the Board of Directors of CIGNA Corporation changes so that those Directors on the Board at the beginning of the period, together with those Directors elected, nominated or recommended by at least a majority of Directors on the Board at the beginning of the period, cease being a majority of the Board.

**ERISA** — The Employee Retirement Income Security Act of 1974.

**notification date** — The day you receive formal written notice that your job has been eliminated.

**notification period** — The period of at least four weeks beginning on the day after your **notification date** and ending on your **termination of employment date**.

**regular employee** - A person who meets these three conditions and is not in any of the excluded categories:

- Employed by **CIGNA**;
- Works in the United States, the District of Columbia, Puerto Rico, Guam or the Virgin Islands *or* is designated by the Plan Administrator as an eligible U.S. expatriate; and
- Is classified in **CIGNA** personnel records as a full-time employee *or* a regular part-time employee (a "regular" part-time employee is generally someone who is routinely scheduled to work at least 24 hours each week).

Excluded categories of employees are:

- Hourly, temporary and casual employees;
- Employees who belong to a collective bargaining unit, unless the applicable collective bargaining agreement provides that unit members are eligible for specified benefit plans;
- Persons who are employed and paid by a company or organization not affiliated with **CIGNA** but in some way perform work for **CIGNA** under a contract or other business arrangement between **CIGNA** and their employer;
- Persons who perform work for **CIGNA** as independent contractors or consultants; and
- Persons not classified as full-time employees or regular part-time employees in **CIGNA** personnel records.

The Plan Administrator has sole discretion to determine whether an employee is **a regular employee**.

**service** — Your total period of employment with **CIGNA companies** – from your first hire date[2] until your **termination of employment date**, minus any periods that you may have been away from **CIGNA companies**.

---

[2] Generally, if you worked for a company before it was acquired by **CIGNA**, your service is counted from the date that your most recent uninterrupted period of service with the acquired company started. "Most recent" is determined as of the date **CIGNA** acquires the company. All other periods of prior service with the acquired company are disregarded unless the CIGNA Board of Directors specifically approves an exception to this rule for an acquired company.

17

The Plan counts only completed, whole years of service. There is no "rounding up." For example, five years and one month of service and five years and eleven months of service both are counted as five years of **service**.

The Plan, however, will not pay you twice based on the same year of **service**. Generally, the Plan will count any particular years of your **service** only once in determining and paying severance pay. This rule will apply only if you are rehired after you have received severance pay under the Plan. Upon a subsequent **termination of employment** after your rehire, only service that has not already been counted in paying you benefits under the Plan (generally only your post-rehire service) will be counted in determining your post-rehire rights to severance pay.

**severance period** — The number of weeks you are eligible to receive severance pay in bi-weekly payments (once every two weeks). The length of your **severance period** depends upon the schedule under which you are eligible to receive severance benefits. Your **severance period** begins the day after your **termination of employment date**. If you have already signed an Agreement & Release and have not revoked it, your bi-weekly severance pay starts on the first day of your **severance period**. If there is a delay in signing your Agreement & Release, there may be a delay in the start of the **severance period**.

**successor employer** — Any person, company or other entity that employs or offers to employ you after it (or one of its affiliates):

- buys a **CIGNA company**;
- buys or receives in connection with any business transaction the assets or book of business of a **CIGNA company**;
- agrees to provide services to a **CIGNA company** (including "out-sourcing" situations when the services the **successor employer** provides are services **CIGNA** employed you to help perform); or
- in any other way takes over any business or operations of any **CIGNA company**.

**suitable position** — A position that:

- in the opinion of **CIGNA** management, is a reasonable match with your qualifications, skills and experience;
- either has a **CIGNA** salary grade which is either the same as, above or within two salary grades below your salary grade on your **notification date** or, in those cases where there is not a comparable salary grade structure, offers a **base salary** rate that is at least 90% of your **base salary** rate on your **notification date**; and
- is located within what management, at its sole discretion, considers to be a reasonable commuting distance (not to exceed a 50-mile radius) from your permanent residence on your notification date (management may determine that reasonable commuting distances for clerical employees are shorter than for professional/managerial employees).

> *Note: If you are a sales employee paid partially or totally under a sales incentive compensation plan, a **suitable position** for you will be defined by your Division's management.*

**termination of employment date** — The date your employment with a **CIGNA company** officially ends (usually, your last day of work at **CIGNA**).

18

P 2318

Life and Work Events—If You Leave CIGNA (With Severance Pay)

**If You Leave CIGNA (With Severance Pay)**

When your employment terminates, most of your benefits will end. However, you may be eligible to continue or convert some coverages. The following charts detail what happens to your benefits when you leave CIGNA and receive severance benefits. The charts also identify things you should consider or do.

**Severance Payment Options**

Please keep in mind:

- If you elect a bi-weekly severance payment option—Federal taxes will be deducted based on the same tax rate used to deduct federal taxes from your pay as when you were an employee.
- If you elect a lump-sum severance payment option—Federal taxes will be deducted from your lump-sum check at the 27 percent tax rate.

You should also review the Severance Pay Plan Summary Plan Description. If you are leaving CIGNA and are not eligible for severance, see the Termination Life Event on CIGNA&You.

## Health Care, Disability, Time Off, and Life Insurance Benefits

| If You Leave CIGNA (with severance pay)—Health Care, Disability, Time Off and Life Insurance Benefits | | | |
|---|---|---|---|
| **Benefits** | **What Happens to Your Benefits?** | **What Do You Need to Do/Consider?** | **Contact** |
| • Medical<br>• Prescription Drugs<br>• Dental | If you have coverage, your coverage ends on the last day of the month in which your employment terminates. Coverage will end for you and your covered dependents.<br>• If you elect a bi-weekly severance payment option and continue medical and dental coverage, by making a COBRA election, your premiums will be billed at the lower CIGNA-subsidized rate during the severance period. Benefit premiums are *not* deducted from your bi-weekly check; you are billed directly. When your severance ends, your premiums will then be billed at full cost (no CIGNA subsidy)<br>• If you elect a lump-sum severance payment option and continue medical and dental coverage, you will be billed for the full cost (no CIGNA subsidy). | You and your covered dependents may be eligible for coverage continuation through COBRA when severance ends. If you elect COBRA, you will be billed the cost of COBRA coverage at full group health plan rates, plus a 2% administration fee.<br><br>A COBRA Notification of Continuation and Coverage Election Form will automatically be mailed to you after you terminate. There is a deadline for applying for COBRA, even if you are collecting severance. For more information, contact Signature Benefits Services. | Call Signature Benefits Services: Network 761.3539 or 1.800.551.3539 |

*These charts provide a brief summary of the plans' provisions. They highlight only certain Signature Benefits programs, which may not apply to all employees. For program overviews, see CIGNA&You. For full plan details, see the Summary Plan Descriptions on CIGNA&You.*

P 2326

Life and Work Events—If You Leave CIGNA (With Severance Pay)

| If You Leave CIGNA (with severance pay)—Health Care, Disability, Time Off and Life Insurance Benefits | | | |
|---|---|---|---|
| **Benefits** | **What Happens to Your Benefits?** | **What Do You Need to Do/Consider?** | **Contact** |
| Short-Term Disability (STD)<br><br>Long-Term Disability (LTD) | STD and LTD coverages end on your termination of employment date. STD benefit payments stop on your termination of employment date.<br><br>If you receive notice of termination for job elimination and you then become disabled before your scheduled termination of employment date, you may become concurrently entitled to disability and severance pay benefits. Any severance benefits will be reduced by the amount of your disability payments<br><br>See the Disability and Severance Pay Plan Summary Plan Descriptions. | | • Call CIGNA Managed Disability Solutions: 1.888.42.CIGNA<br>• Go to the online Disability and Severance Pay Plan Summary Plan Descriptions available on CIGNA&You |
| Supplemental Long-Term Disability (LTD) | If you participate, your payroll contributions and coverage will end on your termination of employment date. You cannot convert your coverage to an individual policy. | | Call Signature Benefits Services: Network 761.3539 or 1.800.551.3539 |
| Basic Life Insurance | • If you elect the bi-weekly severance option, coverage continues until your severance end date.<br>• If you elect the lump-sum severance option, coverage ends on your termination of employment date. | You may be eligible to convert all or part of your coverage to an individual policy. If eligible, you must convert your coverage within 31 days of your termination date. | Call CIGNA Group Insurance Customer Service: 1.800.828.3485 |
| Personal Accident Insurance | Your coverage ends on the last day of the month in which your employment terminates. | You may be eligible to convert all or part of your coverage to an individual policy. If eligible, you must convert your coverage within 31 days of your termination date. | Call CIGNA Group Insurance Customer Service: 1.800.828.3485 |

*These charts provide a brief summary of the plans' provisions. They highlight only certain Signature Benefits programs, which may not apply to all employees. For program overviews, see CIGNA&You. For full plan details, see the Summary Plan Descriptions on CIGNA&You.*

April 2003

P 2327

Life and Work Events—If You Leave CIGNA (With Severance Pay)

| If You Leave CIGNA (with severance pay)—Health Care, Disability, Time Off and Life Insurance Benefits | | | |
|---|---|---|---|
| **Benefits** | **What Happens to Your Benefits?** | **What Do You Need to Do/Consider?** | **Contact** |
| Business Travel Accident Insurance | Your coverage ends on the last day you are actively at work. | | Call Signature Benefits Services: Network 761.3539 or 1.800.551.3539 |
| Group Universal Life Insurance (GUL) | If you participate, your payroll contributions will end on the date your severance begins. | You and any covered family members may maintain all or part of the coverage by paying the required premiums directly to the insurer. | Call CIGNA Group Insurance Customer Service: 1.800.828.3485 |
| Reimbursement Accounts<br>• Health Care Reimbursement Account (HCRA) | If you participate, your payroll contributions will end as of your termination date. | A COBRA Notification of Continuation and Coverage Election Form will automatically be mailed to you after you terminate.<br><br>You may continue participation through COBRA and file claims for expenses incurred until the date you stop paying the required contributions.<br><br>If you do not continue participation through COBRA, you may continue to file claims for eligible expenses incurred prior to your termination date—up to your annual contribution amount. You have until March 31 of the year following the date you became eligible for severance benefits to submit claims. | • Download Health Care Reimbursement Account Claim Form from CIGNA&You.<br>• Call Signature Benefits Services: Network 761.3539 or 1.800.551.3539 |
| Reimbursement Accounts<br>• Dependent Care Reimbursement Account (DCRA) | If you participate, your payroll deductions will end as of your termination date. | You may continue to file claims for eligible expenses incurred prior to your termination date, provided there is a balance in your account. You have until March 31 of the year following the date you became eligible for severance benefits to submit claims. | • Download Dependent Care Reimbursement Account Claim Form from CIGNA&You.<br>• Call Signature Benefits Services: Network 761.3539 or 1.800.551.3539 |

*These charts provide a brief summary of the plans' provisions. They highlight only certain Signature Benefits programs, which may not apply to all employees. For program overviews, see CIGNA&You. For full plan details, see the Summary Plan Descriptions on CIGNA&You.*

April 2003

P 2328

Life and Work Events—If You Leave CIGNA (With Severance Pay)

| If You Leave CIGNA (with severance pay)—Health Care, Disability, Time Off and Life Insurance Benefits | | | |
|---|---|---|---|
| **Benefits** | **What Happens to Your Benefits?** | **What Do You Need to Do/Consider?** | **Contact** |
| Long-Term Care (LTC) Insurance | If you participate, your payroll contributions will end as of the date your severance begins. | You and any covered family members may maintain all or part of the coverage by paying the required premiums directly to the insurer. | *Group LTC Insurance Program:*<br>• Call Marsh @WorkSolutions: 1.877.418.4559<br><br>*Individual LTC Policy:*<br>• Call Answerfinancial: 1.888.511.4141 |
| Vacation and Personal Holidays | You will receive a lump sum equal to the value of your earned but unused time off. This includes:<br>• Regular vacation days<br>• The value of bought vacation days which you have fully paid for but not used<br>• The prorated value of sold vacation days which you have not been fully paid<br>• Personal days<br><br>If you terminate before you have actually earned all of the vacation time you have taken, the value of unearned time will be subtracted from your final paycheck. This may vary depending on the type of severance pay plan for which you are eligible. For more information, see the CIGNA Severance Pay Plan Summary Plan Description on CIGNA&You. | | Call Signature Benefits Services: Network 761.3539 or 1.800.551.3539 |
| Work/Life Resource & Referral Program | Eligibility for participation in this program ends for you and your household members when your severance benefits end. | | Call CIGNA Behavioral Health: 1.800.249.8153 (CBH employees call: 1.800.284.6764) |
| Employee Assistance Program | Eligibility for participation in this program ends for you and your household members when your severance benefits end. | | Call CIGNA Behavioral Health: 1.800.249.8153 (CBH employees call: 1.800.284.6764) |

*These charts provide a brief summary of the plans' provisions. They highlight only certain Signature Benefits programs, which may not apply to all employees. For program overviews, see CIGNA&You. For full plan details, see the Summary Plan Descriptions on CIGNA&You.*

April 2003

P 2329

Life and Work Events—If You Leave CIGNA (With Severance Pay)

### Retirement, Savings, Finances, and Legal Benefits

| If You Leave CIGNA (with severance pay)—Retirement, Savings, Finances, and Legal Benefits | | |
|---|---|---|
| **Benefits** | **What Do You Need to Do/Consider?** | **Contact** |
| Unemployment Benefits | You may be eligible to receive state unemployment benefits. | • Call your state unemployment office<br>• Go online to see if your state has an unemployment benefits Web site |
| Direct Deposit | If you participated in direct deposit and elect the bi-weekly severance payment option, direct deposit will continue. | Call Signature Benefits Services: Network 761.3539 or 1.800.551.3539 |
| CIGNA 401(k) Plan | If you participate, your contributions and the company matching contributions will stop as of your termination date.<br><br>You should contact CIGNA Retirement and Investment Services to discuss your distribution options. | • Go online: www.MyCIGNA.com<br>• Call CIGNA Retirement and Investment Services: 1.800.253.2287 |
| CIGNA Pension Plan<br>• Part B<br>• Part A | If you are not vested at the time of termination, any benefit earned under the CIGNA Pension Plan will be forfeited.<br><br>If you are eligible and vested in the plan, you will automatically receive information about your benefits at your home address within 60 to 90 days after termination.<br><br>You may request an estimate of your benefits prior to termination. | • Go online: www.MyCIGNA.com<br>• Call CIGNA Retirement and Investment Services: 1.800.253.2287 |
| Personal Investing | If you participate, your payroll contributions to an individual brokerage account will end. You can maintain your account and continue to contribute to the account. You should contact CIGNA Financial Services directly for information about your account. | Call CIGNA Financial Services: 1.888.244.6237 |
| Financial Planning Services | If you participate, you payroll deductions will end as of your termination date. You should contact Marsh @WorkSolutions directly to ensure continuation of the benefit. | Call Marsh @WorkSolutions: 1.877.418.4559 |
| U.S. Savings Bonds | If you participate, payroll contributions will end. CIGNA will automatically mail to you a separate refund check for any payroll contributions that have not been used to purchase bonds. | Call Signature Benefits Services: Network 761.3539 or 1.800.551.3539 |
| College Savings Plan | Your participation in the CollegeBound*fund*℠ will continue. You may continue to make contributions through Alliance Capital. | Call Alliance Capital: 1.800.227.2900 |
| Commuter Reimbursement Account | If you participate, your payroll contributions will end. You can file claims for the period when you were employed by CIGNA. Claims after that date will be denied. | Call Signature Benefits Services: Network 761.3539 or 1.800.551.3539 |
| Auto/Home Insurance | If you participate, payroll contributions will end. You may continue your coverage to the end of the current policy period. If you renew your policy, you will no longer be eligible for the CIGNA discount. | • Go online: www.personal-plans.com/cigna<br>• Call Marsh @WorkSolutions: 1.877.418.4559 |

*These charts provide a brief summary of the plans' provisions. They highlight only certain Signature Benefits programs, which may not apply to all employees. For program overviews, see CIGNA&You. For full plan details, see the Summary Plan Descriptions on CIGNA&You.*

5

April 2003

P 2330

Life and Work Events—If You Leave CIGNA (With Severance Pay)

| If You Leave CIGNA (with severance pay)—Retirement, Savings, Finances, and Legal Benefits | | |
|---|---|---|
| **Benefits** | **What Do You Need to Do/Consider?** | **Contact** |
| Legal Services | *Answerfinancial*<br>If you have legal insurance coverage, your payroll contributions will end. You may continue participation. You will be billed directly. You should contact Answerfinancial directly to ensure continuation of the benefit.<br><br>*CIGNA Behavioral Health*<br>Your eligibility to receive legal service referrals through CIGNA Behavioral Health ends as of your termination date. | • Call Answerfinancial: 1.888.511.4141<br>• Call CIGNA Behaviorial Health: 1.800.249.8153 (CBH employees call 1.800.284.6764) |
| Pet Insurance | If you have pet insurance coverage, your payroll contributions will end. You may continue participation. You will be billed directly. You should contact Answerfinancial directly to ensure continuation of the benefit. | Call Answerfinancial: 1.888.511.4141 |

*These charts provide a brief summary of the plans' provisions. They highlight only certain Signature Benefits programs, which may not apply to all employees. For program overviews, see CIGNA&You. For full plan details, see the Summary Plan Descriptions on CIGNA&You.*

**Questions**
If you have questions, contact Signature Benefit Services at Network 761.3539 or 1.800.551.3539. Counselors are available Monday through Friday, 8:00 a.m. to 6:00 p.m., Eastern Time. You may also e-mail your question to SignatureBenefitsSvcs@cigna.com.

April 2003

**P 2331**