<u>Amara v. CIGNA</u>, Case No. 01-2361 (MRK)

# EXHIBIT 216

Page 37

1   administrator?
2   BY MR. BRUCE:
3   Q.   Yes.
4   A.   If I am asked questions, yes, I
5   either generally would funnel that request
6   through Prudential, as they are the folks that
7   are the experts in explaining benefits and how
8   they are calculated per the terms of the plan
9   document and giving people specific demographic
10  and an employment history with CIGNA.
11       And I also then would at times
12  utilizing much of the same information provide
13  an explanation to individuals.
14  Q.   Okay. Item number five in the
15  Notice of Deposition was concerning any
16  exceptions of what CIGNA is aware to the
17  protection of minimum benefits earned for
18  participants who were converted to Part B.
19       So what did you learn about that in
20  preparation for your deposition?
21  A.   There are no exceptions made beyond
22  simply what the terms of the pension plan
23  allowed for. Those are not exceptions, those
24  are terms of the plan and we followed them.

Page 38

1   Q.   How is the minimum benefit
2   protected if the field is empty?
3   A.   Because --
4       MR. BLUMENFELD: Objection.
5       THE WITNESS: Because --
6       MR. BLUMENFELD: Stephen, I want to
7   say --
8       MR. BRUCE: You have made your
9   objection and now you are going to try to
10  coach him. Let him answer the question.
11      MR. BLUMENFELD: If you want the
12  witness to step outside --
13      MR. BRUCE: No. It's in the middle
14  of a question, Jeremy. You made your
15  objection. Now he can answer the
16  question.
17      Do you need it read back to you?
18      THE WITNESS: Yes, please.
19      (Whereupon, the court reporter read
20  back the pertinent testimony.)
21      THE WITNESS: The minimum benefit
22  or any benefit that is calculated per the
23  terms of the pension plan is the
24  responsibility to administer of Prudential

Page 39

1   Retirement and they have a process in
2   place to insure that the specific
3   calculations to a specific individual
4   follow all of the terms of the CIGNA
5   Pension Plan, including those that would
6   relate to what we are describing here as
7   minimum benefit, creating open account
8   balance and protecting any benefits earned
9   in previous or other provisions of the
10  plan prior to specifically the Part B of
11  the pattern.
12  BY MR. BRUCE:
13  Q.   And do you have any idea of how
14  that is done when the field with that
15  information is empty?
16  A.   Yes. Lorraine Morris has, as we
17  talked about before, is responsible for a
18  specific accounts team that actually produces
19  and provides to individuals calculations of
20  their benefits. And those folks are, when they
21  complete those calculations, simply this -- the
22  tools that they have in hand, each one of them
23  is not sufficient to actually complete the
24  calculation. They rely on, overall, all of

Page 40

1   their full understanding of the pension plan to
2   get those calculations.
3       MR. BLUMENFELD: Before the ask the
4   next question, I want to make clear on the
5   record what I was trying to make clear
6   before, which is Mr. Arko is here as a
7   30(b)(6) witness regarding for CIGNA on
8   behalf of the topics that you have
9   identified. I think on a number of
10  occasions you have gone beyond the scope
11  of the topics that you've identified.
12      I am not objecting to your asking
13  the questions right now, but I do want to
14  make clear that Mr. Arko is not testifying
15  as a 30(b)(6) witness on behalf of CIGNA
16  Corporation regarding matters that are
17  outside the scope of the topics that you
18  have identified in your 30(b)(6).
19      MR. BRUCE: You've made your
20  statement.
21  BY MR. BRUCE:
22  Q.   If the field for minimum benefits
23  is empty, what is your understanding of where
24  Lorraine Morris or her team would find the

Page 41

1  dollar amount of the minimum benefit?
2          MR. BLUMENFELD: Objection.
3          THE WITNESS: I have very limited
4      understanding of exactly where and how
5      they obtain that information.
6  BY MR. BRUCE:
7      Q.   What is your limited understanding?
8      A.   That they have in their data bases,
9  and accessible to each team member, information
10 about each participant that has been fed to them
11 over the course of time from CIGNA Corporation
12 or that they have calculated and maintained
13 themselves. And that material is, of course,
14 always available to every person on the team to
15 have access.
16         To the extent information is
17 required to do a calculation under the CIGNA
18 Pension Plan because for whatever reason the
19 participant in question may have service prior
20 to the time that Prudential Retirement took on
21 record keeping responsibilities for certain
22 aspects of the plan, then they have a conduit to
23 obtain that information from CIGNA corporate, to
24 the extent it's previous periods of employment

Page 42

1  or old payroll information.
2      Q.   If they have that information, why
3  wouldn't it have been included in the class
4  list?
5          MR. BLUMENFELD: Objection.
6  BY MR. BRUCE:
7      Q.   If they have the minimum benefit
8  information for the nine thousand people where
9  that field is empty in the DBRK system, why
10 wouldn't it have been included in the class
11 list?
12         MR. BLUMENFELD: Objection.
13         THE WITNESS: As we pointed out or
14     I think your question mentioned earlier
15     that this is -- the information is
16     calculated as it is needed and as it is
17     completed for a participant.
18         The person on Lorraine Morris's
19     account team that is completing this
20     specific calculation would only move to
21     create it if it's not available to them
22     directly on the system. They would move
23     to create additional components of the
24     benefit before they calculate the entire

Page 43

1      benefit as it is needed for a specific
2      benefit commencement date or a specific
3      request.
4  BY MR. BRUCE:
5      Q.   But you don't know how they do
6  that; is that correct?
7          MR. BLUMENFELD: Objection.
8          THE WITNESS: I am not familiar
9      with the exact precise process that they
10     follow to go about doing that, no.
11 BY MR. BRUCE:
12     Q.   And you are not familiar with the
13 source or sources that they would look to to
14 find the person's minimum benefits?
15         MR. BLUMENFELD: Objection.
16         THE WITNESS: Exactly the
17     mechanisms and the sources that Prudential
18     Retirement uses to calculate benefits; no,
19     I am not familiar.
20 BY MR. BRUCE:
21     Q.   And you didn't become familiar with
22 that in the course of preparing for this
23 deposition, correct?
24     A.   Correct.

Page 44

1      Q.   Can you go back in terms of the
2  history of going from pension express to the
3  DBRK system? You were at CIGNA when that
4  occurred, correct?
5      A.   It was -- yes, happening during my
6  employment with CIGNA, yes.
7      Q.   When did you start with CIGNA
8  again?
9      A.   It was April of '97.
10     Q.   Okay. And the pension express
11 system had been developed by the Watson Wyatt
12 Corporation?
13     A.   That's my understanding, yes.
14     Q.   And that was the system that was
15 used to calculate benefits prior to the cash
16 balance conversion, correct?
17     A.   Correct.
18     Q.   Okay. And so the people who were
19 moved from pension express to the DBRK system
20 under the cash balance formula, there was never
21 a period where they were under the DBRK system,
22 with the traditional plan formula, correct?
23     A.   The pension express system had no
24 mechanism that we had access to to do any sort

Page 129

1  your discussions with Prudential, there is no
2  electronic or written communications concerning
3  that?
4      A.    It was very limited and mostly it
5  was done, as I pointed out, at a meeting held at
6  Prudential.
7      Q.    When did that meeting occur?
8      A.    This was the one I referred to
9  earlier, approximately two months ago.
10     Q.    That was the same meeting as you
11 talked about the free 30 percent?
12         MR. BLUMENFELD: Stephen, we had
13     produced some documents to you yesterday.
14         MR. BRUCE: It wasn't related to
15     this decision. The presumption, as I
16     understand it, for the cash balance plan,
17     you know, based on this actuary's
18     recommendation is that they didn't have to
19     bother with those relative value
20     disclosures and that they were developing
21     relative value disclosures for people in
22     the Part A plan; is that correct?
23         And so the relative value materials
24     that they were preparing had to do with

Page 130

1      the Part A plan and now they realize that
2      they may have to prepare them for the
3      people in the cash balance plan; is that
4      correct?
5          MR. BLUMENFELD: Objection.
6          THE WITNESS: They may realize
7      that, yes. I would -- the words you used
8      I think you are accurate.
9          I await them to make sure that they
10     let us know what they uncover so that --
11     so that we can determine the correct
12     course of action.
13         MR. BRUCE: Let's take a lunch
14     here.
15         (Whereupon, a brief recess was
16     taken.)
17 BY MR. BRUCE:
18     Q.    Let's go back for a minute to the
19 missing minimum benefit amounts. My
20 understanding from Ms. Morris' testimony was
21 that the current instructions were to correct
22 for those problems on what is called a one off
23 basis. And that no decision had been made yet
24 about what else to do.

Page 131

1          Is that in accordance with your
2  understanding?
3          MR. BLUMENFELD: Objection.
4  BY MR. BRUCE:
5      Q.    The missing minimum benefit amounts
6  in the DBRK system, that the current -- that her
7  current understanding was that she's to deal
8  with those on a one off basis and that no
9  decision had been made yet about what else to do
10 on a batch basis?
11     A.    Are you referring to the process
12 that Lorraine and Prudential have in place to
13 calculate benefits for everybody or in
14 particular --
15     Q.    The issues that there are missing
16 minimum benefits amounts for a large portion of
17 the people in the cash balance plan, that my
18 understanding from her testimony was that she is
19 to address that on a one off basis and that no
20 decision had been made yet about what else to
21 do.
22         MR. BLUMENFELD: Objection.
23         THE WITNESS: And I am still not
24     clear about what you are asking about.

Page 132

1          If you are asking about -- we had
2      talked previously about the issue about
3      the joint and survivor of the free 30
4      benefit, as we called it, is that the
5      context in which you are asking your
6      question?
7  BY MR. BRUCE:
8      Q.    No. I am asking about the -- when
9  people's records in the DBRK system don't have
10 their minimum benefit there, then when the
11 system calculates their benefits, when they
12 commence benefits or when they separate from
13 employment, it doesn't have any data to work
14 with to provide the greater of the minimum
15 benefit or the cash balance account.
16         And my understanding was that she
17 recognizes the problem and that the current
18 instructions are to deal with it on a one off
19 basis and that a decision will be made at some
20 point about what to do about what may have
21 happened in the past and about the complete data
22 base?
23         MR. BLUMENFELD: Objection.
24         THE WITNESS: You are putting a lot

Page 133

1  on the table and I am trying to discern
2  what you are asking so that I can be
3  responsive to your question.
4      To the extent that her team as a
5  process in place to make sure that each
6  person's benefit is calculated properly at
7  the time of disbursement or commencement
8  or whatever other reason might be that a
9  person asks for a calculation, their team
10 -- I cannot speak precisely to the overall
11 process that they use to do that
12 calculation, to make sure that it does, in
13 fact, follow the terms of the plan, wether
14 that information is available to them
15 through a systemic calculation or whether
16 they need to look at that systemic
17 calculation to determine there's other
18 calculations that need to be done off
19 line. If that's what we mean by one off
20 in this situation, that I feel that or I
21 understand that Prudential Retirement
22 continuously reviews how they do that work
23 and continuously look for opportunities
24 to, you know, make changes to the system

Page 134

1  that would do that more efficiently and
2  more effectively and more easily for them.
3  BY MR. BRUCE:
4    Q.  So in your understanding, has any
5  problem been recognized with the data base, that
6  there are missing minimum benefit amounts for a
7  large portion of the people in the cash balance
8  plan?
9       MR. BLUMENFELD: Objection.
10 BY MR. BRUCE:
11   Q.  Your understanding is that there is
12 no problem; is that correct?
13      MR. BLUMENFELD: Objection.
14      THE WITNESS: My understanding is
15   that Prudential has a process in place
16   that insures that people receive accurate
17   information at the time that they have
18   calculations completed.
19 BY MR. BRUCE:
20   Q.  Apparently they didn't have any
21 what are called system checks or edit checks to
22 make sure that there was a minimum benefit
23 amount for the software to work with. And so
24 there wasn't a system in place. And there was

Page 135

1  missing data in those fields.
2      So your understanding is that there
3  is no problem; there has always been a procedure
4  for dealing with that; is that correct?
5      MR. BLUMENFELD: Objection.
6  BY MR. BRUCE:
7    Q.  Is that correct?
8    A.  My understanding is that, and as we
9  have reviewed over the years, that they have a
10 solid process in place. They understand what
11 the plan document is and what the provisions of
12 the plan are and take steps to provide accurate
13 calculations.
14   Q.  If the DBRK system doesn't have an
15 entry for the minimum benefit amount, how can it
16 insure that people receive the minimum benefit
17 amount if that's greater than their cash balance
18 account?
19      MR. BLUMENFELD: Objection.
20      THE WITNESS: This is -- Prudential
21   Retirement has their processes in place
22   and you are asking me to speak on their
23   behalf?
24 BY MR. BRUCE:

Page 136

1    Q.  I suppose she didn't explain any
2  process. So you are saying there is a process
3  and I would like to know what that is?
4       MR. BLUMENFELD: Objection.
5       THE WITNESS: I am not quite sure
6   how to answer your question specifically
7   except to say there is -- we retain
8   Prudential Retirement to complete these
9   calculations and they utilize data bases
10  and systems and individual people and any
11  number of other, you know, means and
12  opportunities available to them to do
13  those calculations.
14 BY MR. BRUCE:
15   Q.  But you are the plan administrator?
16   A.  Right.
17   Q.  This problem, at least through this
18 litigation, has been brought to your attention,
19 that there are over nine thousand people in the
20 cash balance plan who didn't have an amount
21 entered for their minimum benefit. And the
22 system cannot calculate -- cannot insure that
23 their minimum benefit is protected if the data
24 is missing.

Page 137

1  **So you don't think that there's any**
2  **problem there; is that correct?**
3       MR. BLUMENFELD: Objection.
4       THE WITNESS: So now you are asking
5   me do I think that there may be a problem
6   with calculations that are completed and
7   provided to the participants of the CIGNA
8   Pension Plan?
9  BY MR. BRUCE:
10     Q.   Yes.
11     A.   I think that we look to retire --
12  or Prudential Retirement to provide accurate
13  statements. To the extent I have in the past
14  looked at certain calculations, they have been
15  accurate.
16       There are times when I receive,
17  through my role as plan administrator,
18  information from people that asks us to look at
19  their benefits. To the extent that there needs
20  to be an understanding of how these calculations
21  were done, provide for me information, I reach
22  out or provide that directly or seek the
23  information from Prudential Retirement and they
24  provide it.

Page 138

1      Q.   **It's been brought to your attention**
2  **as the plan administrator that there are over**
3  **nine thousand people in the CIGNA cash balance**
4  **plan who do not have any data on what their**
5  **minimum benefits were from the prior plan. And**
6  **you don't think that that's a problem or that**
7  **that's exclusively Prudential's problem?**
8       MR. BLUMENFELD: Objection.
9  BY MR. BRUCE:
10     Q.   **You recognized -- earlier we talked**
11  **about how you recognized that the minimum**
12  **benefits may be worth more in some cases than**
13  **the cash balance account, right?**
14     A.   Right.
15     Q.   **So if the data is there and**
16  **accurate, in some cases it may be more than the**
17  **cash balance account, correct?**
18     A.   Correct.
19     Q.   **So if the data is missing, isn't**
20  **there a possibility that the person isn't**
21  **receiving the correct benefit, if their**
22  **distribution is then based on the cash balance**
23  **amount?**
24     A.   The data is not missing. The data

Page 139

1  is in different places.
2       That system that you described that
3  was, as I understand it, used to provide you
4  with information relevant to your request about
5  whatever data fields they had available for the
6  class participants, whether that was there or
7  not, that's not what and how benefits are
8  calculated under the plan.
9       It is our account team that, again,
10  utilizes many different mechanisms to make sure
11  that a calculation is done accurately, including
12  when necessary, seek any other information that
13  would provide them information for previously
14  accrued benefits that might be a minimum
15  benefit.
16     Q.   **Okay. So you understand that the**
17  **primary system for calculating benefits is the**
18  **DBRK system, correct?**
19     A.   Yes, I would say that's the primary
20  system that Prudential relies upon what its team
21  goes to produce an individual calculation, yes.
22     Q.   **That's the only automative system**
23  **that you have, correct?**
24     A.   That Prudential Retirement uses to

Page 140

1  do so?
2     Q.   Yes.
3     A.   I don't know that I could speak to
4  that for sure.
5     Q.   **That's the only software system**
6  **that they have for calculating benefits,**
7  **correct?**
8       MR. BLUMENFELD: Objection.
9       THE WITNESS: I don't know all of
10  the systems that Prudential has to
11  calculate benefits.
12  BY MR. BRUCE:
13     Q.   **Well, do you think that there's**
14  **another one? Have you heard that there may be**
15  **an alternative system to the DBRK system?**
16     A.   In some of your previous questions
17  to me, you, I thought, had tried to ask me about
18  certain Excel spread sheets that perhaps may
19  have or may not have been considered to be a
20  system. And in that definition, as you tried to
21  use that with me in prior times, do they have
22  graph spread sheets that they use to help,
23  again, calculate an accurate benefit? They may
24  have.

Page 297

1    related to one of the formulas that traces
2    it's way back to Part A of the plan or to
3    the old plan benefit, that precise number
4    was put in place and provided to
5    participants.
6  BY MR. BRUCE:
7        Q.   Unless it was zero in the data
8  base?
9        MR. BLUMENFELD: Objection.
10 BY MR. BRUCE:
11       Q.   Unless the data base didn't have
12 the entry, correct?
13       A.   You mean the data base being,
14 again, just one component of how these
15 calculations were completed, no.
16       Prudential before they complete
17 that calculation would utilize any and all tools
18 at their disposal to make sure that every number
19 that was placed in that distribution package was
20 accurate and was reflected in the plan document.
21       Q.   So DBRK is only one component of
22 the system; is that correct?
23       A.   It's one tool or one part of the
24 process that Lorraine's accounts team might use

Page 298

1  to do a calculation of benefits for individual
2  participants under the terms of the plan.
3        Q.   And the other parts are what, an
4  Excel spread sheet; is that right?
5        A.   I am not certain --
6        MR. BLUMENFELD: Objection.
7        THE WITNESS: -- of the others.
8  Prudential --
9        MR. BLUMENFELD: This has been
10 asked and answered a number of times.
11       THE WITNESS: Prudential is the one
12 that has that information.
13 BY MR. BRUCE:
14       Q.   You don't know what the components
15 are of their system; is that right?
16       MR. BLUMENFELD: Objection; asked
17 and answered.
18       THE WITNESS: I am not familiar
19 with exactly all of the components and the
20 processes that they use to calculate our
21 benefits under the pension plan.
22 BY MR. BRUCE:
23       Q.   Is it -- let me try and see whether
24 this is a reasonable summary of your testimony

Page 299

1  on the minimum benefits data. Is that if the
2  minimum benefits data is not in the DBRK system
3  for over a third of the class, that you trust
4  that somehow it does work it's way into the
5  calculations, but you are not sure how it does
6  that; is that correct?
7        MR. BLUMENFELD: Objection.
8        THE WITNESS: For the most part, I
9  am not familiar with the precise
10 mechanisms that Prudential Retirement uses
11 to calculate our benefits, but I have --
12 but, yes, I do allow them whatever the
13 freedom to utilize whatever means is
14 appropriate that they can display and
15 demonstrate to us that provides for an
16 accurate calculation of our benefits or
17 the benefits that we provide participants
18 under the pension plan.
19 BY MR. BRUCE:
20       Q.   Don't you have to exercise some
21 supervision over that process to make sure that
22 it's operating as you trust that it does?
23       A.   Yes.
24       Q.   And what have you done to assure

Page 300

1  that they are actually calculating minimum
2  benefits when people commence their benefits?
3        A.   What steps might I have taken or do
4  I take to ensure they are calculating accurate
5  benefits under the CIGNA Pension Plan, I can
6  answer. Would that be satisfactory?
7        Q.   I want to focus in on the minimum
8  benefits because that's what we identified as
9  bing missing data and the class list, that it
10 was only provided for about two thirds of the
11 class. And I am trying to get an understanding
12 of what you do as the plan administrator and
13 director of benefits strategy to make sure that
14 that process does work properly, even though the
15 data doesn't seem to be present.
16       MR. BLUMENFELD: Objection to your
17 characterization.
18       THE WITNESS: Some of the steps
19 that I take to insure accurate calculation
20 and that Prudential does accurate
21 calculations of the benefits under the
22 CIGNA Pension Plan to participants
23 encompasses a number of areas, probably
24 one of the most sources that I rely upon

Page 301

1  is the fact that the organization,
2  Prudential, provides for an audited review
3  of their mechanisms to do calculations in
4  a SAS 70 report.
5  BY MR. BRUCE:
6      Q.  And who conducts that audit?
7      A.  I believe that Prudential retains
8  an auditor to do so. And I believe that's Price
9  Waterhouse.
10     Q.  Do you get a report from that
11 auditor?
12     A.  We actually obtain a copy of the
13 SAS 70.
14     Q.  And have you produced those
15 reports?
16     A.  I do not believe that we have.
17     Q.  And those are done annually?
18     A.  They have been done annually, yes.
19     Q.  And what -- how do they come into
20 you; as what, a paper copy or electronic file or
21 what?
22     A.  I believe it comes electronically
23 via a large PDF file that would be printed out
24 and retained in that format.

Page 302

1      Q.  And where do you maintain those?
2      A.  To the extent I keep copies of
3  these, I have printed copies of recent reports.
4      Q.  And what is your understanding of
5  what Price Waterhouse does in that audit?
6      A.  That they ensure a number of
7  mechanisms that Prudential Retirement are
8  working as they are supposed to work, that
9  accurate calculations and their information
10 produced is, in fact, reliable.
11     Q.  And so did you go back to ask any
12 questions about how this could be audited if
13 there is missing minimum benefit data for a
14 third of the class --
15     A.  No.
16     Q.  Or how the auditors could have
17 missed that?
18         MR. BLUMENFELD: Objection.
19 BY MR. BRUCE:
20     Q.  No?
21         MR. BLUMENFELD: To your
22 characterization.
23         THE WITNESS: I did not ask that.
24 BY MR. BRUCE:

Page 303

1      Q.  So wouldn't you want to know how
2  they would miss that?
3          MR. BLUMENFELD: Objection to the
4  form of the question. It assumes facts.
5          THE WITNESS: No, I want to know
6  that Prudential Retirement is doing
7  accurate and complete calculations per the
8  terms of the plan.
9  BY MR. BRUCE:
10     Q.  And one of the terms of the plan is
11 that they are there to protect minimum benefits,
12 correct?
13     A.  There are certain formulas and
14 rules in the plan document that need to be
15 calculated before ultimately a specific number
16 for a form of annuity is actually completed and
17 provided to the participants, yes.
18     Q.  And that's an important -- you have
19 made that an important point in terms of the
20 relative value disclosures that you told the
21 Prudential people that they needed to take into
22 account that the minimum benefits may be worth
23 more than the cash balance account, correct?
24         MR. BLUMENFELD: Objection. Asked

Page 304

1  and answered and to the form of the
2  question.
3          THE WITNESS: As I noted before, in
4  the recent discussions we have had, as
5  Prudential is beginning to -- has put
6  together materials responsive to the
7  recent regulations around relative value
8  disclosure, we had that discussion and
9  pointed that out, yes.
10         MR. BLUMENFELD: Stephen, can I
11 interrupt with a question about the SAS 70
12 report from Price Waterhouse?
13         MR. BRUCE: Yes.
14         MR. BLUMENFELD: Are those specific
15 to the work that Prudential does for CIGNA
16 or is it more abroad?
17         THE WITNESS: It's more abroad.
18         MR. BLUMENFELD: Okay.
19 BY MR. BRUCE:
20     Q.  They are checking Prudential in
21 general; is that what you are saying?
22     A.  Yes.
23         MR. BLUMENFELD: Do you want them,
24 Stephen?

Page 325

1  Q.  But you don't know what all of that
2  information is, right, that's available to them?
3  You just trust that it's available; is that
4  correct?
5      A.  I know that there is information
6  that is required to do a calculation of the
7  CIGNA Pension Plan benefits and we make sure in
8  cooperating with Prudential that they either
9  have that information or have access to that
10 information.
11     Q.  And how is the minimum benefits
12 information available to them if it's not in the
13 DBRK system?
14     A.  Through -- I am not sure exactly
15 how they go about utilizing all of the
16 information at their finger tips.  To the extent
17 that they require, though, any additional
18 information or need any additional calculations
19 done, they have access to, whether it be CIGNA
20 or other folks at Prudential, including the
21 actuarial team.
22     Q.  So the actuarial team has a data
23 base of minimum benefits?
24         MR. BLUMENFELD:  Objection;

Page 326

1  mischaracterizes his testimony.
2         THE WITNESS:  No, I do not believe
3  that they do.
4  BY MR. BRUCE:
5      Q.  Okay.  If you have nine thousand
6  individuals with that data missing, do you think
7  that can be recreated individually by Denise
8  Bellenger on an Excel spread sheet?
9         MR. BLUMENFELD:  Objection;
10 argumentative.
11        THE WITNESS:  If we were --
12        MR. BLUMENFELD:  And to the form.
13        THE WITNESS:  If we require an
14 individual to have a calculation done,
15 yes, I have every faith 58 that whether it
16 be Denise or whoever at Prudential, that
17 they have all of the tools and mechanisms
18 available to them to produce an accurate
19 calculation.
20        MR. BRUCE:  I'm done with this
21 witness for now.
22        (Whereupon, the deposition
23 concluded at 6:00 p.m.)
24

Page 327

1           C E R T I F I C A T I O N

2

3

4  I, Lynn McCloskey, a Shorthand Reporter and
5  Notary Public, do hereby certify the foregoing
6  to be a true and accurate transcript of my
7  original stenographic notes taken at the time
8  and place hereinbefore set forth.
9
10 _____
11 Lynn McCloskey
12 Shorthand Reporter
   Notary Public
13
14 DATED:_____
15
16
17
18     (The foregoing certification of this
19 transcript does not apply to any reproduction of
20 the same by any means, unless under the direct
21 control and/or supervision of the certifying
22 shorthand reporter.)
23
24

Page 328

1           LAWYER'S NOTES
2
3  LINE  PAGE