AMARA v. CIGNA
CA - 01 - 2361

## IDENTIFICATION OF CIGNA & OTHER EMPLOYEES

**John Arko** - Benefits Strategy Director and Plan Administrator; formerly Director of Retirement Benefits.

**Arthur Assantes** - former Senior Actuary with CIGNA, currently President, Hooker and Holcomb consulting firm.

**Denise Belanger** - Senior Benefit Consultant, Retirement & Investment Services division of Prudential (formerly a division of CIGNA - until April 2004).

**Mike Bell** - Executive Vice President and CFO.

**Stewart Beltz** - former Plan Administrator (terminated mid-2003).

**Stephen Comkowycz** - former Senior Pension Consultant (terminated Feb. 2003).

**David Cordani** - President, CIGNA Healthcare.

**David Durham** - former Assistant Vice President of Global Benefits (terminated Oct. 2003).

**Robert Flanders** - Assistant Director, Benefits.

**Paul Gontarek** - In-house ERISA Counsel.

**Edward Hanway** - CEO of CIGNA.

**Denise Hill** - former Vice President, Corporate Relations, Director of Human Resources Communications at time of cash balance conversion.

**Andy Hodges** - former Chief Actuary for Projects (terminated in mid-2003).

**Frank Lamay** - Vice President, Operational Planning.

**Donald Levinson** - former Executive Vice President, Human Resources and Services.

**Gregg Loboda** - Vice President, Information Systems of Prudential.

**Mark Lynch** - Senior Vice President Actuarial Advisory Services.

**Gerald Meyn** - former Vice President, Employee Benefits and Health Management; former Plan Administrator (terminated mid-2004).

**Lorraine Morris** - Manager for Client Services, Retirement & Investment Services division of Prudential (formerly division of CIGNA until April 2004).

**Jean Renshaw** - Outside Counsel with Drinker, Biddle, and Reath in Philadelphia.

**Robert Steele** - former Assistant Vice President, Relationship Manager (terminated in 2006).

**Jim Stewart** - former Executive Vice-President and CFO.

**Paul Strella** - William Mercer consultant.

**Wilson Taylor** - former CEO of CIGNA.

**Barry Wiksten** - Senior Vice President, Public Affairs.

## Defendants' Expert

**Lawrence Sher** - Defendants' actuarial expert, Principal and Director of Retirement Policy at Buck Consultants, Inc.

AMARA v. CIGNA
CA - 01 - 2361

## IDENTIFICATION OF PLAINTIFFS

**Janice Amara** - named Plaintiff, former NASD principal within CIGNA's Retirement and Investment Services division and client executive in charge of accounts (rehired in Sept. 1998 and terminated Oct. 2003); Tier 1 (2%) benefit formula under prior Plan.

**Gisela Broderick** - named Plaintiff, former Project Manager in the Information Technologies Department of CIGNA Systems (rehired in June 2000 and terminated March 2004); Tier 1 benefit formula.

**Bruce Charette** - class member, currently Project Consultant in Health Care division; Tier 1 benefit formula.

**Stephen Curlee** - class member, former Client Manager (terminated March 2004); Tier 2 (1.67%) benefit formula.

**Patricia Flannery** - class member, currently Business Analyst in Integrated Care Systems (rehired in Oct. 2000); Tier 1 benefit formula.

**Annette Glanz** - named Plaintiff, former project controller in Health Care division (terminated June 2004); Tier 1 benefit formula.

**Mitchell Haber** - class member, former Sales Director in Retirement and Investment Services (terminated Dec. 2001); Tier 2 benefit formula.

**Barbara Hogan** - class member, former Customer Service Benefit Analyst for CIGNA International (terminated Aug. 2003); Tier 2 benefit formula.

**Lillian Jones** - class member, former Customer Service Analyst in CIGNA Health Care (terminated Dec. 2000); Tier 1 benefit formula.

**Steven Law** - class member, former Application Development Senior Specialist in Investments Department (rehired in Sept.1999 and terminated June 2006); Tier 1 benefit formula.

**Robert Upton** - class member, former Attorney in the Group Insurance Law Department (terminated April 2005); Tier 2 benefit formula.

### Plaintiffs' Experts

**Claude Poulin** - Plaintiffs' actuarial expert, President of Poulin Associates, Inc.

**James Stratman** - Plaintiffs' communications expert, Associate Professor of Communication at University of Colorado at Denver.