**Amara v. CIGNA, CA 01-2361 (MRK)**

Pls. Proposed Exs. 217-26

| | |
|---|---|
| Ex. 217: | December 4, 1998 letter from Vice-President for Employee Benefits on Wall Street Journal article concerning benefit losses in cash balance conversions. |
| Ex. 218: | New SPD and Supplement distributed July 28, 2006. |
| Ex. 219: | Summary table on New SPD and Supplement. |
| Ex. 220: | Pension Plan Initiatives log for May 2006. |
| Ex. 221: | Print-outs with handwritten notes by Prudential showing participants "hitting" the minimum benefits. |
| Ex. 222: | June 1, 2006 "draft" document on eligibility for Free 30% survivor's benefit. |
| Ex. 223: | August 18, 2006 spreadsheet on participants and decedents eligible for Free 30% survivor's benefit. |
| Ex. 224: | Emails dated 4/28/2006 and 8/8/2006 on checking for minimum benefits. |
| Ex. 225: | Tables related to missing OAB/minimum benefit project. |
| Ex. 226: | Extracts of deposition transcript of Andrew Hodges taken 8/4/2006. |