**<u>Amara v. CIGNA</u>, Case No. 01-2361 (MRK)**

# EXHIBIT 218

Fw: Updates Available: CIGNA Pension Plan - Part B SPD; CIGNA ...

Case 3:01-cv-02361-MRK    Document 198-3    Filed 08/31/2006    Page 2 of 21

**Subject:** Fw: Updates Available: CIGNA Pension Plan - Part B SPD; CIGNA 401(k) SPD
**From:** Bruce Charette <bruce7@sbcglobal.net>
**Date:** Fri, 28 Jul 2006 20:13:47 -0700 (PDT)
**To:** "Stephen R. Bruce" <stephen.bruce@prodigy.net>

We received this email today.
Bruce

----- Forwarded Message ----
From: "Charette, Bruce A S229" <Bruce.Charette@CIGNA.COM>
To: Bruce Charette <Bruce7@sbcglobal.net>
Sent: Friday, July 28, 2006 10:57:06 PM
Subject: FW: Updates Available: CIGNA Pension Plan - Part B SPD; CIGNA 401(k) SPD

## Bruce Charette



National Accounts Implementation Manager

Phone: 860.226.8501

Fax: 860.226.6736

Email: Bruce.Charette@CIGNA.com

**Register today for myCIGNA.com.** www.mycigna.com

-----Original Message-----
**From:** From: John Arko, Plan Administrator
**Sent:** Friday, July 28, 2006 7:01 PM
**To:** To: CIGNA Employees
**Subject:** Updates Available: CIGNA Pension Plan - Part B SPD; CIGNA 401(k) SPD

Picture (Metafile)

This e-mail notifies employees about updates to the CIGNA Pension Plan – Part B SPD and Supplement and CIGNA 401(k) Plan SPD. CIGNA's Pension and CIGNA 401(k) plans are important to your personal wealth plan as they are savings vehicles designed to help you meet your retirement and other long-term financial goals. Information about the wealth vehicles offered to employees is available under the Life section of the Your CIGNA Life website.

### Pension Plan Part B SPD and Supplement

*The information below is for participants in the CIGNA Pension Plan - Part B. The CIGNA Pension Plan - Part A SPD hasn't changed and the summary plan description is available at Your CIGNA Life > Life >Wealth.*

Below are links to an updated CIGNA Pension Plan – Part B SPD and Supplement replacing the September 1999 version. The SPD is available at Your CIGNA Life > Wealth, or a printed copy can be requested by calling Prudential Retirement at 1.877.778.2100 and speaking with a Participant Service representative. Want

Fw: Updates Available: CIGNA Pension Plan - Part B SPD; CIGNA ...

Case 3:01-cv-02361-MRK    Document 198-3    Filed 08/31/2006    Page 3 of 21

to see your Pension benefits online? Visit the Prudential Online Retirement Center which can be accessed from Your CIGNA Life > Wealth.

*About the CIGNA Pension Plan*

CIGNA's Pension Plan is an "account balance" plan that delivers annual benefit credits of 3% to 8.5% of your eligible earnings depending on your age plus your years of credited service. You are automatically enrolled as a pension plan participant -- even if on a part-time or temporary basis. For more information and eligibility requirements, go to Your CIGNA Life > Wealth.

- Part B SPD
- Part B Supplement

### CIGNA 401(k) Plan SPD and Prospectus Update

Below is a link to an Update to the CIGNA 401(k) Plan Summary Plan Description and Prospectus. The update replaces the October 15, 2005 Revised Consolidated Update. If you have questions about the updates or want to request a printed copy of the SPD and Prospectus, call Prudential Retirement at 1.877.778.2100 and speak with a Participant Service representative.

This Update reflects the following new information:

- New rules effective January 1, 2006 for determining when employees have a year of service to qualify for company matching contributions;

- Investment fund fee changes effective July 1, 2006 (lower fees for thirteen funds and higher fees for one fund);

- Updated investment fund performance information and updated information on the "allocation" of Plan investments among the 22 investment funds;

- July 1, 2006 change in the Fixed Income Fund interest rate;

- Change in the name and manager of the Small Cap Value/Perkins, Wolf, McDonnell Fund effective June 19, 2006 to Small Cap Value/MEA Fund, and a new Fund description that reflects the investment approach of the new Fund Manager -- Mellon Equity Associates.

*About the CIGNA 401(k) Plan*

The CIGNA 401(k) Plan is designed to help you save for your retirement and other long-term financial goals. CIGNA matches 50% on the first 6% of eligible earnings deducted from each pay. You generally become eligible for CIGNA matching contributions after a year of employment. For more information and eligibility requirements, go to Your CIGNA Life > Wealth.

- SPD and Prospectus Update

Sincerely,

John Arko

Plan Administrator

Confidential, unpublished property of CIGNA.
Do not duplicate or distribute.

Use and distribution limited solely to authorized personnel.
(c) Copyright 2006 CIGNA

----------------------------------------------------------------------------

CONFIDENTIALITY NOTICE: If you have received this email in error, please immediately notify the sender by e-mail at the address shown. This email transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete it from your files if you are not the intended recipient. Thank you for your compliance. Copyright 2006 CIGNA

============================================================================

your
CIGNA personal
life portfolio

|  | **Content-Description:** | Picture (Metafile) |
|---|---|---|
| ole0.bmp | **Content-Type:** | image/bmp |
|  | **Content-Encoding:** | base64 |



Your CIGNA Life | Personal Portfolio

July 2006

Dear CIGNA Pension Plan Participant:

CIGNA periodically distributes updated summary plan descriptions (SPDs). Enclosed is an updated CIGNA Pension Plan – Part B SPD and Supplement replacing the September 1999 version.

If you have questions, please call Prudential Retirement at 1.877.778.2100 and speak with a Participant Service representative or visit the Prudential Online Retirement Center at www.prudential.com/online/retirement.

Sincerely,

John Arko
Plan Administrator



# SUPPLEMENT TO CIGNA PENSION PLAN, PART B
# SUMMARY PLAN DESCRIPTION – July 2006

The Supplement to the CIGNA Pension Plan Part B Summary Plan Description (Supplement) contains information about special rules under the **Plan** for former **Part A** participants, former Healthsource Cash Balance Retirement Plan participants, former Intracorp Pension Plan participants, and certain former UNUM Provident employees, respectively. In addition, the Supplement describes special **Plan** service rules that apply to certain former **CIGNA** employees that became employees of Lincoln National Corporation, ACE Limited, and Prudential Financial, Inc., respectively, when **CIGNA** sold parts of its business to those companies.

## FORMER PART A PARTICIPANTS[1]

The following special rules apply to former **Part A** participants:

**ELIGIBILITY** (Page 5, SPD)

If you were hired by a **CIGNA company** prior to January 1, 1998, **Part B** covers you if you had at least one **hour of service** as an **eligible employee** after December 31, 1997 and fit into one of these categories:

- You were a **new formula participant** under the **Plan** prior to January 1, 1998;

- You were a **Part A** participant employed by **CIGNA** on December 31, 1997 and your combined age and years of **credited service** was less than 45 on December 31, 1997;

- You were a **Part A** participant, terminated employment with **CIGNA** at any time, and are rehired as an **eligible employee** after December 31, 1997; and

- You were once a **Part A** participant, were employed by Intracorp on December 31, 1999, and your combined age and years of **credited service** was less than 45 on December 31, 1999.

---

[1] Necessary **Plan** changes resulting from the court's decision in *Depenbrock v. CIGNA* have not yet been made to the **Plan** and are not reflected in this Supplement.

**INITIAL RETIREMENT ACCOUNT**

- If you were a **CIGNA** employee on December 31, 1997 and your age plus your years of credited service under **Part A** was less than 45 on that date, you became a participant in **Part B** of the **Plan** on January 1, 1998. Any benefit you earned under **Part A** of the **Plan** through December 31, 1997 was converted into your Initial Retirement Account under **Part B**.

- If you are a former **Part A** participant and you first became an **eligible employee** under **Part B** after January 1, 1998 and prior to January 1, 2001, your **Part A** benefit was converted into your Initial Retirement Account under **Part B** if you did not qualify for a "dual benefit." (*See* Dual Benefit, below).

- If you are a former **Part A** participant and you first became an **eligible employee** under **Part B** on January 1, 2000 as a result of Intracorp becoming a participating company in **Part B**, your benefit under **Part A** was converted into your Initial Retirement Account under **Part B** if, as of December 31, 1999, you were under age 65 or your age plus your years of credited service under **Part A** was less than 45.

Generally, the amount of your Initial Retirement Account under **Part B** of the **Plan** equals the actuarial equivalent value of your accrued benefit under **Part A** expressed in the form of a single life annuity.

**PLAN SERVICE** (Page 8, SPD)

**Credited Service**

If you are a former **Part A** participant:

- Your **credited service** includes your years of credited service earned under **Part A** as of the later of December 31, 1997 or the date you stopped accruing benefits under **Part A.**

- Your **credited service** will include any years of credited service disregarded under **Part A** as a result of an involuntary cash-out distribution of more than $0.

**IF YOU ARE REHIRED BY CIGNA** (Page 9, SPD)

If you participated in the CIGNA Pension Plan before 1998, but left **CIGNA** before becoming vested and were subsequently rehired as an **eligible employee**, you will lose your pre-termination years of credited service if you lose credited service under the pre-1998 rules of the **Plan** (*See* the **Part A** summary plan description for more information).

If you participated in **Part A** of the **Plan** when you left **CIGNA**, and you were rehired as an **eligible employee** in 1998, 1999 or 2000, the benefits you earned under **Part A** were converted into an opening account balance under **Part B** of the **Plan** upon your rehire (*See* Initial Retirement Account, above).

Dual Benefit

If you are (i) a **Part A** participant who was a suspended participant on January 1, 1998 and who became an **eligible employee** as a result of a subsequent transfer of employment or (ii) a former **Part A** participant who terminated employment with **CIGNA** and was rehired after January 1,

2

1998 as an **eligible employee** of a **CIGNA company** participating in the **Plan**, you will have a "dual benefit" if you:

    (i) Were a participant under **Part A** other than a **new formula participant** prior to January 1, 2001, and you first became an **eligible employee** after December 31, 2000; or

    (ii) Have attained age 65; or

    (iii) Received or began receiving a distribution of your **Part A** benefit before your rehire date, unless (A) your distribution was a deemed distribution of $0 and your years of vesting service under **Part A** were not disregarded because you experienced fewer than five consecutive one-year **breaks in service** before your rehire date, or (B) your distribution was an involuntary cash-out with respect to which buy-back rights are attached and you repay the amount of the distribution plus interest in accordance with the applicable provisions of **Part A**.

If you have a "dual benefit," any new benefit you earn after you are rehired as an **eligible employee** will be earned under **Part B** of the **Plan**. The **Part A** benefit you earned before you originally terminated employment with **CIGNA** remains covered by **Part A**. Special rules apply to the **Part A** benefit you earned as of the date you previously terminated employment with **CIGNA** (*See* the **Part A** summary plan description).

**RECEIVING YOUR BENEFIT** (Pages 10 – 13, SPD)

Minimum Benefit

If you are a former **Part A** participant whose **Part A** benefit was converted into an Initial Retirement Account under **Part B** when you first became an **eligible employee** and you elect to receive your vested **Plan** benefit in the form of an annuity upon your termination of employment with **CIGNA** for any reason other than death, your payments under **Part B** will be no less than the actuarial equivalent value of your **minimum benefit** expressed in the form of a single life annuity beginning on your **benefit commencement date**.



However, if your **benefit commencement date** is prior to your **normal retirement date** and on or after the date you would have been able to begin receiving early retirement or termination benefits under **Part A**, the amount of your **minimum benefit** expressed in the form of a single life annuity beginning on your **benefit commencement date** will be determined using the applicable early benefit commencement reduction factors under **Part A** and the actuarial equivalent of any Social Security supplement payable under **Part A** with respect to the amount of your **minimum benefit**.

**GLOSSARY** (Pages 23-26, SPD)

Terms in **bold** not defined in this Supplement are defined in the Glossary to the SPD, pages 23-26.

**eligible employee** – For purposes of this Supplement and in addition to the definition contained in the Glossary to the SPD, you are also an **eligible employee** if you meet either of the following classifications:

    • You were a **new formula participant** under **Part A** prior to January 1, 1998;

3

- You were a participant (including a suspended participant) under **Part A** other than a **new formula participant** on December 31, 1997, and the sum of your age (disregarding any fraction of a year) and years of credited service (disregarding any fraction of a year) as of December 31, 1997 was less than 45;

**minimum benefit** -- A participant's **Part A** accrued benefit expressed in the form of a single life annuity commencing at the participant's **normal retirement date**. However, if a participant:

- Survives to his **benefit commencement date** and has a spouse as of that date, or
- Is credited with at least one hour or service as an eligible **Part A** employee after December 31, 2000, survives to his **benefit commencement date** and has a **domestic partner** on such date,

and the participant's spouse or **domestic partner** would be eligible for a preserved survivor's benefit under **Part A** as of the participant's **benefit commencement date**, the participant's **Part A** benefit, expressed as a single life annuity, will be increased by the actuarial equivalent of the applicable preserved survivor's benefit.

**new formula participant** – A former **Part A** participant who:

- Was credited with his first hour of service (or his first hour of service after a series of one-year breaks in service which caused him to be treated as a new employee) under the **Plan** after December 31, 1988 and before January 1, 1998;

- Commenced receiving credit for years of vesting service before January 1, 1989, commenced receiving credit for years of credited service on or after January 1, 1989, and became a participant in this **Plan** after December 31, 1988, as a result of his employing related company becoming a participating company after December 31, 1988 and before January 1, 1998;

- Commenced receiving credit for years of vesting service with any company in the CIGNA Healthplan Division before January 1, 1989, commenced receiving credit for years of credited service on or after January 1, 1989, and became a participant in this Plan as a result of the merger of the CIGNA Healthplan Division Plan into this **Plan**;

- Was employed by the EQUICOR-Equitable HCA Corporation, or one of its subsidiaries, in March, 1990, commenced receiving credit for years of credited service in this **Plan** on or after January 1, 1989, and became a participant in this **Plan** on January 1, 1991; or

- Was employed by Principal Health Care of Ohio, Inc. (Principal) on November 29, 1994, and became employed by a participating company on November 30, 1994, as part of the acquisition of certain assets of Principal in Columbus, Ohio.

## FORMER HEALTHSOURCE CASH BALANCE PLAN PARTICIPANTS

The following special rules apply to former Healthsource Cash Balance Retirement Plan participants:

### HEALTHSOURCE DEPOSIT CREDIT ACCOUNT

- If you are a former participant in the Healthsource Cash Balance Retirement Plan and you did not receive a distribution of your accrued benefit prior to December 31, 1999, the amount of your deposit credit account under that plan was credited to your Healthsource Deposit Credit Account under **Part B** on December 31, 1999 after the **interest credits** for the quarter ending December 31, 1999 were added to **Plan** accounts.

- If you are a former participant in the Healthsource Cash Balance Retirement Plan and you received a distribution of less than your entire accrued benefit prior to December 31, 1999, you were subsequently re-employed as an **eligible employee** of a **CIGNA company** participating in the **Plan** before incurring five consecutive one-year **breaks in service**, and you repaid the distribution plus interest in accordance with the applicable terms of the Healthsource Cash Balance Retirement Plan in effect on December 1, 1999, your deposit credit account (consisting of the amount repaid plus the amount previously forfeited under that plan) was credited to your Healthsource Deposit Credit Account under **Part B** as of the last day of the calendar quarter in which you made the required repayment, but after the **interest credits** for that quarter were added to **Plan** accounts.

### PLAN SERVICE (Page 8, SPD)

**Vesting Service**

If you are a former participant in the Healthsource Cash Balance Retirement Plan who became an **eligible employee** on January 1, 1999, you became fully vested in your **Plan** benefit as of that date.

### RECEIVING YOUR BENEFIT (Pages 10-13, SPD)

If Your Account Balance is More than $5,000

If you are a former participant in the Healthsource Cash Balance Retirement Plan, you may defer receipt of your vested **Plan** benefit until April 1 of the calendar year after the year in which you attain age 70 ½ .

Additional Optional Forms of Benefit Payment

If you are a former participant in the Healthsource Cash Balance Retirement Plan, you may, in addition to the forms of payment described in the SPD, elect to receive your vested **Plan** benefit in the form of an annuity for your life with 120 payments certain, so that if you die before your receive 120 monthly payments, the remaining guaranteed monthly payments will be paid to your beneficiary.

<u>Minimum Benefit</u>

If you are a former participant in the Healthsource Cash Balance Retirement Plan whose benefit thereunder was converted into a Healthsource Deposit Credit Account under **Part B** when you first became an **eligible employee** and you elect to receive your benefit in the form of an annuity upon your termination of employment with **CIGNA** for any reason other than death, your payments under **Part B** will be no less than the sum of (i) your benefit payable under the Healthsource plan as in effect on December 31, 1999 (taking into account deposit credits with respect to plan years beginning before January 1, 1999 and interest credits under the Healthsource plan) in such annuity form beginning on your **benefit commencement date** and (ii) your **Part B** benefit (determined without regard to the value of your Healthsource Deposit Credit Account) in such annuity form beginning on your **benefit commencement date**, determined as if you had severed from employment on December 31, 1999.

## FORMER INTRACORP PENSION PLAN PARTICIPANTS

The following special rules apply to former Intracorp Pension Plan participants:

### INTRACORP RETIREMENT ACCOUNT

Generally, your accrued benefit under the Intracorp Pension Plan was converted into your Intracorp Retirement Account under **Part B** of the **Plan** if:

- You were a participant in the Intracorp Pension Plan on December 31, 1999 and you became an **eligible employee** on January 1, 2000, unless you began to receive your accrued benefit under that plan prior to January 1, 2000;

- You accrued a benefit under the Intracorp Pension Plan prior to December 31, 1999 and you were an **eligible employee** on December 31, 1999 and January 1, 2000;

- You are a former participant in the Intracorp Pension Plan who either (i) terminated employment before January 1, 2000 and was rehired as an **eligible employee** by a **CIGNA company** participating in the **Plan** on or after January 1, 2000, or (ii) is a suspended participant on January 1, 2000 and who became an **eligible employee** as a result of a transfer of employment, unless in either instance you received or began receiving you accrued benefit under the Intracorp Pension Plan.

Generally, the amount of your Intracorp Retirement Account under **Part B** equals the actuarial equivalent value of your accrued benefit under the Intracorp Pension Plan expressed in the form of a single life annuity.

### PLAN SERVICE (Page 8, SPD)

#### Credited Service

If you were a participant in the Intracorp Pension Plan, your **credited service** includes the credited service you earned under the Intracorp Pension Plan as of the date you stopped accruing a benefit under that plan.

#### Vesting Service

If you were a participant in the Intracorp Pension Plan before January 1, 1998, your **vesting service** includes the vesting service you earned under the Intracorp Pension Plan as of December 31, 1997.

### RECEIVING YOUR BENEFIT (Pages 10–13, SPD)

Minimum Benefit

If you are a former participant in the Intracorp Pension Plan whose benefit under that plan was converted into an Intracorp Retirement Account under **Part B** when you first became an **eligible employee** and you elect to receive your vested **Plan** benefit in the form of an annuity upon your termination of employment with **CIGNA** for any reason other than death, your payments under **Part B** will be no less than the actuarial equivalent value of your **minimum**

**Intracorp benefit** expressed in the form of a single life annuity beginning on your **benefit commencement date**.

However, if your **benefit commencement date** is prior to your **normal retirement date** and on or after the date you would have been able to begin receiving early retirement or termination benefits under the Intracorp Pension Plan, the amount of your **minimum Intracorp benefit** payable in the form of a single life annuity beginning on your **benefit commencement date** will be determined using the applicable early commencement reduction factor under the Intracorp Pension Plan based on your age and years of **vesting service** as of your **benefit commencement date**.

**GLOSSARY** (Pages 23-26, SPD)

Terms in **bold** not defined in this Supplement are defined in the Glossary to the SPD, pages 23-26.

**minimum Intracorp benefit** – A participant's accrued benefit under the Intracorp Pension Plan, determined as of December 31, 1999, expressed in the form of a single life annuity commencing at the participant's **normal retirement date**.

## CERTAIN FORMER UNUM PROVIDENT CORPORATION EMPLOYEES

The following special rules apply to any individual who terminated employment with UNUM Provident Corporation (or an affiliate) (UNUM) at the Tarrytown, New York office between August 1, 2000 and November 1, 2000 and who became an employee of CIGNA or a related company on the business day following his or her termination with UNUM (Former UNUM Employee):

**PLAN SERVICE** (Page 8, SPD)

### Credited Service

If you are a Former UNUM Employee, your years of **credited service** include the period of service you accumulated with UNUM through, but not beyond, December 31, 1999. In addition, your years of **credited service** include the period of service you accumulated with UNUM from January 1, 2000 to the date you became an **eligible employee** under **Part B**, provided such service did not result in your receiving a year of service for benefit accrual purposes under the qualified defined benefit plan maintained by UNUM for the period beginning January 1, 2000.

### Vesting Service

If you are a Former UNUM Employee, your **vesting service** includes the period of service you accumulated with UNUM as of the date you became an **eligible employee** under the terms of the qualified defined benefit plan maintained by UNUM.

9

## SPECIAL PLAN SERVICE RULES FOR CERTAIN FORMER CIGNA EMPLOYEES

**PLAN SERVICE** (Page 8, SPD)

### Credited Service

#### *Certain Lincoln National Corporation Employees*

If you were a participant in the Connecticut General Life Field Retirement Plan on December 31, 1997 and you became an employee of Lincoln National Corporation (Lincoln) on January 1, 1998 under the terms of a sale agreement between CIGNA Corporation and Lincoln and you subsequently became an **eligible employee** for purposes of **Part B**, your **credited service** includes the years of credited service you would have received as of December 31, 1997 under the applicable provisions of **Part A** had you been eligible to participate in **Part A**. Your **credited service** *does not* include your prior service with Lincoln.

### Vesting Service

#### *Certain Lincoln National Corporation Employees*

If you were employed by **CIGNA** on December 31, 1997 and you became an employee of Lincoln on January 1, 1998 under the terms of a sale agreement between CIGNA Corporation and Lincoln, your **vesting service** includes your service with Lincoln until you have a termination of employment with Lincoln.

If you were an active participant in the Connecticut General Life Field Retirement Plan on December 31, 1997 (and not a **Part A** participant) and you became a Lincoln employee on January 1, 1998 under the terms of a sale agreement between CIGNA Corporation and Lincoln, your **vesting service** includes the years of vesting service with which you would have been credited under **Part A** on such date if you had been a participant in **Part A** prior to January 1, 1998.

#### *Certain ACE Limited Employees*

If you were employed on July 2, 1999 by a **CIGNA company** participating in the **Plan**, and you became an employee of ACE Limited:

- On July 3, 1999 under the terms of an acquisition agreement between CIGNA Corporation and ACE Limited, you became fully vested in your **Plan** benefit as of July 3, 1999; or

- After July 3, 1999 but on or before January 1, 2000 under a transition agreement related to the acquisition agreement between CIGNA Corporation and ACE Limited, you became vested in your **Plan** benefit on your last day of employment with **CIGNA**.

### *Certain Prudential Employees*

If you were employed on March 31, 2004 by a **CIGNA company** participating in the **Plan** you became fully vested in your **Plan** benefit as of that date if:

- You became an employee of Prudential Financial, Inc. (Prudential) on April 1, 2004 (on or before June 30, 2004 if you were on a leave of absence on April 1, 2004) under the terms of a stock purchase and asset transfer agreement between CIGNA Corporation and Prudential; or

- You are identified by the Plan Administrator as an individual who would have become a Prudential employee as of April 1, 2004 but for a **CIGNA company's** decision to terminate your employment on or about March 31, 2004.



# Summary Plan Description
# CIGNA Pension Plan
# Part B

**EFFECTIVE DATE: JULY 2006**

**REVISED: JULY 2006**

# TABLE OF CONTENTS

**OVERVIEW**                                                              4

The SPD                                                                   4

The Plan                                                                  4

**ELIGIBILITY**                                                           5

**EARNING YOUR PENSION BENEFIT**                                          5

Benefit Credits                                                          5

Interest Credits                                                          7

Accessing your Benefit Information                                        7

Account Growth Example                                                    7

**PLAN SERVICE**                                                          8

Credited Service                                                          8

Vesting Service; Becoming Vested                                          8

Counting Service                                                          8

**IF YOU ARE REHIRED BY CIGNA**                                          9

Breaks in Service                                                         9

Your Post-Rehire Plan Account                                            9

**IF YOU TRANSFER BETWEEN CIGNA COMPANIES**                              10

**RECEIVING YOUR BENEFIT**                                               10

If Your Account Balance Is $5,000 or Less                                10

If Your Account Balance Is More than $5,000                              11

Payment Options                                                          11
  Normal Form of Payment                                                 11
  Optional Forms of Payment                                              11

Effect of interest rates on your annuity payments                        13

**ABOUT TAXES**                                                          13

**DEATH BENEFITS**                                                       14

If You Die Before Becoming Vested                                        14

| | |
|---|---|
| **If You Die Before Your Benefit Commencement Date** | 14 |
| **Choosing a Beneficiary** | 14 |
| **If You Die After Your Benefit Commencement Date** | 14 |
| **EFFECT OF TEMPORARY ABSENCES ON YOUR PLAN BENEFIT** | 14 |
| **If You Take an Unpaid Leave of Absence** | 15 |
| **If You Take a Paid Leave of Absence** | 15 |
| **If You Are on Long-Term Disability** | 15 |
| **ADMINISTRATIVE DETAILS** | 16 |
| **ADDITIONAL PLAN INFORMATION** | 17 |
| **Maximum Benefits** | 17 |
| **Change of Control Protection** | 17 |
| **IRS Approval** | 18 |
| **Rights of Spouses and Domestic Partners** | 18 |
| **Non-Assignment of Benefits; QDROs** | 18 |
| **Paying for Your Pension** | 19 |
| **Continuation of the Plan** | 19 |
| **Not a Contract of Employment** | 19 |
| **The Pension Benefit Guaranty Corporation (PBGC)** | 19 |
| **CLAIMS PROCEDURE & APPEAL PROCESS** | 20 |
| **Statement of ERISA Rights** | 21 |
| **Plan Administrator's Discretion** | 22 |
| **For More Information** | 22 |
| **GLOSSARY** | 23 |

## OVERVIEW

### The SPD

This booklet is the Summary Plan Description (SPD) for **Part B** of the CIGNA Pension Plan. The **Plan** contains many different features and provisions; not all apply to you. This SPD describes the important **Plan** features (not necessarily all of the details included in the **Plan** document), the Trust Agreement and other documents that legally govern the **Plan's** operation. If there is a discrepancy between the SPD and the other documents, the official **Plan** documents govern and supersede the SPD.

The entire **Part B** SPD consists of:

- This SPD and
- The Part B Supplement (Supplement).

  The Supplement is a separate part of this SPD that contains information that applies to:

  - former **Part A** participants,
  - former Healthsource Cash Balance Retirement Plan participants,
  - former Intracorp Pension Plan participants, and
  - certain former UNUM Provident employees.

  In addition, the Supplement describes special **Plan** service rules that apply to certain **CIGNA** employees who became employees of Lincoln National Corporation, ACE Limited, or Prudential Financial, Inc., when CIGNA sold parts of its business to those companies.

Terms in bold print are defined in the Glossary on pages 23 to 26. The table of contents (pages 2 – 3), the Glossary and cross references in the text can help you use this SPD, better understand **Part B** of the **Plan** and get answers to specific questions. If you cannot find answers to your questions or want more information about **Part B** of the **Plan**, please contact Prudential Retirement at 877.PRU.2100 (877.778.2100).

### The Plan

The CIGNA Pension Plan pays retirement income. The **Plan** has two different benefit schedules or formulas:

- This booklet describes **Part B** of the **Plan**, the newer account balance formula, which generally covers employees who first participated in the CIGNA Pension Plan after 1988 and certain other employees described in this booklet.

- A separate booklet describes **Part A** of the **Plan**, the "old" plan benefit formula based on final average pay, which generally covers employees first hired before 1989 by **CIGNA companies** that were then participating in the **Plan.**

You don't need to enroll in the **Plan** or make contributions or investment decisions. You will automatically become a participant in the **Plan** as soon as you become an **eligible employee.**

As soon as you start to participate in **Part B** of the **Plan**, an account is set up in your name to record the accumulation of the **benefit credits** (see page 5) that you earn while participating in **Part B** and the **interest credits** (see page 7) your account receives. Your **Plan** account is merely a bookkeeping account that represents the value of your **Part B** benefit. There is no actual money in it, and no **Plan** assets are allocated to it.

Your benefit under **Part B** of the **Plan** is based upon the value of your **Plan** account. Your **Part B** benefit is payable to you after you leave **CIGNA** – if you are vested in your **Plan** account when you leave (see PLAN SERVICE, page 8).

When you leave **CIGNA,** you can elect to immediately receive your vested **Part B** benefit in a single lump sum payment. If your vested account balance is greater than $5,000 when you leave **CIGNA,** you may instead elect to receive your **Part B** benefit in the form of an annuity. (See RECEIVING YOUR BENEFITS, page 10)

The **Plan** may also pay benefits to your surviving beneficiary after you die (See DEATH BENEFITS, page 14).

## ELIGIBILITY

Generally, if you were first hired on or after January 1, 1998 by a **CIGNA company** then participating in the **Plan**, you became a participant in **Part B** on the first day you completed an **hour of service** as an **eligible employee.**

You remain an active **Part B** participant until you terminate employment with **CIGNA** or die – whichever is first – or until your participation is suspended because you stop being an **eligible employee.**

## EARNING YOUR PENSION BENEFIT

When you start participating in **Part B**, an account is set up in your name. Your account records the accumulated **benefit credits** and **interest credits** that you earn as a **Part B** participant. This account is a bookkeeping account that represents the value of your **Plan** benefit -- there is no actual money in it. The money in the **Plan's** trust fund is not allocated to any participant's individual account.

Your account balance, and your resulting **Part B** benefit, grows throughout your **CIGNA** career as you earn **benefit credits** and your account receives **interest credits.**

### Benefit Credits

You earn a **benefit credit** in any plan year (same as the calendar year) in which you earn a year of **credited service**. Generally, you earn a year of **credited service** in any year in which you are credited with at least 1,000 hours of **credited service**. See page 8 for information on how you earn **credited service.**

Your **benefit credit** for the year will equal a specified percentage of your **eligible earnings** for that year. (See the **YOUR BENEFIT CREDITS** chart below.) The specified percentage is based on your number of **points**. For any plan year, your total **points** equal the sum, as of January 1 of the plan year, of your age and the number of your accumulated years of **credited service**.

| YOUR BENEFIT CREDITS | | |
|---|---|---|
| **YOUR POINTS** (Your age plus your years of credited service at the beginning of the year) | **CREDIT** (as a percentage of your **eligible earnings**) | |
| | **For earnings below the Integration Level** | **For earnings above the Integration Level** |
| Under 35 | 3% | 4.5% |
| 35 to 44 | 4% | 5.5% |
| 45 to 54 | 5% | 6.5% |
| 55 to 64 | 6% | 7.5% |
| 65 or more | 7% | 8.5% |

**Part B** is designed to work together with Social Security. Therefore, the **Plan** provides a greater **benefit credit** percentage for the portion of your **eligible earnings** above the "Social Security integration level" (see the above chart). The **Plan** provides this larger benefit because Social Security provides no retirement benefits for income above the Social Security taxable wage base.

Your annual **benefit credit** may therefore have two parts:

- A "base" **benefit credit** on your **eligible earnings** up to and including that year's integration level; and

- An "excess" **benefit credit** on any **eligible earnings** you have above the integration level.

The integration level is 50% of the Social Security taxable wage base each year. For 2006, the integration level is $47,100.

5