**<u>Amara v. CIGNA</u>, Case No. 01-2361 (MRK)**

# EXHIBIT 219

| Comparison of CIGNA Summary Plan Descriptions | |
|---|---|
| **Summary Plan Description Sept. 1998 (and Oct. 1999)** | **Summary Plan Description & Supplement July 2006** |
| "The CIGNA Pension Plan is an 'account balance' plan. With this type of plan, a specific amount is credited to a pension account for you periodically–similar to a savings plan. The best part is that CIGNA does the saving for you. You make no contributions of your own to the Plan." (p. 1) | "Your Plan account is merely a bookkeeping account that represents the value of your Part B benefit. There is no actual money in it, and no Plan assets are allocated to it." (SPD p. 4)<br><br>"When you start participating in Part B, an account is set up in your name...This account is a bookkeeping account that represents the value of your Plan benefit–there is no actual money in it.  The money in the Plan's trust fund is not allocated to any participant's individual account."  (SPD p. 5) |
| "Each dollar's worth of credit is a dollar of retirement benefits payable to you after you are vested. Under the plan, your benefit will grow steadily throughout your career as credits are added to your account."(p. 3) | "Your account balance, and your resulting Part B benefit, grows throughout your CIGNA career as you earn benefit credits and your account receives interest credits." (SPD p. 5) |
| "If you were an employee on Dec. 31, 1997, or rehired after 1997, any benefit you earned under the Pension Plan through December 31, 1997 was converted to an opening account balance in this Pension Plan. The opening balance was equal to the lump sum value of the pension benefit you earned through December 31, 1997." (p. 3) | "If you were a CIGNA employee on December 31, 1997 and your age plus your years of credited service under Part A was less than 45 on that date, you became a participant in Part B of the Plan on January 1, 1998. Any benefit you earned under Part A of the Plan through December 31, 1997 was converted into your Initial Retirement Account under Part B." (SPD p. 2)<br><br>"Generally, the amount of your Initial Retirement Account under Part B of the Plan equals the actuarial equivalent value of your accrued benefit under Part A expressed in the form of a single life annuity." (Suppl. p. 2) |

| | |
|---|---|
| "If you were in the old Plan when you left, the pension benefits you earned will be converted to an opening account balance in the this [sic] plan when you return. The conversion formula used is based on the guidelines established by the federal government for valuing pension benefits." (p. 8) | "If you participated in Part A of the Plan when you left CIGNA, and you were rehired as an eligible employee in 1998, 1999, or 2000, the benefits you earned under Part A were converted into an opening account balance under Part B of the Plan upon your rehire." (Suppl. p. 2) |
| "Your final plan benefits cannot be less than your old plan benefits on Dec. 31st, 1997. If this minimum benefits rule applies to you, you'll be notified by the Retirement Service Center when you request a distribution." | "If you are a former Part A participant whose Part A benefit was converted into an Initial Retirement Account under Part B when you first became an eligible employee and you elect to receive your vested Plan benefit in the form of an annuity upon your termination of employment with CIGNA for any reason other than death, your payments under Part B will be no less than the actuarial equivalent value of your minimum benefit expressed in the form of a single life annuity beginning on your benefit commencement date." (Suppl. p. 3) "However, if your benefit commencement date is prior to your normal retirement date and on or after the date you would have been able to begin receiving early retirement or termination benefits under Part A, the amount of your minimum benefit expressed in the form of a single life annuity beginning on your benefit commencement date will be determined using the applicable early benefit commencement reduction factors under Part A and the actuarial equivalent of any Social Security supplement payable under Part A with respect to the amount of your minimum benefit." (Suppl. p. 3) |

| | |
|---|---|
| Chart shows benefit amounts under the normal and optional payment methods for employee retiring at age 62 with account balance of $200,000 producing a $1,561 per month single life annuity, using a 6.83% interest rate assumption (p. 6). No explanation or examples of the "Effect of interest rates on your annuity payments" are provided. | Chart shows benefit amounts under the normal and optional forms of payment for an employee retiring at age 62 with account balance of $200,000 producing a $1,379 per month single life annuity, using a 5.5% interest rate assumption. (SPD p. 12) This is $182 less per month than in the example in the old SPD. |
| (None) | "Effect of interest rates on your annuity payments: "If you elect to receive payment of your vested Plan benefit in the form of an annuity, your vested account balance will be converted to monthly installment payments for life based on certain actuarial factors. These factors include:<br>• An applicable interest rate;<br>• Your life expectancy based on your age at benefit commencement date based on a mortality table required by the IRS; and<br>• The form of payment you choose." (SPD p. 13)<br><br>Examples are then given showing a $252,000 account balance converting to approximately $150 per month less in monthly annuity payments with each 1% drop in the applicable interest rate. (SPD p. 13)<br><br>"In determining the year in which you wish to begin receiving payment of your annuity, you should consider the impact of the applicable interest rate. This is especially true late in the year when the interest rate that will be used for the following year has already been announced. You may have the opportunity to have your annuity determined using the current year's applicable interest rate or, by postponing your benefit commencement date for a month or two, using the following year's rate. The higher the interest rate, the higher the monthly annuity payment when your vested account balance is converted into an annuity."(SPD p. 13) |

| | |
|---|---|
| (None) | "Necessary Plan changes resulting from the court's decision in <u>Depenbrock v. CIGNA</u> have not yet been made to the Plan and are not reflected in this Supplement." (Suppl. p. 1 n.1) |
| (None) | "<u>Dual Benefit</u> - If you are (i) a Part A participant who was a suspended participant on Jan. 1, 1998 and who became an eligible employee as a result of a subsequent transfer of employment or (ii) a former Part A participant who terminated employment with CIGNA and was rehired after January 1, 1998 as an eligible employee of a CIGNA company participating in the Plan, you will have a "dual benefit" if you: <br><br>    (i) Were a participant under Part A other than a new formula participant prior to Jan. 1, 2001, and you first became an eligible employee after December 31, 2000; or <br>    (ii) Have attained age 65; or <br>    (iii) Received or began receiving a distribution of your Part A benefit before your rehire date, unless (A) your distribution was a deemed distribution of $0 and your years of vesting service under Part A were not disregarded because you experienced fewer than five consecutive one-year breaks in service before your rehire date, or (B) your distribution was an involuntary cash-out with respect to which buy-back rights are attached and you repay the amount of the distribution plus interest in accordance with the applicable provisions of Part A." (Suppl. p. 2-3) <br><br>"If you have a "dual benefit," any new benefit you earn after you are rehired as an eligible employee will be earned under Part B of the Plan. The Part A benefit you earned before you originally terminated employment with CIGNA remains covered by Part A. Special rules apply to the Part A benefit you earned as of the date you previously terminated employment with CIGNA (*See* the Part A summary plan description). (Suppl. p. 3) |

| | |
|---|---|
| (No mention of a "preserved survivor's benefit") | "<u>Minimum Benefit</u> -- A participant's Part A accrued benefit expressed in the form of a single life annuity commencing at the participant's normal retirement date. However, if a participant:<br>    • Survives to his benefit commencement date and has a spouse as of that date, or<br>    • Is credited with at least one hour or service as an eligible Part A employee after December 31, 2000, survives to his benefit commencement date and has a domestic partner on such date,<br>    and the participant's spouse or domestic partner would be eligible for a preserved survivor's benefit under Part A as of the participant's benefit commencement date, the participant's Part A benefit, expressed as a single life annuity, will be increased by the actuarial equivalent of the applicable preserved survivor's benefit." (Suppl. p. 4) |