Amara v. CIGNA, Case No. 01-2361 (MRK)

# EXHIBIT 220

SUPPD025506

# PENSION PLAN INITIATIVES

## MAY 2006

SUPPD025507

## CIGNA Pension Plan Initiatives

| Task | Item | Description | Progress Report | Leads | Timing | Completion Date |
|---|---|---|---|---|---|---|
| **Administration** | | | | | | |
| 1 | Service Delivery | Past Due items: Manual Benefits Calculations | TOTAL NUMBER OF ITEMS: 27<br>Less than 30 = 9<br>30 - 60 = 5<br>60 - 90 = 6<br>over 90 = 7 | D.Cherry<br>D Hatfield<br>T Kane | On-going | |
| 2 | Service Delivery | Workflow Log. These items represent information pending from CIGNA. TIMING: Terry should have 30 days, then bring to John when over 30 days. | As of 05/19/06<br>TOTAL NUMBER OF ITEMS: 44<br>Less than 30 days : 10<br>Over 30 days: 34<br>Over 60 days: 24<br>Over 90 days: 13 | D. Cherry<br>D Hatfield<br>T. Kane | On-going | |
| 3 | CIGNA Call Center/Pru Workflows | Develop new procedures/workflow to use between Prudential and Costa Rica. | 3/16/06 Lorraine provided Diane Lastinec list of 6 suggested topics to begin bi-weekly calls with Jim Knipp. 4/27: Lorraine to provide update at meeting | L Morris<br>D Lastinec<br>Mazzoni | J | |
| 4 | Part B \Part A Project (Depenbrock) | Comparison Calculations for 194 participants moving from Part B to Part A | Five groups of part active -53 , vested terms 50, pd out lump sums 35, pd out receiving annuity pymts 50, and deceased 6.  Estimated 253 hrs to complete active/vested term calcs and pkgs. Do the calcs as close to mail date as possible and then once ppts makes a choice, true up calculation will be performed.  Discussed risk to complete this project.  Ppts calling for statuses, ppt wanting to retiree yr end handled as one offs. 11/29/05 J Arko to handle some retirees in pymt mode.  Still in atty hands, J. Arko expects to do status communication to ppts by yr end.  ACE ppts have been identified in this group.  Donna L. will need to provide list of ACE ppts, need to post 7/99 to 12/00 earnings. 3/22/06 -John met in Htfd with Denise/Donna completed analysis of who had been paid out lump sum and annuities.  Log maintained.  John finalizing letters. 194 benefits to calculate.   ppt given a choice, to make a decision w/ 60 days for Part A or Part B.  4/27: Drafts of letters are in review by actuarial staff.  Follow up done 4/24.  Donna LeClair to research correct comp. | J. Arko<br>L. Morris<br>D. Belanger<br>D. LeClair | Pending additional information from John Arko | |

| | | | | | |
|---|---|---|---|---|---|
| 5 | Amara vs. CIGNA | | Internal meeting held at PRU. Subpoena receive. Legal, Business, Technology will represent the case. Court date, 4/19/06. 4/27: Lorraine M/Greg Lobota deposed 4/19. Addl info will be provided for subpoena. | J. Arko L. Morris | |
| 6 | Relative Value | For pension plans subject to spousal consent rules, QPSA [Qualified Pre-retirement Survivor Annuity] and QJSA [Qualified Joint and Survivor Annuity] notices are provided to plan participants and their spouses before making a selection of benefits. | Plan impact: Change the disclosure to advise the participants that the forms of annuity all are of equal value. CPP does come under the delay, disclosure to advise participants that forms of annuity all are of equal value will not be implemented. Newly revised QJSA Notice will be implemented for the CPP, but, without the disclaimer. QJSA Notice was approved by Pru Legal (Domestic Partner language)..Pru Legal also made other change recommendations in the participant fulfillment packages (Change QJSA to Qualified Annuity to match the plan document) .   8/3/05 - QJSA Notice was reviewed by Compliance, minor updates needed will be made by Lorraine and forwarded to Elinor on 8/1/05. 11/29/05 L Morris sent general info to Elinor along with documents (SBCO language not incorporated yet- pending Pru compliance).    CIGNA will need to put this through their legal. 3/22/06 - Kathy and Randy looking at items.  4/25/06: Actuaries to prepare statement as requested re minimum benefit impact/ free 30. | L Morris R Root | Implement 2/1/06 |
| 7 | Free 30 | Impact of reg changes on free 30 calculation | | R Root | |
| 8 | Retiree Novation | Communication to retirees with guaranteed benefit payments (liability moving from CGLIC to PRIAC) | DB Qualified Pension Plan not novated yet.  Pending CIGNA's approval. Next steps involving participants won't take place until the Plan is novated.  Participant communication was sent to John.  If participant letter requires changes, John will need to let us know ASAP. 11/29/05 Bob followed up with J Wolf & J Arko mid-Nov- still with CIGNA Legal.  3/22/06 - Rests with CIGNA legal (Paul Gontarek) | P. Hughes J. Arko P Gontarek | 4/30/2006 |

Prudential Confidential

SUPPD025508

Page 2

| # | | | | | |
|---|---|---|---|---|---|
| 9 | SPD Updates | Provide Feedback to CIGNA on Cash Balance Part B | Part B is being worked on. PRU will support as necessary. Lorraine provided comments and reviewed with Elinor on 10/14/05. Elinor worked with CIGNA Legal. 11/29/05-Lorraine received latest draft & will make comments by 12/2/05. 3/22/06 - John will ask Andy to get latest to Lorraine for final comments. Expect to finalize by 4/5/06. Distribution by 4/30/06 | L Morris<br>J Arko | 4/30/2006 |
| 10 | | | | | |
| 11 | CIGNA Call Center | Breakdown with calls re healthcare deductions from pension checks/death processing. Ppts directly referred to PRU with healthcare deduction issues. Also, concerned with deaths. | 5/27: Need plan and target date is for revising the workflow/control reports as these issues continue to problematic for the customer and YCL/PRU. Pru had several calls lately regarding deductions (medical, dental & life insurance) - ppt told by YCL to call Pru who can do nothing. The request to change/correct the amount and reimburse the participant has to come from CIGNA/IBM.<br><br>What about the participants that have life insurance deductions taken for Lincoln, do the IBM reps know to refer them to Lincoln Financial and not Pru? Again, we can not make any changes without direction from Lincoln.<br><br>Also, regarding Death Notifications? Pru has received one in a month - has IBM stopped sending them to us. We did send quite a few to Veronica Obando <vobando@cr.ibm.com> w/ no response. | | |
| 12 | IPG Contract | IPG Contract Conversion | Formality for conversion, contract written same as existing contract. Plan to start working on this mid summer, target completion by year end. | P. Hughes<br>J Arko<br>P Gontarek | 7/15/2006 |
| 13 | Valuation Process | Compilation and review of the annual valuation of the CIGNA Pension Plan | Actuarial Team completes valuation and meets with CIGNA in Philadelphia | R Root<br>J Arko | 6/15/2006 |

**Data Projects**

SUPPD025509

| | | | | | |
|---|---|---|---|---|---|
| 17 | Missing Vested Terminations | During the 2002 valuation process, these vested terminated participants were identified as missing. Need to determine if benefit is due. | Vested Terms from FAS project 341 BAS records (141 resolved) BEN STATUS 0 Phila still researching (76 records). BEN STATUS 1 No benefit due (157 records). BEN STATUS 2 Calculation completed and with CR&IS (162 records - includes RSI) BEN STATUS 3 Calculations to be completed by CR&IS (232 records). Completed 225. Remaining 7 have problems (5 with Terry/2 with Anne) BEN STATUS 4 Calculation completed and with Phila (81 records). BEN STATUS 5 Calculation needs to be completed, Phila to supply data (101 records)  5/25/05  Terry is working on this as time permits.  Target completion, 9/30/05.  11/29/05- RSI was completed, other categories need to be verified to ensure info is latest update.  T. Kane this is being worked on as time permits. Nothing new. | T.Kane | |
| 18 | Old CG Agents | Data Review | Donna LeClair provided listing to Terry Kane which identified discrepancies between CDP and DBRK. Noted some people whose info was the same in CDP and DBRK; however, it looks questionable (i.e. hired date 1991, years of service) 11/29/05 CIGNA expects to have someone who can start looking and reviewing their old database.  4/27: Cigna, What is status? How can we limit impact (stake in ground). | T Kane D LeClair | |
| 19 | Individual Insurance Product | With payroll change to IBM, there will be  no more life insurance deductions. | CIGNA will be preparing a communication regarding turning off of payroll deduction.  9/26/05 - PRU provided John a list of affected ppts.  John expects to send a draft to PRU by 9/30/05.  11/29/05 Prudential will continue with convenience deductions. John to get letter to Lincoln…we will have no more deductions. 4/27: J Arko is having meetings with appropriate vendors | John Arko Donna Cherry | 6/1/2006 |

SUPPD025511

SUPPD025510

| # | | | | | |
|---|---|---|---|---|---|
| 14 | Florida Dental commission payments | CIGNA discovered that certain incentive compensation payments to over 50 CIGNA Dental sales people have been paid from the wrong DOE code. This caused their earnings to be excluded from eligible earnings for pension benefits | Andy Scanlon is working on the impacts. Correction implemented going forward. Impact appears to be prior to 2005. Meeting held 4/18/06 to review and discuss next steps. Ellen will ask PRU compliance for opinion on corrective action. CIGNA expects to do self correction. Impact is still being reviewed....know 2005 impacted; not sure about previous years. 4/27: Pru compliance acknowledged and will review and comment. | D Cherry E Meseroll J Arko A Scanlon | |
| 15 | LOA Corrections | 1,994 participants need research and corrections. Their records may contain earnings for periods of LOA which results in overstated account balances. The problem in DBRK was corrected in 2000, therefore, LOAs since that date do not have this problem. | Email was sent to Terry (11/12) with the final list of all of the ppts who we need history for. The lists contained a total of 425 SS#'s (including 43 ACE ppts). Terry will provide the LOA history file complete with the exception of 3 ppts which were not in CBMS (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, 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, 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). As of 8/29/05-The 425 participants have been reviewed, 125 require corrections needed to compensation, benefits will need to be regenerated, and letters mailed to participants. 11/29/05: 1 ppt to be researched. Determined 14 ppts overpaid total of $7801 (2 were survivors). More detail will be supplied to CIGNA via e-mail. Terry will provide information on 4 deceased ppts. Total of 14 participants were overpaid as a result of incorrect info held in recordkeeping system-need to provide info to CIGNA and discuss final steps | L Morris D Lastinec J Arko | |
| 16 | Rehire Research (Data clean up surfaced. Determined to handle as project rather than one off's) | In process of doing calculations, gap in data surfaced. Review 1637 Rehires between 1/1/1998 and 4/1/2002 to determine if account balance \ OAB are correct. | Process in place going forward. Clean up review of: 21 CR&IS participants (Hartford) - Researched & completed, 41 CR&IS participants (Non-Hartford) - Researched & completed 70 participants with 1/1/98 OABs who had been paid out prior to 1998 - Researched & completed. UPDATE: 2/22/05 - This project resumed this month with a list of another 200 Rehires to research. 4/26/05: Research completed for 400 active rehires. We found majority were correct in our system. 21 - required name changes and 11 are on LOA at the present time. 36 still require further research. 5/25/05, on hold due to other priorities 11/29/05 No further updates. | L Morris | On hold |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | All Convenience Deductions | Discuss process, procedures for electronic feed of deductions, how to handle ppt questions, how to communicate between Pru and CIGNA/IBM | Separate meeting to outline issues and assign owners First meeting scheduled for Wednesday, May 24 | D Lastinec, J Knipp, L Morris, D Cherry | 7/15/2006 | |
| 21 | Tier 1 \ Part A Vested Terminations over age 65 and over 70 1/2 | High priority on the list of Data Roundtable Projects. 200 Vested Terminated participants who have attained age 65 and 70 1/2 and may not be paid out. | Over Age 65 Vested Termination project has been completed<br><br>Elinor reviewed procedures and approved.<br>Over Age 70-1/2 Vested Termination project in progress:<br><br>15-lost<br>20 deceased-possibly benefits due<br>4-deceased no further benefits due<br>32-paid<br>9-in process of being paid<br>4-require additional research<br>Latest updates need to be provided to CIGNA, need to confirm who is taking lead at CIGNA | L Morris | | |
| 22 | Unmatched Reserves | There are participants who are only identified as "Unmatched Reserves" in the payment system. | Three contracts (4628, 164, 7085) with approximately 400 participants were identified as unmatched reserves with cert numbers only (no SSN/name). There are 71 remaining that we are unable to identify any further, fiche does not contain these cert numbers. On 7/29/05 Lorraine sent e-mail requesting Terry Kane's assistance, we have exhausted all means of identifying remaining 71 participants and need to determine if CIGNA can identify these participants. ppts have been broken down by Plan. Worked on 4628 first, found 5 or 6 and will be sending fiche. Other ppts are from 7085 and 164, all Agency related. 11/29/05 We located another set of fiche filed in old DC files we were able to resolve almost half of the 71 remaining. D Hatfield sent T. Kane updated list with remaining ppts last week. 3/22/06 - Received a spreadsheeet from Reserves early March with another 20 SSNs from the list. These ppts have been updated with correct SSN and names. 4/27: 51 remain to research (Terry/Pru Reserves) | D Hatfield<br>L Morris | | |

| | | | | | |
|---|---|---|---|---|---|
| 23 | Reconcile total DBRK life count against CBMS life count | CBMS life count is about 3700 lives lower than DBRK. | 8/3/05 - Terry indicated there would be a kick off project on this starting 8/5/05. CIGNA has the ppt detail on paper and needs to get entered into CBMS. Once this is complete, then we can bump data against DBRK. Part of the issue is CIGNA never sets up survivors on CBMS. 8/30/05 update from CIGNA, may see some info on the 8/31/05 file. 10/25/05 - IC adds complete in CBMS. Last feed will be 12/1. *4/27: to be reviewed by Pru after annual val is completed* | T. Kane L Morris | |
| 24 | Reconcile data bases for years of service (YOS) | In preparation for PRU to take over vesting calculation, need to compare data bases for credited service. | 9/27/05 - Donna Cherry and Terry Kane on point to discuss and develop plan. Needs to be completed before year end. 11/29/05-Meeting was held with Terry and Donna. Game plan discussed. Donna L sent Terry the files for DB. Pending with CIGNA, expects to provide file second week of December. *4/27: see #15 - file provided 12/19/05* | D Cherry T Kane | |
| 25 | ABC - HMO | Identify participants with ABC HMO entitlements | Terry identified the participants to John & Sandy in November...most are vested terminations. Next step is for Terry to get the calculations. 4/26/05, Terry provided information to Jenny. Confirm that we have all information needed. 9/2305- Lorraine will be reassigning this. PRU needs to provide Terry info on what data we have and what data is needed. Lorraine provided detailed email to Terry Kane on 9/29/05. Per T Kane-on back burner due to payroll trans. | L. Morris | |
| **Plan Amendments** | | | | | |
| 26 | NQ-new requirements | | Under review. Need to regroup end of April *4/11:* Mike Walton final regs are due in summer 06. Except "fine tuning" not rewrite. | J Arko L Morris R Root D Cherry | 7/1/2006 |
| **Legislative Updates** | | | | | |
| **Annual Events** | | | | | |

| # | Item | Description | Contact | Date |
|---|---|---|---|---|
| 27 | TRR | Kick off meeting held 3/21/06. AON, CIGNA, and Prudential participated. Test files due first week of May 2006. Cash Balance and SERPS will contain data as of 6/30/06. Tier 1 and dual benefit file (div 003) will contain data as of 12/31/05. Production files due 7/3/06 with exception of cash balance and SERPS will be due week of 7/17/06. Based on this meeting, CIGNA will not require Prudential to make any changes to TRR for 2006 (Need to determine if Prudential system enhancement request can be closed). 4/27: Pru to review needs internally in May 5/24 Pru: Game plan in place to deliver TRR for 7/16 | L. Morris D LeClair E. Meseroll | 5/1/2006 |
| 28 | Total Rewards Report | | | |
| | Account Balance Part B Pension Benefit Statements | Statements with 2005 Benefit/Interest Credits and 12/31/05 ending account balance | L Morris D LeClair | June 1, 2006 |
| 29 | Deduction Changes | Retiree Medical/Dental Year-End Premium Changes | L Morris K Eli D Hatfield | Dec-06 |
| 30 | PBGC filing | Plan is under funded | D Cherry R Root J Arko D Lastinec | 4/15/2006 |
| 31 | PBGC Premiums | $30.00 per ppt. | D Cherry R Root J Arko D Lastinec | 10/1/2006 |
| 32 | Valuation Process | Terry provided census data, Retiree Medical. Matt working on flow of fives 5/25: Presentation of completed val in June | M Henderson R Root J Arko | |
| 33 | 2005 Signature Ready 5500 | Final premium due October | B Feldman-5500 Pru Actuaries SSA | 9/15/2006 |
| 34 | Pay PWC Audit Invoices from fund | | J Arko D Cherry | 9/15/06 |
| 35 | 2005 DB Audit | Prudential works directly with PWC on Plan audits annually. Kick off meeting held 3/22/06. Pension audit target to begin 8/14/06. Chrissy is waiting to receive IPG certified reports and then will provide sample test groups. Census confirmation address file due by 3/31/06 to get confirms out in April. | F Louie D Cherry L Morris D. Belanger | 8/14/2006 |

| | | | | |
|---|---|---|---|---|
| 36 | DB Proxy Info | SEC looking at how we need to disclose executive compensation. 5/25 - kick off meeting - R Root to review regs and disclosure needs. Addl calculations needed to be done by Pru. Terry and Donna will work together to provide data. | J Arko<br>D Belanger<br>M Henderson<br>R Root | 01/15/07 |
| 37 | Sarbanes Oxley | Sarbanes Oxley confirmation | T Kane<br>D LeClair | Jul-06 |
| **Product Technology Development** | | | | |
| 38 | Prudential Web Sign-on  USER ID replaces SSN | Prudential's website, effective 3/20/06 provides the capability to eliminate the use of SSN for sign on. Participants will be required to establish a User ID upon logging into the Online Retirement Center. Lorraine provided email on 3/20/06 with details and screen prints. Message was placed on 1st quarter statements informing ppts effective 5/1/06 user ID will be required.  Currently creating a user ID is optional for the ppt. | D Cherry<br>D Lastinec | 5/1/2006 complete |
| 39 | Interactive Calculations | On-Line availability of estimates | L Morris | 2007 |