Amara v. CIGNA, Case No. 01-2361 (MRK)

# EXHIBIT 221

THEODORA J ABRONZE

GR/S/FX: 04628*  DIV: 004  SSN:

Service Stop Date: 03/31/2004          Run Id: 5/18/2004 11:16:54

| YRS/MOS | DATE | FOA | PART AMT | SP/CA AMT | UNADJ BEN | EARLY/LATE FACTOR | PSB FACTOR | FOA FACTOR | LVL FACTOR | AEQ Interest Rate Override | AGE AT ACD SPOUSE / CA | MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 01 | 07/01/2004 | Life Annuity | 585.97 | .00 | 76,550.45 | 0.853 | 1.000 | 1.000 | 0.5193 | 0 | 58.417 0.000 | |
| | | Life Annuity & Lump Sum Refund | 568.86 | .00 | 76,550.45 | | | 0.9708 | 0.5193 | | | |
| | | 50% Joint and Survivor | 558.08 | 279.04 | 76,550.45 | | | 0.9524 | 0.5193 | | | |
| | | 100% Joint and Survivor | 532.71 | 532.71 | 76,550.45 | | | 0.9091 | 0.5193 | | | |
| | | Lump Sum | 76,550.45 | .00 | | | | 13.8718 | | | | |

Page 1 of 1

Mn hit Rue 30
Value was
no shown
was 55 @ Retm
+ had service
Retired

5/21/2006

Case 3:01-cv-02361-MRK    Document 198-7    Filed 08/31/2006    Page 3 of 6



Last Name: BERGMAN  
First Name: MICHELE G  
SSN:  
GR/SFX/DIV: 04628* / 004  
DOT: 04/18/2003  
Run Id: 05/21/2006 09:46:22:239

| YRS/MOS | DATE | FOA | PART AMT | SP/CA AMT | UNADJ. BEN | EARLY/LATE FACTOR | PSB FACTOR | FOA FACTOR | LVL FACTOR | AGE AT ACD SPOUSE/CA | MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 00 | 02/01/2013 | Life Annuity | 1,342.69 | 0.00 | 182,283.20 | 1.000 | 1.000 | 1.000 | 1.000 | 68.417 | |
| | | Life Annuity & Lump Sum Refund | 1,259.71 | 0.00 | | | | 0.9382 | | | |
| | | 50% Joint and Survivor | 1,262.00 | 631.00 | | | | 0.9399 | | | |
| | | 100% Joint and Survivor | 1,190.43 | 1,190.43 | | | | 0.8866 | | | |
| | | Lump Sum | 182,283.20 | 0.00 | | | | 11.3133 | | | |

Added NRD Iter#  
Benefit - was  
not loaded.

Will be do hu  
30 $ value on  
Final not shown  
here

Question for  
Nick  
Show both  
Calcs.

Page 1 of 1    5/21/2006

| GR/SFX: 04628* | DIV: 004 | SSN: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Service Stop Date: | 01/10/1998 | | Run Id: 10/6/1999 13:40:53 | | | | | | | | |

| YRS/MOS | DATE | FOA | PART AMT | SP/CA AMT | UNADJ BEN | EARLY/LATE FACTOR | PSB FACTOR | FOA FACTOR | LVL FACTOR | AEQ Interest Rate Override | AGE AT ACD SPOUSE / CA | MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 06 | 10/01/1999 | Life Annuity | 414.40 | .00 | 66,554.62 | 1.000 | 1.000 | 1.000 | 1.000 | | 0.000  0.000 | |
| | | Life Annuity & Lump Sum Refund | 400.89 | .00 | 66,554.62 | 1.000 | | 0.9674 | 1.000 | | | |
| | | Lump Sum | 66,554.62 | .00 | 66,554.62 | | | 13.3838 | 1.000 | | | |

Hi min
not married
notice 30
value

VTILS Q/NQ

Last Name: WEIDENBORNER  
First Name: JANICE R  
SSN:  
GR/SFX/DIV: 04628* / 004  
DOT: 07/02/1999  
Run Id: 05/21/2006 10:43:25:906  

| YRS/MOS | DATE | FOA | PART AMT | SP/CA AMT | UNADJ. BEN | EARLY/LATE FACTOR | PSB FACTOR | FOA FACTOR | LVL FACTOR | AGE AT ACD SPOUSE / CA | MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 65  00 | 02/01/2030 | Life Annuity | 824.27 | 0.00 | 102,852.11 | 1.000 | 1.000 | 1.000 | 1.000 | 60.583 | |
| | | Life Annuity & Lump Sum Refund | 773.33 | 0.00 | | | | 0.9382 | | | |
| | | 50% Joint and Survivor | 749.84 | 374.92 | | | | 0.9097 | | | |
| | | 100% Joint and Survivor | 687.69 | 687.69 | | | | 0.8343 | | | |
| | | Lump Sum | 111,902.33 | 0.00 | | | | 11.3133 | | | |

Will be clo-to
has 3D value
on final pk
not displayed
here

Termed

5/21/2006                                                                                                 Page 1 of 1

FITZPATRICK  First Name: ROSEMARIE
SSN:
GR/SFX/DIV: 04628* / 004
DOT: 05/31/2015  Run Id: 05/21/2006 10:18:57:566

| YRS/MOS | DATE | FOA | PART AMT | SP/CA AMT | UNADJ. BEN | EARLY/LATE FACTOR | PSB FACTOR | FOA FACTOR | LVL FACTOR | AGE AT ACD SPOUSE / CA | MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 00 | 06/01/2015 | Life Annuity | 310.09 | 0.00 | 33,692.22 | 1.000 | 1.000 | 1.000 | 1.000 | 66.083 | |
| | | Life Annuity & Lump Sum Refund | 290.93 | 0.00 | | | | 0.9382 | | | |
| | | 50% Joint and Survivor | 288.76 | 144.38 | | | | 0.9312 | | | |
| | | 100% Joint and Survivor | 270.15 | 270.15 | | | | 0.8712 | | | |
| | | Lump Sum | 42,097.92 | 0.00 | | | | 11.3133 | | | |

Page 1 of 1

5/21/2006

Handwritten note: On LOA leaving stopped 6-30-95. Free 30 VOW would be in effect at time she takes it. Not shown here. Active LOA.