Amara v. CIGNA, Case No. 01-2361 (MRK)

# EXHIBIT 222

June 1, 2006 - - DRAFT

To:     John Arko, CIGNA Corporation
From:   Randolph B. Root, Prudential Retirement
Re:     CIGNA Pension Plan - - Free 30% Survivor Annuity

This is to document how the Minimum Benefit for certain Participants is to be determined under Part B of the CIGNA Pension Plan [the "Plan"]. The participants affected are those that:

(a) have a Part A Accrued Benefit that has been converted into an Initial Retirement Account under Part B, and

(b) have a qualifying Spouse/Domestic Partner as of the date of separation from service, and

(c) would qualify for an early retirement benefit under Part A of the Plan as of the date of separation from service [generally age 55 with 10 years of vesting service].

For these affected Part B Participants, the Minimum Benefit should be determined by increasing the Part A Accrued Benefit, expressed in the form of a single life annuity, by the Actuarial Equivalent Value of the CIGNA Free 30% Survivor Annuity. The Actuarial Equivalent Value is determined based on the Applicable Mortality Table [currently 1994 GAR meld] and interest at the rate of 7.0% per annum.

This interpretation reflects the conclusions that were drawn in 1998 by Jean Renshaw of Drinker Biddle and John Arko of CIGNA Corporation. Also, we have reviewed the Plan document and administrative practice, and we concur with this interpretation.