Amara v. CIGNA, Case No. 01-2361 (MRK)

# EXHIBIT 223

AUGUST 18, 2006
CIGNA PENSION PLAN-PART B
MINIMUM BENEFIT-FREE 30%

| Categories | Counts |
|---|---|
| Total Number of Retired/Vested Terms since 1998– Benefit Administered | 16,572 |
| Prior Division 2 participants (1.67% formula) - Free 30% is not a Plan option | 4697 |
| Healthsource/Provident (did not begin participating in Plan until 1999) – Free 30% not an option | 6 |
| Teledrug/Trilog (did not begin participating in Plan until 2001, no prior DB pension plan)-Free 30% not an option | 42 |
| Intracorp (had no prior CIGNA benefit) Free 30% not an option | 147 |
| Unum- (no prior DB pension plan, no opening account balance) Free 30% not an option | 3 |
| RATAE (Retired under Part A, benefit being paid under Part A, no opening account balance) | 1 |
| Less than 10 years of service upon termination, not eligible for Free 30% | 10,648 |
| Less than age 55 upon termination, not eligible for Free 30% | 862 |
| Number of records to be reviewed to validate minimum benefit Free 30% was properly administered | 166 |

We are in process of reviewing the 166 records in order to validate the minimum benefit Free 30% was properly administrated. We anticipate a relatively smaller subset of the 166 will require updates. It appears a fair number of the individuals within this group are single and Free 30% would not be an available option for them. We expect to complete our analysis and identify any necessary corrections by 8/31/06.

Our current administrative process ensures this provision is being properly administered so active employees are not a concern.

Lastly, we have identified 341 deaths that occurred since 1998. Further analysis of the raw data is needed in order to make a preliminary assessment around this group.