**Amara v. CIGNA**, Case No. 01-2361 (MRK)

# EXHIBIT 224

Lorraine Morris 08/17/2006 10:45:07 AM



**Donna Leclair/PI/Prudential**
CIGNA Accounts Team
Phone Number: 860.534.3225
Fax Number: 860.534.2385

Fri 04/28/2006 10:54 AM

To   Donna Leclair/PI/Prudential@Prudential
cc   See Below
bcc
Subject   RELATIVE VALUE

Please make sure when you are sending out a file to check to make sure if they should have an OAB that they do have one. All OAB's with the exception of INTRACORP should have not only the OAB filled out but also the Conversion benefit and Benefit at NRD along with the SSN offset. IF anything is missing you need to see me before a package goes out. WIth all the packages I'm getting I cannot go in and check all this out so please make sure you've checked.

Donna

cc:   Christina Hackett/PI/Prudential          Joanne Peltier/PI/Prudential
      Cindyliz Vargas/PI/Prudential            Kelli Ely/PI/Prudential
      David Chapman/PI/Prudential              Kevin Kenny/PI/Prudential
      David Hatfield/PI/Prudential             Lee Watters/PI/Prudential
      Denise Belanger/PI/Prudential            Lorraine Morris/PI/Prudential
      Donna Cherry/PI/Prudential               Marie Olden/PI/Prudential
                                               Phillip Halmers/PI/Prudential



**Donna Cherry/PI/Prudential**
CIGNA Account Team
Phone Number: 860-534-3489
Fax Number: 860-534-2385
Tue 08/08/2006 09:12 AM

To  See Below
cc
bcc
Subject  Discussion re checking minimum balance versus annuity from last week's team meeting

Based upon our team meeting on 8/3/06, Plan Specialists are currently comparing the minimum benefit to the annuity and if the minimum EXCEEDS the annuity, these calculations are referred to Donna LeClair. In the future, this should continue AND any minimums within 15% of the annuity should be handled in the same way.

Checking for minimum balance exceeding annuity:
Divide the minimum into the annuity amount and if the result is 1.15 or greater, refer

- Assume Annuity of $1,150 and minimum of $1,000

  Then $1150/1000 = 1.15$ refer

- Assume Annuity of $800 and minimum of $655

  $800/655 = 1.221374$ – refer

- Assume Annuity of $650 and minimum of $577

  $650/577 = 1.12 = OK$

This step will be modified on the check list for this new step

Donna M Cherry
Client Consultant - CIGNA Team
Prudential Retirement
860-534-3489
donna.cherry@prudential.com

To:  Kelli Ely/PI/Prudential
Christina Hackett/PI/Prudential
david.hatfield@prudential.com
Kevin Kenny/PI/Prudential

Marie Olden/PI/Prudential
Joanne Peltier/PI/Prudential
Cindyliz Vargas/PI/Prudential
David Chapman/PI/Prudential