**<u>Amara v. CIGNA</u>, Case No. 01-2361 (MRK)**

# EXHIBIT 225

| | |
|---|---:|
| TOTAL OPENING ACCOUNT BALANCE RECORDS | 27,159 |
| - EXCLUSION REASON 1: BENEFIT ADMINISTERED ≥ CONVERSION | 5,217 |
| - EXCLUSION REASON 2: PRIOR PENSION PLAN CODE = 3 / DATE OF REHIRE ≥ 01.01.2001 | 289 |
| - EXCLUSION REASON 3: CREDITED SERVICE @ CONVERSION = 0.000 | 2,800 |
| - EXCLUSION REASON 4: NON-VESTED TERMINATION ≥ CONVERSION | 1,060 |
| - EXCLUSION REASON 5: MISCELLANEOUS RESOLUTION | 63 |
| - EXCLUSION REASON 6: OPENING ACCOUNT BALANCE DATA COMPLETE | 17,156 |
| - EXCLUSION REASON 7: DEPENBROCK | 79 |
| = OUTSTANDING ~ REVIEW NEEDED / 199 NO ANNUAL OFFSET AT CONVERSION / 296 OTHER | 495 |

E:\HODGES_06152006\07172006_01.DOC

## CIGNA Pension Plan

### Defined Benefit Record Keeping (DBRK) System

### Opening Account Balance (OAB) Review

### Status @ 07.17.2006

| | Category / Comment | Count |
|---|---|---|
| | | |
| | Total Number of Records on File Provided to Plaintiff's Attorney | 27,159 |
| — | Participant's DBRK record contains:<br><br>  i.    Gross Opening Account Balance > $0.00<br>  ii.   Qualified Opening Account Balance > $0.00<br>  iii.  Gross Annual Normal Retirement Benefit @ Conversion > $0.00<br>  iv.  Qualified Annual Normal Retirement Benefit @ Conversion > $0.00<br><br>Database query pending to confirm that the "Annual Offset at Conversion" field has been populated. | 17,420 |
| — | Non-vested Terminations, benefits forfeited | 1,059 |
| — | Cashouts ≥ 01.01.1998 | 4,927 |
| — | Rehired Date ≥ 01.01.2001 / Prior Pension Plan Code = 3 Part A, i.e., cash balance future service only. | 289 |
| — | Participants with an initial CIGNA hire date on or after August 1, 1997. Analysis to date assumes that these participants did NOT earn a year of credited service from hire date to 12.31.1997, and would, therefore, have a "gross conversion annuity" and a "qualified conversion annuity" equal to $0.00. A database query is pending to confirm that this assumption is accurate. | 2,386 |
| — | Other participants with Credited Service as of "conversion date" = 0.000. Credited service was validated based on actual service records maintained in DBRK | 267 |
| — | Remaining Depenbrock individuals (did not fit into other categories identified) | 79 |
| — | Rehired participants with prior small benefit settlement, i.e., accrued benefit = $0.00 at point of rehire. These individuals received a small benefit settlement upon termination and therefore would only have benefits based on future service under Part B. | 22 |
| - | Miscellaneous, e.g., annuitants under pension plan code 2 or 3 (Part A) rehired on or after 01.01.1998. These individuals are receiving annuity benefits under Part A and therefore would only earn benefits based on future service under Part B. | 261 |
| - | Outstanding records to be reviewed | 449 |

**CIGNA Pension Plan**

**Defined Benefit Record Keeping (DBRK) System**

**Opening Account Balance (OAB) Review**

**Status @ 07.17.2006**

Though our analysis was performed against the same file we provided to the plaintiff's attorney, our analysis did not merely address the 9400+ records identified by the attorney as having missing Opening Account Balances.

Instead, the entire file was reviewed and participant records which did not consist of an amount greater than zero in the following four data fields were targeted as potential problems: Gross Opening Account Balance, Qualified Opening Account Balance, Gross Annual Normal Retirement Benefit at Conversion, and Qualified Annual Normal retirement Benefit at Conversion. This resulted in 9,739 records requiring further analysis.

The following chart reflects 17,420 records were deemed to be in order since they contained amounts greater than zero in the four files deemed critical to the calculation function. The nine additional categories outlined represent the 9,739 records that required further research. To date, 9,290 records have been reviewed and 449 remain to be analyzed. Our analysis identified 44 records requiring corrections.

**Prudential Financial**

HODGES_08042006.xls

| | |
|---|---:|
| TOTAL OPENING ACCOUNT BALANCE RECORDS | 27,200 |
| − OPENING ACCOUNT BALANCE DATA COMPLETE | 17,200 |
| | |
| = OPENING ACCOUNT BALANCE RECORDS ~ REVIEW NEEDED | 10,000 |
| | |
| − BENEFIT ADMINISTERED ≥ CONVERSION | 5,100 |
| − PRIOR PENSION PLAN CODE = 3 / DATE OF REHIRE ≥ 01.01.2001 | 300 |
| − CREDITED SERVICE @ CONVERSION = 0.000 | 2,800 |
| − NON-VESTED TERMINATION ≥ CONVERSION | 1,100 |
| − MISCELLANEOUS RESOLUTION | 300 |
| | |
| = OUTSTANDING ~ REVIEW NEEDED | 400 |

AUG-04-2006 FRI 03:28 PM    MOUKAWSHER&WALSH            860 446 8161            P. 01
AUG. 4.2006    4:22PM

NO.976    P.1/2

# Facsimile

**Prudential** **Financial**

Prudential Retirement
CIGNA Accts Team H08X
280 Trumbull Street
Hartford, CT 06103
Tel (860) 534-4685
Fax (860) 534-2385

| To | Mr. Ian Smith | Fax Number | 1 - 860 - 446 - 8161 |
|---|---|---|---|
| Company | Prudential Retirement | Date | 08.04.06 |
| From | Andy Hodges | Total Pages (including fax coversheet) | 2 |
| Subject | | Copies | |

*This is the document discussed earlier.*

*Andy Hodges*

"THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU."

Prudential Financial is a service mark of The Prudential Insurance Company of America, Newark, NJ and its affiliates. Securities products and services are distributed by Prudential Retirement Brokerage Services, Inc. (PRBS), 280 Trumbull Street, Hartford, CT, 06103. PRBS is a Prudential Financial company. Prudential Retirement is a Prudential Financial business.

CIGNA Life Insurance Company, Hartford, CT, a Prudential Financial company, is acting as the administrative agent for Connecticut General Life Insurance Company, Bloomfield, CT.

AUG-04-2006 FRI 03:28 PM    MOUKAWSHER&WALSH           860 446 8161              P. 02
AUG. 4.2006    4:22PM                                         NO.976    P.2/2

| | |
|---|---:|
| TOTAL OPENING ACCOUNT BALANCE RECORDS | 27,200 |
| – OPENING ACCOUNT BALANCE DATA COMPLETE | 17,200 |
| ■ OPENING ACCOUNT BALANCE RECORDS ~ REVIEW NEEDED | 10,000 |
| – BENEFIT ADMINISTERED ≥ CONVERSION | 5,100 |
| – PRIOR PENSION PLAN CODE = 3 / DATE OF REHIRE ≥ 01.01.2001 | 300 |
| – CREDITED SERVICE @ CONVERSION = 0.000 | 2,800 |
| – NON-VESTED TERMINATION ≥ CONVERSION | 1,100 |
| – MISCELLANEOUS RESOLUTION | 800 |
| ≈ OUTSTANDING ~ REVIEW NEEDED | 400 |