Amara v. CIGNA, Case No. 01-2361 (MRK)

# EXHIBIT 226

Page 1

```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF CONNECTICUT


JANICE C. AMARA, GISELA R.        )
BRODERICK, ANNETTE S. GLANZ,      )
Individually and on behalf of     )   Civil Action No.
others similarly situated,        )   3:01 CV 2361(MRK)
        Plaintiffs,               )
                                  )
VS                                )
                                  )
CIGNA CORPORATION AND CIGNA       )
PENSION PLAN,                     )
        Defendant.                )




         DEPOSITION OF:   Andrew B. Hodges
         DATE:            August 4, 2006
         HELD AT:         Moukawsher & Walsh
                          21 Oak Street
                          Hartford, Connecticut




   Reporter:  ROBIN L. BALLETTO, RPR, LSR #230
         BRANDON SMITH REPORTING SERVICE
              44 Capitol Avenue
         Hartford, Connecticut  06106
                (860) 549-1850

      Six Landmark Square, 4th Floor
         Stamford, Connecticut  06901
                (203) 316-8591
                (800) 852-4589
```

**Page 2**

```
APPEARANCES:

Representing the Plaintiffs
    Stephen R. Bruce, Esq.
    805 15th Street, NW
    Suite 210
    Washington, D.C. 20005
    202-371-8013
    Moukawsher & Walsh, LLC
    Ian O. Smith, Esq.
    21 Oak Street
    Hartford, Connecticut 06106
    860-445-1809

Representing the Defendants

    Morgan, Lewis & Bockius, LLP
    Jamie M. Kohen, Esq.
    1701 Market Street
    Philadelphia, PA 19103
    215-963-5472

For Prudential Financial and the Deponent
    Prudential Financial
    The Prudential Insurance Company of America
    Amy Ravitz, Esq.
    280 Trumbull Street
    Hartford, Connecticut 06103
    860-534-4069
```

**Page 3**

```
                STIPULATIONS

    It is stipulated by counsel for the parties
that all objections are reserved until the time of
trial, except those objections as are directed to the
form of the question.

    It is stipulated and agreed between counsel
for the parties that the proof of the authority of the
Commissioner before whom this deposition is taken is
waived.

    It is further stipulated that any defects in
the notice are waived.

    It is further stipulated that the reading and
signing of the deposition transcript by the witness may
be signed before any Notary Public.
```

**Page 4**

```
                INDEX

Examinations                                Page

Andrew B. Hodges,
    Direct Examination by Mr. Bruce           5
```

**Page 5**

```
            (Deposition commenced at 12:42 p.m.)

            Andrew B. Hodges,
            Having been first duly sworn, was
            examined and testified on his oath as
            follows:

            DIRECT EXAMINATION BY MR. BRUCE

    Q   Would you state your name?
    A   Andrew B. Hodges.
    Q   And Mr. Hodges, you sat for a deposition once
before, right?
    A   That's correct.
    Q   And that was in about June of 2003?
    A   Summer of 2003, yes.
    Q   And at that time I think you had already left
CIGNA and you were doing the teacher training to start
as a high school math teacher?
    A   That is correct.
    Q   And so that is what you've been doing since?
    A   Yes, sir.
    Q   And you now have some capacity back with
Prudential?
    A   I'm not positive of my employment
```

### Page 10

1  Q  And are you working on this in Pru's offices?
2  A  Yes, exclusively.
3  Q  You're not working on it for home?
4  A  No.
5  Q  And you have access to the DBRK system?
6  A  Yes, sir.
7  Q  What else do you have access to?
8  A  For this purpose a document imaging system.
9  Q  And what is that called?
10 A  Common Front End. It traditionally uses the
11 acronym CFE.
12 Q  And can you describe what the status of your
13 work is? You started on this at the end of June, so
14 we're now -- so you've now been on this for slightly
15 over a month, so what is the status of your work?
16 A  Almost complete. I would suggest that there
17 are, I'm ballparking, about 500 records of the 27,000
18 that have yet to be reviewed, so I can make no comment
19 on those, and all other records have been categorized
20 as appropriate with, I don't know if we should get into
21 numbers, but perhaps 17,000 all necessary information
22 is in the system, and I'm rounding somewhat liberally,
23 about 5,500 participants have had their benefits
24 administered since the creation of the cash balance
25 plan, I have not reviewed that opening account balance

### Page 11

1  work, about 1,100, I'm drawing from memory here, 1,100
2  participants have severed employment from CIGNA in a
3  nonvested status, and about 3,000 people had zero
4  credited service under the CIGNA pension plan at point
5  of entry into Part B of the CIGNA pension plan,
6  therefore, it is appropriate that they have no opening,
7  I would hesitate, zero opening account balance in the
8  system. Approximately 300 have been reviewed and
9  resolved with another 500 to go.
10 Q  And how are you recording your resolutions of
11 this?
12 A  In the spreadsheet provided, meaning -- I'll
13 use an example, if the Ravitz records is okay, she gets
14 put in a section of the spreadsheet, Amy Ravitz is okay
15 for the following reason.
16 Q  And is anyone working with you on this?
17 A  Matters that require a second set of eyes are
18 passed to either Denise Belanger or Donna Leclair as a
19 due diligence matter to make sure that my conclusion on
20 what should be the case is consistent with their
21 conclusion.
22 Q  And did you do up a set of categories of
23 reasons why it would be appropriate for someone to have
24 a zero opening account balance, is there reasons one
25 through five or something?

### Page 12

1  A  The dominant issue, there is two dominant
2  issues that come to mind. To answer your question
3  specifically, I have not been that faithful to that
4  simply because I didn't want to be biased by those
5  thinkings, I wanted to come at this from a different
6  perspective. The two dominant things are it is
7  appropriate for it to be zero because you had no
8  credited service under the plan at point of conversion,
9  or the administrative practice of zeroing out that
10 information at point of benefit administration, and
11 that takes you, that is collectively, I think, north of
12 8,000 of those records. Again, these are all estimated
13 numbers at this point.
14 Q  The zeroing out of those records, that was
15 something that Lorrain Morris talked about, that when
16 people were paid benefits that for some reason there
17 was a system routine where they would cancel the
18 opening account balance in order to keep from paying
19 them again, is that what you're referring to?
20 A  Yes.
21 Q  And did you find documentation on that
22 routine?
23 A  No, nor did I look.
24 Q  So how would you determine that someone had
25 been subject to that routine?

### Page 13

1  A  They would be, such a record would be
2  excluded from my analysis by virtue of having a benefit
3  administered, in other words, I would see evidence that
4  they had commenced receipt of their benefits under the
5  CIGNA pension plan, therefore, I have not looked at the
6  record, period.
7  Q  And is there something, is there some type of
8  a record where you record that that is part of your
9  procedure?
10 A  Part of what my procedure and my assignment
11 this summer?
12 Q  Yes.
13 A  That is what I was instructed to do.
14 Q  You were instructed to do that?
15 A  Uh-huh.
16 Q  And so how were you instructed to do that?
17 A  If there is a -- if there is evidence, you
18 know, categorical evidence that the benefit has been
19 administered, it need not -- it is outside of what they
20 were asking you to do this summer to review that
21 opening account balance.
22 Q  So what does it mean for -- well, let's go
23 back of how was that communicated to you?
24 A  Orally.
25 Q  And not in any form, any writing?

Page 22

1  Q  You didn't ask Lorrain for it?
2  A  No.
3  Q  Did you check to see when the procedure was
4  first installed?
5  A  No.
6  Q  So what was your assumption, then, that if,
7  you said that if a benefit has been administered, that
8  you would then assume that the zero was a result of
9  this procedure that CRIS previously followed, what did
10 you mean by if a benefit has been administered? Has
11 been paid?
12 A  Yes. Somebody has taken money from the plan.
13 Q  So if someone has taken money from the plan,
14 then you assume that there was an amount shown
15 previously as an opening account balance?
16 A  If I saw evidence of a benefit being paid, I
17 would look no further into that record as instructed,
18 period.
19 Q  And paid includes what, paid as a lump sum,
20 or paid as an annuity, both?
21 A  Both.
22 Q  And I'm sorry if I asked this before, who
23 instructed you to do that, Lorrain?
24 A  Lorrain.
25 Q  And there is no writing of that?

Page 23

1  A  No.
2  Q  And is that instruction, then, reflected in
3  what you're preparing, that I followed this
4  instruction?
5  A  It is implicit in the work I'm doing by
6  looking at evidence of benefit payment, categorical
7  evidence, and then no further analysis of that record.
8  Q  What do you mean by categorical evidence?
9  A  Meaning it is not -- if there is evidence, if
10 the person has been paid, I didn't want to imply that
11 it kind of looks like they've been paid and I
12 willy-nilly put people on this list. They have
13 received money, therefore, they were removed from the
14 review list.
15 Q  And how many do you think that accounts for?
16 A  5,500, 6,000-ish. It is a big number.
17 Q  And then what, if you could continue with
18 your other categories of why it would be appropriate
19 for the opening account balance to be zero?
20 A  I don't believe there is any other major
21 categories. There could be -- I don't know, again, I
22 intentionally wanted to come at this without any bias
23 of prior guidance, and therefore, nothing immediately
24 comes to mind. The no credited service for the
25 administrative practice.

Page 24

1  Q  So that leaves you, then, with, if your
2  numbers are about right --
3  A  Excuse me, if I can back up, I apologize.
4  There was one other category that would explain no
5  opening account balance, and that is if you were in the
6  parlance of DBRK, a division three employee, which I
7  believe is a Part A old formula person, and you were
8  rehired after a certain date, I think it is January 1,
9  2001, then there would be no conversion, there is 3,
10 400 of those people.
11 Q  And you were given instructions on that?
12 A  Just simply that it is okay for that
13 individual's opening account balance to be zero.
14 Q  But you were given instructions on that by
15 Lorrain, or you remembered that from your prior
16 experience?
17 A  No, I didn't trust anything I remembered from
18 prior experience. That was probably from Denise
19 Belanger.
20 Q  And how about any other reasons why the
21 opening account balance might be zero?
22 A  Nothing comes to mind at this point.
23 Q  Anything to do with Intracorp?
24 A  Nothing that I have wrestled with this
25 summer.

Page 25

1  Q  How about Part A employees who had retired
2  before being rehired by CIGNA?
3  A  Would be a valid reason, and they are
4  embedded in the estimate of people who have had their
5  benefit administered.
6  Q  Okay. So the benefit administered doesn't
7  necessarily mean a payment after the cash balance
8  conversion?
9  A  Yes, you are correct.
10 Q  And was that part of Lorrain's instructions,
11 or that was something that you figured out?
12 A  It was probably something I figured out but
13 confirmed.
14 Q  Then the people where you did not categorize
15 them as having appropriate zero opening account
16 balances, what have you been doing on those, and what
17 is the approximate number that you're starting with?
18 A  Well, there is another big category of people
19 that I did not look at their opening account balance,
20 and that is people who have left CIGNA in a nonvested
21 status, and that is approximately, I don't know, 1,000
22 or 1,100-ish.
23 Q  So those were just excluded, or that would be
24 part of the appropriate group?
25 A  No, they would just literally be, of that

Page 30

1    Q  It sounds like it is a one-sided test, and
2  you've excluded people without reviewing their actual
3  credited service before the conversion, but if they
4  don't pass that, if they don't get excluded on that
5  basis, then you look at their credited service before
6  the conversion?
7    A  It is very much not a one-sided test.
8  Anybody who has no credited service today was assumed
9  to have no credited service in the past, therefore, no
10 annuity. Anybody with credited service today is looked
11 at on a review, on a record-by-record basis to confirm
12 that at point of conversion there was no credited
13 service, therefore, no annuity, therefore, no opening
14 account balance.
15   Q  Okay. If you haven't excluded them under the
16 four reasons previously described, then you will look
17 at the DBRK records for their credited service before
18 the conversion to see whether it still might be
19 appropriate for them to have a zero opening account
20 balance, correct?
21   A  By looking at credited service today and
22 figuring out where it came from.
23   Q  Is that a yes?
24   A  Well, I believe I was clarifying the
25 question. I'm not looking at credited -- I'm looking

Page 31

1  at credited service today and figuring out how the
2  individual got there and hoping to arrive at the
3  conclusion that there was no credited service under the
4  terms of the plan based on data provided by the plan
5  sponsor, and therefore no --
6    Q  You're hoping to arrive at the conclusion
7  that there was no credited service?
8    A  Simply because that means the record is
9  correct.
10   Q  That's an interesting definition of not
11 biased.
12        MS. KOHEN: I'm going to object on the
13 record to your testifying.
14 BY MR. BRUCE:
15   Q  Let's assume that your hope is not fulfilled
16 and that there is --
17        MS. KOHEN: Objection.
18 BY MR. BRUCE:
19   Q  -- credited service before the conversion.
20 If there was a prior annuity amount in the record, you
21 would then convert it to an opening account balance or
22 what?
23        MS. KOHEN: Objection. If you
24 understand the question, then you can try to answer it.
25   A  Please repeat the question.

Page 32

1        (Record read by the Court Reporter.)
2    A  The 100 percent focus of my assignment is to
3  clean up these records in the interest of participants
4  getting the benefits they deserve. If that is what
5  should be done, that is what is done.
6  BY MR. BRUCE:
7    Q  My question is, if there is a prior annuity,
8  then you would just take the -- you have a table of
9  conversion factors, correct?
10   A  Correct.
11   Q  And you would just take the prior annuity and
12 multiply it by a conversion factor and create an
13 opening account balance, correct?
14   A  Correct.
15   Q  And then would you reconcile that, the
16 person's current account balance with that opening
17 account balance plus the benefit credits that they had
18 in the succeeding years, what would you do then?
19   A  I would not. Other members of Lorrain
20 Morris' staff would make the record current.
21   Q  So you would just create a possible opening
22 account balance, and have you done that?
23   A  In a handful of instances.
24   Q  How many instances have you done that?
25   A  I really cannot be more precise than a

Page 33

1  handful. It has been a fairly rare occurrence,
2  extremely rare occurrence in the work done in the last
3  month.
4    Q  And what has been more common, then?
5    A  The predominant result is that the opening
6  account balance information is zero, and that has been
7  appropriate.
8    Q  That has been the focus of most of your work?
9    A  Well, that's been -- it is zero, it is
10 correct for it to be zero, and we move on with life.
11   Q  So how long did it take you to do those steps
12 one through four?
13        MS. KOHEN: Objection, vague.
14 BY MR. BRUCE:
15   Q  To determine that there was no credited
16 service at the conversion, and that the zeroing out was
17 appropriate because the benefit has been administered,
18 or there was a dual benefit, or the person was
19 nonvested?
20   A  Late June to August 4th.
21   Q  It took that long to figure those things out?
22   A  Some tasks on that list were very easy to do.
23 Some tasks were -- for instance, backing off somebody's
24 credited service from today back to point of
25 conversion, I took it extremely seriously and made sure

Page 46

1    A   Airtight meaning that if today's credited
2  service is correct, and if the hours are counting, and
3  I have no reason to believe they're not, for past years
4  of employment since conversion are correct, we can get
5  to the point where they had zero credited service at
6  point of conversion, therefore, there was no accrued
7  annuity other than zero to capitalize into an opening
8  account balance.
9    Q   But then if you found that the DBRK system
10 shows a positive number of years of credited service at
11 the conversion, you wouldn't exclude them on that
12 basis, correct?
13   A   Correct.
14   Q   And so how many of those were there?
15   A   To the best of my knowledge, there's been
16 none so far.
17       THE WITNESS: Can we take a quick break?
18       MR. BRUCE: Sure.
19       (Recess: 1:48 p.m. to 2:02 p.m.)
20 BY MR. BRUCE:
21   Q   Your job assignment was if there was a
22 positive opening account balance but no prior annuity,
23 that is not something that you're asked to look at,
24 correct?
25   A   That is something that I am asked to look at.

Page 47

1    Q   Oh, that is included?
2    A   Yes.
3    Q   And that was included where? That was
4  included in your 10,000?
5    A   Yes.
6    Q   And about how many of those did you find?
7    A   I do not have an estimate of that.
8    Q   You don't recall at all?
9    A   I simply have not looked at that issue as it
10 surfaced. I don't really have an accounting of it.
11   Q   So if someone under your -- the procedures
12 that you were following, if someone had a positive
13 opening account balance but no prior annuity and they
14 have now been paid a lump sum or commenced a benefit,
15 you wouldn't look at them further, correct?
16   A   Correct.
17   Q   And also it is just your instruction that if
18 someone had a zero opening account balance and it
19 should have been positive, and they have now taken the
20 lump sum distribution, does it follow from their haven
21 taking a lump sum distribution that the zero opening
22 account balance was correct?
23       MS. KOHEN: Objection to the form of the
24 question.
25 BY MR. BRUCE:

Page 48

1    Q   How does it logically follow from that, or
2  does it? Is it just an instruction?
3    A   Simply I would not look at that record any
4  further if their benefit has been administered since
5  conversion.
6    Q   So it seems like that is kind of a no
7  retroactivity rule, correct?
8        MS. KOHEN: Objection.
9  BY MR. BRUCE:
10   Q   That it is saying we're not going to go. If
11 it is already, if the person has already received a
12 benefit, we're not going to look at it, is that what it
13 amounts to?
14       MS. KOHEN: Objection.
15       MS. RAVITZ: Objection.
16   A   I certainly cannot speak to what goes on
17 other than what I was told to do.
18 BY MR. BRUCE:
19   Q   And then you were talking about determining
20 credited service under cash balance, of that if you
21 have, for somebody, say you have a record which shows
22 that their total credited service is seven, and then
23 you have cash balance records for 1999, 2000, 2001 and
24 so forth, how do you figure out the number of years of
25 credited service that that person had, and whether they

Page 49

1  got a credited service for '99, 2000, 2001?
2    A   Coupling credited service today and
3  increments of credited service earned since
4  participation in the cash balance part of the plan.
5    Q   But is the cash balance plan account credited
6  service year by year?
7    A   Yes, I believe so. It is a thousand hour
8  standard that if you work a thousand hours in a given
9  plan year, you get a unit. So if we add up all the
10 units, and it equals what they're showing as of -- if
11 it equals what the system is showing for credited
12 service today, then one arrives at the conclusion that
13 there was no credited service under the plan at point
14 of conversion.
15   Q   So if someone didn't have a year of credited
16 service in, say, 1999, then they wouldn't have any
17 benefit credits for that year, right?
18   A   Drawing from memory, I believe that is true.
19   Q   But if they had benefit credits for that
20 year, then you would assume that they got a year of
21 credited service for it, right?
22   A   It would not be an assumption. It is an
23 explicit data field within the system.
24   Q   What is the explicit data field?
25   A   Credited service for plan year X.