UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

Janice C. Amara, Gisela R. Broderick, :
Annette S. Glanz, individually :
and on behalf of all others :
similarly situated, :
                                    Plaintiffs, :
                                              :
vs. : Civil. No. 3:01-CV-2361 (MRK)
                                              :
CIGNA Corp. and :
CIGNA Pension Plan, :
                                              :
                           Defendants. : August 31, 2006

**PLAINTIFF CLASS' MOTION FOR ADVERSE INFERENCES AND SANCTIONS
BASED ON DEFENDANTS' RESPONSES TO DISCOVERY**

Plaintiffs hereby move for adverse inferences and sanctions based on Defendants' responses to Plaintiffs' discovery requests. In support, Plaintiffs respectfully represent as follows:

1.     Plaintiffs filed a motion to compel on February 2, 2006 (dkt. #158 and 159) after numerous attempts to obtain documents in response to Plaintiffs' Second and Third Requests for Production of documents. Production has continued intermittently up to August 30, 2006, but it continues to be incomplete and inadequate.

2.     In a telephone conference call on February 14, 2006, Your Honor suggested that Plaintiffs take Rule 30(b)(6) depositions of the "custodians of records" of CIGNA and Prudential to address Defendants' non-production.

3.     The Rule 30(b)(6) witnesses for both CIGNA and Prudential confirmed that documents responsive to the notice and subpoena exist. Plaintiffs made repeated follow-up

requests but Defendants continue not to produce documents, specifically:

    (1)    Documents related to "cost savings" from CIGNA's cash balance conversion;

    (2)    Certain electronic data requested with the Class List; and

    (3)    Processes or procedures for protecting "minimum benefits," i.e., the retirement benefits earned under the prior pension plan before the date of the conversion.

The above categories of documents are clearly relevant to Plaintiffs' claims.

    4.    Because of Defendants' continuing delay and refusal to produce documents which are known to exist, even after six Rule 30(b)(6) depositions, Plaintiffs ask that the Court draw adverse inferences about the unproduced documents.

    5.    Plaintiffs also request that CIGNA and its attorneys be sanctioned under Fed. R.Civ. P. 37 and 28 U.S.C. §1927 for the "practice" of refusing to comply with Plaintiffs' discovery requests and Court orders until Plaintiffs "make a motion" and for unreasonably and vexatiously multiplying the proceedings in this case.

    6.    In support of this Motion, Plaintiffs rely on the accompanying Memorandum of Law.

WHEREFORE, Plaintiffs respectfully request that the Motion for Adverse Inferences and Sanctions be granted.

Respectfully submitted,

By: /s/ Thomas G. Moukawsher
Thomas G. Moukawsher ct08940
Ian O. Smith ct24135
Moukawsher & Walsh, LLC
21 Oak Street
Hartford, CT 06106

(860) 278-7000
(860) 446-8161 (fax)
tmoukawsher@mwlawgroup.com

Stephen R. Bruce ct23534 (pro hac vice)
Suite 210
805 15th St., NW
Washington, DC 20005
(202) 371-8013
(202) 371-0121 (fax)
stephen.bruce@prodigy.net

Attorneys for the Plaintiff Class

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing Plaintiff Class' Motion for Adverse Inferences and Sanctions, the Memorandum in Support, with Exhibits 1 to 14 and this Certificate of Service, were filed electronically through the CM/ECF system on August 31, 2006. Notice of this filing will be sent by e-mail to all parties listed below by operation of the Court's electronic filing system:

        Joseph J. Costello
        Jeremy P. Blumenfeld
        Jamie M. Kohen
        Morgan, Lewis & Bockius
        1701 Market St.
        Philadelphia, PA 19103-2921

        Christopher A. Parlo
        Morgan Lewis & Bockius
        101 Park Avenue
        New York, NY 10178-0600

        James A. Wade
        Brett J. Boskiewicz
        Robinson & Cole, LLP
        280 Trumbull Street
        Hartford, CT 06103-3597

/s/ Thomas G. Moukawsher
Thomas G. Moukawsher  ct08940
21 Oak Street
Hartford, CT 06106
(860) 278-7000
(860) 446-8161 (fax)
tmoukawsher@mwlawgroup.com

Attorney for the Plaintiffs