**EXHIBIT 4**

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW



**Jamie M. Kohen**
215.963.5472
jkohen@morganlewis.com

May 17, 2006

**VIA FEDERAL EXPRESS**

Stephen R. Bruce
805 15th Street, NW
Suite 210
Washington, DC 20005

Re: Amara v. CIGNA Corp. and CIGNA Pension Plan; 3:01 CV 2361 (DJS)
Production of Documents

Dear Stephen:

Enclosed please find a CD entitled "Production of John Arko Spreadsheets," which contains the responsive spreadsheets from Mr. Arko's computer, as you requested during his deposition. This completes Cigna's production of materials you requested during Mr. Arko's deposition.

Additionally, please also find documents Bates-numbered SuppD022685-700, which are printouts from Cigna's Intranet. These printouts were made from a laptop that contains a mirror image of the portion of Cigna's Intranet that includes pension plan information. We have possession of the laptop computer, and it is available for your inspection at our offices in Philadelphia at your nearest convenience.

Sincerely,

Jamie M. Kohen

Enclosures

Morgan Lewis
COUNSELORS AT LAW

Stephen R. Bruce
May 17, 2006
Page 2


cc: Thomas G. Moukawsher, Esquire (w/ docs only)
Joseph J. Costello, Esquire (w/o encls.)
Jeremy P. Blumenfeld, Esquire (w/o encls.)