# EXHIBIT 6

EXHIBIT D 6

Various data elements requested by Morgan Lewis

| DATA ELEMENTS | REHIRES | CONVERSION FILE |
|---|---|---|
| address | B | B |
| gender | B | B |
| social security number | B | B |
| birth date | A | A |
| hire date | A | B |
| termination date | A  (status effective date for terminated statuses) | B |
| normal retirement date | B | B |
| prior pension plan code | B | A |
| final average eligible earnings (before conversion) | C (would need to be pulled from stored spreadsheets) | B |
| annual accrued benefit (before conversion) | C | A |
| conversion date | A | A |
| conversion interest rate | A | A |
| conversion present interest factor | A | A |
| credited service | B | B |
| credited service at conversion | A | A |
| CIGNA Pension Plan opening account balance | A | A |
| eligible salary for each year after conversion | B | B |
| benefit credits and interest credits for each year | B | B |
| pension commencement date | B | B |
| account balance at pension commencement date | B (if in payment status) | B (if in payment status) |
| forms of benefits offered | B (if in payment status) | B (if in payment status) |
| form of benefit elected | B (if in payment status) | B (if in payment status) |
| benefit amount | B (if in payment status) | B (if in payment status) |

A- we already included this information in the converted and/or rehire class list
B- we did not include this information but it is readily available
C- we did not include this information and it will take programming resources some time to obtain/ find out if we can obtain it
D- we did not include this information because it is not available (ie, it is not stored or required a calculation)

See e-mail dated 11/2/06 to Jkohen@morganlewis.com in LMM's files