**EXHIBIT 8**

# PENSION PLAN INITIATIVES
## JULY 2006

SUPPD025525

## CIGNA Pension Plan Initiatives

| Task | Item | Description | Progress Report | Issues | Target Date | Completion Date |
|---|---|---|---|---|---|---|
| **Administration** | | | | | | |
| 1 | Service Delivery | Past Due Items: Manual Benefits Calculations | TOTAL NUMBER OF ITEMS: 26<br>Less than 30 = 9<br>30 - 60 = 5<br>60 - 90 = 5<br>over 90 = 7 | D.Cherry<br>D Hatfield<br>T Kane | On-going - STATUS | |
| 2 | Service Delivery | Workflow Log. These items represent information pending from CIGNA. TIMING: Terry should have 30 days, then bring to John when over 30 days. | As of 06/23/06<br>TOTAL NUMBER OF ITEMS: 46<br>Less than 30 days : 12<br>Over 30 days: 34<br>Over 60 days: 16<br>Over 90 days: 12 | D. Cherry<br>D Hatfield<br>T. Kane | On-going - STATUS | |
| 3 | CIGNA Call Center/Pru Workflows | Develop new procedures /workflow to use between Prudential and Costa Rica. | 3/16/06 Lorraine provided Diane Lastinec list of 6 suggested topics to begin bi-weekly calls with Jim Knipp. 4/27: Lorraine to provide update at meeting. 5/22: CIGNA to reschedule cancelled session 6/29: Ongoing discussions re data gathering doc and process for IBM call center - add domestic partner lang. Considering email boxes for IBM and Pru for coverage. List of deaths in 2006 due form IBM Pru provided spreadsheet to J Knipp - issues with opening. Conv deductions process in flux - IBM. Access to Pru secure given to IBM. Pru will acquire 2 int'l phones | L Morris<br>D Lastinec<br>D Cherry<br>J Mazzoni | | |

| # | Project | Description | Details | Owner | Status |
|---|---------|-------------|---------|-------|--------|
| 4 | Part B \ Part A Project (Depenbrocks) | Comparison Calculations for 197 participants moving from Part B to Part A | Five groups of part: active ~53, vested terms 50, pd out lump sums 35, pd out receiving annuity pymts 50, and deceased 6. Estimated 253 hrs to complete active/vested term calcs and pkgs. Do the calcs as close to mail date as possible and then once ppts makes a choice, true up calculation will be performed. Discussed risk to complete this project. Ppts calling for statuses, ppt wanting to retiree-yr end handled as one offs. Log maintained. John finalizing letters. 197 benefits to calculate. ppt given a choice, to make a decision w/i 60 days for Part A or Part B. 4/27: Drafts of letters are in review by actuarial staff. Follow up done 4/24. Donna LeClair to research correct comp. 5/25: 31 completed and 2 more in review. 6/29: Weekly status to Arko from Pru. 9 more discovered to add to list. | J. Arko L. Morris D. Belanger D. LeClair | Pending additional information from John Arko |
| 5 | Amara vs. CIGNA | | Internal meeting held at PRU. Subpoena receive. Legal, Business, Technology will represent the case. 4/27: Lorraine M/Greg Lobota deposed 4/19. Addl info will be provided for subpoena. 6/29: Final documentation to Pru legal for approval and forwarding to Morgan Lewis | J. Arko L Morris | Pending |
| 6 | Retiree Novation | Communication to retirees with guaranteed benefit payments (liability moving from CGLIC to PRIAC) | DB Qualified Pension Plan not novated yet. Pending CIGNA's approval. Next steps involving participants won't take place until the Plan is novated. Participant communication was sent to John. If participant letter requires changes, John will need to let us know ASAP. 11/29/05 Bob followed up with J Wolf & J Arko mid-Nov-still with CIGNA Legal. 3/22/06 - Rests with CIGNA legal (Paul Gontarek) | K Gorman J. Arko P Gontarek | 4/30/2006 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | CIGNA Call Center | Breakdown with calls re healthcare deductions from pension checks/death processing. Ppts directly referred to PRU with healthcare deduction issues. Also, concerned with deaths. | 5/27: Need plan and target date is for revising the workflow/control reports as these issues continue to problematic for the customer and YCL/PRU. Pru had several calls lately regarding deductions (medical, dental & life insurance) - ppt told by YCL to call Pru who can do nothing. The request to change/correct the amount and reimburse the participant has to come from CIGNA/IBM. What about the participants that have life insurance deductions taken for Lincoln Financial and not Pru? Again, we know to refer them to Lincoln Financial and not Pru? Again, we can not make any changes without direction from Lincoln. Also, regarding Death Notifications?  Pru has received one in a month - has IBM stopped sending them to us.  We did send quite a few to Veronica Obando <vobando@cr.ibm.com> w/ no response.  6/29:   Still experiencing issues with correct adjustments | Jackie Mazzone Donna Cherry | | | |
| 8 | IPG Contract Conversion | | Formality for conversion, contract written same as existing contract.  Plan to start working on this mid summer, target completion by year end. | | K Gorman J Arko P Gontarek | 12/31/2006 |
| 9 | Valuation Process | Compilation and review of the annual valuation of the CIGNA Pension Plan | Actuarial Team completes valuation and meets with CIGNA in Philadelphia this week | | R Root J Arko | 6/15/2006 |

| | | | | | |
|---|---|---|---|---|---|
| 10 | Individual Insurance Product | With payroll change to IBM, there will be no more life insurance deductions. | CIGNA will be preparing a communication regarding turning off payroll deduction. 9/26/05 - PRU provided John a list of affected ppts. John expects to send a draft to PRU by 9/30/05. 11/29/05 Prudential will continue with convenience deductions. John to get letter to Lincoln...we will have no more deductions. 4/27: J Arko is having meetings with appropriate vendors | John Arko Donna Cherry | 6/1/2006 | |
| 11 | Unmatched Reserves | There are participants who are only identified as "Unmatched Reserves" in the payment system. | Three contracts (4628, 164, 7085) with approximately 400 participants were identified as unmatched reserves with cert numbers only (no SSN/name). There are 71 remaining that we are unable to identify any further, fiche does not contain these cert numbers. On 7/29/05 Lorraine sent e-mail requesting Terry Kane's assistance, we have exhausted all means of identifying remaining 71 participants and need to determine if CIGNA can identify these participants. Worked on 4628 first, found 5 or 6 and will be sending fiche. Other ppts are from 7085 and 164, all Agency related. 11/29/05 We located another set of fiche filed in old DC files we were able to resolve almost half of the 71 remaining. D Hatfield sent T. Kane updated list with remaining ppts last week. 3/22/06 - Received a spreadsheeet from Reserves early March with another 20 SSNs from the list. These ppts have been updated with correct SSN and names. 4/27: 51 remain to research (Terry/Pru Reserves) | T Kane Pru Reserves | | |
| 12 | Reconcile total DBRK life count against CBMS life count | CBMS life count is about 3700 lives lower than DBRK. | 8/3/05 - Terry indicated there would be a kick off project on this starting 8/5/05. CIGNA has the ppt detail on paper and needs to get entered into CBMS. Once this is complete, then we can bump data against DBRK. Part of the issue is CIGNA never sets up survivors on CBMS. 8/30/05 update from CIGNA, may see some info on the 8/31/05 file. 10/25/05 - IC adds complete in CBMS. Last feed will be 12/1. 4/27: to be reviewed by Pru after annual val is completed | T. Kane D Cherry | 7/1/2006 | ON HOLD PENDING COMPLETION OF VAL |
| 13 | NQ-new requirements | | Under review. Need to regroup end of April 4/11: Mike Walton final regs are due in summer 06. Except "fine tuning" not rewrite. | J Arko L Morris R Root D Cherry | 7/1/2006 | |

| # | | | | | |
|---|---|---|---|---|---|
| 14 | TRR | Kick off meeting held 3/21/06. AON, CIGNA, and Prudential participated. Test files due first week of May 2006. Cash Balance and SERPS will contain data as of 6/30/06. Tier 1 and dual benefit file (div 003) will contain data as of 12/31/05. Production files due 7/3/06 with exception of cash balance and SERPS will be due week of 7/17/06. Based on this meeting, CIGNA will not require Prudential to make any changes to TRR for 2006 (Need to determine if Prudential system enhancement request can be closed). 4/27 Pru: Game plan in place to deliver TRR for 7/16  6/29: May 5/24 Pru: Game plan in place to deliver TRR for 7/16 on target - Calcs for 62/65+1 in review. Death Calcs in progress | L. Morris D LeClair D Cherry | 7/15/2006 | |
| 15 | SAR Mailings | CIGNA will prepare to send the 2005 SAR to ppts. | Prudential provides address files for all three plans, including DB. Data compare will be done to eliminate duplicates. | D Cherry D Lastinec | Nov-06 |
| 16 | Account Balance Part B Pension Benefit Statements | Statements with 2005 Benefit/Interest Credits and 12/31/05 ending account balance | Next year 2006 John wants to discuss options | L Morris D Cherry | June 1, 2006 |
| 17 | Deduction Changes | Retiree Medical/Dental Year-End Premium Changes | Renew elections.   PRU needs IBM contact. | L Morris K Eli D Hatfield | Dec-06 |
| 18 | PBGC Premiums | $30.00 per ppt. | Final premium due October | D Cherry R Root J Arko D Lastinec | 10/1/2006 |

| | | | |
|---|---|---|---|
| 19 | 2005 Signature Ready 5500 | | B Feldman-5500 Pru Actuaries SSA | 9/15/2006 |
| 20 | Pay PWC Audit Invoices from fund | | J Arko D Cherry | 9/15/06 |
| 21 | 2005 DB Audit | Prudential works directly with PWC on Plan audits annually. | Kick off meeting held 3/22/06. Pension audit target to begin 8/14/06. Chrissy is waiting to receive IPG certified reports and then will provide sample test groups. Census confirmation address file due by 3/31/06 to get confirms out in April. | F Louie D Cherry L Morris D. Belanger | 8/14/2006 |
| 22 | DB Proxy Info | | SEC looking at how we need to disclose executive compensation. 5/25 - kick off meeting - R Root to review regs and disclosure needs. Addl calculations needed to be done by Pru. | J Arko D Belanger M. Henderson R Root | 01/15/07 |
| 23 | Sarbanes Oxley | Sarbanes Oxley confirmation | Terry and Donna will work together to provide data. | T Kane D LeClair | Jul-06 |
| 24 | Interactive Calculations | On-Line availability of estimates | | L Morris | 2007 |

SUPPD025531
Page 6
~4631118.xls