**EXHIBIT 10**

**Subject:** RE: [Fwd: Re: Amara: Production responsive to subpoena]
**From:** amy.ravitz@prudential.com
**Date:** Fri, 18 Aug 2006 10:27:05 -0400
**To:** <acaalim@verizon.net>, stephen.bruce@prodigy.net
**CC:** jkohen@morganlewis.com, robert.merritt@prudential.com

Allison -

Many, if not all, of the password protected attachments are outdated, I couldn't open them either. I took the risk of including many things that had attachments that could not be opened knowing it might be frustrating, but I thought it was better than not producing the document.

I will see if there is some way to open any of the documents listed below and will get back to you.

My intention is to get the next group out in one package, rather than stagger production. I was experiencing some technical problems related to down loading documents onto a CD, but expect everything will be over nighted early next week. I apologize for the further delay.

```
        "Allison Caalim"
        <acaalim@verizon.
        net>                                                                         To
                                   <amy.ravitz@prudential.com>
                                                                                     cc
        Fri 08/18/2006             "'Stephen Bruce'"
        09:24 AM                   <stephen.bruce@prodigy.net>
                                                                                Subject
                                   RE: [Fwd: Re: Amara: Production
        Please respond to          responsive to subpoena]
        <acaalim@verizon.
             net>
```

Hi Amy,

I'm Stephen's associate. I have a couple of questions regarding your recent production.

There were a number of files on the CD's that we received on Wednesday that are password protected. Can you please send us the passwords to access these files? They include:

```
- Curr Status of ppts.xls (Disk 1 in Hodges folder)

- Gross Annual offset.xls (Disk 1 in Hodges folder)

- Gross Annual offset.xls (Disk 1)

- Copyof~1.zip (Disk 1 in Chapter Files ABH folder)

- Jf1.zip (Disk 1 in Chapter Files ABH folder)
- Jf2.zip (Disk 1 in Chapter Files ABH folder)
- Jf3.zip (Disk 1 in Chapter Files ABH folder)
- Sandy.zip (Disk 1 in Chapter Files ABH folder)
- Tcerpenp.zip (Disk 1 in Chapter Files ABH folder)
- Chapter5.zip (Disk 1 in Chapter Files ABH folder)
- Chapter6.zip (Disk 1 in Chapter Files ABH folder)
- Chapter7.zip (Disk 1 in Chapter Files ABH folder)
- Chapter8.zip (Disk 1 in Chapter Files ABH folder)
- Ch11.zip (Disk 1 in Chapter Files ABH folder)
- Ch13.zip (Disk 1 in Chapter Files ABH folder)
- Tcrpenn.zip (Disk 1 in Chapter Files ABH folder)
- Ch14.zip (Disk 1 in Chapter Files ABH folder)
```

Also, we did not receive any additional email or other documents on Thursday. Will you be sending the remaining materials today?

Thank you,

Allison Caalim

From: Stephen R. Bruce [mailto:stephen.bruce@prodigy.net]
Sent: Wednesday, August 16, 2006 1:53 PM
To: stephen.bruce@prodigy.net; acaalim@verizon.net
Subject: [Fwd: Re: Amara: Production responsive to subpoena]

-------- Original Message --------

Subject:
Re: Amara: Production responsive to subpoena

Date:
Wed, 16 Aug 2006 09:22:39 -0400

From:

amy.ravitz@prudential.com

To:

<mailto:stephen.bruce@prodigy.net> <stephen.bruce@prodigy.net>

CC:

jkohen@morganlewis.com, robert.merritt@prudential.com, thomas.schiaffo@prudential.com, "Thomas G. Moukawsher" <mailto:tmoukawsher@mwlawgroup.com> <tmoukawsher@mwlawgroup.com>

Stephen -

We have sent overnight additional production compliance requested.

The package you should receive tomorrow consists of a CD with files from the Shared Drive, which includes Pension Plan Initiatives/Reports, Special Projects relating to both Amara and Depenbrock, queries, procedures, participant letters relating to Depenbrock both in draft and final, and Andy Hodges spreadsheets. In hard copy we have provided OAB corrections from Andy Hodges, procedures, and some letters to Depenbrock participants.

We are planning to get any remaining items to you via email tomorrow, as attached documents.

|  |  |
|---|---|
| "Stephen R. Bruce" <mailto:stephen.bruce@prToodigy.net> <stephen.bruce@prodigy.net><br>Wed 08/09/2006<br>12:53 PM<br>Please respond to stephen.bruce@prodigy.net | To<br><mailto:stephen.bruce@prToodigy.net> robert.merritt@prudential.com, thomas.schiaffo@prudential.com, amy.ravitz@prudential.com<br>cc<br>jkohen@morganlewis.com, "Thomas G. Moukawsher" <mailto:tmoukawsher@mwlawgroup.com> <tmoukawsher@mwlawgroup.com><br>Subject<br>Amara: Production responsive to subpoena |

```
Attached is a memo outlining the documents and data which have been
identified but not produced. We started out five months ago with an
agreement to cooperate and Plaintiffs' counsel have been accomodating in
allowing Prudential Financial time to collect responsive records. Please
produce these materials as soon as possible so that we do not have to
involve the Court in enforcing the subpoena.

(See attached file: AmaraSubpoenatoPrudentialFinancial.pdf)




(See attached file: AmaraSubpoenatoPrudentialFinancial.pdf)


(See attached file: C.htm)
```

Hi Amy,

I'm Stephen's associate. I have a couple of questions regarding your recent production.

There were a number of files on the CD's that we received on Wednesday that are password protected. Can you please send us the passwords to access these files? They include:

- Curr Status of ppts.xls (Disk 1 in Hodges folder)
- Gross Annual offset.xls (Disk 1 in Hodges folder)
- Gross Annual offset.xls (Disk 1)
- Copyof~1.zip (Disk 1 in Chapter Files ABH folder)
- Jf1.zip (Disk 1 in Chapter Files ABH folder)
- Jf2.zip (Disk 1 in Chapter Files ABH folder)
- Jf3.zip (Disk 1 in Chapter Files ABH folder)
- Sandy.zip (Disk 1 in Chapter Files ABH folder)
- Tcerpenp.zip (Disk 1 in Chapter Files ABH folder)

- Chapter5.zip (Disk 1 in Chapter Files ABH folder)
- Chapter6.zip (Disk 1 in Chapter Files ABH folder)
- Chapter7.zip (Disk 1 in Chapter Files ABH folder)
- Chapter8.zip (Disk 1 in Chapter Files ABH folder)
- Ch11.zip (Disk 1 in Chapter Files ABH folder)
- Ch13.zip (Disk 1 in Chapter Files ABH folder)
- Tcrpenn.zip (Disk 1 in Chapter Files ABH folder)
- Ch14.zip (Disk 1 in Chapter Files ABH folder)

Also, we did not receive any additional email or other documents on Thursday. Will you be sending the remaining materials today?

Thank you,

Allison Caalim

---

**From:** Stephen R. Bruce [mailto:stephen.bruce@prodigy.net]
**Sent:** Wednesday, August 16, 2006 1:53 PM
**To:** stephen.bruce@prodigy.net; acaalim@verizon.net
**Subject:** [Fwd: Re: Amara: Production responsive to subpoena]


-------- Original Message --------
**Subject:** Re: Amara: Production responsive to subpoena
**Date:** Wed, 16 Aug 2006 09:22:39 -0400
**From:** amy.ravitz@prudential.com
**To:** <stephen.bruce@prodigy.net>
**CC:** jkohen@morganlewis.com, robert.merritt@prudential.com, thomas.schiaffo@prudential.com, "Thomas G. Moukawsher" <tmoukawsher@mwlawgroup.com>

```
Stephen -

We have sent overnight additional production compliance requested.

The package you should receive tomorrow consists of a CD with files from
the Shared Drive, which includes Pension Plan Initiatives/Reports, Special
Projects relating to both Amara and Depenbrock, queries, procedures,
participant letters relating to Depenbrock both in draft and final, and
Andy Hodges spreadsheets.  In hard copy we have provided OAB corrections
from Andy Hodges, procedures, and some letters to Depenbrock participants.

We are planning to get any remaining items to you via email tomorrow, as
attached documents.
```

| | | |
|---|---|---|
| "Stephen R. Bruce" <stephen.bruce@prodigy.net> | | To |
| | | robert.merritt@prudential.com, thomas.schiaffo@prudential.com, amy.ravitz@prudential.com |
| Wed 08/09/2006 12:53 PM | | cc |
| | | jkohen@morganlewis.com, "Thomas G. Moukawsher" <tmoukawsher@mwlawgroup.com> |
| Please respond to stephen.bruce@prodigy.net | | Subject |
| | | Amara: Production responsive to subpoena |

Attached is a memo outlining the documents and data which have been identified but not produced. We started out five months ago with an agreement to cooperate and Plaintiffs' counsel have been accomodating in allowing Prudential Financial time to collect responsive records. Please produce these materials as soon as possible so that we do not have to involve the Court in enforcing the subpoena.

(See attached file: AmaraSubpoenatoPrudentialFinancial.pdf)

(See attached file: AmaraSubpoenatoPrudentialFinancial.pdf)

| | | |
|---|---|---|
| C.htm | **Content-Type:** | text/html |
| | **Content-Encoding:** | base64 |

**Subject:** Re: FAEs
**From:** amy.ravitz@prudential.com
**Date:** Wed, 30 Aug 2006 12:39:12 -0400
**To:** stephen.bruce@prodigy.net
**CC:** jkohen@morganlewis.com, robert.merritt@prudential.com

```
Stephen -

I had emailed to your office that in order to find the specific passwords,
we needed additional information about the email or document involved,
e.g., the icon as opposed to the detail provided.  Some of the attachments
were provided hard copy, some we cannot open, either. Some emails were
produced knowing we couldn't open the documents, but thinking that the
email itself was responsive.

The only remaining production due to you is Mark Lynch's emails.  I am also
continuing to provide to you with updates on the Free 30% and OAB projects
and copies of letters that are currently going out to participants.
```

|  |  |  |
|---|---|---|
| "Stephen R. Bruce" <stephen.bruce@prodigy.net> | amy.ravitz@prudential.com | To |
|  | jkohen@morganlewis.com, robert.merritt@prudential.com, "Thomas G. Moukawsher" <tmoukawsher@mwlawgroup.com> | cc |
| Wed 08/30/2006 12:14 PM |  | Subject |
| Please respond to stephen.bruce@prodigy.net | Re: FAEs |  |

```
Did you find the passwords for the "password protected" data files that
you produced August 15, 2006? Is there anything else we should be
expecting to receive? We need to be able to tell Judge Kravitz the
status of your production.
```

amy.ravitz@prudential.com wrote:

> Stephen -
>
> In response to your request, attached is an excel spreadsheet which
> contains final average earnings (FAE) that were provided to us by CIGNA
> during the conversion of the Cash Balance Plan.
>
> (See attached file: HODGES_TO_MORRIS_OAB_FAE_FINAL.XLS)