# EXHIBIT 11

**Subject:** FAEs
**From:** amy.ravitz@prudential.com
**Date:** Wed, 30 Aug 2006 11:25:42 -0400
**To:** stephen.bruce@prodigy.net
**CC:** jkohen@morganlewis.com, robert.merritt@prudential.com


Stephen –

In response to your request, attached is an excel spreadsheet which
contains final average earnings (FAE) that were provided to us by CIGNA
during the conversion of the Cash Balance Plan.

(See attached file: HODGES_TO_MORRIS_OAB_FAE_FINAL.XLS)


| | |
|---|---|
| **HODGES_TO_MORRIS_OAB_FAE_FINAL.XLS** | **Content-Type:**    application/msexcel<br>**Content-Encoding:** base64 |