# EXHIBIT 12

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JANICE C. AMARA, GISELA R.            )
BRODERICK, ANNETTE S. GLANZ,          )
Individually and on behalf of         )    Civil Action No.
others similarly situated,            )    3:01 CV 2361(MRK)
    Plaintiffs,                       )
                                      )
VS                                    )
                                      )
CIGNA CORPORATION AND CIGNA           )
PENSION PLAN,                         )
    Defendant.                        )

    DEPOSITION OF:  Denise Belanger
    DATE:           August 4, 2006
    HELD AT:        Moukawsher & Walsh
                    21 Oak Street
                    Hartford, Connecticut

Reporter:  ROBIN L. BALLETTO, RPR, LSR #230
    BRANDON SMITH REPORTING SERVICE
    44 Capitol Avenue
    Hartford, Connecticut 06106
    (860) 549-1850

Six Landmark Square, 4th Floor
Stamford, Connecticut 06901
(203) 316-8591
(800) 852-4589

## Page 6

1  (Deposition commenced at 2:51 p.m.)
2
3      Denise Belanger,
4      Having been first duly sworn, was
5      examined and testified on her oath as
6      follows:
7
8    DIRECT EXAMINATION BY MR. BRUCE
9
10   Q   Will you state your name again?
11   A   Denise Belanger.
12   Q   And Ms. Belanger, what is your job title at
13 Prudential?
14   A   Plan specialist or calculation specialist.
15   Q   And how long have you worked in that
16 position?
17   A   Approximately six years for the CIGNA
18 accounts team.
19   Q   And what was your job before that?
20   A   A relationship manager.
21   Q   That was --
22   A   That was overseeing several different
23 clients.
24   Q   And so that had to do with retirement plans
25 as well?

## Page 7

1    A   Correct.
2    Q   So you weren't involved in the CIGNA cash
3 balance conversion?
4    A   Not until after the conversion came through,
5 no, I was not involved in it.
6    Q   And CIGNA wasn't one of your accounts?
7    A   No, it wasn't.
8    Q   And have you ever testified at a deposition
9 or in court?
10   A   No.
11   Q   Have you ever been a juror?
12   A   No.
13   Q   Never been called?
14   A   Yes.
15   Q   But you haven't been selected?
16   A   It was settled out of court, so...
17   Q   So you haven't really had any direct
18 experience in the judicial system?
19   A   That's correct.
20   Q   Well, I'll try to -- I'm going to ask you
21 questions, and this is the same as if you were in
22 court. There is a court reporter, and you're under
23 oath. If there is a question that I ask that you don't
24 understand, you can tell me that you don't understand,
25 and it would help to say what in particular you don't

## Page 8

1 understand, and sometimes Ms. Ravitz or Ms. Kohen will
2 object, and that doesn't necessarily mean that you're
3 not supposed to answer, that means that they're
4 registering a procedural objection. If they want to
5 say that you're not supposed to answer it, then Amy
6 will say that she's instructing you not to answer that
7 question, but otherwise, you can hear their objection
8 and then continue to answer the question. It is hard
9 to get used to that. You know, you think somebody
10 objects, well, I should just stop, and so it might take
11 a couple of times that you might need for the question
12 to be asked again to remember it.
13       What is your understanding of what you're
14 here to testify about today?
15   A   I don't have a specific understanding. I
16 guess you're just looking for information related to
17 the lawsuit.
18   Q   And have you been involved in the production
19 of documents in response to the lawsuit?
20   A   I'm not sure what you mean production of
21 documents.
22   Q   Well, gathering documents that are responsive
23 to requests that we've had for documents?
24   A   I haven't been involved in that.
25   Q   Who has been responsible for that?

## Page 9

1    A   That is more probably Lorrain Morris, Donna
2 Leclair have provided documents, I believe.
3    Q   And would you get requests from them, you
4 know, asking you, for example, will you look for such
5 and such a document for us?
6    A   Not that I can recall specifically. They
7 took care of it.
8    Q   And do you have any responsibilities in
9 regard to the project that Andy Hodges is working on
10 now?
11   A   I work with Andy in the aspect of the opening
12 account balance information.
13   Q   You've worked on that?
14   A   Andy has gathered, initially reviewed
15 information related to what it should be, the opening
16 account balance, and then gives us the information for
17 us to add it to our DBRK.
18   Q   So how does he give you that information?
19   A   Writes it out, actually. He does a
20 calculation himself to confirm the information, and
21 then supplies us with the calculation.
22   Q   So he supplies it in the handwritten form?
23   A   Yes, right now it is handwritten.
24   Q   And how many of those has he supplied?
25   A   I couldn't tell you off the top of my head.

Page 14

1   A   Well, this note was obviously taken, if it
2   was Donna, it was her looking at the printouts and
3   identifying what had to be included or what else needed
4   to be done.
5   Q   And were you aware that there was some
6   analysis of whether the minimum benefit rules had
7   applied to people?
8   A   Yes. I was aware of the fact that minimum
9   benefits had to be applied. I couldn't tell you who
10  specifically has to have it applied and who doesn't
11  necessarily, but yes.
12  Q   But who has worked, within Prudential who is
13  working on that project?
14  A   Currently?
15  Q   Yes.
16  A   Myself and Donna Leclair currently would be
17  working on that.
18  Q   Well, some of the -- there was a number of
19  documents like this, and some of them had comments on
20  them saying, for example, that the minimum benefit was
21  not hit even with free 30 percent?
22  A   Uh-huh.
23  Q   Do you understand what that means?
24  A   Yes.
25  Q   What does that mean?

Page 15

1   A   It means that the prior Part A benefit, which
2   acts as the minimum, is compared against the value of
3   the cash balance or the Part B benefit currently, and
4   if the minimum value is less than the Part B value,
5   then the minimum doesn't hit, it doesn't apply. The
6   greater benefit is the cash balance benefit, or the
7   Part B benefit.
8   Q   But when it says minimum benefit not hit even
9   with free 30 percent --
10  A   That means they included the value of the
11  free 30 for those participants eligible for the free
12  30.
13  Q   And how was that done? Is there a
14  spreadsheet that is able to do that?
15  A   There was a spreadsheet developed to include
16  the free 30 value piece.
17  Q   And when was that developed?
18  A   I can't give you a specific date, but after
19  January, before August, somewhere in there.
20  Q   And who developed that spreadsheet?
21  A   Cathy Petrasso.
22  Q   And so who was that spreadsheet being applied
23  to?
24  A   As we look at individual participants who are
25  eligible for the free 30 benefit, that is who it would

Page 16

1   be applied to.
2   Q   And so have you done something to identify
3   the participants who are eligible for the free 30
4   benefit?
5   A   We identify them as we look at their
6   individual files when we do the final calculation.
7   Q   Well, how about people whose calculations
8   have already been done?
9   A   Anybody that has a calculation done, final
10  calculation, is reviewed to see if they're eligible for
11  the minimum, and to see if they're eligible for the
12  free 30.
13  Q   But the free 30 was added as a part of the
14  routine sometime between January and August?
15  A   The free 30 spreadsheet itself, correct. If
16  we had, if we believed that there was somebody eligible
17  for the free 30, it would have been taken up, say, to
18  an actuary, and they would have done something one on
19  one with that individual participant. So a spreadsheet
20  may not have been developed prior to recently, but
21  there was still a calculation in process.
22  Q   So that would be done individual by
23  individual?
24  A   Right.
25  Q   And when do you think that process started?

Page 17

1   A   I don't know off the top of my -- I mean, I
2   can't be sure because I don't do every single one, so I
3   really can't be sure.
4   Q   Well, about when?
5   A   I really can't give you a date, not at this
6   point, I would have to go back and look.
7   Q   Well, within the last year?
8   A   I really -- I don't know to tell you the
9   truth.
10  Q   Do you have any records of participants where
11  the free 30 percent piece has been applied?
12  A   I'm sure we do. Could I name who that
13  participant is, no.
14  Q   And is the free 30 percent eligibility in the
15  DBRK system?
16  A   No, it is not.
17  Q   Is the data for the free 30 percent --
18  A   The census data is there for us to determine
19  and calculate, yes.
20  Q   But in the Part A system there is, the free
21  30 percent is indicated, and there is data already in
22  the system for it, correct?
23  A   Yes, that's correct.
24  Q   So do you have -- why was that data not in
25  the Part B part of DBRK?

### Page 18

1  A  Initially -- well, the Part B calculation
2  itself does not incorporate free 30, because there is
3  no free 30 benefit under the Part B formula, or under
4  the Part B pension plan.
5  Q  But there still is for the people who were
6  eligible for it before, right?
7  A  That's correct.
8  Q  And so how was the system making sure that
9  those people received it?
10 A  We would have to look at them individually
11 when we were doing their final calculations.
12 Q  And was there a procedure that would trigger
13 that?
14 A  It was more a loose written procedure amongst
15 the team that knew if the minimum benefit appeared, and
16 people met certain criteria, meaning participants, then
17 we had to look to see if the free 30 applied as well.
18 Q  So did Ms. Burgman, was she eligible for the
19 free 30?
20 A  From looking at this, I can't tell. I would
21 have to look at more -- hold on. Based on this initial
22 look, yes, she would have been, or is eligible for the
23 free 30.
24 Q  But she terminated in 2003, correct?
25 A  Correct.

### Page 19

1  Q  And so is there any indication that that was
2  included in her benefit notification?
3  A  From this I can't tell. I don't see the
4  correspondence of what was sent to her initially when
5  she terminated in 2003. It is not attached to this.
6  Q  Well, the handwritten note says, "Will be due
7  free 30 value on final not shown here." So what does
8  that mean?
9      MS. KOHEN: Objection.
10 A  I didn't write the note, I can't be 100
11 percent sure, but I would say that when we do the final
12 calc, or when the final calculation was done, they
13 would have included the free 30 value. It is not shown
14 on this piece of information, but we knew the free 30
15 had to be included.
16 Q  Whenever this note was made, correct?
17 A  Correct.
18 Q  But there is no indication otherwise that you
19 knew that the free 30 needed to be included, is there?
20     MS. RAVITZ: Objection.
21 BY MR. BRUCE:
22 Q  There is no indication in the DBRK record, is
23 there?
24 A  There is an indication by us deciphering what
25 her hire date is, what her termination date is, whether

### Page 20

1  there is a spouse on file.
2  Q  And this whether there is a spouse on file?
3  Oh, because of the spouse's date of birth?
4  A  Correct.
5  Q  And if there was no spouse date of birth,
6  then you would assume that it might apply to the
7  person, but it didn't because they weren't married?
8  A  Correct.
9  Q  And the DBRK system has what is called a
10 minimum single life annuity amount in it?
11 A  Yes.
12 Q  That minimum single life annuity does not
13 include the free 30; is that correct?
14 A  That's correct.
15 Q  And so then the DBRK system multiplies that
16 single life annuity by a conversion factor in order to
17 compute a minimum lump sum?
18 A  Correct.
19 Q  And so if the person was eligible for a free
20 30 percent survivor's annuity, that calculation would
21 have to be correct?
22 A  Correct.
23 Q  And has that been done?
24 A  It's been done. It's been done in the past,
25 yes. Again, I can't tell you specifically who or how

### Page 21

1  many.
2  Q  And has it been done -- is there some
3  procedure to ensure that that is done?
4  A  Yes. Like I said earlier, we notified the
5  plan specialist on the team what to look for when
6  you're processing a calculation in DBRK.
7  Q  And when was that notification?
8  A  There has been -- notifications have been
9  sent out. I can't give you specific dates, but it's
10 been sent out more than once. We do constant reminders
11 to the team.
12 Q  And are there records of those reminders?
13 A  There might be e-mails back at the office.
14 Q  And you haven't been asked to look for those
15 to produce in this litigation, correct?
16 A  No.
17 Q  And there were some manuals that were
18 produced in this litigation that were relatively out of
19 date, and I think Lorrain testified that you might have
20 kind of e-mails and other memos that would update those
21 manuals. Do you keep those?
22 A  I don't know what manuals you're referring
23 to, though.
24 Q  Is there a manual for the administration of
25 the CIGNA pension plan?

Page 22

1   A   There is procedures. I mean, I don't know if
2   you consider it a manual, but we have procedures
3   documented and they do get updated.
4   Q   And when you update those procedures, where
5   do you put the updates?
6   A   They're usually stored out on a, you know,
7   out on a file on the hard drive.
8   Q   On the shared drive?
9   A   Right.
10  Q   And what file would they be put in on the
11  shared drive?
12  A   On the CIGNA accounts team file.
13  Q   But I mean, would there be some indication of
14  this is where the updates are?
15  A   There is more than one folder within the
16  shared drive that would give us the processes and
17  procedures to follow.
18  Q   I believe that Lorrain's description of the
19  shared file was that there was a file for the pension
20  plan initiative logs, it was sometimes called the
21  pension activity reports?
22  A   Yes, there is a pension activity log.
23  Procedures and processes would not most likely go
24  there.
25  Q   And then she said there was fulfillment

Page 23

1   material?
2   A   Correct, that is the information that gets
3   sent out to a participant, correspondence.
4   Q   And then she said queries and projects. A
5   project, that would be project material, or --
6   A   No, in the past there's been a folder within
7   the drive that talks about processes or procedures.
8   Q   And so is there kind of a systematic upkeep
9   of that folder to make sure that when there is a
10  reminder to people about how to process certain types
11  of records, that it would be included in that folder?
12      MS. KOHEN:   Objection.
13  BY MR. BRUCE:
14  Q   Go ahead.
15  A   I can't be 100 percent sure that everything
16  is in that folder.
17  Q   Well, where else would --
18  A   E-mails.
19  Q   E-mails would be another source. And how,
20  are the e-mails sorted in any way which would allow you
21  to retrieve past reminders of procedures?
22  A   Not specifically.
23  Q   And who is authorized to announce procedures.
24  Is that limited to yourself and Lorrain?
25  A   No. Myself, Donna Leclair, there could be

Page 24

1   other people on the team that will also have
2   authorization because they do a specific task within
3   the team itself.
4   Q   In terms of paper records, do you have
5   something that you consider to be kind of your set of
6   procedures?
7   A   Some paper records, yes.
8   Q   And how do you keep those?
9   A   At my desk.
10  Q   But as what?
11  A   In individual folders depending upon what the
12  process or procedure relates to.
13  Q   So there is a number of different subjects.
14  What kind of subjects would those be?
15  A   How do you calculate something, how rehires
16  are handled.
17  Q   So you would have like a rehire folder?
18  A   I would.
19  Q   And what other kinds of -- calculate what
20  other types of things?
21  A   Qualified and nonqualified.
22  Q   What kind of procedures would cover the
23  minimum benefits? Would that be a separate folder?
24  A   Not necessarily.
25  Q   It would be folded into what?

Page 25

1   A   It could be folded into OAB or rehire.
2   Q   And is there a rule of thumb that the minimum
3   benefits are more likely to affect rehires?
4   A   No.
5   Q   And Lorrain mentioned that you have an Excel
6   spreadsheet that you use to check final calculations
7   coming out of DBRK?
8   A   I'm not sure exactly what your question was
9   to Lorrain related to that.
10  Q   Well, I'm just asking you, do you have an
11  Excel spreadsheet that you use to check final
12  calculations from DBRK?
13  A   We have a spreadsheet that can confirm some
14  of the calculations out of DBRK.
15  Q   And what calculations are those?
16  A   The qualified and possibly nonqualified
17  participant calculations.
18  Q   For Part B?
19  A   Part B or Part A.
20  Q   And Lorrain mentioned that there is something
21  called a systems request binder with business requests
22  that have been made to change things within the DBRK
23  system.
24  A   Yes, there is. I have no -- I don't do that.
25  Q   And she testified that there is some records

Page 30

1  the minimum, the base minimum.
2     Q   And so was there any instruction from John
3  Arko recently concerning the free 30 percent benefit?
4     A   Recently?
5     Q   Make sure you do it, or --
6     A   I mean, recently, no. Maybe with Broderick,
7  we knew that we had to check for it.
8     Q   But do you remember anyone prior to
9  Ms. Broderick who received the free 30 percent
10 survivor's benefit under a cash balance?
11    A   I don't remember. I'm not saying that there
12 isn't somebody like that, I just can't recall a name.
13    Q   And do you remember anyone who got a higher
14 lump sum distribution because of the free 30 percent
15 benefit being included?
16    A   No, I don't remember anyone.
17    Q   And would there be any records of -- if there
18 was no computer program to compute the free 30 percent
19 benefit for Part B participants prior to, what did you
20 say, a few weeks ago or a couple of months ago?
21    A   No, I didn't give a specific date because I
22 don't remember when the calculation spreadsheet was
23 actually developed.
24    Q   So if there was no computer, if there was no
25 calculation spreadsheet prior, at least, to January

Page 31

1  of 2006 for that, are there any records of that having
2  been done prior to January of 2006?
3         MS. KOHEN: Objection.
4     A   I don't recall. I haven't done one
5  personally.
6  BY MR. BRUCE:
7     Q   So you don't remember taking one personally
8  to an actuary to do the calculations?
9     A   No.
10    Q   Would there be other people who you think
11 might have taken those?
12    A   There could have been.
13    Q   And who would those people be?
14    A   Maybe Donna Leclair, maybe a former employee
15 that no longer works at CIGNA.
16    Q   And who is that?
17    A   Jenny Rivera-Flores.
18    Q   Has there been any type of review now to
19 identify people who separate from service in the past
20 who were eligible for the free 30 percent survivor's
21 benefit?
22    A   Not recently, no, other than this group.
23    Q   Other than reviewing and pulling the
24 printouts for the people that we requested?
25    A   Correct.

Page 32

1     Q   And have there been recent communications
2  concerning the free 30 percent survivor's benefit
3  within your group?
4         MS. KOHEN: Objection.
5         MS. RAVITZ: Objection.
6  BY MR. BRUCE:
7     Q   E-mails, memos?
8         MS. KOHEN: Time period? Completely
9  vague.
10 BY MR. BRUCE:
11    Q   Since January of 2006.
12        MS. KOHEN: Objection.
13    A   I can't tell you for sure what date. There
14 may have been, but I can't be sure.
15 BY MR. BRUCE:
16    Q   And so you think something about the
17 processes or procedures for the free 30 percent may be
18 in the shared drive?
19        MS. KOHEN: Objection.
20    A   Maybe.
21 BY MR. BRUCE:
22    Q   And there is a section of the shared drive
23 that is processes or procedures?
24    A   Yes.
25    Q   And I believe Ms. Morris testified that there

Page 33

1  was a complaint or inquiry database that was started
2  last year, do you have any knowledge about that?
3     A   I know there was one started, but I haven't,
4  I don't control that.
5     Q   Who would do that?
6     A   I honestly don't know.
7     Q   And the files that you keep on your desk
8  about the processes and procedures, you haven't been
9  asked to provide those to Lorrain in order to produce
10 them to the lawyers, correct?
11    A   No.
12    Q   And is there like a base manual in addition
13 to the files that you have?
14    A   Not that I'm aware of.
15    Q   There is no -- you don't have a three-ring
16 binder and then it is supplemented by files or folders?
17    A   Not that I can think of.
18    Q   And the Excel spreadsheet that you were
19 talking about, is that something that you have and that
20 other people don't have a copy of?
21    A   Everyone has access to that.
22    Q   This was marked as Exhibits 22 and 23 at Mark
23 Lynch's session. This looked to me like this had to do
24 with the Part A calculations.
25    A   That's correct.

Page 34

1  Q  So there is something comparable to this for
2  part B?
3  A  DBRK calculates the benefits for Part B, it
4  doesn't produce -- DBRK, this is what you see for Part
5  B.
6  Q  Right.
7  A  Yes.
8  Q  Just for the record Exhibit 24 is what you
9  said?
10  A  Exhibit 24, correct.
11  Q  But is there an Excel spreadsheet that you
12  have that allows you to recheck the results from DBRK?
13  A  I'm not sure for checking the results. We
14  have a spreadsheet that we use in addition to
15  Exhibit 24 when sending correspondence out to
16  participants.
17  Q  And what does that spreadsheet do?
18  A  It gives a fulfillment package.
19  Q  But how about the -- say you have a
20  calculation from DBRK because someone separated from
21  service, do you have any type of a computation
22  spreadsheet from Excel that you can check parts of that
23  calculation with?
24       MS. KOHEN: Objection.
25  A  There is what we refer to as the interest

Page 35

1  spreadsheet that we can use if need be to compare.
2  BY MR. BRUCE:
3  Q  What does it check?
4  A  It would only check, what, the interest and
5  benefits credits, we would be inputting all the census
6  data onto the spreadsheet and comparing the results to
7  DBRK.
8  Q  And in terms of the minimum benefit of how
9  would you check DBRK's results in terms of whether a
10  minimum benefit applies to someone?
11  A  Manually.
12  Q  And how would you do it manually?
13  A  Pencil and paper.
14  Q  And what would you do to check?
15  A  We would confirm earnings, figure out the
16  final average earnings, figure out the PIA, figure out
17  the credited service, calculate the minimum benefit,
18  and compare that minimum benefit to what DBRK said that
19  the minimum benefit was.
20  Q  In what circumstances would you do that,
21  would you do the handwritten calculations?
22  A  Only if the minimum benefit for some reason
23  wasn't out in DBRK.
24  Q  Wasn't what?
25  A  Was not out already in DBRK.

Page 36

1  Q  That if it was zero, if there was no minimum
2  benefit entry in DBRK, then you would calculate it by
3  hand?
4  A  If the minimum benefit would have still
5  applied.
6  Q  Well, how would you determine whether it
7  would have still applied?
8  A  People that have terminated, taken apart a
9  benefit already, would not have a minimum benefit any
10  longer.
11  Q  Is there a checklist when a calculation comes
12  off of DBRK, do you have a checklist of things to
13  review before the benefit notice is sent to the person?
14  A  Like I -- you know, the plan specialist doing
15  the calculation would look at certain things in DBRK
16  before actually sending the calculation information out
17  the door.
18  Q  And is there a list somewhere of what things
19  the plan specialist is to look at?
20  A  I haven't seen it.
21  Q  So it really depends on your experience that
22  you might look at it differently than Donna Leclair
23  would? There would be some uniformity between you, but
24  it really would depend on what your experience is?
25       MS. KOHEN: Objection.

Page 37

1  BY MR. BRUCE:
2  Q  Is that fair?
3  A  I believe within the training process of new
4  hires they would give them a list of what to look for.
5  Q  Who is they?
6  A  The plan specialist training the new hires.
7  Q  But then so who has access to the checklist
8  that is given to new hires?
9  A  Everyone.
10  Q  And where would that be?
11  A  In the shared drive.
12  Q  In the processes and procedures file?
13  A  (Nodding head in the affirmative.)
14  Q  And Lorrain testified to, I think, that at
15  some point after she moved to the CIGNA account that
16  she became aware that there were a number of records
17  without minimum benefits data, and that there was a
18  load of additional data at some point in the time frame
19  maybe 2002 to 2004, do you recall that?
20  A  Not specifically, no, I don't recall.
21  Q  Do you recall any earlier inklings of a
22  problem with missing or incorrect minimum benefits
23  data?
24  A  No, I don't recall.
25  Q  So up until the project with Andy, you hadn't

10 (Pages 34 to 37)

## Page 90

1  Q  And those would have come from where?
2  A  Philadelphia.
3  Q  Meaning from?
4  A  CIGNA Corporation.
5  Q  From John Arko's office?
6  A  I'm not sure if they came from John's office
7  or their attorneys, their legal staff there.
8  Q  And so those wouldn't be kept on the shared
9  drive, or you wouldn't expect to find them there?
10  A  A final may be put out there. The drafts
11  would not be put out there.
12  Q  And who does Janet Vandeusen report to?
13  A  She's no longer employed in CIGNA, she
14  retired, or with Pru, I should say, she retired.
15  Q  And what --
16  A  She was the plan consultant before Donna
17  Cherry.
18  Q  And Lorrain said that there was a Word
19  document by Janet Vandeusen related to rehires and
20  opening account balances not being input for them, are
21  you familiar with that?
22  A  Not being what, I'm sorry?
23  Q  Input for them.
24  A  I'm not familiar with it, not off the top of
25  my head I'm not familiar.

## Page 91

1  Q  Where would you look to find a document like
2  that?
3  A  If it is not in the shared drive, I would ask
4  Donna Cherry.
5  Q  Where would you look for it in the shared
6  drive?
7  A  Possibly through a folder labeled processes
8  and procedures.
9  Q  And is that broken down, the processes and
10  procedures, is that broken down into the sub folders?
11  A  I can't recall. It may be, but I can't
12  recall.
13  Q  And just to be sure, you testified that there
14  was the loading of minimum benefits data that
15  Ms. Morris testified about, that that is not something
16  that you recall the specifics on, or do you recall at
17  all, that there was some additional loading of minimum
18  benefits data sometime after Lorrain came onto the
19  team?
20  A  I don't recall the specifics to that, no.
21  Q  Or do you recall it in general?
22  A  I never attended any of the meetings. There
23  were meetings about it, but I didn't attend any of the
24  meetings regarding the minimum benefits and the
25  possible loading or inputting them into DBRK.

## Page 92

1  Q  But do you think there were meetings on it?
2  A  There may have been. Lorrain commented to
3  that effect, so she might know more about that specific
4  than me.
5  Q  And how do you get out of going to these
6  meetings?
7      MS. KOHEN: Objection.
8  A  Luck of the draw.
9  BY MR. BRUCE:
10  Q  What you were talking about before about the
11  10-year C and L, is that the health care employees that
12  have that?
13  A  I have sheets back at work, I refer to them
14  to like cheat sheets, so we can refer to them as to who
15  gets what, so I'm not sure. As I said earlier, I know
16  it was a group of CIGNA employees, but I'm not sure
17  which group off the top of my head.
18  Q  And how do you -- if it is not in the DBRK
19  system, when someone is eligible for that, how do you
20  compute the reductions, does that have to be referred
21  to an actuary?
22  A  No, we've been provided the means or the
23  steps as to how to calculate the 10-year certain and
24  life.
25  Q  And there is a spreadsheet on that?

## Page 93

1  A  No, the spreadsheet itself hasn't been -- the
2  spreadsheet itself doesn't calculate. We had been
3  given a form to show the reduction factors that have to
4  be applied. We could put it on a spreadsheet, but it
5  is only a step or two, so we usually do it manually.
6  Q  And Steve Comkowyz, is that someone you're
7  familiar --
8  A  Steve Comkowyz.
9  Q  Is he back at Prudential now?
10  A  No.
11  Q  And he left in 2003 or something?
12  A  Okay. I'm not sure when he left exactly, but
13  yes, it was a few years ago.
14      MR. BRUCE: Let's mark this one.
15      (Belanger Exhibit 30, Printouts of work
16  sheets: Marked for Identification.)
17  BY MR. BRUCE:
18  Q  This is a printout of a file that we were
19  provided on Wednesday. Is this something that you're
20  familiar with that seems to calculate factors?
21  A  This printout is tied to the Part A
22  calculations spreadsheet.
23  Q  And so Exhibit 30 relates to the Part A
24  calculations, and you could use it if you were doing a
25  calculation of a part B minimum benefit?