# EXHIBIT 13

Lorraine Morris 08/17/2006 10:45:07 AM

 **Donna Leclair/PI/Prudential**
CIGNA Accounts Team
Phone Number: 860.534.3225
Fax Number: 860.534.2385

To   Donna Leclair/PI/Prudential@Prudential
cc   See Below
bcc
Subject   RELATIVE VALUE

Fri 04/28/2006 10:54 AM

Please make sure when you are sending out a file to check to make sure if they should have an OAB that they do have one. All OAB's with the exception of INTRACORP should have not only the OAB filled out but also the Conversion benefit and Benefit at NRD along with the SSN offset. IF anything is missing you need to see me before a package goes out. With all the packages I'm getting I cannot go in and check all this out so please make sure you've checked.

Donna

cc:
Christina Hackett/PI/Prudential
Cindyliz Vargas/PI/Prudential
David Chapman/PI/Prudential
David Hatfield/PI/Prudential
Denise Belanger/PI/Prudential
Donna Cherry/PI/Prudential

Joanne Peltier/PI/Prudential
Kelli Ely/PI/Prudential
Kevin Kenny/PI/Prudential
Lee Watters/PI/Prudential
Lorraine Morris/PI/Prudential
Marie Olden/PI/Prudential
Phillip Halmers/PI/Prudential

Lorraine Morris 08/17/2006 10:46:50 AM



**Donna Leclair/PI/Prudential**
CIGNA Accounts Team
Phone Number: 860.534.3225
Fax Number: 860.534.2385

Wed 06/14/2006 11:19 AM

To   Donna Leclair/PI/Prudential@Prudential
cc   See Below
bcc
Subject   Re: INTRACORP

NOTE this does not hold true if they are dual benefits IE old cigna , then intracorp then covnerted to CASH BALANCE those you will need to do additional research on  Thanks
Donna Leclair/PI/Prudential



**Donna Leclair/PI/Prudential**
CIGNA Accounts Team
Phone Number: 860.534.3225
Fax Number: 860.534.2385

Wed 06/14/2006 11:18 AM

To   Kevin Kenny/PI/Prudential@Prudential
cc   See Below
Subject   INTRACORP

Ok you can now run Intracorp calcs from DBRK.  The NRD benefits have been loaded and confirmed. However, PLEASE MAKE SURE YOU ARE CHECKING MINIMUMS ON THESE ON ALL CALCS.  If anyone hits the minimum SLA do NOT send anything out send them to me at the CIGNA Open Accounts mailbox.

MARIE  Please make sure to add this to the qual review as well so we do NOT accidentally send out money under J&S options that they are not due.

So bottom line is everyone now who is CIGNA/INTRACORP should now show a minimum SLA amount NOT ZEROS.  BUT no ones MIN SLA AMOUNT should be GREATER than the Cash Balance SLA amount.

If you have any questions let me know.

Thanks

Donna

cc:   Christina Hackett/PI/Prudential            Joanne Peltier/PI/Prudential
      Cindyliz Vargas/PI/Prudential              Kelli Ely/PI/Prudential
      David Chapman/PI/Prudential                Kevin Kenny/PI/Prudential
      David Hatfield/PI/Prudential               Lee Watters/PI/Prudential
      Denise Belanger/PI/Prudential              Lorraine Morris/PI/Prudential
      Donna Cherry/PI/Prudential                 Marie Olden/PI/Prudential
                                                 Phillip Halmers/PI/Prudential



| | |
|---|---|
| **Donna Cherry/PI/Prudential**<br>CIGNA Account Team<br>Phone Number: 860-534-3489<br>Fax Number: 860-534-2385<br>Tue 08/08/2006 09:12 AM | To   See Below<br>cc<br>bcc<br>Subject   Discussion re checking minimum balance versus annuity from last week's team meeting |

Based upon our team meeting on 8/3/06, Plan Specialists are currently comparing the minimum benefit to the annuity and if the minimum EXCEEDS the annuity, these calculations are referred to Donna LeClair. In the future, this should continue AND any minimums within 15% of the annuity should be handled in the same way.

Checking for minimum balance exceeding annuity:
Divide the minimum into the annuity amount and if the result is 1.15 or greater, refer

- Assume Annuity of $1,150 and minimum of $1,000

    Then 1150/1000 = 1.15 refer

- Assume Annuity of $800 and minimum of $655

    800/655 = 1.221374 – refer

- Assume Annuity of $650 and minimum of $577

    650/577 = 1.12 = OK

This step will be modified on the check list for this new step

Donna M Cherry
Client Consultant - CIGNA Team
Prudential Retirement
860-534-3489
donna.cherry@prudential.com

To:  Kelli Ely/PI/Prudential                    Marie Olden/PI/Prudential
     Christina Hackett/PI/Prudential            Joanne Peltier/PI/Prudential
     david.hatfield@prudential.com              Cindyliz Vargas/PI/Prudential
     Kevin Kenny/PI/Prudential                  David Chapman/PI/Prudential