# EXHIBIT 14

# CIGNA Calculation Checklist

Ppt Name _____ GR# _____ Ppt Social _____

| Processor | Review 1 | Review 2 | |
|---|---|---|---|
| | | | **Does the Paperwork Contain:** |
| ___ | ___ | ___ | Commencement Date |
| ___ | ___ | ___ | Form of Annuity/Options Requested |
| ___ | ___ | ___ | J&S/CA /BeneficiaryName & DOB |
| ___ | ___ | ___ | LOA history |
| ___ | ___ | ___ | Review ABC/Pride check for payments made |
| ___ | ___ | ___ | Review Special Handling |
| ___ | ___ | ___ | Copy of Pension Express Record |
| | | | **Verified Information:** |
| ___ | ___ | ___ | Contract and Social Security Number in CFE |
| ___ | ___ | ___ | DBRK Record Notes: Non Qualified Payments are properly identified |
| ___ | ___ | ___ | DBRK: Review Earnings Deferred salary/bonus |
| ___ | ___ | ___ | DBRK: Review for any Rehire Data |
| ___ | ___ | ___ | VT Term Calc worksheet Review of all data |
| ___ | ___ | ___ | Review all Letters and Summary Sheets |
| ___ | ___ | ___ | To David H for RV Data |

Processed: _____     Processor: _____

Review 1: _____     Reviewer 1: _____

Review 2: _____     Reviewer 2: _____

Comments: _____
_____
_____

*Quality Checklist* (handwritten)

# CIGNA Death Benefit - ABC Retirement Checklist

| Bene Name | | GR# | Bene SS# |
|---|---|---|---|
| Ppt Name | | DOD | Ppt SS# |

| Processor | Review 1 | Review 2 | |
|---|---|---|---|
| | | | **Check CFE/Paperwork For:** |
| ___ | ___ | ___ | CFE: Acces Billing Info |
| ___ | ___ | ___ | Complete Death Notification with Death Cert |
| ___ | ___ | ___ | Deceased ppt's record: DC plans have been segregated |
| ___ | ___ | ___ | Beneficiary Commencement Date |
| ___ | ___ | ___ | Beneficiary Date of Birth |
| ___ | ___ | ___ | Beneficiary Address |
| ___ | ___ | ___ | Beneficiary Signature |
| ___ | ___ | ___ | Option Elected for Beneficiary |
| ___ | ___ | ___ | Date of Final Payment Due to Beneficiary (if Years Certain) |
| ___ | ___ | ___ | Payment Frequency |
| ___ | ___ | ___ | Payment Amount |
| ___ | ___ | ___ | Bank Information |
| ___ | ___ | ___ | Fed Tax Withholding |
| ___ | ___ | ___ | State Tax Withholding |
| | | | **Verify in ABC/PRIDE:** |
| ___ | ___ | ___ | Pride on deceased ppt's record: Overpayment recovery complete |
| ___ | ___ | ___ | ABC Benefit Control Screen on deceased ppt's record: Non Qualified payments are properly identified |
| ___ | ___ | ___ | ABC Person Plan/NRG deceased ppt's:Total Death Benefit w/Int |
| ___ | ___ | ___ | ABC Person Details |
| ___ | ___ | ___ | ABC Benefit Control Screen |
| ___ | ___ | ___ | ABC Plan & NRG Screens: NRD, ACD, Accum EEE Contribs Retirement Status, Inter Company Class, Payee Class Death Benefit fields, CA Screen, Relationship Details |
| ___ | ___ | ___ | ABC Benefit Piece Screen : Yrly Actual Benef amount, Benefit Piece Form CD, Annuity Expiry Date(watch for purchased & non-purchased sources)  Each source must have Piece Screen. |
| ___ | ___ | ___ | ABC Benefit Payment:  Pymt Address, Currency Type |
| ___ | ___ | ___ | ABC Federal Taxes |
| ___ | ___ | ___ | ABC State Taxes |
| ___ | ___ | ___ | ABC Elected Deductions |
| ___ | ___ | ___ | ABC First Check Mailing |
| ___ | ___ | ___ | ABC Benefit Pymt Group Screen - Reminder review F12 for errors |
| ___ | ___ | ___ | ABC Payment Released |
| ___ | ___ | ___ | Letter Builder Checklist |

Processed: _____    Processor: _____

Review 1: _____    Reviewer 1: _____

Review 2: _____    Reviewer 2: _____

Comments: _____

## CIGNA Death Benefit - ABC Lump Sum Checklist

Bene Name _____   GR# _____   Bene SS# _____

Ppt Name _____   DOD _____   Ppt SS# _____

| Processor | Review 1 | Review 2 | |
|---|---|---|---|
| | | | **Check CFE/Paperwork/Death Review For:** |
| ___ | ___ | ___ | CFE: Acces Billing Info |
| ___ | ___ | ___ | Complete Death Notification with Death Cert |
| ___ | ___ | ___ | Deceased ppt's record: DC plans have been segregated |
| ___ | ___ | ___ | Beneficiary Commencement Date |
| ___ | ___ | ___ | Payment Amount |
| ___ | ___ | ___ | Citizenship (Assume Yes if Blank) |
| ___ | ___ | ___ | Beneficiary Signature |
| ___ | ___ | ___ | Beneficiary Address |
| ___ | ___ | ___ | Beneficiary Date of Birth |
| ___ | ___ | ___ | Direct Rollover Election Data (Be careful to look for partials) |
| ___ | ___ | ___ | Fed Tax Withholding |
| ___ | ___ | ___ | State Tax Withholding |
| | | | **Verify In ABC/PRIDE:** |
| ___ | ___ | ___ | Pride on deceased ppt's record: Overpayment recovery complete |
| ___ | ___ | ___ | ABC Benefit Control Screen on deceased ppt's record: Non Qualified payments are properly identified |
| ___ | ___ | ___ | ABC Person Plan/NRG deceased ppt's record: Total Death Benefit w/Int |
| ___ | ___ | ___ | ABC Person Details |
| ___ | ___ | ___ | ABC Benefit Control Screen |
| ___ | ___ | ___ | ABC Plan & NRG Screens: NRD, ACD, Accum EEE Contribs Retirement Status, Inter Company Class, Payee Class |
| ___ | ___ | ___ | ABC Benefit Piece Screen : Yrly Actual Benef amount, Benefit Piece Form CD 6, |
| ___ | ___ | ___ | ABC Benefit Payment: Pymt Address, Currency Type |
| ___ | ___ | ___ | ABC Federal Taxes(Non-spousal bene = 10% Federal W/H or can opt out |
| ___ | ___ | ___ | ABC State Taxes |
| ___ | ___ | ___ | ABC Elected Deductions |
| ___ | ___ | ___ | ABC First Check Mailing |
| ___ | ___ | ___ | ABC Benefit Payment Group Screen - Reminder to review F12 for errors |
| ___ | ___ | ___ | ABC Payment Released |
| ___ | ___ | ___ | Letter Builder Checklist |

Processed: _____        Processor: _____

Review 1: _____         Reviewer 1: _____

Review 2: _____         Reviewer 2: _____

Comments: _____

_____

_____

# CIGNA DW 2 married Ppt Calculation Checklist

Ppt Name _____ GR# _____ Ppt Social _____

| Processor | Review 1 | Review 2 | |
|---|---|---|---|
| | | | **Does the Paperwork Contain:** |
| _____ | _____ | _____ | Commencement Date |
| _____ | _____ | _____ | Form of Annuity/Options Requested |
| _____ | _____ | _____ | J&S/CA /BeneficiaryName & DOB |
| _____ | _____ | _____ | LOA history |
| _____ | _____ | _____ | Review ABC/Pride check for payments made |
| _____ | _____ | _____ | Review Special Handling |
| _____ | _____ | _____ | Copy of Pension Express Record |
| | | | **Verified Information:** |
| _____ | _____ | _____ | Contract and Social Security Number in CFE |
| _____ | _____ | _____ | DBRK Record Notes: Non Qualified Payments are properly identified |
| _____ | _____ | _____ | DBRK: Review Earnings Deferred salary/bonus |
| _____ | _____ | _____ | DBRK: Review for any Rehire Data |
| _____ | _____ | _____ | VT Term Calc worksheet Review of all data |
| _____ | _____ | _____ | Watch for age 62 reduction |
| _____ | _____ | _____ | Review all Letters and Summary Sheets |
| _____ | _____ | _____ | To David H for RV Data |

Processed: _____    Processor: _____

Review 1: _____    Reviewer 1: _____

Review 2: _____    Reviewer 2: _____

Comments: _____
_____
_____

# CIGNA Lump Sum Checklist

Ppt Name _____ GR# _____ Ppt Social _____

| Processor | Review 1 | Review 2 | |
|---|---|---|---|
| | | | **Check CFE/Paperwork For:** |
| ___ | ___ | ___ | CFE: Acces Billing Info |
| ___ | ___ | ___ | Commencement Date |
| ___ | ___ | ___ | Payment Amount |
| ___ | ___ | ___ | Citizenship (assume Yes if blank) |
| ___ | ___ | ___ | Ppt's Signature |
| ___ | ___ | ___ | 30-Day Waiver |
| ___ | ___ | ___ | Spousal Consent |
| ___ | ___ | ___ | Direct Rollover Election Data (Be careful to look for partials) |
| ___ | ___ | ___ | Fed Tax Withholding |
| ___ | ___ | ___ | State Tax Withholding |
| | | | **Verify In DBRK/ABC:** |
| ___ | ___ | ___ | DBRK: Non Qualified Payments are properly identified |
| ___ | ___ | ___ | DBRK: OAB/ MIN Bn for Ppt w/DOH prior 1-1-98 |
| ___ | ___ | ___ | DBRK: Status Updated |
| ___ | ___ | ___ | DBRK: Debited |
| ___ | ___ | ___ | ABC Person Details |
| ___ | ___ | ___ | ABC Benefit Control Screen |
| ___ | ___ | ___ | ABC Plan & NRG Screens: NRD, ACD, Accum EEE Contribs Retirement Status 31, Inter Company Class, Payee Class 10 |
| ___ | ___ | ___ | ABC Benefit Piece Screen : Yrly Actual Benef amount, Benefit Piece Form CD 6,  pg 2 of 2 TTS Ds103- LS DS104- SBCO |
| ___ | ___ | ___ | ABC Benefit Payment:  Pymt Address, Currency Type |
| ___ | ___ | ___ | ABC Benefit Group Payment:  PNA CD, Distrib Type, Payment Type, Category |
| ___ | ___ | ___ | ABC Other Address Details |
| ___ | ___ | ___ | ABC Federal Taxes |
| ___ | ___ | ___ | ABC State Taxes |
| ___ | ___ | ___ | ABC Elected Deductions |
| ___ | ___ | ___ | ABC First Check Mailing |
| ___ | ___ | ___ | ABC Benefit Payment Group Screen - Reminder to review F12 for errors |
| ___ | ___ | ___ | ABC Payment Released |
| ___ | ___ | ___ | Letter Builder Checklist |

Processed: _____    Processor: _____

Review 1: _____    Reviewer 1: _____

Review 2: _____    Reviewer 2: _____

Comments: _____

_____

Rev. 01/25/06 mro

# PRIDE Check Approval Checklist

Ppt Name _____  GR# _____  Ppt Social _____

| Processor | Review 1 | Review 2 | |
|---|---|---|---|
| | | | **Check BAS/PRIDE Paperwork For:** |
| _____ | _____ | _____ | Amount Due |
| _____ | _____ | _____ | Payment Address Info |
| _____ | _____ | _____ | Tax Reportable Y/N |
| _____ | _____ | _____ | Fed Tax Withholding |
| _____ | _____ | _____ | State Tax Withholding |
| | | | **Verify in PRIDE:** |
| _____ | _____ | _____ | Social Security and Contract Number |
| _____ | _____ | _____ | Method, Tax Reporting, and Tax Withholding |
| _____ | _____ | _____ | Mailing Name/Address and Payee Name |
| _____ | _____ | _____ | Check Name/Address |
| _____ | _____ | _____ | Tax Name/Address |
| _____ | _____ | _____ | Mailing and DB Specific Info |
| _____ | _____ | _____ | Funds (Master Contact, Contract number, Contr Type, Prem Tax, Tie Break, Curr Type, Pur/Non Pru, Per/Non Per, Prod Code, LOB, Source Payment Code, Fund Amount, TTC, TTC Decription) |
| _____ | _____ | _____ | Deductions (Medical = OQ, Dental = DA) |
| _____ | _____ | _____ | Electronic Fund Transfer |
| _____ | _____ | _____ | Tax Related Information (Legal Entity = CGDB) |
| _____ | _____ | _____ | 1099R (Remember to account for Exclusion Ratio, if applicable) |
| _____ | _____ | _____ | 1099INT |

Processed: _____        Processor: _____

Review 1: _____         Reviewer 1: _____

Review 2: _____         Reviewer 2: _____

Comments: _____

_____

Rev. 10/07/2005

# CIGNA Provident Final Calculation Checklist

Ppt Name _____ GR# _____ Ppt Social _____

| Processor | Review 1 | Review 2 | |
|---|---|---|---|
| | | | **Does the Paperwork Contain** |
| _____ | _____ | _____ | Commencement Date |
| _____ | _____ | _____ | Form of Annuity/Options Requested |
| _____ | _____ | _____ | J&S/CA /BeneficiaryName & DOB |
| _____ | _____ | _____ | LOA history |
| _____ | _____ | _____ | Review ABC/Pride check for payments made |
| _____ | _____ | _____ | Review Special Handling |
| | | | **Verified Information** |
| _____ | _____ | _____ | Contract and Social Security Number in CFE |
| _____ | _____ | _____ | DBRK Record Notes: Non Qualified Payments are properly identified |
| _____ | _____ | _____ | DBRK : Review record & Calculation |
| _____ | _____ | _____ | DBRK: Review Quarters |
| _____ | _____ | _____ | DBRK: Review Earnings |
| _____ | _____ | _____ | DBRK: Review for any Rehire Data |
| _____ | _____ | _____ | CB Calc worksheet Review of all data |
| _____ | _____ | _____ | Review all Letters and Summary Sheets |
| _____ | _____ | _____ | To David H for RV Data |

Processed: _____     Processor: _____

Review 1: _____     Reviewer 1: _____

Review 2: _____     Reviewer 2: _____

Comments: _____
_____
_____

# CIGNA Q-NQ Calculation Checklist

Ppt Name _____ GR# _____ Ppt Social _____

| Processor | Review 1 | Review 2 | |
|---|---|---|---|
| | | | **Does the Paperwork Contain:** |
| _____ | _____ | _____ | Q Commencement Date |
| _____ | _____ | _____ | NQ Commencement Date Greater of 1-1 after 55 or DOT |
| _____ | _____ | _____ | Form of Annuity/Options Requested |
| _____ | _____ | _____ | J&S/CA /BeneficiaryName & DOB |
| _____ | _____ | _____ | NQ Election |
| _____ | _____ | _____ | LOA history |
| _____ | _____ | _____ | Review ABC/Pride check for payments made |
| _____ | _____ | _____ | Review Special Handling |
| | | | |
| | | | **Verified Information:** |
| _____ | _____ | _____ | Contract and Social Security Number in CFE |
| _____ | _____ | _____ | DBRK Record Notes: Non Qualified Payments are properly identified |
| _____ | _____ | _____ | DBRK : Review record & Calculation |
| _____ | _____ | _____ | DBRK: OAB/ MIN Bn for Ppt w/DOH prior 1-1-98 |
| _____ | _____ | _____ | DBRK: Review Quarters |
| _____ | _____ | _____ | DBRK: Review Earnings Deferred salary/bonus |
| _____ | _____ | _____ | DBRK: Review for any Rehire Data |
| _____ | _____ | _____ | CB Calc worksheet Review of all data |
| _____ | _____ | _____ | Review all Letters and Summary Sheets |

Processed: _____      Processor: _____

Review 1: _____      Reviewer 1: _____

Review 2: _____      Reviewer 2: _____

Comments: _____

_____

_____

# CIGNA Replacement ABC Checklist

Ppt Name _____ GR# _____ Ppt Social _____

| Processor | Review 1 | Review 2 | |
|---|---|---|---|
| | | | **Check CFE/Paperwork For:** |
| ___ | ___ | ___ | CFE: Acces Billing Info |
| ___ | ___ | ___ | Type of Payment |
| ___ | ___ | ___ | Reason for Replacement Processing |
| ___ | ___ | ___ | Confirmation of address of the payment |
| ___ | ___ | ___ | Correct Gross Amount Due |
| ___ | ___ | ___ | Correct Federal Withholding |
| ___ | ___ | ___ | Correct State Withholding |
| ___ | ___ | ___ | Correct Amount of Any Other Deductions |
| ___ | ___ | ___ | Correct Net Amount Due |
| | | | **Verify in BAS/PRIDE:** |
| ___ | ___ | ___ | Pride (or BAS Financial History): Original Check Stopped in Payment Lookup List |
| ___ | ___ | ___ | Pride: Original Check Shows Appropriate Status (Redeposit-Full, Stop-Reissue, etc.) |
| ___ | ___ | ___ | Pride: Replacement Payment in Payment Lookup List |
| ___ | ___ | ___ | Addr/Amts Tab (ABC Home, Bank & Piece): Confirm Check Add. & Spelling of Ppt's Name |
| ___ | ___ | ___ | Addr/Amts Tab: Verify Gross & Net Amounts |
| ___ | ___ | ___ | Tax/Controls Tab (ABC FIT & SIT): Tax Reportable |
| ___ | ___ | ___ | Deductions Tab: Verify Taxes etc. |
| ___ | ___ | ___ | EFT/MISC Tab (ABC BANK): Verify Direct Deposit Info |
| ___ | ___ | ___ | Shipping Tab: Verify Airbill/Delivery Options |
| ___ | ___ | ___ | Mailing Addr Tab : Verify Mailing Address |

Processed: _____          Processor: _____

Review 1: _____          Reviewer 1: _____

Review 2: _____          Reviewer 2: _____

Comments: _____

_____

_____

Rev. 11/02/2005

# CIGNA Retirement Checklist

Ppt Name _____ GR# _____ Ppt Social _____

| Processor | Review 1 | Review 2 | |
|---|---|---|---|
| | | | **Does the Paperwork Contain?** |
| _____ | _____ | _____ | CFE: Acces Billing Info |
| _____ | _____ | _____ | Commencement Date |
| _____ | _____ | _____ | Form of Annuity/Payment Frequency |
| _____ | _____ | _____ | Payment Amount |
| _____ | _____ | _____ | Reduction Date (If Any) |
| _____ | _____ | _____ | Reduction Amount (If Any) |
| _____ | _____ | _____ | Beneficiary Amount (If Any) |
| _____ | _____ | _____ | J&S/CA /BeneficiaryName & DOB |
| _____ | _____ | _____ | Citizenship (assume Yes if blank) |
| _____ | _____ | _____ | Ppt's Signature |
| _____ | _____ | _____ | 30-Day Waiver |
| _____ | _____ | _____ | Spousal Consent (if married and electing option other than J&S), or Marriage Cert & CA Birth Cert (if ppt elected a survivor) |
| _____ | _____ | _____ | Bank Information |
| _____ | _____ | _____ | Fed Tax Withholding |
| _____ | _____ | _____ | State Tax Withholding |
| | | | **Verified Information** |
| _____ | _____ | _____ | Contract and Social Security Number in CFE |
| _____ | _____ | _____ | DBRK Record Notes: Non Qualified Payments are properly identified |
| _____ | _____ | _____ | DBRK: OAB/ MIN Bn for Ppt w/DOH prior 1-1-98 |
| _____ | _____ | _____ | DBRK Record Participant Status: Updates |
| _____ | _____ | _____ | DBRK: Debited |
| _____ | _____ | _____ | ABC Person Details |
| _____ | _____ | _____ | ABC Benefit Control Screen |
| _____ | _____ | _____ | ABC Plan & NRG Screens: NRD, ACD, Accum EEE Contribs Retirement Status, Inter Company Class, Payee Class Death Benefit fields, CA Screen, Relationship Details |
| _____ | _____ | _____ | ABC Benefit Piece Screen : Yrly Actual Benef amount, Benefit Piece Form CD, Annuity Expiry Date(watch for purchased & non-purchased sources)  Each source must have Piece Screen. |
| _____ | _____ | _____ | ABC Benefit Payment:  Pymt Address, Currency Type |
| _____ | _____ | _____ | ABC Federal Taxes |
| _____ | _____ | _____ | ABC State Taxes |
| _____ | _____ | _____ | ABC Elected Deductions |
| _____ | _____ | _____ | ABC First Check Mailing |
| _____ | _____ | _____ | ABC Benefit Pymt Group Screen - Reminder review F12 for errors |
| _____ | _____ | _____ | ABC Payment Released |
| _____ | _____ | _____ | Letter Builder Checklist |

Processed: _____   Processor: _____

Review 1: _____   Reviewer 1: _____

Review 2: _____   Reviewer 2: _____

Comments: _____

_____

_____

# CIGNA Source/Deduction Change Checklist

Ppt Name _____  GR# _____  Ppt Social _____

| Processor | Review 1 | Review 2 | |
|---|---|---|---|
| | | | **Check CFE Paperwork For:** |
| ____ | ____ | ____ | CFE: Acces Billing Info |
| ____ | ____ | ____ | Type of Change |
| ____ | ____ | ____ | New Source/Deduction Amount |
| ____ | ____ | ____ | Effective Date |
| ____ | ____ | ____ | Confirm whether any adjustment needed, is a retro reimbursement payment due, or does the deduction need to be prorated or doubled |
| ____ | ____ | ____ | Amount of Reimbursement etc. (If any) |
| | | | **Verify In ABC/PRIDE:** |
| ____ | ____ | ____ | ABC: Contract & Social Security Number |
| ____ | ____ | ____ | ABC Piece/Election Deduction-Code OQ Medical DA Dental |
| ____ | ____ | ____ | ABC Piece Amount/Election Deduction Amount |
| ____ | ____ | ____ | ABC: Effective Date |
| ____ | ____ | ____ | ABC: Beneficiary Amt |
| ____ | ____ | ____ | Pride Addr/Amts tab: Payment Produced |

Processed: _____       Processor: _____

Review 1: _____        Reviewer 1: _____

Review 2: _____        Reviewer 2: _____

Comments: _____
_____
_____

Rev. 10/19/2005