# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------X
:
JANICE C. AMARA, individually, :
and on behalf of others similarly :
situated, :
:
:
Plaintiff, : 3:01 CV 2361 (DJS)
:
v. : June 17, 2002
:
CIGNA CORP. AND CIGNA :
PENSION PLAN, :
:
Defendants. :
:
---------------------------------------------------X

### DEFENDANTS' RESPONSES TO PLAINTIFF'S
### FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS

Defendants CIGNA Corporation ("CIGNA") and CIGNA Pension Plan (the "Plan") (collectively "Defendants"), by and through their counsel, hereby make the following objections and responses to Plaintiff's First Requests for Production of Documents.

### GENERAL OBJECTIONS

1. Defendants object to the Requests to the extent they call for documents or information which is subject to one or more privileges, including, but not limited to, the attorney-client privilege, or any information which constitutes or reflects the work product of Defendants' attorneys.

2. Defendants object to the Instructions in the Requests to the extent that they seek to impose any obligation on Defendants that is inconsistent with, or in addition to, obligations imposed by the Federal Rules of Civil Procedure or other Rule or Order of the Court.

3. Defendants object generally to producing documents or providing information

Malloy, Bill Farquahar or Dave Nocera since 1996.

5.  All actuarial valuation reports about the Cigna Pension Plan prepared after 1996.

**Objections:** Defendants incorporate by reference herein their General Objections Nos. 1-3. Defendants further object to Request No. 5 on the ground that it seeks information that is not relevant to the claims or defenses of the parties and is overbroad. This case is about whether the terms of the Plan, as drafted, violate certain statutory provisions of ERISA.

6.  All cost estimates related to the Cigna Pension Plan that were prepared after 1996.

**Objections:** Defendants incorporate by reference herein their General Objections Nos. 1-3. Defendants further object to Request No. 6 on the ground that it seeks information that is not relevant to the claims or defenses of the parties, that it is overbroad, harassing, and oppressive, and that responding would be unduly burdensome. This case is about whether the terms of the Plan, as drafted, violate certain statutory provisions of ERISA.

7.  All documents related to the Cigna Pension Plan that were transmitted to Don Levinson after 1996 or that were used in any presentation or meeting with him after that date.

**Objections:** Defendants incorporate by reference herein their General Objections Nos. 1-3. Defendants further object to Request No. 7 on the ground that it seeks information that is not relevant to the claims or defenses of the parties and is overbroad. This case is about whether the terms of the Plan, as drafted, violate certain statutory provisions of ERISA.

8.  All documents related to the Cigna Pension Plan that were transmitted to Wilson H. Taylor after 1996, or that were used in any presentation or meeting with him after that date.

**Objections:** Defendants incorporate by reference herein their General Objections Nos. 1-3. Defendants further object to Request No. 25 on the ground that it seeks information that is not relevant to the claims or defenses of the parties, and that it is overbroad, harassing, and oppressive. This case is about whether the terms of the Plan, as drafted, violate certain statutory provisions of ERISA.

Dated: June 17, 2002

          **MORGAN, LEWIS & BOCKIUS LLP**

          By: _____
              Christopher A. Parlo (CT-04700)

          101 Park Avenue
          New York, New York 10178
          (212) 309-6062
          (212) 309-6273 (fax)

          Joseph J. Costello
          Jeremy P. Blumenfeld
          1701 Market Street
          Philadelphia, Pennsylvania 19103-2921
          (215) 963-5295/5258

          **ROBINSON & COLE**

          James A. Wade (CT # 00086)
          280 Trumbull Street
          Hartford, Connecticut 06103
          (860) 275-8270
          (860) 275-8299

          Attorneys for Defendants
          CIGNA Corporation and CIGNA Pension Plan

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Responses of Defendants to Plaintiff's First Requests for the Production of Documents was served this 17th day of June, via e-mail with copy to follow via regular mail on the 18th day of June, upon the following:

Thomas G. Moukawsher
Moukawsher & Walsh, LLC
328 Mitchell Street
Groton, CT 06340

and upon:

Stephen R. Bruce
805 15th Street, NW
Suite 210
Washington, DC 20005