**EXHIBIT B**

FROM                                                         (MON) 3. 25' 02 11:24/ST. 11:23/NO. 4800000438 P 3



# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

JANICE C. AMARA, individually and
on behalf of all others similarly situated     :
    Plaintiff

v.                                             :  CIVIL NO.: 3:01cv2361(DJS)

CIGNA CORP., ET AL                             :
    Defendants

## ORDER

The proposed case management plan dated **March 14, 2002** is hereby approved and will control the pretrial proceedings in this case until further order of the Court with the following exceptions: Discovery, including all discovery relating to expert witnesses will be completed by **October 18, 2002**. Reports from plaintiff's experts will be due by **July 19, 2002**. Depositions of the plaintiff's experts shall be completed by **August 19, 2002**. Reports from defendants' experts shall be completed by **September 19, 2002**. Depositions of defendants' experts shall be completed by **October 18, 2002**. Dispositive motions, if any, will be filed by **November 19, 2002**. Any amendment to the pleading or joinder of additional parties by either the plaintiff(s) or defendant(s) must be by **April 12, 2002**.

**Motions to Compel must be filed within twenty (20) days of either: (1) the failure of an opposing party to provide information on a timely basis pursuant to the time provided for in the rules or by order of this Court; or (2) the movant's receipt of an opposing party's unsatisfactory response to requests for discovery, e.g., responses indicating objections that the movant contends are unjustified. Motions to Compel filed after such deadlines shall be denied for failure to comply with the case management plan.**

A joint trial memorandum, per the attached order, shall be filed by **December 19, 2002**. If the parties cannot agree to the filing of the joint trial memorandum, each party shall file their trial memorandum separately. If a dispositive motion is filed, the memorandum shall be filed within 30 days of any decision of the court on such dispositive motion. The filing of dispositive motions shall not stay discovery. This case shall be trial ready **January, 2003**.

The parties shall contact chambers the week beginning **July 22, 2002** to schedule a status conference. All discovery shall proceed notwithstanding the conference. If the parties feel a settlement conference would be realistic instead of a status conference, please indicate this.

The parties are hereby notified that failure to comply with this Order shall be grounds for either an immediate dismissal with prejudice or an entry of a default and/or sanctions.

IT IS SO ORDERED this _18th_ day of _March_, 2002.

                                      Dominic J. Squatrito, United States District Judge

n:/mschcl/26order.-04/18/00