UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANICE C. AMARA, individually and on behalf of others similarly situated, | : : : | CIVIL ACTION NO. 3:01-CV-2361 (MRK) |
| Plaintiff, | : : : : | |
| CIGNA CORP. AND CIGNA PENSION PLAN, | : : : | |
| Defendants. | : | SEPTEMBER 13, 2006 |

## APPLICATION FOR ADMISSION PRO HAC VICE OF ALLISON CAALIM

Pursuant to D. Conn. L. Civ. R. 83.1(d), Allison Caalim, an attorney for the plainitff Janice C. Amara, submits this application to practice before the Court *pro hac vice*, through her co-counsel, and states as follows:

1. Applicant is an attorney with the Law Offices of Stephen R. Bruce, with offices at Suite 210, 805 15th St., NW Washington, DC 20005, business telephone (202) 289-1385, business facsimile (202) 371-0121, and email address acaalim@verizon.net.

2. Applicant's firm has been retained by the plaintiff to provide legal representation in connection with the above-styled matter now pending before this Court.

3. Applicant has been admitted to practice in the following courts:

| Court: | Admission Date: |
|---|---|
| U.S.D.C., Eastern District of Virginia | 9/18/06 |
| U.S.D.C., District of Columbia | 6/5/2006 |
| District of Columbia | 3/6/2006 |
| State of Virginia | 4/22/2005 |

4. Applicant is presently a member in good standing of the bars of the courts listed above.

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

6. Applicant has never been denied admission by this Court or any other court.

7. Applicant has fully reviewed and is familiar with the Rules of The United States District Court for the District of Connecticut.

8. Local counsel of record associated with Applicant in this matter is Thomas Moukawsher, Moukawsher & Walsh LLC, 21 Oak Street, Suite 209, Hartford, CT 06106, Tel: (860) 445-1809.

9. Applicant respectfully requests to be admitted to practice before this Court for this case only.

FOR THE PLAINTIFFS:

\_\_/s/ Thomas G. Moukawsher\_\_\_
Thomas G. Moukawsher Ct 08940
Moukawsher & Walsh LLC
21 Oak Street
Suite 209
Hartford, CT 06106
tmoukawsher@mwlawgroup.com
Tel: (860) 278-7000
FAX: (860) 548-1740

THEIR ATTORNEYS

## CERTIFICATION OF SERVICE

I certify that a copy of the foregoing has been mailed on this date by mail to counsel for the Defendants at:

>Joseph J. Costello
>Jeremy P. Blumenfeld
>Morgan, Lewis & Bockius
>1701 Market St.
>Philadelphia, PA 19103-2921
>
>Elizabeth A. Fowler
>Erin O'Brien Choquette
>Robinson & Cole, LLP
>280 Trumbull Street
>Hartford, CT 06103-3597
>(860) 275-8200

Dated this 13th day of September, 2006.

>/s/ Thomas G. Moukawsher
>Thomas G. Moukawsher