UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JANICE C. AMARA, GISELA R. BRODERICK,  :
ANNETTE S. GLANZ, individually           :      CIVIL ACTION NO.
and on behalf of others similarly situated,   :      3:01-CV-2361 (MRK)

                :
         Plaintiffs,           :
                :
                :
                :

CIGNA CORP. AND CIGNA         :
PENSION PLAN,·               :

                :
         Defendants.         :      SEPTEMBER 7, 2006

**AFFIDAVIT OF ALLISON C. CAALIM
FOR ADMISSION *PRO HAC VICE* IN THE
U.S. DISTRICT COURT, DISTRICT OF CONNECTICUT**

Pursuant to D. Conn. L. Civ. R. 83.1(d), I, Allison C. Caalim, an attorney for the

Plaintiffs, Janice C. Amara, Gisela R. Broderick, and Annette S. Glanz, do hereby certify

the following:

(1)    I am an associate at the Law Offices of Stephen R. Bruce, with offices at

Suite 210, 805 15th St., NW Washington, DC 20005. My business

telephone number is (202) 289-1385, my business facsimile number is

(202) 371-0121, and my email address is acaalim@verizon.net.

(2)    I am a member in good standing of the bars of the jurisdiction where I

have been admitted to practice, which include: the United States District

Court for the District of Columbia (6/5/2006), the United States District

Court for the Eastern District of Virginia (11/18/05), the District of

Columbia (3/6/2006), and the State of Virginia (4/22/2005).

(3)    I have never been denied admission by this Court or any other court.

(4)   There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

(5)   I have never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

(6)   I have fully reviewed and am familiar with the Local Rules of the United States District Court for the District of Connecticut.

(7)   Accordingly, I request that this Court grant me leave to practice in the United States District Court for the District of Connecticut in the case Amara, et al. v. CIGNA Corp., et al., Docket No. 3:01 CV 2361 (MRK).

Sworn to this date under penalties of perjury.

Dated: September 7, 2006

_____
Allison C. Caalim (*Pro Hac Vice* Pending)
Suite 210
805 15th St., N.W.
Washington, DC 20005
(202) 371-8013

## CERTIFICATION OF SERVICE

I certify that a copy of the foregoing has been mailed on this date by mail to counsel for the Defendants at:

>       Joseph J. Costello
>       Jeremy P. Blumenfeld
>       Morgan, Lewis & Bockius
>       1701 Market St.
>       Philadelphia, PA 19103-2921
>
>       Elizabeth A. Fowler
>       Erin O'Brien Choquette
>       Robinson & Cole, LLP
>       280 Trumbull Street
>       Hartford, CT 06103-3597
>       (860) 275-8200

Dated this 13th day of September, 2006.

_____
Thomas G. Moukawsher