# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Janice C. Amara, Gisela R. Broderick, Annette S. Glanz, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiffs, | : : | |
| vs. | : : | Civil. No. 3:01-CV-2361 (MRK) |
| CIGNA Corp. and CIGNA Pension Plan, | : : : | September 22, 2006 |
| Defendants. | : : | |

## **Appearance**

Please enter my appearance as counsel for the Plaintiffs in the above-entitled action.

      /s/ Allison C. Caalim
Allison C. Caalim (phv01316)
Stephen R. Bruce Law Offices
805 15th St., NW
Suite 210
Washington, D.C. 20005
(202) 289-1385
(202) 371-0121 (fax)
acaalim@verizon.net

## CERTIFICATE OF SERVICE

I certify that the foregoing Appearance was filed electronically through the CM/ECF system on September 22, 2006. Notice of this filing will be sent by e-mail to all parties listed below by operation of the Court's electronic filing system:

Joseph J. Costello
Jeremy P. Blumenfeld
Jamie M. Kohen
Morgan, Lewis & Bockius
1701 Market St.
Philadelphia, PA 19103-2921

Christopher A. Parlo
Morgan Lewis & Bockius
101 Park Avenue
New York, NY 10178-0600

James A. Wade
Brett J. Boskiewicz
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

                                                /s/ Allison C. Caalim
                                                Allison C. Caalim