UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, individually and on behalf of others similarly situated, : <br> : <br> Plaintiff, : <br> v. : <br> : <br> CIGNA CORPORATION and CIGNA PENSION PLAN, : <br> : <br> Defendants. : | Case No.  3:01CV2361(MRK) |

**POST-TRIAL SCHEDULING ORDER**

The Court having conferred telephonically with parties on January 30, 2007, hereby issues the following Post-Trial Scheduling Order:

1. The parties will submit a joint statement regarding class issues, which will reflect their agreements and any disagreements about the statement of class issues, no later than **February 16, 2007**.

2. The parties will file with the Court deposition designations and simultaneous briefing on the admissibility of certain deposition transcripts and interrogatory answers no later than **February 19, 2007**.

3. The parties will file a final list of trial exhibits and Plaintiffs will submit to the Court under seal a Class List on a CD Rom no later than **February 19, 2007**.

4. A TELEPHONIC STATUS CONFERENCE WILL BE HELD ON **MARCH 14, 2007 AT 9:00 A.M**.  Plaintiffs' counsel will initiate the conference call.

5. Plaintiff will file its post-trial brief along with updated Proposed Findings of Fact including supporting citations to the trial transcript, no later than **March 30, 2007**.

6. Defendant will file its post-trial brief along with updated Proposed Findings of Fact including supporting citations to the trial transcript no later than **April 30, 2007**.

7. Plaintiff will reply to Defendant's submissions no later than **May 21, 2007**.

8.  Closing arguments will be held on **JUNE 4, 2007 at 1:30 P.M.** in Courtroom # 4, 141 Church Street, New Haven, Connecticut. All persons entering the courthouse must present photo identification.

IT IS SO ORDERED.

/s/    Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: January 31, 2007.