UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Janice C. Amara, Gisela R. Broderick, Annette S. Glanz, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiffs, | : : | |
| vs. | : : | Civil. No. 3:01-CV-2361 (MRK) |
| CIGNA Corp. and CIGNA Pension Plan, | : : : | February 16, 2007 |
| Defendants. | : : | |

**PLAINTIFFS' STATEMENT REGARDING CLASS ISSUES**

Pursuant to the Court's instructions during the bench trial and the Scheduling Order dated January 31, 2007, Plaintiffs' counsel prepared a revised Rule 23(c)(1)(B) Order and transmitted it to Defendants' counsel on February 7, 2007, with an email about the need to confer. Plaintiffs did not hear anything more from Defendants' counsel and presumed the parties must be close. Yesterday, Plaintiffs' counsel inquired and, earlier today, Defendants' counsel advised that there was no agreement and that they would be filing their own proposed order, a copy of which would not be supplied to Plaintiffs' counsel until after the filing. After a further communication, Defendants supplied the proposed order at 2:29 p.m. today. Review of Defendants' proposed order shows that it does not use Plaintiffs' February 7, 2007 proposal, but is simply expands on the defenses included in Defendants' earlier September 11, 2006 submission.

Plaintiffs' counsel have nevertheless taken Defendants' proposed order and attempted to cover elements that were not included in their February 7, 2007 proposal. A revised version of the February 7, 2007 proposal was promptly transmitted to Defendants' counsel. Defendants' counsel have, however, filed their own form of Order without any changes to reflect Plaintiffs' views.

Plaintiffs' counsel respectfully submit that the accompanying Rule 23(c)(1)(B) Order fairly presents both the Plaintiffs' claims and the Defendants' class, sub-class, and individual defenses, as well as covering the class definition and the appointment of class counsel. Plaintiffs' counsel have made every effort to prepare a proposed Order that conforms with the Court's instructions. The proposed Order which accompanies this submission will be supplied to the Court in WordPerfect format with the courtesy copy of this filing.

Dated: February 16, 2007

						Respectfully submitted,

						Stephen R. Bruce Ct23534
						Allison Caalim phv01316
						805 15th St., NW, Suite 210
						Washington, DC 20005
						(202) 371-8013

						 s/ Thomas G. Moukawsher
						Thomas G. Moukawsher Ct08940
						Moukawsher & Walsh, LLC
						21 Oak St.
						Hartford, CT 06106
						(860) 278-7000

                         Attorneys for Plaintiff Class

**CERTIFICATE OF SERVICE**

I certify that the foregoing Plaintiffs' Statement Regarding Class Issues and Proposed Order Under Federal Rule 23(c)(1)(B) was filed electronically through the CM/ECF system on February 16, 2007. Notice of this filing will be sent by e-mail to all parties listed below by operation of the Court's electronic filing system. The parties may access this filing through the Court's CM/ECF system.

>   Joseph J. Costello
>   Jeremy P. Blumenfeld
>   Jamie M. Kohen
>   Morgan, Lewis & Bockius
>   1701 Market St.
>   Philadelphia, PA 19103-2921
>
>   James A. Wade
>   Brett J. Boskiewicz
>   Robinson & Cole, LLP
>   280 Trumbull Street
>   Hartford, CT 06103-3597
>
>   Christopher A. Parlo
>   Morgan Lewis & Bockius
>   101 Park Avenue
>   New York, NY 10178-0600

/s/ Thomas G. Moukawsher
Thomas G. Moukawsher  ct08940
21 Oak Street
Hartford, CT 06106
(860) 278-7000
(860) 446-8161 (fax)
tmoukawsher@mwlawgroup.com

Attorney for the Plaintiffs