UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
:
JANICE C. AMARA, GISELA                  :    3:01 CV 2361 (MRK)
R. BRODERICK, ANNETTE S. GLANZ     :
individually, and on behalf of others         :    Trial Date: 09/11/06
similarly situated,                                    :    Phase II:  01/24/07
                                                               :
                          Plaintiffs,              :
         v.                                                  :
                                                               :
CIGNA CORP. AND CIGNA                    :
PENSION PLAN,                                    :
                                                               :
                          Defendants.          :
                                                               :
---------------------------------------------------------X

Defendants, CIGNA Corp. and CIGNA Pension Plan hereby designate the following deposition testimony as part of their case for purposes of trial.

**A.     Deposition of Steven Curlee taken on May 9, 2006**

   **1.     Defendants' Designations**

   P. 7, Line 15 – 17
   P. 8, Line 6 – P. 9, Line 11
   P. 10, Lines 23 – 25
   P. 19, Line 17 – P. 20, Line 22
   P. 21, Line 23 – P. 26, Line 17 [Trial Ex. No. 698]
   P. 31, Lines 3 – 11
   P. 31, Line 20 – P. 32, Line 25 **[See attached – Dep. Ex. 3]**
   P. 33, Line 18 – P. 34, Line 3
   P. 40, Line 12 – P. 41, Line 1 [Trial Ex. No. 505]
   P. 42, Lines 2 – 5
   P. 42, Lines 10 – 16
   P. 45, Lines 7 – 22
   P. 48, Lines 4 – 18 **[See attached - Dep. Ex. 5]**
   P. 49, Line 10 – P. 50, Line 5
   P. 53, Lines 7 – 11 **[See attached - Dep. Ex. 6]**
   P. 54, Line 17 – P. 55, Line 3
   P. 56, Lines 21 – 23
   P. 57, Lines 2 – 23
   P. 59, Line 24 – P. 60, Line 3

1

        P. 62, Line 19 – 23
        P. 67, Lines 20 – P. 68, Line 1
        P. 70, Lines 2 – 7
        P. 73, Lines 7 – 23
        P. 75, Lines 16 – 19
        P. 81, Lines 13 – 15
        P. 85, Lines 4 – 7

    **2.**    **Plaintiffs' Counter Designations**

        P. 13, Lines 14-25
        P. 18, Line 22 – P. 19, Line 16
        P. 29, Line 6 – P. 30, Line 19
        P. 36, Line 15 – P. 39, Line 2
        P. 39, Line 25 – P. 40, Line 11
        P. 44, Line 2 – P. 45, Line 6
        P. 45, Line 23 – P. 46, Line 9
        P. 65, Line 21 – P. 66, Line 3
        P. 66, Line 21 – P. 67, Line 19

**B.**    **Deposition of Mitchell Haber taken on May 12, 2006**

    **1.**    **Defendants' Designations**

        P. 10, Lines 3 – 4
        P. 13, Lines 3 – 11
        P. 18, Line 25 – P. 19, Lines 1-17
        P. 22, Line 4 – P. 23, Line 14
        P. 24, Lines 2 – 8
        P. 25, Line 20 – P. 26, Line 15
        P. 30, Lines 7-11
        P. 39, Line 11 – P. 40, Line 8
        P. 43, Line 13 – P. 45, Line 2
        P. 47, Lines 13 – 18
        P. 51, Line 12 – P. 52, Line 6
        P. 55, Line 23 – P. 57, Line 2 [Trial Ex. No. 516]
        P. 61, Line 19 – P. 62, Line 8 [Trial Ex. No. 508]
        P. 62, Line 22 – P. 63, Line 6 [Trial Ex. No. 505]
        P. 64, Lines 8 – 20
        P. 74, Line 14 – P. 75, Line 4
        P. 79, Line 6 – P. 80, Line 21
        P. 81, Line 9 – P. 82, Line 5

    **2.**    **Plaintiffs' Counter Designations**

        P. 13, Line 19 – P. 14, Line 13
        P. 25, Lines 7 – 19

        P. 27, Line 11 – P. 28, Line 10
        P. 29, Line 20 – P. 30, Line 6
        P. 36, Line 25 – P. 37, Line 12
        P. 52, Line 14-16
        P. 53, Line 4 – P. 55, Line 18
        P. 57, Line 3 – P. 59, Line 18
        P. 62, Lines 9 – 21
        P. 64, Line 22 – P. 68, Line 5
        P. 68, Line 17 – P. 71, Line 24

**C.**     **Deposition of Steven Law taken on May 11, 2006**

    **1.**     **Defendants' Designations**

        P. 6, Line 13 – P. 8, Line 14
        P. 9, Line 23 – P. 10, Line 10
        P. 12, Line 15 – P. 16, Line 6
        P. 16, Line 17 – P. 17, Line 24
        P. 21, Lines 6 – 22
        P. 24, Line 8 – 25
        P. 26, Line 7 – P. 35, Line 13 [Trial Ex. No. 684]
        P. 37, Line 1 – 4
        P. 39, Line 9 – 22
        P. 40, Line 10 – P. 42, Line 22
        P. 43, Line 13 – P. 45, Line 8
        P. 46, Line 9 – P. 52, Line 10 [Trial Ex. No. 681]
        P. 55, Line 1 – P. 62, Line 1 [Trial Ex. Nos. 682, 683 and 691]
        P. 63, Line 5 – P. 70, Line 15 [Trial Ex. Nos. 685, 686, 687, 688 and 689]

    **2.**     **Plaintiffs' Counter Designations**

    Plaintiffs have not submitted any counter designations.

Dated: February 19, 2007         MORGAN, LEWIS & BOCKIUS LLP

        By: /s/ Jamie M. Kohen
        Joseph J. Costello
        Jeremy P. Blumenfeld
        Jamie M. Kohen
        *Admitted pro hac vice*
        1701 Market Street
        Philadelphia, Pennsylvania 19103-2921
        (215) 963-5295/5258/5472
        (215) 963-5001 (fax)
        jcostello@morganlewis.com
        jblumenfeld@morganlewis.com
        jkohen@morganlewis.com

        **ROBINSON & COLE**
James A. Wade (CT # 00086)
280 Trumbull Street
Hartford, Connecticut  06103
(860) 275-8270
(860) 275-8299 (fax)
jwade@rc.com
*Attorneys for Defendants*
CIGNA Corporation and CIGNA Pension Plan