**CERTIFICATE OF SERVICE**

     I certify that the foregoing Defendants' Complete List of Trial Exhibits and Defendants' Deposition Designations and Plaintiffs' Counter Designations thereto were filed electronically through the CM/ECF system on February 19, 2007. Notice of this filing will be sent by e-mail to all parties listed below by operation of the Court's electronic filing system. The parties may access this filing through the Court's CM/ECF system.

Thomas G. Moukawsher<br>
Moukawsher & Walsh, LLC<br>
328 Mitchell Street<br>
Groton, CT  06340<br>
<br>
Stephen R. Bruce<br>
805 15th Street, NW<br>
Suite 210<br>
Washington, DC 20005

                                              /s/ Jamie M. Kohen
                                              Jamie M. Kohen