UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Janice C. Amara, Gisela R. Broderick, Annette S. Glanz, individually and on behalf of all others similarly situated, : : : : : Plaintiffs, : : vs. : : CIGNA Corp. and : CIGNA Pension Plan, : : Defendants. : : | Civil. No. 3:01-CV-2361 (MRK) |

**Plaintiffs' Notice of Manual Filing Regarding "Class List" CD**

Pursuant to the Court's January 31, 2007 Post-Trial Scheduling Order, Plaintiffs are filing Exhibit 238, the "Class List" CD Rom, "under seal" with the Clerk's Office because it contains personal identifiers. The "Class List" CD Rom is comprised of four Excel files:

Copy_01102006 of CIGNA2.xls, produced by Defendants on January 17, 2006;
Copy_01102006 of Cigna3.xls, produced on January 17, 2006;
CIGNA_QUERY_73106.xls, produced on July 31, 2006; and
Intra_Query73012006.xls, produced on July 31, 2006.

Dated: February 19, 2007

Respectfully submitted,

Stephen R. Bruce Ct23534
Allison Caalim phv01316
805 15th St., NW, Suite 210
Washington, DC 20005
(202) 371-8013

 s/ Thomas G. Moukawsher
Thomas G. Moukawsher Ct08940
Moukawsher & Walsh, LLC
21 Oak St.
Hartford, CT 06106
(860) 278-7000

Attorneys for Plaintiff Class

## CERTIFICATE OF SERVICE

I certify that the foregoing Plaintiffs' Notice of Manual Filing Regarding "Class List" CD was filed electronically through the CM/ECF system on February 19, 2007. Notice of this filing will be sent by e-mail to all parties listed below by operation of the Court's electronic filing system. The parties may access this filing through the Court's CM/ECF system.

>Joseph J. Costello
>Jeremy P. Blumenfeld
>Jamie M. Kohen
>Morgan, Lewis & Bockius
>1701 Market St.
>Philadelphia, PA 19103-2921
>
>James A. Wade
>Brett J. Boskiewicz
>Robinson & Cole, LLP
>280 Trumbull Street
>Hartford, CT 06103-3597
>
>Christopher A. Parlo
>Morgan Lewis & Bockius
>101 Park Avenue
>New York, NY 10178-0600

/s/ Thomas G. Moukawsher
Thomas G. Moukawsher  ct08940
21 Oak Street
Hartford, CT 06106
(860) 278-7000
(860) 446-8161 (fax)
tmoukawsher@mwlawgroup.com

Attorney for the Plaintiffs