# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Janice C. Amara, Gisela R. Broderick,   : | |
| Annette S. Glanz, individually and     : | |
| on behalf of all others similarly situated,  : | |
|                          : | |
|             Plaintiffs,   : | |
|                          : | |
|     vs.                   : | Civil. No. 3:01-CV-2361 (MRK) |
|                          : | |
| CIGNA Corp. and           : | |
| CIGNA Pension Plan,      : | |
|                          : | |
|            Defendants.   : | |
|                          : | |

## Plaintiffs' Notice of Final List of Trial Exhibits

Pursuant to the Court's January 31, 2007 Post-Trial Scheduling Order, attached is

Plaintiffs' Final List of Trial Exhibits, numbered from Exhibit 1 to 245.

Dated: February 19, 2007

Respectfully submitted,

Stephen R. Bruce Ct23534
Allison Caalim phv01316
805 15th St., NW, Suite 210
Washington, DC 20005
(202) 371-8013

 s/ Thomas G. Moukawsher
Thomas G. Moukawsher Ct08940
Moukawsher & Walsh, LLC
21 Oak St.
Hartford, CT 06106
(860) 278-7000

Attorneys for Plaintiff Class

## CERTIFICATE OF SERVICE

I certify that the foregoing Plaintiffs' Notice of Final List of Trial Exhibits was filed electronically through the CM/ECF system on February 19, 2007.  Notice of this filing will be sent by e-mail to all parties listed below by operation of the Court's electronic filing system. The parties may access this filing through the Court's CM/ECF system.

Joseph J. Costello
Jeremy P. Blumenfeld
Jamie M. Kohen
Morgan, Lewis & Bockius
1701 Market St.
Philadelphia, PA 19103-2921

James A. Wade
Brett J. Boskiewicz
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Christopher A. Parlo
Morgan Lewis & Bockius
101 Park Avenue
New York, NY 10178-0600

/s/ Thomas G. Moukawsher
Thomas G. Moukawsher  ct08940
21 Oak Street
Hartford, CT 06106
(860) 278-7000
(860) 446-8161 (fax)
tmoukawsher@mwlawgroup.com

Attorney for the Plaintiffs