**Amara v. CIGNA**, Case No. 01-2361 (MRK)

# EXHIBIT A

**Subject:** Re: Fw: hodges
**From:** "Thomas G. Moukawsher" <tmoukawsher@snet.net>
**Date:** Mon, 16 Dec 2002 15:40:30 -0500
**To:** <stephen.bruce@prodigy.net>

```
TWO DEVELOPMENTS:

1.  Andy Hodges left CIGNA today on an indefinite leave of absence.  He will
not be available to be deposed Friday.  Since they cannot produce him
voluntarily, we can, now or later, subpoena him. If someone else can be
presented, who do we want? Let me know what you want to do.

2.  Shaun Fisher, Judge Squatrito's clerk agrees that we have 30 days from a
decision on the motion to compel to disclose experts.  He says we have two
options to correct the record: (1) move to reconsider (due the 19th), (2)
move to amend the scheduling order after the Judge rules on the motion to
compel.  I recommend option 1.  Let me know.




----- Original Message -----
From: "Stephen Bruce" <stephen.bruce@prodigy.net>
To: "Thomas G. Moukawsher" <tmoukawsher@snet.net>
Sent: Monday, December 16, 2002 12:24 PM
Subject: Re: Fw: hodges


  Could you get the court reporter for Friday? If you don't have anyone in
  particular, Jeremy (or Robinson & Cole) used Ann Friedman at Brandon Smith
  Reporting (860-549-1850) for Janice Amara's deposition; she did a good job
and
  was very pleasant.

  Anything new on the expert report scheduling?

  "Thomas G. Moukawsher" wrote:

    Below is Jeremy Blumenfeld's confirmation on the Hodges deposition. Our
    large conference room is available until 2pm on the 20th. If you think
it
  | will go beyond this we have a small conf room (seats six) available all
day.

    ----- Original Message -----
    From: <jblumenfeld@morganlewis.com>
    To: "Thomas G. Moukawsher" <tmoukawsher@snet.net>
    Sent: Tuesday, December 10, 2002 10:51 AM
    Subject: Re: hodges

    | This will confirm Andy Hodges' deposition for December 20.  I would
like
    to
      start at 9am.  Please let me know where the deposition will be held.
      Thanks.

      Jeremy


      Jeremy P. Blumenfeld
      Morgan Lewis & Bockius LLP
      (215) 963-5258
      (215) 963-5299 (fax)
      jblumenfeld@morganlewis.com
```

```
                        "Thomas G.
                        Moukawsher"        To:
jblumenfeld@morganlewis.com
                        <tmoukawsher@s     cc:
                        net.net>           Subject:     hodges

                        12/10/02 09:19
                        AM




  Can you confirm Hodges for the 20th?



  *****************************************************************
  This e-mail message is intended only for the personal use of the
recipient(s) named above. This message may be an attorney-client
communication and as such privileged and confidential.  If you are not
an
  intended recipient, you may not review, copy or distribute this
  message. If you have received this communication in error, please
notify
  us immediately by e-mail and delete the original message.


****************************************************************coldsc
  n01
```