**Amara v. CIGNA**, Case No. 01-2361 (MRK)

# EXHIBIT 242

<u>Amara v. CIGNA</u>, C.A. 01-2361 (MRK)

DEPOSITION DESIGNATIONS AND COUNTER DESIGNATIONS

<u>Deposition of Andrew Hodges dated August 4, 2006</u>

**(1) Plaintiffs' Deposition Designations (marked in blue)**

    p.  5, line 23 - p.  6, line 20
    p. 12, line 14 - p. 14, line 7
    p. 21, line 10 - p. 23, line 16
    p. 46, line 21 - p. 48, line 17

**(2) Defendants' Deposition Designations (marked in red)**

    None

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, GISELA R. BRODERICK, ANNETTE S. GLANZ, Individually and on behalf of others similarly situated,<br>    Plaintiffs,<br><br>VS<br><br>CIGNA CORPORATION AND CIGNA PENSION PLAN,<br>    Defendant. | Civil Action No.<br>3:01 CV 2361(MRK) |

DEPOSITION OF: Andrew B. Hodges
DATE: August 4, 2006
HELD AT: Moukawsher & Walsh
21 Oak Street
Hartford, Connecticut

Reporter:  ROBIN L. BALLETTO, RPR, LSR #230
BRANDON SMITH REPORTING SERVICE
44 Capitol Avenue
Hartford, Connecticut 06106
(860) 549-1850

Six Landmark Square, 4th Floor
Stamford, Connecticut  06901
(203) 316-8591
(800) 852-4589

**Page 2**

APPEARANCES:

Representing the Plaintiffs
  Stephen R. Bruce, Esq.
  805 15th Street, NW
  Suite 210
  Washington, D.C. 20005
  202-371-8013
  Moukawsher & Walsh, LLC
  Ian O. Smith, Esq.
  21 Oak Street
  Hartford, Connecticut 06106
  860-445-1809

Representing the Defendants
  Morgan, Lewis & Bockius, LLP
  Jamie M. Kohen, Esq.
  1701 Market Street
  Philadelphia, PA 19103
  215-963-5472

For Prudential Financial and the Deponent
  Prudential Financial
  The Prudential Insurance Company of America
  Amy Ravitz, Esq.
  280 Trumbull Street
  Hartford, Connecticut 06103
  860-534-4069

**Page 4**

INDEX

Examinations                                      Page

Andrew B. Hodges,
  Direct Examination by Mr. Bruce             5

**Page 3**

STIPULATIONS

It is stipulated by counsel for the parties that all objections are reserved until the time of trial, except those objections as are directed to the form of the question.

It is stipulated and agreed between counsel for the parties that the proof of the authority of the Commissioner before whom this deposition is taken is waived.

It is further stipulated that any defects in the notice are waived.

It is further stipulated that the reading and signing of the deposition transcript by the witness may be signed before any Notary Public.

**Page 5**

(Deposition commenced at 12:42 p.m.)

Andrew B. Hodges,
Having been first duly sworn, was examined and testified on his oath as follows:

DIRECT EXAMINATION BY MR. BRUCE

Q   Would you state your name?
A   Andrew B. Hodges.
Q   And Mr. Hodges, you sat for a deposition once before, right?
A   That's correct.
Q   And that was in about June of 2003?
A   Summer of 2003, yes.
Q   And at that time I think you had already left CIGNA and you were doing the teacher training to start as a high school math teacher?
A   That is correct.
Q   And so that is what you've been doing since?
A   Yes, sir.
Q   And you now have some capacity back with Prudential?
A   I'm not positive of my employment

Page 6

1  relationship, but my paychecks come from an
2  organization called Pay Wise, which I believe
3  Prudential uses to bring folks in for focused
4  assignments.
5      Q   And when did your focused assignment start?
6      A   End of June of 2006.
7      Q   And since you left CIGNA in 2003, have you
8  had any other assignments with either CIGNA or
9  Prudential?
10     A   No, sir.
11     Q   So can you describe -- do you have a title
12  or --
13     A   I do not.
14     Q   And how would you describe your relationship,
15  then, with Prudential, as a contract employee?
16     A   That sounds very formal, but I guess so.
17     Q   And how did this come about, did someone
18  contact you about coming back for a focused assignment?
19     A   Mr. Lynch called me and said we have an
20  assignment that we think is a fit.
21     Q   But you're still going to start teaching?
22     A   Correct.
23     Q   And when does that start, in August?
24     A   End of August, 29th, 30th, 31st, in there
25  somewhere. We tend to not look at the calendar until

Page 7

1  we have to.
2      Q   When does school actually start?
3      A   Right around there.
4      Q   And is there a teacher prep prior?
5      A   A day or two to get organized.
6      Q   You have the yellow notes now. So can you
7  describe what your assignment is?
8      A   My assignment is very focused, to take an
9  Excel file that contains opening account balance
10  information.
11         (Pause.)
12  BY MR. BRUCE:
13     Q   Do you want to take up -- you were describing
14  your assignment.
15     A   Right, to review an Excel spreadsheet with
16  the overall goal of ensuring, and if necessary, fixing
17  opening account balance information for the CIGNA
18  pension plan.
19     Q   And so what is on the Excel spreadsheet?
20     A   Opening account balance information.
21     Q   So I thought your assignment had to do with
22  missing or zero opening account balances, correct?
23     A   Correct.
24     Q   So you were provided with a spreadsheet that
25  contains information from which you may be able to

Page 8

1  derive the opening account balance, is that --
2      A   That is not true.
3      Q   Explain it to me.
4      A   Explain what to you?
5      Q   Your assignment has to do with missing or
6  zero opening account balances, correct?
7      A   That is true.
8      Q   So what are you supposed to do with respect
9  to missing or zero opening account balances?
10     A   For any individual who has a zero opening
11  account balance, verify if it is appropriate for that
12  to be the case. In the absence of that achievement,
13  figure out what it should be.
14     Q   And let's take the second one first. If it
15  does not appear to be appropriate for the opening
16  account balance to be zero or missing, how are you
17  supposed to fix that problem?
18     A   Other information that is in the defined
19  benefit record keeping system which could allow one to
20  calculate that information as well as communication
21  with the plan sponsor.
22     Q   So the information to, if it does not appear
23  to be appropriate for someone to have a zero opening
24  account balance, the information that you need to
25  address that issue is not on the Excel spreadsheet that

Page 9

1  you received, correct?
2      A   It is not necessarily sufficient to do that.
3      Q   And so the Excel spreadsheet that you
4  received contains how many records?
5      A   27,000. That is a fairly precise albeit
6  estimate.
7          MR. BRUCE: And is this the Excel
8  spreadsheet that we've been provided, Amy? Is this the
9  class list information that you gave me?
10         MS. RAVITZ: I would assume it is the
11  same, yes.
12         MS. KOHEN: Yes, I believe so.
13         MS. RAVITZ: You're talking about the
14  plaintiff class that you've named, correct?
15         MR. BRUCE: What other class would we be
16  talking about?
17         MS. RAVITZ: Okay, so we're all on the
18  same page.
19  BY MR. BRUCE:
20     Q   So you received a CD with an Excel database
21  with 27,000 participant records, correct?
22     A   I received an Excel database with 27,000
23  records, it was not on a CD.
24     Q   How did you receive it?
25     A   It was through a Pru's network.

Page 10

1   Q   And are you working on this in Pru's offices?
2   A   Yes, exclusively.
3   Q   You're not working on it for home?
4   A   No.
5   Q   And you have access to the DBRK system?
6   A   Yes, sir.
7   Q   What else do you have access to?
8   A   For this purpose a document imaging system.
9   Q   And what is that called?
10  A   Common Front End. It traditionally uses the
11  acronym CFE.
12  Q   And can you describe what the status of your
13  work is? You started on this at the end of June, so
14  we're now -- so you've now been on this for slightly
15  over a month, so what is the status of your work?
16  A   Almost complete. I would suggest that there
17  are, I'm ballparking, about 500 records of the 27,000
18  that have yet to be reviewed, so I can make no comment
19  on those, and all other records have been categorized
20  as appropriate with, I don't know if we should get into
21  numbers, but perhaps 17,000 all necessary information
22  is in the system, and I'm rounding somewhat liberally,
23  about 5,500 participants have had their benefits
24  administered since the creation of the cash balance
25  plan, I have not reviewed that opening account balance

Page 11

1   work, about 1,100, I'm drawing from memory here, 1,100
2   participants have severed employment from CIGNA in a
3   nonvested status, and about 3,000 people had zero
4   credited service under the CIGNA pension plan at point
5   of entry into Part B of the CIGNA pension plan,
6   therefore, it is appropriate that they have no opening,
7   I would hesitate, zero opening account balance in the
8   system. Approximately 300 have been reviewed and
9   resolved with another 500 to go.
10  Q   And how are you recording your resolutions of
11  this?
12  A   In the spreadsheet provided, meaning -- I'll
13  use an example, if the Ravitz records is okay, she gets
14  put in a section of the spreadsheet, Amy Ravitz is okay
15  for the following reason.
16  Q   And is anyone working with you on this?
17  A   Matters that require a second set of eyes are
18  passed to either Denise Belanger or Donna Leclair as a
19  due diligence matter to make sure that my conclusion on
20  what should be the case is consistent with their
21  conclusion.
22  Q   And did you do up a set of categories of
23  reasons why it would be appropriate for someone to have
24  a zero opening account balance, is there reasons one
25  through five or something?

Page 12

1   A   The dominant issue, there is two dominant
2   issues that come to mind. To answer your question
3   specifically, I have not been that faithful to that
4   simply because I didn't want to be biased by those
5   thinkings, I wanted to come at this from a different
6   perspective. The two dominant things are it is
7   appropriate for it to be zero because you had no
8   credited service under the plan at point of conversion,
9   or the administrative practice of zeroing out that
10  information at point of benefit administration, and
11  that takes you, that is collectively, I think, north of
12  8,000 of those records. Again, these are all estimated
13  numbers at this point.
14  Q   The zeroing out of those records, that was
15  something that Lorrain Morris talked about, that when
16  people were paid benefits that for some reason there
17  was a system routine where they would cancel the
18  opening account balance in order to keep from paying
19  them again, is that what you're referring to?
20  A   Yes.
21  Q   And did you find documentation on that
22  routine?
23  A   No, nor did I look.
24  Q   So how would you determine that someone had
25  been subject to that routine?

Page 13

1   A   They would be, such a record would be
2   excluded from my analysis by virtue of having a benefit
3   administered, in other words, I would see evidence that
4   they had commenced receipt of their benefits under the
5   CIGNA pension plan, therefore, I have not looked at the
6   record, period.
7   Q   And is there something, is there some type of
8   a record where you record that that is part of your
9   procedure?
10  A   Part of what my procedure and my assignment
11  this summer?
12  Q   Yes.
13  A   That is what I was instructed to do.
14  Q   You were instructed to do that?
15  A   Uh-huh.
16  Q   And so how were you instructed to do that?
17  A   If there is a -- if there is evidence, you
18  know, categorical evidence that the benefit has been
19  administered, it need not -- it is outside of what they
20  were asking you to do this summer to review that
21  opening account balance.
22  Q   So what does it mean for -- well, let's go
23  back of how was that communicated to you?
24  A   Orally.
25  Q   And not in any form, any writing?

Page 14

1   A   No, sir.
2   Q   So is there any writing at all about what
3   you're supposed to be doing?
4   A   No.
5   Q   There is no e-mails?
6   A   No. It's been just meetings with Lorrain to
7   discuss how to parse this list.
8   Q   And when you looked at the list of 27,000,
9   how many records did you find that had a zero opening
10  account balance?
11  A   I do not have that number, because my focus
12  was broader than simply identifying zero opening
13  account balance people, if you will, as an issue. My
14  focus was anybody who did not have the underlying
15  annuity and/or a zero opening account balance, that
16  number was about 10,000.
17  Q   So about 10,000 who did not have a zero
18  opening account balance, or may have had a positive
19  opening account balance but a zero prior annuity?
20  A   Yes. You were on my list of 10,000, if
21  either of those elements were zero, either or both.
22  Q   And then you said the no credited service at
23  the point of conversion would be an appropriate reason
24  for there to be both, I guess a zero opening account
25  balance and a zero prior annuity, right?

Page 15

1   A   Correct.
2   Q   And so how would you verify that the person
3   had no credited service at the point of conversion,
4   from the Excel spreadsheet?
5   A   Excel spreadsheet initially, but primarily
6   through a record-by-record analysis of the defined
7   benefit record keeping system, DBRK.
8   Q   And so approximately how many of those people
9   were there, or are there?
10  A   2,500-ish. I don't know, I'm throwing out
11  estimates, but it is a significant number.
12  Q   So you're saying that for those 2,500, you
13  individually reviewed the DBRK records?
14  A   A big chunk of them, yes. Others -- how can
15  I explain this as succinctly as possible. There was a
16  subset of that number, that estimated number, that has
17  no credited service today due to the thousand hour
18  standard, none today certainly implies none at any
19  point in time, any point in the past. Then anybody
20  with credited service today, the question became how
21  much did they have at point of conversion, those were
22  individually reviewed to back it off through time.
23  Q   I am not sure I follow that, but let me ask
24  you one question first. Does the DBRK system show the
25  number of hours of service that people have?

Page 16

1   A   Yes, it does, per plan year.
2   Q   Per plan year?
3   A   Yes.
4   Q   And so you were looking for a thousand hours?
5   A   Yes.
6   Q   And do you know how CIGNA counts hours of
7   service for for people who are salaried?
8   A   Not precisely. I know that there is a
9   process on the plan sponsor end that they feed the
10  hours, hours that should be credited towards credited
11  service.
12  Q   So you just assumed that however those hours
13  were accounted, that the thousand hour standard would
14  apply, correct?
15  A   Yes.
16  Q   Have you ever heard that there is a 750 hour
17  standard if certain types of hours records are not
18  kept?
19      MS. KOHEN: Objection.
20  A   To answer your question, no.
21  BY MR. BRUCE:
22  Q   So the no credited service at the point of
23  conversion, you weren't finding people who were hired
24  at the point of conversion, right? They were hired
25  before that, but they didn't appear to have credited

Page 17

1   service?
2   A   Correct.
3   Q   And you checked some of those in the DBRK
4   system to see whether there was any year in which they
5   appeared to have more than a thousand hours; is that
6   correct?
7   A   Anybody who had zero today, that number was
8   assumed to be correct, and therefore, they could not
9   have any in the past absent consideration of -- no, it
10  would be not in the past. Anybody with a positive
11  entry today, that was reconstructed to confirm that at
12  the appropriate date of conversion or rehire subsequent
13  to conversion, that they had zero credited service
14  under the plan.
15  Q   I'm still not sure I'm following you. Is
16  there any -- is your steps that you took, have you
17  recorded them anywhere?
18  A   Yes.
19  Q   So where are those recorded?
20  A   In an Excel spreadsheet documenting if you
21  had three hours hypothetically, excuse me, three years
22  of credited service today, that those years of credited
23  service were all earned subsequent to your
24  participation in Part B of the pension plan.
25  Q   But my question is, you described the

5 (Pages 14 to 17)

Page 18

1  standard that if the credited service was zero at the
2  point of conversion, you assumed that to be correct in
3  the absence of something, and I'm asking you first off,
4  is there some place where you have recorded your
5  analysis process where you've written down that this is
6  what I did?
7     A  In cursory detail.
8     Q  What is that?
9     A  Meaning you, you know, a section of people
10 who entered the plan, say, or entered Part B, were
11 converted, if you will, at January 1st of 1998, there
12 would be a label next to that record that says credited
13 service at January 1st of '98 equals zero, and the
14 appropriateness of that label is implicit in the record
15 that they were converted from Part A to Part B, that
16 they had no annuity earned under Part A.
17    Q  So you were given an Excel spreadsheet, and
18 if someone has a missing opening account balance and
19 the Excel spreadsheet shows zero credited service at
20 the date of conversion --
21    A  Credited service at date of conversion is not
22 a data element in the spreadsheet.
23    Q  It was a data element in the spreadsheet that
24 we got.
25    A  Then I missed it. I was focusing on credited

Page 19

1  service as of the date the file was cut.
2     Q  So you derived, then, from the date the file
3  was cut, you derived what you thought the credited
4  service was at the date of conversion?
5     A  Yes, for records that had a positive credited
6  service.
7     Q  And when that resulted in zero credited
8  service at the date of conversion, were there any of
9  those records which you corrected?
10        MS. KOHEN: Objection.
11 BY MR. BRUCE:
12    Q  And found that that was not, the initial
13 derivation was not correct?
14    A  No.
15    Q  There was not?
16    A  No. It was just a very tedious process
17 making sure that as you backed somebody's credited
18 service growth through time, under the term, the data
19 housed in DBRK, they had zero credited service at point
20 of conversion.
21    Q  So that was the tedious process, was to
22 figure out, since DBRK didn't have credited service at
23 the conversion, the tedious process was to figure out
24 how many years of credited service they had at the
25 point of conversion based on the number after the

Page 20

1  conversion?
2     A  I did not say that DBRK did not have credited
3  service at point of conversion. If it is in the
4  spreadsheet that I've been working with, I missed it.
5  I was working with credited service as of, you know,
6  sometime in the recent past as my anchor for confirming
7  zero credited service at point of conversion.
8     Q  And if you started with a total number of
9  years of credited service, and then you figured out the
10 number of years of credited service that you think came
11 from after the conversion, and that resulted in zero,
12 what more did you do to confirm the accuracy of the
13 zero?
14    A  Nothing. Didn't feel it was needed.
15    Q  So that didn't involve going back to DBRK to
16 check?
17    A  No, it did. DBRK.
18    Q  But did you check into the service records
19 before the date of conversion to make sure that they
20 conformed with zero at the date of conversion?
21    A  I'll explain the analysis one more time.
22    Q  Okay.
23    A  If you have five years today, that was an
24 anchor, that was assumed to be accurate. If I could
25 account for those five years and confirmed that those

Page 21

1  five years were earned subsequent to participation in
2  Part B, then we arrived at the conclusion that there
3  was no Part A annuity, period.
4     Q  Right. And that was it?
5     A  Correct.
6     Q  You wouldn't go back and look at DBRK for
7  that person's service before the conversion to confirm
8  the accuracy?
9     A  No.
10    Q  Okay. The two reasons you gave the zero
11 credited service at the point of conversion, which you
12 think was about 2,500 people, and then the zeroing out
13 of certain fields in the DBRK system under what was a
14 previous procedure that the CRIS group was following,
15 correct?
16    A  Basically, yes.
17    Q  And you're aware that that procedure was
18 discontinued at some point in time?
19    A  Yes, I am.
20    Q  And do you know what point in time it was
21 discontinued?
22    A  I do not.
23    Q  Did you ever see the documentation on that
24 procedure?
25    A  I did not.

**Page 22**

1  Q  You didn't ask Lorrain for it?
2  A  No.
3  Q  Did you check to see when the procedure was
4  first installed?
5  A  No.
6  Q  So what was your assumption, then, that if,
7  you said that if a benefit has been administered, that
8  you would then assume that the zero was a result of
9  this procedure that CRIS previously followed, what did
10 you mean by if a benefit has been administered? Has
11 been paid?
12 A  Yes. Somebody has taken money from the plan.
13 Q  So if someone has taken money from the plan,
14 then you assume that there was an amount shown
15 previously as an opening account balance?
16 A  If I saw evidence of a benefit being paid, I
17 would look no further into that record as instructed,
18 period.
19 Q  And paid includes what, paid as a lump sum,
20 or paid as an annuity, both?
21 A  Both.
22 Q  And I'm sorry if I asked this before, who
23 instructed you to do that, Lorrain?
24 A  Lorrain.
25 Q  And there is no writing of that?

**Page 23**

1  A  No.
2  Q  And is that instruction, then, reflected in
3  what you're preparing, that I followed this
4  instruction?
5  A  It is implicit in the work I'm doing by
6  looking at evidence of benefit payment, categorical
7  evidence, and then no further analysis of that record.
8  Q  What do you mean by categorical evidence?
9  A  Meaning it is not -- if there is evidence, if
10 the person has been paid, I didn't want to imply that
11 it kind of looks like they've been paid and I
12 willy-nilly put people on this list. They have
13 received money, therefore, they were removed from the
14 review list.
15 Q  And how many do you think that accounts for?
16 A  5,500, 6,000-ish. It is a big number.
17 Q  And then what, if you could continue with
18 your other categories of why it would be appropriate
19 for the opening account balance to be zero?
20 A  I don't believe there is any other major
21 categories. There could be -- I don't know, again, I
22 intentionally wanted to come at this without any bias
23 of prior guidance, and therefore, nothing immediately
24 comes to mind. The no credited service for the
25 administrative practice.

**Page 24**

1  Q  So that leaves you, then, with, if your
2  numbers are about right --
3  A  Excuse me, if I can back up, I apologize.
4  There was one other category that would explain no
5  opening account balance, and that is if you were in the
6  parlance of DBRK, a division three employee, which I
7  believe is a Part A old formula person, and you were
8  rehired after a certain date, I think it is January 1,
9  2001, then there would be no conversion, there is 3,
10 400 of those people.
11 Q  And you were given instructions on that?
12 A  Just simply that it is okay for that
13 individual's opening account balance to be zero.
14 Q  But you were given instructions on that by
15 Lorrain, or you remembered that from your prior
16 experience?
17 A  No, I didn't trust anything I remembered from
18 prior experience. That was probably from Denise
19 Belanger.
20 Q  And how about any other reasons why the
21 opening account balance might be zero?
22 A  Nothing comes to mind at this point.
23 Q  Anything to do with Intracorp?
24 A  Nothing that I have wrestled with this
25 summer.

**Page 25**

1  Q  How about Part A employees who had retired
2  before being rehired by CIGNA?
3  A  Would be a valid reason, and they are
4  embedded in the estimate of people who have had their
5  benefit administered.
6  Q  Okay. So the benefit administered doesn't
7  necessarily mean a payment after the cash balance
8  conversion?
9  A  Yes, you are correct.
10 Q  And was that part of Lorrain's instructions,
11 or that was something that you figured out?
12 A  It was probably something I figured out but
13 confirmed.
14 Q  Then the people where you did not categorize
15 them as having appropriate zero opening account
16 balances, what have you been doing on those, and what
17 is the approximate number that you're starting with?
18 A  Well, there is another big category of people
19 that I did not look at their opening account balance,
20 and that is people who have left CIGNA in a nonvested
21 status, and that is approximately, I don't know, 1,000
22 or 1,100-ish.
23 Q  So those were just excluded, or that would be
24 part of the appropriate group?
25 A  No, they would just literally be, of that

Amara v. CIGNA

8/4/2006                                                              Andrew B. Hodges

Page 46

1   A   Airtight meaning that if today's credited
2   service is correct, and if the hours are counting, and
3   I have no reason to believe they're not, for past years
4   of employment since conversion are correct, we can get
5   to the point where they had zero credited service at
6   point of conversion, therefore, there was no accrued
7   annuity other than zero to capitalize into an opening
8   account balance.
9   Q   But then if you found that the DBRK system
10  shows a positive number of years of credited service at
11  the conversion, you wouldn't exclude them on that
12  basis, correct?
13  A   Correct.
14  Q   And so how many of those were there?
15  A   To the best of my knowledge, there's been
16  none so far.
17         THE WITNESS:  Can we take a quick break?
18         MR. BRUCE:  Sure.
19         (Recess: 1:48 p.m. to 2:02 p.m.)
20  BY MR. BRUCE:
21  Q   Your job assignment was if there was a
22  positive opening account balance but no prior annuity,
23  that is not something that you're asked to look at,
24  correct?
25  A   That is something that I am asked to look at.

Page 47

1   Q   Oh, that is included?
2   A   Yes.
3   Q   And that was included where?  That was
4   included in your 10,000?
5   A   Yes.
6   Q   And about how many of those did you find?
7   A   I do not have an estimate of that.
8   Q   You don't recall at all?
9   A   I simply have not looked at that issue as it
10  surfaced.  I don't really have an accounting of it.
11  Q   So if someone under your -- the procedures
12  that you were following, if someone had a positive
13  opening account balance but no prior annuity and they
14  have now been paid a lump sum or commenced a benefit,
15  you wouldn't look at them further, correct?
16  A   Correct.
17  Q   And also it is just your instruction that if
18  someone had a zero opening account balance and it
19  should have been positive, and they have now taken the
20  lump sum distribution, does it follow from their haven
21  taking a lump sum distribution that the zero opening
22  account balance was correct?
23         MS. KOHEN:  Objection to the form of the
24  question.
25  BY MR. BRUCE:

Page 48

1   Q   How does it logically follow from that, or
2   does it?  Is it just an instruction?
3   A   Simply I would not look at that record any
4   further if their benefit has been administered since
5   conversion.
6   Q   So it seems like that is kind of a no
7   retroactivity rule, correct?
8          MS. KOHEN:  Objection.
9   BY MR. BRUCE:
10  Q   That it is saying we're not going to go.  If
11  it is already, if the person has already received a
12  benefit, we're not going to look at it, is that what it
13  amounts to?
14         MS. KOHEN:  Objection.
15         MS. RAVITZ:  Objection.
16  A   I certainly cannot speak to what goes on
17  other than what I was told to do.
18  BY MR. BRUCE:
19  Q   And then you were talking about determining
20  credited service under cash balance, of that if you
21  have, for somebody, say you have a record which shows
22  that their total credited service is seven, and then
23  you have cash balance records for 1999, 2000, 2001 and
24  so forth, how do you figure out the number of years of
25  credited service that that person had, and whether they

Page 49

1   got a credited service for '99, 2000, 2001?
2   A   Coupling credited service today and
3   increments of credited service earned since
4   participation in the cash balance part of the plan.
5   Q   But is the cash balance plan account credited
6   service year by year?
7   A   Yes, I believe so.  It is a thousand hour
8   standard that if you work a thousand hours in a given
9   plan year, you get a unit.  So if we add up all the
10  units, and it equals what they're showing as of -- if
11  it equals what the system is showing for credited
12  service today, then one arrives at the conclusion that
13  there was no credited service under the plan at point
14  of conversion.
15  Q   So if someone didn't have a year of credited
16  service in, say, 1999, then they wouldn't have any
17  benefit credits for that year, right?
18  A   Drawing from memory, I believe that is true.
19  Q   But if they had benefit credits for that
20  year, then you would assume that they got a year of
21  credited service for it, right?
22  A   It would not be an assumption.  It is an
23  explicit data field within the system.
24  Q   What is the explicit data field?
25  A   Credited service for plan year X.

13 (Pages 46 to 49)

**Page 66**

1  some of them, they're not mutually exclusive, correct?
2  A  Correct.
3  Q  So which order did you apply these in?
4  A  I would have to get back to you on that. I
5  honestly don't remember. After the first category of
6  removing anyone that was deemed okay, then it was -- at
7  that point I don't know what I did next. Yes, people
8  could have been removed from the concern list for
9  various reasons.
10  Q  So you're not going through these records
11  individual by individual, right?
12  A  If need be, yes.
13  Q  But you did some group exclusions first,
14  correct?
15  A  Yes, sir.
16  Q  And then you would enter the results of those
17  group exclusions in each individual record?
18  A  Yes, sir.
19  Q  And so if more than one exclusion applies to
20  a record, you would enter both reasons?
21  A  No, sir.
22  Q  No. You would enter the first one applied?
23  A  Yes, sir.
24  Q  And so there is a record of which order you
25  went in?

**Page 67**

1  A  I can probably figure it out. Off the top of
2  my head, I don't know.
3  Q  So has Donna reviewed any other of your
4  results other than the couple of hundred or 1,550 who
5  you said where you derived that there was zero credited
6  service at the conversion?
7  A  A handful of people with missing prior
8  annuity information.
9  Q  And again, she reviewed the paper records on
10  those?
11  A  Yes, sir.
12  Q  And you have those records?
13  A  Yes, sir.
14  Q  And anything else that she reviewed?
15  A  No, I cannot think of anything at this time.
16  That was it.
17      MR. BRUCE: Okay. Well, that's it for
18  today.
19
20      (Deposition concluded at 2:42 p.m.)
21
22
23
24
25

**Page 68**

1      JURAT
2
3      I, ANDREW B. HODGES, do hereby certify that
4  the foregoing testimony taken on August 4, 2006, is
5  true and accurate, including any corrections noted on
6  the corrections page, to the best of my knowledge and
7  belief.
8
9
10
11
              ANDREW B. HODGES
12
13
14
15
16
17  At          in said county of        ,
18  this    day of    , 2006, personally appeared
19  ANDREW B. HODGES, and he made oath to the truth of the
20  foregoing corrections by him subscribed.
21
22
23  Before me,            , Notary Public
24  My commission expires:
25

**Page 69**

1      TRANSCRIPT CORRECTIONS
2
   REPORTER:  Robin L. Balletto
3
4  CASE STYLE:  JANICE C. AMARA, GISELA R. BRODERICK,
              ANNETTE S. GLANZ, INDIVIDUALLY AND ON
5             BEHALF OF OTHERS SIMILARLY SITUATED
              VS
6             CIGNA CORPORATION AND CIGNA PENSION PLAN
7
   PAGE  LINE  CORRECTION
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
              NAME:
24
              DATE:
25