UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANICE C. AMARA, individually and on behalf of others similarly situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Case No. 3:01CV2361(MRK) |
| CIGNA CORPORATION and CIGNA PENSION PLAN, | : : : | |
| Defendants. | : : | |

## MODIFIED POST-TRIAL SCHEDULING ORDER

The Court having conferred telephonically with parties on March 14, 2007, and having received a joint proposed post-trial schedule from the parties, hereby issues the following modified Post-Trial Scheduling Order:

1. Plaintiffs will file their post-trial brief along with updated Proposed Findings of Fact including supporting citations to the trial transcript, no later than **May 15, 2007**.

2. Defendants will file their post-trial brief along with updated Proposed Findings of Fact including supporting citations to the trial transcript no later than **June 15, 2007**.

3. Plaintiffs will reply to Defendants' submissions no later than **July 6, 2007**.

4. Closing arguments will be held on **AUGUST 9, 2007 at 1:30 P.M.** in Courtroom # 4, 141 Church Street, New Haven, Connecticut. All persons entering the courthouse must present photo identification.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: March 21, 2007.