UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, GISELA R.<br>BRODERICK, ANNETTE S. GLANZ,<br>individually and on behalf<br>of all others similarly situated,<br><br>      Plaintiffs,<br><br> vs.<br><br>CIGNA Corp. and<br>CIGNA Pension Plan,<br><br>      Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Civil. No. 3:01-CV-2361 (MRK)<br>:<br>:   April 25, 2007<br>:<br>:<br>:<br>: |

## JOINT MOTION TO AMEND THE POST-TRIAL SCHEDULING ORDER

  Plaintiffs and Defendants hereby jointly move to amend the Post-Trial Scheduling Order issued on March 21, 2007 (dkt. #244). The parties respectfully request that this Court extend each of the deadlines in the post-trial briefing schedule by ten (10) days. In support of this request, the parties state that good cause exists as follows:

  1. The previous Scheduling Order contemplated completion of the transcripts by April 15, 2007. The parties received the transcript for Day 6 (1/24/2007) of the bench trial on April 22, 2007. The parties received the transcript for Day 7 (1/25/2007) of the trial on April 25, 2007.

  2. Plaintiffs' post-trial brief with updated Proposed Findings of Fact is due on May 15, 2007. Defendants' post-trial brief with updated Proposed Findings of Fact is due on June 15, 2007, and Plaintiffs' Reply Brief is due on July 6, 2007.

3.       Counsel for the parties conferred by e-mail on April 25, 2007 and agreed to jointly move to extend the post-trial briefing schedule by 10 days for each deadline. Specifically, the Scheduling Order entered on March 21, 2007 would be revised as follows:

- Plaintiffs will file their post-trial brief along with updated Proposed Findings of Fact including supporting citations to the trial transcript, no later than **May 25, 2007.**

- Defendants will file their post-trial brief along with updated Proposed Findings of Fact including supporting citations to the trial transcript no later than **June 25, 2007.**

- Plaintiffs will reply to Defendants' submissions no later than **July 19, 2007.**

4.       Presumably the revised briefing schedule will not interfere with the date for Closing Arguments, which is currently set for August 9, 2007.

WHEREFORE, the parties request that Court grant this Joint Motion and issue an Order amending the March 21, 2007 Scheduling Order.

Dated:  April 25, 2007                                  Respectfully submitted,


By: /s/ Stephen R. Bruce                        By:  /s/ Jeremy P. Blumenfeld
Stephen R. Bruce (CT #23534)              Jeremy P. Blumenfeld
Allison C. Caalim                                     Joseph J. Costello
805 15th Street, NW                               Jamie M. Kohen
Washington, DC 20005                          MORGAN, LEWIS & BOCKIUS LLP
(202) 371-8013                                       1701 Market Street
(202) 371-0121 (fax)                               Philadelphia, PA  19103-2921
                                                              (215) 963-5295/5258

| | |
|---|---|
| Thomas G. Moukawsher (CT #08940) | Christopher A. Parlo (CT #04700) |
| MOUKASHER & WALSH, LLC | MORGAN, LEWIS & BOCKIUS LLP |
| 328 Mitchell Street | 101 Park Avenue |
| Groton, CT 06340 | New York, NY 10178 |
| (860) 445-1809 | (212) 309-6062 |
| (860) 446-8161 (fax) | (212) 309-6273 (fax) |
| | |
| | James A. Wade (CT #00086) |
| | 280 Trumbull Street |
| | ROBINSON & COLE |
| | Hartford, CT 06103 |
| | (860) 275-8270 |
| | (860) 275-8299 (fax) |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendants |