UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, GISELA R. BRODERICK, ANNETTE S. GLANZ, individually and on behalf of all others similarly situated, : : : : : : | |
| Plaintiffs, : : | |
| vs. : : | Civil. No. 3:01-CV-2361 (MRK) |
| CIGNA Corp. and CIGNA Pension Plan, : : : | |
| Defendants. : : | |

**PROPOSED ORDER**

Upon consideration of the Joint Motion to Amend the Post-Trial Scheduling Order, it is this ____ day of _____, 2007, hereby ORDERED that the motion is GRANTED. The Court hereby issues the following modified Post-Trial Scheduling Order:

1. Plaintiffs shall file their post-trial brief along with updated Proposed Findings of Fact including supporting citations to the trial transcript, no later than **May 25, 2007.**

2. Defendants shall file their post-trial brief along with updated Proposed Findings of Fact including supporting citations to the trial transcript no later than **June 25, 2007.**

3. Plaintiffs shall reply to Defendants' submissions no later than **July 19, 2007.**

4. Closing arguments shall be held on **AUGUST 9, 2007 at 1:30 P.M.** in Courtroom #4, 141 Church Street, New Haven, Connecticut. All persons entering the courthouse must present photo identification.

IT IS SO ORDERED.

_____
Hon. Mark R. Kravitz
United States District Judge