UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, individually and on behalf of others similarly situated, : : : Plaintiff, : v. : CIGNA CORPORATION and CIGNA PENSION PLAN, : : : Defendants. : | Case No. 3:01CV2361(MRK) |

## AMENDED POST-TRIAL SCHEDULING ORDER

The Joint Motion To Amend The Post-Trial Scheduling Order [245], dated April 25, 2007, is GRANTED. The following amended post-trial scheduling order shall govern:

1. Plaintiffs will file their post-trial brief along with updated Proposed Findings of Fact including supporting citations to the trial transcript, no later than **May 25, 2007**.

2. Defendants will file their post-trial brief along with updated Proposed Findings of Fact including supporting citations to the trial transcript no later than **June 25, 2007**.

3. Plaintiffs will reply to Defendants' submissions no later than **July 19, 2007**.

4. Closing arguments will be held on **AUGUST 9, 2007 at 1:30 P.M.** in Courtroom # 4, 141 Church Street, New Haven, Connecticut. All persons entering the courthouse must present photo identification.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: April 26, 2007.