## CERTIFICATE OF SERVICE

I certify that the foregoing: (1) Defendants' Post-Trial Brief and Exhibit attached thereto, (2) Defendants' Post-Trial Findings of Fact, (3) Defendants' Responses to Plaintiffs' Post-Trial Findings of Fact and (4) Defendants' Post-Trial Proposed Conclusions of Law were filed electronically through the CM/ECF system on June 25, 2007. Notice of this filing will be sent by e-mail to all parties listed below by operation of the Court's electronic filing system. The parties may access this filing through the Court's CM/ECF system.

The aforementioned documents were also served on the parties listed below by first class United States mail, postage prepaid, this 26th day of June, 2007.

Thomas G. Moukawsher
Moukawsher & Walsh, LLC
328 Mitchell Street
Groton, CT  06340

Stephen R. Bruce
805 15th Street, NW
Suite 210
Washington, DC 20005

/s/ Jamie M. Kohen
Jamie M. Kohen