# United States District Court

DISTRICT OF _____

Amara

v.

Cigna Corp. et al

Connecticut

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:01CV2361

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Stephen R. Bruce | Jeremy P. Bluemfeld |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 9/11/06 - 9/15/06 1/24/07 - 1/25/07 | Thea Finkelstein | Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/11/06 | | | Janice C. Amara |
| 2 | | 9/11/06 | | | Gisela Broderick |
| 3 | | 9/11/06 | | | Annette Glanz |
| 4 | | 9/11/06 | | | Claude Poulin |
| | | 9/12/06 | | | Claude Poulin |
| | | 9/13/06 | | | Claude Poulin |
| 5 | | 9/13/06 | | | James Stratman |
| 6 | | 9/14/06 | | | Robert John Upton |
| 7 | | 9/14/06 | | | Barbara Hogan |
| 8 | | 9/14/06 | | | Lillian Jones |
| 9 | | 9/14/06 | | | Loraine Morris |
| 10 | | 9/14/06 | | | Bruce A. Charette |
| 11 | | 9/14/06 | | | Patricia Flannery |
| | | 9/15/06 | | | Patricia Flannery |
| | 1 | 9/15/06 | | | Lawrence Sher |
| | | 1/24/07 | | | Lawrence Sher |
| | | 1/25/07 | | | Lawrence Sher |
| 12 | | 1/25/07 | | | Claude Poulin |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

United States District Court
District of Connecticut
FILED AT NEW HAVEN
1/25/2007
Kevin F. Rowe, Clerk
By Kenneth R. Ghilardi
Deputy Clerk