Amara v. Cigna Corp. et al

Case 3:01-cv-02361-MRK    Document 263-2    Filed 01/25/2007    Page 1 of 13

Page 2 of 13

United States District Court
District of Connecticut
FILED AT NEW HAVEN
Jan 25    2007
Kevin F. Rowe, Clerk of Court
Kenneth R. Ghilardi
Deputy Clerk

Defendant Exhibits

| Ex. No. | Description | |
|---|---|---|
| 501 | CIGNA Pension Plan Part A Amended and Restated Effective January 1, 1998 | D10443 |
| 502 | Amendment No. 1 to the CIGNA Pension Plan Part A as Amended and Restated January 1, 1998 | D10531-541 |
| 503 | Amendment No. 1 to the CIGNA Pension Plan Part B as Amended and Restated January 1, 1998 | D10237-242 |
| 504 | Amendment No. 2 to the CIGNA Pension Plan Part B as Amended and Restated January 1, 1998, signed October 12, 2000 | SUPPD0473-483 |
| 505 | October 1998 Summary Plan Description for the CIGNA Pension Plan - Part B | D00824-844 |
| 506 | September 1999 Summary Plan Description for the CIGNA Pension Plan - Part B | D00619-634 |
| 507 | Plan Administrator Appointments | SUPPD1092, 1098, 1099 |
| 508 | December 1997 Retirement Information Kit - Part B | D00716-766 |
| 509 | Signature Benefits Binder 2001 | SUPPD25073-25419 |
| 510 | Signature Benefits Binder 2000 | SUPPD24756-25072 |
| 511 | Signature Benefits Binder 1999 | SUPPD24485-24755 |
| 512 | Signature Benefits Binder 1998 | SUPPD24058-24484 |
| 513 | October 30, 1997 Letter to Employees regarding Notification of Pension Plan Change | D00582 |
| 514 | November 3, 1997 Memorandum attaching November 1997 Signature Benefits Newsletter | D00583-585; D00586-591 |
| 515 | November 4, 1997 Memorandum with attachments | D01081-1088 |
| 516 | November 1997 Signature Benefits Newsletter | D00607-612 |
| 517 | November 17, 1997 E-mail from D. Hill regarding distribution of retirement information | D00578-579 |
| 518 | November 28, 1997 Memorandum regarding Retirement Program Change Effective January 1, 1998 | A-0234-237 |
| 519 | Cigna Pension Plan Statement for Period Ending June 30, 1998 for Annette Glanz | P 1280 |

| Ex. No. | Description | Bates Range |
|---|---|---|
| 520 | Cigna Pension Plan Statements for Period Ending December 31, 1998 through December 31, 2004 through for Annette Glanz | P1281-1287 |
| 521 | CIGNA Internet Website Printout | SUPPD022682 |
| 522 | Prudential Internet Website Printout | SUPPD022683-22684 |
| 523 | "CIGNA and You" and "Your CIGNA Life" Intranet Printouts | SUPPD022685-22700 |
| 524 | CIGNA Laptop with Intranet Electronic File | Available for Inspection Upon Request |
| 525 | Janice Amara Agreement and Release | |
| 526 | Gisela Broderick Agreement and Release | |
| 527 | Annette Glanz Agreement and Release | P1288-1294 |
| 528 | Steven Law Agreement and Release | Pending Production from Plaintiffs |
| 529 | Plaintiffs' Proposed Order with letter submitted December 17, 2004 in Depenbrock v. CIGNA | |
| 530 | Defendants' Memorandum in Opposition to Plaintiffs' Proposed Order Submitted on December 17, 2004 in Depenbrock v. CIGNA | |
| 531 | Pension Benefit Guaranty Corp., Pension Insurance Data Book (2005), at http:/www.pbc.gov/docs/2004databook.pdf (last visited February 2, 2006) | |
| 532 | Testimony of Stuart Brown before the Senate Committee on Health, Education, Labor and Pensions, 1999 TNT 183-11 (Sept. 21, 1999) | |
| 533 | United States General Accounting Office, Report to Congressional Requestors, Private Pensions, Implications of Conversions to Cash Balance Plans, September 2000 | |
| 534 | Prudential Financial Defined Benefit Report for the Period April 1, 2004 through December 31, 2004 | SUPPD022531-22610 |
| 535 | Prudential Financial Defined Benefit Report for the Period January 1, 2005 through December 31, 2005 | SUPPD022611-22670 |

| Ex. No. | Description | Bates Range |
|---|---|---|
| 536 | Distribution Election Forms--- Part B | SUPPD0408-409, SUPPD0410; SUPPD2111-2115 |
| 537 | Jones Distribution Election Form - Part B | SUPPD2267-2268 |
| 538 | Sample Letter to Participant regarding initiating a benefit payment, dated May 10, 2004 and June 13, 2005 | SUPPD0411-435; SUPPD1903-1927; SUPPD0436-445 |
| 539 | Letters from Plan Administrator notifying Depenbrock class members, dated February 4, 2005 | SUPPD0484-679 |
| 540 | Notification to Plaintiff Amara regarding Depenbrock recalculation, dated March 24, 2005 | SUPPD0680-700 |
| 541 | E-mail Regarding Depenbrock Recalculation Letters | SUPPD022373-22390 |
| 542 | Chart Showing Class Member Appeals to Plan Administrator | SUPPD22391-22394 |
| 543 | Flannery Appeal File | SUPPD0894-901 |
| 544 | Deposition Transcript of Claude Poulin with Accompanying Exhibits Taken June 17, 2003 | |
| 545 | Deposition Transcript of Claude Poulin with Accompanying Exhibits Taken January 30, 2006 | |
| 546 | Deposition Transcript of James Stratman with Accompanying Exhibits Taken June 19, 2003 | |
| 547 | Deposition Transcript of Lawrence Sher with Accompanying Exhibits Taken October 18, 2002 | |
| 548 | Deposition Transcript of Lawrence Sher with Accompanying Exhibits Taken June 24, 2003 | |
| 549 | Deposition Transcript of Lawrence Sher with Accompanying Exhibits Taken November 30, 2005 | |
| 550 | Amara - November 22, 2002 Deposition Transcript | |
| 551 | Amara - July 1998 Rehire Employment | P1091-1092 |
| 552 | Amara - December 2001 letter to S. Bruce from John Arko re: claim | P1016-1020 |
| 553 | Amara - December 1995 Benefit Estimate | P1001-1009 |
| 554 | Amara - July 2001 Benefit Estimates | Dep Ex. - Amara 4 |
| 555 | Amara - January 2004 Benefit Estimate | P1167-1169 |
| 556 | Amara - 1999 Annual Account Statement | P1095 |
| 557 | Amara - 2000 Annual Account Statement | P1096-1097 |

4

| Ex. No. | Description | Bates Range |
|---|---|---|
| 558 | Amara - 2001 Annual Account Statement | P1023-1024 |
| 559 | Amara - 2003 Annual Account Statement | P1170-1171 |
| 560 | Amara - 1999 Total Compensation Report | P1121-1136 |
| 561 | Amara - 2000 Total Compensation Report | P1105-1120 |
| 562 | Amara - 2001 Total Compensation Report | P1087-1090 |
| 563 | Amara - 2002 Total Compensation Report | P1083-1086 |
| 564 | Amara - Answers to Interrogatories and Document Requests | Dep. Ex. Amara 7 |
| 565 | Broderick - April 24, 2006 Deposition Transcript | |
| 566 | Broderick - June 2000 Rehire Employment Application | SUPPD024039-24042 |
| 567 | Broderick - June 2000 Rehire Offer Letter | SUPPD024034 |
| 568 | Broderick - August 21, 2001 letter to S. Beltz re: change to rehire rules and preliminary response | P1242-1243 |
| 569 | Broderick - January 2001 Letter to S. Beltz requesting to remain in old pension plan and response thereto | P1226-1227 |
| 570 | Broderick - Preliminary responses to Broderick May 2001 letter | P1234-1235 |
| 571 | Broderick - February 13, 2002 letter to S. Beltz re: placement in Part B | P1246 |
| 572 | Broderick - 2001 Appeal File | D020473-020511; Dep. Ex. Broderick 1 |
| 573 | Broderick - November 1997 Benefit Estimate | P1200-1207 |
| 574 | Broderick - October 1998 Benefit Estimate | P1217-1225 |
| 575 | Broderick - February 2002 Benefit Estimate | P1247-1248 |
| 576 | Broderick - October 2003 Benefit Estimate | P2388 |
| 577 | Broderick - February 2004 Benefit Estimate (incorrect) and Notification of Error | P1257-1267 |
| 578 | Broderick - February 18, 2004 Benefit Estimate | P1268-1269 |
| 579 | Broderick - March 2004 Benefit Estimate | P2389 |
| 580 | Broderick - November 2004 Benefit Estimate | P1270 |
| 581 | Broderick - 2000 Annual Account Statement | P2390 |
| 582 | Broderick - March/June 2001 Answernet Account Balance | P2391-2392 |
| 583 | Broderick - June 2001 Account Statement | P2393 |

| Ex. No. | Description | Bates Range |
|---|---|---|
| 584 | Broderick - December 2002 Answernet Account Balance | P2394 |
| 585 | Broderick - 2002 Annual Account Statement | P2395-2396 |
| 586 | Broderick - 2003 Annual Account Statement | P2397-2398 |
| 587 | Broderick - 2004 Annual Account Statement | P1272-1273 |
| 588 | Broderick - 2005 Annual Account Statement | P2399-2400 |
| 589 | Broderick - 2001 Total Compensation Report | P1229-1302; Dep. Ex. Broderick 2 |
| 590 | Broderick - 2002 Total Compensation Report | P1295-1298 |
| 591 | Broderick - 2003 Total Compensation Report | SUPPD23115-23122 |
| 592 | Broderick - November 2004 Letter confirming payment of benefits | P1271 |
| 593 | Broderick - October/November 1997 Memos re: Lincoln Transition Employee Benefits | P1172-1189 |
| 594 | Broderick - July 1998 letter to Lincoln Employees re: accrued Benefits with Benefit Estimate | P1208-1214 |
| 595 | Broderick - October 1998 letter to Broderick re: recalculation of SS offset | P1215-1216 |
| 596 | Glanz - May 4, 2006 Deposition Transcript | |
| 597 | Glanz - June 1998 Account Statement | P1280 |
| 598 | Glanz - 1998 - 2004 Annual Account Statements | P1281-1287; Dep. Ex. Glanz 1 |
| 599 | Glanz - March 2006 Personal Financial Analysis | P2829-2859 |
| 600 | Glanz - April 2004 Agreement and Release with May Termination date, with cover letter | P2333-2335 |
| 601 | Glanz - April 2004 cover letter to Release with June Termination date | P2332 |
| 602 | Glanz - December 2002 Severance Plan SPD | P2301-2318 |
| 603 | Glanz - April 2003 Severance Pay Information | P2326-2331 |
| 604 | Upton - May 10, 2006 Deposition Transcript | |
| 605 | Upton - September 25, 1998 Letter to CRIS re: SS Offset in OAB | P1455-1461 |
| 606 | Upton - December 15, 1998 Letter to Upton re: SS Offset recalculation | P1462-1464 |

6

| Ex. No. | Description | Bates Range |
|---|---|---|
| 607 | Upton - November 1999 Durham Comparison of Part A and Part B Benefits | P1471-1472 |
| 608 | Upton - 1999 Updated Comparison of Part A and Part B Benefits | P1474-1475 |
| 609 | Upton - December 1, 1999 Letter to Durham re: Comparison of Part A and Part B Benefits and Durman Response | P1476-1479 |
| 610 | Upton - December 1999 Documents re: call with John Arko re: Assumptions Under Part B | P1480-1481 |
| 611 | Upton - January 2000 Memo from John Arko re: benefit projections | P1482-1491 |
| 612 | Upton - August 2001, October 2001 Benefit Estimates and inquiry re: assumptions used | P1493-1500 |
| 613 | Upton – October 11, 2001 Benefit Estimate | D020833-20838 |
| 614 | Upton - November 1998 Benefit Estimate and notes of call re: same | P1465-1470 |
| 615 | Upton - 1998 Annual Account Statement | P1473 |
| 616 | Upton - June 1998 Account Statement | P1502 |
| 617 | Upton - June 1999 Account Statement | P1503 |
| 618 | Upton - December 1999 Account Statement | P1504 |
| 619 | Upton - June 2000 Account Statement | P1505-1506 |
| 620 | Upton - December 2000 Account Statement | P1507 |
| 621 | Upton – 2001 Annual Account Statement | P2386-2387 |
| 622 | Upton – 2002 Annual Account Statement | P2384-2385 |
| 623 | Upton – 2003 Annual Account Statement | P2382-2383 |
| 624 | Upton – 2004 Annual Account Statement | P2380-2381 |
| 625 | Upton - 1997 Total Compensation Report | P1508-1523 |
| 626 | Upton – 2003 Total Compensation Report | SUPPD023091-23098 |
| 627 | Upton - 1999 - 2005 Compensation Statements | P1544-1549 |
| 628 | Upton – October 2000 Financial Plan | P2550-2574 |
| 629 | Upton – March 2001 – Financial Plan | P2602-2612 |
| 630 | Upton – October 2001 – Financial Plan | P2613-2709 |
| 631 | Upton – November 2001 – Revised Financial Plan | P2575-2601 |
| 632 | Upton – January 2003 – Financial Plan | P2710-2747 |
| 633 | Upton – 2003 – Fourth Quarter Investment Profile | P2762-2816 |
| 634 | Upton – October 2004 Financial Analysis | P2748-2761 |

| Ex. No. | Description | Bates Range |
|---|---|---|
| 635 | Upton – May 2005 Financial Analysis | P2817-2824 |
| 636 | Upton – September 2005 Lump Sum Election Payout | SUPPD021830-21835 |
| 637 | Upton – April 2005 Termination Email | SUPPD23319 |
| 638 | Upton - handwritten notes re: calls to Retirement Services | P1453-1454; 1492 |
| 639 | Upton - February 2001 Answernet Introduction Document | P1501 |
| 640 | Upton - DBRK Printouts | P1565-1568 |
| 641 | Hogan - April 27, 2006 Deposition Transcript | |
| 642 | Hogan - Plaintiffs Responses to Defendants First Requests for Production of Documents | Dep. Ex. Hogan 1 |
| 643 | Hogan - March 1997 Benefit Estimate | P1409-1412; Dep. Ex. Hogan 1 |
| 644 | Hogan - April 1997 Benefit Estimate | P1418-1425; Dep. Ex. Hogan 1 |
| 645 | Hogan - June 1999 Benefit Estimate | P1426-1436; Dep. Ex. Hogan 1 |
| 646 | Hogan - December 2004 Benefit Estimate and Distribution Information | P2360-2362 |
| 647 | Hogan - December 1998 Account Statement | P1413; Dep. Ex. Hogan 1 |
| 648 | Hogan - June 1999 Account Statement | P1414; Dep. Ex. Hogan 1 |
| 649 | Hogan - June 2000 Account Statement | P1415; Dep. Ex. Hogan 1 |
| 650 | Hogan - December 2000 Account Statement | P1416-1417; Dep. Ex. Hogan 1 |
| 651 | Hogan - December 2002 Account Statement | P2348-2349 |
| 652 | Hogan - June 2004 Answernet Account Balance | P2350 |
| 653 | Hogan - 2002 Total Compensation Report | P2351-2353 |
| 654 | Hogan - 2003 Total Compensation Report | SUPPD23075-23082 |
| 655 | Haber - May 12, 2006 Deposition Transcript | |
| 656 | Haber - May 2000 Benefit Estimate | Dep. Ex. Haber 5 |
| 657 | Haber - June 2000 Benefit Estimate | Dep. Ex. Haber 6 |
| 658 | Haber - December 2003 Benefit Estimate | Dep. Ex. Haber 8 |

| Ex. No. | Description | Bates Range |
|---|---|---|
| 659 | Haber - Personal Financial Analysis | P2363-2379 |
| 660 | Haber - November 2001 Termination Letter | SUPPD023920 |
| 661 | Haber - January 2002 Letter and Pension Calculation | Dep. Ex. Haber 7 |
| 662 | Charette - April 28, 2006 Deposition Transcript | |
| 663 | Charette - May 2005 Letter re: OAB Calculation | P1401-1403; Dep. Ex. Charette 13 |
| 664 | Charette - November 1995 Benefit Estimate | P1385-1386; Dep. Ex. Charette 11 |
| 665 | Charette - November 2000 Benefit Estimate | P1389-1393; Dep. Ex. Charette 7 |
| 666 | Charette - March 2005 Benefit Estimate | P1398-1400; Dep. Ex. Charette 10 |
| 667 | Charette - June 1998 Account Statement | P1387; Dep. Ex. Charette 4 |
| 668 | Charette - December 2004 Account Statement | P1397; Dep. Ex. Charette 9 |
| 669 | Charette - 2000 Total Compensation Report | P1972-1985 |
| 670 | Charette - 2001 Total Compensation Report | P1968-1971 |
| 671 | Charette - 2002 Total Compensation Report | P1964-1967 |
| 672 | Charrette - 2003 Total Compensation Report | P1956-1963 |
| 673 | Charrette - 2004 Total Rewards Report | P1948-1955 |
| 674 | Charette - 2005 Total Rewards Report | SUPPD23131-23154 |
| 675 | Charette - 2002 - 2004 Compensation Statement | P1394-1396; Dep. Ex. Charette 8 |
| 676 | Law - May 11, 2006 Deposition Transcript | |
| 677 | Law - May 1999 Rehire Requisition | SUPPD023254 |
| 678 | Law - July 1999 Rehire Employment Application and Resume | SUPPD023235-023250 |
| 679 | Law - August 1999 Rehire Offer Letter | SUPPD023253 |
| 680 | Law - October 1999 - Rehire New Hire Checklist | SUPPD023239 |
| 681 | Law - October 2001 Benefit Estimate | P1865-1866; Dep. Ex. Law 3 |
| 682 | Law - February 2004 Benefit Estimate (age 62) | P1867-1869; Dep. Ex. Law 4 |
| 683 | Law - February 2004 Benefit Estimate (age 65) | P1870-1872; Dep. Ex. Law 5 |

9

| Ex. No. | Description | Bates Range |
|---|---|---|
| 684 | Law - December 2004 Account Statement | P1873-1874; Dep. Ex. Law 2 |
| 685 | Law - 2000 Total Compensation Report | P1880-1895; Dep. Ex. Law 7 |
| 686 | Law - 2001 Total Compensation Report | P1896-1901; Dep. Ex. Law 8 |
| 687 | Law - 2002 Total Compensation Report | P1902-1907; Dep. Ex. Law 9 |
| 688 | Law - 2003 Total Compensation Report | P1908-1915; Dep. Ex. Law 10 |
| 689 | Law - 2004 Total Compensation Report | P1916-1923; Dep. Ex. Law 11 |
| 690 | Law - 2005 Total Rewards Report | P1924-1935; Dep. Ex. Law 14 |
| 691 | Law - New Hire Guide | P1876-1879; Dep. Ex. Law 6 |
| 692 | Law - Laws Own Part A and Part B comparison | P1875 |
| 693 | Law - August 1999 Staffing Information Document | SUPPD023238 |
| 694 | Curlee - May 9, 2006 Deposition Transcript | |
| 695 | Curlee - December 2001 Account Statement | P1635; Dep. Ex. Curlee 1 |
| 696 | Curlee - July 2004 Benefit Election Form | SUPPD021790-021792 |
| 697 | Curlee - July 2004 Rollover Election and Spousal Waiver | SUPPD021791-021793 |
| 698 | Curlee - January 2003 Termination letter enclosing Agreement and Release | P1636-1643; Dep. Ex. Curlee 2 |
| 699 | Curlee - June 1998 Answernet Inquiry | P1805 |
| 700 | Curlee - January 2005 Supplemental Pension Plan Payment | SUPPD021786-021787 |
| 701 | Flannery - August 10, 2006 Deposition Transcript | |
| 702 | Flannery - Pension Appeal Notes (2001) | P1581; Dep. Ex. Flannery 7 |
| 703 | Flannery - July 11, 2001 email re: pension plan upon rehire | D020410; Dep. Ex. Flannery 2 |

| Ex. No. | Description | Bates Range |
|---|---|---|
| 704 | Flannery - July 2001 letter from D. Belanger re: benefits | D020407-020408; Dep. Ex. Flannery 3 |
| 705 | Flannery - November 2005 letter from M. Rosenblum re: benefits | SUPPD014379-014386; Dep. Ex. Flannery 11 |
| 706 | Flannery - July 26, 2002 email re: employment history | P1580; Dep. Ex. Flannery 8 |
| 707 | Flannery - Benefit Comparison | P1592; Dep. Ex. Flannery 4 |
| 708 | Flannery - October 2005 Benefit Estimate | P1585-1588; Dep. Ex. Flannery 13 |
| 709 | Flannery - August 2005 Account Statement | P1582-1584; V 12 |
| 710 | Flannery - December 2005 Account Statement | P1594; Dep. Ex. Flannery 17 |
| 711 | Flannery - January 2006 Account Statement | P1589-1595; Dep. Ex. Flannery 15 |
| 712 | Flannery - April 2006 On-Line Account Statement | P1573-1578; Dep. Ex. Flannery 16 |
| 713 | Flannery - 2003 Total Compensation Report | SUPPD023083-23090; Dep. Ex. Flannery 5 |
| 714 | Flannery - 2004 Total Rewards Report | SUPPD023123-23130; Dep. Ex. Flannery 6 |
| 715 | Flannery - 2005 Total Rewards Report | SUPPD023167-023178; Dep. Ex. Flannery 10 |
| 716 | Flannery - Audit Report | SUPPD021677-21691; Dep. Ex. Flannery 9 |
| 717 | <u>Depenbrock</u> recalculations letters | Produced by Prudential without Bates Numbers |
| 718 | August 1, 2006 Agreement between CIGNA and Prudential re: recalculations per <u>Depenbrock</u> with email amendments | Produced by Prudential without Bates Numbers |

11

| Ex. No. | Description | Bates Range |
|---|---|---|
| 719 | Depenbrock recalculated participant completed election form | Produced by Prudential without Bates Numbers |
| 720 | Prudential email with forms for participants due an additional benefit | Produced by Prudential without Bates Numbers |
| 721 | Spreadsheet summarizing Depenbrock recalculation project | Produced by Prudential without Bates Numbers |
| 722 | Prudential Free 30% Review Summary | Produced by Prudential without Bates Numbers |
| 723 | Prudential Free 30% Calculation Spreadsheet | Produced by Prudential without Bates Numbers |
| 724 | Prudential Status on OAB Review Project (August 2006) | Produced by Prudential without Bates Numbers |
| 725 | Prudential documents re: debt/credit functionality – change & impact on process (September 2003) | Produced by Prudential without Bates Numbers |
| 726 | Prudential documents re: procedures for calculating OAB for converted participants | Produced by Prudential without Bates Numbers |
| 727 | Prudential benefit distribution sample forms reflecting relative value disclosures (July 2006) | Produced by Prudential without Bates Numbers |
| 728 | Prudential documents re: process for handling rehire conversion | Produced by Prudential without Bates Numbers |
| 729 | Prudential documents re: policies and procedures for completing benefit estimates | Produced by Prudential without Bates Numbers |
| 730 | Agreements and Releases of Class Members | Available for Inspection Upon Request |

| Ex. No. | Description | Bates Range |
|---|---|---|
| 731 | July 2006 Summary Plan Description for the Cigna Pension Plan Part B | SUPPD025635-25671 |
| 732 | Flannery-Life Event Guide received during orientation | P2860-2941 |

737 ID only Full 1/25/07
738 ID only Full 1/25/07

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------X

| | |
|---|---|
| JANICE C. AMARA, GISELA R. BRODERICK, ANNETTE S. GLANZ individually, and on behalf of others similarly situated, | 3:01 CV 2361 (MRK) <br><br> Trial Date: 09/11/06 <br> Phase II: 01/24/07 |
| Plaintiffs, | |
| v. | |
| CIGNA CORP. AND CIGNA PENSION PLAN, | |
| Defendants. | |

------------------------------------------------X

### DEFENDANTS' SUPPLEMENTAL LIST OF PROPOSED TRIAL EXHIBITS AND DEPOSITION DESIGNATIONS

Defendants CIGNA Corp. and CIGNA Pension Plan ("Defendants") hereby submit this Supplemental List of Proposed Trial Exhibits and Deposition Designations.

**I.   EXHIBITS**

| Ex. No. | Description | Bates Range |
|---|---|---|
| 735 | Amendment No. 3 to the CIGNA Pension Plan Part B (Amended and Restated January 1, 1998) | SUPPD025945-SUPPD025951 |
| 736 | CIGNA Pension Plan – Part B (Amended and Restated Effective January 1, 2001) | SUPPD025952-SUPPD026055 |
| 737 | Larry Sher – Illustrations of Potential Wear-Away Effects | |
| 738 | Larry Sher – Comparisons of Plan Approach v. A & B Approach | |
| 739 | Records re: cost impact of cash balance plan conversion and improvements to 401(k) plan | |
| 740 | Example letters to participants reflecting revised relative value disclosures | SUPPD026056-SUPPD026200 |
| 741 | Agreement and Release of Steven Law | |