# Exhibit A



YOUR GUIDE TO A FINANCIALLY SECURE FUTU

YOU&XERO

X   00745

This benefits handbook is intended as a summary reference to the retirement, profit sharing, and savings plans that constitute the retirement and savings portion of Xerox's comprehensive benefits program for exempt and non-exempt salaried employees (employees who are not covered by a collective bargaining agreement).* It supersedes the portions of all previous handbooks relating to these plans, which were published under the titles *You and Xerox* (published in 1984), *You and Xerox: 1986, You and Xerox, 1987-88, You and Xerox* (published in 1990), and *You and Xerox: Benefits for Salaried Employees* (published in 1993), and any supplements published up to this date.

Key features of each plan, including eligibility requirements, are summarized in this book. However, it cannot cover all the details. Those details can be found in the official plan documents that legally govern all aspects of the plans. In the event of a discrepancy between the plan documents and the summaries in this book, the plan documents are controlling. If you have any questions, or if you need any additional information about your Xerox benefits, call the Xerox Benefits Center (1-888-979-9961).

The plans summarized and described in this book, prepared in September 1998, are subject to change. This handbook does not create a contract between Xerox and any employee. In order to meet its needs under changing conditions, the Company, at its discretion, may at any time terminate or change any of these plans or the statements made in this handbook.

Specifically designated portions of this document constitute part of a prospectus covering securities that have been registered under the Securities Act of 1933. These specifically designated portions are this page, and the sections of *You and Xerox: WealthWise* entitled "Making the Plans Work For You," "401(k) Savings Plan," "Profit Sharing," the two sections on "Accessing Your Funds," "Distribution Options," and "Administrative Information."

The Profit Sharing and Savings Plan is subject to the provisions of the Employee Retirement Income Security Act (ERISA) dealing with reporting and disclosure, participation and vesting, and fiduciary responsibility. It is not subject to the funding or plan termination insurance provisions of ERISA because they do not apply to profit sharing plans. These provisions do apply to the Retirement Income Guarantee Plan (RIGP).

In addition, the Profit Sharing and Savings Plan is intended to constitute a plan under Section 404(c) of ERISA, and Title 29 of the Code of Federal Regulations Section 2550.404c-1, and fiduciaries of the plan may be relieved of liability or any losses that are the direct and necessary result of investment instructions given by participants or beneficiaries.

Independent contractors, including (without limitation) leased employees, supplemental contract workers, consultants, agents, or anyone classified as such by the Company, or any other third-party personnel who perform services for the Company, are neither eligible for nor covered by the plans summarized herein (unless qualifying as an eligible dependent of an employee).

X    00746

# Total Pay

## and Your Financial Security Benefits

The plans summarized in this book are based on our *Total Pay* concept at Xerox. *Total Pay* is all the value you receive from Xerox in return for your contribution to the business. Generally, this includes your base salary, payouts from results-based pay programs, profit sharing, and your benefits.

The idea behind *Total Pay* is simple: We want the combined total value you receive from all these elements to be competitive in the marketplace. And we want you to have as much flexibility as possible in deciding how you receive and use this total value.

*Total Pay* links two of our most important business strategies—diversity and empowerment.

The strength of our diversity means that each of us has very different needs and priorities. To reflect this, we include many different options and ways to receive value in our *Total Pay* programs.

Our empowerment strategy for business success is to give you the tools and support you need, the freedom to act, and accountability for results. Our *Total Pay* programs give you valuable resources to work with, the critical decision-making role, and accountability for making the plans work for you.

Your Financial Security benefits illustrate this well. You have several plans to work with to build your financial strategy. They have the flexibility to be customized for your individual needs through the decisions you make. For example: In the 401(k) savings plan you can choose from before- and after-tax savings, you have a wide range of ways to invest your money, and you have several options for accessing it. You can take half your profit sharing contribution as "pay" by taking it in cash, or as a "benefit" by deferring it in the 401(k) savings plan.

The You and Xerox relationship is designed to support the Company's business goals and your personal goals. Our *Total Pay* approach helps Xerox hire and keep great talent and helps meet your individual needs, so you can be focused and productive at work. It gives you the tools and financial support to manage your personal needs and reach your personal goals.

X   00747

# Table of contents

## INTRODUCTION

Your retirement income ............................................................. 2
How to use this book ............................................................... 3

## MAKING THE PLANS WORK FOR YOU

Why should I save now? ............................................................ 4
Time: the wealth builder .......................................................... 4
It pays to start early ............................................................ 5
Dollar-cost averaging ............................................................. 5
What are my investment choices? ................................................... 6
    Tier I: Broad Strategy Funds ................................................. 6
    Tier II: Focused Strategy Funds .............................................. 6
    Tier III: Marketplace Window ................................................. 7
How do I decide among these choices? .............................................. 7
Determine your personal tolerance for risk ....................................... 8
    Risk quiz .................................................................... 9
    Sample investment allocations ............................................... 10
What's the difference between stocks and bonds? ................................... 12
    Stocks ...................................................................... 12
    Bonds ....................................................................... 13
How much do I need to know about risk? ............................................ 14
How stocks and bonds perform against inflation ................................... 15
Diversification: the risk tamer ................................................... 16
    Ways to diversify ........................................................... 16
Putting it all together ........................................................... 17
Once I've made my decision, I can sit back and relax, right? ...................... 17

## HOW THE PLANS WORK : 401(K) SAVINGS PLAN

At a glance ....................................................................... 18
How it works ...................................................................... 19
Who is eligible? .................................................................. 20
Before-tax contributions .......................................................... 20
After-tax contributions ........................................................... 21
Other ways to use the 401(k) savings plan ........................................ 21
Investment choices ................................................................ 22
    Tier I: Broad Strategy Funds ................................................. 22
    Tier II: Focused Strategy Funds .............................................. 23
    Tier III: Marketplace Window ................................................. 23
Fund valuations ................................................................... 24
Checking your funds ............................................................... 24
Designating your beneficiary ...................................................... 24
Loans and withdrawals ............................................................. 24

X   00748

# Table of contents

## HOW THE PLANS WORK  PROFIT SHARING

| | |
|---|---|
| At a glance | 25 |
| Who is eligible? | 26 |
| Calculating your contribution | 26 |
| About stock options | 28 |
| Tax withholding | 32 |
| When you leave Xerox or go on long-term disability | 33 |
| Designating your beneficiary | 33 |
| 1998: A transition year | 33 |

## HOW THE PLANS WORK  EMPLOYEE STOCK OWNERSHIP PLAN

| | |
|---|---|
| At a glance | 34 |
| Who is eligible? | 35 |
| How your ESOP account grows | 35 |
| The value of your account | 36 |
| Stock rights | 37 |
| Diversification election | 38 |
| Federal limits | 38 |
| Designating your beneficiary | 39 |

## HOW THE PLANS WORK  RETIREMENT INCOME GUARANTEE PLAN

| | |
|---|---|
| At a glance | 40 |
| Who is eligible? | 41 |
| Benefit eligibility | 41 |
| About your beneficiary | 41 |
| Calculating your benefit for the best result | 42 |
| Early retirement reduction | 44 |
| Factors that could affect your retirement benefit | 48 |
| If you leave Xerox | 49 |
| Reemployment | 49 |
| Disability | 50 |
| If you die before retirement | 51 |
| Settling with the plan | 51 |
| Prior distributions | 51 |

## ACCESSING YOUR FUNDS  DURING YOUR EMPLOYMENT

| | |
|---|---|
| Loans | 56 |
| Withdrawals | 58 |

X    00749

## ACCESSING YOUR FUNDS

Distributions from the 401(k) savings plan _____ 61
Treatment of profit sharing stock options _____ 61
Distributions from the Employee Stock Ownership Plan _____ 62
Distributions from RIGP _____ 63

## DISTRIBUTION OPTIONS

Cash distributions _____ 65
Rollovers _____ 65
Annuities _____ 65
Installment payment option _____ 66
Minimum distributions _____ 66

## TAX TREATMENT OF DISTRIBUTIONS

Mandatory withholding _____ 67
10% additional tax _____ 68
Voluntary withholding _____ 68
Special tax treatment for lump sums _____ 68
Tax treatment of stock distributions _____ 69
Impact of before-tax savings and salary redirection _____ 70
Qualified Domestic Relations Orders _____ 70
Social Security _____ 70

## ADMINISTRATIVE INFORMATION

Your rights under ERISA _____ 71
Claims denial and appeal procedures _____ 72
Plan documents _____ 73
Plan continuation _____ 73
Employer identification number _____ 73
Plan Administrator _____ 74

X   00750



**Y**ou and Xerox: WealthWise is your reference book for information about the array of financial benefits that Xerox provides to all salaried employees. These financial benefits are structured to help provide you with a sufficient retirement income.

Having a comfortable retirement income requires the combination of all of the plans below. Your savings in the 401(k) savings plan can become a significant part of your total retirement income.

The 401(k) savings plan gives you the flexibility to invest in a range of funds. Hand in hand with that freedom of choice comes the responsibility to manage your investments. To help you make the most of your choices, the information provided in You and Xerox: WealthWise explains how the plans work and provides some important information about making investment decisions.

## Your retirement income



What Xerox provides
at no cost to you

Equal contributions
by you and Xerox

Your
contributions

Retirement Income
Guarantee Plan (RIGP)
Employee Stock
Ownership Plan (ESOP)
Profit Sharing and
Savings Plan

Social Security

401(k) savings plan
(a component of the
Profit Sharing and
Savings Plan)

X    00751

# How to use this book

**Information about how
to participate in each plan**
appears under the heading of
each plan. Information about what
happens to your accounts when
you terminate or retire appears in
**"Accessing your funds."**

A special section,
**"Making the plans work for you,"**
is a guide to demystifying
investment decisions,
like the ones you'll need to make
when you save in the 401(k) savings plan.



**If you're new to
investing or if
investment
decisions make
you nervous,**
then take a look at
**"Making the plans
work for you."**
It explains some of the
basics about investing,
including types of invest-
ments, the different kinds
of investment risk and
why it is important to
identify your savings goals
and time horizons.

**Even if you're
a more
experienced
investor,**
**"Making the plans work
for you"** has important
information about your
investment options.

While **"Making the plans work for you"**
may be helpful as you decide which funds
to select in the 401(k) savings plan, it also
applies to your larger total investment pic-
ture. That includes all the plans that Xerox
provides for you. And it includes your
personal savings and investments.
It's helpful to keep this larger
picture in mind when making
all your investment decisions.



For more detailed
information on your
investment options, refer
to the latest Xerox 401(k)
Savings Plan Investment
Funds Guide, which is
included with this book,
and the Investment Funds
Annual Report.

X    00752

# Making the plans
# work for you

**$** aving for retirement might sound intimidating. If you are tempted to put off saving in the 401(k) savings plan because you think it sounds too complicated, then this section is for you. If you're ready to start saving or you're already saving but want to rethink your asset mix, this section is for you, too.

"Making the plans work for you" is designed to help you ask the right questions about investing your money and to come up with answers that make sense for your individual circumstances and needs.

## Why should I save now?

### TIME: THE WEALTH BUILDER

Starting a savings program early in your career is important. The earlier you begin saving for retirement, the more opportunity there is for your money to grow.

Your money grows faster in a tax-deferred plan like your 401(k) savings plan. That's because of the power of compounding. All the dividends, interest, and capital gains from your investments are reinvested in your funds, and you don't have taxes taken out along the way. Reinvesting means you earn money on your investment returns, which makes your account balance grow faster.

The longer you keep your money invested, the more powerful effect compounding can have on the value of your funds. Through compounding, even small differences in investment returns can add up to big differences over a ten-, 20-, or 30-year span.





**IT PAYS TO START EARLY**

In the following illustration, both savers make $40,000 a year.

Assumes each saver receives a 5% salary increase and achieves a 10% annual investment return.

Source: Ibbotson Associates

$70,000
$60,000
$50,000
$40,000
$30,000
$20,000
$10,000
$0

0  1  2  3  4  5  6  7  8  9  10  11  12  13  14

Saver A begins right away, saving 4% of pay from the first year of her career.

Saver B waits until the eighth year to begin saving. To make up for lost time, Saver B saves twice as much—8% of pay.

But at the end of 14 years, Saver A still has almost $10,000 more than Saver B, even though she is saving half as much. It will take Saver B four more years to catch up with Saver A.



## Dollar-cost averaging

By saving through payroll deduction, you are actually using a technique called dollar-cost averaging recommended by investment professionals. You're investing regular amounts at fixed intervals, without trying to predict the best time.

That means you automatically buy more when the price is low and less when the price is high. The result is a better average share price. Dollar-cost averaging keeps you focused on long-term investment goals instead of short-term market performance.

X   00754

# Determine your personal tolerance for risk



X    00755

# Answer this quiz to help you decide how much investment risk you're willing to take.

**Review each pair of statements below.**
**Circle the number that best describes where you fall between the two statements.**

| | | | | | | |
|---|---|---|---|---|---|---|
| My primary goal is to protect my retirement savings. I'm concerned about losing money | 1 | 2 | 3 | 4 | 5 | My primary goal is to earn enough on my retirement savings to stay ahead of inflation. I am willing to risk some losses to do so. |
| I would definitely be upset if my 401(k) savings plan statement showed a loss. | 1 | 2 | 3 | 4 | 5 | A loss on my 401(k) savings plan statement wouldn't necessarily bother me. |
| If the stock market dropped, I'd take my losses and pull my savings out of stocks. | 1 | 2 | 3 | 4 | 5 | If the stock market dropped, I'd put more of my money into the market to catch it before it moves back up. |
| If I had a choice between $1,000 cash and a one-in-ten chance at $10,000, I'd definitely take the cash. | 1 | 2 | 3 | 4 | 5 | If I had a choice between $1,000 cash and a one-in-ten chance at $10,000, I'd definitely take the chance. |
| I would worry about short-term investment losses. | 1 | 2 | 3 | 4 | 5 | I wouldn't worry about short-term investment losses. |
| I wouldn't invest in a start-up company, even one with a promising idea. | 1 | 2 | 3 | 4 | 5 | I'd invest in a start-up company if it had a promising idea. |
| I plan to begin withdrawing my savings within the next five years. | 1 | 2 | 3 | 4 | 5 | I do not plan to take money out of my 401(k) savings plan for at least 25 years. |
| My 401(k) savings represent the majority of my personal savings and investments. | 1 | 2 | 3 | 4 | 5 | My 401(k) savings represent only a small portion of my personal savings and investments. |

## Your Score: _____

**Total** the numbers from the statements above and note your score. Then check the description of risk tolerance for your score. Does it sound like you?

**8–13** Conservative

**14–20** Conservative to Moderate

**Moderate**

**28–34** Moderate to Aggressive

**35–40** Aggressive

Conservative investors are generally concerned about the stability of their investments. Their most important objective is to avoid short-term risk, and they are willing to give up return to do so.

Moderate investors generally seek a balance between risk and return. They generally select a mix of funds with varying levels of risk.

Aggressive investors look for a high return from growth investments over the long term. They are often willing to take on more risk (and short-term fluctuations) for a higher return.

# Sample investment allocations

The following sample allocations represent possible investment allocations for each risk tolerance profile. The Xerox Stock Fund is not included in these profiles because you have opportunities to own Xerox stock through profit sharing and your account in the Employee Stock Ownership Plan. Keep in mind that you have to include all your ownership in Xerox stock when evaluating your portfolio. Too much of any one stock could affect achieving your investment objectives. For more information, see "About investing in Xerox common stock" on page 17.



■ 100% Income Fund

or



■ 50% Income Fund
■ 50% Enhanced Bond Fund

## 8 to 13
## Conservative Risk Profile

Investors with a low tolerance for risk may be within three to five years of retirement or within several years of paying for college tuition. Because they will need access to their funds soon, they want to avoid market fluctuations. Capital preservation is the highest priority. But they do want some capital appreciation, since they expect to live another 25+ years.

## ...servative to Moderate
## ... Profile

These investors are entering the last phase of their careers. They want some capital appreciation without taking undue risks to get it.



■ 40% Income Fund
■ 40% Enhanced Bond Fund
■ 20% U.S. Stock Fund

or



■ 100% Balanced Fund—More Bonds
(70% bonds, 30% stocks)





21 to 27
Moderate Risk Profile

Investors in this profile may be at the mid-point of their careers. Their concerns about capital appreciation and capital preservation are about equal. Their overall allocation of stocks and fixed income investments is evenly split between the two.

■ 40% Enhanced Bond Fund      or
■ 30% U.S. Stock Fund
■ 20% Small Company Stock Fund
■ 10% International Stock Fund

■ 100% Balanced Fund—Fifty/Fifty
  (50% bonds, 50% stocks)

## 28 to 34
## Moderate to Aggressive
## Risk Profile

Investors who fit this category may be in a mature phase of their careers. Retirement is still a way off, but they may be saving for children's college tuition. This investor may weight the portfolio more heavily to stocks than fixed income. Capital appreciation is more important than capital preservation.





□ 35% U.S. Stock Fund        or
■ 25% Small Company Stock Fund
■ 20% Enhanced Bond Fund
■ 20% International Stock Fund

■ 100% Balanced Fund—More Stocks
  The original Balanced Fund
  (30% bonds, 70% stocks)

## 35 to 40
## Aggressive Risk Profile

Aggressive investors may be starting out in a career with a long time ahead before retirement. This investor may be a "do-it-yourself" investor who wants a high return and is willing to take chances to get it. High returns are the main motivator. This investor is less concerned about preserving capital.



□ 50% U.S. Stock Fund
■ 25% Small Company Stock Fund
■ 25% International Stock Fund

X    00758

# What's the difference between stocks and bonds?

Stocks and bonds represent different asset classes, and they perform differently. Funds that invest in either or both can be useful in your portfolio. First, here's how they work.

# Stocks

When you buy the common stock of a company, you are buying into the ownership or *equity* of the company. The value of your investment can grow in two ways:

- **Income**

  The company may pay you current income in the form of dividends on your stock. Dividends represent a part of corporate earnings distributed to shareholders.

- **Growth**

  The share price of the stock may increase.

Neither dividends nor growth in the share price of a stock is guaranteed. Stocks fluctuate in price, sometimes dramatically, over shorter periods of time. But as an investor, time is on your side.

Historically, the longer money has been invested in stocks, the more it has grown. Although stocks can (and do) go up and down in value significantly in the short-term, they have generally increased over the long term. The longer you have until retirement, the more time you have to weather short-term downward trends and take advantage of long-term gains.

Historically, the stock market has risen over time, but it does not always rise from year to year.

The period of 1973-1974 was the last severe sustained bear (down) market that U.S. stocks experienced. During those two years, if you were an investor in the U.S. stock market, you would have lost about half the value of your equity portfolio. Although these periods occur infrequently, they can and will happen.

The market crash of 1987 was a severe correction during an otherwise up year for U.S. stocks. The S&P 500 lost over 21% during the month of October. This kind of volatility underscores the higher risk of being invested in U.S. stocks.







The S&P 500 is an average of the prices of 500 widely held common stocks. It's an indicator of general stock market performance. This chart shows that the S&P 500 has risen over longer periods of time, but it's had significant fluctuations in value over shorter periods of time.

Source: Ibbotson Associates

X   00759

# Bonds

Corporations, governments, and government agencies issue bonds as a way of borrowing money. Bonds are also called *debt*. When you buy a bond, you are lending money to the issuer. Bonds pay you interest and return your principal at the end of the term. The interest rate depends on the quality of the assets backing the bond and the length of time until the bond matures.

Higher interest rates may mean lower quality or longer terms: more risk. Lower interest rates may mean higher quality or shorter terms: less risk.

The period from 1990 to 1991, when viewed close up, shows how large drops can and do occur, even during times when the overall U.S. stock market is up. A similar event happened in 1997 when the Southeast Asian crisis caused a sudden drop in stock prices worldwide, even during a market that was moving strongly upward.



Each of these examples shows how you can lose money in the short term if you had to withdraw from the market during those times. If you remained invested, you would have likely recovered and increased your returns. How long is short-term? In these examples, it is as short as six months and as long as two years, and can be longer.

The past performance of the stock market in general, or any one stock in particular, is no guarantee of future performance.



### Interest rates and bond values

Bond values fluctuate as current interest rates change. When interest rates drop, bond prices rise because their interest rates become more attractive. The opposite is also true. When interest rates rise, the bond prices fall because their interest rates are lower than current rates.

X   00760

# How much do I need to know about risk?

The relationship between risk and return is like a seesaw, with market risk and higher potential returns at one end and inflation risk and lower, steadier returns at the other. Of course, you want the highest possible return on your investment. But along with that high return comes the potential for loss. On the other hand, investments that pay a predictable return may not earn enough to achieve your savings goals.

Striking the right balance between risk and return depends in part on the length of time before you need access to your money.



Market Risk
Higher Potential Return

Inflation Risk
Lower Potential Return

## Market risk: A short-term risk

Investments with the potential for the largest increase in value over the long term usually have the most risk of loss in the short term. Stocks generally go up and down in value frequently over the short term. But over the long term, as an asset class, they have produced greater returns.

**If you plan to leave your funds invested for some years, you don't have to worry as much about market risk.**

## Inflation risk: A long-term risk

Funds that have the most stable values in the short term tend to provide lower long-term returns. If the rate of return on your investment is lower than inflation, prices will rise faster than the value of your savings, making your savings worth less. Funds that invest in "fixed income" instruments, like bonds, have less market risk because their prices tend to fluctuate less. But over the long term, they have a more difficult time outpacing inflation.

**If you are going to withdraw your money in the near future, you don't have to worry as much about inflation risk.**

The degree of risk does not indicate whether the investment is good or bad or what the outcome will be. Rather, it indicates the potential to fluctuate in value and whether it is likely to outperform inflation in the long run.

X    00761

# How stocks and bonds perform against inflation

During longer periods (20 years or more), stocks have always outperformed inflation. During shorter periods (e.g., five-year spans), they outperformed inflation nearly 80% of the time. Over any time period, Treasury Bonds have had a tougher time outperforming inflation.



Percentage of time that U.S. stocks and U.S. bonds beat inflation for all five-, 10-, 15-, and 20-year periods, 1900-1997.
Source: Frank Russell & Co.

x    00762

# Diversification: the risk tamer

Remember the adage about not putting all your eggs in the same basket? One way to minimize risk is to spread your investments over a broad range of assets that don't all move together. By spreading your investments over different types of assets, you have more opportunity for some investments to perform well if others perform poorly.

**Ways to diversify**

For example, investing in a stock fund that buys the stock of only one company or one industry sector, like utilities or technology, has a higher degree of risk than a fund that invests in many types of assets, or a broad range of stocks, like the Balanced Funds or the U.S. Stock Fund. But the more narrowly focused funds also have the potential to outperform other, more diversified investments.

You can create your own recipe for diversification by choosing a Broad Strategy Balanced Fund, or by selecting several Focused Strategy funds or funds from more than one tier.



**Select a diversified fund,** like one of the Balanced Funds, and let the professionals make all the investment decisions.

The Balanced Funds invest in a blend of stocks and bonds to achieve specific performance objectives. Any one of these funds is diversified enough to be your entire savings plan portfolio.



**Select a combination of different asset classes**

By investing in a combination of stock and bond funds, you have a greater likelihood of having some perform well when others are not.




**Select among several choices within the same asset class**

The various stock funds focus on different sizes of U.S. companies and on companies outside the United States. The bond funds invest for varying levels of risk.

# Putting it all together

By now, you probably have a better understanding of your own tolerance for risk. You've clarified your investment goals and thought about the length of time before you begin to withdraw the money. Together, these should help you decide how much market risk or inflation risk you can safely assume.

Remember to think about your entire investment picture when making any investment decision. Your total investment picture includes all of your Xerox-provided benefits and your own savings in the 401(k) savings plan, which your annual Value Added Statement reports in detail. Then factor in your personal savings and investments outside of Xerox. Don't forget to include your emergency savings, investment portfolios, real estate (including your home), and any life insurance policies and annuities.

Keeping your total investment picture in mind will help you make sound individual investment decisions when choosing your 401(k) savings plan fund allocations.

Investment funds generally have limits on the amount of any single stock that the fund can hold. This is done to prevent the fund from risking too much in a single stock. Even though there are no limits on how much you can invest in Company stock in the 401(k) savings plan, remember to think "big picture" and consider how much Company stock you already own through other plans before deciding to invest in the Xerox Stock Fund.

### A word to the wise

If you decide to seek professional advice, here are a few more pointers. Make sure the fee-for-service investment planner you select has your needs in mind. Ask to see the fee schedule and make sure you are clear about how fees are charged.

### About investing in Xerox common stock

As you think about how to allocate your payroll contributions to the 401(k) savings plan, there is an important point to consider about owning Xerox stock. Xerox provides various ways for you to participate in ownership of the Company. These include:

- The automatic deferral of 25% of your profit sharing contribution to the Xerox Stock Fund (beginning with profit sharing for 1999)

- Your 401(k) savings invested in the Xerox Stock Fund

- The 25% of your profit sharing paid in stock options

- Your account in the Employee Stock Ownership Plan (ESOP)

# Once I've made my decision, I can sit back and relax, right?

Well, not for long. It's a good idea to revisit your fund selections about once a year. Think of it as an annual investment checkup.

Much can change in a year that affects when you will need your savings. You could decide to get married. Have a child. Or start to save for future college tuition costs. The normal events of every day can affect how you allocate your savings contributions. Your once-a-year checkup is the time to step back and look at how life events might have changed your priorities. As your priorities change, so may your fund selections.

As part of your annual checkup, don't forget to take a look at your original percentage allocations and how fund performance during the year may have changed them. Fund performance can result in your allocations being out of proportion. If your original allocations are still valid, then it's a good idea to rebalance your funds so that your investment allocations remain in the right proportion.

As you can see, making investment decisions takes time and thought. But the investment of time is worth every minute. Building your retirement security is too important to take lightly. After all, it's your future.

X    00764

# How the plans work
# 401(k)
# savings plan

## AT A GLANCE

One of the most important components of your total retirement income will be your personal savings. The 401(k) savings plan lets you save money before you pay taxes on it and accumulate earnings that remain untaxed until you take out the money. Tax-deferred saving has the potential to build wealth faster, because your savings contributions and their earnings grow without being taxed until you withdraw your funds.

You can save up to 18% of eligible pay through payroll deductions, depending on how much you earn. You can also save after-tax and enjoy tax-deferred earnings until you take out the money.

You have a range of investment choices in three tiers of funds.

**Tier I: Broad Strategy Funds** are diversified enough for any one of them to be one-stop shopping for your savings allocation.

- Balanced Fund—More Bonds
- Balanced Fund—Fifty/Fifty
- Balanced Fund—More Stocks

are six funds that invest in specific assets.

- Income Fund
- Enhanced Bond Fund
- U.S. Stock Fund
- International Stock Fund
- Small Company Stock Fund
- Xerox Stock Fund

**Tier III: The Marketplace Window** gives you access to a variety of mutual funds.

Your accounts are valued daily and you can make transactions as often as you wish. You have access to your money through certain loan and withdrawal provisions while you are employed.

18

X    00765

## HOW IT WORKS

The 401(k) savings plan, a component of the Xerox Corporation Profit Sharing and Savings Plan, is one of the key elements of your total retirement benefits. The others are your Retirement Income Guarantee Plan (RIGP) benefit, your Employee Stock Ownership Plan (ESOP) account, and the amount you will receive from Social Security. Experts agree that your personal savings are essential to having enough money when you retire.

One of the key ideas behind the *Total Pay* approach at Xerox is to give you a great deal of flexibility in how you use your benefits and the overall responsibility for using them effectively.

The 401(k) savings plan is designed to help you save over the long term for retirement. You may also use it for shorter-term goals, like borrowing from your account to pay for college tuition. When you participate in the plan,

- You can save money before you pay income taxes on it.

  Your savings are withheld from your pay before your federal income tax is calculated. That means your taxable income is lower, and so are your income taxes. Since you're paying less in taxes, you can save without missing all of the money.

- Your investment results are not taxed until a later date, when you withdraw your money.

  All of your earnings are reinvested in the plan so your money grows faster.

- You have a range of investment fund choices managed by highly qualified investment managers.

- Xerox has negotiated lower investment fees in many of the fund options.

- You can also save on an after-tax basis and your earnings will grow tax-deferred.

- You can enjoy the benefits of dollar-cost averaging by saving regularly through payroll deductions.

Each of these features alone can make your savings grow faster. Put them together and you have a powerful mechanism for building wealth.

19

X   00766

# Who is eligible?

You are eligible to begin saving in the 401(k) savings plan as of your date of hire.

## Before-tax contributions

You can save up to 18% of your pay annually through payroll deduction, depending on how much you earn. The maximum amount is subject to limits set by federal regulations, which can change.

Before-tax contributions are deducted from your pay before income taxes are withheld. The amount you save directly reduces your taxable income. You invest your savings in a range of investments that you select, based on your personal goals.

Because you enjoy special tax advantages that are designed to help you save over the long term, access to your funds before you retire is limited.

### Saving before taxes makes a big difference

Saving before you pay income taxes helps you save more money with less impact on your take-home pay.

| | Before-Tax Savings | No Savings |
|---|---|---|
| Monthly Pay | $ 2,916.67 | $ 2,916.67 |
| Before-Tax Savings | – 116.67 | – 0 |
| Taxable Income | $ 2,800.00 | $ 2,916.67 |
| Federal Income Tax* | – 349.28 | – 391.00 |
| FICA | – 223.17 | – 223.17 |
| Pay Before Other Taxes and Deductions | $ 2,227.55 | $ 2,302.50 |
| Difference in take-home pay | $74.95 | |

*Assumptions:
1997 tax estimates for a single person with one exemption, earning $35,000, saving 4% of pay, taking the standard deduction.

**Pay yourself first:** If you were saving $117 a month, you would be kicking in only $75 a month. The other $42—almost 40% of your total savings—is money that would have gone to pay taxes at this salary level and savings rate. So you get to keep that money working for you until you retire or withdraw from the plan.

You get to salt away much more than you'll miss in your take-home pay, making this a deal too good to pass up.

### Before-tax savings and profit sharing limits

Federal regulations impose a limit on the *combination* of before-tax savings and the portion of the profit sharing payout you can defer into the 401(k) savings plan. This amount is subject to change each year, depending on inflation. In 1998, it is $10,000.

### Savings limits for 1998

The federal government imposes overall limits, which are subject to annual change, on how much you can save in the 401(k) savings plan. The maximum tax-deferred saving in 1998 is $10,000.

| Xerox Earnings | Before-Tax | After-Tax | Maximum Before- and After-Tax |
|---|---|---|---|
| Up to $80,000 | 18% | 18% | 18% |
| $80,000 or more | 10% | 1% | 11% |

X   00767

# After-tax contributions

You can also save on an after-tax basis in the 401(k) savings plan. The earnings on your savings will grow tax-deferred as long as they remain in your account. You do not pay taxes on your after-tax contributions when you withdraw them. But you will owe income taxes on the money earned on those contributions when you withdraw your money. See page 58 for more information on how withdrawals from after-tax savings are taxed.

### Why make after-tax savings contributions?

You might use after-tax savings if you have reached the before-tax maximum. With no taxes to pay on investment results until you withdraw the money, your wealth has the potential to grow faster. After-tax saving gives you easier access should you need some of your money, even though you must pay income tax on the earnings portion of your withdrawal. In most cases, you will also be liable for a 10% additional tax on the taxable portion of your withdrawal. The 10% tax does not apply if you are age 59½ or older, or if one of the exceptions listed on page 68 applies. You may be required to file IRS Form 5329 to avoid this additional tax.

# Other ways to use the 401(k) savings plan

You can defer the cash portion of any profit sharing payout into the 401(k) savings plan.

If you have a 401(k) plan from a previous employer, you can roll it over into the Xerox 401(k) savings plan. You can do this as a direct rollover from your previous employer, through a conduit IRA that has not been commingled with other funds, or by certified or cashier's check within 60 days of receiving the funds from your previous employer.

When you retire from Xerox, you can roll over a lump-sum distribution from the Retirement Income Guarantee Plan (RIGP) into the 401(k) savings plan and continue to manage your money in the plan, even though you have retired.

When you are eligible to diversify your ESOP account, you can invest the diversified amount in any of the funds in the 401(k) plan. For more information about diversifying your ESOP, see page 38.

## Nondiscrimination tests

By law, Xerox must demonstrate that the 401(k) savings plan includes a fair mix of savings from all plan members and does not discriminate in favor of highly paid employees. At publication date, highly paid employees are defined under federal tax law as earning $80,000 or more. This definition is subject to change, based on increases in the Consumer Price Index and other criteria determined by the federal government. If you are a highly paid employee, your maximum savings rate will be reduced below the plan maximums for other employees. The Xerox Benefits Center will advise you of any adjustments to your maximum allowable savings rate.

X   00768

# Investment choices

To accommodate the broad range of employees' investment needs and goals, Xerox provides three tiers of investment choices.

The funds are listed in order of increasing risk within each tier.

## About Tier I and Tier II funds

The funds in Tiers I and II were created exclusively for Xerox employees. The Xerox Trust Investments professionals establish the investment guidelines and select the investment managers for the funds. These professional money managers also manage segments of the Xerox pension funds, so your contributions are managed with the same professionalism and rigor as the Company's money.

The Xerox Trust Investments group may select multiple managers with complementary investment styles for each fund. Having more than one manager adds a level of additional diversification that may help to improve the fund's performance.

All funds must pay administrative expenses and investment management fees. Historically, Xerox has maintained significantly lower expense ratios than comparable mutual funds. For the funds in Tier I and Tier II, Xerox uses the combined purchasing power of the pension fund and the 401(k) savings plan funds to negotiate what are, in essence, wholesale management rates. Management fees are paid from fund earnings, so these lower fees are an important factor in the overall performance of your funds.

## TIER I: BROAD STRATEGY FUNDS

The Broad Strategy Funds are three variations of Balanced Funds. These funds are the most diversified of all the Xerox fund options. In fact, any of the Tier I funds has an investment strategy broad enough for one-stop shopping. You may pick your desired level of risk, and choose any one of them to be your total savings portfolio. The Balanced Funds invest in stocks of U.S. companies, international stocks, a variety of bonds and fixed income securities, money market instruments, and private investments. Each fund varies in its ratio of stock to bond holdings. This ratio gives each fund a different risk and return profile.

**Balanced Fund—Fifty/Fifty** targets an equal amount of assets in stocks and bonds. This fund has a moderate risk and should generate a return somewhere between the Balanced Fund—More Stocks and the Balanced Fund—More Bonds.



**Balanced Fund—More Bonds** targets about 30% of fund assets in stocks and 70% in bonds. This is the most conservative mix of the three Balanced Funds. It will generally produce a steadier return, but the return will probably be lower than the other two Balanced Funds.

**Balanced Fund—More Stocks** targets about 70% of fund assets in stocks and 30% in bonds. Of the three Balanced Funds, this one has the highest potential for short-term fluctuations in value. It also has potential for the highest returns of the three Balanced Funds. This is the original Balanced Fund in which the Xerox pension assets are invested.

## Where to get more fund information

The Xerox 401(k) Savings Plan Investment Funds Guide accompanies *You and Xerox: WealthWise*; also available from the Xerox Benefits Center

The Investment Funds Annual Report, published by the Xerox Trust Investments group; mailed to you each year in March, or available from the Xerox Benefits Center

The Xerox Benefits Center
1-888-979-9961

Your Benefits Resources, the Xerox benefits Web site
http://resources.hewitt.com/xerox

## Caveat Emptor: Let the Buyer Beware!

We've said it before, but it bears repeating. Funds selected from Tier III place more responsibility on you to monitor your investment choices. Although the Xerox Trust Investments Group monitors fund performance in this tier, these funds have not been created specifically for Xerox. The Trust Investments group does not establish investment management guidelines for these funds as it does for the Xerox funds, nor does it select or structure a mix of investment managers. Although the funds selected for this tier are highly reputable, individuals who participate in Tier III funds must be comfortable assuming more responsibility for watching over their investments. Xerox recommends that you read the prospectus for each fund to understand the fund's investment strategy, expenses, and permitted investments before investing.

X  00769



Higher Potential
Risk/Return

Xerox
Stock Fund

Small Company
Stock Fund

International
Stock Fund

U.S. Stock Fund

Balanced Fund:
More Stocks

Balanced Fund:
Fifty/Fifty

Balanced Fund:
More Bonds

Enhanced
Bond Fund

Income Fund

Lower Potential
Risk/Return

How Tier I and Tier II funds rank in potential market risk and return

Risk/
Return

## TIER II: FOCUSED STRATEGY FUNDS

As the name implies, the six funds in Tier II focus on specific types of assets. One or more of these funds are best used in some combination with each other or with Tier I funds.



**The Income Fund** buys mostly short- to intermediate-term, high-quality bonds. It has a low short-term risk and relatively stable rate of return. It produces a lower long-term return than less conservative options.

**The U.S. Stock Fund** is a diversified portfolio of the stocks of large- and medium-sized U.S. companies. It has high long-term growth potential and moderate to large fluctuations in value in the short term.

**The Small Company Stock Fund** invests in stocks of businesses that are among the smallest 20% on the stock market. This fund has high long-term growth potential but may experience large fluctuations in value. It has greater potential for fluctuation than the U.S. Stock Fund.



**The Enhanced Bond Fund** is a diversified portfolio of bonds with an intermediate-term duration and a wider quality range than the Income Fund. About 30% of this fund is invested in high-yield, lower-quality bonds. It produces an anticipated higher long-term return than the Income Fund with slightly more risk.

**The International Stock Fund** is a diversified portfolio of the stocks of established companies based primarily in the economically developed countries within Europe and Asia. It has high long-term growth potential and moderate to large fluctuations in value. Currency movements are an added risk to this fund.

**The Xerox Stock Fund** invests only in Xerox common stock. Because this fund holds only Xerox stock, plus a small amount of cash for liquidity, it is not diversified and, therefore, involves special risks.

## TIER III: MARKETPLACE WINDOW

This window into the retail marketplace of mutual funds offers access to mutual funds outside of Xerox. The wide variety of mutual funds available includes a money market fund, index fund, and more stock and bond funds with a range of investment objectives. Fees and administrative expenses for many of the funds in the Marketplace Window may be higher than the fees for the funds in Tiers I and II.

To invest in funds in the Marketplace Window, you will need to speak with a representative at the Xerox Benefits Center. This representative can give you basic fund information and send you a prospectus. Be sure to read it before you invest. If you do not request a prospectus, one will be mailed to you as soon as you purchase shares in the fund.



# Fund valuations

The funds in the 401(k) savings plan are updated and valued every day that the New York Stock Exchange (NYSE) is open. Transactions placed before the NYSE closes (generally 4 p.m. Eastern time) will be executed at the prices in effect when the NYSE closes for that day. Transactions entered after the market close will be executed on the next market day, at that day's closing prices. The date your savings contributions are invested can vary; they are invested as soon as administratively possible.

Xerox policy prohibits employees from trading in Xerox common stock or any other Company securities. When you buy Company stock (other than exercising stock options), it should be for investment, meaning you intend to hold it for an indefinite period. Generally, you should not sell Company stock or transfer out of the Xerox Stock Fund for at least six months after you have invested in it.



**Checking your funds**

You can hear your balances and make transactions through the Xerox Benefits Center. And you can request a written Statement of Accounts at any time.

You also can access your fund balances and make transactions online at Your Benefits Resources Web site (http://resources.hewitt.com/xerox). You can access this site from any location where you have Internet access, whether from work, home, or another location.

Your Value Added Statement, which is mailed to your home each April, provides an annual summary of your accounts.

# Designating your beneficiary

You must designate a beneficiary to receive the value of your account in the event of your death. The Employee Retirement Income Security Act (ERISA) has established certain rules for married employees regarding designation of beneficiaries and how death benefits are paid. If you are married and designate someone other than your spouse as your beneficiary, you must have your spouse's written consent to do so. These rules are the same for the 401(k) savings plan as for the Xerox Retirement Income Guarantee Plan (RIGP) and the Employee Stock Ownership Plan (ESOP). They are described in more detail in "About your beneficiary" on page 41. Beneficiary designation forms are available from the Xerox Benefits Center.

# Loans and withdrawals

If you need access to your money before you retire or leave the Company, the 401(k) savings plan allows for loans and withdrawals from your savings and any profit sharing you have deferred into your savings account. After two years, the amount automatically deferred into the Xerox Stock Fund becomes available.

For more information, see the Loans and Withdrawals section on page 56 "Accessing your funds."

X   00771

# How the plans work

AT · A · GLANCE

**P**rofit sharing is a critical part of Xerox's *Total Pay* concept. It can add significantly to the total value you receive from the Company. It creates a link between your contribution to the Company's success and your compensation. And it gives you an ownership stake in Xerox through stock options and investments in the Xerox Stock Fund. You have the flexibility to make important decisions about how you receive the value of this important part of your total pay.

The profit sharing structure, effective in 1999, links the profit sharing contribution to growth in diluted earnings per share of Xerox common stock.

You receive your contribution in three components:

50% is paid to you in cash or—subject to IRS limits—you can defer all or a portion of this 50% into your 401(k) savings plan account

25% is automatically deferred into the Xerox Stock Fund

25% is provided in the form of stock options

The automatic deferral to the Xerox Stock Fund does not count toward your maximum contribution to the 401(k) savings plan.

Your stock options vest over three years (one-third each year). You can exercise them after they are vested. The exercise period expires eight years after the options are granted.

X   00772

# Who is eligible?

You are eligible to participate in the program if you have completed one year of service. To receive profit sharing for a calendar year, in most cases, you must be working for Xerox on December 31 of that year.

For example, if you were hired on June 1, 1998, you would complete a full year of employment on May 31, 1999. You would then be eligible to begin participating in the program. Your first profit sharing contribution would be based on your eligible pay from June 1, 1999 through December 31, 1999.

Your eligible pay includes your base pay plus overtime, commissions, and certain bonuses and lump-sum wages (exclusive of lump-sum salary continuance payments and prior to any before-tax savings and/or salary redirection).

You are eligible for profit sharing (except for stock options) on eligible pay for the year in which you retire or die while employed. You are also eligible for profit sharing (except for stock options) on eligible Xerox pay for the year in which you transition to employment in a Xerox subsidiary or XNE (Xerox New Enterprises) entity.

Eligible employees qualify for profit sharing while they are on short-term disability (up to five months). Beginning with profit sharing for 1999 (payable in 2000), employees who are receiving long-term disability benefits are not eligible for profit sharing until they return to work. This change will apply to *all* employees receiving long-term disability benefits, regardless of when the disability began.

If you terminate prior to December 31, you are not eligible for profit sharing for that year.

## Calculating your contribution

The profit sharing contribution can range between 0% and 15% of your eligible pay. The amount is linked directly to the growth in diluted earnings per share (EPS) from the previous year. This amount may vary from year to year. If growth in EPS from the previous year is less than 5%, the profit sharing contribution is zero.

### Earnings Per Share (EPS)

EPS is a critical indicator of a company's strength and earnings ability, and of its ability to attract and reward investors. EPS provides a good reflection of Xerox' performance and our actions. It gives a clear snapshot of our work effort and results.

EPS is defined as net income divided by the number of diluted shares outstanding. The use of "diluted" shares in this calculation accounts for the existence of stock options and other securities that could become Company stock, which can affect the number of shares outstanding at any given point. The growth in diluted EPS is reported each quarter, as part of Xerox's earnings release.



**The link between EPS growth and profit sharing**

The profit sharing contribution percentage is the same as EPS growth, within the minimum and maximum amounts. If EPS growth is 8%, the profit sharing contribution is 8% of your eligible pay. If EPS growth is 13%, the contribution is 13%, and so on, up to the maximum of 15%. If EPS growth is below 5%, there is no contribution. EPS growth is calculated to the nearest quarter percent (for example, 12.25%, 12.5%). When EPS growth is at least 5%, the minimum profit sharing contribution will be $100.

■ EPS growth

■ Profit sharing contribution % of eligible pay

X    00773



**What affects EPS?**

EPS can increase when net income goes up. This might be the result of an increase in revenue or a decrease in expenses. It can also increase when the number of diluted shares outstanding goes down—such as when the Company repurchases some of its stock.

EPS can decrease when net income goes down, either as a result of decreasing revenue or increasing expenses. It can also decrease when the number of shares outstanding goes up—such as when a Company issues more shares of stock or stock options.

**Net income:** Xerox's profit from continuing operations after all expenses and taxes, exclusive of special charges

**Diluted shares outstanding:** the number of shares of Xerox common stock available, including stock options and other securities that could become stock

## How profit sharing is paid

Your profit sharing contribution has three components:

50% is paid to you in cash or, at your election and subject to IRS limits, deferred into your 401(k) savings plan account

You can take all or some of this portion in cash or defer all or some of it to your 401(k) savings plan account in 1% increments. See page 22 for information about your investment choices in the 401(k) savings plan.

25% is automatically deferred into the Xerox Stock Fund

This amount must remain invested in the Xerox Stock Fund for at least two years. After that, it can be invested in another fund, borrowed, or withdrawn. When you withdraw these funds, you will owe taxes on the money plus, in most cases, an additional 10% tax.

This automatic deferral into the stock fund does not count toward your maximum 401(k) savings plan contribution ($10,000 in 1998).

25% is provided in the form of stock options

The first two components are covered under the terms of the Xerox Corporation Profit Sharing and Savings Plan, which is a tax-qualified plan governed by the Employee Retirement Income Security Act (ERISA). Eligible pay for these two components is capped at the federal limit for qualified plans ($160,000 in 1998). Profit sharing on pay in excess of the limit will be paid in cash.

The stock options are provided under the terms of the 1998 Employee Stock Option Plan, which is not a qualified plan and is not subject to ERISA. There is no cap on eligible pay.

X   00774

# About stock options

Stock options give you the right to buy shares of stock at a fixed price—the option price. The options remain in effect for eight years. This period is called the exercise period—the amount of time you have to exercise the stock options you receive as part of your profit sharing. The options expire at the end of this period.

After options are awarded, you become vested in the right to exercise them over a three-year period, at the rate of ⅓ each year. If you do not exercise your options by the end of the eighth year, they will expire.

Stock options are awarded only to employees who are actively at work. No options are awarded if you are on long-term disability or if you are receiving salary continuance. Nor will options be awarded for the year in which you retire or die. (Short-term disability does not affect your eligibility for stock options.)

| Definitions | |
| --- | --- |
| Exercise period | eight years from the year of the award |
| Vesting | the right to exercise your options |
| Vesting period | up to three years—you become vested in ⅓ of your options each year |
| Valuation date | the date on which the option price is set; the valuation date for all Xerox stock options awarded to employees is December 31 (or the last trading day in the year, if earlier) |
| Option price | the price at which you may purchase Xerox stock; it is the average of the high and low prices of the stock on the valuation date |
| Market price | the market price of Xerox stock on the day you exercise your options |

### How stock options are granted

If your total profit sharing allocation is $6,000, you know that you'll get 50% ($3,000) in cash, which you can elect to defer to your 401(k) savings plan account. You also know that 25% ($1,500) will be automatically deferred to the Xerox Stock Fund. Finally, you know that you'll get another 25% of your profit sharing, or $1,500 worth, in stock options. But figuring out how many options you'll receive is not obvious.

There are a couple of different ways to calculate the number of options. First is the shortcut method, which is shown in the box below. For this example, the option price—the average of the high and low prices of the stock on the valuation date—is $100. (The option price is the price at which you may purchase Xerox stock when you are vested.)



| Shortcut method | | |
| --- | --- | --- |
| Total Profit Sharing Allocation / Option Price | = | Number of **Options Granted** |
| $6,000 profit sharing allocation / $100 option price | = | 60 options granted at $100 option price |

X   00775

The second method involves two steps and a little more math, but it will help you understand how stock options are "valued." Xerox assigns a "value" to stock options, to determine how many options to award to eligible participants. For profit sharing options, Xerox "values" each option at 25% of the option price.



So here's the second formula for calculating the number of options awarded.

**Step 1**

| Option Price x 25% | = | "Value" of Each Option |
|---|---|---|
| $100 x 25% | = | $25 |

**Step 2**



$$\frac{\text{Profit Sharing Payable in Stock Options}}{\text{"Value" of Each Option}} = \text{Number of Options Granted}$$

$$\frac{\$1,500 \text{ profit sharing payable in stock options}}{\$25} = \text{60 options granted at \$100 option price}$$

Both methods give the same answer—60 options to purchase Xerox stock at $100 a share. The shortcut method works because the total profit sharing allocation is four times the amount payable in stock options, and the option price is four times the "value" of each option.

**Rounding**

Fractional options are rounded by adding 0.5 and dropping the remainder. For example:

22.57 options – 0.5 = 23.07 rounds to 23

22.34 options + 0.5 = 22.84 rounds to 22

**Cashing in**

Let's say you received 60 options with an option price of $100. Three years later, when you decide to exercise half of your options, Xerox common stock is selling for $140 a share. You exercise 30 options at $140. You make $40 a share, for a total of $1,200. You will owe federal taxes on this gain.

### Earning money from stock options

If the price of Xerox common stock goes up, you benefit from options when you exercise them—when you buy and sell, or buy and hold, the stock. Your gain is the difference between the market price of the stock and the option price. You profit from the difference. You can exercise your options any time after you are vested in them, until they expire.

All stocks fluctuate in price. If the stock price falls below the option price, there is no value to the stock option.

Although Xerox common stock has increased in value in the recent past, there is no guarantee that it will continue to do so. For more information about understanding stocks and how they perform, see "Making the plans work for you," beginning on page 4.

29

## Exercising stock options
When you exercise your options, you can do so in a "cashless" transaction.

When you exercise them in this way, you are in effect buying shares and immediately selling them. A broker handles the transaction for you and charges a nominal fee for this service. Your profit equals the difference between the market price and the option price, minus the broker's fee and taxes. A brokerage firm serves as the stock option administrator for Xerox.

If you choose, you can also use your own funds to purchase and sell the shares or purchase and hold the shares. If you buy and hold the shares, you must also pay applicable taxes from your own funds.

The following table shows how options vest and accumulate over time. After the eighth year, a certain number of options will expire each year if they are not exercised.

| | | | | Accumulating ownership | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grant Year | Employee Earnings | Stock Options Granted | Option Price | Year 1 1999 Options Vested | Year 2 2000 Options Vested | Year 3 2001 Options Vested | Year 4 2002 Options Vested | Year 5 2003 Options Vested | Year 6 2004 Options Vested | Year 7 2005 Options Vested | Year 8 2006 Options Vested | Year Options Expire |
| 1999 | $40,000 | 40 | $100 | 0 | 13 | 27 | 40 | 40 | 40 | 40 | 40 | 2006 |
| 2000 | $42,000 | 38 | $110 | | 0 | 13 | 26 | 38 | 38 | 38 | 38 | 2007 |
| 2001 | $44,100 | 36 | $121 | | | 0 | 12 | 24 | 36 | 36 | 36 | 2008 |
| 2002 | $46,305 | 35 | $133 | | | | 0 | 12 | 24 | 35 | 35 | 2009 |
| 2003 | $48,620 | 33 | $148 | | | | | 0 | 11 | 22 | 33 | 2010 |
| 2004 | $51,051 | 32 | $161 | | | | | | 0 | 11 | 22 | 2011 |
| 2005 | $53,604 | 30 | $177 | | | | | | | 0 | 10 | 2012 |
| 2006 | $56,284 | 29 | $195 | | | | | | | | 0 | 2013 |
| Total Stock Options Vested | | | | 0 | 13 | 40 | 78 | 114 | 149 | 182 | 214 | |
| Stock Price at Beginning of Year | | | | | $110 | $121 | $133 | $146 | $161 | $177 | $195 | |

Assumptions:

Eligible earnings: $40,000
Annual pay raise: 5%
Rate EPS grows annually: 10%
December 31, 1998 common stock price: $100
Annual stock price growth: 10%
1999 grant based on the profit sharing structure effective in 1999, not 1998 transition.

In this example, by year eight, the employee has accumulated 214 options that can be exercised at a market price of $195 per share.

The chart on the next page shows the options "piling up" as they vest.

X   00777

**Vesting in your options and exercising them**

This chart shows how options awarded from 1999 to 2006 vest through 2007. The dollar amount at the top of each column shows the gross profit if all the vested options were exercised at the beginning of the year. These amounts are not cumulative. Once a stock option has been exercised, it's gone.

Taxes are due on your profit at the time of exercise, along with a nominal broker's fee. If you exercise and hold the stock, there is no broker's fee, but you still must pay income tax on this amount at the time of exercise.



**Vesting schedule**

- 2006 grant
- 2005 grant
- 2004 grant
- 2003 grant
- 2002 grant
- 2001 grant
- 2000 grant
- 1999 grant

$14,343
$9,996
$6,663
$4,192
$2,062
$710
$130
$0

1999    2000    2001    2002    2003    2004    2005    2006    2007

These options, awarded in 1999,
expire if they're not exercised
by December 31, 2006

31

# Tax withholding

The full amount of the 50% of your profit sharing contribution that you take in cash or defer to your 401(k) savings plan account is subject to FICA withholding (currently 7.65%), whether or not you defer any or all of it to your 401(k) savings plan account.

If you choose to split the cash portion of your profit sharing contribution by deferring some to your 401(k) savings plan account and taking the balance in cash, the entire amount of FICA due on the cash and deferred portion will be withheld from your cash payout. This allows you to invest the full amount you deferred. You will owe income taxes on the amount you receive in cash. But deferred amounts are not subject to federal income tax until you withdraw them.

No FICA taxes are due on the portion automatically deferred to the Xerox Stock Fund or the portion granted as stock options. Proceeds from exercising your stock options—the market price minus the option price, times the number of shares exercised— are taxable at that time.



32

X   00779

# When you leave Xerox or go on long-term disability

If you leave Xerox prior to December 31, you are not eligible to receive profit sharing for the year in which you terminate. When you retire, you will be eligible for a prorated profit sharing contribution (except for stock options), if any, for the year you retire, even if you do not stay to the end of the year. If you die while actively employed at Xerox, your properly designated beneficiary will receive your profit sharing contribution (except for stock options), if any, for the year of your death. The profit sharing contribution in the year you retire or die will be based on your eligible earnings for the year to the date of your death or retirement.

Beginning with profit sharing for 1999 (payable in 2000), long-term disability benefits are not eligible for profit sharing. This change applies to all employees on long-term disability, regardless of when the disability began.

If you become disabled, your profit sharing contribution will be based on your earnings up until you begin receiving payments from Xerox Long-Term Disability (after five months). Payments under long-term disability are not eligible for profit sharing. For example, if you become disabled on March 1, your five months of pay under Xerox Short-Term Disability (March through July) are eligible for profit sharing. Payments beginning August 1 under long-term disability are not eligible if you are currently receiving long-term disability benefits. You will not be eligible for profit sharing contributions until you return to work.

If your disability continues and you go on "inactive status without Xerox pay or benefits," your participation in profit sharing ends. If you are retirement eligible (age 55 with 10 years of service), you have 12 months to exercise your vested options—or until the options expire, if sooner. Otherwise, you have three months to exercise your vested options—or until the options expire, if sooner. See page 30 for more information.



**Accessing your funds**

For information about how to access your funds, see page 55.

## Designating your beneficiary

You must designate a beneficiary to receive the value of your account in the event of your death. The Employee Retirement Income Security Act (ERISA) has established certain rules for married employees regarding designation of beneficiaries and how death benefits are paid. These rules apply only to the components paid through the Xerox Corporation Profit Sharing and Savings Plan. They are described in more detail in "About your beneficiary" on page 41. Forms are available from the Xerox Benefits Center.

> ### 1998: A transition year
>
> Nineteen ninety-eight is a transition year between the former plan and the new profit sharing structure. Special rules apply to 1998 before the new structure takes effect in 1999.
>
> For 1998, you will receive half of your profit sharing contribution in cash, which goes into the 401(k) savings plan, as before. The other half will come to you in the form of stock options. The 1998 profit sharing contribution will be the final year that the contribution is determined by Return on Assets. The previous plan maximum of 10% of covered compensation will remain in place for the 1998 contribution.
>
> If you retire in 1998, a special contribution structure applies only for that year. You will receive a profit sharing contribution of 50% in cash or deferred to the 401(k) savings plan, and the remaining 50% in cash in lieu of stock options.
>
> Reminder: For 1998, 50% of your profit sharing pays out will be in stock options, not 25%. If you use the shortcut method to estimate the number of options you'll receive, remember to multiply by 2.
>
> For example, if the 1998 profit sharing contribution is 10%, your eligible pay is $36,000, and the option price is $100, you'll receive 72 options.
>
> $$\left( \frac{\$3,600}{\$100} \times 2 = 72 \right)$$

HOW THE PLANS WORK PROFIT SHARING

# How the plans work
# Employee Stock
# Ownership Plan

## AT A GLANCE

**X**erox provides the opportunity to own Company stock and participate in the Company's financial performance through the Employee Stock Ownership Plan (ESOP). This plan provides an additional source of retirement income paid entirely by Xerox.

Under the plan, you become a Xerox shareholder through the shares of Xerox Series B convertible preferred stock that are set aside in your name. The ESOP is designed as a long-term savings plan, so shares are held in your account until you retire or leave the Company, or diversify your account. For more information about the diversification election, see page 38. One share of ESOP stock converts to three shares of Xerox common stock at the time of distribution, because of the three-for-one stock split in 1996.

You receive stock in two ways:

- A priority allocation pays the dividends earned by the shares in your account. Each share pays a dividend of $6.25 per year.
- A pay-based allocation is made after the priority allocation.

Your ESOP shares have a "floor" price of $78.25 per share. They are never worth less, but they can be worth more. When you settle with the plan at retirement or termination, your allocation will be the greater of the minimum value or the current market value, based on three times the Xerox common stock for every share of ESOP stock.

# Who is eligible?

You are eligible to participate in the plan on the day after you complete one year of service.

For example, if you joined Xerox on June 1, 1998, you would be eligible to participate in the plan on June 1, 1999. Your first ESOP award would be a pay-based allocation, based on your eligible pay from June 1, 1999 through December 31, 1999. In subsequent years, you would receive the priority allocation (see below) and any pay-based allocation.

You receive the value of your account when you leave Xerox if you have at least five years of vesting service. If you have less than five years of service and you leave Xerox, you forfeit the value of your account.

## How your ESOP account grows

The plan was created in 1989 with about 10 million shares of Series B convertible preferred stock to be allocated over a 15-year period. Each year, the plan releases a portion of ESOP stock to be allocated to employee accounts. Employees who retire or die receive prorated allocations for the year in which they retire or die. Employees who transition to a Xerox subsidiary or XNE entity are also eligible for prorated allocations. Otherwise, you must be employed by Xerox on December 31 to receive that year's pay-based allocation.

Beginning with the allocation for 1999, employees who are on long-term disability are not eligible for pay-based allocations.

Allocations are made to your account in two ways.

**Priority allocations**
Each share of ESOP stock pays a dividend of $6.25 per year. The dividends that the shares in your account earned during the previous year are paid in more shares. The term *priority allocation* means that these shares are allocated before any pay-based allocations are made.

The number of shares in your priority allocation is determined by a formula. First, the dividends earned by the stock in your ESOP account are divided by the total dividends earned on the stock in all participants' accounts. Then, this fraction is multiplied by the total number of shares available for the priority allocation. The result is the number of shares allocated to your account.



Dividends on Stock
in Your ESOP Account





Total Amount of Dividends
on All Allocated Shares



Number of Shares Available
for Priority Allocation



Number of Dividend
Equivalent Shares
Allocated to Your Account

### The more shares in your account, the higher your priority allocation will be.

If you defer settlement of your ESOP account when you terminate or retire, your account will continue to earn dividends and receive priority allocations.

## Pay-based allocations

After the annual priority allocation, Xerox makes an allocation to your account based on your pay.

The number of Series B convertible preferred shares allocated to your account will be determined by a formula. First, your eligible pay is divided by the total pay of all Xerox ESOP participants. This fraction is multiplied by the total number of shares available for pay-based allocation. The result is the number of shares allocated to your account.


Your Eligible Pay




Number of Shares Available
for Pay-Based Allocation


Number of
Pay-Based Shares
Allocated to Your **Account**


Total Eligible Pay of All
ESOP Participants

The more you earn (subject to IRS limitations), the higher your pay-based allocation will be. However, as the number of shares in employee accounts grows, a greater percentage of the total available shares will be used to meet the priority allocation. This means that each year, fewer shares will be available for the pay-based allocation. [ ] for determining plan benefits is capped at the federally mandated limit ($ 160,000  1998) for qualified plans.

# The value of your account

Each share of ESOP stock has a guaranteed "floor price" of $78.25. Your shares of ESOP stock will never be worth less than this amount. Each year, as you receive more shares, your account value grows by at least $78.25 per ESOP share received.





While each share's value cannot go below $78.25, it can be higher. If the price of three shares of Xerox common stock is greater than $78.25 when you leave Xerox, you receive this greater value. (Remember that one ESOP share is convertible to three shares of Xerox common stock.)