# Exhibit A

# Part 2

The following example, based on having 100 ESOP shares in your account, shows how your distribution would be made, by comparing the minimum and market values of your account.

**You receive whichever gives you the greater value.**



Minimum value = $7,825

100 shares x $78.25 = $7,825 the guaranteed floor price

Your ESOP stock is never worth less than this amount.

If you elect to receive your distribution in shares of Xerox common stock

You receive 100 x 3 = 300 shares

Market value = $28,500

If the market value of Xerox common stock is $95, you would receive

100 ESOP shares x 3 = 300

300 x $95 = $28,500

1 ESOP share = 3 shares of Xerox common stock

The value of your account increases with the value of Xerox common stock, so you have an important stake in increasing the stock's value. Over time, its growth can increase the value of all the shares in your account. The value of your account also increases with each year's allocation. And you pay no taxes on your account's value until you receive it.

## Stock rights

Only the trustee can hold ESOP stock. You cannot access the ESOP stock in your account. But as a plan participant, you are entitled to instruct the trustee how to vote the shares allocated to your account and whether to tender or exchange these shares in any tender or exchange offer.

Each year, prior to the annual meeting of shareholders, you will receive a proxy ballot. You use it to instruct the trustee how to vote your allocated shares on all proposals to Xerox shareholders. If you fail to instruct the trustee how to vote, the trustee will vote the shares in your account for you. The trustee will vote your shares—and all other unvoted and unallocated shares—in the same proportion as participants voted their allocated shares. This proportional voting means that Xerox employees control the voting of all Series B convertible preferred shares held in the ESOP.

In the event of a tender or exchange offer for Series B convertible preferred stock, you are entitled to instruct the trustee whether or not to tender or exchange the shares. In the event you do not instruct the trustee, you will be deemed to have elected not to tender or exchange, unless otherwise required below.

# Diversification election

As you near retirement, the federal government allows you to diversify your ESOP holdings. When you turn age 55 and have ten years of participation in the ESOP or any time within five consecutive years after this occurs, you may have 25% of your account value distributed to you while you continue to work at Xerox. The first year that participants will have 10 years of participation is 1999.

During the fifth year, eligible participants may elect to diversify an additional 25%, for a total of 50%.

You can diversify into the Xerox 401(k) savings plan and invest in the fund of your choice, as a way to continue to postpone taxes. Or you can elect to receive a lump sum (eligible for rollover to an IRA) or shares of Xerox common stock. If you take cash or shares of Xerox common stock, you will be liable for taxes on the diversification distribution.

This provision gives you added flexibility to diversify and manage your financial resources as you get closer to retirement. Any cash or stock distribution that is not rolled over is taxable in the year it is made. You must elect this diversification within the first 90 days of any plan year after you become eligible to diversify. Diversification transactions will be processed by the Xerox Benefits Center only during this 90-day period.

## Federal limits

The ESOP is a qualified plan and is subject to federal contribution limits and nondiscrimination requirements. Pay in excess of the federal limit ($160,000 in 1998) is not eligible for contributions under the terms of the ESOP.



# Designating your beneficiary

You must designate a beneficiary to receive the value of your account in the event of your death. The Employee Retirement Income Security Act (ERISA) has established certain rules for married employees regarding designation of beneficiaries and how death benefits are paid. If you are married and designate someone other than your spouse as beneficiary, you must have your spouse's written consent. These rules are described in more detail in "About your beneficiary" on page 41. Forms are available from the Xerox Benefits Center.



Accessing your funds

For information about how you can receive the value of your ESCIP account when you terminate or retire, see page 62.

# How the plans work
# Retirement
## Income
# Guarantee Plan

**AT A GLANCE**

The Xerox Retirement Income Guarantee Plan (RIGP) is the Xerox pension plan, designed to provide you with a foundation of income during your retirement. It is a defined benefit plan with an individual account feature. Your pension benefits are supplemented by your Social Security benefits, your ESOP benefit, and your savings in the 401(k) savings plan. You do not make contributions to your retirement benefit under RIGP.

Your benefit is based on your pay and your years of benefit service. Xerox uses several ways to calculate your benefit and gives you the one that yields the highest result.

- The retirement plan formula is based on the average of your highest pay and your years of benefit service.
- The Cash Balance Retirement Account is an account to which Xerox credits equal to 5% of your eligible pay. It earns annual interest, which
- If you were hired before 1989, you may also have a Transitional Retirement Account changes daily, based on the investment results of the funds in which as of December 31, 1989.

Normal retirement is defined as retirement at age 65. You can take early retirement between and 65 if you have at least 10 years of vesting service.

You have a number of options for taking your distribution. You may take it and the taxes due, or you can roll it over into the 401(k) savings plan and can choose an annuity to provide a regular monthly income for your life normal form of payment is a 50% joint and survivor annuity. In other spousal consent.

# Who is eligible?

If you are an employee of a Xerox participating organization, you start earning vesting service and benefit service as of your first day of work. Xerox pays the entire cost of providing your retirement income under RIGP.



**Vesting service**

Vesting service is defined as time worked for the Company that counts toward eligibility to receive a benefit and eligibility for retirement. Vesting service is important at three different times as shown to the right.

| At five years, when you become vested in your plan benefit | At fifty-five... retirement... | ...years, which ...reflect the reduction ...early retirement |
| --- | --- | --- |

## Benefit eligibility

When you have completed five years of ves... ...p entitled to a benefit from the plan. You are ... ... when you have reached age 55 and completed 10 ye... ...service. Normal retirement is the first day of the mo... after y... ...h age 65. If your 65th birthday falls on the first of the month, ... normal retirement falls on that day. There is no man... ...y retire... ...ge.

You become fully vested in your RIGP benefit... age 65, ... ...ss your years of vesting service.

For information about how vesting servic... ...fi... ...vice are calculated when you left Xerox and were sub... ...red, see "Reemployment" on page 49.

**Benefit service**

Benefit service is defined as all of your years of active employment with Xerox. It does not include certain leaves of absence, times you did not work for the Company, and service as a contract employee. Time worked at Xerox as a contract employee will count toward vesting, but will not count as benefit service. Benefit service is used in calculating the retirement plan formula.

## About your beneficiary

The Employee Retirement Income Security Ac... (ERISA... ...tablished certain rules for married employees regar... ...n of beneficiaries and how death benefits are paid.

- If you are under 35 years old and are m... your ... ... automatically your beneficiary.

- After you reach age 35, you may des... ... ...other than your spouse as your benefici... ... ...ve your spouse's written and notarized ... ...

- If you are married and designate some... ... ...your spouse as your beneficiary without h... ... ... spouse's consent, this designation... ...Y... ... ...plete a new beneficiary designation fo... ... ...written, notarized consent. Contact th... ... ... Center for forms and more informati...

- If you die prior to retirement, your sp... ... ...an... ... right to 50% of any retirement incom... ... ...d have been payable to you had you reti... ... ...ay... ...y... death. (The retirement income suppl... ... ... ...nt between the higher of your Cash Bala... ... ...g... ... Retirement Account and the retire... ... ... by the retirement plan formula, when t... ... ... formula benefit is higher.)

# Calculating your benefit for the best result

The Xerox Benefits Center calculates your benefit several ways, and selects the one that pays you the most money. Your benefits will be calculated according to the following methods, including a special formula if you have exceptionally long service.

**The retirement plan formula**
The formula uses your average eligible pay during your five highest-paid calendar years with Xerox and your years of benefit service.



In calculating your highest-average pay, the plan only considers annual amounts up to a federally mandated limit, which is $160,000 in 1998. This limit is subject to change.

Your eligible pay includes your annual base salary plus overtime, commissions, certain bonuses, and lump-sum wages (exclusive of lump-sum salary continuance payments and prior to any before-tax savings and/or salary redirection).

You must have worked on the last day of the year for that year's pay to be used in your highest-average pay.

**Highest-average pay**

To calculate your highest-average pay, find the five complete calendar years of employment with Xerox (after 1974) during which your pay was highest. The years need not be consecutive. The average pay of these five years is used in the formula.

Your highest-average pay is shown each year in your Value Added Statement.

**Alternative method for long-service employees**
If you have exceptionally long service, this alternative method may produce a higher benefit. It does not limit your years of benefit service to 30.



Here are three examples of how the retirement plan formula benefits would be calculated, based on age and years of benefit service at retirement.

**Retirement at age 65 or older with 30 or more years of benefit and vesting service**

| Normal Retirement | |
| --- | --- |
| Highest-average pay $36,000 x 1.4% | $    504 |
| Years of benefit service | x    30 |
| Annual retirement benefit from Xerox | $15,120 |

Your annual retirement benefit will be supplemented by the value of your ESOP account, your savings in the 401(k) savings plan, and Social Security.

**Retirement at age 65 or older with less than 30 years of benefit and vesting service**

| Calculated the Same As Normal Retirement | |
| --- | --- |
| Highest-average pay $36,000 x 1.4% | 504 |
| Years of benefit service | |
| Annual retirement benefit from Xerox | 12,096 |

Your annual retirement benefit will be supplemented by the value of your ESOP account, your savings in the 401(k) savings plan, and Social Security.

**Retirement at age 65 or older with 44 years of benefit and vesting service**

| Alternative Formula for Long-Service Employees | |
| --- | --- |
| Highest-average pay $36,000 x 1% | $    360 |
| Years of benefit service | x    44 |
| Annual retirement benefit from Xerox | $15,840 |

Your annual retirement benefit will be supplemented by the value of your ESOP account, your savings in the 401(k) savings plan and Social Security.

# Early retirement reduction

**For early retirement with 30 or more years of vesting service at age 55 or older:**

- The retirement plan formula benefit is reduced by 5% (¹⁄₁₂ of 5% for each month) for each year (or portion of a year) that you begin receiving benefits before age 62.

**For early retirement with less than 30 years of service at age 55 or older:**

- The retirement plan formula benefit is reduced by 5% (¹⁄₁₂ of 5% for each month) for each year (or portion of a year) that you begin receiving benefits before age 65.

The early retirement reduction will be applied if you elect to receive your retirement plan formula benefit before age 65, or before age 62 with 30 or more years of vesting service.

Here's how retirement plan formula benefits would be calculated, based on age and years of benefit service for early retirement.

| | |
|---|---|
| **Early Retirement** | |
| Highest average pay | $ 504 |
| Years of benefit service | x   25 |
| Annual retirement benefit | $12,600 |
| Minus early retirement (60 months x ¹⁄₁₂ x ...) | - 3,150 |
| Annual retirement benefit from Xerox | $ 9,450 |

| | |
|---|---|
| Retirement at age 55 (120 months before age 65) with 25 years of vesting and benefit service | |
| **Early Retirement** | |
| Highest average pay $36,000 x ... | |
| Years of benefit service | |
| Annual retirement benefit payable at age 65 | |
| Minus early retirement reduction (120 months x [¹⁄₁₂ x .05] = 50%) | |
| Annual retirement benefit payable from Xerox at age 55 | |

**Estimating your retirement plan formula benefit**
To estimate your annual retirement benefit from the retirement plan formula, multiply your highest-average pay (the average of your highest five complete calendar years) by the percentage indicated for your age and service.

| Benefit service | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 |
|---|---|---|---|---|---|---|---|---|
| 30 | 27.3% | 29.4% | 31.5% | 33.6% | 35.7% | 37.8% | 39.9% | 42.0% |
| 29 | 20.3 | 22.3 | 24.4 | 26.4 | 28.4 | 30.4 | 32.5 | 34.5 |
| 28 | 19.6 | 21.6 | 23.5 | 25.5 | 27.4 | 29.4 | 31.4 | 33.0 |
| 27 | 18.9 | 20.8 | 22.7 | 24.6 | 26.5 | 28.4 | 30.2 | 32.1 |
| 26 | 18.2 | 20.0 | 21.8 | 23.7 | 25.5 | 27.3 | 29.1 | 30.9 |
| 25 | 17.5 | 19.2 | 21.0 | 22.8 | 24.5 | 26.3 | 28.0 | 29.8 |
| 24 | 16.8 | 18.5 | 20.2 | 21.8 | 23.5 | 25.2 | 26.9 |  |
| 23 | 16.1 | 17.7 | 19.3 | 20.9 | 22.5 | 24.2 | 25.8 |  |
| 22 | 15.4 | 16.9 | 18.5 | 20.0 | 21.5 | 23.1 | 24.6 |  |
| 21 | 14.7 | 16.2 | 17.6 | 19.1 | 20.5 | 22.0 | 23.5 |  |
| 20 | 14.0 | 15.4 | 16.8 | 18.2 | 19.6 | 21.0 | 22.4 |  |
| 19 | 13.3 | 14.6 | 16.0 | 17.3 | 18.6 | 20.0 | 21.3 |  |
| 18 | 12.6 | 13.9 | 15.1 | 16.4 | 17.6 | 18.9 | 20.2 |  |
| 17 | 11.9 | 13.1 | 14.3 | 15.5 | 16.7 | 17.8 | 19.0 |  |
| 16 | 11.2 | 12.3 | 13.4 | 14.6 | 15.7 | 16.8 | 17.9 |  |
| 15 | 10.5 | 11.6 | 12.6 | 13.6 | 14.7 | 15.8 | 16.8 |  |
| 14 | 9.8 | 10.8 | 11.8 | 12.7 | 13.7 | 14.7 | 15.6 |  |
| 13 | 9.1 | 10.0 | 10.9 | 11.8 | 12.7 | 13.6 | 14.5 |  |
| 12 | 8.4 | 9.2 | 10.1 | 10.9 | 11.8 | 12.6 | 13.4 |  |
| 11 | 7.7 | 8.5 | 9.2 | 10.0 | 10.8 | 11.6 | 12.3 |  |
| 10 | 7.0 | 7.7 | 8.4 | 9.1 | 9.8 | 10.5 | 11.2 |  |

**Your Cash Balance Retirement Account (CBRA)**

While the retirement plan formula generally begins to produce a significant benefit only after many years of service, your Cash Balance Retirement Account (CBRA) can grow to a substantial cash value quickly. Over time, it may grow to a retirement income value that is greater than the one produced by the retirement plan formula. This account may produce a higher benefit if you leave Xerox before you are eligible for early retirement.

Each year, Xerox credits your account with an amount equal to 5% of your eligible pay. Your employer credit is made on the last day of February for the previous year. If you retire or terminate during the year, your employer credit on eligible pay is made on the *later* of the last day of February following the year of your retirement or termination, or the date you settle with the plan.

Your account also earns interest, which is set annually at a fixed rate. The rate is equal to the average effective yield of the one-year Treasury bill as of the first business day of each of the 12 months of the preceding year, plus 1%. For added stability, the crediting rate also has a two percentage point floor—it can never be more than two percentage points lower than the prior year's crediting rate.

If you were with Xerox before 1989, you may have had a balance in the Profit Sharing Retirement Account, which was part of the Profit Sharing and Savings Plan before the plan was revised in 1990. That balance was credited to your CBRA, along with the Profit Sharing Retirement Account contribution for 1989.

When you retire, die, or leave the Company, your employer credits will stop, but your account will continue to earn interest until you settle with the plan. Your Cash Balance Retirement Account will be valued when you settle with the plan. For more information on the valuation date, see page 63.



**No withdrawals**

Because the purpose of RIGP is to provide you a lifetime income at retirement, no loans or withdrawals are permitted.

**You can take it with you**

Your Xerox retirement benefits are portable. In addition, you don't have to have long tenure to get a retirement benefit. Your CBRA balance is likely to produce a higher benefit in the short term. That means if you leave Xerox before you retire, you can take a higher retirement benefit with you than might have been produced by the retirement plan formula.

**Your Transitional Retirement Account (TRA)**

If you were hired before 1989, your RIGP benefit is calculated yet another way, as the benefit value provided by your Transitional Retirement Account (TRA).

When plan changes were made in 1990, your Profit Sharing Retirement Account balance was transformed to this account as of December 31, 1989. Your Profit Sharing Retirement Account contribution for 1989 was also added to this account.

No further contributions or employer credits are made to this account. Your TRA balance fluctuates from the investment results of the fund in which your account was invested as of December 31, 1989. (For most participants, their TRA is invested in the Balanced Fund—More Stocks. A few participants may have a portion of their TRA balance invested in the Income Fund. If you have a TRA balance, your Value Added Statement indicates where your account is invested.)

Your account value will continue to share in investment results until you settle with the plan. The valuation date is dependent on a number of factors, which are explained in more detail on page 63.

## Compare the calculations

If you leave Xerox with five or more years of vesting service, the retirement plan formula is used to calculate your benefit payable at age 65. Then your balances in the Cash Balance Retirement Account and the Transitional Retirement Account (if you have one) are actuarially converted to an annuity so they can be compared to the benefit derived from the formula. (If you request a retirement benefit estimate from the Xerox Benefits Center, it will compare monthly benefits. For simplicity, the examples below show annual benefits.) Whichever method provides the greater amount will be the basis for the benefit you receive from RIGP.

Let's assume you retire at age 65 and your annual benefit from the retirement plan formula is $15,600.



In this case, the retirement plan formula generates the highest benefit. Your retirement benefit would be equal to the formula amount.

☑ Retirement Plan Formula

**$15,600**

☑ Cash Balance Retirement Account

**$12,000** (actuarially equivalent annual benefit)
$120,000 account balance

☒ Transitional Retirement Account

**$10,800** (actually equivalent annual benefit)
$108,000 account balance



The Cash Balance Retirement Account generates the highest annual amount in this case, so your benefit would be fully funded by the value of your Cash Balance Retirement Account.

☑ Retirement Plan Formula

$15,600

☑ Cash Balance Retirement Account

$16,000 (actuarially equivalent annual benefit)
$167,000 account balance

☒ Transitional Retirement Account

$10,800 (actual equivalent annual benefit)
$108,000 account balance



The interest rate used in the calculation of actuarial equivalent value of your Cash Balance Retirement Account and the Transitional Retirement Account is established by the federal government and is subject to change each year.

X   00794

# Factors that could affect your retirement benefit

These factors do not apply to all employees. You should read this section carefully to determine which—if any—apply to your situation. If you have any questions about how your benefit could be affected, call the Xerox Benefits Center.



### Prior distributions

The amount you receive will be reduced if you had previously left the Company and received a distribution at that time. For more information about prior distributions, see page 51.



### Maximum benefits

Federal law imposes certain limits on the benefits that may be paid to any plan participant, including limitations in the event a participant is also covered by another of the Xerox plans. If you are eligible for benefits from other Xerox retirement plans, including predecessor plans, your retirement benefit could be reduced to account for the amount you will be receiving from those plans.



### Qualified Domestic Relations Order

Your benefit will be reduced if Xerox has accepted a Qualified Domestic Relations Order to distribute a portion of your funds to an alternate payee. For more information, see page 70.



### Provisional supplement

The current retirement plan formula, introduced in 1990, provides most employees with a retirement income guarantee that is better than or equal to the benefit under the previous formula. For a few highly paid employees, the new formula could result in a lower minimum guarantee. To ensure that all employees who were employed on December 31, receive at least the previous guarantee, Xerox will make up the difference with a provisional supplement. The supplement will be the difference between the benefit from the previous and current retirement plan formulas if the difference is not made up by benefits payable from other sources. The previous formula benefit will be calculated using the same highest-average pay with the same limits on eligible pay. The provisional supplement is not available to employees hired after December 31, 1989. Payment of any provisional supplement is made outside the qualified plan and will be in the form of a lump sum only, at about the time you take your RIGP benefit.

×  0.7805

## If you leave Xerox

If you leave Xerox before you have five years of vesting service, you do not receive a benefit from RIGP.

If you leave Xerox after five years but before you are eligible for early retirement, you have several options for receiving your benefit immediately, or you can defer payment until a later date. If the value of your benefit is $5,000 or less, you will automatically receive your benefit as a lump sum. If you defer settlement, the Cash Balance Retirement Account will continue to earn interest and the Transitional Retirement Account will continue to fluctuate based on investment results.

You can receive the value of your benefit or you can defer payment until a later date. If you receive benefits before age 65 (or before age 62 with 30 years of vesting service), the early retirement reduction will be applied to your retirement plan formula benefit before it is compared to the value of the Cash Balance Retirement and Transitional Retirement Accounts.

## Reemployment

A "break in service" occurs when you have missed 12 consecutive months of work, as measured from the date of retirement or termination.

- If you terminate and you return to work at Xerox before a break in service occurs, the time you did not work at Xerox will be counted as vesting service, but not benefit service.

- If you leave Xerox for any reason and a break in service occurs, the time you did not work for Xerox will not be counted for vesting service or benefit service. You will begin to earn vesting service and benefit service again when you return to work.

- If you leave Xerox before becoming fully vested (five years of vesting service), you will forfeit any RIGP account balances you may have. If you return to Xerox prior to having a five-year break in service, your forfeiture will be reinstated to your RIGP accounts.

Call the Xerox Benefits Center for answers to questions regarding breaks in service.

# Disability

Xerox implemented new disability coverage in 1996. If you are disabled on or after August 1, 1996, the following provisions apply.

If you are disabled up to five months under Xerox Short-Term Disability, you will continue to earn vesting and benefit service, and your CBRA will continue to receive the annual 5% employer credit and earn interest. If you have one, your TRA balance will continue to vary with investment results.

If you are on long-term disability and receiving disability benefits from Xerox under the self-insured plan (generally up to two years following short-term disability), you will continue to accrue vesting and benefit service. Your CBRA will continue to receive the annual 5% employer credit and earn interest. If you have one, your TRA balance will continue to vary with investment results.



The disability policy you elected as part of *Matter of Choice—Standard Plus* or *Disability Plus*—starts paying benefits after you ... disabled for 6 months, unless you were disabled ... In that ... it takes effect sooner. For a ... see the ... bility section in *You and Xerox* ... Under th ... lity policy, you are placed on disability ... with no No ... or benefits. At this point, you ... vesting ... t service credit, nor do your ... Xerox ... ns of any kind. Your CBRA ... benefit ... credit only, and your TRA ... have one ... continue to fluctuate with investment results until you re ... or terminate and settle with the plan.

**Disability prior to August 1, 1996**

If you were disabled before August 1, 1996 and you were ... benefit ... the Xerox Disability Income Plan, you will continue to ... for your s ... vesting and benefits service through ... your disab ... until retirement age (65), your vesting and benefit servi ... reach the normal ... were disabled.

During disability, you will also continue to rece ... of credit ... for ... Cash Balance Retirement Account. Your annu ... will be c ... using your pay rate just before you became disabled. Your ... east-averag ... y will be used for calculating your retirement plan formula benefit.

50

# If you die before retirement

The full value of your account (the greater of the Cash Balance or Transitional Retirement Account) is paid to your beneficiary in case of your death before retirement. A valid beneficiary form must be on file with the Xerox Benefits Center prior to your death. If you are married, your account is paid to your spouse, unless there is a valid spousal waiver on file.

If you die prior to retirement and you are married, your spouse has an automatic right to 50% of any retirement income supplement that would have been payable to you had you retired the day before your death. (The retirement income supplement is the difference between the higher of your accounts and the retirement plan formula benefit when the retirement plan formula benefit is higher.)

If you die after retiring, but before settling with the plan, your spouse has an automatic right to 50% of any retirement income supplement that would have been payable to you had you settled on the day before your death.

## Settling with the plan

To have access to your benefits, you must settle with the plan. If you do not select a settlement option when you retire or terminate employment, you will be considered to have elected deferred settlement. For more information about how to begin the settlement process, see page 68.

## Prior distributions

If you previously received a distribution from RIGP, this prior distribution will affect future benefits payable to you under the plan. If you have a prior distribution, the current value is reported each year in your Value Added Statement. It is also included in the Statement of Accounts, which you can request at any time from the Xerox Benefits Center.

Your future RIGP benefit must take into account the current value of this prior distribution, as if it had remained in your account and experienced investment results. This ensures the same retirement funding levels for all employees—whether or not they had taken a prior distribution.

To recap, when you retire or leave Xerox, you are entitled to receive the greatest of three components:

— The benefit determined by the retirement plan formula, based on years of benefit service and highest-average pay

— The value of your Cash Balance Retirement Account

— The value of your Transitional Retirement Account, if you have one. TRA is not available for employees originally hired after 1989.

X   00798

When you subsequently retire or leave Xerox, your benefit will be based on the component that provides the greatest total benefit: the current value of your prior distribution plus any actual amount in your account. This benefit will then be offset by the current value of your prior distribution.

The retirement plan formula gives you credit for all periods of employment with Xerox. This includes all prior periods of employment and your service since you were rehired. But a portion of the amount intended to fund this benefit has already been paid to you in your prior distribution. The actual amounts in your accounts are based on service since you were rehired.

To make an apples-to-apples comparison among the three components, the plan provides a process that takes into account the current value of your prior distribution—the value as it would have been had it remained in your account. To determine retirement benefits payable to employees who have received prior distributions, the Xerox Benefit Center follows this process:

To determine what the value of your accounts would have been if you had not taken a distribution, take the amount of each account at the time it was distributed to you and add the investment results the accounts would have earned had a distribution not been taken.

Add the current values of the CBRA and TRA that were previously distributed to any actual amounts earned since your rehire date. Using these total amounts, compare the three components— retirement plan formula, total CBRA, and total TRA—to determine the greatest benefit.

Your future pension payment will not include the current value of your prior distribution. The greatest total benefit calculated in Step 2 will be reduced by the current value of your prior distribution. Your future pension payment will not include the current value of your prior distribution. The remaining benefit, if any, is the amount payable to you when you leave.

What this means for you:

If your total TRA is the greatest benefit, your benefit payable when you leave will be your actual amount earned, if any since your retire date ... a distribution and were rehired after 1989, ... current value of this account is $0.

If your total CBRA is the greatest ... your benefit payable when you leave will be your actual C... that is, the amount earned since your rehire ...

If your retirement plan ... greatest benefit, your benefit payable when you leave will ... ted by the current value of the prior distribution of the ... nt that provides the second greatest total benefit.

**Why prior distributions affect future pension benefits**
Length of benefit service is a key factor in determining retirement benefits. Calculating and including the current value of prior distributions puts employees who took a prior distribution on the same level as employees whose balances remained invested in the plan. Without this adjustment, employees who took a prior distribution could receive higher (or lower) benefits than employees who had no prior distributions. This process ensures that the Company provides the same benefit dollars for employees with the same pay and benefit service—whether or not there was a prior distribution.

**Your benefit is determined by the component that yields the greatest total benefit, not the actual amounts in your accounts,** as the following examples demonstrate.

| | TRA | CBRA | Plan formula |
|---|---|---|---|
| Benefits at first date of termination | $ 50,000 | $ 45,000 | $ 30,000 |
| Actual account balance at second date of termination | $ 15,000 | $ 12,000 | |
| Current value of prior distribution | $ 80,000 | $ 60,000 | N/A |
| Total benefit | $ 80,000 | $ 72,000 | |

Benefit payable:

How future benefits are calculated
Greatest total benefit (TRA)                                      $80,000
Minus current value of prior distribution (TRA)            000
Pension benefit payable

Although this employee has a $12,000 actual CBRA balance since he or she was rehired, the benefit payable is $0. If this employee elected a distribution at the time of his or her first termination, the benefit payable at the second termination would have been $80,000. This is benefit that would be payable to an employee with the same service but no prior distribution.

00800



| | TRA | CRRA | |
|---|---|---|---|
| Benefits at first date of termination | $50,000 | $5,000 | |
| Actual account balance at second date of termination | 0 | $2,500 | |
| Current value of prior distribution | $70,000 | $7,000 | |
| Total benefit | $70,000 | $2,500 | |

# Accessing your funds

# During

## your employment

The 401(k) savings plan (part of the Profit Sharing and Savings Plan) is designed to help you save for retirement. But you may need access to your money before you retire or leave the Company. The 401(k) savings plan allows you to borrow or withdraw funds from your savings and any profit sharing contributions you have deferred into your savings account.

### Savings plan

| | Loans | Withdrawals | |
| --- | --- | --- | --- |
| | | Discretionary | Hardship |
| Before-tax savings (including profit sharing contributions you deferred) | ✓ | | ✓ |
| After-tax savings | ✓ | ✓ | |
| Rollover from previous employer's plan | ✓ | ✓ | |
| Profit sharing: automatic deferral to the Xerox Stock Fund** | ✓ | ✓ | |
| Company match on before-tax savings (1987-1989) | | | |

*Pre-1987 contributions must be withdrawn first and withdrawals from this amount are not taxable. If you subsequently withdraw your post-1986 after-tax contributions and their earnings on a prorated basis, and you must also withdraw the earnings portion, which is taxable, of any pre-1987 contributions.

**Not eligible until the contribution has been in the plan for two years.

X

# Loans

You can take a loan from your 401(k) savings plan accounts, except for any matching Company contributions (before 1989). You repay the amount, plus interest, back into your accounts. This gives you the flexibility to use your own money and postpone paying taxes, while still building a fund for the future. Even though you are borrowing your own money and paying yourself interest on it, withdrawing it from your account will reduce some of the long-term beneficial effects of compounding.

**Types of Loans**

You can apply for a personal or a home purchase loan. Personal loans must be repaid within 54 months. Home purchase loans must be repaid within 174 months. Home loans are for the acquisition or construction of your principal residence only. You will need to provide documentation, like a signed real estate contract, to support your application.

### Minimum and maximum loan amounts

The minimum amount you can borrow is $500. The maximum amount you can borrow at any one time is $50,000 or 50% of your balance, whichever is less. All contributions and earnings in your account are eligible, except for profit sharing contributions automatically deferred to the Xerox Stock Fund within the previous two years and matching Company contributions (1987–1989).

The total of all your outstanding loan balances during any consecutive 12 months cannot exceed $50,000. This may reduce the amount you can borrow. The maximum number of loans you may have at any one time is five, but you may have only one home purchase loan at a time.

**The terms of your loan**
The loan repayment period for both personal and home purchase loans must be at least 12 months. But you have the option to pay your loan in full at any time, including sooner than 12 months.

Every quarter a new interest rate is set for new loans taken out during that quarter. The interest rate will be the Citibank commercial prime rate at the close of business on the last working day of the previous quarter, plus 1%. This rate is rounded to the nearest tenth, if necessary. The effective interest rate applies to all loans taken during the quarter. The interest rate remains in effect for the life of the loan and cannot be adjusted or recalculated.



**How to apply**
You can apply for a loan over the telephone by calling the Xerox Benefits Center. Or you can do it through the Internet at Your Benefits Resources, the Xerox benefits Web site: http://resources.hewitt.com/xerox.

You will need to enter the amount you want to borrow and the number of months over which you will repay the loan. Nothing else is required for a personal loan.

If you are applying for a home purchase loan, you will receive an application in the mail. You must complete and return the application with the proper documentation before your loan can be processed. For example, a home purchase agreement, sales contract, or a builder's construction plan. It will need to include signatures of both the buyer and seller, a closing date within 90 days, the mortgage amount or a good faith estimate, and the home purchase price.

A $45 loan fee will automatically be deducted from your account when your loan is processed. State Street Bank will mail your loan check to you on the second business day after your loan is processed. You will receive the promissory note and loan repayment information under separate cover from the Xerox Benefits Center.

## Repayment

Loans are repaid through payroll deduction. Once your loan check has been issued, you will not be able to change or revoke your deduction. The payroll deduction will remain in effect until the loan is repaid. Loan repayment deductions will take precedence over other payroll deductions for before-tax and after-tax savings and for other benefits, including salary redirection (but not deductions for medical coverage).

The principal and interest of your loan repayment will be reinvested in your 401(k) savings plan account according to your current investment fund election for payroll contributions.

You may repay your loan in full at any time. Partial repayments are not accepted. Call the Xerox Benefits Center to request the loan payoff amount, which will be sent to you in writing and mailed to your home. Then write your cashier's check, certified check, or money order—payable to Xerox Corporation Profit Sharing and Savings Plan—to the Xerox Benefits Center.

## If you leave Xerox

If you leave Xerox and you elect to have your 401(k) savings plan balance paid out to you, you have 90 days to repay any unpaid loan balance. If you do not repay the loan, the amount you receive will be adjusted to reflect any unpaid loan balances and interest accrued through your date of termination. There are tax consequences in the event you do not repay any unpaid loan balances.

## If you default

If you fail to make loan payments for a period or miss any six monthly loan payments (which are consecutive), regardless of the reason, your loan in default. A letter will be mailed to your home a monthly loan payment indicating that your p been received. When you miss any six payment mailed to your home stating that your loan is and payable in full. If it is not paid by a specified will be declared in default and will become a t happens, you cannot save in the plan, defer pr withdrawal, or initiate another loan. You will restrictions for at least 12 months. Once a loa must be repaid in full or cancelled on account other qualifying event before you are able to in

If you do not repay the loan in full when it i the taxable portion of the unpaid loan balance interest will be reported on Form 1099-R to ordinary income for that tax year. You will be ordinary income tax rates on this amount, and to an additional 10% tax.

## If you are disabled

If you are on long-term disability or an unpaid leave of absence, you do not receive regular paychecks from Xerox and payroll deductions cannot be taken. In this case, your loan payments will be adjusted to a monthly schedule and you will receive a notice from the Xerox Benefits Center requesting that you send manual payments. If you have questions, you should speak with a Xerox Benefits Center representative. You must make alternate arrangements and begin making payments within six months. If you fail to begin payments within that time, your loan will be in default and the taxable portion of the unpaid loan balance, plus any accrued interest, will be reported to the IRS as ordinary income for that tax year. You will be taxed at 25% for this 19-year the end of the year for this unpaid loan balance. You will be liable for taxes at ordinary income tax rates on this amount, and it may be subject to an additional 10% tax.

six months or t have to be will be declared nytime you m nt has not letter will immediate... o your lo e event, h aving ma ct to the n default, it disability or e another loan.

and payable, o ar accrue nd the IRS es taxes

X    00704

# Withdrawals

**Discretionary withdrawals**

You can make unlimited discretionary withdrawals from your after-tax savings account. You must first withdraw your pre-1987 after-tax contributions, which are not taxable.

After any pre-1987 after-tax contributions have been withdrawn, you may withdraw your post-1986 after-tax contributions and their earnings on a pro rata basis. The ratio of contributions to earnings in your withdrawal will be the same as the ratio of contributions to earnings in your account balance.

You must pay income tax on the earnings portion of your withdrawal. In most cases, you will also be liable for a 10% additional tax on the taxable portion of your withdrawal. The 10% tax does not apply if you are age 59½ or older, or if one of the exceptions listed on page 68 applies. You may be required to file IRS Form 5329 to avoid this additional tax.





**Financial hardship withdrawals**

You are not permitted to withdraw your before-tax savings while you are actively employed unless you need the money because of certain financial hardships and you have exhausted all other sources of funds. These restrictions, which also apply to any profit sharing contributions you have deferred, make qualifying for hardship withdrawals difficult. To make a hardship withdrawal, you must prove a financial hardship and first attempt to obtain funds from other sources, including a discretionary withdrawal or loan from the plan.

Before-tax earnings credited after December 31, 1988 are not available for hardship withdrawal unless you are age 59 ½.

Only four financial hardships are recognized. The amount withdrawn cannot exceed your immediate need for:

- Unreimbursed medical expenses for you, your spouse, or dependent (cosmetic procedures are not eligible)

- Purchase of a primary residence

- Post-secondary tuition, room and board, books, and related education fees for you, your spouse, or your dependent for the next 12 months

- Prevention of eviction from or foreclosure on your primary residence

Before a hardship withdrawal can be approved, you must first attempt to obtain the funds from other sources, which include, but are not limited to:

- Commercial or other loans

- Reimbursement from insurance

- Liquidation of your assets

- Discretionary withdrawals or loans from the 401(k) savings plan

- Stopping payroll deductions for 401(k) savings plan contributions

The Xerox Benefits Center requires that you submit written certification that you cannot obtain the funds elsewhere. This certification must be signed and accompanied by documents that confirm your need for the withdrawal and required amount.

A mandatory 20% federal income tax will be withheld from your hardship withdrawal. In most cases, you will also be liable for an additional 10% tax on this amount. This additional 10% tax does not apply if you are age 59 ½ or older, or if one of the exceptions listed on page 68 applies.

To pay federal and state taxes or penalties reasonably anticipated to result from the withdrawal, you may increase your financial hardship withdrawal up to 125% of the amount you need, if the funds are available.

If you make a hardship withdrawal, you cannot save in the plan or for profit sharing for a period of 12 months.

# Accessing your funds
# When you retire
# or leave Xerox

When you retire or leave Xerox, you will need to inform the Xerox Benefits Center of your intentions for your account balances and retirement plan benefit. You must initiate this process. If you take no action, no retirement plan benefits will be paid and your account will remain intact until you begin the settlement process, unless an account balance or present value of your retirement plan benefit is $5,000 or less. After 90 days, accounts with balances of $5,000 or less will be paid to you as a cash lump sum, minus 20% federal withholding.

You will receive a summary of your account balances, accrued retirement plan future benefit, and vested status from the Xerox Benefits Center, as well as information about the tax consequences of receiving plan distributions. Before making any decisions about your plan distributions, Xerox recommends that you consult with a tax advisor.

For more information about the tax treatment of distributions, see page 67.



*Effective January 1, 1999
**For retirees only

# Distributions from the 401(k) savings plan

**The full value** of your savings account is payable to you at retirement or if you leave Xerox for any reason before retirement. If you die while actively employed, the full value of your savings account is payable to your beneficiary.

**You may receive** your distribution in the following ways:

- In a cash lump sum
- In Xerox common stock—in lots of 100 shares (for the portion invested in the Xerox Stock Fund)
- As a rollover to an IRA or another qualified plan
- As an annuity
- As a series of fixed installment payments (available only if you are a retiree)

**You may also defer** settlement and leave your savings invested in the plan. You must begin distribution of your account when you reach age 70½.

## Treatment of profit sharing stock options

Employees who terminate have 90 days from the termination date to exercise vested options. Any options that are not vested are forfeited. Employees terminated for cause forfeit their options, including those already exercisable.

If you retire or die while an employee, any partially vested option will immediately and therefore fully exercisable. All options, including these just mentioned, remain fully exercisable by the employee's estate for a period of 12 months following the date, but not beyond the original eight-year term. Option awards which are not yet partially vested are forfeited.

# Distributions from the Employee Stock Ownership Plan

**If you leave Xerox** with five or more years of vesting service or reach age 65 regardless of service, you are fully vested in the plan and have the right to receive the value of your account. You also become fully vested on your death, regardless of your service.

**If you retire** or terminate as a vested participant and take your ESOP distribution, you will receive an allocation for the dividends earned by your account during your last year of employment. This "trailing allocation" is made the following year. If you retire, you will also receive a prorated purchased allocation for the year in which you retired.

**If you leave before** five years of vesting service, your ESOP account balance is forfeited and reallocated at the end of the year among active participants.

If you are vested at the time you leave Xerox, you have several options:

- You can elect to receive the value of your account in cash. Each ESOP share is convertible to three shares of Xerox common stock. You will receive whichever is greater: the minimum value (based on the floor price of $18 per ESOP share) or the market value (number of ESOP shares times the price of Xerox common stock, times three).

- You can elect to receive the value of your ESOP account in shares of Xerox common stock. You will receive three shares of Xerox common stock for each whole share of ESOP stock in your account. Fractional shares will be paid in cash.

- You can set up calculated installments over a period of up to five years. This means you elect the time period over which payments will be made, up to five years. Payments are calculated accordingly, based on your account balance. You can receive installment payments in cash or in shares of Xerox common stock. You can choose installments paid on a monthly or quarterly basis. Installments enable you to "pay yourself" over a period of time.

- If the value of your account is more than $5,000, you can leave your ESOP account in the plan until a later time. You must begin taking your distribution by age 70 ½.

- If the value of your account is $5,000 or less, it will be paid to you in a lump sum. You can roll over this lump sum to an IRA or another qualified plan. If you do not make an election within 90 days, you will receive a cash lump sum, minus 20% federal tax withholding.

- As of January 1, 1999, you can roll over your ESOP distribution (in cash) to the Xerox 401(k) Savings Plan.

62)

# Distributions from RIGP

RIGP provides several options to receive your money. Before making your decision, you will receive more detailed information from the Xerox Benefits Center. You should also consult a financial or tax advisor.

If you are married and elect a form of payment that does not provide a continuing lifetime benefit of at least 50% to your spouse in case you die first, federal law requires that you obtain your spouse's written, notarized consent.

Your payment options include:

— • Rollover to the Xerox 401(k) savings plan
— • Annuities
— • Lump sum in cash (taxable)
— • Lump-sum rollover to an IRA on other qualified plan
— • Deferred settlement, in which case your CBRA continues to earn interest and your TRA balance (if any) remains invested until you settle or reach age 70½.

### Deferred settlement

If you do not select a settlement option when you retire or terminate, you will be considered to have elected deferred settlement.

Your pension benefit under the retirement plan formula will be based on the average of your five highest-paid calendar years, your years of benefit service at termination, and your age at termination (for retirement eligibility). If you leave the Company and defer settlement, your age for the purposes of calculating any reduction will be your age at the time you settle with the plan, not the age at which you left the Company. Your Cash Balance Retirement Account will continue to earn interest, but your account will no longer be eligible for the annual employer credit (5% of pay).

Federal regulations require that you begin receiving your retirement benefit by April 1 following the year in which you reach age 70½. If you have not made an election by that time, the Xerox Benefits Center will distribute your benefit under the normal form of payment: single life annuity if you are single or 50% joint and survivor annuity if you are married.

**Other information about payment options**

In the event of your death, if benefits payable to a beneficiary other than your spouse will be paid out over a minimum of 60 month installments, equal in value to the amount that would otherwise be payable.

You cannot elect an option with a payment period that extends beyond your life expectancy or the joint life expectancy of you and your spouse if you are married.

## Settling with RIGP

Before your pension benefit can be paid, your CBRA and TRA (if any) must be valued. The date of this valuation will be the latest of:

— • The first of the month following the date you leave or retire from Xerox.

— • The 13th day from the date the Xerox Benefits Center sends you the paperwork requesting payment of a pension benefit. The day the paperwork is mailed counts as the first day. The IRS requires this waiting period to give plan participants the opportunity to review their paperwork and make any changes if needed.

— • The date your completed paperwork is received in the Xerox Benefits Center. If your paperwork is not complete, your benefit cannot be valued.

*Note:* If the valuation date falls on a day the New York Stock Exchange (NYSE) is not open (e.g., a weekend or a holiday), the valuation will occur on the next day that the NYSE is open.

You may request the paperwork for your pension benefit from the Xerox Benefits Center anytime within 90 days of the date you expect to begin receiving benefits. This date is not the same as the date you retire.

The examples on page 64 show how this could work in several situations.

You request your benefits calculation within 90 days of receiving the first payme...

| Action | Date |
|--------|------|
| You request a retirement benefit calculation from the Xerox Benefits Center | May 1st |
| Xerox Benefit Center sends you the pap... | May 21 |
| 13-day waiting period expires | June 3 |
| Completed paperwork received in the Xerox Benefits Center | June 10 |
| You retire | June 21 |
| Valuation date | July 1 (the first of the mon... following the date you ret... ...latest of the three t... |

You re... ...before...

| Action | Date |
|--------|------|
| You re... | June 21 |
| You re... from... | ...17 |
| Xerox... | ...20 |
| Comp... | ...28 |
| 13-d... | ...ber |
| Valu... | ...ber ...e latest ...time |

You re... after...

| Action | Date |
|--------|------|
| You r... | ... |
| You re... from... | ...17 |
| Xerox... | ...20 |
| 13-... | ...ber |
| Comp... | ...ember |
| Valu... | ...ber ...date |

# Distribution
## options

## Cash distributions

If your balance is $5,000 or less, you must take a lump sum. If you elect to receive a lump sum in cash or if you are "cashed out" after 90 days, your distribution is subject to a mandatory 20% withholding tax.

### Requesting a rollover
You can roll over your funds by requesting that the Xerox Benefits Center transfer your funds to another qualified plan or IRA. The Xerox Benefits Center will send a check to you, payable to the trustee of the new plan, but you have 60 days to deposit these funds in the new plan. If you request that the Xerox Benefits Center make the check payable to you, 20% of the total amount will be withheld for federal income taxes as mandated by federal law. To roll over the entire amount of the distribution, you then would have to replace this 20% from your own funds.

## Rollovers

If you receive a distribution that would be subject to federal income tax, the law allows you, in most cases, to redeposit part or all of your [...] distribution to another tax-favored plan, like another tax-deferred plan or an IRA. Rollovers are not permitted for payments for your lifetime (or life expectancies of you and your [...] installment payments for a period of ten or more years, and [...] the minimum distributions made after you reach age 70½. If you make a [...] within 60 days of your distribution, that amount rolled over is not [...] either federal income tax or the 10% additional tax.

You can also make a "checkbook" rollover of your retirement plan benefits to the Xerox 401(k) savings plan. As of January 1, 1999, you may elect to roll over your ESOP distribution to the Xerox 401(k) savings [...]

Your after-tax savings contributions cannot be rolled over into a tax-deferred savings plan, but your after-tax contributions can [...] rollover.

## Annuities

You have a choice of annuities from which to purchase [...] include, but are not limited to:

### Single Life Annuity
(In a RGP retirement, this annuity option is automatically assigned to single employees unless you elect otherwise.)

With this option, you will receive monthly payments from your account for your lifetime. Your monthly payments for this [...] under the 50% Joint and Survivor Annuity. However, the payments stop when you die. If you are married and your [...] your death, he or she receives no payments. If you are married [...] this option, you will need to obtain your spouse's written consent.

### 50% Joint and Survivor Annuity
(In a RGP retirement, this option is automatically [...] married employees unless you elect otherwise with written [...] and spousal consent.)

With this option, payments are made over two lives, so you will receive reduced monthly benefits for your lifetime. After your death, your spouse (if he or she is still alive) will receive a monthly benefit equal to 50% of your benefits. A 100% Joint and Survivor Annuity is also available.

For information on additional annuity options, call the Xerox Benefits Center.

# Installment payment option

Installments enable you to continue to manage your money in the plan and "pay yourself" regular amounts to cover your living expenses.

You can elect installment payments from your 401(k) savings plan account only if you are retirement eligible (at least 55 years of age and at least ten years of vesting service). You can elect installment payments of your ESOP account regardless of your age and service. The type of installments available vary slightly for each plan:

### 401(k) installments—retirees only

Under the 401(k) savings plan, you can set up fixed installment payments, either monthly or quarterly. This means you select the amount you want to receive in each installment. This fixed amount will be paid to you until your account is paid in full. You can adjust the amount of your installment payments.

If the projected payment period is ten years or less, the amount is eligible for rollover. If the period is more than ten years, the amount is not rollover eligible.

### ESOP installments

Under the ESOP, you can set up calculated installments over a period of up to five years. This means you select the time period over which payments will be made (up to five years). Payments will be calculated accordingly, based on your account balance. You can receive ESOP installment payments in cash or in shares of Xerox common stock. ESOP installments are paid on a monthly or quarterly basis.

# Minimum distributions

If you are retired, federal law requires that you begin receiving your distributions from qualified plans no later than April 1 of the calendar year following the calendar year in which you reach age 70½.

Special rules apply if you are still actively employed when you reach age 70½. If you reach age 70½ on or before December 31, 1998 and you are still actively employed at Xerox, you will begin to receive payment beginning by April 1, 1999. However, you can elect to postpone the receipt of your profit sharing account accounts until the year of your retirement.

If you reach age 70½ on or after January 1, 1999 and you are still actively employed at Xerox, distribution from RIGP, profit sharing and ESOP will begin either April 1 of the calendar year following the calendar year in which you reach age 70½ or April 1 of retirement, whichever is later.

66

# Tax treatment of distributions

When you receive a distribution in cash, payable directly to you, from the 401(k) savings plan, ESOP, RIGP, or other qualified plan, any amounts that have not previously been taxed are subject to 20% federal income tax withholding. These distributions include:

- Before-tax contributions
- Deferred profit sharing
- Company match for 1987 through 1989
- Investment results on all savings, including after-tax savings
- Automatic deferral of profit sharing to the Xerox Stock Fund for 1990 and later
- CBRA, TRA, or retirement plan formula benefit (whichever is payable under RIGP)

## Mandatory withholding

Mandatory withholding applies to payments from the 401(k) savings plan and the ESOP that are paid directly to you rather than to the trustee of another plan or IRA.

If a distribution eligible for rollover is paid directly to you, federal law requires 20% to be withheld on the taxable portion and paid to the IRS as income tax withholding. When you file a filing for return for that year, you are required to report the rollover as the distribution, including the withheld tax. You will be entitled to a credit for the tax withheld against any income tax you owe for that year. You also may be subject to an additional 10% tax.

If you want to roll over the distribution to an IRA or other qualified plan, you must do so within 60 days. To roll over the entire eligible amount, you would have to reinvest the funds you received plus the amount withheld from your own funds. You would receive a credit for the amount withheld when you file your income tax return for that year.

**Rollovers, if made payable to the trustee of an IRA or another qualified plan, are not subject to mandatory withholding.**

---

### For example

The following example shows the difference between a $10,000 direct rollover to the trustee of another plan or IRA and a rollover after the funds have been paid to you.

**Direct rollover from Xerox**
Distribution made payable to ... $10,000
new employer plan or qualified
IRA and sent to you ...

Federal income tax withheld ...  $ 0

**Distribution paid to you for rollover**
Distribution amount ...
Federal income tax withheld ...

Balance paid to you ... $ 8,000

Distribution rolled over by you
Amount received from
the Xerox Benefits Center ... $ 8,000
From your other sources ...

Total rolled over ...

*You get a credit for the withheld amount when you file your income tax return.

X   00814

# 10% additional tax

In addition to federal taxes, the distribution will be subject to an additional 10% tax if it is made before you reach age 59 ½, unless:

- Your distribution is made following termination of employment or retirement that occurred during or after the year in which you reach age 55

- You are permanently and totally disabled

- You take the distribution in the form of an annuity payable over your life expectancy or over the life expectancy of you and your spouse or beneficiary

- The distribution is made to an alternate payee, as mandated by a Qualified Domestic Relations Order

- The distribution is made to your beneficiary in the event of your death

- You have medical expenses allowable as an income tax deduction

- You roll over your distribution and continue to postpone its taxation

See IRS Form 5329 for more information on the 10% additional tax and for any exceptions that may apply to you.

## Voluntary withholding

If any portion of your payment is not eligible for rollover, but is taxable, mandatory withholding does not apply. In this case, you are normally allowed to elect not to have withholding apply to that portion. You can make this election by speaking with a Xerox Benefits Center representative for all plan distributions except the retirement plan. To elect out of withholding for your retirement plan distribution, you must indicate this on the Tax Withholding and Direct Deposit form provided by the Xerox Benefits Center.

## Special tax treatment for lump sums

If you take your distribution in the form of a lump sum and you are at least age 59 ½, you may be allowed (subject to repeal for distributions made after December 31, 1999) a once-in-a-lifetime election of five-year forward averaging treatment. You must be a plan participant for a minimum of five years to qualify for forward averaging.

If you were at least age 50 before January 1, 1986, you will be allowed a once-in-a-lifetime election of either:

- Ten-year forward averaging, using 1986 tax rates

- Five-year forward averaging, using current tax rates

This choice is available at any time, but only once in your lifetime. If you were at least age 50 on January 1, 1986, you will be allowed to claim pre-1974 capital gains at an assumed tax rate of 20%.

# Tax treatment of stock distributions

If you elect to receive a lump-sum distribution of your ESOP account in Xerox common stock, special tax rules apply. You will be liable for taxes on the minimum value of your account (as described on page 37) in the year you receive the distribution. However, the taxes on your gain (the difference between the market value and the minimum value of your ESOP account at the time of distribution) can be treated differently. You may choose to defer the taxes on your gain, or you may choose to pay taxes on your gain in the year you receive the distribution.

Note: This discussion also applies to any distribution taken in the form of stock from the 401(k) savings plan, including the amount automatically deferred into the Xerox Stock Fund. The basis of your stock varies, depending on the dates on which you invested in the fund. The Xerox Benefits Center can provide the purchase price data.

If you elect to defer taxes on the gain
You can defer taxes on your gain until you sell the stock. When you later sell the stock, the original gain will be subject to tax at the long-term capital gain rate—regardless of how long you have held the stock. If the stock increases in value after your ESOP distribution, this additional gain after distribution will be considered long-term or short-term capital gain, depending on how long you held the stock, and will be subject to tax accordingly. If the stock declines in value after your ESOP distribution, the gain will be subject to tax at the long-term capital gain rate.



If you elect to pay taxes on the gain in the year of distribution
If you elect to pay taxes on your gain in the year of distribution, as designed, on your income tax return. This statement, you should indicate that you want to include the gain as part of your lump-sum ESOP distribution for tax purposes. The distribution will be taxed at the appropriate ordinary income tax rate or at the long-term capital gain rate. When you later sell the stock, you will be taxed on any increase from the date of distribution.

# Impact of before-tax savings and salary redirection

**All** pay-related benefits provided by Xerox—medical, dental, life insurance, disability income, child care subsidy, profit sharing, Employee Stock Ownership Plan, and **retirement** benefits—will be based on the appropriate definition of pay prior to any **deductions** for before-tax savings and/or salary redirection, subject to federal limits.

## Qualified Domestic Relations Orders

Generally, payments from any qualified plan cannot be made to anyone except you, your beneficiary or your estate. However under federal law, if a satisfactory Qualified Domestic Relations Order (QDRO) is submitted to Xerox, payments may be made from your account to satisfy alimony, child support, or marital property rights. Federal law sets stringent standards that the court order must satisfy in order to be effective. For instance, the order cannot require payments to be made from the retirement plan in a manner not permitted by the plan. The QDRO unit at the Xerox Benefits Center will review each order submitted. Those that do not comply with federal law will be returned.

## Social Security

You may also be eligible for Social Security benefits. You and Xerox make equal contributions to Social Security during your career. The annual income from Social ... ment is another important element of your retirement security. For an estimate ... Security benefit, contact your local Social Security Administration Office and request form SSA-7004-PC.

70)

# Administrative information

## Your rights under ERISA

**(the Employee Retirement Income Security Act of 1974, as amended)**

As a participant in the various Xerox benefit plans, you are entitled to certain rights and protections under the Employee Retirement Income Security Act (ERISA). ERISA provides that all participants in benefit plans governed by ERISA shall be entitled to:

→ Examine, without charge, at the Plan Administrators' office and at other specified locations, all plan documents, including insurance contracts and copies of all documents filed for the plan with the U.S. Department of Labor, such as detailed annual reports and plan descriptions.

→ Obtain copies of all plan documents and other plan information as required by ERISA upon written request to the Plan Administrator. The administrator has the right to apply a reasonable charge for the copies.

→ Receive a summary of the plan's annual financial report. The Plan Administration is required by law to furnish each participant with a copy of this summary annual report.

• Obtain a statement telling you whether you have a right to receive a pension at normal retirement age (age 65) and, if so, what your benefits would be at normal retirement age if you stop working under the plan now. If you do not have a right to a pension, the statement will tell you how many more years you have to work to be entitled to receive a retirement benefit. **This statement can be obtained by calling the Xerox Benefits Center and requesting a benefit estimate (from the RIGP menu). The plan does not charge for this statement.**

In addition to creating rights for plan participants, ERISA imposes duties on the people who are responsible for the operation of the covered employee benefit plans. The people who operate these plans, called "fiduciaries" of the plans, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

If your claim for a covered plan benefit is denied, in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have the plan review and reconsider your claim. To do so, you must submit, within 60 days of your receipt of the denial of your claim, a written appeal to the Plan Administrator, in accordance with the plan's claims and appeals procedures. (See "Claims denial and appeals procedures," on page 73.)

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $100 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator.

If you have a claim for covered plan benefits that is denied (or ignored and therefore considered denied because you have not received a response within the 90-day period referred to in the "Claims Denial and Appeal Procedures" section), in whole or in part, and you have appealed such denial in accordance with the plan's procedures, you may file suit in a state or federal court. If it should happen that plan fiduciaries misuse the plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay the costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

If you have any questions about this statement or about your rights under ERISA, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory, or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

## Claims denial and appeal procedures

As a participant or beneficiary, you must file, with the Plan Administrator, a written claim for benefits under the plan. In the event that a claim is denied, the Plan Administrator shall, within a reasonable time, or as required, give to notice in writing to you clearly setting forth the following matters:

— The specific reason or reasons for the denial

— Specific reference to the provision(s) of the plan on which the denial is based

— A description of any additional material or information required to process the claim, and an explanation of why such additional information is necessary

— Information as to the steps to be taken in order that the denial of the claim may be reviewed

The reasonable time cannot exceed 90 days, unless special circumstances require an extension of time of not more than an additional 90 days. In that case, you will be notified of the delay during the first 90-day period.

If written notice of the denial of a claim has not been furnished to you, and your claim has not been granted within the time period above (including any applicable extensions), you should consider the claim denied.

If your claim for benefits has been denied, in whole or in part, you may appeal the denial to the Plan Administrator. This appeal must be made within 60 days from either the notice of the denial of the claim or the date the claim is considered denied. At this time you may request to review all documents relevant to your claim, and you may submit written issues and comments. Failure to file such appeal within the applicable time period will preclude you from bringing any future proceedings with respect to the claim to the extent permitted by law.

The Plan Administrator will notify you of the decision within 60 days (unless special circumstances require an extension). This decision will be in writing and will include specific reasons for the denial, specific reference to the provisions of the plan on which the denial is based. The Administrator has the discretion and the authority to interpret the plan provisions; its decisions are conclusive and binding.

# Limitation on actions

A participant or beneficiary under the Company's plans must bring any action in state or federal court for the alleged wrongful denial of plan benefits, or for the alleged intentional interference with any ERISA-protected rights that the participant or beneficiary is or may become entitled to, within one year after the cause of action accrued. This is generally from the time one first knew or should have known of the alleged wrongful denial or interference, or as otherwise determined by a court of law.

Failure to bring such an action within this time frame shall preclude a participant from bringing such action.

Failure to request reconsideration of a claim denial as provided in the Claims Denial and Appeal Procedures also shall preclude a participant from bringing any further proceeding regarding such claim to the extent permitted by law.

## Plan documents

While this book summarizes the key features of the retirement, profit sharing, and savings plans in your Xerox Benefits program, it does not cover all ... details. The terms and conditions of these plans are described in the various ... and insurance contracts. These documents legally govern the operation ... In the event of a discrepancy between these documents and the information in this book, the plan documents are controlling.

Copies of all plan documents, as well as the annual reports of plan operations filed with the Internal Revenue Service, are available for review anytime during normal business hours at the office of the Plan Administrator.

### Plan continuation

The Company reserves the right to amend or terminate the retirement, profit sharing, and savings plans at any time.

# Employer identification number

Xerox Corporation's employer identification number, assigned by the IRS, is #16-0460000.

## Plan Administrator

The Plan Administrator for the ERISA-governed plans is Patricia M. Nazemetz, Director, Total Pay, Xerox Corporation; 800 Long Ridge Road; P.O. Box 1600; Stamford, CT 06904; telephone (203) 968-3000.

The 1978 Employee Stock Option Plan, which provides for the grant of stock options in connection with the Company's profit ... plan, is not a qualified plan and is not subject to the terms of ... Anne M. Mulcahy, Vice President, ... Process and Quality, is the Plan ...



| Plan Name | Plan Numbers | Plan Type | Plan Trustee / Plan Insurer / Payer of Benefit | Plan Funding |
|---|---|---|---|---|
| *Profit Sharing Plan* | | | | |
| The Xerox Corporation Profit Sharing and Savings Plan | 001 | Defined contribution / Individual accounts | Trustee: State Street Bank & Trust Co. P.O. Box 1992 Boston, MA 0201 | Contributions, from both Xerox and employees, are paid to the plan trustee |
| *Retirement Plans* | | | | |
| Retirement Income Guarantee Plan | 003 | Defined benefit / individual account | Trustee: State Street Bank & Trust Co. P.O. Box 1992 Boston, MA 020 | Contributions and the plan |
| Xerox Corporation Employee Stock Ownership Plan (ESOP) | 007 | Defined contribution | Trustee: State Street Bank & Trust Co. P.O. Box 1992 Boston, MA 020 | Contributions and dividends contributions B convertible pref and stock are paid to the plan trustee |

...may ... on ... made to the Plan Administrator
... purpose of ... the plans ... record is December