<u>Amara v. CIGNA</u>, Case No. 01-2361 (MRK)

# EXHIBIT 246

**From:** John Murabito
**Sent:** Tuesday, February 19, 2008 3:21 PM
**To:** All CIGNA Employees
**Subject:** Pension law suit decision

As some of you may know, a law suit was filed against CIGNA in 2001 regarding the 1998 conversion of the CIGNA Pension Plan to a cash balance plan design. CIGNA has been vigorously defending this suit and last week a decision was issued in the case that we want to advise you about.

On February 15, 2008, the United States District Court for the District of Connecticut issued a decision finding that CIGNA did not discriminate against its employees on the basis of age when the CIGNA Pension Plan was converted to a cash balance formula and that the cash balance design – known as Part B – is lawful. We are pleased the Court rejected the allegation of discrimination as CIGNA has always been – and continues to be – firmly committed to the fair treatment of all its employees.

We are disappointed and troubled, however, that the Court also ruled that CIGNA did not adequately communicate with employees about certain plan changes. We continue to believe that we treated all employees fairly and appropriately. We expect to learn about next steps later this spring as the Court has ordered the parties to file briefs in March, 2008 on the issue of what potential relief is to be awarded to the plaintiffs on the plan communication issues.

Please note that the recent ruling addressed only the 1998 cash balance conversion and has no impact on the recently announced changes that will affect the approximately 1,200 employees that remain in Part A of the CIGNA Pension Plan.

Let me close by underscoring CIGNA's commitment to offering our employees a total rewards package that attracts and retains highly skilled employees. Let me also assure you that we remain committed to keeping you informed about these kinds of events and to continuously improving the quality and thoroughness of all our communications.

Confidential, unpublished property of CIGNA.
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
(c) Copyright 2008 by CIGNA.