**Amara v. CIGNA, Case No. 01-2361 (MRK)**

# EXHIBIT 247

-----Original Message-----
**From:** John Murabito [mailto:JohnMurabito@email.cigna.com]
**Sent:** Friday, January 18, 2008 12:02 PM
**To:**
**Subject:** Important Information: CIGNA Pension Plan - Part A



*January 18, 2008*

Dear



As we continue to benchmark our programs and operating expenses against those of our peers, one area that consistently exceeds the competitive median/norm is the pension benefit provided under CIGNA's grandfathered Part A defined benefit pension formula. In fact, the most recent evaluation of our pension program by our independent pension consultant revealed that the combined value of CIGNA's grandfathered Part A pension plan *plus* the 401(k) is 55% higher than programs offered by our peer comparator group.

As part of our ongoing efforts to make our benefits program more competitive within the market – *and* more consistent for *all* CIGNA employees – we will be making changes to the CIGNA Pension

Plan that will impact the approximately 6% of our active employees who are currently grandfathered under Part A. As you can imagine, this was a very difficult decision for CIGNA management. We value your service and your contributions to CIGNA and we are reflecting this in the method we've used to restructure the Part A Plan. This change will position us more competitively in the marketplace so that we can continue to prosper and grow our business together in a highly cost competitive environment.

With these changes:

- **Your grandfathered Part A formula will be frozen in two stages:**
  - **Stage 1:** Credited Service under the Part A pension benefit will be frozen as of March 31, 2008.
  - **Stage 2:** Eligible Earnings under Part A will be frozen as of December 31, 2009.

*What this means:* When you begin to receive your CIGNA retirement benefits, your Part A benefit will still be calculated under the current formula (2% of your Final Average Eligible Earnings for each of your years of Credited Service up to 30 years) less the Social Security Offset. However, only your Credited Service up to March 31, 2008 will be counted. You will receive a partial year of Credited Service for 2008 – through March 31, 2008. Calculation of your Final Average Eligible Earnings, on the other hand, will include your Eligible Earnings through December 31, 2009.

- **You will start earning pension credits under an enhanced cash balance formula beginning April 1, 2008.** We are referring to the new formula as "enhanced" because, compared to the Part B formula, the Benefit Credit percentages for current Part A participants will generally be higher than those under the Part B.

*What this means:* Under the enhanced cash balance formula, you will receive a Benefit Credit to a hypothetical "cash balance" account for each plan year that you have at least 1,000 hours of service. The Benefit Credit will be equal to a percentage of your Eligible Earnings, as shown in the table below:

| For this plan year: | You will be credited with this % of your Eligible Earnings* |
| --- | --- |
| 2008 | 8% |
| 2009 | 9% |
| After 2009 | 10% |

If and when you have 30 years of Credited Service, the Benefit Credit percentage is capped at 3%.

*Note: For 2008, only Eligible Earnings from April 1 through December 31 will be used to calculate your Benefit Credit. For 2009 and beyond, your Benefit Credit will be calculated using Eligible Earnings for the full calendar year.

In addition, as of June 30, 2008, you will start receiving hypothetical quarterly Interest Credits on your cash account balance. The Interest Credits will generally be based on the interest rate of 5-Year Treasury Bonds plus 0.25%, but the annual rate will be no lower than 4.5% and no greater than 9.0%.

- **When you retire from CIGNA, your pension benefits will include:**

| Your frozen Part A benefit – based on your: | | Your cash balance benefit – based on: |
|---|---|---|
| <ul><li>Age and years of Vesting Service when you leave CIGNA.</li><li>Age when your frozen Part A benefit payments start.</li><li>Years of Credited Service as of March 31, 2008.</li><li>Final Average Earnings as of December 31, 2009.</li><li>The other applicable provisions of the Part A Pension Plan.</li></ul><br>**IMPORTANT:** You must generally be at least age 55 to be eligible to start receiving your frozen Part A benefits, even if you leave CIGNA at an earlier age. | **PLUS** | <ul><li>The annual Benefit Credits to your cash balance account from April 1, 2008 through termination of your CIGNA employment.</li><li>Quarterly Interest Credits on your cash balance account through the time you receive your pension benefits.</li><li>The payment option you elect.</li></ul><br>**IMPORTANT:** You can receive your cash balance account in a lump sum, and you can receive it as soon as your CIGNA employment terminates regardless of your age. You can defer taxes and avoid early withdrawal penalties if you roll the lump sum over to another employer's qualified plan or your own qualified Individual Retirement Account. |

**Coming soon... personalized information about your pension benefits**

You will receive more details about the April 1, 2008 CIGNA Pension Plan changes in a personalized communication package in February – at least 45 days before the changes become effective. The package will show the full impact of these changes on your pension. We encourage you to review that information with a professional financial advisor and incorporate it into your retirement plans. In addition to your CIGNA Pension Plan, please don't forget to consider these other sources as you plan your retirement strategy:

- Social Security benefits
- Personal savings and investments – including stocks, bonds, mutual funds, real estate, IRA/Roth IRA
- Vested pension or savings plan from a previous employer
- Spouse's or Domestic Partner's pension and savings plan
- Life insurance accounts
- Long Term Care policy
- CIGNA's HSA Medical Plan, which allows you to accumulate pre-tax savings for future health care needs
- CIGNA's Retiree Health Care program and Medicare
- CIGNA's Stock Award program
- Deferred income through CIGNA or other sources

Of course, another key component of your retirement strategy should be the CIGNA 401(k) Plan. It provides a 50% company match on the first 6% of your annual pre-tax pay that you contribute to the

plan *plus* an opportunity to earn an additional discretionary match from CIGNA – up to 33-1/3% of the matchable portion of your contribution – in years in which the company achieves strong financial performance.

You can direct your entire 401(k) balance – your contributions and the CIGNA match – into a variety of investment funds for future growth. Visit "Your CIGNA Life > Life > Wealth" to learn more about the 401(k) Plan by reading the CIGNA 401(k) Plan Summary Plan Description and Prospectus, including the Investment Choices Supplement and Prospectus Updates. If you would like a printed copy of the Summary Plan Description and Prospectus, call Prudential Retirement at 1.877.778.2100 and speak with a representative on any weekday from 8:00 a.m. to 9:00 p.m. Eastern Time.

If you have questions after reviewing the accompanying set of Questions & Answers, please contact a Prudential Retirement representative at the above number. Again, look for personalized information about how you will be affected by the upcoming Pension Plan changes in February.

Sincerely,

*John Murabito*

John Murabito
Executive Vice President, Human Resources & Services



"CIGNA," "CIGNA HealthCare" and the "Tree of Life" logo are registered service marks of CIGNA Intellectual Property, Inc., licensed for use by CIGNA Corporation and its operating subsidiaries. All products and services are provided exclusively by such operating subsidiaries and not by CIGNA Corporation.

818501 01/08 © 2008 CIGNA

---

CONFIDENTIALITY NOTICE: If you have received this email in error, please immediately notify the sender by e-mail at the address shown. This email transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete it from your files if you are not the intended recipient. Thank you for your compliance. Copyright 2008 CIGNA

================================================================

| FW: Important Information: CIGNA Pension Plan - Part A.eml | Content-Type: message/rfc822 |

| PensionQA.pdf | Content-Description: PensionQA.pdf |
| | Content-Type: application/pdf |
| | Content-Encoding: base64 |



# Part A Plan Change Questions & Answers
*January 18, 2008*

1) **Who will be affected by the changes that are being made to the CIGNA Pension Plan Part A in 2008?**

   The changes will affect the approximately 1,200 CIGNA employees who were not converted to the Part B cash balance formula when it went into effect on January 1, 1998 and have remained continuously employed with a CIGNA company earning benefits under Part A.

2) **How do I know if I'm one of the 1,200 employees still in Part A?**

   In general, the employees who remained in Part A were those who:

   - were hired by a CIGNA company that participated in the CIGNA Pension Plan prior to January 1, 1989;
   - had a total of at least 45 combined years of age plus service on December 31, 1997; and
   - have worked *continuously* for a CIGNA company that participated in the Pension Plan since December 31, 1997

   If you do not meet all of these criteria, you are most likely not in Part A and are accruing benefits under Part B.

   If you are not sure which plan you are in, review the Pension Plan Summary Plan Description available on the Your CIGNA Life web site or contact a representative at Prudential Retirement 1.877.778.2100.

   Generally, if you were in Part A before 1998, you are not affected by this change if you left CIGNA and were rehired after 1997. If you were rehired in 1998-2000, your Part A benefit was converted to a Part B cash balance. If you were rehired after 2000, your Part A benefit was frozen. In either case, your post-rehire benefit is being earned under Part B.

   Certain people rehired in 1998 may have been returned to Part A. If you are one of these people, you received information about returning to Part A in 2006. You will be affected by the changes to Part A.

1

3) **Are my benefits stopping under the Part A Pension Plan?**

   No, you will continue to earn benefits under the Part A pension plan. What is changing is the formula for earning Part A benefits after March 31, 2008.

   Your benefits under the current Part A formula will be "frozen" based on your years of Credited Service as of March 31, 2008 and your Final Average Eligible Earnings determined as of December 31, 2009. Those frozen benefits will be preserved. When you begin to receive your CIGNA Pension Plan benefit, your frozen benefits will be calculated under the current formula (see Q&A 4 below), using your years of Credited Service through March 31, 2008 and your Final Average Eligible Earnings through December 31, 2009. Your frozen benefit will be paid in accordance with the existing Part A payment provisions, which will also be frozen and preserved.

   Starting April 1, 2008, you will start earning pension benefits under a new, different formula – an "enhanced" cash balance formula similar to the existing Part B formula. Your entire qualified plan benefit, including the frozen benefits, will continue to be protected by the Pension Benefit Guarantee Corporation's pension insurance program.

4) **What is the existing Part A formula?**

   The existing Part A benefit accrual formula is described in the Part A Pension Plan Summary Plan Description, which is available on the Your CIGNA Life web site. Under the existing Part A formula, your annual pension benefit, assuming you begin to receive benefits at age 65, is equal to 2% of your Final Average Eligible Earnings multiplied by your years of Credited Service (up to a maximum of 30 years), less the Social Security offset. The definitions of Eligible Earnings, Final Average Eligible Earnings and Credited Service are in the Part A Summary Plan Description.

5) **Why is CIGNA changing Part A?**

   We are making these changes as part of our ongoing efforts to make our benefits program more competitive within our market place – *and* more consistent with the pension most other CIGNA employees earn today. As we continue to benchmark our programs and operating expenses against those of our peers, one area that consistently exceeds the competitive median/norm is the pension benefit provided under CIGNA's grandfathered Part A defined benefit pension formula. In fact, the most recent evaluation of our pension program by our independent pension consultant revealed that the combined value of CIGNA's grandfathered Part A Pension Plan *plus* the 401(k) Plan is 55% higher than programs offered by our peer comparator group.

6) **What pension benefits do I earn after March 31, 2008?**

   Beginning April 1, 2008 you will begin earning a new, separate pension under a new cash balance accrual formula.

   Your cash balance formula will work like this:

   - CIGNA will create a hypothetical cash balance account for you. Despite the name, it will contain no actual cash, but will contain "bookkeeping entries" to record the growth of your pension account.
   - Each year that you are credited with at least 1,000 Hours of Service, your account will be credited with a percentage of your annual Eligible Earnings as shown in the table below:

2

| For this plan year: | You will be credited with this % of your annual Eligible Earnings* |
|---|---|
| 2008 | 8% |
| 2009 | 9% |
| After 2009 | 10% |
| If or when you have earned 30 years of Credited Service, your Benefit Credit percentage will be capped at 3%. ||

*Note: For 2008, only Eligible Earnings from April 1 though December 31 will be used to calculate your Benefit Credit. For 2009 and beyond, your Benefit Credit will be calculated using Eligible Earnings for the full calendar year.

- In addition, starting as of June 30, 2008, your account will be credited with quarterly Interest Credits. The amount of those credits will be based on the interest rate of 5-Year Treasury Bonds plus 0.25%, but the annual rate will be no lower than 4.5% and no greater than 9.0%. Your account will receive Interest Credits until you receive a pension distribution.

7) **Will my frozen benefits be combined with my new cash balance benefit?**

   Yes, combined – but not "merged." When you retire from CIGNA, your pension benefit will actually be dual benefits – one under the frozen Part A formula and the other under the new cash balance formula, as follows:

| Your frozen benefit will be based on your: | | Your cash balance benefit will be based on: |
|---|---|---|
| ■ Age and years of Vesting Service when you leave CIGNA<br><br>■ Age when your Part A benefit payments start<br><br>■ Years of Credited Service as of March 31, 2008<br><br>■ Final Average Earnings as of December 31, 2009<br><br>■ The other applicable provisions of the Part A pension plan<br><br>**IMPORTANT:** You must generally be at least age 55 to start receiving your frozen Part A benefits, even if you leave CIGNA at an earlier age. | PLUS | ■ The annual Benefit Credits to your cash balance account from April 1, 2008 through the day you leave CIGNA<br><br>■ Interest Credits on your cash balance account through the time you receive your pension benefits<br><br>■ The payment option you elect<br><br>**IMPORTANT:** You can receive your Part B cash balance account in a lump sum, and you can receive it as soon as your CIGNA employment ends, regardless of your age. You can defer taxes and avoid early withdrawal penalties if you roll the lump sum over to another employer's qualified plan or your own qualified Individual Retirement Account. |

3

Your frozen benefit will be paid in an annuity form – in monthly installments until you die, with a possible survivor annuity thereafter. Payments cannot start before you qualify for early retirement at age 55. You may elect to receive your cash balance benefit in annuity form or in a lump sum. Either way, you may elect to receive your cash balance pension as soon as your CIGNA employment terminates or you may wait until later.

8) What do you mean by "enhanced" cash balance benefits?

The percentage of pay most Part A people will receive as Benefit Credits is typically higher than that which current Part B participants get – thus the reference to an "enhanced" formula or benefit. Other features of your cash balance benefits will generally be the same as Part B, such as your ability to receive your account balance as a lump sum as soon as your CIGNA employment ends and a survivor benefit equal to your entire cash balance – not just 50% of it.

9) How will the 2008 changes affect my pension benefits?

For most current Part A participants, the changes will result in smaller ultimate pension benefits than would be the case if no changes were made. However, the specific effect of the Pension Plan changes on your benefits depends on several personal factors, such as your current age and years of service and when you elect to retire. You will receive a personalized communication in February – at least 45 days before the changes take effect – showing the impact of these changes on your CIGNA pension benefits. We encourage you to review this information with a professional financial advisor, who can also help you plan for retirement.

10) I was counting on my pension and Social Security for retirement. Will the changes delay my retirement?

That is a question that only you can answer. Each person's situation is different. You will have many things to consider when deciding to retire, including lifestyle changes and your financial resources. The personalized communication you receive in February will help provide you with the answer to this question.

Regardless of your personal situation, your CIGNA Pension Plan benefit alone, with or without the changes, may not be enough to provide you with the resources you'll need to maintain your lifestyle in retirement. So, don't forget to consider these other sources as you plan your retirement strategy:

- Social Security benefits
- Personal savings and investments – including stocks, bonds, mutual funds, real estate, IRA/Roth IRA
- Vested pension or savings plan from a previous employer
- Spouse's or Domestic Partner's pension and savings plan
- Life insurance accounts
- Long Term Care policy
- CIGNA's HSA Medical Plan which allows you to save pre-tax dollars for future health care needs

4

- CIGNA's Retiree Health Care program and Medicare
- CIGNA's Stock Award program
- Deferred income through CIGNA or other sources

11) **What about the CIGNA 401(k) Plan?**

   The 401(k) should certainly be a key component of your retirement strategy. It is not changing. The Plan enables you to:

   - **Lower your current annual taxes** by contributing a percentage of your pre-tax pay to the plan
   - **Earn a 50% matching contribution** from CIGNA on the first 6% of annual pre-tax pay you contribute to the plan
   - **Earn an additional discretionary match** from CIGNA – up to 33-1/3% of the matchable portion of your savings – in years in which the company achieves strong financial performance.
   - **Invest your entire account balance** – including your contributions and CIGNA's – for additional growth into a variety of investment funds
   - **Make investment changes and transfers** with a click of a mouse or the push of a button on your telephone pad
   - **Request a loan** against your 401(k) account balance – any interest you pay goes right to your own account.

   If you're not saving at least 6% and taking advantage of the full CIGNA match, you're literally leaving money on the table.

   You can learn more about this plan online at Your CIGNA Life > Wealth, where you can also find the CIGNA 401(k) Plan Summary Plan Description and Prospectus. You should read the 401(k) SPD before you make any decisions about contribution levels or investments.

12) **What about the CIGNA Retiree Health Care program?**

   No changes are being made at this time to this plan which offers continued access to medical and dental plan benefits during your retirement if you leave CIGNA after reaching age 55 with at least 5 years of service. Depending on your years of service with a CIGNA company participating in the plan, you will pay only a portion of the monthly cost of this coverage. You can learn more about this plan online at Your CIGNA Life > Retiree Benefits.

13) **Where can I get more information about the upcoming Pension Plan changes?**

   You will receive personalized information in February mailed to your home.

## 14) Will CIGNA make any more changes to the Pension Plan?

While CIGNA has no current plans to make any additional changes to the Pension Plan, CIGNA reserves the right to change, or even terminate, the Plan at any time. CIGNA will make changes as required by law, and we will continue to monitor and assess how Plan benefits fit within CIGNA's overall benefit strategy and how Plan costs position CIGNA in the competitive marketplace.



"CIGNA," "CIGNA HealthCare" and the "Tree of Life" logo are registered service marks of CIGNA Intellectual Property, Inc., licensed for use by CIGNA Corporation and its operating subsidiaries. All products and services are provided exclusively by such operating subsidiaries and not by CIGNA Corporation.

81850 01/08  © 2008 CIGNA