**Amara v. CIGNA**, Case No. 01-2361 (MRK)

# EXHIBIT 248



February 15, 2008



Dear CIGNA Pension Plan Participant,

As a part of our Total Rewards package, CIGNA offers you both the comprehensive health and welfare benefits you need today and a wealth accumulation program to help you build the financial security for the future. The CIGNA Pension Plan is an important part of the Your CIGNA Life Personal Portfolio.

At CIGNA, we are committed to providing you with the tools and resources to plan for the financial future of you and your family. Earlier this year, you received notice that we would be making changes to the CIGNA Pension Plan, Part A. We want to help you understand how the changes in the Part A benefit formula may specifically affect your pension benefits. Therefore, we have attached additional details about the changes, with illustrations that show how the changes would affect your pension over time. We hope that the information will help you better understand the changes that are taking place.

We value you and the service you provide to CIGNA. We also understand the importance of your pension as you plan for your future. Please take time to review the attached documents regarding your plan. If you have any questions, you are encouraged to contact Prudential Retirement at the temporary phone number 860.534.4314, where you can speak with a specially trained representative and receive answers to your questions. You may also continue to call Prudential Retirement's Interactive Voice Response service at 877.778.2100.

Sincerely,

John Arko, CIGNA Pension Plan Administrator

## 204(h) Notice For Participants of the CIGNA Pension Plan, Part A

**About This Notice**

This notice provides information about the changes to the CIGNA Pension Plan (Plan Number 001, Employer Identification Number 06-1059331) and the impact that these changes will have on future benefits, as is required by Section 204(h) of the Employee Retirement Income Security Act (ERISA). This notice also serves as a summary of material modifications for the plan amendment effective March 31 and April 1, 2008. This notice must be provided to plan participants whose benefits will be affected by the change -- employees who are eligible to participate in the Part A benefit formula as of March 31, 2008.

You do not need to take any action as a result of receiving this notice.

This notice is not a guarantee of continued employment or payment of benefits. Although every effort has been made to accurately describe plan provisions, the information in this notice will always be superseded by the terms of the actual plan documents.

The CIGNA Pension Plan (or CPP) is an important part of Your CIGNA Life personal portfolio of total rewards. CIGNA offers a comprehensive health and welfare program to provide the protection you need for today... and a wealth accumulation program to help you build the financial security you'll want tomorrow. A key component of your wealth accumulation program is the CIGNA Pension Plan, Part A, which provides a lifetime benefit when you retire, based on your years of service and eligible earnings under the Plan.

In January 2008, you were notified that the formula used to calculate your Part A benefits will change, effective April 1, 2008. With this change, your pension benefits under Part A will be determined as follows:

- For service through March 31, 2008, you will receive the benefit you have earned under the current Part A defined benefit formula based on your final average earnings as of December 31, 2009,

    PLUS

- For service on or after April 1, 2008, you will receive a benefit under the new cash balance formula.

This change in formula is part of our ongoing efforts to align our operating expenses with the industry competitive norms. One of the areas we are seriously above competitive norms is the grandfathered Pension Part A benefits. In order to address our competitive expense challenge we were required to change the pension program so that it is more

CPPQ

competitive within the market *and* more consistent for all CIGNA employees. This 204(h) notice includes:

- An overview of how a cash balance formula works,

- A comparison of the Part A defined benefit pension formula (which is being frozen) and the new Part A cash balance formula, and

- Personalized projections showing the impact of these changes on your retirement income.

If you have questions after reviewing this information, please contact a representative at Prudential Retirement at 877.778.2100. You may also call 860.534.4314 which is a special, temporary phone number established to direct you to a specially trained representative at Prudential Retirement.

### How a Cash Balance Formula Works

Under a cash balance formula, CIGNA provides Benefit Credits and Interest Credits to a hypothetical "account" in your name that grows over time.* You will be fully vested in your right to the cash balance benefit. In addition, your cash balance account is "portable," which means you can take the full value of your account with you if you leave the company before retirement. This is considerably different from the current defined benefit formula, which requires you to leave your vested accrued benefit in the plan until you are eligible for retirement (at least age 55), even if you leave CIGNA earlier.

* Note: You receive a Benefit Credit only during a calendar year in which you earn a year of Credited Service.

The following chart compares the key features of the two formulas.

### Summary of Pension Plan Changes

| | Part A<br>*Defined Benefit Formula* | Part A<br>*Cash Balance Formula* |
|---|---|---|
| How benefits are calculated | Your benefit is calculated as:<br><br>2% of<br><br>your final average earnings<br><br>**multiplied by**<br><br>your years of credited service<br><br>(up to 30 years)<br><br>**minus**<br><br>your Social Security Offset | CIGNA provides annual Benefit Credits to a hypothetical account equal to a percentage of your eligible earnings based on the schedule listed below:<br><br>Year    Credit*<br>2008    8%<br>2009    9%<br>After 2009    10%<br><br>*The Benefit Credit rate is capped at 3% after you earn 30 years of Credited Service. |

|  | **Part A**<br>**Defined Benefit Formula** | **Part A**<br>**Cash Balance Formula** |
|---|---|---|
| Eligible Earnings | Salary, overtime, annual short-term incentive payments or bonus payments and sales commissions paid through December 31, 2009. | Salary, overtime, annual short-term incentive payments or bonus payments and sales commissions paid after March 31, 2008. |
| Final Average Earnings | The higher of:<br>■ the average of the three consecutive calendar years in which your eligible earnings are highest.<br>or<br>■ the average of your last thirty-six consecutive months of eligible earnings.<br>Note: Final Average Earnings are determined as of December 31, 2009 or your date of termination, if earlier. | Not applicable under this formula |
| How service is determined and used | Credited Service is used to determine the amount of your pension benefit. Generally you earn one year of Credited Service for each calendar year you are credited with at least 1,000 Hours of Service.<br>For 2008 only, you will earn 0.76 years of Credited Service if you are employed by CIGNA on March 31, 2008. You will earn no additional Credited Service for the frozen Part A defined benefit formula after March 31, 2008. | You will receive a Benefit Credit for the calendar year in which you die, retire or terminate employment only if you earned a year of Credited Service during that calendar year.<br>Generally you earn one year of Credited Service for each calendar year you are credited with at least 1,000 Hours of Service. (For 2008 this means Hours of Service from January 1, 2008 though December 31, 2008.) |

4

| | Part A<br>Defined Benefit Formula | Part A<br>Cash Balance Formula |
|---|---|---|
| How your benefit grows | Benefit growth is based on your Credited Service through March 31, 2008 and your eligible earnings through December 31, 2009. | Your cash balance benefit will grow in two ways:<br>1. Beginning in 2008, CIGNA will provide an annual Benefit Credit equal to a percentage of your annual eligible earnings as described above.<br>2. CIGNA will provide additional Interest Credits at the end of each quarter based on your account balance. The Interest Credit is based on the yield on 5-Year Treasury Bonds (as of November of the previous year) plus 0.25%, with a minimum yield of 4.5% and a maximum yield of 9% on an annualized basis.<br>The Interest Credit rate for 2008 is 4.5%. |
| Forms of plan payment | Annuity options are available | Annuity options and a lump sum option are available |
| Early retirement reductions | Benefits that begin after your early retirement date but before your normal retirement date are reduced by early retirement factors.<br>**NOTE:** Your age at termination, even beyond March 31, 2008, continues to determine the schedule of early retirement reduction factors | The amount of your cash balance account is available as a lump sum benefit whenever your CIGNA employment ends. That lump sum may be converted to an actuarially equivalent annuity form of benefit.<br>If you choose an annuity, your cash balance account is converted to an annuity using mortality tables that project life expectancy from your date of retirement. Therefore, the younger you are when annuity payments start, the smaller your monthly annuity payments will be because the annuitized cash balance account balance must sustain payments over a longer period of life expectancy. |

CPPQ

5

| | **Part A** <br> *Defined Benefit Formula* | **Part A** <br> *Cash Balance Formula* |
|---|---|---|
| What happens if you die | **If you die before starting your retirement benefit:** <br><br> Your spouse or Domestic Partner may be able to begin receiving a survivor's benefit. No benefit is payable to your beneficiary(ies) unless you are married or have an eligible Domestic Partner. <br><br> **If you die after starting your retirement benefit:** <br><br> The survivor benefit (if any) is determined by the payment option you elect when you retire. | **If you die before starting your retirement benefit:** <br><br> Your named beneficiary(ies) receives a lump sum survivor benefit equal to the full value of your cash balance account. <br><br> Your spouse or Domestic Partner is your beneficiary, unless your spouse or Domestic Partner has consented to your naming of another beneficiary. If you don't name a beneficiary, your benefit will be paid according to the plan designations, ultimately to your estate. <br><br> **If you die after starting your retirement benefit:** <br><br> The survivor benefit (if any) is determined by the payment option you elect when you request a distribution from the plan. |
| Portability | Benefits are not "portable." Earned benefits stay in the plan until you reach retirement age. | Benefits are "portable." If you leave the company for any reason, the full value of your cash balance account is immediately available to you to be: <br><br> ■ Kept in the plan with continued Interest Credits, <br><br> ■ Rolled over tax-free to another retirement plan of your choice, <br><br> ■ Taken as a taxable lump sum, or <br><br> ■ Paid as a taxable annuity. |

CPPQ

Remember, when you retire from CIGNA, your pension benefits will include:

| *Your accrued benefit under the defined benefit formula through March 31, 2008, based on your:* | | *Your cash balance benefit from April 1, 2008 through retirement, based on:* |
|---|---|---|
| <ul><li>Age and Years of Vesting Service when you leave CIGNA,</li><li>Age when your pension payments start,</li><li>Years of Credited Service as of March 31, 2008,</li><li>Final Average Earnings as of December 31, 2009, and</li><li>The other applicable provisions of the Part A pension plan.</li></ul>**IMPORTANT:** Generally, you must be at least age 55 to be eligible to start receiving your current Part A benefits, even if you leave CIGNA at an earlier age. | **PLUS** | <ul><li>The annual Benefit Credits to your cash balance account from April 1, 2008 through the end of your employment at CIGNA,</li><li>Quarterly Interest Credits on your cash balance account through the time you receive your pension benefits, and</li><li>The payment option you elect.</li></ul>**IMPORTANT:** You can request the payment of the full value of your Part A cash balance account in a lump sum as soon as your CIGNA employment ends, regardless of your age.<br><br>Keep in mind that Prudential generally requires at least 60 days to process your request. You should also keep in mind that you can postpone taxes and avoid early withdrawal penalties if you roll the lump sum over to another employer's eligible retirement plan or your own Individual Retirement Account or Annuity. |

**Potential Impact of the Change — Personalized Benefit Projections**

To help you understand how the change in the Part A benefit formula may affect your pension benefits from CIGNA, personalized estimates of your future pension benefits, expressed as an annual payment, under both the current Part A defined benefit formula (which will be frozen on March 31, 2008) and the new Part A enhanced cash balance formula (which will begin on April 1, 2008) are provided on the attached statement.

**IMPORTANT:** The projected benefit amounts shown are *estimates* based on certain assumptions about your continued employment and future eligible earnings and future interest rates. *Your actual pension benefit will be calculated at your retirement,* reflecting your actual eligible earnings and interest rates.

CPPQ

### *About the "CPP Part A Benefit Comparison" Graph on your statement*

In this comparison chart, the dotted ("Old Plan") line of the graph illustrates what your projected benefit *would have been* at various retirement ages if there were no change to the current Part A defined benefit formula on March 31, 2008. The solid ("New Plan") line is an estimate of what your projected benefit *would be* – based on various assumptions -- with the change to the cash balance formula. Specific projected benefit amounts at few potential retirement ages are presented in the table below the chart. Note that the values of these projected benefits are expressed in the form of a single life annuity (that is, the sum of 12 monthly payments per year, each year for your lifetime, with no survivor benefit) and on a before-tax basis.

In most cases, the change in formula will result in a pension benefit that is lower than what you would have received if the current Part A defined benefit pension formula continued unchanged until your retirement. Increasing your annual personal savings — through the CIGNA 401(k) or another personal savings vehicle is one way to close the gap between the two lines.

Shown at the bottom of your statement is an estimated rate of additional annual savings (including earnings at the interest rates indicated) that, if made now until the indicated retirement age, would combine with the new plan benefit to approximate the level of retirement income you might have expected before the change to your Part A pension benefit. Other ways to meet your retirement goals would be to postpone your retirement date or re-evaluate your income needs during retirement.

### Reservation of Rights

CIGNA reserves the right to amend, modify or terminate the CPP in its sole discretion at any time and for any reason.

CPPQ

## CIGNA Pension Plan
## Personalized Benefit Projection

*How Your Projected Benefits Were Prepared*

In projecting benefits that you may earn beyond 2007, we assume that you remain employed by CIGNA and that your eligible earnings grow 3% annually and that IRS limits on eligible earnings as well as items which affect the Social Security benefit formula, increase 3% annually.

All benefit estimates shown are annual amounts in the form of a single life annuity. Other payment options may be available and nonqualified benefits may automatically be paid in the form of a lump sum.

Cash balance amounts and early retirement supplements were converted into a single life annuity based on a post-retirement interest rate of 5.5% and projected mortality (unisex rates under RP 2000 table with Scale AA improvements to 2015).

We have assumed you will receive annual interest credits under the cash balance formula of 4.5% until retirement.

The rate of additional annual savings that we estimate you would need to replace the projected benefit reduction under the new benefit formula is based on the assumption that you will earn an investment return on such savings of 7.0% per year until retirement at age 65.

**The benefit projections are estimates. They represent our best efforts to offer informative benefit comparisons based on reasonable assumptions. Any differences between these assumptions and what actually happens - such as your future employment and investment return experience, will change the amount of benefits. We have tried to make sure the benefit projections as well as the information on which these projections are based, such as your earnings and employment history, are accurate. Any changes to the key data underlying these projections may result in changes to the benefit projections shown in this illustration.**

## CIGNA Pension Plan – Personalized Benefit Projection

*Participant Information:*

| | | | |
|---|---|---|---|
| Participant Name: | **Redacted** | <u>Assumed 2008 Eligible Earnings</u> | |
| Age as of 1/1/2008: | 51 | Regular Pay Rate = | $70,500 |
| Credited Service as of 1/1/2008: | 26.417 years | Bonus (last 36 months) = | <u>$665</u> |
| | | Total = | $71,165 |

*Estimated annual annuity at various retirement ages:*



| Annual Benefit | Age 55 | Age 62 | Age 65 |
|---|---|---|---|
| Old Plan | $24,770 | $40,290 | $49,320 |
| New Plan | $23,990 | $35,140 | $39,180 |

In most cases, the change in formula will result in a pension benefit that is lower than what you would have received if the current Part A pension formula continued until retirement. One way to make up this reduction is to increase your personal savings through your CIGNA 401(k) or another personal savings vehicle.

As an example, if you are looking to retire at age 65, a future annual contribution of approximately 5.8% of pay from now to retirement is necessary to personally finance the potential reduction in future benefit.