**Amara v. CIGNA, Case No. 01-2361 (MRK)**

# EXHIBIT 249

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN - 7 1993

Clerk, U.S. District Court
District of Columbia

MARY COLLINS, et al.,           )
                                )
        Plaintiffs,             )
                                )
    v.                          ) CA 88-3406 (AER)
                                )
PENSION BENEFIT GUARANTY        )
CORPORATION, et al.,            )
                                )
        Defendants.             )
_____)
                                )
ESTELLE PAGE, et al.,           )
                                )
        Plaintiffs,             )
                                )
    v.                          ) CA 89-2997 (AER)
                                )
PENSION BENEFIT GUARANTY        )
CORPORATION,                    )
                                )
        Defendant.              )
_____)

### ORDER APPROVING ATTORNEYS' FEE AWARD

Having considered the motion in Collins v. PBGC, Civil Action No. 88-3406-AER, and Page v. PBGC Civil Action No. 89-2997-AER, for an award of attorneys' fees, and having considered the authorities on common fund awards and the parties' agreement on payment of expenses and the fee lodestar,

ORDER APPROVING ATTORNEY FEE AWARD

-1-

**The Court hereby ORDERS:**

1. Defendants shall pay the Plaintiffs $1,360,307 for attorneys' fees to November 30, 1995, and $107,308 for expenses to the same date pursuant to Section 20.1 of the Supplemental Agreement on Attorney's Fees and Expenses and ERISA Section 4003(f)(3), 29 U.S.C. § 1303(f)(3). Defendant PBGC shall pay these amounts within ten days after the date of final Court approval of the Settlement Agreement. The check shall be drawn to the Class's lead counsel, Stephen Bruce, who shall pay all lawyers and law firms in accordance with the fee and expense totals listed in Class counsel's Motion and Memorandum.

2. Plaintiffs shall submit a bill for their attorneys' fees and expenses from December 1, 1995 through the date of final Court approval to the Defendants and to the Court within 10 days of that Order, using the same hourly rates as requested in their Motion and Memorandum. Unless the Defendants object, those fees and expenses shall be paid by PBGC in the same manner as provided in Paragraph 1 within 20 days after that submission.

3. Considering <u>Swedish Hosp. Corp. v. Shalala</u>, the awards in other cases, the outstanding results achieved here, the entirely contingent nature of the action, the skill of the attorneys, and the fact that this class was otherwise totally unrepresented, Class counsel's request for a common fund award of

ten (10) percent of the total settlement payments to be made to members of this class is reasonable. A two (2) credit shall be applied for the awards made pursuant to Paragraphs 1 and 2 of this Order.

4. The Director, who is retained pursuant to Article II of the Page/Collins Settlement Agreement, is directed to deduct the net eight (8) percent common fund award from the settlement benefit payments to be made to class members, as authorized under Article XX of the Settlement Agreement. The Director shall pay the deducted fees to the Class' lead counsel at three-month intervals, beginning with the "Effective Date of Settlement" as defined under the Settlement Agreement. Class' lead counsel shall allocate those fees among the law firms who contributed to the prosecution of this action according to their agreements.

Dated: _June 7_, 1996

                                              AUBREY E. ROBINSON, JR.
                                              UNITED STATES DISTRICT JUDGE

ORDER APPROVING ATTORNEY FEE AWARD

-3-

**Service List:**

James J. Keightley
Israel Goldowitz
PBGC Office of General Counsel
1200 K St., NW
Washington, DC 20005

Charles G. Cole
Steptoe & Johnson
1330 Connecticut Ave., NW
Washington, DC 20036

Stephen R. Bruce
Suite 1330 East
555 13th St., NW
Washington, DC 20004-1109

Daniel P. McIntyre
40 Old Mill Rd.
Falmouth, ME 04105

Ann Curry Thompson
Kelman, Loria, Downing
2300 First National Bldg.
Detroit, MI 48226

Mark A. Borenstein
Tuttle & Taylor
355 South Grand Ave.
Los Angeles, CA 90071