# EXHIBIT A

1

```
 1          UNITED STATES DISTRICT COURT

 2             DISTRICT OF CONNECTICUT

 3

 4   ------------------------------------X

 5   JANICE C. AMARA, GISELA R. BRODERICK

 6      ANNETTE GLANZ, Individually and on behalf

 7      Of others similarly situated

 8   VS

 9   CIGNA CORP AND CIGNA PENSION PLAN  ORIGINAL

10   ------------------------------------X

11

12          Deposition of STEVEN LAW taken in

13   accordance with the Federal Rules of Civil

14   Procedure, at the Law Offices of Robinson Cole,

15   280 Trumbull Street, Hartford, Connecticut,

16   Before Holly Murphy, a Licensed Shorthand

17   Reporter and Notary Public, in and for the State

18   of Connecticut at 12:00 PM on May 11, 2006.

19

20

21

22          Holly Murphy, License No. 177

            DEL VECCHIO REPORTING SERVICES

            PROFESSIONAL SHORTHAND REPORTERS

23      117 RANDI DRIVE, MADISON, CT   06443

            203 245-9583 800 839-6867

24          FAX 203 245-2760

25   HARTFORD    NEW HAVEN         STAMFORD
```

DEFENDANT'S
EXHIBIT

676

ALL-STATE LEGAL®

2

```
 1    A P P E A R A N C E S:
      ON BEHALF OF THE PLAINTIFF:
 2    THOMAS MOUKAWSHER, ESQ.
          MOUKAWSHER & WALSH
 3        21 OAK STREET
          HARTFORD, CT  06106
 4

 5

 6    ON BEHALF OF THE DEFENDANT:
      JEREMY BLUMENFELD, ESQ.
 7        1701 MARKET STREET
          PHILADELPHIA, PA  19103-2921
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    A.    Yes, it is.

2    Q.    Bates Numbers 1916 through 1923?

3    A.    Yes.

4    Q.    Again, this was sent to your home?

5    A.    Yes.

6    Q.    This provided to you comprehensive

7    information about your pension benefits?

8    A.    Yes.

9    Q.    Did you have any questions after you

10   read through your 2004 total compensation report?

11   A.    No.

12   Q.    Let me clarify.  In 2004 I guess the

13   name changed slightly to the 2004 CIGNA total

14   rewards report; correct?

15   A.    Yes, correct.

16         (Whereupon, Law Exhibit No. 12 was

17   marked for identification.)

18   BY MR. BLUMENFELD:

19   Q.    Law Deposition Exhibit 12 is Bates

20   Number 1875.  Can you take a look at that

21   document and tell me what it is, please?

22   A.    This is a spread sheet I put together

23   to compare the present values of the pension that

24   I would have had under a theoretical extension of

25   the old pension plan versus what I would have

1    available under the cash balance plan.

2         Q.      There's a scenario A and scenario A

3    with a prime and scenario B and scenario B with a

4    prime; correct?

5         A.      Yes.

6         Q.      What's scenario A?

7         A.      Scenario A is using a discount rate of

8    6.5 percent.  That is the discount rate that

9    CIGNA was using.

10           Scenario A prime uses 4.89 percent which

11   I chose for that other scenario as being the

12   average treasury bond return in that period from

13   19 -- I forget exactly what period it is.

14           But it's treasury bond return, that is, a

15   risk free rate of return.

16        Q.      Scenario B and B prime, the difference

17   between B and B prime is again, the discount

18   rate?

19        A.      Yes.

20        Q.      What's the difference between scenario

21   A and scenario B?

22        A.      Scenario A is, it's based on a

23   hypothetically salary in 1997.  That's as if I

24   stayed employed at CIGNA through 1997 and then

25   terminated.

72

1          And scenario B and B prime are based on

2     my having returned to CIGNA, getting the benefit

3     of the old pension plan and then continuing to

4     accrue that benefit until June 30, 2006.

5          In other words, assuming I terminated in

6     2006 versus assuming I terminated back on the

7     date when the cross over took place, December

8     1997.

9          Q.    I'm sorry.  Scenario A you assume that

10    you terminated before the cash balance

11    conversion?

12         A.    Yes.

13         Q.    Do you assume that you were rehired?

14         A.    Let's see.  Well.  Oh, no.  This is,

15    the purpose of this is to determine the

16    difference between the cash balance plan and the

17    new pension plan.

18          So for example, item 13, I'm calculating

19    that the value of the cash balance plan in

20    December 1997 was $16,000.  And I'm not sure --

21    well, okay.

22          I'm assuming that the cash balance plan,

23    I started out from the $19,100 that I actually

24    had in March 2000 and I discounted it had

25    backwards to December 1997 to get a $16,000.

1    Then I compare that with what I would

2    have had.  Well, it's a little bit complicated.

3    I compare that with what I would have had if I

4    had terminated in 1997 with the old pension plan.

5        If I terminated in 1997 with the old

6    pension, I would have had that income stream in

7    item 10, the $123,000 and the present value going

8    back to, well, the present value in December of

9    1997 would have been $42,900.

10        That's what I'm saying the present value

11    in 1997 would have been if I stayed in the old

12    plan.

13        Q.    And kept working at CIGNA after 1991?

14        A.    Yes.

15        Q.    So that's scenario A and scenario A

16    prime.  What is scenario B supposed to reflect?

17        A.    Scenario B is supposed to reflect my

18    actual situation where I came back to work and

19    then I leave, where I terminate on June 30, 2006.

20        Now, if I had the old pension, the next

21    item is an annual income stream if I were to

22    terminate with the old pension because I took

23    salary at termination times 2 percent times

24    number of years service so I came out with

25    $20,000.  That would be how much my pension would

74

1  have paid per year.

2      Q.     How many years of service did you

3  credit yourself with in that calculation?

4      A.     Twelve.  Then the income stream at age

5  65 would be -- now, what I did for that was just

6  to say, okay.

7         We'll say if you get $20,000 per year

8  then the value of the total amount that you

9  collect over an annuity period is 20 times that

10  annual amount.

11         So that turns into $410,000.  Then I

12  discount the 410,000 back to its present value in

13  2006.  And that is $244,000.

14         So that's what I'm saying the old cash,

15  the old balance plan would have been worth at

16  June 2006.

17         My cash balance is worth 64,000.  The

18  difference between the $244,000 that the old plan

19  would have been worth and the cash balance plan

20  is $180,000.

21      Q.     You did these calculations by yourself?

22      A.     Yes, yes.  Just using a spread sheet.

23      Q.     Excell?

24      A.     Yes, Excell.

25      Q.     Do you know if you still have that

1    spread sheet in electronic form?

2        A.    Yes.

3        Q.    Could you make sure to give that to

4    your attorney so they can turn it over to us?

5        A.    Okay.

6            (Whereupon, Law Exhibit No. 13 was

7    marked for identification.)

8        BY MR. BLUMENFELD:

9        Q.    I'm going to show you what has been

10    marked as Law Deposition Exhibit 13.  Do you have

11    Law Deposition Exhibit 13 in front of you?

12        A.    Yes.

13        Q.    Can you take a look through it and let

14    me know if you've ever seen this document before?

15    In particular, I'd like to know if this may have

16    been in the CIGNA benefits binder that you

17    received?

18        A.    I'm not familiar with this exhibit.

19    All I can say is that I can rule out that it

20    would have been in the CIGNA benefits binder that

21    I received.

22            (Whereupon, Law Exhibit No. 14 was

23    marked for identification.)

24        BY MR. BLUMENFELD:

25        Q.    Showing you what has been marked as Law