Civil (April 12, 2004)

HONORABLE **Mark R. Kravitz**
DEPUTY CLERK **K. Ghilardi** RPTR/ERO/TAPE _____

TOTAL TIME: **2** hours **43** minutes

DATE **April 30, 2008**    START TIME **2:08**    END TIME **4:51**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Amara**

CIVIL NO. **3:01cv2361**

vs.

**Cigna Corp, et al**

Plaintiffs Counsel: Stephen R. Bruce, Thomas G. Moukawsher, Allison C. Caalim

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel: Jeremy P. Blumenfeld, Joseph J. Costello

## COURTROOM MINUTES - CIVIL (check one box)

☐ Motion Hearing
☐ Evidentiary Hearing
☐ Miscellaneous Hearing
☐ Show Cause Hearing
☐ Judgment Debtor Exam
☐ Pre-Trial Conference
☑ Hearing on Class Relief

**MOTION DOCUMENT NO.**

| | # | Motion | granted | denied | advisement |
|---|---|---|---|---|---|
| ☐ | # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ |   | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ |   | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ |   | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☑ |   | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |

☑ Brief(s) due **5/16/08**    ☐ Proposed Findings due _____    Response due **5/28/08**

_____ Hearing continued until _____ at _____