UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANICE C. AMARA, GISELA R. : 
BRODERICK, ANNETTE S. GLANZ :
individually and on behalf :
of all others similarly situated, :
                                               Plaintiff, :
                                                :
vs. :    Civil. No. 3:01-CV-2361 (MRK)
                                                :
CIGNA Corp. and :    May 9, 2008
CIGNA Pension Plan, :
                                                :
                            Defendants. :
                                                :

## DECLARATION OF ALLISON C. CAALIM

     1. My name is Allison C. Caalim. I am an associate to Stephen Bruce, counsel for the Plaintiffs in this action, and am admitted to the bar in the State of Virginia and the District of Columbia. I am over 21 years of age and make this Declaration based on personal knowledge.

     2. I have experience tabulating data and running queries of electronic databases in both Microsoft Excel and Microsoft Access.

     3. Based on the Class List and other databases supplied by CIGNA, I ran a query on an Excel spreadsheet that we developed in conjunction with a class action consultant to determine the number of individuals who were entitled to subsidized early retirement benefits at the time they separated from service but elected lump sums.

     4. Of the 27,195 individuals in the database, I tabulated 415 people who were eligible for early retirement benefits at separation but elected lump sum distributions instead of annuities. 95 of those individuals were entitled to Tier 1 early retirement benefits. 320 individuals were entitled to Tier 2 early retirement benefits.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 9, 2008

_____
Allison C. Caalim