UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, GISELA R. BRODERICK, ANNETTE S. GLANZ individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CIGNA Corp. and CIGNA Pension Plan,<br><br>　　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil. No. 3:01-CV-2361 (MRK)<br>:<br>: May 30, 2008<br>:<br>:<br>:<br>: |

### DECLARATION OF ALLISON C. CAALIM

1. My name is Allison Caalim. I am an associate to Stephen Bruce, counsel for the Plaintiffs in this action, and am admitted to the bar in the State of Virginia and the District of Columbia. I am over 21 years of age and make this Declaration based on personal knowledge.

2. I have experience tabulating data and running queries of electronic databases in both Microsoft Excel and Microsoft Access.

3. Based on the Class List supplied by CIGNA, I ran a query in Excel to determine the current ages of the class members (as of May 1, 2008).

4. Of the 27,195 individuals in the database, I tabulated 20,902 individuals (77%) who are below age 55. Approximately 25,535 individuals (94%) are below age 65.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 30, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Allison C. Caalim