## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JANICE C. AMARA,                                     :
GISELA R BRODERICK,                                  :
ANNETTE S GLANZ, individually and on                 :
behalf of others similarly situated,                 :
                                                     :
                    Plaintiffs,                      :
                                                     :
v.                                                   :          Case No.  3:01CV2361(MRK)
                                                     :
CIGNA CORPORATION and CIGNA                          :
PENSION PLAN,                                        :
                                                     :
                    Defendants.                      :

### <u>JUDGMENT</u>

This matter came on for court trial before the Honorable Mark R. Kravitz, United States District Judge.  On February 15, 2008, by a Memorandum of Decision liability relief was granted to Plaintiffs on Counts Two, Four (to the extent Count Four addresses CIGNA's § 204(h) notices), and Five (to the extent Count Five addresses failures of disclosure), and the Court granted relief to Defendants on Counts One, Three, Four (to the extent Count Four addresses the rehire rule), and Five (to the extent Count Five addresses the cutback of accrued benefits).  On June 13, 2008, by Memorandum of Decision declaratory, injunctive, and monetary relief was granted to Plaintiffs.

Therefore, it is hereby ORDERED, ADJUDGED, and DECREED that judgment is entered for Plaintiffs with respect to liability on Counts Two, Four (to the extent Count Four addresses CIGNA's § 204(h) notices), and Five (to the extent Count Five addresses failures of disclosure),and judgment is entered for Defendants on Counts One, Three, Four (to the extent Count Four addresses the rehire rule), and Five (to the extent Count Five addresses the cutback of accrued benefits). Judgment is further entered with respect to declaratory, injunctive, and monetary relief for Plaintiffs in accordance with the Court's June 13, 2008 Memorandum of Decision and the case is closed.

EOD: _____

Dated at New Haven, Connecticut this 13TH day of June 2008.

> ROBIN D. TABORA Clerk
> By
>  /s/ Kenneth R. Ghilardi
> Kenneth R. Ghilardi
> Deputy Clerk