UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, GISELA R. BRODERICK, ANNETTE S. GLANZ, individually and on behalf of all others similarly situated, : : : : : : Plaintiffs, : : vs. : : CIGNA Corp. and : CIGNA Pension Plan, : : Defendants. : : | Civil. No. 3:01-CV-2361 (MRK) July 3, 2008 |

**PLAINTIFFS' MOTION TO DEFER CONSIDERATION OF CLAIM
FOR ATTORNEYS' FEES PENDING APPEAL**

Plaintiffs move to defer consideration of their claim for attorneys' fees until after the appeals in the case are resolved. In support of this request, Plaintiffs state that good cause exists as follows:

1.  F.R.C.P. 54 and 58 permit the district court to defer the issue of attorneys' fees until appeals are complete. Deferral is appropriate where there are substantial issues for appeal, as this Court has already found in issuing a stay sua sponte, and where the outcome of the parties' appeals may affect Plaintiffs' request for fees.

2.  Deferring consideration of fees at this stage is especially appropriate given F.R.C.P. 23(h)(1)'s requirement that notice of the fee motion be directed to the class before any decision is reached. It is impractical to provide notice to the class at this time when the relief has been stayed and the remedies may be modified on appeal.

WHEREFORE, Plaintiffs request that the Court grant this motion and defer consideration of their claim for fees pending appeal.

Dated: July 3, 2008

>Respectfully submitted,
>
> s/ Stephen R. Bruce
>Stephen R. Bruce Ct23534
>Allison C. Pienta phv01316
>805 15th St., NW, Suite 210
>Washington, DC 20005
>(202) 371-8013
>
> s/ Thomas G. Moukawsher
>Thomas G. Moukawsher Ct08940
>Moukawsher & Walsh, LLC
>21 Oak St.
>Hartford, CT 06106
>(860) 278-7000
>
>Attorneys for Plaintiff Class

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing (1) Plaintiffs' Motion to Defer Consideration of Claim for Attorneys' Fees Pending Appeal, (2) the Memorandum in Support, (3) the Proposed Order, and (4) this Certificate of Service were filed electronically through the CM/ECF system on July 3, 2008. Notice of this filing will be sent by e-mail to all counsel listed below by operation of that system:

    Joseph J. Costello
    Jeremy P. Blumenfeld
    Jamie M. Kohen
    Morgan, Lewis & Bockius
    1701 Market St.
    Philadelphia, PA 19103-2921

    Christopher A. Parlo
    Morgan Lewis & Bockius
    101 Park Avenue
    New York, NY 10178-0600

    James A. Wade
    Brett J. Boskiewicz
    Robinson & Cole, LLP
    280 Trumbull Street
    Hartford, CT 06103-3597

                                                         s/ Stephen R. Bruce
                                                         Stephen R. Bruce