UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, GISELA R. BRODERICK, ANNETTE S. GLANZ, individually and on behalf of all others similarly situated, | : : : : : |
| Plaintiffs, | : : |
| vs. | : Civil. No. 3:01-CV-2361 (MRK) : |
| CIGNA Corp. and CIGNA Pension Plan, | : : : |
| Defendants. | : : |

**PROPOSED ORDER**

Upon consideration of Plaintiffs' Motion to Defer Consideration of Claim for Attorneys' Fees Pending Appeal, and the record in this matter, it is this ____ day of _____, 2008, hereby ORDERED that the motion is GRANTED. Plaintiffs' motion for attorneys' fees shall be deferred until 30 days following the later of affirmance of this Court's June 13, 2008 Judgment or any new ruling following appeal.

IT IS SO ORDERED.

_____
Hon. Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: _____, 2008.