UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Janice C. Amara, Gisela R. Broderick, Annette S. Glanz, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiffs, | : : | |
| vs. | : : | Civil No. 3:01-CV-2361 (MRK) |
| CIGNA Corp. and CIGNA Pension Plan, | : : : | |
| Defendants. | : : | |

## NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(1), Plaintiffs Janice C. Amara, Gisela R. Broderick, and Annette S. Glanz, individually and on behalf of the class of all others similarly situated, hereby give notice and appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered on June 13, 2008 by Judge Mark R. Kravitz (dkt.#286) (attached). Plaintiffs appeal from the Judgment and June 13, 2008 Memorandum of Decision to the extent they deny relief for the violations of ERISA determined in the February 15, 2008 Memorandum of Decision. Plaintiffs also appeal from the part of the Judgment and the February 15, 2008 Memorandum of Decision which denies liability on Counts One, Three, Four (to the extent Count Four addresses the rehire rule), and Five (to the extent Count Five addresses the cutback of accrued benefits).

Dated: July 3, 2008

Respectfully submitted,

 s/ Stephen R. Bruce
Stephen R. Bruce Ct23534
Allison C. Pienta phv01316
805 15th St., NW, Suite 210
Washington, DC 20005
(202) 371-8013

 s/ Thomas G. Moukawsher
Thomas G. Moukawsher Ct08940
Moukawsher & Walsh, LLC
21 Oak St.
Hartford, CT 06106
(860) 278-7000

Attorneys for Plaintiff Class

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of July, 2008, the foregoing Plaintiffs' Notice of Appeal and this Certificate of Service were sent by Federal Express courier service to the Clerk of the Court of the United States District Court for the District of Connecticut, with copies to counsel listed below:

>Joseph J. Costello
>Jeremy P. Blumenfeld
>Jamie M. Kohen
>Morgan, Lewis & Bockius
>1701 Market St.
>Philadelphia, PA 19103-2921
>
>Christopher A. Parlo
>Morgan Lewis & Bockius
>101 Park Avenue
>New York, NY 10178-0600
>
>James A. Wade
>Brett J. Boskiewicz
>Robinson & Cole, LLP
>280 Trumbull Street
>Hartford, CT 06103-3597

 s/ Stephen R. Bruce
Stephen R. Bruce

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANICE C. AMARA, :
GISELA R BRODERICK, :
ANNETTE S GLANZ, individually and on :
behalf of others similarly situated, :
   :
   Plaintiffs, :
   :
v. : Case No. 3:01CV2361(MRK)
   :
CIGNA CORPORATION and CIGNA :
PENSION PLAN, :
   :
   Defendants. :

## JUDGMENT

This matter came on for court trial before the Honorable Mark R. Kravitz, United States District Judge. On February 15, 2008, by a Memorandum of Decision liability relief was granted to Plaintiffs on Counts Two, Four (to the extent Count Four addresses CIGNA's § 204(h) notices), and Five (to the extent Count Five addresses failures of disclosure), and the Court granted relief to Defendants on Counts One, Three, Four (to the extent Count Four addresses the rehire rule), and Five (to the extent Count Five addresses the cutback of accrued benefits). On June 13, 2008, by Memorandum of Decision declaratory, injunctive, and monetary relief was granted to Plaintiffs.

Therefore, it is hereby ORDERED, ADJUDGED, and DECREED that judgment is entered for Plaintiffs with respect to liability on Counts Two, Four (to the extent Count Four addresses CIGNA's § 204(h) notices), and Five (to the extent Count Five addresses failures of disclosure), and judgment is entered for Defendants on Counts One, Three, Four (to the extent Count Four addresses the rehire rule), and Five (to the extent Count Five addresses the cutback of accrued benefits). Judgment is further entered with respect to declaratory, injunctive, and monetary relief for Plaintiffs in accordance with the Court's June 13, 2008 Memorandum of Decision and the case is closed.

EOD: _____

Dated at New Haven, Connecticut this 13TH day of June 2008.

        ROBIN D. TABORA Clerk
        By
        /s/ Kenneth R. Ghilardi
        Kenneth R. Ghilardi
        Deputy Clerk