TAULMAN AFFIDAVIT - EXHIBIT 1
Amara et al v. CIGNA et al
Named Class Members
Recovery Calculations

| Name | Distribution Type | Recovery Amount | Interest through 7/31/2008 | Total Estimated Recovery |
|---|---|---|---|---|
| FLANNERY |   | $33,665.66 | $841.64 | $34,507.30 |
| BRODERICK | A | 39,813.11 | 995.33 | 40,808.44 |
| LAW |   | 8,503.19 | 212.58 | 8,715.77 |
| GLANZ |   | 10,007.21 | 250.18 | 10,257.39 |
| CHARETTE |   | 10,813.93 | 270.35 | 11,084.28 |
| UPTON | L | 26,533.39 | 663.33 | 27,196.72 |
| HABER |   | 50,357.27 | 1,258.93 | 51,616.20 |
| CURLEE | L | 25,258.05 | 631.45 | 25,889.50 |
| HOGAN | L | 1,785.07 | 44.63 | 1,829.70 |

Distribution Types:

A=Annuity