TAULMAN AFFIDAVIT - EXHIBIT 2
Amara et al v. CIGNA et al
Estimated Recovery Amounts

| Category Description | Number of Participants | Total Recovery for Category through 7/31/08 | Computed Average Recovery through 7/31/08 |
|---|---|---|---|
| Rehires-Tier 1 with Rehire date prior to 1/1/2001 | 756 | $8,308,017.23 | $10,989.44 |
| Rehires-Tier 1 with Rehire date >= 1/1/2001 | 331 | 535,124.28 | 1,616.69 |
| Rehires - Tier 2 | 4,366 | 11,011,834.77 | 2,522.18 |
| Special Tier 2 55 Points | 3,626 | 33,639,292.35 | 9,277.25 |
| Higher Salary * | 987 | 17,488,782.11 | 17,719.13 |
| Service Credit >=8 | 8,280 | 26,405,945.32 | 3,189.12 |
| Service Credit between >4 and <=7 | 3,476 | 4,498,329.44 | 1,294.11 |
| Service Credit between >1 and <=4 | 5,166 | 3,559,327.79 | 688.99 |
| Service Credit <=1 | 5 | 85.91 | 17.18 |
| None of the Above | 166 | 197,892.47 | 1,192.12 |
| TOTALS | 27,159 | $105,644,631.67 | $3,889.86 |

* Higher Salary threshold is defined as Final Average Earnings of $110,000 or greater.