UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, GISELA R. BRODERICK, ANNETTE S. GLANZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>CIGNA CORP. and CIGNA PENSION PLAN,<br><br>　　　　　　　Defendants. | Civil No. 3:01-CV-2361 (MRK) |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants CIGNA Corporation and CIGNA Pension Plan hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered June 13, 2008, which granted judgment for Plaintiffs with respect to liability on Counts Two, Four (to the extent Count Four addresses CIGNA's § 204(h) notices), and Five (to the extent Count Five addresses failures of disclosure), and granted judgment with respect to the declaratory, injunctive, and monetary relief for Plaintiffs in accordance with the Court's Memorandum of Decision dated June 13, 2008, attached hereto as Exhibit A, and any and all orders leading to the Judgment, including but not limited to the following:

　　　1.　　The Memorandum of Decision entered June 13, 2008, granting declaratory, injunctive, and monetary relief to Plaintiffs, attached hereto as Exhibit B.

　　　2.　　The Memorandum of Decision entered February 15, 2008, granting judgment on liability only to Plaintiffs on Counts Two, Four (to the extent Count Four addresses CIGNA's §

204(h) notices), and Five (to the extent Count Five addresses failures of disclosure), attached hereto as Exhibit C.

3.  The Order Under Federal Rule of Civil Procedure 23(c)(1)(B) entered March 12, 2007, designating class-wide claims, issues and defenses, and sub-class or individual issues and defenses, attached hereto as Exhibit D.

4.  The Memorandum of Decision entered October 13, 2004, denying Defendants' motion to decertify the class, attached hereto as Exhibit E.

5.  The Memorandum of Decision entered December 20, 2002, certifying the class, attached hereto as Exhibit F.

Respectfully submitted,

Dated: July 9, 2008

**MORGAN, LEWIS & BOCKIUS LLP**
By: /s/ Joseph J. Costello
Joseph J. Costello
Jeremy P. Blumenfeld
Jamie M. Kohen
*Admitted pro hac vice*
1701 Market Street
Philadelphia, Pennsylvania  19103-2921
(215) 963-5295/5258/5472
(215) 963-5001 (fax)

**ROBINSON & COLE**
James A. Wade (CT # 00086)
280 Trumbull Street
Hartford, Connecticut  06103
(860) 275-8270
(860) 275-8299 (fax)

*Attorneys for Defendants*
*CIGNA Corporation and CIGNA Pension Plan*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Notice of Appeal was served on the parties listed below by first class United States mail, postage prepaid, this July 9, 2008.

Thomas G. Moukawsher
Moukawsher & Walsh, LLC
328 Mitchell Street
Groton, CT  06340

Stephen R. Bruce
805 15th Street, NW
Suite 210
Washington, DC  20005

By: /s/ Joseph J. Costello
Joseph J. Costello