**Supersedeas Bond**

Travelers Casualty and Surety Company of America
One Tower Square, Hartford, CT 06183

UNITED STATES DISTRICT COURT
DISTRICT OF Connecticut

Members of the Class Certified in the Case of Amara, et al. v. CIGNA Corporation and CIGNA Pension Plan
_____ Plaintiff

-against-

CIGNA CORPORATION
_____ Defendants

Bond No. 105143997

Index or Cause No. 3:01CV2361 (MRK)

KNOW ALL PEOPLE BY THESE PRESENTS, that we CIGNA Corporation, as Principal, and Travelers Casualty and Surety Company of America, a corporation organized under the laws of the State of CT and authorized to do business in the State of CT, as Surety, are held and firmly bound unto SEE PLANTIFF, as Obligee, in the maximum aggregate penal sum of Forty Million 00/100 Dollars ($ 40,000,000.00 ), lawful money of the United States of America, for which payment well and truly to be made we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by this instrument.

On 7/22/2008, in an action pending in the above court, between SEE PLAINTIFF, as plaintiff, and CIGNA Corporation, as defendant, judgment was rendered against CIGNA Corporation, and CIGNA Corporation having filed a notice of appeal from such judgment to the United States Court of Appeals for the *SEE BELOW* Circuit, and having applied for and obtained an Order of the District Court staying enforcement of such judgment during the pendancy of the appeal,

THEREFORE, the condition of this obligation is that if CIGNA Corporation shall prosecute their appeal to effect and shall satisfy the judgment in full, together with costs, interest and damages for delay if the appeal is finally dismissed or if the judgment is affirmed or shall satisfy in full such judgment as modified together with such costs, interest and damages for delay as the Court of Appeals may adjudge and award, subject however to the maximum aggregate penal sum stated herein, this obligation shall be void; otherwise it shall remain in full force and effect. In no event shall the maximum aggregate liability of the Surety under this Bond exceed $40,000,000.00

Pursuant to Rule 8(b) of the Federal Rules of Appellate Procedure, Travelers Casualty and Surety Company of America, as surety, submits itself to the jurisdiction of the District Court and irrevocably appoints the clerk of the District Court as Travelers' agent upon whom any papers effecting its liability on this obligation may be served.

SIGNED, SEALED AND DATED this day of July 24, 2008

By: _____CIGNA Corporation_____, Principal

By: _____[signature]_____ Treasurer, Principal

Travelers Casualty and Surety Company of America

By: _____[signature]_____, Attorney-in-Fact
Richard A. Jacobus

* UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT*

S-5347 (12-99)

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

# POWER OF ATTORNEY

**TRAVELERS**

Farmington Casualty Company
Fidelity and Guaranty Insurance Company
Fidelity and Guaranty Insurance Underwriters, Inc.
Seaboard Surety Company
St. Paul Fire and Marine Insurance Company

St. Paul Guardian Insurance Company
St. Paul Mercury Insurance Company
Travelers Casualty and Surety Company
Travelers Casualty and Surety Company of America
United States Fidelity and Guaranty Company

Attorney-In Fact No. 218520

Certificate No. 002339075

**KNOW ALL MEN BY THESE PRESENTS:** That Seaboard Surety Company is a corporation duly organized under the laws of the State of New York, that St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company and St. Paul Mercury Insurance Company are corporations duly organized under the laws of the State of Minnesota, that Farmington Casualty Company, Travelers Casualty and Surety Company, and Travelers Casualty and Surety Company of America are corporations duly organized under the laws of the State of Connecticut, that United States Fidelity and Guaranty Company is a corporation duly organized under the laws of the State of Maryland, that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc. is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint

Darella White, Richard G. Dicciani, Richard A. Jacobus, Mary C. O'Leary, Douglas R. Wheeler, Maureen McNeill, and Wayne G. McVaugh

of the City of **Philadelphia**, State of **Pennsylvania**, their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this **23rd** day of **April**, **2008**.

Farmington Casualty Company
Fidelity and Guaranty Insurance Company
Fidelity and Guaranty Insurance Underwriters, Inc.
Seaboard Surety Company
St. Paul Fire and Marine Insurance Company

St. Paul Guardian Insurance Company
St. Paul Mercury Insurance Company
Travelers Casualty and Surety Company
Travelers Casualty and Surety Company of America
United States Fidelity and Guaranty Company

State of Connecticut
City of Hartford ss.

By: _George W. Thompson_
George W. Thompson, Senior Vice President

On this the **23rd** day of **April**, **2008**, before me personally appeared George W. Thompson, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

In Witness Whereof, I hereunto set my hand and official seal.
My Commission expires the 30th day of June, 2011.

_Marie C. Tetreault_
Marie C. Tetreault, Notary Public

58440-5-07 Printed in U.S.A.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, which resolutions are now in full force and effect, reading as follows:

**RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED**, that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED**, that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, Kori M. Johanson, the undersigned, Assistant Secretary, of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is in full force and effect and has not been revoked.

**IN TESTIMONY WHEREOF**, I have hereunto set my hand and affixed the seals of said Companies this 24th day of July, 2008.

Kori M. Johanson, Assistant Secretary



To verify the authenticity of this Power of Attorney, call 1-800-421-3880 or contact us at www.travelersbond.com. Please refer to the Attorney-In-Fact number, the above-named individuals and the details of the bond to which the power is attached.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

HARTFORD, CONNECTICUT 06183

FINANCIAL STATEMENT AS OF JUNE 30, 2007

CAPITAL STOCK $ 6,000,000

| ASSETS | | LIABILITIES & SURPLUS | |
|---|---:|---|---:|
| CASH & INVESTED CASH | $ 37,873,011 | UNEARNED PREMIUMS | $ 730,254,613 |
| BONDS | 3,104,486,088 | LOSSES | 844,437,206 |
| STOCK | 15,130,363 | LOSS ADJUSTMENT EXPENSES | 142,917,790 |
| INVESTMENT INCOME DUE AND ACCRUED | 39,571,437 | COMMISSIONS | 20,639,009 |
| PREMIUM BALANCES | 242,032,832 | TAXES, LICENSES AND FEES | 18,020,630 |
| NET DEFERRED TAX ASSET | 40,256,377 | OTHER EXPENSES | 20,534,912 |
| REINSURANCE RECOVERABLE | 5,291,924 | FUNDS HELD UNDER REINSURANCE TREATIES | 144,930,604 |
| OTHER ASSETS | 694,517 | CURRENT FEDERAL AND FOREIGN INCOME TAXES | 75,624,277 |
| | | REMITTANCES AND ITEMS NOT ALLOCATED | 43,949,134 |
| | | AMOUNTS WITHHELD / RETAINED BY COMPANY FOR OTHERS | 36,765,131 |
| | | PAYABLE TO PARENT, SUBSIDIARIES & AFFILIATES | 26,464,286 |
| | | RETROACTIVE REINSURANCE RESERVE | 21,396,974 |
| | | POLICYHOLDER DIVIDENDS | 8,459,796 |
| | | PROVISION FOR REINSURANCE | 5,627,014 |
| | | PAYABLE FOR SECURITIES | 3,636,924 |
| | | CEDED REINSURANCE NET PREMIUMS PAYABLE | (23,607,201) |
| | | OTHER ACCRUED EXPENSES AND LIABILITIES | 62,933 |
| | | TOTAL LIABILITIES | $ 2,120,116,034 |
| | | CAPITAL STOCK | $ 6,000,000 |
| | | PAID IN SURPLUS | 303,297,402 |
| | | OTHER SURPLUS | 1,055,923,113 |
| | | TOTAL SURPLUS TO POLICYHOLDERS | $ 1,365,220,515 |
| TOTAL ASSETS | $ 3,485,336,549 | TOTAL LIABILITIES & SURPLUS | $ 3,485,336,549 |

STATE OF CONNECTICUT )
COUNTY OF HARTFORD )SS.
CITY OF HARTFORD )

LAWRENCE A. SIUTA, BEING DULY SWORN, SAYS THAT HE IS CHIEF FINANCIAL OFFICER - TRAVELERS BOND & FINANCIAL PRODUCTS, OF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, AND THAT TO THE BEST OF HIS KNOWLEDGE AND BELIEF, THE FOREGOING IS A TRUE AND CORRECT STATEMENT OF THE FINANCIAL CONDITION OF SAID COMPANY AS OF THE 30th DAY OF JUNE 2007.

_L. A. S_
CHIEF FINANCIAL OFFICER - BOND & FINANCIAL PRODUCTS

_Marie C. Tetreault_
NOTARY PUBLIC

SUBSCRIBED AND SWORN TO BEFORE ME THIS
17TH DAY OF AUGUST, 2007

