# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

```
-------------------------------------------------------------X
                                                             :
JANICE C. AMARA, GISELA R.                                   :
BRODERICK, ANNETTE S. GLANZ,                                 :
individually, and on behalf of others similarly              :
situated,                                                    :
                                                             :
                    Plaintiffs,                              :   3:01 CV 2361 (DJS)
                                                             :
        v.                                                   :
                                                             :
CIGNA CORP. AND CIGNA                                        :
PENSION PLAN,                                                :
                                                             :
                    Defendants.                              :
                                                             :
-------------------------------------------------------------X
```

## MOTION OF DEFENDANTS TO DECERTIFY THE CLASS

Defendants CIGNA Corp. and CIGNA Pension Plan (the "Plan") (collectively, the "Defendants"), hereby move pursuant to Fed. R. Civ. P. 23 to decertify the class certified by this Court by Order dated December 20, 2002 should the Court find that some equitable remedy is available in this case under ERISA Section 502(a)(3). In support of their Motion, Defendants rely on the attached Memorandum of Law.

WHEREFORE, Defendants respectfully request, in the event that this Court finds some equitable remedy is available to Plaintiffs under ERISA Section 502(a)(3), that their Motion be granted, that the class be decertified, and that this action proceed on behalf of the named Plaintiffs only.

s/ Christopher A. Parlo
**MORGAN, LEWIS & BOCKIUS LLP**
Joseph J. Costello
Christopher A. Parlo
Jeremy P. Blumenfeld

        1701 Market Street
        Philadelphia, Pennsylvania  19103-2921

        (215) 963-5295/5258
        (215) 963-5001 (fax)

        **ROBINSON & COLE**
        James A. Wade (CT # 00086)
        280 Trumbull Street
        Hartford, Connecticut 06103
        (860) 275-8270
        (860) 275-8299 (fax)
        *Attorneys for Defendants CIGNA Corporation and*
        *CIGNA Pension Plan*

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing (1) Defendants' Memorandum Of Law In Opposition To Plaintiffs' Brief On Appropriate Equitable Relief And In Support Of Defendants' Motion To Decertify The Class Action, (2) Proposed Supplemental Findings of Fact, (3) Motion of Defendants to Decertify the Class, and (4) this Certificate of Service were filed electronically through the CM/ECF system on October 21, 2011.  Notice of this filing will be sent by e-mail to all counsel listed below by operation of that system:

>Stephen R. Bruce
>Allison C. Pienta
>805 15th St., NW, Suite 210
>Washington, DC 20005
>(202) 289-1117
>
>Thomas G. Moukawsher
>Moukawsher & Walsh, LLC
>21 Oak St.
>Hartford, CT 06106
>(860) 278-7000
>
>Attorneys for Named Plaintiffs and
>Plaintiff Class

>>s/ Christopher A. Parlo
>>Christopher A. Parlo