UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANICE C. AMARA, <br> GISELA R. BRODERICK, <br> ANNETTE S. GLANZ, individually and <br> on behalf of others similarly situated | : <br> <br> : <br> | |
| v. | : | Civil No. 3:01CV2361 (JBA) |
| CIGNA CORPORATION <br> CIGNA PENSION PLAN | <br> : | |

**FINAL JUDGMENT**

Judgment is entered in accordance with the remedies ordered in the Court's Memorandum of Decision on Remedies and Class Certification dated December 20, 2012 (Doc. #378) enjoining defendant to provide a new §204(h) notice within sixty (60) days and to enforce the reformed CIGNA Plan.

Dated at New Haven, Connecticut this 2nd of January, 2013.

ROBERTA D. TABORA, Clerk

_____/s/_____
Betty J. Torday
Deputy Clerk

EOD___1/2/13_____