UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Janice C. Amara, Gisela R. Broderick, Annette S. Glanz, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiffs, | : : | |
| vs. | : : | Civil No. 3:01-CV-2361 (JBA) |
| CIGNA Corp. and CIGNA Pension Plan, | : : : | |
| Defendants. | : : | |

## NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(1), Plaintiffs Janice C. Amara, Gisela R. Broderick, and Annette S. Glanz, individually and on behalf of the class of all others similarly situated, hereby give notice and appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment entered in this action on January 2, 2013 (dkt. #379) and the Memorandum of Decision on Remedies and Class Certification dated December 20, 2012 (dkt. #378).

Dated: February 1, 2013

Respectfully submitted,

 s/ Stephen R. Bruce
Stephen R. Bruce Ct23534
Allison C. Pienta phv01316
1667 K Street, NW, Suite 410

Washington, DC 20006
(202) 289-1117

s/ Thomas G. Moukawsher
Thomas G. Moukawsher Ct08940
Moukawsher & Walsh, LLC
21 Oak St.
Hartford, CT 06106
(860) 278-7000

Attorneys for Plaintiff Class

## **CERTIFICATE OF SERVICE**

I certify that on this 1st day of February, 2013, the foregoing Plaintiffs' Notice of Appeal and this Certificate of Service were filed electronically through the CM/ECF system. Notice of this filing will be sent by e-mail to all counsel listed below by operation of that system:

>Joseph J. Costello
>Jeremy P. Blumenfeld
>Morgan, Lewis & Bockius
>1701 Market St.
>Philadelphia, PA 19103-2921
>
>Christopher A. Parlo
>Morgan Lewis & Bockius
>101 Park Avenue
>New York, NY 10178-0600
>
>James A. Wade
>Brett J. Boskiewicz
>Robinson & Cole, LLP
>280 Trumbull Street
>Hartford, CT 06103-3597

s/ Stephen R. Bruce<br>Stephen R. Bruce

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, : | |
| GISELA R. BRODERICK, | |
| ANNETTE S. GLANZ, individually and : | |
| on behalf of others similarly situated | |
| | |
| v. : | Civil No. 3:01CV2361 (JBA) |
| | |
| CIGNA CORPORATION | |
| CIGNA PENSION PLAN : | |

## FINAL JUDGMENT

Judgment is entered in accordance with the remedies ordered in the Court's Memorandum of Decision on Remedies and Class Certification dated December 20, 2012 (Doc. #378) enjoining defendant to provide a new §204(h) notice within sixty (60) days and to enforce the reformed CIGNA Plan.

Dated at New Haven, Connecticut this 2nd of January, 2013.

ROBERTA D. TABORA, Clerk

_____/s/_____
Betty J. Torday
Deputy Clerk

EOD___1/2/13_____