UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, individually and on behalf of all others similarly situated,<br>    *Plaintiffs*,<br>    v.<br><br>CIGNA CORP. and CIGNA PENSION PLAN,<br>    *Defendants*. | Civil No. 3:01cv2361 (JBA) |

# PLAINTIFFS' MOTION TO ENFORCE COURT
# RULINGS AND FOR SANCTIONS

For the reasons presented in the accompanying Memorandum in Support, Plaintiffs respectfully move that this Court grant their motion to enforce the Court's reformation and methodology rulings and sanction Cigna for calculating and paying individual remedy amounts under "Company interpretations" of "open" aspects of this Court's orders that fail to comply with the Court's rulings. As demonstrated in the accompanying memorandum, Cigna has violated the Court's rulings by:

(1) Using "lookback" interest rates from the date of the Part B lump sum distributions rather than from the Part A "Benefit Commencement Dates" to annuitize the offsets that this Court has allowed Cigna to take;

(2) Using "outdated" mortality tables from the date of the Part B lump sum distributions rather than the "successor" mortality tables applicable under the plan provisions on the "Applicable Mortality Table" to annuitize the offsets that this Court has allowed Cigna to take;

(3) Eliminating early retirement benefits until the "later of" the Part A early retirement age or the date the Part B cash balance account is distributed; and

(4) Refusing to pay "small benefit cashouts" to class members who have not

      received their Part B cash balance accounts.

The Memorandum in Support and Proposed Order accompany this Motion.[1]

Dated: April 5, 2019

                                      Respectfully submitted,

                                      s/ Stephen R. Bruce
                                      Stephen R. Bruce Ct23534
Allison C. Pienta phv01316
STEPHEN BRUCE LAW OFFICES
1667 K Street, NW, Suite 410
Washington, DC 20006
(202) 289-1117
stephen.bruce@prodigy.net
acaalim@verizon.net

Christopher J. Wright
HARRIS, WILTSHIRE & GRANNIS
1919 M St., NW
Washington, D.C. 20036
(202) 730-1325
cwright@hwglaw.com

Michael J. Walsh Ct09111
WALSH WOODARD LLC
527 Prospect Ave
Hartford, CT 06105
(860) 549-8440
mwalsh@walshwoodard.com

Attorneys for Plaintiffs and
Plaintiff Class

---

[1] In accordance with this Court's directions at the 7/25/18 hearing and in the 10/17/18 Order, Plaintiffs have prepared this motion and memorandum to enforce the Court's reformation and methodology rulings. This motion and memorandum do not address Cigna's violations of this Court's orders on noticing the class. *See* Dkt.#564 (Pls. 2/12/19 Letter) at 5-12.

2

## CERTIFICATE OF SERVICE

I certify that on this 5th day of April 2019, the foregoing Plaintiffs' Motion to Enforce Court's Rulings and for Sanctions, the Memorandum in Support, the Proposed Order, the Supplemental Declaration of Allison C. Pienta, and Exhibits 1 - 10, were filed electronically through the CM/ECF system. Notice of this filing will be sent by e-mail to all counsel listed below by operation of that system:

>Jeremy P. Blumenfeld
>Joseph J. Costello
>A. Klair Fitzpatrick
>Morgan, Lewis & Bockius
>1701 Market St.
>Philadelphia, PA 19103-2921
>
>Stephanie R. Reiss
>Morgan Lewis & Bockius
>One Oxford Centre, 32nd Floor
>Pittsburgh, PA 15219
>
>James A. Wade
>Robinson & Cole, LLP
>280 Trumbull Street
>Hartford, CT 06103-3597

>>s/ Stephen R. Bruce
>>Stephen R. Bruce