## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

------------------------------------------------------------X
:
JANICE C. AMARA, GISELA R. :
BRODERICK, and ANNETTE S. GLANZ, :
individually and on behalf of others similarly :
situated, :
:
                    Class Counsel, : 3:01 CV 2361 (JBA)
:
     v. :
:
CIGNA CORP. and CIGNA :
PENSION PLAN, :
:
                    Defendants. :
:
------------------------------------------------------------X

## **DEFENDANTS' EXPEDITED MOTION TO DISCHARGE SUPERSEDEAS BOND**

Defendants Cigna Corp. and Cigna Pension Plan ("Defendants") respectfully submit this Expedited Motion to Discharge Supersedeas Bond, seeking discharge of the supersedeas bond posted by Defendant on November 13, 2014 in the amount of forty-six million dollars [Dkt. #408] and an order confirming that Defendants have fully satisfied the judgment entered against them. The Supersedeas Bond is currently slated to for renewal on January 16, 2020. Defendants appreciate the Court's attention to this pressing matter and hope for an expeditious resolution, as Defendants will incur an unnecessary $161,000 expense if forced to renew the Supersedeas Bond on January 16, 2020.

In support of this motion, Defendants submit the accompanying Memorandum of Law, explaining that Defendants have paid all amounts currently due to class members under the Plan

as reformed, the supersedeas bond was only intend to cover amounts currently due to class members, and all issues appealed by Defendants have been resolved.

WHEREFORE, for the reasons contained in the Memorandum of Law, Defendants respectfully request that the Court enter an order discharging the supersedeas bond posted by Defendant on November 13, 2014 in the amount of forty-six million dollars [Dkt. #408] and confirming that Defendants have fully satisfied the judgment entered against them.

Dated:  January 14, 2020

Respectfully submitted,

s/ *A. Klair Fitzpatrick*
Jeremy P. Blumenfeld
Joseph J. Costello
A. Klair Fitzpatrick
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5258
jeremy.blumenfeld@morganlewis.com
joseph.costello@morganlewis.com
klair.fitzpatrick@morganlewis.com

Stephanie R. Reiss
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Centre, 32nd Floor
Pittsburgh, PA 15219
(412) 560-3300
stephanie.reiss@morganlewis.com

James A. Wade
**ROBINSON & COLE, LLP**
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8270
jwade@rc.com

Attorneys for Defendants Cigna Corporation and Cigna Pension Plan

**CERTIFICATE OF SERVICE**

I, A. Klair Fitzpatrick, hereby certify that on January 14, 2020, I caused to be served the documents filed herein via the Court's electronic filing system upon:

Stephen R. Bruce, Esquire
Allison C. Pienta, Esquire
STEPHEN BRUCE LAW OFFICES
1667 K Street, NW, Suite 410
Washington, DC 20006

Christopher Wright, Esquire
HARRIS, WILTSHIRE & GRANNIS
1919 M Street, NW
Washington, DC 20036

Michael J. Walsh
WALSH WOODARD LLC
527 Prospect Avenue
Hartford, CT 06105

/s/ *A. Klair Fitzpatrick*