UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANICE C. AMARA, individually and on behalf of all others similarly situated,<br>    *Plaintiffs*,<br>v.<br><br>CIGNA CORP. and CIGNA PENSION PLAN,<br>    *Defendants*. | Civil No. 3:01cv2361 (JBA) |

## NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(1), Plaintiffs Janice C. Amara, Gisela R. Broderick, and Annette S. Glanz, individually and on behalf of the class of all others similarly situated, hereby give notice and appeal to the United States Court of Appeals for the Second Circuit from:

1. The Order denying Plaintiffs' Motion for Accounting, entered on August 6, 2020 (Dkt.#606); and

2. The Order denying Plaintiffs' Motion for Clarification, entered on September 10, 2020 (Dkt.#609).

Dated: September 22, 2020

                                              Respectfully submitted,

                                              s/ Stephen R. Bruce
                                              Stephen R. Bruce Ct23534
                                              Allison C. Pienta phv01316
                                              STEPHEN BRUCE LAW OFFICES
                                              1667 K Street, NW, Suite 410
                                              Washington, DC 20006
                                              (202) 289-1117
                                              stephen.bruce@prodigy.net
                                              acaalim@verizon.net

                                              Christopher J. Wright phv07752
                                              HARRIS WILTSHIRE GRANNIS LLP

1919 M St., NW, 8th floor
Washington, DC 20036
(202) 730-1325
cwright@hwglaw.com

Michael J. Walsh Ct09111
WALSH WOODARD LLC
527 Prospect Ave
Hartford, CT 06105
(860) 549-8440
mwalsh@walshwoodard.com

Attorneys for Plaintiffs and Plaintiff Class

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of September 2020, the foregoing Plaintiffs' Notice of Appeal was filed electronically through the CM/ECF system. Notice of this filing will be sent by e-mail to all counsel listed below by operation of that system:

Jeremy P. Blumenfeld
A. Klair Fitzpatrick
Morgan, Lewis & Bockius
1701 Market St.
Philadelphia, PA 19103-2921

Stephanie R. Reiss
Morgan Lewis & Bockius
One Oxford Centre, 32nd Floor
Pittsburgh, PA 15219

James A. Wade
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

s/ Stephen R. Bruce
Stephen R. Bruce